# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"



Hon. Carl J. Barbier
United States District Court
Eastern District of Louisiana

500 Poydras Street, Room C-256
New Orleans, LA 70130
(504) 589-7525
Fax: (504) 589-4536

| Home | Orders / Minute Entries | Calendar | Contacts | Forms |

Introduction

ECF / PACER

Court Website

Court Location

Local Rules

MDL Manual

MDL Panel

Disclaimer

## Forms
*Last Updated:* 01/18/2011

## <u>All</u> Claimants must complete one of two forms:

### Short-Form Joinder
**(Claimants should use <u>this form</u> if they have not yet filed a complaint, petition, or claim in limitation and desire to assert causes of action subject to one or more Master Complaints, and/or to assert a claim in the Transocean Limitation. Claimants must bring or mail completed Joinder Forms to the Clerk's Office at 500 Poydras Street, New Orleans Louisiana 70130; represented claimants may file completed Joinder Forms on CM-ECF.)**

or

### Plaintiff Profile Form
**(Claimants should use <u>this form</u> if they have already filed their own suit, or in the event that they file their own petition or complaint in a form other than the approved Short-Form Joinder. Completed forms must be sent to Plaintiffs' Liaison Counsel served through Lexis Nexis File and Serve within 60 days of transfer to, removal to, or filing in the Eastern District of Louisiana. *Pro Se* Plaintiffs who have not filed an approved Short-Form Joinder should complete a**

Case 2:10-cv-08888-CJB-JCW   Document 278-1   Filed 03/02/11   Page 2 of 39

## Plaintiff Profile Form and provide to Plaintiff Liaison Counsel via e-mail at service@mdl2179plc.com or by mail to 600 Carondelet Street, Suit 802, New Orleans, Louisiana 70130.)

## Please view Pretrial Orders 24 and 25 for more information or contact Plaintiffs' Liaison Counsel or Steering Committee--contact information is listed under the Contacts Tab.

From Pretrial Order 25:

Paragraph 9:

Whether through counsel or *pro se*, any individual or entity who heretofore has not filed a complaint, petition or claim in limitation arising out of the Deepwater Horizon oil spill and who desires to bring a claim in Limitation [No. 10-2771] and/or assert a cause of action subject to one or more of the Master Complaints, [Doc 879 and/or 881], may do so by filing directly into Civil Action No. 10-8888 the form reflected in EXHIBIT 3 ["short form"] or other form prepared and supplied by the Plaintiffs' Steering Committee and approved by the Court.

The filing of a short form in Civil Action No. 10-8888 shall be deemed to be a simultaneous filing of an answer and claim in Civil Action No. 10-2771 and an intervention into one or more of the Master Complaints [Doc 879 and/or 881] in Civil Action No. 10-md-2179. The filing of short form joinders shall be fully subject to the provisions of PTO No. 20, addressing Direct Filing.

Paragraph 14:

Plaintiffs in a pre-existing petition or complaint are not required to file a short form joinder but should they desire to adopt the short form joinder for the purposes of making a claim in the Limitation proceeding [No. 10-2771], they may file with the Court and serve upon counsel through LNFS a short form joinder consistent with the deadlines already established for the submission of claims in Limitation.

Paragraph 16:

With respect to any new petition or complaint that is filed in or transferred to MDL No. 2179, the old Plaintiff Fact Sheet [Doc 642-1] is hereby replaced with the Plaintiff Profile Form attached as EXHIBIT 4. Consistent with the Order Regarding Plaintiff Profile Form [Doc 642], any plaintiff who does not file a short-form joinder [EXHIBIT 3] must serve *via* LNFS a completed Plaintiff Profile Form as reflected in EXHIBIT 4 within sixty (60) days of transfer to, removal to or filing in the Eastern District of Louisiana. However, a plaintiff who files a short-form joinder does *not* have to also serve a PPF.

| Name: | Perry Vaughan Sr | SSN or EIN: | 7550 | Claimant #: | 1125972 |
|---|---|---|---|---|---|

| GCCF 2000-F | GULF COAST CLAIMS FACILITY FULL REVIEW FINAL PAYMENT CLAIM FORM |
|---|---|

This Full Review Final Payment Claim Form is to be completed for individuals or businesses who wish to receive a **Full Review Final Claim Payment** for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges (the "Spill").

A claim for a **Full Review Final Payment** provides for a complete assessment of **PAST** and **FUTURE** (if any) damages sustained as a result of the Spill. Acceptance of the Gulf Coast Claims Facility ("GCCF") Final Payment Offer for final payment of a Full Review Final Payment Claim will require you to sign a Release and Covenant not to Sue. For your review, a sample of the Release and Covenant Not to Sue that you will be required to sign if you accept the GCCF's Final Payment Offer accompanies this Full Review Final Claim Form. If you accept that Final Payment Offer when made and sign the Release, you will be forever waiving and releasing all claims that you may have against BP or any other party other than claims for physical or mental health injury ("Bodily Injury") or by shareholders of BP or other Released Parties for alleged violations of Securities laws ("Securities Claim") in connection with the Spill. If you accept a Final Payment Offer for a physical injury or death claim you will receive a copy of a Release of Bodily Injury Claims which will release all Bodily Injury claims related to the Spill. You are under no obligation to accept the GCCF's Final Payment Offer. You are free to reject the GCCF's Final Payment Offer and to participate in other legal actions associated with the Spill, or to submit any claim for payment to the Coast Guard's National Pollution Funds Center (the "Coast Guard").

To learn more about filing a claim for a Full Review Final Payment and for a copy of the Protocol for Interim and Final Claims, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a GCCF Site Office.

| **Send me all future communications and notices in the following language** (check only one box) |
|---|
| English ☒          Spanish ☐          Vietnamese ☐          Khmer ☐ |

| **Indicate whether you have previously filed a claim** (check only one box) |
|---|
| I previously filed a Claim with the GCCF ☒          I am a new Claimant to the GCCF ☐ |

| **SECTION I.  INSTRUCTIONS** |
|---|

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. **That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.**

   You can get information about your claim online at www.gulfcoastclaimsfacility.com, by phone toll free at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit a Full Review Final Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Full Review Final Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Full Review Final Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

| Name: | Perry L. Vaughan | SSN or EIN: | 7550 | Claimant #: | 1125972 |

## SECTION II. CLAIMANT INFORMATION

### II.A. Individual Claimant Information

Provide the following information about the person who was affected or injured by the Spill. **All Individual Claimants must complete each question in this section.** (If you are filing for a business, skip this section and proceed to Section II.B)

| 1. | Name: | Last | Pe Vaughan Sr. | First | Perry | Middle Initial | L |
|---|---|---|---|---|---|---|---|

| 2. | Current Address: | Street | P.O. Box 397, 8330 N. Meadow Lane | | |
|---|---|---|---|---|---|
| | | City | Irvington | State AL | Zip Code 36544 |
| | | Parish/County | Mobile | Country USA | |

| 3. | Home Phone Number: | (251) 957-1316 |
|---|---|---|
| 4. | Cell Phone Number: | (251) 377-0415 |
| 5. | Email Address: | Lvaughan26@Hotmail.com |
| 6. | Date of Birth: | |

| 7. | Social Security Number: | ☒ | | |
|---|---|---|---|---|
| | *or* | | | |
| | Individual Taxpayer Identification Number: | ☐ | | 7550 |

| 8. | Other Name Used (Maiden Name, Previous Married Name(s), Aliases): | |
|---|---|---|

