# SCHEDULE C (Form 1040)

**Profit or Loss From Business**
(Sole Proprietorship)

SCHC-3

OMB No. 1545-0074

**2009**

▶ Partnerships, joint ventures, etc. generally must file Form 1065 or 1065-B.

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

Attachment Sequence No. **09**

Name of proprietor: **PERRY VAUGHAN**

r (SSN) **7550**

**A** Principal business or profession, including product or service (see the instructions)  **FISHING**

**B** Enter code from instructions ▶ **114110**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ **NONE**
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2009? If "No," see instructions for limit on losses   ☒ Yes  ☐ No

**H** If you started or acquired this business during 2009, check here . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if: ● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked or, ● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ ☐ | **1** 4,270 |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 4,270 |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** |
| 5 | Gross profit. Subtract line 4 from line 3 | **5** 4,270 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ▶ | **6** |
| 7 | Gross income. Add lines 5 and 6 ▶ | **7** 4,270 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | **8** | 18 Office expense | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | 19 Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | a Vehicles, machinery, and equipment | **20a** | |
| | | | b Other business property | **20b** | |
| 12 | Depletion | **12** | 21 Repairs and maintenance | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 22 Supplies (not included in Part III) | **22** 11,352 |
| | | | 23 Taxes and licenses | **23** | |
| 14 | Employee benefit programs (other than on line 19) | **14** | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | **24a** | |
| 15 | Insurance (other than health) | **15** | b Deductible meals and entertainment (see instructions) | **24b** | |
| 16 | Interest: | | 25 Utilities | **25** | |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 Wages (less employment credits) | **26** NONE |
| b | Other | **16b** | 27 Other expenses (from line 48 on page 2) | **27** | |
| 17 | Legal and professional services | **17** | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | **28** | 11,852 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** | -7,082 |
| 30 | Expenses for business use of your home. Attach Form 8829 | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. ● If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see the instructions). Estates and trusts, enter on Form 1041, line 3. ● If a loss, you **must** go to line 32. | **31** | -7,082 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). ● If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. ● If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the instructions.

Schedule C (Form 1040) 2009

MXA   F 10/23/09

1125972

**Income**                          **Captain S.J. 2009**
**Season Opened**

| Date | Gross | | | |
|------|-------|---|---|---|
| 8-May | $0.00 | Shaft broke had to be towed in | Ice & fuel / brought shrimp home | |
| 25-Jul | $0.00 | Clutch broke on way out  docked again | Ice | |
| 1-Aug | $520.00 | Cash | Ice 7/31 & 8/1 | 280 lbs mix |
| 7-Aug | $750.00 | Ck Deposited $404 Balance $346 cash | ice & Fuel | 430 lbs mix |
| 10-Aug | $570.00 | Ck Deposited $570 trip ticket | Ice | 600 lbs@.9 |
| 21-Aug | $290.00 | Cash | Ice | 290 lbs mix |
| 28-Aug | $315.00 | Cash | | 180 lbs mix |
| 5-Sep | $820.00 | Cash | ice & Fuel | 310 lbs mix |
| 7-Nov | $160.00 | Cash | | 80 lbs mixe |
| 12-Nov | $230.00 | Cash | | 115 lbs mix |
| 21-Nov | $475.00 | Cash | | 160 lbs mix |
| 5-Dec | $140.00 | Ck deposited $140 | Ice & Fuel | 70 lbs mixe |
| | $4,270.00 | | 12 nights | 2515 lbs m |

| | | |
|------|-------|---|
| Gross | $4,270.00 | One trip ticket 8/10 $570, all other shrimp sold off the boat cash & checks |
| Expense | $11,352.47 | |
| Loss | $7,082.47 | |

112 S972

Date  7/31  8/1        2009  19̶0̶

M.

Address                                    Aug. 3rd

| Reg. No. | Clerk | | Account Forward | 0 | |
|---|---|---|---|---|---|
| 1 | 7/31  25 | 2 | | | |
| 2 | 12 | 12 | | | |
| 3 | 25 | 10 | | | |
| 4 | 65 | 2 | | | |
| 5 | 33 mixed | 26 big | | | |
| 6 | 170 | | | | |
| 7 | | | | | |
| 8 | 8/1  50 | | | | |
| 9 | 60 | | | | |
| 10 | 110 | | | | |
| 11 | | | | | |
| 12 | 280 lbs mixed @ 1.⁵⁰ | | | 420 | ⁰⁰ |
| 13 | 25 lbs big @ 4.⁰⁰ | | | 100 | ⁰⁰ |
| 14 | Brownies | | | | |
| 15 | | | | $520 | Cash |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date __8/7__ 2009

