# Hancock Bank.

Page: 2 of 2
Close Date: 06/16/2010
Account Number: 13168557

Thomas Zakkak
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
Claim # 686612456 1654
GCCF # 1133566



1437    2378
Page:            2 of 2
Close Date:      05/18/2010
Account Number:  13168557

# Hancock Bank.







EXHIBIT
A





THOMAS ZAKKAK
GCCF # 1133506
SSN # 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







**SOUTHEAST UNITED STATES**
**228-348-PROP**

P.O. Box 576 Ocean Springs, MS 39566

TO: Dr Thomas Zekkek
32 Shoreline Ln
Gulfport, MS 39503

Date Dove: 5-27-10          Time Spent: 1hr Swims

Boat Name: _____

Running Gear Description: Props had small barnacles.
Rest of the Running gear painted looks good

Zinc Condition: Zincs look ok

Comments: Inspection Harbour new bottom
looks good. Prop fastener ok.

Total Due: $100

Mail To: P.O. Box 576 Ocean Springs, MS 39566

---

Date Dove: 6-24-10          Time Spent: 1 1/2 hr

Boat Name: _____

Running Gear Description: Props had a lot of small
barnacles. There were just a few on the
rest of the Running gear

Zinc Condition: Zincs are ok. Replaced one

Comments: 6-24 Inspection prop on Starboard side
6-25 Removed prop nut

Total Due: $120      PAID

Date Dove: 8  10  Time Spent: 45 min

Boat Name: Ona Ceica

Running Gear Description: Props do have small barnacles

Zinc Condition:

Comments: Taylor starboard prop Play and has
cut out in the wrong place originally

Total Due: $50 —

Mail To: P.O. Box 576 Ocean Springs, MS 39566

---

Date Dove: 9-23-10  Time Spent: 1 hr 30 min

Boat Name: Ona Ceica

Running Gear Description: Props had small barnacles.
There were small barnacles spread out on
the Running gear

Zinc Condition: Zincs are on fair shape

Comments: Including new a thin layer of silt
between and done barnacles

Total Due: $100 —

Mail To: P.O. Box 576 Ocean Springs, MS 39566

# OSPREY
## SPECIAL RISKS LIMITED

**Policy Schedule**
Policy No: OSPYP/126346

5 & 6 Dalesway House,
South Hawksworth Street,
Ilkley, West Yorkshire, LS29 9LA
Tel: +44 (0) 1943 811000
Fax: +44 (0) 1943 601854

July 20, 2010

| Assured: | Assured's Agent: |
|---|---|
| Thomas Zakkak D.D.S.<br>38 Shoreline Lane<br>Gulfport<br>MS 39503<br>USA | Royal Marine Companies<br>8300 Executive Center Drive<br>Suite 102<br>Miami<br>FL 33166 |

**Vessel Name:** Oro Ocean
**Year Built:** 1994
**ID Number:** XYU0666FB494
**Engines:** Diesel

**Model:** Motor Yacht
**Maker:** Ocean Super Sport
**Length:** 66
**Type:** Mann Twin 1100hp

**Period of Cover:** From July 24, 2010 00.01 LST to July 24, 2011 00.01 LST

**Cover and Respective Insured Limits:**

| Section: | Sum Insured: | | Deductible: |
|---|---|---|---|
| A. Hull | US$ 500,000 | | US$ 15,000 |
| Tender | Not Covered | | |
| Non Emergency Towing | US$ 500 | | US$ 50 |
| B. Third Party Liability | US$ 500,000 | CSL | US$ 500 |
| Crew Liability Extension | US$ 500,000 | | US$ 2,500 |
| C. Medical Payments | US$ 10,000 | | US$ 100 |
| D. Uninsured Boaters | US$ 100,000 | | US$ 500 |
| E. Trailer | Not Covered | | |
| F. Personal Property | US$ 25,000 | | US$ 2,500 |

**Total Premium:** US$ 9,300.00 C.R.O + US$ 35.00 Certificate Fee.

In the event of cancellation by you a minimum of 25% of premium deemed earned. All fees earned at inception.

