STATE OF Mississippi

COUNTY/PARISH OF Harrison

## AFFIDAVIT

On this day, Thomas Zakkak, appeared before me, the undersigned notary public, and upon his oath stated:

My name is Thomas Zakkak. I am competent to make this affidavit, and I have personal knowledge of the facts stated below.

I am the owner of a 66' Ocean Supersport, the M/V One Ocean (Hull # XYU0666FB494), and was owner of said vessel at the time of the Deepwater Horizon explosion and subsequent oil spill on or about April 20, 2010.

An expressed purpose of my ownership of the vessel both prior to and subsequent to April 20, 2010, was and is to entertain clients and generate business for my medical practice.

As a result of the oil spill, I was unable to use the M/V One Ocean for its intended purpose for a period of at least 5 months due to the presence of oil in the waters of the Gulf of Mexico and thousands of square miles of the Gulf being closed to fishing. In addition, many other times I was unable to take the boat out due to oil being in the Gulf. Despite being unable to use the vessel for its intended and customary purpose, I continued to incur expenses for, including but not limited to, crew salaries; slip fees; fuel and travel costs incurred in moving the vessel from areas impacted by the oil spill; insurance costs; loan payments; and other miscellaneous expenses.

This the 18th day of February, 2011.

_____
THOMAS ZAKKAK

SWORN TO and SUBSCRIBED before me by Thomas Zakkak on 18th day of February, 2011.

_____
Notary Public



EXHIBIT B