AFFIDAVIT OF GEORGE W. HEALY, IV

**STATE OF MISSISSIPPI**

**COUNTY OF HARRISON**

On this day, George W. Healy, IV appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

My name is George W. Healy, IV. I am competent to make this affidavit, and I have personal knowledge of the facts stated below.

I am the owner of a 36 foot sailboat, the Alexandra TK, which has occupied Slip 16, Pier 1 at the Long Beach Harbor, Long Beach, Mississippi, since the time of the Deepwater Horizon explosion and subsequent oil spill on or about April 22, 2010.

I utilize my boat for pleasure and frequently use the boat to entertain clients of my law practice.

As a result of the oil spill, I was unable to use my boat for a period of at least 3 months when the Long Beach Harbor was closed or in jeopardy of being closed. At times I was told that if I did take my boat out of the harbor I may not be allowed to return. In addition, there were several other times I did not take my boat out due to oil being in the Mississippi Sound.

As a result of the waters of the Mississippi Sound being contaminated with oil, I was required to hire a diver to decontaminate the hull of my vessel.

As a result of the oil spill, I incurred damages in the amount of $156.22 per month on the slip lease at the Long Beach Harbor, $60.00 for the cost of a diver to clean the hull of the vessel, $390.00 in insurance costs for a boat I was unable to use, and additional damages for lack of business and personal use.

This the 19th day of November, 2010.

GEORGE W. HEALY, IV

SWORN TO and SUBSCRIBED before me by George W. Healy, IV on 19th day of November, 2010.

Notary Public in and for
the State of Mississippi



April 1, 2011

EXHIBIT A

DHS, USCG CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| ALEXANDRA T K | 676788 | | UNKNOWN |
| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
| GULFPORT, MS | FRP (FIBERGLASS) | | YES |
| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
| 11 GRT | 9 NRT | 35.6 | 11.5 | 5.4 |

PLACE BUILT
UNKNOWN

OWNERS
GEORGE W HEALY IV

OPERATIONAL ENDORSEMENTS
RECREATION

MANAGING OWNER
GEORGE W HEALY IV
1323 28TH AVENUE
GULFPORT, MS 39501

RESTRICTIONS
NO COASTWISE: BUILD EVIDENCE NOT PRESENTED
NO FISHERY: BUILD EVIDENCE NOT PRESENTED

ENTITLEMENTS
NONE

REMARKS
NONE

ISSUE DATE
JUNE 22, 2010

THIS CERTIFICATE EXPIRES
JULY 31, 2011

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

VDS
12203791

CITY OF LONG BEACH
P.O. BOX 630
LONG BEACH, MISSISSIPPI 39560

| ACCOUNT NUMBER | | | | BILLING DATE |
|---|---|---|---|---|
| 30116 | | | | 04/01/201 |

| METER READING | | | CODE | AMOUNT |
|---|---|---|---|---|
| PREVIOUS | PRESENT | | | |
| 0 | 0 | | DF | 126.00 |
| 0 | 0 | | UC | 20.00 |
| PN-HARBOR | | | | .00 |
| TX-HARBOR | | | | 10.22 |
| | | | | .00 |
| PAST DUE | | | | |
| 03/31/2010 | 04/30/2010 | SERVICE ADDRESS | | |
| 1 | | 16PIER 1 SLIP 16 | | |
| SERVICE FROM | | | DUE BY 15TH | 156.2 |
| SERVICE TO | | | DUE AFTER 15TH | 171.8 |

CODE EXPLANATION:

