# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                                                                JUDGE CARL BARBIER

| CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM |
|---|

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Aldridge | Allen | Watson | Jr. |

Phone Number  hm 850-937-6881    cell 850-390-3062        E-Mail Address  a_w_aldridge@yahoo.com

Address  508 Denny Dr.        City / State / Zip  Cantonment, FL 32533

| INDIVIDUAL CLAIM ✓ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name  Carson Construction, Inc | Business Name |
| Job Title / Description  Project Manager | Type of Business |
| Address  21 S. Tannagona St. Unit 102 | Address |
| City / State / Zip  Pensacola, FL 32502 | City / State / Zip |
| Last 4 digits of your Social Security Number  2033 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

Claim filed with BP?    YES ☐    NO ☑        Claim Filed with GCCF?:  YES ☑    NO ☐

If yes, BP Claim No.:                    If yes, Claimant Identification No.:  3496543

Claim Type (Please check all that apply):

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

___Fee ___
___Process___
_x_Dktd ___
___CtRmDep___
___Doc. No.___

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    See cover-letter

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10. Person who utilizes natural resources for subsistence.

- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [ ] 5. Resident who lives or works in close proximity to coastal waters.

- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Allen W. Aldridge Jr._
Claimant or Attorney Signature

_Allen W. Aldridge Jr._
Print Name

_3-14-11_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

March 14, 2011

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street, room C-151
New Orleans, LA 70130

Attention: Clerk's Office

Reference: Deepwater Horizon Oil Spill

Honorable Carl J. Barbier:

This Direct Filing Short Form is being submitted on the behalf of Allen W. Aldridge, an individual. I have also filed an interim claim with the Gulf Coast Claims Facility. That claimant number is 3496543.

I have been employed, as a Project Manager for Carson Construction, Inc. / Carson Lovell, Inc., a local commercial property development company for the past 6 years. My responsibility has been to oversee the maintenance of currently leased properties and to supervise the remodeling of newly leased commercial property. Workloads have been stable up until the recent oil spill in the gulf. Since the oil spill on 4-20-09 none of the vacant commercially owned property owned by Carson Lovell, Inc. have been leased. A number of properties remain vacant and some tenants have not renewed their leases. Typically when these leases are signed it means tenant improvement are required and this has been my responsibility to oversee those renovations. The lack of new leases has caused a drastic reduction in my hours.

For the past 6 years my employer has been able to offer my 40-hour weeks until the week ending 9-13-09. Since that time hours have been cut back severely. The week ending 2-11-11, was only 16 hours and I have been told to expect even fewer hours in the coming weeks. We don't know how long this will continue but I am sure that you know a drastic cut in income eliminates the ability to maintain normal occurrences. It effects gas, food, lodging, entertainment, medical and liability insurance as well as charitable and our church giving. A letter from Ed Carson, President of Carson Lovell, Inc. is attached to support the reduction in hours mentioned above.

I have lost 471 hours since my available work hours have been reduced. At $31.25 per hour, the lost compensation to date is $14,725.00. I don't expect to get more than 10 hours per week for the near future. Based on what my employer and his commercial leasing agent are telling me, it will be two to four years before I should expect to be back to a full work load. With that being the case, I will be losing 30 hours week. At $31.25 per hour my lost wages would be $937.50 per week or $4,062.50 per month.

    If this continues for the 24 months my accumulated loss would be $97,500.00.
    If it goes on for 36 months my accumulated loss would be $146,250.00.
    If it goes on for 48 months my accumulated loss would be $195,000.00.

The worse case is that I loose my job completely.

A two-year interruption would be a loss of $130,000.00.
A three-year interruption would be $195,000.00.
A four-year interruption would be $260,000.00.

Additional losses for company supplied items would be $600.00 per month for company supplied transportation, $300.00 per month for gas and $75.00 per month for cell phone.

A two-year loss would be $23,400.00.
A three-year loss would be $35,100.00.
A four-year loss would be $46,800.00

My interim claim to GCCF was for $14,725.00. I have not received any feed back from them as of this writing.

When I moved to Pensacola from Atlanta 6 years ago, my intent was to work for 10 more years and retire. This loss devastates me because all of my retirement plans hinge around working another 4 years. Not having the opportunity of working those years really effects my ability to retire.

I have contacted a number of contractors and business associates to see if any of them have openings but they are in the same position my employer is in. The reduced amount of work available does not allow them to add employees.

Tax returns, W-2's, copies of pay stubs will be made available as needed.

Your consideration of my participation in your lawsuit would be appreciated.

Sincerely,

Allen W. Aldridge
508 Derry Drive
Cantonment, FL 32533
Phone: 850-937-6881
Cell: 850-390-3062
Email: a_w_aldridge@yahoo.com



**CARSON LOVELL**
INCORPORATED

21 S. Tarragona Street, Suite 102
Pensacola, Florida 32502
(850) 438-7778
Fax (850) 438-7728

February 16, 2011

To whom it may concern

From: Ed Carson

Re: Employment of Allen W. Aldridge

Mr. Aldridge has been employed as a project manager by my company since April 2005. Carson Lovell Inc is a commercial property development company that engages in the building, renovating, leasing and maintaining of commercial properties in Pensacola. We currently own and manage approximately 200,000sf of property with a majority located downtown.

Prior to the 4/20/10 oil spill, Carson Lovell was able to support the employment of Mr. Aldridge 40 hours a week. Carson Lovell has lost a number of their leases and has been unable to replace these leases since the spill. The need for Mr. Aldridge to work full time has been diminished to 12-15 hours per week and will be even less before long.

We are unsure of what the future holds but we are currently forecasting that it will be anywhere between 2 to 4 years before we get back to "pre-spill" occupancy. Mr. Aldridge is and has been a valued employee of this company. We unfortunately cannot provide him full time employment at this time because of the local business downturn that is largely attributable to the spill.

Allen W Aldridge
508 Derry Drive
Cantonment, FL 32533

PENSACOLA FL 325

14 MAR 2011 PM 1 L

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street, room C-151
New Orleans, LA 70130

70130+3387