# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BLAUVELT | TODD | JEFFREY | |

| Phone Number | E-Mail Address |
|---|---|
| 504 906 7990 | STRAZAHUND@YAHOO.COM |

| Address | City / State / Zip |
|---|---|
| 2443 HALSEY AVENUE | NEW ORLEANS LA 70114 |

| INDIVIDUAL CLAIM [X] | BUSINESS CLAIM [ ] |
|---|---|
| Employer Name: DICKIE BRENNAN & CO. PALACE CAFE | Business Name: |
| Job Title / Description: WAITER | Type of Business: |
| Address: 605 CANAL STREET | Address: |
| City / State / Zip: NEW ORLEANS LA 70130 | City / State / Zip: |
| Last 4 digits of your Social Security Number: 6680 | Last 4 digits of your Tax ID Number: |

| Attorney Name: N/A | Firm Name: |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES [X] NO [ ] | Claim Filed with GCCF?: YES [ ] NO [ ] |
|---|---|
| If yes, BP Claim No.: 3024646 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

[ ] Damage or destruction to real or personal property
[X] Earnings/Profit Loss
[ ] Personal Injury/Death

[X] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

PER THE DOCUMENTATION THAT I SUPPLIED TO THE GCCF THEY RECORDED MY 2008 EARNINGS AT 28,910.82 AND 2009 AT 25,093.91. BASED ON THE HIGHER OF THE TWO AND MY ACTUAL 2010 EARNINGS OF 10,873.97 THEY DETERMINED A LOSS OF EARNINGS AT 12,379.02. THE GCCF ISSUED AN EMERGENCY ADVANCED PAYMENT OF 19,100.00 AND OFFERED A FINAL REVIEW PAYMENT

2. ~~For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.~~

OF 5,658.04 TO COVER LOSSES THROUGH 2011. GIVEN THAT BP HAS ACCEPTED LIABILITY THROUGH 2013, THEIR OFFER IS SHORT AT A MINIMUM OF 24,758.04 FOR THERE IS NO CRYSTAL BALL TO PREDICT FUTURE LOSSES IN 2012 AND 2013. A FINAL REVIEW OFFER ACCORDING TO THE GCCF TERMS IS SUPPOSED TO PROTECT AND COVER PREDICTED LOSSES THROUGH 2013 AND, HENCE, SHOULD

3. ~~For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.~~

NOT END AT 2011 WHICH IS WHAT THEY OFFERED ME. I AM SEEKING COMPENSATION FOR THE DIFFERENCE OF WHAT THEY'VE OFFERED AND THAT I HAVE ACCEPTED AND WHAT SHOULD LEGALLY BE DUE TO ME REGARDLESS OF RELEASES AND COVENANTS.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*