# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179            JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| pope | william | a. | Sr. |

| Phone Number | E-Mail Address |
|---|---|
| 850.865.0470 | wpope@warchitect.com |

| Address | City / State / Zip |
|---|---|
| 4100 legendary drive | destin/florida/32541 |

INDIVIDUAL CLAIM [ ]     BUSINESS CLAIM [✓]

| Employer Name | Business Name |
|---|---|
| | bletz advisors LLC |
| **Job Title / Description** | **Type of Business** |
| | marina developers |
| **Address** | **Address** |
| | 4100 legendary drive |
| **City / State / Zip** | **City / State / Zip** |
| | destin/florida/32541 |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| | 7004 |

| Attorney Name | Firm Name |
|---|---|
| N/A | N/A |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

Claim filed with BP?   YES [ ]   NO [✓]     Claim Filed with GCCF?: YES [✓]   NO [ ]

If yes, BP Claim No.:      If yes, Claimant Identification No.: 3124436

**Claim Type (Please check all that apply):**

[ ] Damage or destruction to real or personal property
[✓] Earnings/Profit Loss
[ ] Personal Injury/Death
[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other: lossed cost engineering/studies

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

see attachment "A"

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

William A Pope Sr.
Print Name

March 14, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Attachment "A"

The loss of earnings and profits and the damages sustained by Bletz Advisors, LLC due to the BP Oil Spill. Bletz is a small land holding and development company which carefully selects and invests in projects based upon their potential success in Northwest Florida.

The Walton County Public Marina was selected due to the fact there were not an existing Marina located in Walton County of this size and in a 25 mile radius. The research also indicated thousands of people work at marinas along the Gulf Coast. Many people think of marinas as just a place to dock a boat, this simply isn't true. Marinas provide so many different things for boat owners and vacationers. For boat owners, they provide storage, fuel and cleaning. For vacationers, they provide boat rentals, charters, fishing guides, dolphin cruises, dinner cruises, jet-ski and pontoon rentals, and more. Many marinas have restaurants, hotels, condominiums, bars, and ship stores.

Early 2008 we began the final property evaluations which led us to purchase the US Hwy 331 property.

The Walton County Public Marina Project is located off Highway 331 in South Walton County, Florida and as noted above was a carefully selected, the project was well-researched and recognize as a needed project to serve the Walton County's middle priced boating community. (see the submitted marketing and engineering studies) The property and project was deemed a high potential of success - thus we purchased the land in July of 2009.

We immediately began the formal general entitlements as required by Walton County Development Code and the State Of Florida DEP. We also began with the Florida DOT the permitting of the US Hwy.331 intersection entrance into the property.

Specifically as it pertains to the Public Marina, we started the exploratory engineering of the harbor. Local waters and no. of wet slips. In addition, we explored the no. of dry slips and support uses i.e. hotels condominiums, restaurants. We hired a marketing firm to which initiated Discussions with Walton County's Tourist Development Commission (TDC) for its support with the County Commission and obtaining State funds available for this type of development. By February 2010 and having again received further favorable results from the studies, our meetings and cost/income proforma we were able to convince and obtain interim development funding from a private investor for the years of 2010/11. This funding was to complete the permitting and to reimburse us for our efforts to date.

The largest expenses through February of 2010, being the purchase of the property, permitting and the construction of the intersection, a requirement of Walton County. ( see the attached budgets )

We had committed to complete the marina per our schedule.

U.S. POSTAGE
PAID
MIRAMAR BEACH, FL
32550
MAR 15, '11
AMOUNT
**$5.54**
00053645-02

UNITED STATES
POSTAL SERVICE

1000                70130

Bletz Advisors, LLC
4000 Legendary Drive
Suite 240
Destin, FL 32541

CERTIFIED MAIL™

7006 3450 0000 2896 0855

RETURN RECEIPT
REQUESTED

Clerk's Office
500 Poydras Street
New Orleans, LA 70130