# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179      JUDGE CARL BARBIER

## CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| DEAN | SAMUEL | EUGENE | MR |

| Phone Number | E-Mail Address |
|---|---|
| 251 626-9006 | samueldean@bellsouth.net |

| Address | City / State / Zip |
|---|---|
| 9539 PLEASANT ROAD | DAPHNE, AL 36526 |

INDIVIDUAL CLAIM ☐      BUSINESS CLAIM ☑

| Employer Name | Business Name |
|---|---|
| | SAM DEAN CONST. |
| Job Title / Description | Type of Business |
| | RESIDENTIAL INTERIOR TRIM |
| Address | Address |
| | 9539 PLEASANT ROAD |
| City / State / Zip | City / State / Zip |
| | DAPHNE, AL. 36526 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 6804 |

| Attorney Name | Firm Name |
|---|---|
| N/A | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☑ NO ☐ |
|---|---|
| If yes, BP Claim No.: 6866124545164 | If yes, Claimant Identification No.: 01095070 |

Claim Type (Please check all that apply):
- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

MY COMPANY'S 1ST QUARTER EARNINGS FOR 2010 WERE THE BEST SINCE THE 4th QUARTER OF 2007. AS SOON AS THE THREAT OF THE OIL AFFECTING THE COAST, STARTING IN EARLY MAY 2010, ALL MY PENDING CONTRACTS WERE PUT ON HOLD AND MY INCOME WENT TO 0 FOR OVER 2 MONTHS AND IS STILL WELL BELOW AVERAGE. STARTED MY BUSINESS IN 1980.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



SAMUEL DEAN
9539 PLEASANT RD
DAPHNE, AL 36526-8520

CERTIFIED MAIL

7009 1410 0001 1153 5040

US POSTAGE $5.54

U.S. DISTRICT COURT
EASTERN-DISTRICT OF LOUISIANA
CLERKS OFFICE
500 POYDRAS STREET
NEW ORLEANS, LA. 70130