# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| pope | delores | m. | |

| Phone Number | | E-Mail Address | |
|---|---|---|---|
| 850.865.1078 | | dee@warchitect.com | |

| Address | | City / State / Zip | |
|---|---|---|---|
| 4100 legendary drive suite 240 | | destin/florida/32541 | |

| INDIVIDUAL CLAIM ☐ | | BUSINESS CLAIM ☐ | |
|---|---|---|---|
| Employer Name | | Business Name  W. architect P.A. | |
| Job Title / Description | | Type of Business  architects | |
| Address | | Address  4100 legendary drive suite 240 | |
| City / State / Zip | | City / State / Zip  destin/florida/32541 | |
| Last 4 digits of your Social Security Number | | Last 4 digits of your Tax ID Number  9680 | |

| Attorney Name  N/A | | Firm Name  N/A | |
|---|---|---|---|
| Address | | City / State / Zip | |
| Phone Number | | E-Mail Address | |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1042828 |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

___Fee ___
___Process___
_X_Dktd___
___CtRmDep___
___Doc. No.___

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.   For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

see exhibit - "A"

2.   For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3.   For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other: _resort architect_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1.   Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.   Resident who lives or works in close proximity to coastal waters.

☐ 6.   Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Delores M. Pope_

Claimant or Attorney Signature

Delores M. Pope - president W. architect P.A.

Print Name

march 15, 2011

Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## Exhibit "A"

## Physical Damage and Economic Injury Description

RE:   State of Florida Emergency Bridge Loan Program

FR:   W. Architect PA
       Delores Pope President
       4100 Legendary Drive suite 240
       Destin, Fl. 32541

Our Architectural firm is directly related to the tourism market of the Gulf Coast.   Since May 20, 2010, the majority of our clients, all commercial and resort and water related (retail, restaurants, apartments and harbor projects) have placed their projects on hold.   Our clients are dealing with the most pressing issues of the oil spill.   These issues are the retention of their customers, the tourists and the protection of their greatest asset the beaches and waterways. A partial list of our larger local clients (60% of our business in the last 24 months) are: Intrawest Resorts Inc. – Sandestin Resort, Simon - Pier Park, Turnberry Inc. – Destin Commons, and Harborwalk – Legendary Inc. All these companies are struggling with the impact and uncertainty of the BP oil spill.

This same uncertainty also remains with the clients outside our state who have been planning to do business in the Florida Panhandle with us (40% our business), again mostly in resort and water related projects. These clients are genuinely unsure of the effects on the coastal economy and remain reluctant to execute any further professional contracts. New commercial construction has come to a complete halt. Our architectural firm is the precursor to this type of work and we having nothing on the horizon at this time.

Respectfully yours,

Delores Pope
W. Architect P.A.
President

CERTIFIED MAIL

W · ARCHITECT, P.A.
4100 Legendary Drive, Suite 240
Destin, Florida 32541

7006 3450 0000 2896 0848

RETURN RECEIPT
REQUESTED

Clerk's Office
500 Poydras Street
New Orleans, LA 70130

U.S. POSTAGE
PAID
MIRAMAR BEACH, FL
32550
MAR 15, 11
AMOUNT
$5.54
00053645-02

70130

1000

7013033319 0026