**Provide complete information about your employment status since January 1, 2010 (add more pages if necessary):**

| 9. | Current Employer: | Name | SSDB | Period of employment |
|---|---|---|---|---|
| | | Street | | _____ to: _____ |
| | | City | | |
| | | Parish/County | | State | Zip Code |
| | | | | Country |
| | | Employer Identification Number (EIN) | ⌐_⌐_⌐ - ⌐_⌐_⌐_⌐_⌐_⌐ | *(from your W-2 or 1099 form)* |

| | Other/ Previous Employer: | Name | | Period of employment |
|---|---|---|---|---|
| | | Street | | _____ to: _____ |
| | | City | | |
| | | Parish/County | | State | Zip Code |
| | | | | Country |
| | | Employer Identification Number (EIN) | ⌐_⌐_⌐ - ⌐_⌐_⌐_⌐_⌐_⌐ | *(from your W-2 or 1099 form)* |

10. **Does the Claimant own any part of a business listed above and/or serve as an officer in the business? If so, name the applicable business and check either or both boxes below and specify the percentage of ownership and/or the office held:**

Name of business: Captain S.J.

☒ Owner *(specify percentage):* 100%   ☐ Officer *(specify title):* _____

| Name: | Perry L. Vaughan | SSN or EIN | 7550 | Claimant #: | 1125972 |

## II.B.  Business Claimant Information

Provide information in Section II.B. ONLY if you are completing this Form for a business that was affected by the Spill.

### II.B.1.  Information about the Business

| 11. | Name of Business: | Perry L. Vaughan Sr. DBA Captain S. J. |
|-----|-------------------|----------------------------------------|
| 12. | Type of Business: | 50 Ft Commercial Fishing / Shrimping Boat |

**13. Business Address:**

| Street | P.O. Box 397 | | |
|--------|--------------|---|---|
| City | Irvington | State AL | Zip Code 36544 |
| Parish/County | Mobile | Country | USA |

| 14. | Phone Number: | (251) 751 - 4202 |
|-----|---------------|------------------|
| 15. | Website Address: | |
| 16. | Other Business Name: | Captin S. J. |
| 17. | Name of Business on Federal Income Tax Return: | |
| 18. | Employer Identification Number (EIN): ☐ | |
| | *or* | |
| | Check here if EIN is also your Social Security Number ☒ | 7 5 5 0 |
| 19. | Date and Place Founded/Incorporated: | Date:_____   Place:_____ |

### II.B.2. Information about the Authorized Business Representative

| 20. | Name: | Last Vaughan | First Linda | Middle Initial S |
|-----|-------|--------------|-------------|------------------|
| 21. | Title: | Wife / Record keeper | | |

**22. Home Address:**
(if different from Business Address)

| Street | PO Box 397 | | | |
|--------|-----------|---|---|---|
| City | Irvington | State AL | Zip Code 36544 | Country ~~#~~ USA |

| 23. | Phone Number: | (251) 957 - 1316 |
|-----|---------------|------------------|
| 24. | Cell Phone Number: | (251) 377 - 0415 |
| 25. | Email Address: | LVaughan26@Hotmail.com |
| 26. | Social Security Number: ☒ | 5 4 8 7 |
| | *or* | |
| | Individual Taxpayer Identification Number: ☐ | |

| Name: | Perry L. Vaughan | SSN or EIN: | -7550 | Claimant #: | 1125972 |

## SECTION III. ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for this Full Review Final Payment Claim. If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer. Previous information provided about Attorney Representation will **not** apply to this Full Review Final Payment Claim.

| 27. Lawyer Name: | Last | N A | First | | Middle Initial |
|---|---|---|---|---|---|
| 28. Law Firm Name: | | N A | | | |
| 29. Law Firm Address: | Street | N A | | | |
| | City | N A | State | Zip Code | Country |
| 30. Law Firm Phone Number: | N A | | ( ___ ) ___ - ___ | | |
| 31. Law Firm Email Address: | N A | | | | |

| Name: | Perry L. Vaughan Sr | SSN or EI | 7550 | Claimant #: | 1125972 |

# SECTION IV. CLAIM INFORMATION FOR FULL REVIEW FINAL PAYMENT

Check which Claim Type(s) you want to submit. Enter the amount you are claiming for each Claim Type. If you have previously received a payment, do not include that amount in the amount you are requesting. **All Claimants must complete this Section. You must indicate each Claim Type that you want considered in your Final Payment Offer below; you will receive only one Final Payment Offer based on an evaluation of all Claim Types indicated below.**

You must provide documentation or evidence of the damage or injury for each Claim Type checked below. **The Gulf Coast Claims Facility Document Requirements accompanies this Full Review Final Payment Claim Form and lists the REQUIRED supporting documentation you must submit to support each Claim Type.** For each Claim Type you submit, you must provide documentation to support your Claim. You must complete this form and submit the completed form to the GCCF along with all supporting documentation. (You are not required to resubmit any documentation you previously submitted with an Emergency Advance Payment Claim or Interim Payment Claim.)

## IV.A.  Claims for Removal and Clean Up Costs

☐    CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking to recover costs incurred to remove oil discharged by the Spill and/or costs to prevent, minimize or mitigate oil pollution when there was a substantial threat of a discharge of oil due to the Spill. You can claim costs for both preventative and clean up measures.

If you are claiming multiple removal and clean up actions and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form for submission. Make as many copies as you need.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (A.1) | Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan? | ☐ Yes    ☐ No |

| (A.2) | Provide the address where the Removal and Clean Up action took place: |

Street

| City | State | Zip Code |

Parish/County

| (A.3) | Provide a description of the Removal and Clean Up action: |

| Name: | Perry L. Vaughan | SSN or EIN: | 7550 | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## IV.B.  Claims for Real or Personal Property Damage

☒ CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR $ 150,000

Check the box above and enter the amount of your claim if you are seeking damages for any physical damage to real, personal or business property that you own or lease.

If you are an owner of a property that you lease to someone else, you must notify the lessee that you are submitting a claim.  If you lease property from someone else, you must notify the owner that you are filing a claim.

If you suffered damage to more than one piece of property and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form.  Make as many copies as you need.  Identify the type of Personal Property that was damaged or destroyed (*i.e.*, boat, equipment, machinery) and, if applicable, the make, model, year and identification number.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(B.1)**  If you are claiming damage to Real Property, provide the address of the property.  If you are claiming damage to Personal Property, provide the address where the damage occurred:

| Street | | | |
|---|---|---|---|
| City | Bayou La Batre | State  AL | Zip Code |
| Parish/County | Mobile | | |

**(B.2)**  If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (*i.e.* boat, equipment, machinery) and provide the additional information, as applicable:

Type of Personal Property   Boat.

| Make | 50 Ft wooden hull shrimp boat | Model | Commercial Shrimp Boat |
|---|---|---|---|
| Year | 2001 | Identification Number | 1107530 |

**(B.3)**  Describe your relationship to the Real or Personal Property:   ☒ Owner   ☐ Lessor

**(B.4)**  Provide a description of the property damage sustained as a result of the Spill, and how the damage occurred: Using the wooden hull boat for the Voo program has caused damage to the hull. In Dec 2010 we had the boat Dry docked and Re-painted. All the paint is coming off at the water line where day in and day out the wooden hull traveled through the oil sheen.