M _____

Address _____

| Reg. No. | Clerk | Account Forward | |
|---|---|---|---|
| 1 | 110        25lb | | |
| 2 | 120 | | |
| 3 | 110 | | |
| 4 | 128 | | |
| 5 | 468 lb picked out 26lbs of big ones | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | 26 × 4.⁰⁰ lb = 104.⁰⁰ | check Kw | 404 |
| 10 | 200lb × 1.⁵⁰ lb = 300.⁰⁰ | | |
| 11 | 230lb × 1.⁵⁰   = 345.⁰⁰ | | |
| 12 | took 12lbs home | | |
| 13 | | | |
| 14 | | | |
| 15 | | #750 | 00 |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

# SUMMARY BY FISHERMAN

## 01/01/09 And 12/31/09

Printed: 05/08/201

**SAMUAL'S SEAFOOD**   009186

0007322        PERRY CAPT S.J.

| Ticket Num | Trans Date | Species – Count / Market | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 005036 | 08/10/2009 | Shrimp, Brown – Cat/Mkt: 31 / 35 | 600.00 | $ 0.95 | $570.00 |

|  |  |
|---|---|
| Total Quantity: | 600.00 |
| Avg Unit Price: | $0.95 |
| Total Purchases: | $570.00 |
| Total Deductions: | $0.00 |
| Total Paid: | $570.00 |

1125972

Date _____ 8/21 _____ 19 2009

M. _____

Address _____

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 72 | | | |
| 2 | 78 | | | |
| 3 | 80 | | | |
| 4 | 60 | | | |
| 5 | 290 lbs | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | Cash @ 1.00 per lb | | | |
| 12 | brownies | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | 290 | 00 |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date Aug 28, 2009 19

M

Address

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 65 | | | |
| 2 | 30 | | | |
| 3 | 50 | | | |
| 4 | 35 | | | |
| 5 | 180 lbs | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | 180 lbs @ 1.75 = 315 | | | |
| 12 | mixed braunis | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | 315 | 00 |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date 9/8-2009 19

M

Address

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 100        50 | | | |
| 2 | 86 | | | |
| 3 | 62 | | | |
| 4 | 62 | | | |
| 5 | 310 | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | 50lb @ 4.00 = 200.00 | | | |
| 11 | 310 lbs @ 2.00    620 | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | 820 | 00 |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date __Nov 7th 2009__ 19

M. _____

Address _____

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 70 lb mixed | | | |
| 2 | 10 lb smaller | | | |
| 3 | 80 lbs @ 2.00 | | 160.00 | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date 11/12-09 19____

M.____

Address____

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 35 | | | |
| 2 | 25 | | | |
| 3 | 30 | | | |
| 4 | 25 | | | |
| 5 | 115 lbs | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | 115 | | | |
| 9 | x 2.00 | | | |
| 10 | 230.00 | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

112597a

Date 11/21-2009 19___

M_____

Address_____

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | 30        15 | | | |
| 2 | 35        25 | | | |
| 3 | 45        40 | | | |
| 4 | 70 | | | |
| 5 | 160 | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | 160 lbs mixed @1.75 | | 315 | |
| 10 | 40 lbs bige 4.00 | | 160 | |
| 11 | | | 475 | tote |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

Date Dec 4th 19

M

Address

| Reg. No. | Clerk | Account Forward | | |
|----------|-------|-----------------|---|---|
| 1 | 35 | | | |
| 2 | 35 | | | |
| 3 | 70 lb @ 2.00 140.00 | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Your Account Stated to Date—If Error is Found Return at Once
STYLE 12A

1125972

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc. generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

SCHC-1

OMB No. 1545-0074

**2008**

Attachment Sequence No. **09**

Name of proprietor: **PERRY VAUGHAN**

Social security number (SSN): **7550**

A  Principal business or profession, including product or service (see the instructions)
**FISHING**

B  Enter code from instructions ▶ **114110**

C  Business name. If no separate business name, leave blank.
**CAPTAIN SJ**

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶
   City, town or post office, state, and ZIP code

F  Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses . . . . . ☒ Yes  ☐ No