**Royal Marine Insurance Group**
8300 NW 53 Street, Suite #102
Miami, FL 33166
Phone : 305-477-3755   Fax : 305-477-3858

| INVOICE # | | 42115 | Page 1 |
|---|---|---|---|
| ACCOUNT NO. | OP | DATE | |
| ZAKKT01 | EV | 07/28/09 | |
| BALANCE DUE ON | | | |
| 07/28/09 | | | |

*Claim # 1133506 (GCCF)*
*Claim # 686612456 1654*
*SSN: 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*

Thomas Zakkak
38 Shoreline Lane
Gulfport, MS 39503

| Itm # | Due Date | Trn | Type | Description | | Amount |
|---|---|---|---|---|---|---|
| 105819 | 07/28/09 | NEW | YACH | 09/10 1994 66' Ocean Super Sp | $ | 9,300.00 |
| 105820 | 07/28/09 | CFE | YACH | Certificate Fee | $ | 35.00 |
| 105821 | 07/28/09 | AFE | YACH | Agency Fee | $ | 35.00 |
| 105822 | 07/28/09 | TMS | YACH | Mississippi Surplus Lines Tax | $ | 374.80 |
| | | | | Invoice Balance: | $ | 9,744.80 |

Please pay
business!!

*Thomas Zakkak*
*SSN: 054-[ ]-8605   Claim # 11335   (GCCF)*
*CLAIM # 6866 12456 1634   15.5*

P0090036

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE $     450,827.01   FEES DUE            $          0.00
                                     LATE CHARGES DUE    $          0.00
PRINCIPAL DUE     $       1,800.70   TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE  $       2,037.99   PAYMENT DUE DATE              07/20/10
INSURANCE DUE     $           0.00   PAYMENT AMOUNT      $      3,838.69
                                              * CURRENT INTEREST RATE **
                                                       05.5000000
```

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING        BANCORPSOUTH
01-000-000-0000  0053495339            PO BOX 789
DATE OF NOTICE   07/09/10              TUPELO, MS   38802

*See Reverse Side For Easy Opening Instructions*

**BancorpSouth**
2910 West Jackson St., Tupelo, MS 38801

Return Service Requested

PRESORT
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
TUPELO, MS
PERMIT NO. 253



THOMAS ZAKKAK AND
LINDA ZAKKAK
38 SHORELINE LN
GULFPORT MS 39503-6204

P0090036 AMR415 209 MS BILOXI

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT. WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE  $      461,326.79    FEES DUE            $          0.00
                                        LATE CHARGES DUE    $          0.00
PRINCIPAL DUE      $        1,683.72    TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE   $        2,154.97    PAYMENT DUE DATE             01/20/10
INSURANCE DUE      $            0.00    PAYMENT AMOUNT      $      3,838.69
```

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    01/08/10                TUPELO, MS  38802
```

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT. WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE  $      459,643.07    FEES DUE            $          0.00
                                        LATE CHARGES DUE    $          0.00
PRINCIPAL DUE      $        1,691.59    TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE   $        2,147.10    PAYMENT DUE DATE             02/20/10
INSURANCE DUE      $            0.00    PAYMENT AMOUNT      $      3,838.69
```

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    02/10/10                TUPELO, MS  38802
```

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT. WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE  $      457,951.48    FEES DUE            $          0.00
                                        LATE CHARGES DUE    $          0.00
PRINCIPAL DUE      $        1,906.51    TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE   $        1,932.18    PAYMENT DUE DATE             03/20/10
INSURANCE DUE      $            0.00    PAYMENT AMOUNT      $      3,838.69
```