- **SR** SUP RENT
- **AR** ARREARS
- **CR** CREDIT
- **LA** LIVE ABOARD
- **AC** AIR CONDITIONING

**NSF FEE $30.00**

CITY OF LONG BEACH
P.O BOX 630
201 JEFF DAVIS AVENUE
LONG BEACH, MS   39560

PHONE: (228) 864-8531

27021

**GEORGE W. HEALY IV**
ATTORNEY AT LAW
GENERAL ACCOUNT
1323 28TH AVENUE
GULFPORT, MS 39501

WHITNEY® Whitney National Bank
New Orleans, Louisiana
whitneybank.com
14-17-650

4/22/2010

PAY TO THE ORDER OF: City of Long Beach                $ **171.84

One Hundred Seventy-One and 84/100************************************* DOLLARS

City of Long Beach
Post Office Box 630
Long Beach, MS 39560

MEMO  Acct 30116

AUTHORIZED SIGNATURE

⑆027021⑆ ⑈065000178⑈ 0800307 6⑈

---

**GEORGE W. HEALY IV**

City of Long Beach         4/22/2010         27021

Harbor                                       171.84

Whitney Bank Acct -  Acct 30116              171.84

| CITY OF LONG BEACH, MISSISSIPPI |||
|---|---|---|
| P.O. BOX 630 |||
| LONG BEACH, MISSISSIPPI 39560 |||
| ACCOUNT NUMBER || BILLING DATE |
| 30116 || 10/01/2010 |
| METER READING | CODE | AMOUNT |
| PREVIOUS | PRESENT ||
| 0    0 | DF | 126.00 |
| 0    0 | UC | 20.00 |
| PN-HARBOR || .00 |
| TX-HARBOR || 10.22 |
| PAST DUE || .00 |
| 09/30/2010 – 10/31/2010 | SERVICE ADDRESS | |
| | 16PIER 1 SLIP 16 ||
| SERVICE FROM || DUE BY 15TH 156.2 |
| SERVICE TO || DUE AFTER 15TH 171.8 |

Pd 10/15

**CODE EXPLANATION:**

| | | | |
|---|---|---|---|
| SR | SUP RENT | LA | LIVE ABOARD |
| AR | ARREARS | AC | AIR CONDITIONING |
| CR | CREDIT | | |

**NSF FEE $30.00**

CITY OF LONG BEACH
P.O BOX 630
201 JEFF DAVIS AVENUE
LONG BEACH, MS   39560

PHONE: (228) 864-8531
HARBOR: (228) 863-4795

27165

**GEORGE W. HEALY IV**
ATTORNEY AT LAW
GENERAL ACCOUNT
1323 28TH AVENUE
GULFPORT, MS 39501


WHITNEY® Whitney National Bank
New Orleans, Louisiana
whitneybank.com
14-17-650

5/25/2010

PAY TO THE ORDER OF: Boat Owners Asso of the U.S.     $ **390.00

Three Hundred Ninety and 00/100************************************************************ DOLLARS

Boat Owners Asso of the U.S.
880 South Pickett Street
Alexandria, VA 22304

AUTHORIZED SIGNATURE

MEMO  Policy 3066961-10

⑈027165⑈ ⑆065000171⑆ 0800307⑈

**GEORGE W. HEALY IV**                                27165
Boat Owners Asso of the U.S.         5/25/2010       390.00

390.00

# BOAT OWNERS ASSOCIATION of THE UNITED STATES

## BoatUS

## Marine Insurance Renewal Premium Notice

Marine Insurance Direct Line 1-800-283-2883

*NEW! Pay by Check online at BoatUS.com/policy/payment*

| SEE INSERT FOR REASONS YOU SHOULD "RENEW WITH THE CREW" AT BOATU.S. | RE: | Policy No.<br>Policy Period<br>Premium Amount | 3066961-10<br>07/02/2010 - 07/02/2011<br>$390.00 |

pd 5/05/10
Ck 27165

Dear Member:

Thank you for supporting BoatU.S. and for allowing us to protect your boat this past year. Enclosed for your records is your insurance renewal information including the declarations page, any endorsements, along with this annual premium invoice. To make any changes in your coverage, please call 1-800-283-2883 for underwriter assistance. **To avoid a lapse in coverage, it's important that we receive payment on or before the due date noted below.**

Thank you for allowing BoatU.S. to protect your investment. We're pleased to be able to offer this renewal without any increase in your premium.

We're pleased to say that your premium reflects the credit for being claim free.

Best Regards,
Your BoatU.S. Crew

Please complete the bottom portion and return with your check or money order, payable to BoatU.S., by the due date below. Include the Policy Number on your form of

Issued through



BoatU.S.
BOAT OWNERS ASSOCIATION OF THE UNITED STATES
880 S. Pickett Street
Alexandria, VA 22304

# BoatU.S.
## YACHT POLICY

### DECLARATIONS PAGE

Issued by



CNA Marine
New York, New York

| | | | | |
|---|---|---|---|---|
| **Named Insured and Address** | 05250756<br>GEORGE W HEALY IV<br>6 HOLLY COURT<br>GULFPORT   MS 39501 | | Policy No. | 3066961-10 REN<br><br>MN |

Policy Period: From 07/02/2010 to 07/02/2011 beginning and ending at 12:01 A.M. at the address of the Insured on this page.