**(B.5)**  Were you working for the Vessels of Opportunity at the time of the property damage sustained due to the Spill?   ☒ Yes   ☐ No

| Name: | Perry L. Vaughan | SSN or EIN: | ·7550 | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## IV.C.  Claims for Lost Earnings or Profits

☒  **CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR $** 300,000

Check the box above and enter the amount of your claim if you are seeking damages for lost earnings or profits due to the Spill.  Business Claimants seeking lost earnings or profits must complete questions C.8.– C.15.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

## IV.C.1.  Questions for Individual Claimants Seeking Lost Earnings or Profits

**(C.1)** State the occupation and job title you had at the time of the Spill:

Occupation: Shrimp Boat Owners     Title: Owner

**(C.2)** Describe the nature of business of your employer at the time of the Spill:

Family Shrimp Boat Owners.

**(C.3)** State the total lost earnings or profits you have suffered as a result of the Spill to date and describe how you have calculated these losses:

We've lost alot of money on this boat, 2010 was going to be the year our son took over running the boat daily wherein we would finally be able to make back our intial investment. A business plan was written, money was moved into an account to get the boat ready before the 2010 season.

**(C.4)** Describe in detail the efforts you have made to find work or additional work since the Spill:

Unable to work this boat was an investment this 2010 season was going to be the year we were going to re-coop our investment

**(C.5)** State the amount of any job hunting expenses you have incurred since the Spill:     $ 0

**(C.6)** Provide a description of the loss you sustained as a result of the Spill and how the Spill caused the loss:

Lost my chance to make my investment back.

Lost my Job: ☐     Work Hours Reduced: ☐     Pay/Tips Reduced: ☐

**(C.7)** Provide the name and address of your Employer at the time of the Spill:

Name  SSDB

Street

| City | | State | Zip Code |
|---|---|---|---|

Parish/County

| Name: | Perry L. Vaughan | SSN or EIN: | 7550 | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## IV.C.2.  Questions for Business Claimants Seeking Lost Earnings or Profits

**(C.8)** State the sources of income or types of customers for the business at the time of the Spill:

SSDB
Son would run the boat on weekends.

**(C.9)** Describe the nature of business at the time of the Spill:

Shrimp Boat owner

**(C.10)** Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:

Price of shrimp is still very low and not in demand sience oil spill unable to shrimp.

**(C.11)** State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:  $ 0 to -500
Cont Dock Rent, our chain was jst stolen off boat

**(C.12)** State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses:

See attached Business Plan for 2010 - $154,220 estimated loss for 2010 base on past preformance of the boat along with other Boats in the Bayou that Shrimp in the Mississippi Sound bring in around $150,000 per year

**(C.13)** State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses:

after expenses around $61,000

**(C.14)** Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:

The boat (wooden hull) has been damaged by the VOO program. We're still investigating this, just discovered it 2 wks ago. Oil from the sheen has coverd the wooden hull and been absorbed into the wood.
We lost our captain and ~~our boat~~ mechanic, very very hard down here to find someone that knows the boat engin can fix it and can go out shrimping.

**(C.15)** Provide the business address where the loss occurred:

| Street | |
|---|---|
| City | Bayou La Batre | State | AL | Zip Code | |
| Parish/County | Mobile     is where boat is docked | | | | |

| Name: Perry L. Vaughan | SSN or EIN: 7550● | Claimant #: 1125972 |
|---|---|---|

**IV.D.  Claims for Loss of Subsistence Use of Nature Resources** (Individual Claimants only)

☒ **CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM FOR $ 300,000**

Check the box above and enter the amount of your claim if you suffered damages to your ability to rely, without purchase, on natural resources for food, shelter, clothing, medicine or other minimum necessities of life because of the Spill.  Identify below in Section D.2 the natural resource that you relied on for subsistence prior to the Spill, and how it has been affected by the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(D.1)**    Provide a detailed description of the loss of subsistence as a result of the Spill:

Way way to many variables on what will happen to the shrimp population after this oil spill
Price of shrimp has fallen because of oil spill

**(D.2)**    Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:

Mississippi Sound and condition of shrimp population

**(D.3)**    Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:

2010 we're going to have son out shrimping daily 365 days - based on weather conditions

| Name: | Perry L. Vaughan | SSN or EIN: | 7550● | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## IV.E.  Claims for Physical Injury or Death (Individual Claimants only)

☐   CLAIMANT IS SUBMITTING A PHYSICAL INJURY OR DEATH CLAIM FOR $ NA

Check the box above and enter the amount of your claim if you are seeking damages for physical injury or death proximately caused by the Spill or the explosion and fire associated with the Deepwater Horizon incident on April 20, 2010, or by the clean-up of the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (E.1) | Were you working for the Vessels Of Opportunity at the time your physical injury occurred? | ☐ Yes  ☐ No   NA | | |
|---|---|---|---|---|
| (E.2) | Were you working on the Removal and Clean Up actions at the time your physical injury occurred? | ☐ Yes  ☐ No   NA | | |
| (E.3) | Provide the date you were first injured and whether the injury is resolved or ongoing: | Date   NA | ☐ Resolved  ☐ Ongoing | |
| (E.4) | If you are seeking damages for death, provide the name of the decedent and the date of the death: | Name   NA | | Date |
| (E.5) | Provide a brief description of the physical injury sustained as a result of the Spill, and how the injury occurred: NA | | | |
| (E.6) | Provide the address where the injury was experienced: | | | |
| | Street   NA | | | |
| | City | State | Zip Code | |
| | Parish/County | | | |

| Name: | Perry L. Vaughan Sr | SSN or EIN | 7550 | Claimant #: | 1125978 |

## SECTION V.  COLLATERAL SOURCE COMPENSATION

**All claimants must complete this section.**  You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type.  Legally authorized garnishments, liens, or similar forms of attachments received relating to your claim will be honored and deducted from any payment.

| | | |
|---|---|---|
| 32. Have you received any compensation from BP for your losses due to the Spill? | ☒ Yes   ☐ No | |
| 33. Total amount of compensation received from BP for your losses due to the Spill: | $ 11,423.34 | |
| 34. Have you received any compensation from GCCF for your losses due to the Spill? | ☒ Yes   ☐ No | |
| 35. Total amount of compensation from GCCF for your losses due to the Spill: | $ 4,300 | |
| 36. Have you received compensation for state unemployment benefits? | ☐ Yes   ☒ No | |
| 37. For what period of time did you receive compensation for state unemployment benefits? | NA | |
| 38. Total amount of unemployment benefits received: | $ NA | |
| 39. Have you received compensation from private insurance for damages due to the Spill? | ☐ Yes   ☒ No | |
| 40. Name of Carrier or Provider: | NA | |
| 41. Account or Policy Number: | NA | |
| 42. For what period of time did you receive compensation from private insurance? | NA | |
| 43. Total amount of insurance benefits received: | $ NA | |
| 44. Have you received any other replacement income, such as severance pay? | ☐ Yes   ☒ No | |
| 45. For what period of time did you receive this other replacement income? | NA | |
| 46. If you are still receiving this other replacement income, when will these benefits end? | NA | |
| 47. Total amount of other replacement income received: | $ NA | |

| Name: | Perry L. Vaughan | SSN or EIN: | - 7550 | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## SECTION VI. REPRESENTATIVE CLAIMANT INFORMATION