H  If you started or acquired this business during 2008, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I  Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked or, • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses.   ▶ ☐ | **1** 1,699 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . | **2** |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . | **3** 1,699 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . | **4** |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . | **5** 1,699 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | **6** |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . ▶ | **7** 1,699 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . . | **8** | 18 | Office expense . . . . . . | **18** |
| 9 | Car and truck expenses (see instructions). . . . | **9** | 19 | Pension and profit-sharing plans . | **19** |
| 10 | Commissions and fees . . . . | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions). . . . | **11** | a | Vehicles, machinery, and equipment . . | **20a** |
| | | | b | Other business property . . . . . | **20b** |
| 12 | Depletion . . . . . . . . | **12** | 21 | Repairs and maintenance . . . . | **21** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . | **13** 4,197 | 22 | Supplies (not included in Part III) . | **22** 4,314 |
| | | | 23 | Taxes and licenses. . . . . . . | **23** 126 |
| 14 | Employee benefit programs (other than on line 19). . . . . | **14** | 24 | Travel, meals, and entertainment: | |
| | | | a | Travel. . . . . . . . . . . | **24a** |
| 15 | Insurance (other than health) . . | **15** | b | Deductible meals and entertainment (see instructions) . . | **24b** |
| 16 | Interest: | | 25 | Utilities . . . . . . . . . | **25** |
| a | Mortgage (paid to banks, etc.) . | **16a** | 26 | Wages (less employment credits) . | **26** NONE |
| b | Other . . . . . . . . . . . | **16b** | 27 | Other expenses (from line 48 on page 2) . . . . . . . | **27** |
| 17 | Legal and professional services . . . . . . . | **17** | | | |

| | | |
|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . . ▶ | **28** 8,637 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . | **29** -6,938 |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . . | **30** |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (If you checked the box on line 1, see the instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | **31** -6,938 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the instructions.

MXA   RF 2/17/09

Schedule C (Form 1040) 2008

112S972

**income**                                          Captain S.J. 2008

Season Opened in June, did not make opening

| Date | Gross |
|---|---|
| 15-Jul | $1,138.60 |
| 28-Jul | $561.00 |
| 26-Aug | $0.00 | Boat left dock returned with shrimp that was given to us and our son |
| **Total** | **$1,699.60** |

| Expenses Date | Supply 1 yr Amount | Expense 5 yrs Category | Boat 10 yrs Company | Captain S.J. 2008 Description |
|---|---|---|---|---|
| 11-Jan | $320.00 | Expenses | Bayou Auto parts | 2 Batteries |
| 18-Feb | $25.00 | Supply | US Treasury | Fed Gulf Permit |
| 13-Mar | $21.52 | Expenses | Tide | see invoice |
| 6-Apr | $25.50 | Supply | Faily Dollar | Storage bins |
| 1-Jun | $15.00 | Expenses | Hung Diesels | Gasket and oil pan - oil pan was returned |
| 26-Jun | $75.44 | Expenses | Kenedy Engin | Gasket & Oil pan |
| 28-Jun | $34.98 | Expenses | NAPA | Parts |
| 28-Jun | $85.00 | Supply | IOE | 10 gallons of oil from oil change |
| 8-Jul | $25.77 | Supply | Auto Zone | Tools for the boat |
| 8-Jul | $6.72 | Expense | Car Quest | Oil |
| 9-Jul | $108.99 | Expenses | West Marine | Radio antenna |
| 11-Jul | $177.83 | Expenses | Tide | see invoive |
| 11-Jul | $26.16 | Supply | IOE | Ice |
| 12-Jul | $5.02 | Expense | Bayou BO | Gas for Generator |
| 17-Jul | $72.35 | Expense | Save Rite | Canned food for boat |
| 18-Jul | $982.38 | Supply | IOE | Ice and Oil |
| 18-Jul | $55.08 | Expenses | Bayou Auto parts | see ck account |
| 25-Jul | $820.79 | Supply | IOE | Fuel and Ice |
| 25-Jul | $24.18 | Expenses | Bayou Auto parts | see ck account |
| 30-Jul | $11.99 | Expense | CVS | Drinks Coke for boat |
| 7-Aug | $273.77 | Expenses | Tide | see invoice |
| 26-Aug | $343.22 | Supply | IOE | Ice & Fuel |
| 4-Sep | $9.46 | Expenses | Bayou Rigging | Net |
| 4-Sep | $415.01 | Expenses | Tide | See invoices |
| 5-Sep | $275.49 | Supply | Hydradyne Hydraulics | Parts for the winch |
| Sep-31 | $101.00 | Supply | State of Alabama | Alabama Shrimp License |
| 19-Nov | $79.00 | Expenses | Tide | See Invoices |
| 20-Dec | $23.31 | Expense | Love's Gas station | Cable for the lights |
| **Total** | **$4,439.96** | | | |

| | |
|---|---|
| **Profit** | **$1,699.60** |
| **Expenses** | **$4,439.96** |
| Loss | $2,740.36 |