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    03/10/10                TUPELO, MS  38802
```

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | |
|---|---|---|---|
| PRINCIPAL BALANCE | $ 456,044.97 | FEES DUE $ | 0.00 |
| | | LATE CHARGES DUE $ | 0.00 |
| PRINCIPAL DUE $ | 1,708.40 | TOTAL PAST DUE $ | 0.00 |
| FINANCE CHRG DUE $ | 2,130.29 | PAYMENT DUE DATE | 04/20/10 |
| INSURANCE DUE $ | 0.00 | PAYMENT AMOUNT $ | 3,838.69 |

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING          BANCORPSOUTH
01-000-000-0000  0053495339              PO BOX 789
DATE OF NOTICE    04/09/10               TUPELO, MS   38802

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | |
|---|---|---|---|
| PRINCIPAL BALANCE | $ 454,336.57 | FEES DUE $ | 0.00 |
| | | LATE CHARGES DUE $ | 0.00 |
| PRINCIPAL DUE $ | 1,784.84 | TOTAL PAST DUE $ | 0.00 |
| FINANCE CHRG DUE $ | 2,053.85 | PAYMENT DUE DATE | 05/20/10 |
| INSURANCE DUE $ | 0.00 | PAYMENT AMOUNT $ | 3,838.69 |

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING          BANCORPSOUTH
01-000-000-0000  0053495339              PO BOX 789
DATE OF NOTICE    05/10/10               TUPELO, MS   38802

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | |
|---|---|---|---|
| PRINCIPAL BALANCE | $ 452,551.73 | FEES DUE $ | 0.00 |
| | | LATE CHARGES DUE $ | 0.00 |
| PRINCIPAL DUE $ | 1,724.72 | TOTAL PAST DUE $ | 0.00 |
| FINANCE CHRG DUE $ | 2,113.97 | PAYMENT DUE DATE | 06/20/10 |
| INSURANCE DUE $ | 0.00 | PAYMENT AMOUNT $ | 3,838.69 |

\* CURRENT INTEREST RATE \*\*
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING          BANCORPSOUTH
01-000-000-0000  0053495339              PO BOX 789
DATE OF NOTICE    06/10/10               TUPELO, MS   38802

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | $ 450,827.01 | FEES DUE | $ | 0.00 |
| | | LATE CHARGES DUE | $ | 0.00 |
| PRINCIPAL DUE   $ | 1,800.70 | TOTAL PAST DUE | $ | 0.00 |
| FINANCE CHRG DUE $ | 2,037.99 | PAYMENT DUE DATE | | 07/20/10 |
| INSURANCE DUE   $ | 0.00 | PAYMENT AMOUNT | $ | 3,838.69 |

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    07/09/10                TUPELO, MS   38802

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | $ 449,026.31 | FEES DUE | $ | 0.00 |
| | | LATE CHARGES DUE | $ | 0.00 |
| PRINCIPAL DUE   $ | 1,741.19 | TOTAL PAST DUE | $ | 0.00 |
| FINANCE CHRG DUE $ | 2,097.50 | PAYMENT DUE DATE | | 08/20/10 |
| INSURANCE DUE   $ | 0.00 | PAYMENT AMOUNT | $ | 3,838.69 |

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    08/10/10                TUPELO, MS   38802

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | $ 447,285.12 | FEES DUE | $ | 0.00 |
| | | LATE CHARGES DUE | $ | 0.00 |
| PRINCIPAL DUE   $ | 1,749.31 | TOTAL PAST DUE | $ | 0.00 |
| FINANCE CHRG DUE $ | 2,089.38 | PAYMENT DUE DATE | | 09/20/10 |
| INSURANCE DUE   $ | 0.00 | PAYMENT AMOUNT | $ | 3,838.69 |

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

AFFILIATE ACCOUNT TYPE CHECKING           BANCORPSOUTH
01-000-000-0000  0053495339               PO BOX 789
DATE OF NOTICE    09/10/10                TUPELO, MS   38802

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE$        445,535.81   FEES DUE            $          0.00
                                       LATE CHARGES DUE    $          0.00
PRINCIPAL DUE    $          1,824.63   TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE $          2,014.06   PAYMENT DUE DATE              10/20/10
INSURANCE DUE    $              0.00   PAYMENT AMOUNT      $       3,838.69
```

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING        BANCORPSOUTH
01-000-000-0000  0053495339            PO BOX 789
DATE OF NOTICE      10/08/10           TUPELO, MS   38802
```

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE$        443,711.18   FEES DUE            $          0.00
                                       LATE CHARGES DUE    $          0.00
PRINCIPAL DUE    $          1,766.01   TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE $          2,072.68   PAYMENT DUE DATE              11/20/10
INSURANCE DUE    $              0.00   PAYMENT AMOUNT      $       3,838.69
```

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING        BANCORPSOUTH
01-000-000-0000  0053495339            PO BOX 789
DATE OF NOTICE      11/10/10           TUPELO, MS   38802
```

---

ACCOUNT NUMBER 00209000618609
WE WANT TO INFORM YOU THAT YOUR ACCOUNT WILL BE DEBITED FOR THE LOAN PAYMENT
AMOUNT.  WE APPRECIATE YOUR BUSINESS AND HOPE YOU WILL FEEL FREE TO CONTACT US
IF YOU HAVE ANY QUESTIONS.