Company: CONTINENTAL CASUALTY COMPANY
THE CNA INSURANCE GROUP OF COMPANIES

Upon the Yacht   1979      C & C YACHTS         36      AUX SAIL      ZCC36105M79F
                 YEAR      MANUFACTURER       LENGTH    TYPE          IDENTIFICATION NUMBER

COVERAGE IS PROVIDED ONLY WHERE AN AMOUNT OF INSURANCE IS SHOWN.

| | COVERAGES | | AMOUNT OF INSURANCE/LIMITS | PREMIUM |
|---|---|---|---|---|
| A | Boat and Boating Equipment | Amount of Insurance and Agreed Value | $ None | N/A |
| A1 | Investigative Services | Limit Each Boat | $ 5% of Coverage A | Incl |
| A2 | Commercial Towing & Assistance | Each Incident, maximum 2 incidents per year | $ None | N/A |
| B | Boating Liability "Protection & Indemnity" | Liability Limit Each Accident, Bodily Injury & Property Damage | $ 300,000 | Incl |
| B1 | Fuel and Other Spill Liability | Limit Each Accident | $ 800,000 | Incl |
| C | Longshore and Harbor Workers' Compensation | Limit of Liability | $ Statutory | Incl |
| D | Medical Payments | Limit Per Person Each Accident | $ 1,000 | Incl |
| E | Boat Trailer | Amount of Insurance and Agreed Value | $ None | N/A |
| F | Personal Effects | Amount of Insurance | $ None | N/A |
| G | Uninsured Boater | Limit Each Accident | $ 300,000 | Incl |

| | |
|---|---|
| Total Premium | $ 488 |
| No-Loss Credit | $ 98 |
| Net Annual Premium | $ 390 |

FORMS AND ENDORSEMENTS made a part of this Policy at time of issue:
E311

DEDUCTIBLES:     Applicable to Boat and Boating Equipment.
                 $50 Applicable to Boat Trailer, Coverage "E" only
                 $50 Applicable to Personal Effects, Coverage "F" only

CRUISING LIMITS: While afloat, warranted the insured Yacht shall be confined to the waters indicated below:
(There is no coverage outside of this area without the Company's written permission.)
U.S. AND CANADA COASTAL AND INLAND WATERS.

Loss, if any, payable to Named Insured and the Loss Payee printed below, as their interests may appear.

Countersigned this date   05/16/2010            Agent  *Rebecca G. Rinaker*
                                            INSURED COPY       QC Y

Issued through



Issued by



CNA Marine
Home Office: New York, New York

ENDORSEMENT PAGE NUMBER 1

## LIABILITY ONLY ENDORSEMENT

Coverage B, Boating Liability, is amended to include the reasonable cost to salvage the insured boat, not to exceed the actual cash value of the insured boat at the time of loss.

The actual cash value will be determined by industry reference materials such as the N.A.D.A. book and the BUC Used Price Guide.

E311 (REV 03/03)

GEORGE W HEALY IV
POLICY # 3066961-10

This endorsement forms a part of the Policy to which attached, effective from its date of issue unless otherwise stated. alter or extend any provision or condition of the Policy other than as above stated.

INSURED COPY

# AFFIDAVIT OF GOVERT VAN VLOTEN

## STATE OF MISSISSIPPI

## COUNTY OF HARRISON

On this day, Govert Van Vloten appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

My name is Govert Van Vloten. I am competent to make this affidavit, and I have personal knowledge of the facts stated below.

George W. Healy, IV keeps his boat at the Long Beach, Mississippi Harbor, Pier 1, Slip 16.

George W. Healy, IV and I share Pier 1, Slip 16 at the Long Beach Harbor.

Pier 1, Slip 16 at the Long Beach Harbor is in my name because I had it first.

George W. Healy, IV pays all fees associated with Pier 1, Slip 16 at the Long Beach Harbor and has done so since before April 20, 2010.

This the _____ day of _____, 2011.

_____
GOVERT VAN VLOTEN

SWORN TO and SUBSCRIBED before me by Govert Van Vloten on _____ day of _____, 2011.