You must complete each question in this section if you are filling out this Claim Form for an individual claimant affected or injured by the Spill who is deceased, is a minor, or is incompetent or legally incapacitated and unable to complete the Claim Form for himself or herself. (You must provide proof that you are a duly appointed Representative.) See Section VII of the Gulf Coast Claims Facility Document Requirements for the documents required to establish authority to act as the Representative Claimant or visit the website at www.gulfcoastclaimsfacility.com. **Business claimants do not complete this section.**

| 48. Reason person affected or injured by the Spill is unable to complete the Claim Form: | husband has 8th gr education |
|---|---|

| 49. Your relationship to Claimant: Wife | [X] Spouse  [ ] Parent  [ ] Child  [ ] Sibling  [ ] Administrator  [ ] Executor  [ ] Other (specify): _____ |
|---|---|

### Provide *your* name and contact information below.

| 50. Last Name: | Vaughan Sr. |
|---|---|
| 51. First Name: | Linda |
| 52. Middle Name: | S |
| 53. Current Address: | Street P.O. Box 397 |
| | City Irvington   State AL   Zip Code 36544   Country USA |
| 54. Home Phone Number: | (251) 957-1316 |
| 55. Cell Phone Number: | (251) 377-0415 |
| 56. Email Address: | LVaughan26@Hotmail.com |
| 57. Social Security Number: [X]  *or*  Individual Taxpayer Identification Number: [ ] | -5487  - |
| 58. Type of proof submitted that you are a duly appointed Representative: | See tax Returns in both our names |

| Name: | Perry L. Vaughan S | SSN or EIN: | 7550 | Claimant #: | 1125972 |
|-------|--------------------|-------------|------|-------------|---------|

## SECTION VII.  METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment.  You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account.   Payments made by wire will be made from the New York, NY area.   Based on your selection, complete the appropriate section below.  Do not complete both sections. Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

### VII.A.  Election to Receive Payment by Wire Transfer

Complete this section if you want to receive your payment by direct deposit/electronic fund transfer.  If you want to receive your payment by check, do not complete this section.

| 59.  Do you want to receive your payment by direct deposit/electronic fund transfer? | ☑ Yes ☐ No |
|---|---|

| 60.  Bank to Which Wire is to be Sent: | Bank Name  RBC Centura |
|---|---|
| | Street |
| | City  Bayou La Batre | State  AL | Zip Code 36509 | Country USA |

| 61.  Bank Telephone Number: | 251 - 842 - 2191 |
|---|---|

| 62.  Bank ABA/Routing Number: | |
|---|---|

| 63.  Account Name: | Captain SJ<br>P. O. Box 397<br>Irvington AL 36544 |
|---|---|
| *If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference in the box to the right.* | |

| 64.  Account Number: | |
|---|---|

### VII.B.  Election to Receive Payment by Check

Complete this section if you want to receive your payment by check.  Checks will be sent by overnight courier and will be made payable to the individual or business claimant who completes this Claim Form.  (Be sure to provide your Street Address for overnight delivery.)  If you want to receive your payment by wire transfer, do not complete this section.

| 65.  Do you want to receive your payment by check? | ☐ Yes  ☑ No |
|---|---|

| 66.  If Yes, and you are an individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form.  After reviewing this Notice, elect whether you prefer to receive one check or multiple checks: | ☐ One Check  ☐ Multiple Checks |
|---|---|

Provide the address to which you would like the check(s) to be sent in the space below, if it differs from the address provided in Section II.

| 67.  Payment Address:  Mailing address to our PO Box | Street |
|---|---|
| | City | State | Zip Code | Country |

| Name: | Perry L. Vaughan | SSN or EIN: | 7550● | Claimant #: | 1125972 |
|---|---|---|---|---|---|

## SECTION VIII. SIGNATURE

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process.  My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | *Perry L Vaughan Sr.* | Date: | 02/25/2011 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First  Perry | Middle  L. | Last  Vaughan Sr. |
| Title, if a business: | Owner - Captain SJ | | |

| Has anyone, other than a family member or an attorney you identified in Section III, assisted you in the preparation of this Claim Form? | ☐ Yes  ☒ No |
|---|---|
| Name of individual and company, if applicable: | |

## How to Submit this Claim Form

Submit this Full Review Final Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number).  Attach all supporting documents to the Claim Form and submit your claim to the GCCF.

**THIS PAGE INTENTIONALLY LEFT BLANK**

**Gulf Coast Claims Facility ("GCCF")**
**Kenneth R. Feinberg, Administrator**
**P.O. Box 9658**
**Dublin, OH 43017-4958**
**Toll Free (Multilingual):  1-800-916-4893**
**TTY Telephone Line: 1-866-682-1758**
**Website:  www.GulfCoastClaimsFacility.com**

ICF

Claimant Identification Number: 1125972

Control Number: 4905439294

1 1 2 5 9 7 2

PERRY VAUGHAN, SR.
8330 NORTH MEADOW LANE
IRVINGTON, AL  36544
US

4 9 0 5 4 3 9 2 9 4

## SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you **must** submit supporting documentation. Exhibit A of the Claim Form is a checklist that will help you prepare and submit a complete Claim Form. You should use it to collect documentation for your claim. Pay attention to which part of Exhibit A applies to you, because the GCCF requests different types of documentation for Emergency Advance Payments than it does for Final Payments. If you are seeking an Emergency Advance Payment, you must provide each of the documents required in that column for your claim.  Please submit the completed Exhibit A, attached hereto, with your documentation.

### PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS:

1.    **U.S. Postal Service:**        Gulf Coast Claims Facility ("GCCF")
                                       Kenneth R. Feinberg, Administrator
                                       P.O. Box 9658
                                       Dublin, OH 43017-4958

2.    **Overnight, Certified**
      **or Registered Mail:**         Gulf Coast Claims Facility ("GCCF")
                                       Kenneth R. Feinberg, Administrator
                                       5151 Blazer Pkwy., Suite A
                                       Dublin, OH 43017

3.    **Fax:**                        1-866-682-1772

4.    **Email:**                      info@gccf-claims.com

**QUESTIONS? CALL TOLL FREE (MULTILINGUAL): 1-800-916-4893**
**TTY TELEPHONE LINE:  1-866-682-1758**

**Please take the following into consideration when calculating our final settlement.**

| Year | Expense | Gross | Crew | Net | Crew | Worked |
|------|---------|-------|------|-----|------|--------|
| 2001 | $106,859 | $0.00 | $0.00 | $0.00 | $0.00 | 0 Nights |
| 2002 | $20,217 | $25,206 | $7,561 | $17,645 | 30% | 72 Nights |
| 2003 | $12,512 | $11,644 | $3,410 | $8,234 | 30% | 32 Nights |
| 2004 | $1,039 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2005 | $770 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2006 | $1,785 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2007 | $8,608 | $4,442 | $1,776 | $2,666 | 40% | 11 nights |
| 2008 | $4,439 | $1,699 | $679 | $1,020 | 40% | 2 nights |
| 2009 | $11,352 | $4,270 | $1,708 | $2,562 | 40% | 11 nights |
| Total | $167,581 | $47,261 | $15,134 | $32,127 | | 128 nights |

We had the above calculations because we were working on a 2010 business plan (*see attached*) where as my step-son, was going to take over the family business. (See *attached face book pages where he & his wife posted this along with emails from me.*)

**Attachments:**

| | |
|--|--|
| 06/20/09 | Bank Statement posting $10,000 deposit into boat account. |
| 01/01/10 | Complete 2010 Business Plan |
| 04/23/10 | Face book posting from Jodi "we're running the boat..." |
| 04/23/10 | Face book posting from Lynn "congratulations on taking over family business..." |
| 04/24/10 | Email from me to Lynn and Jodi on meeting regarding boat |
| 05/01/10 | Email from Lynn that he was going to give 2 week notice. |
| 06/07/10 | 4 page, 2010 Captain SJ P&L Spread sheet |
| 2007, 2008 | 2009 & 2010 Federal Documentation |
| 2007, 2008 | 2009 & 2010 Federal Gulf Shrimp License |
| 2007, 2008 | 2009 & 2010 Alabama State Shrimp License |
| 2007, 2008 | 2009 & 2010 Schedule C Tax Return |

1125972

My husband and his family have lived on the gulf coast all their life, as Commercial Shrimpers. In 2001 I retired from the Insurance Industry after 25 years. My husband at the time was on Social Security Disability. We took all of my retirement money and put it into the boat, hoping that my husband would be able to get off of SSDB and start making a living again as a shrimper. He just couldn't do it.

In 2004 the price of shrimp fell because of the imports hitting the market, and the price of fuel skyrocketed and it was cheaper to leave the boat tied up at the dock. In 2005 we went through 2 hurricanes Katrina and Rita. Our tax preparer told us we could classify the boat as a hobby since it had not made any money. I'm thinking how can this be happening?  We have over $150,000.00 in that boat, it's NO hobby, it's my life. Then in 2007 my step-son started to take out the boat on weekends, while working full time as a mechanic at Kenworth.

In 2009 we started talking about him taking over running the boat on a full time basis with his family. On June 24th 2009, we deposited $10,000 in our boat account (*see attached bank statement.*)  I explained to my step-son at the time, this was it. We just can't afford to put any more money in the boat without making a profit.

You know the rest... this was going to be the year, the year that we were able to get our investment back. And, along comes an oil spill. We just can't catch a break.

So far BP has calculated our monthly loss based on the 2009 Schedule C forms showing that we brought in $4,270.00 in product. That number divided by 6 months is $711.66 per month. **I would ask that when you figure out my final settlement offer that you would take into consideration our loss based on the future earnings and not on past tax filings.  Our Son has now decided not to take over the boat and we're left without a captain and a continued loss of income that we would have been able to recover had BP not disrupted our 2010 season.**

We have been paid the following so far from BP

| | |
|---|---|
| **May BP Payment** | $5,000 |
| **June BP Payment** | $5,000 |
| **July BP Payment** | $711.67 |
| **Aug BP Payment** | $711.67 |

Thank you in advance for your time and consideration.

Sincerely,

Linda Vaughan

Co-Owner of the Captain SJ

1125972

# "Captain S.J."

## Small Business Plan 2010

## Mission Statement:

To provide Southern Alabama daily with the freshest organic shrimp found on the Gulf Coast.

- This family owned business has been shrimping in the Gulf of Mexico for generations.
- The Captain S.J. is a fifty foot wooden hull; family built, owned and operated commercial shrimp boat.
- We're docked in beautiful Bayou LaBatre "The Seafood Capital of Alabama".
- We call ourselves a Zipper Boat! We zip out at night, harvest the shrimp and zip back to the dock in the morning. This allows us to offer you the freshest organic shrimp found on the Gulf Coast.

### Key Challenges:

- Unpredictable and uncontrollable cost of Diesel fuel.
- Price of shrimp is set by the market.
- Compete with low cost foreign shrimp that hit the market.
- Educate the market with advertisement that foreign shrimp, although much cheaper, have additives and can't compare to fresh organic gulf shrimp.

### Future Goals:

- Convert our business from a Sole Proprietor to an S Corporation.
- Reorganize my assets by setting up a trust for my personal assets.
- Develop a new market plan for my product a Co-op, Shrimp Charter Business or a Partnership with a Restaurant.
- Ad Advertising to include Face Book and Twitter

### P&L Statement: see attached spreadsheet

Projected Yearly Gross Income; $154,200

Projected yearly Expenses; $31,600

Projected Yearly Net Earnings $61,300 to the boat $61,300 to the crew.

112 5972

**Captain SJ Business Plan P&L**

Captain SJ put in the water in November 2001
*Lynn & Jodi will be taking over the boat operations 2010 season*

| Year | Expense | Gross | Crew | Net | Crew | Worked |
|------|---------|-------|------|-----|------|--------|
| 2001 | $106,859 | $0.00 | $0.00 | $0.00 | $0.00 | 0 Nights |
| 2002 | $20,217 | $25,206 | $7,561 | $17,645 | 30% | 72 Nights |
| 2003 | $12,512 | $11,644 | $3,410 | $8,234 | 30% | 32 Nights |
| 2004 | $1,039 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2005 | $770 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2006 | $1,785 | Boat never left the dock, price of shrimp vs cost of fuel | | | | |
| 2007 | $8,608 | $4,442 | $1,776 | $2,666 | 40% | 11 nights |
| 2008 | $4,439 | $1,699 | $679 | $1,020 | 40% | 2 nights |
| 2009 | $11,352 | $4,270 | $1,708 | $2,562 | 40% | 11 nights |
| Total | $167,581 | $47,261 | $15,134 | $32,127 | | 128 nights |

| 2007 | 2008 | 2009 | total | Avg. |
|------|------|------|-------|------|
| 11 nights | 2 nights | 11 nights | 24 nights | $434. per night |
| $4,442 | $1,699 | $4,270 | $10,411 | $3038 per week |

| | June | July | Aug | Sept | Oct | Nov | Dec |
|---|------|------|-----|------|-----|-----|-----|
| 2002 | 14 nights | 11 nights | 9 nights | 18 nights | 20 nights | | |
| 2003 | 5 nights | 9 nights | 6 nights | 6 nights | 5 nights | 1 night | |
| 2007 | 5 nights | 4 nights | | 2 nights | | | |
| 2008 | | 2 nights | | | | | |
| 2009 | | 1 night | 5 nights | 1 night | | 3 nights | 1 night |