1125972

TICKET NO. **004466**　　　　　　　　　　　　　　　　　　**Paid With Check Number:** 26184

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

FISHERMAN PROVIDED INFORMATION

PERRY CAPT S.J.
PO BX 397

IRVINGTON　　　　　　　　AL　36544

Commercial
Fisherman's
License Number　　**0007322**

Dealer: LYONS SEAFOOD

Dealer Lic # 000110

VESSEL NAME

**CAPT S.J.**

Coast Guard Documented　　　　1107530
Vessel Number
　　　OR
State Vessel Registration

Trip Time: 12　　　　Fishing Time: 6

Area Fished: 11.2

Gear Used: 095　　　　Gear Qty: 2
　　　Otter Trawl, Shrimp

Transaction Date: 07/13/2008　　　　Trip Time: 12

**Transactions:**

| | | | Total Purchases | $1,133.60 |
|---|---|---|---|---|
| | | | Total Deductions | $0.00 |
| | | | Total Paid | $1,133.60 |

| ID | Species Description | Unit | Cond | Cut / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 7320 | Shrimp, Brown | LB | 60 | 36 | 40 | 500.00 | $1.50 | $750.00 |
| 7320 | Shrimp, Brown | LB | 60 | 36 | 40 | 274.00 | $1.40 | $383.60 |
| | | | | | Total: | 774.00 | $1.46 | $1,133.60 |

1125972

TICKET NO. **004538**

Paid With Check Number: 26280

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| PERRY CAPT S.J.<br>PO BX 397<br><br>IRVINGTON            AL   36544 | CAPT S.J. |

**FISHERMAN PROVIDED INFORMATION**

PERRY CAPT S.J.
PO BX 397

IRVINGTON                        AL   36544

Commercial
Fisherman's
License Number        **0007322**

Dealer:  LYONS SEAFOOD

Dealer Lic #  000110

**VESSEL NAME**

CAPT S.J.

Coast Guard Documented              1107530
Vessel Number
OR
State Vessel Registration

Trip Time:  12              Fishing Time:  10

Area Fished:  11.2

Gear Used:  095            Gear Qty:  2
            Otter Trawl, Shrimp

Transaction Date:  07/28/2008              Trip Time: 12

**Transactions:**

| | | |
|---|---|---|
| Total Purchases | | $561.00 |
| Total Deductions | | $0.00 |
| Total Paid | | $561.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 7320 | Shrimp, Brown | LB | 60 | 31 | 35 | 330.00 | $1.70 | $561.00 |
| | | | | Total: | | 330.00 | $1.70 | $561.00 |

Account No.

Deposit
☐ Checking Account
☐ Savings Account
☐ IRA
☐

Payment
☐ Installment Loan
☐ CreditLine
☐ Credit Card

RBC Bank

This is your receipt.  All items are credited subject to payment.
The account number, transaction number, date and amount of your deposit are shown below.
Always obtain official receipt when making deposit.

07/28/2008  11:12:41 AM  DEPOSITDBA
07/28/2008    51201 003-CJ2
5123049325                            254
                                        561.00

B131 REV. 3/08

1125972

Tax Year: 2007                              Federal Return Recap                              C
Primary : 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   LINDA VAUGHAN
Spouse        7550   PERRY VAUGHAN                                              Page: 1