```
PRINCIPAL BALANCE$        441,945.17   FEES DUE            $          0.00
                                       LATE CHARGES DUE    $          0.00
PRINCIPAL DUE    $          1,840.85   TOTAL PAST DUE      $          0.00
FINANCE CHRG DUE $          1,997.84   PAYMENT DUE DATE              12/20/10
INSURANCE DUE    $              0.00   PAYMENT AMOUNT      $       3,838.69
```

* CURRENT INTEREST RATE **
05.5000000

COLLATERAL DESC: 1994 OCEAN YACHT 66 SUPER SPORT

```
AFFILIATE ACCOUNT TYPE CHECKING        BANCORPSOUTH
01-000-000-0000  0053495339            PO BOX 789
DATE OF NOTICE      12/10/10           TUPELO, MS   38802
```



AVIATION  BUSINESS & INDUSTRY  COMMERCIAL VESSELS  YACHTS  **RMIG**  MARINE OPERATIONS  PRIVATE CLIENT  TRANSPORTATION

July 28, 2009

Thomas Zakkak
38 Shoreline Lane
Gulfport, MS 39503

RE:   INSURANCE CONFIRMATION

    Coverage:          Private Pleasure Yacht
    Binder or Policy No :  OSPYP/119980
    Effective Date:     July 24, 2009

Dear Mr. Zakkak,

On behalf of the staff at Royal Marine Insurance Group, thank you for providing us the opportunity to be of service to you.

Enclosed is your temporary insurance binder and related invoice due for immediate payment. We recommend that you review all the documentation carefully and contact our office immediately should you find any discrepancies or necessary changes. We have requested that your insurance policy be processed and forwarded to our office. Once received, we will review and mail accordingly.

In the meantime, please do not hesitate to contact me if you have any questions. We value your business and appreciate the opportunity to continue to service your insurance needs.

Sincerely,

Erika G. Vanderbiest
Customer Service Specialist

ROYAL MARINE INSURANCE GROUP

Osprey Special Risks Ltd.

Dalesway House
South Hawksworth Street
Ilkley, LS29 9LA, U.K.
Tel: 01943 811000
Fax: 01943 601854

# Temporary Binder
Valid to: August 26, 2009
No: OSPYP/119980

July 27, 2009

| Assured: | Assured's Agent: |
|---|---|
| Thomas Zakkak D.D.S.<br>38 Shoreline Lane<br>Gulfport<br>MS 39503<br>USA | Royal Marine Companies<br>8300 Executive Center Drive<br>Suite 102<br>Miami<br>FL 33166 |

| Vessel Name: | Makaira | Model: | Motor Yacht |
|---|---|---|---|
| Year Built: | 1994 | Maker: | Ocean Super Sport |
| ID Number: | XYU0666FB494 | Length: | 66 |
| Engines: | Diesel | Type: | Mann Twin 1100hp |

Period of Cover: From July 24, 2009 00.01 LST to July 24, 2010 00.01 LST

Cover and Respective Insured Limits:

| Section: | Sum Insured: | | Deductible: |
|---|---|---|---|
| A. Hull | US$ 500,000 | | US$ 15,000 |
| Tender | Not Covered | | |
| Non Emergency Towing | US$ 500 | | US$ 50 |
| B. Third Party Liability | US$ 500,000 | CSL | US$ 500 |
| Crew Liability Extension | US$ 500,000 | | US$ 2,500 |
| C. Medical Payments | US$ 10,000 | | US$ 100 |
| D. Uninsured Boaters | US$ 100,000 | | US$ 500 |
| E. Trailer | Not Covered | | |
| F. Personal Property | US$ 25,000 | | US$ 2,500 |

Total Premium: US$ 9,300.00 C.R.O + US$ 35.00 Certificate Fee.

In the event of cancellation by you a minimum of 25% of premium deemed earned. All fees earned at inception.