_____
Notary Public in and for
the State of Mississippi

# FAX

**City of Long Beach, Mississippi**
**Water Department**
201 Jeff Davis Avenue
Long Beach, MS 39560
www.cityoflongbeachms.com



To:
Fax number: 575-4006

From:
Fax number: **(228) 863-1558**

Date: 12-22-10

Regarding: Mr. Healy (Acct # 30116)

Phone number for follow-up: **(228) 864-8531**

**Comments:**

```
12/22/2010 14:34      |CITY OF LONG BEACH                                                          |PG       1
1038jlun              |SUMMARY                                                                     |ubacthst

AR Category:   60                                                    Form Type: S   SUMMARY OF CHARGES/PMTS
                      Customer Name                                  Interest Due   Ending Balance   Total Due
Account #
Location       Date   Type                 Chk/Ref #   Parcel Amount  Int. Included  Balance         171.84
-----------------------------------------------------------------------------------------------------------
30116    1   16   PIER 1 SLIP 16   1055 VAN VLOTEN, GOVERT J                      .00               171.84

  12/20/2010   Penlty                                    15.62         .00         171.84
  12/01/2010   Charge                                   156.22         .00         156.22
  11/16/2010   Payment              27787              -147.44         .00             .00
  11/01/2010   Charge                                   156.22         .00         147.44
  10/27/2010   App Cr                                      .00         .00          -8.78
  10/18/2010   Payment                785              -165.00         .00          -8.78
  10/01/2010   Charge                                   156.22         .00         156.22
  09/16/2010   Payment              27571              -156.22         .00             .00
  09/01/2010   Charge                                   156.22         .00         156.22
  08/01/2010   Charge                                   156.22         .00         156.22
  07/23/2010   Payment                638              -156.22         .00             .00
  07/01/2010   Charge                                   156.22         .00         156.22
  06/16/2010   Payment              27243              -156.22         .00             .00
  06/01/2010   Charge                                   156.22         .00         156.22
  05/27/2010   Payment                512              -171.84         .00             .00
  05/27/2010   Penlty                                    15.62         .00         171.84
  05/05/2010   Payment              27021              -171.84         .00         156.22
  05/01/2010   Charge                                   156.22         .00         328.06
  04/20/2010   Penlty                                    15.62         .00         171.84
  04/01/2010   Charge                                   156.22         .00         156.22
  03/16/2010   Payment                893              -156.22         .00             .00
  03/01/2010   Charge                                   156.22         .00         156.22
  02/12/2010   Payment              26722              -156.22         .00             .00
```

DEC. 22. 2010  1:43PM     CITY OF LONG BEACH                                          NO. 039    P. 2

```
12/22/2010 14:34     |CITY OF LONG BEACH                                                       PG    2
1038jlun             |SUMMARY                                                                   ubacthst
AR Category: 60                                                     Form Type: S  SUMMARY OF CHARGES/PMTS
                                                                    Interest Due  Ending Balance  Total Due
Account #            Customer Name                          Parcel
Location    Date     Type              Chk/Ref #            Amount  Int. Included  Balance
-----------------------------------------------------------------------------------------------------------
            02/01/2010  Charge                              156.22        .00       156.22              .00
            01/13/2010  Payment           26607            -156.22        .00          .00
            01/01/2010  Charge                              156.22        .00       156.22
            12/18/2009  Payment           26501            -156.22        .00          .00
            12/01/2009  Charge                              156.22        .00       156.22
            11/18/2009  Payment             215            -156.22        .00          .00
            11/01/2009  Charge                              156.22        .00       156.22
            10/21/2009  Payment                            -156.22        .00          .00
            10/01/2009  Charge                              156.22        .00       156.22
            09/21/2009  Payment           26115             -42.82        .00        42.82
            09/01/2009  Charge                              156.22        .00       113.40
            08/21/2009  Payment           26057            -150.22        .00         6.00
            08/01/2009  Charge                              156.22        .00       156.22
            07/31/2009  Payment                            -150.22        .00          .00

30116    PIER 1 SLIP 16     11920 LAUGHLIN, JEFF & GLORIA
    1   16
            08/16/2005  Payment            2575            -190.46        .00          .00
            08/01/2005  Charge                              190.46        .00       190.46
            07/18/2005  Payment            2562            -190.46        .00          .00
            07/01/2005  Charge                              190.46        .00       190.46
            06/15/2005  Payment            2552            -190.46        .00          .00
            06/01/2005  Charge                              190.46        .00       190.46
            05/10/2005  Payment            2492            -190.46        .00          .00
            05/01/2005  Charge                              190.46        .00       190.46
            04/18/2005  Payment            2483            -190.46        .00          .00
```