The boat has avg $370 per night over it's life time
The boat avg $547 night for the past 3 years
The boat avg $403 night in 2007
The boat avg $850 night in 2008
The boat avg $388 night in 2009

**Worst projection for Income**
$370 per night  X 7 nights = $2590 per week X 4.3wks = $11,137 X 7 mo. = $77,959

**Best Income projection**
$547 per night X 7 nights = $3829 per week X 4.3 = $16,464 X7 months = $115,252

1125972




# United States of America
## Department of Commerce
## National Oceanic and Atmospheric Administration
## National Marine Fisheries Service
### 263 13th Avenue S.
### St. Petersburg, FL 33701

# FEDERAL FISHERIES PERMIT

### GULF OF MEXICO SHRIMP (MORATORIUM)

| Date Issued:<br>02/11/2010 | Expiration Date:<br>03/31/2011 | Effective Date:<br>04/01/2010 | Permit Number:<br>SPGM-1884 |
|---|---|---|---|
| Vessel Name:<br>CAPTAIN S J | Official Number:<br>1107530 | Homeport:<br>ST ELMO, AL | Passenger Capacity:<br>6 |
| Length:<br>50ft 0in | Horsepower:<br>225.0 | Gross Tons:<br>38.0 | Net Tons:<br>30.0 |

| Permit Holders/Vessel Lessees Name and Address: | Vessel Owners Name and Address: |
|---|---|
| PERRY LYNN VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 | PERRY LYNN VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 |

**Fishery for which this vessel is permitted:**
GULF OF MEXICO SHRIMP (MORATORIUM)

**Reminders:**

Permit Expires 03/31/2011

Permit renewal information will be mailed approximately 60 days prior to the permit expiration date. It is your responsibility to renew your permit whether or not you receive prior notification.

This permit must be renewed within one year of the expiration date or it will not be renewed. A complete application to renew this permit must be received by NMFS by 03/31/2012 or this permit will be non-renewable.

Report any fishery violation to the Southeast Regional Office Law Enforcement hotline (800) 853-1964 or Gulf of Mexico wide call 866.WE.ENFORCE (866) 933-6367).

**RENEW**

1125972




# United States of America
## Department of Commerce
## National Oceanic and Atmospheric Administration
### National Marine Fisheries Service
### 263 13th Avenue S.
### St. Petersburg, FL 33701

# FEDERAL FISHERIES PERMIT

### GULF OF MEXICO SHRIMP (MORATORIUM)

| Date Issued:<br>03/24/2009 | Expiration Date:<br>03/31/2010 | Effective Date:<br>04/01/2009 | Permit Number:<br>SPGM-1884 |
|---|---|---|---|
| Vessel Name:<br>CAPTAIN S J | Official Number:<br>1107530 | Homeport:<br>ST ELMO, AL | Passenger Capacity:<br>6 |
| Length:<br>50ft 0in | Horsepower:<br>225.0 | Gross Tons:<br>38.0 | Net Tons:<br>30.0 |

| Permit Holders/Vessel Lessees Name and Address: | Vessel Owners Name and Address: |
|---|---|
| PERRY LYNN VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 | PERRY LYNN VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 |

Fishery for which this vessel is permitted:
GULF OF MEXICO SHRIMP (MORATORIUM)

This permit must be renewed within one year of the expiration date or it will not be renewed.
A complete application to renew this permit must be received by NMFS by 03/31/2011
or this permit will be non-renewable.

Reminders:

Permit Expires 03/31/2010

Permit renewal information will be mailed approximately 60 days prior to the permit expiration date. It is your responsibility to renew your permit whether or not you receive prior notification.

Report any fishery violation to the Southeast Regional Office Law Enforcement hotline (800)853-1964 or Gulf of Mexico wide call 866.WE.ENFORCE (866)933-6367).

**RENEW**

1125972




# United States of America
## Department of Commerce
## National Oceanic and Atmospheric Administration
## National Marine Fisheries Service
### 263 13th Avenue S.
### St. Petersburg, FL 33701

# FEDERAL FISHERIES PERMIT

## GULF OF MEXICO SHRIMP (MORATORIUM)

| Date Issued: 04/03/2008 | Expiration Date: 03/31/2009 | Effective Date: 04/03/2008 | Permit Number: SPGM-1884 |
|---|---|---|---|
| Vessel Name: CAPTAIN S J | Official Number: 1107530 | Homeport: ST ELMO, AL | Passenger Capacity: 0 |
| Length: 50ft 0in | Horsepower: 225.0 | Gross Tons: 38.0 | Net Tons: 30.0 |

| Permit Holders/Vessel Lessees Name and Address: | Vessel Owners Name and Address: |
|---|---|
| PERRY L VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 | PERRY L VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 |

Fishery for which this vessel is permitted:
GULF OF MEXICO SHRIMP (MORATORIUM)

This permit must be renewed within one year of the expiration date or it will not be renewed. A complete application to renew this permit must be received by NMFS by 03/31/2010 or this permit will be non-renewable.

Reminders:

Permit Expires 03/31/2009

Permit renewal information will be mailed approximately 60 days prior to the permit expiration date. It is your responsibility to renew your permit whether or not you receive prior notification.

Report any fishery violation to the Southeast Regional Office Law Enforcement hotline (800)853-1964 or Gulf of Mexico wide call 866.WE.ENFORCE (866)933-6367).

**RENEW**

1125972



# United States of America
## Department of Commerce
## National Oceanic and Atmospheric Administration
### National Marine Fisheries Service
### 263 13th Avenue S.
### St. Petersburg, FL 33701



# FEDERAL FISHERIES PERMIT

## GULF OF MEXICO SHRIMP (MORATORIUM)

| Date Issued: | Expiration Date: | Effective Date: | Permit Number: |
|---|---|---|---|
| 04/18/2007 | 03/31/2008 | 04/18/2007 | SPGM-1884 |

| Vessel Name: | Official Number: | Homeport: | Passenger Capacity: |
|---|---|---|---|
| CAPTAIN S.J. | 1107530 | ST. ELMO, AL | 0 |

| Length: | Horsepower: | Gross Tons: | Net Tons: |
|---|---|---|---|
| 50ft 0in | 225.0 | 38.0 | 30.0 |

| Permit Holders/Vessel Lessees Name and Address: | Vessel Owners Name and Address: |
|---|---|
| PERRY L VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 | PERRY L VAUGHAN SR<br>PO BOX 397<br>IRVINGTON, AL 36544 |

**Fishery for which this vessel is permitted:**
GULF OF MEXICO SHRIMP (MORATORIUM)

**Reminders:**

Permit Expires 03/31/2008

Permit renewal information will be mailed approximately 60 days prior to the permit expiration date. It is your responsibility to renew your permit whether or not you receive prior notification.

Report any fishery violation to the Southeast Regional Office Law Enforcement hotline (800)853-1964 or Gulf of Mexico wide call 866.WE.ENFORCE (866)933-6367).