| | | | |
|---|---|---|---|
| **\* Form W-2 \*** | | Tax | 5,589 |
| Employer EIN | 04-3376070 | Total Tax | 5,589 |
| Employer Name | UNUM LIFE INSURANCE COMPANY OF AMER | Inc Tx Less Cr | 5,589 |
| FedEarnings | 41,788 | Total Tax | 5,589 |
| 3rdPartySickPay | YES | Tot Payments | NONE |
| Employer Num | 346183 | Tax Due | 5,589 |
| State Wages | | Est Tx Pnlty | NONE |
| Checkboxes to i | Other Income CB | May IRS Discuss | Yes |
| Control Number | L0099182552 | TP Occupation | SSDB |
| | | Sp Occupation | SSDB |
| **\* Form 1040, Pg 1 \*** | | Date Printed | 04/11/2008 04:10:54 PM CDT |
| TpDOB | 03/07/1957 | | |
| TP First Name | LINDA | **\* Sch B \*** | |
| TP Last Name | VAUGHAN | RtrnFilingName | LINDA & PERRY VAUGHAN |
| TP SSN | 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 | TP SSN | 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 |
| SPDOB | 03/01/1955 | Name of payer | M&T BANK |
| SP First Name | PERRY | Total interest | |
| SP Last Name | VAUGHAN | Name of payer | RBC CENTURA BANK |
| SP SSN | 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 | Total interest | 3,061 |
| Street Address | P O BOX 397 | Name of payer | UNUM LIFE INSURANCE COMPANY OF AMERIC A |
| City State Zip | IRVINGTON, AL 36544 | Total interest | 9,783 |
| Federal filing | MFJ | IntSubTot | Interest Subtotal |
| TP Exmpt cbox | YES | TotGrIntInc | 13,196 |
| No of Exmpt | 2 | TotInt | 13,196 |
| SP Exmpt Cbox | YES | NetInt | 13,196 |
| Tot exmpt | 2 | NetDiv | NONE |
| Gross Wages | 41,788 | Taxpayer owned | No |
| Txbl Interest | 13,196 | Amounts to/from | No |
| Bus Income | -616 | | |
| SSA Benefits | 29,700 | **\* Sch C, Pg 1 \*** | |
| Txbl SSA Amt | 17,404 | ActID | SCHC-1 |
| Other inc type | LESS - NOL DEDUCTION | ProprietorName | PERRY VAUGHAN |
| Other Income | -11,802 | OwnerSSN | 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 |
| Total Income | 59,970 | PrinBusCode | 114110 |
| Total Adjust | NONE | PrinBusDesc | FISHING |
| Adj Gross Inc | 59,970 | BusName | CAPTAIN SJ |
| | | Method used | Cash |
| **\* Form 1040, Pg 2 \*** | | Materially part | Yes |
| TP SSN | 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 | Gross Sales | 4,423 |
| AGI | 59,970 | Net Sales | 4,423 |
| Item/Std Ded | 10,700 | Gross Profit | 4,423 |
| AGI Minus Ded | 49,270 | Gross Income | 4,423 |
| Exempt Amount | 6,800 | Depr | 4,513 |
| Txbl Income | 42,470 | Oth Bus Prop | 400 |

1125972

# Income
Season Opened

Captain S.J. 2007

| Date | Gross |
|------|-------|
| 13-Jun | $352.50 |
| 14-Jun | $348.45 |
| 16-Jun | $360.30 |
| 22-Jun | $291.45 |
| 29-Jun | $383.75 |
| 6-Jul | $250.00 |
| 13-Jul | $312.50 |
| 19-Jul | $281.25 |
| 27-Jul | $375.00 |
| 1-Sep | $748.80 |
| 2-Sep | $718.90 |
| | $4,422.90 |

1125972

# ALABAMA TRIP TICKET – MULTI-DAY ALL SPECIES
Please print all characters legibly inside the boxes with either blue or black ink only.  Please see below for examples.

**300**  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

TICKET NO. 4009040     CONTINUATION TICKET NO. 4009041     VOID TICKET ( )

## FISHERMAN INFORMATION:

COMMERCIAL FISHERMAN'S NAME (PLEASE PRINT): PERRY LYNN VAUGHAN

Coast Guard Documented Vessel Number → | | | | 1 | 1 | 0 | 7 | 5 | 3 | 0 |

OR State Vessel Registration Number → | | | - | | | | | - | | |

Commercial Fisherman's **ID C-** 1 0 1 4 7 6

VESSEL NAME: CAPTAIN S J

Primary Gear Used: 0 9 5   Quantity of Gear: 0 0 0 2   Size of Gear: 0 0 2 5   Mesh Size: 1 . 7 5

## SEAFOOD DEALER INFORMATION:

SEAFOOD DEALER'S NAME (PLEASE PRINT): PERRY VAUGHAN SEAFOOD

Seafood Dealer's **ID C-** | | 7 3 2 2 |

State Landed: 01   County Landed: 0 9 7   Port Landed: 3 7 9 2

---

| TRIP VOID ( ) | TRIP START DATE 6 1 2007 | TRANSACTION DATE 6 4 2007 | TRIP TIME 10 | FISHING TIME 05.5 | PRIMARY AREA FISHED 11.2 | UNIT LB |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | 240 . | 6 0 | 30 - 40 | 1 . 30 | $ 312 | 00 |
| ( ) | | | 10 . 0 | 6 1 | - 30 | 4 . 05 | $ 40 | 50 |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ 352 | 50 |