1125972

DHS. USCG. CG-1270 (REV. 06-04)                                                              OMB APPROVED
                                                                                              1625-0027



# UNITED STATES OF AMERICA

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | | OFFICIAL NUMBER | | IMO OR OTHER NUMBER | | YEAR COMPLETED |
|---|---|---|---|---|---|---|
| CAPTAIN S.J. | | 1107530 | | | | 2001 |
| HAILING PORT | | HULL MATERIAL | | | | MECHANICAL PROPULSION |
| ST ELMO, AL | | WOOD | | | | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 38 GRT | 30 NRT | 50.0 | 17.5 | 6.5 |

**PLACE BUILT**
CODEN AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| PERRY L VAUGHAN SR | FISHERY |

**MANAGING OWNER**

    PERRY L VAUGHAN SR
    8330 N MEADOW LANE
    PO BOX 397
    IRVINGTON, AL 36544

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
MAY 18, 2010

**THIS CERTIFICATE EXPIRES**
JUNE 30, 2011

*Patricia J Williams*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

VDS
12033281

PREVIOUS EDITION OBSOLETE,  THIS CERTIFICATE MAY NOT BE ALTERED

1125972

DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| CAPTAIN S.J. | 1107530 | | 2001 |

| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
|---|---|---|---|
| ST ELMO AL | WOOD | | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 38 GRT | 30 NRT | 50.0 | 17.5 | 6.5 |

**PLACE BUILT**
CODEN AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| PERRY L VAUGHAN SR | FISHERY |

**MANAGING OWNER**
PERRY L VAUGHAN SR
8330 N MEADOW LANE
PO BOX 397
IRVINGTON, AL 36544

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
JUNE 03, 2009

**THIS CERTIFICATE EXPIRES**
JUNE 30, 2010

VDS
1694090

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED

1125972




DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| CAPTAIN S.J. | 1107530 | | 2001 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| ST ELMO AL | WOOD | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 38 GRT | 30 NRT | 50.0 | 17.5 | 6.5 |

PLACE BUILT
CODEN AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| PERRY L VAUGHAN SR | FISHERY |

MANAGING OWNER
PERRY L VAUGHAN SR
8330 N MEADOW LANE
PO BOX 397
IRVINGTON, AL 36544

RESTRICTIONS
NONE

ENTITLEMENTS
NONE

REMARKS
NONE

ISSUE DATE
MAY 28, 2008

THIS CERTIFICATE EXPIRES
JUNE 30, 2009

VDS
8941445

*Patricia J. Williams*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

ANTI-FRAUD PROTECTION - PATENTS 4,157,291; 5,068,195

PREVIOUS EDITION OBSOLETE, THIS CERTIFICATE MAY NOT BE ALTERED

1125972

DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027



# UNITED STATES OF AMERICA

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| CAPTAIN S.J. | 1107530 | | 2001 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| ST ELMO AL | WOOD | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 38 GRT | 30 NRT | 50.0 | 17.5 | 6.5 |

PLACE BUILT
CODEN AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| PERRY L VAUGHAN SR | FISHERY |

MANAGING OWNER
PERRY L VAUGHAN SR
8330 N MEADOW LANE
PO BOX 397
IRVINGTON, AL 36544

RESTRICTIONS
NONE

ENTITLEMENTS
NONE

REMARKS
NONE

ISSUE DATE
MAY 14, 2007

THIS CERTIFICATE EXPIRES
JUNE 30, 2008

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

VDS
714242

1125972

 

**Cut here for license**

Dept. of Conservation and Natural Resources

**ALABAMA CONSERVATION LICENSE**

Bob Riley, Governor | M. Barnett Lawley, Commissioner

2011000054149150   N1OO41211131401061321          49-150

DL# AL 5316064 SEAFOOD ID 7322

DATE 10/21/2010 TIME 13:19

ISSUED TO Mr. Perry Lynn Vaughan Sr.

ADDR (P) 8330 N Meadow Lane STATE AL
Box397

CITY Irvington ZIP 36544

COUNTRY USA

VESSEL REG# (V-105540) 1107530 / CAPTAIN S.J.

VESSEL REG#

VEH Tag#

SFD DEALER LIC#

ISSUING AGENT City of Bayou La Batre

SIGNATURE

**Vold if detached**

### LICENSE PRIVILEGES ISSUED

2011000054149150          N1OO412111314010613          49-150
                          21

| License Type | Valid Period | Fee |
|---|---|---|
| Res Commercial Shrimp Boat(> 45) | 10/21/2010 - 09/30/2011 | $101.00 |
| | Total Fees (1): | $101.00 |
| XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXX |

This permit MUST be in the possession of the license holder.

 

**Cut here for license**

Instructions:

1. Retain the bottom portion for your records.
2. Cut along the dotted lines of your license.

Thank you for your purchase!

License Number:     2011000054149150

Confirmation #:  N1OO41211131401061321

| | |
|---|---|
| **Name:** | Mr. Perry Lynn Vaughan Sr. |
| **Physical Address:** | 8330 N Meadow Lane |
| | Box397 |
| | Irvington, AL 36544 |
| | |
| **Mailing Address:** | 8330 N Meadow Lane |
| | Box397 |
| | Irvington, AL 36544 |
| **Telephone:** | 251-957-1316 |
| **Seafood ID:** | 7322 |

**Personal Information:**

Gender: Male

Race: White, not of Hispanic origin

Height: 6' 3"      Weight: 225 lbs.

Eye Color: Brown      Hair Color: Black

**Vessel #1:**

AMRD Vessel ID: 105540

Registration #: 1107530

Name: CAPTAIN S.J.

Vessel Length: 50 ft.

| Purchases: | | Price: |
|---|---|---|
| Res Commercial Shrimp Boat(> 45) | | $101.00 |
| | Total: | $101.00 |

Sales Agent: City of Bayou La Batre

*Thank you for your license purchase. The Division of Wildlife and Freshwater Fisheries is dependant upon hunters and anglers to fund the management and protection of Alabama's fish and wildlife resources.*

1125972

Purchase Summary

**Print this License**    Return to menu

Cut here for license ✂

---

Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor • M. Barnett Lawley, Commisioner
2010000096972720    N1MO41105460361302    72-720

| | |
|---|---|
| **LICENSE PRIVILEGES ISSUED** | |
| 2010000096972720   N1MO41105460361302 | 72-720 |

DL# AL 5316064    DATE 10/02/2009 14:29:42

| License Type | Valid Period | Fee |
|---|---|---|
| Res Commercial Shrimp Boat(> 45) | 10/02/2009 - 09/30/2010 | $101.00 |
| | ———Total Fees (1): | $101.00 |

HUNTER ED XXXXXXXXXX    SEAFOOD ID 7322

ISSUED TO    PERRY L VAUGHAN

ADDRESS    P.O. Box 397

Irvington, AL 36544 USA

VESSEL REG (V-101476)1107530 CAPTAIN S J

VESSEL REG XXXXXXXXXXXXXXXXXXX

VEHICLE TAG XXXXX    XXXXX

SFD DLR LIC# XXXXX

XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXX XXXXX

BIRTHDATE 03/01/1955    HEIGHT    6'3"    WEIGHT 200

EYE COLOR Brown    HAIR COLOR Black SEX M

ISSUING AGENT    Marine Resources Division

SIGNATURE

This permit MUST be in the possession
of the license holder

---

Cut here for license ✂

**2010000096972720**

Instructions:
1. Retain the bottom portion for your records.
2. Cut along the dotted lines for your license.