---

| TRIP VOID ( ) | TRIP START DATE 6 4 2007 | TRANSACTION DATE 6 5 2007 | TRIP TIME 8 | FISHING TIME 5.5 | PRIMARY AREA FISHED . | UNIT LB |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | 240 . | 6 0 | 36 - 40 | 1 . 30 | $ 312 | 00 |
| ( ) | | | 9 . 0 | 6 1 | 16 - 20 | 4 . 05 | $ 36 | 45 |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ 348 | 45 |

---

| TRIP VOID ( ) | TRIP START DATE 1 1 2007 | TRANSACTION DATE 6 7 2007 | TRIP TIME 10 | FISHING TIME 5.5 | PRIMARY AREA FISHED . | UNIT LB |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | 246 . | 6 0 | 30 - 40 | 1 . 30 | $ 319 | 80 |
| ( ) | | 7 3 0 | 10 . 0 | 6 1 | - 30 | 4 . 05 | $ 40 | 50 |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ 360 . 30 | |

---

| DEALER DEDUCTIONS | |
|---|---|
| ITEM | COST |
| | |
| | |
| | |

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP
NOTE: THIS FORM MAY BE USED FOR UP TO THREE COMMERCIAL FISHING TRIPS

DEALER SIGNATURE (or designated representative)
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

FISHERMAN'S SIGNATURE
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

SUBTOTAL SALES: _____
SUBTOTAL DEDUCTIONS: _____
TOTAL PAID: 1061.25

4247097788          COMMERCIAL FISHERMAN COPY     1125972

# ALABAMA TRIP TICKET – MULTI-DAY ALL SPECIES
Please print all characters legibly inside the boxes with either blue or black ink only.  Please see below for examples.

**300**  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

**TICKET NO.** 4009041   **CONTINUATION TICKET NO.** | 4 | 3 | | | | |   **VOID TICKET** ( )

## FISHERMAN INFORMATION :

COMMERCIAL FISHERMAN'S NAME (PLEASE PRINT)
PERRY LYNN VAUGHAN

Coast Guard Documented Vessel Number ▶ | | | | | 1 | 1 | 0 | 7 | 5 | 3 | 0 |
OR
State Vessel Registration Number ▶ | | | | | - | | | | | - | | |

Commercial Fisherman's **ID C-** | 1 | 0 | 1 | 4 | 7 | 6 |

VESSEL NAME CAPTAIN S J

Primary Gear Used | 0 | 9 | 5 |    Quantity of Gear | 0 | 0 | 0 | 2 |    Size of Gear | 0 | 0 | 2 | 5 |    Mesh Size | 1 | 7 | 5 |

## SEAFOOD DEALER INFORMATION :

SEAFOOD DEALER'S NAME (PLEASE PRINT)

PERRY VAUGHAN SEAFOOD

Seafood Dealer's **ID C-** | | | 7 | 3 | 2 | 2 |

State Landed **01**   County Landed | 0 | 9 | 7 |

Port Landed | 3 | 7 | 9 | 1 | 2 |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 6 2 2 2 0 0 7 | 0 6 2 3 2 0 0 7 | 0 4 . 0 | | 1 1 . 2 | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 2 0 | , 2 0 1 . | 6 0 | 2 6 | - . | $ 2 9 1 . 4 5 | |
| ( ) | | | , . | | | - . | $ | |
| ( ) | | | , . | | | - . | $ | |
| ( ) | | | , . | | | - . | $ | |
| ( ) | | | , . | | | - . | $ | |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 6 2 9 2 0 0 7 | 0 6 3 0 2 0 0 7 | 7 0 | 3 . 5 | 1 1 . 2 | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | , . | 6 | - 4 0 | 1 . 2 5 | $ 3 8 3 . 7 5 | |
| ( ) | | | , . | | - . | . | $ | |
| ( ) | | | , . | | - . | . | $ | |
| ( ) | | | , . | | - . | . | $ | |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 2 0 0 7 | 2 0 0 7 | | . | . | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | , . | 6 | - . | . | $ | |
| ( ) | | | , . | | - . | . | $ | |
| ( ) | | | , . | | - . | . | $ | |
| ( ) | | | , . | | - . | . | $ | |

| DEALER DEDUCTIONS | |
|---|---|
| ITEM | COST |
| | |
| | |
| | |

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP
NOTE: THIS FORM MAY BE USED FOR UP TO THREE COMMERCIAL FISHING TRIPS

DEALER SIGNATURE (or designated representative)
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

FISHERMAN'S SIGNATURE
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

SUBTOTAL SALES:

SUBTOTAL DEDUCTIONS:

TOTAL PAID: 6 7 5 2 0

4247097788

COMMERCIAL FISHERMAN COPY 1125972

# ALABAMA TRIP TICKET – MULTI-DAY ALL SPECIES
Please print all characters legibly inside the boxes with either blue or black ink only. Please see below for examples.