License Number:    2010000096972720

Name:    PERRY L VAUGHAN

Mailing Address:    P.O. Box 397
Irvington, AL 36544 USA

E-Mail:

DLN:    AL-5316064

DOB:    03/01/1955

Seafood ID:    7322

Sfd Dlr Lic#:

Vehicle Tag#:

**Vessel #1**

AMRD Vessel ID:    V-101476

Registration #:    1107530

Name:    CAPTAIN S J

HIN:

Vessel Length:    ft

Busi. Lic#

Health Permit #:

Comments:

Sales Agent:
Marine Resources Division

(251)861-2882

---

**2010000097072720**

Thank you for your purchase!

Confirmation #:    N1MO41105460361302

Telephone:    251-957-1316

Physical Address:    8330 N MEADOW LANE
Irvington, AL 36544 USA

Name and address will be excluded from ADCNR lists sold

**Personal Information**

Gender:    Male

Race:    White, not of Hispanic origin

Height:    6'3"    Weight:    200 lbs

Eye Color:    Brown    Hair Color:    Black

Vehicle Tag #:

**Vessel #2**

AMRD Vessel ID:

Registration #:

Name:

HIN:

Vessel Length:    ft

| Purchases | | Price |
|---|---|---|
| Res Commercial Shrimp Boat(> 45) | | $101.00 |
| | Sub-Total | $101.00 |

1125972

**Purchase Summary**

Print this License          Return to menu

Cut here for license



Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor • M. Barnett Lawley, Commisioner
2009000006949150      N1M941194670361329      49-150

**LICENSE PRIVILEGES ISSUED**
2009000006949150      N1M941194670361329      49-150

| License Type | Valid Period | Fee |
|---|---|---|
| Res Commercial Shrimp Boat (> 45) | 09/29/2008 - 09/30/2009 | $101.00 |
| | Total Fees (1): | $101.00 |

DL# AL 5316064          09/29/2008
DATE 14:06:58

HUNTER ED   XXXXXXXXXX   SEAFOOD ID 7322

ISSUED TO   PERRY L VAUGHAN

ADDRESS   P.O. Box 397

Irvington, AL 36544 USA

VESSEL REG   (V-101476)1107530 CAPTAIN S.J.

VESSEL REG   XXXXXXXXXXXXXXXXXXX

VEHICLE TAG   XXXXX          XXXXX

SFD DLR LIC#   XXXXX

BIRTHDATE   03/01/1955   HEIGHT   6'3"   WEIGHT   200

EYE COLOR   Brown   HAIR COLOR   Black   SEX   M

This permit MUST be in the possession
of the license holder

ISSUING AGENT   City of Bayou La Batre

SIGNATURE

Cut here for license

**2009000006949150**

*Instructions:*
1. Retain the bottom portion for your records.
2. Cut along the dotted lines for your license.

Thank you for your purchase!

| | |
|---|---|
| Confirmation #: | N1M941194670361329 |
| Telephone: | 251-957-1316 |
| Physical Address: | 8330 N MEADOW LANE |
| | Irvington, AL 36544 USA |

License Number:   2009000006949150
Name:   PERRY L VAUGHAN
Mailing Address:   P.O. Box 397
Irvington, AL 36544 USA
E-Mail:
DLN:   AL-5316064
DOB:   03/01/1955
Seafood ID:   7322
Sfd Dlr Lic#:
Vehicle Tag#:
**Vessel #1**
AMRD Vessel ID:   V-101476
Registration #:   1107530
Name:   CAPTAIN S.J.
HIN:
Vessel Length:   50 ft
Busi. Lic#
Health Permit #:
Comments:

Name and address will be excluded from ADCNR lists sold
**Personal Information**
Gender:   Male
Race:   White, not of Hispanic origin
Height:   6'3"   Weight:   200 lbs
Eye Color:   Brown   Hair Color:   Black
Vehicle Tag #:
**Vessel #2**
AMRD Vessel ID:
Registration #:
Name:
HIN:
Vessel Length:   ft

| Purchases | Price |
|---|---|
| Res Commercial Shrimp Boat(> 45) | $101.00 |
| Sub-Total | $101.00 |

Sales Agent:
City of Bayou La Batre

251-824-2171

1125972

Purchase Summary

Print this License

Return to menu

**Cut here for license**



Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor - M. Barnett Lawley, Commisioner
2008000025549150      N1MO41180850361311      49-150

DL# AL 5316064
                    10/11/2007
                    DATE 15:27:34

HUNTER ED   XXXXXXXXXX   SEAFOOD ID 7322

ISSUED TO   PERRY L VAUGHAN

ADDRESS   P.O. Box 397
          Irvington, AL 36544 USA

VESSEL REG   (V-101476)1107530 CAPTAIN S.J.

VESSEL REG   XXXXXXXXXXXXXXXXXXXXX

VEHICLE TAG   XXXXX          XXXXX

SFD DLR LIC#   XXXXX

BIRTHDATE   03/01/1955   HEIGHT   6'3"   WEIGHT   200

EYE COLOR   Brown   HAIR COLOR   Black   SEX   M

ISSUING AGENT   City of Bayou La Batre

SIGNATURE

**LICENSE PRIVILEGES ISSUED**
2008000025549150      N1MO41180850361311      49-150

| License Type | Valid Period | Fee |
|---|---|---|
| Res Commercial Shrimp Boat (> 45) | 10/11/2007 - 09/30/2008 | $101.00 |
| | Total Fees (1): | $101.00 |

XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXX

**This permit MUST be in the possession of the license holder**

**Cut here for license**

**2008000025549150**

Instructions:
1. Retain the bottom portion for your records.
2. Cut along the dotted lines for your license.

**Thank you for your purchase!**

Confirmation #:      N1MO41180850361311
Telephone:           251-957-1316
Physical Address:    8330 N MEADOW LANE
                     Irvington, AL 36544 USA

License Number:      2008000025549150
Name:                PERRY L VAUGHAN
Mailing Address:     P.O. Box 397
                     Irvington, AL 36544 USA

E-Mail:
DLN:                 AL-5316064
DOB:                 03/01/1955
Seafood ID:          7322
Sfd Dlr Lic#:
Vehicle Tag#:
Vessel #1
AMRD Vessel ID:      V-101476
Registration #:      1107530
Name:                CAPTAIN S.J.
HIN:
Vessel Length:       50 ft
Busi. Lic#:
Health Permit #:
Comments:

Name and address will be excluded from ADCNR lists sold
**Personal Information**
Gender:      Male
Race:        White, not of Hispanic origin
Height:      6'3"       Weight:       200 lbs
Eye Color:   Brown      Hair Color:   Black

Vehicle Tag #:
Vessel #2
AMRD Vessel ID:
Registration #:
Name:
HIN:
Vessel Length:       ft

| Purchases | Price |
|---|---|
| Res Commercial Shrimp Boat(> 45) | $101.00 |
| Sub-Total | $101.00 |

Sales Agent:
    City of Bayou La Batre

    251-824-2171

1125972

https://www.alabamainteractive.org/dcnr/mr_pos/index.cgi

10/11/2007