300  | 1 2 3 4 5 6 7 8 9 0 | A B C D E F G H I J K L M N O P Q R S T U V W X Y Z |

TICKET NO. 4009042        CONTINUATION TICKET NO. | 4 0 0 1 0 4 3 |   VOID TICKET ( )

## FISHERMAN INFORMATION :

COMMERCIAL FISHERMAN'S NAME (PLEASE PRINT)

PERRY LYNN VAUGHAN

Coast Guard Documented Vessel Number  →  | | | | 1 1 0 7 5 0 9 |

State Vessel Registration Number  →  | | | - | | | - | | | |

Commercial Fisherman's **ID C-** | 1 0 1 4 7 6 |

Primary Gear Used | 0 9 5 |   Quantity of Gear | 0 0 0 2 |   Size of Gear | 0 0 2 6 |   Mesh Size | 1 . 7 5 |

VESSEL NAME CAPTAIN S J

## SEAFOOD DEALER INFORMATION :

SEAFOOD DEALER'S NAME (PLEASE PRINT)

PERRY VAUGHAN SEAFOOD

Seafood Dealer's **ID C-** | | 7 3 2 2 |

State Landed 01   County Landed | 0 9 7 |   Port Landed | 3 7 9 |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 7 0 6 2 0 0 7 | 0 7 0 7 2 0 0 7 | 7 | 5 . 0 | 1 1 . 2 | B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 2 0 | , 2 0 0 . | 6 0 3 1 | - 3 5 | 1 . 2 5 | $ 260.00 | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 7 1 2 2 0 0 7 | 0 7 1 4 2 0 0 7 | 1 2 | 6 . 0 | 1 1 . 2 | B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 2 0 | , 2 5 0 . | 6 0 3 1 | - 3 5 | 1 . 2 5 | $ 312.50 | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 7 1 8 2 0 0 7 | 0 7 2 0 2 0 0 7 | 9 | 6 . 0 | 1 1 . 2 | B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 2 0 | , 2 2 5 . | 6 0 3 1 | - 3 5 | 1 . 2 5 | $ 281.25 | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |
| ( ) | | | , . | | - | | $ | |

| DEALER DEDUCTIONS | |
|---|---|
| ITEM | COST |
| | |
| | |
| | |

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP
NOTE: THIS FORM MAY BE USED FOR UP TO THREE COMMERCIAL FISHING TRIPS

DEALER SIGNATURE (or designated representative)
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

FISHERMAN'S SIGNATURE
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

SUBTOTAL SALES: 843.75

SUBTOTAL DEDUCTIONS:

TOTAL PAID:

4247097788

COMMERCIAL FISHERMAN COPY

1125972

# ALABAMA TRIP TICKET – MULTI-DAY ALL SPECIES

Please print all characters legibly inside the boxes with either blue or black ink only. Please see below for examples.

**300**  1 2 3 4 5 6 7 8 9 0  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**TICKET NO.** 4009043          **CONTINUATION TICKET NO.** | 4 | 0 | 0 | 9 | 0 | 4 | 4 |          **VOID TICKET** ( )

## FISHERMAN INFORMATION :

**COMMERCIAL FISHERMAN'S NAME (PLEASE PRINT)**

PERRY LYNN VAUGHAN

**Coast Guard Documented Vessel Number** → | | | | | 1 | 1 | 3 | 7 | 5 | 3 | 0 |

OR

**State Vessel Registration Number** → | | | | - | | | - | | |

**Commercial Fisherman's ID C-** | 1 | 0 | 1 | 4 | 7 | 6 |

| Primary Gear Used | Quantity of Gear | Size of Gear | Mesh Size |
|---|---|---|---|
| 0 9 5 | 0 0 0 2 | 0 0 2 5 | 1 . 7 5 |

**VESSEL NAME** CAPTAIN S J

## SEAFOOD DEALER INFORMATION :

**SEAFOOD DEALER'S NAME (PLEASE PRINT)**

PERRY VAUGHAN SEAFOOD

**Seafood Dealer's ID C-** | | | 7 | 3 | 2 | 2 |

**State Landed** 01     **County Landed** 0 9 7

**Port Landed** 3 7 9 2

---

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 0 7 2 7 2007 | 0 7 2 8 2007 | 1 0 | 8 0 | 1 1 . 2 | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 2 0 | 3 0 0 . | 6 0 | 3 0 - 3 5 | 1 . 2 5 | $ 375.00 | PLV |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |

---

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 2 0 0 7 | 2 0 0 7 | | | . | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | | 6 | | | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |

---

| TRIP VOID | TRIP START DATE | TRANSACTION DATE | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED | UNIT |
|---|---|---|---|---|---|---|
| ( ) | 2 0 0 7 | 2 0 0 7 | | | . | L B |

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | | 6 | | | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |
| ( ) | | | . | | - | . | $ | |

---

| DEALER DEDUCTIONS | |
|---|---|
| ITEM | COST |
| | |
| | |
| | |

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP
NOTE: THIS FORM MAY BE USED FOR UP TO THREE COMMERCIAL FISHING TRIPS

*Perry L. Vaughan Sr.*
**DEALER SIGNATURE (or designated representative)**
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

*Perry L. Vaughn*
**FISHERMAN'S SIGNATURE**
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**SUBTOTAL SALES:** 375.00

**SUBTOTAL DEDUCTIONS:**

**TOTAL PAID:**

4247097788

COMMERCIAL FISHERMAN COPY     1125972

# ALABAMA TRIP TICKET – MULTI-DAY ALL SPECIES

Please print all characters legibly inside the boxes with either blue or black ink only. Please see below for examples.

**300**

1 2 3 4 5 6 7 8 9 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

TICKET NO. 4009045     CONTINUATION TICKET NO. [ ] [ ] [ ] [ ] [ ]     VOID TICKET ( )

## FISHERMAN INFORMATION :

COMMERCIAL FISHERMAN'S NAME (PLEASE PRINT)

PERRY LYNN VAUGHAN

Coast Guard Documented Vessel Number → | | | | 1 1 0 7 5 8 0
OR
State Vessel Registration Number → | | | - | | - | |

Commercial Fisherman's **ID C-** 1 0 4 7 6

VESSEL NAME CAPTAIN S J

| Primary Gear Used | Quantity of Gear | Size of Gear | Mesh Size |
|---|---|---|---|
| 0 9 5 | 0 0 0 2 | 0 0 2 5 | 1 . 7 5 |

## SEAFOOD DEALER INFORMATION :

SEAFOOD DEALER'S NAME (PLEASE PRINT)

PERRY VAUGHAN SEAFOOD

Seafood Dealer's **ID C-** | | 7 3 2 2

State Landed **01**   County Landed 0 9 7

Port Landed 3 7 9 2

| TRIP VOID ( ) | TRIP START DATE 0 | 1 2 0 0 7 | TRANSACTION DATE 0 | 1 2 0 0 7 | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED 1 . | UNIT L B |
|---|---|---|---|---|---|---|---|---|

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | | 6 | | . | $ 742.00 | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |

| TRIP VOID ( ) | TRIP START DATE 2 0 0 7 | TRANSACTION DATE 2 0 0 7 | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED 1 . | UNIT |
|---|---|---|---|---|---|---|

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | | 6 | | . | $ 718.00 | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |

| TRIP VOID ( ) | TRIP START DATE 2 0 0 7 | TRANSACTION DATE 2 0 0 7 | TRIP TIME | FISHING TIME | PRIMARY AREA FISHED . | UNIT L B |
|---|---|---|---|---|---|---|

| LINE VOID | SPECIES | SPECIES CODE | QUANTITY | COND | COUNT OR MARKET | PRICE / UNIT | VALUE | FISHERMAN'S INITIALS |
|---|---|---|---|---|---|---|---|---|
| ( ) | SHRP | 7 3 0 | | 6 | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |
| ( ) | | | | | | . | $ | |

| DEALER DEDUCTIONS | |
|---|---|
| ITEM | COST |
| | |
| | |
| | |

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP
NOTE: THIS FORM MAY BE USED FOR UP TO THREE COMMERCIAL FISHING TRIPS

DEALER SIGNATURE (or designated representative)
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

FISHERMAN'S SIGNATURE
I CERTIFY THAT THE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

SUBTOTAL SALES: 1467.

SUBTOTAL DEDUCTIONS:

TOTAL PAID: 1467.

4247097788

COMMERCIAL FISHERMAN COPY

112597 2