# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| PEARCEY | LLOYD | NELSON | |

| Phone Number | E-Mail Address |
|---|---|
| 251 949-6489 | lloydnpearcey@gulftel.com |

| Address | City / State / Zip |
|---|---|
| 18380 Coopers Lndg Dr. | FOLEY, AL 36535 |

**INDIVIDUAL CLAIM** [X]     **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| SELF EMPLOYED | |
| **Job Title / Description** | **Type of Business** |
| Graphic Artist | |
| **Address** | **Address** |
| 18380 Coopers Lndg Dr | |
| **City / State / Zip** | **City / State / Zip** |
| Foley, AL 36535 | |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| 9497 | |

| Attorney Name | Firm Name |
|---|---|
| | |
| **Address** | **City / State / Zip** |
| | |
| **Phone Number** | **E-Mail Address** |
| | |

| Claim filed with BP? YES [ ] NO [ ] | Claim Filed with GCCF?: YES [ ] NO [ ] |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

[ ] Damage or destruction to real or personal property
[ ] Earnings/Profit Loss
[X] Personal Injury/Death

[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

   Worked on beach cleanup from June 10, 2010 until Oct 20, 2010. Developed sinus and upper respitory problems from breathing materials on beach, sweats, headaches. Had tests taken due to concern and results are enclosed.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☒ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Lloyd N. Pearcey_
Claimant or Attorney Signature

LLOYD N. PEARCEY
Print Name

03/15/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Metametrix.**
Clinical Laboratory
3425 Corporate Way
Duluth, GA 30096
770.446.5483  Fax:770.441.2237

Ordering Physician:

Acupuncture and Chiropractic Center
Robert Cowan DC
945 W Michigan Ave.
8B
Pensacola, FL 32505

Accession Number: **A1011030285**
Reference Number:
Patient:          Lloyd Pearcey
Age: 66           Sex: Male
Date of Birth:    05/06/1944
Date Collected:   11/1/10
Date Received:    11/3/10
Report Date:      11/10/10
Telephone:        (850) 469-9633
Fax:              (850) 469-1590
Reprinted:
Comment:          FAX Results

---

### 0762 Volatile Solvents - Whole Blood

Methodology: Gas Chromatography/Mass Spectrometry

| | Results (ppb) | 95th Percentile** (ppb) |
|---|---|---|
| Benzene | Not Detected | 0.26 |
| Ethylbenzene | 0.35 | 0.11 |
| Styrene | Not Detected | 0.12 |
| Toluene | Not Detected | 0.68 |
| m,p-Xylene | Detected 0.4 - 1.3* | 0.34 |
| o-Xylene | Not Detected | 0.09 |

*Patient value falls in this range.

**95th percentile values are from the NHANES Fourth National Report on Human Exposure to Environmental Chemicals, CDC 2009.

---

No national reference ranges are established for hexane, 2- and 3-methylpentane and isooctane. Quintile ranges are based on patient samples analyzed at Metametrix.



| | Results (ppb) | Percentile Ranking by Quintile | 95th Percentile (ppb) |
|---|---|---|---|
| Hexane | 141.80 | | <= 200.00 |
| 2-Methylpentane | 50.1 | | <= 84.0 |
| 3-Methylpentane | 42.2 | | <= 128.0 |
| Isooctane | 3.45 | | <= 30.60 |

For interpretative information, visit www.metametrix.com/vs and select the Interpretative Guide from the downloads tab.

---

Finding a measurable amount of one or more Volatile Solvents in whole blood does not mean that the level of one or more of these causes an adverse health effect. Whether the concentrations reported here are a cause for health concern is not yet known; more research is needed.

Georgia Lab Lic. Code #067-007       New York Clinical Lab Permit Code #811767AO       Laboratory Directors: J. Alexander Bralley, PhD

DEEPWATER HORIZON INDUSTRIAL HYGIENE
PERSONAL MONITORING RESULTS NOTIFICATION

Notification ID: 618742
Date: 09/29/2010
Sample: XH1890

Name: LLOYD PEARCEY
Phone: 2519496489
DOB: 05/06/1944
Social Identifier: 9497

Company: P2S   PLANT PERFORMANCE SERVICES
Site: Orange Beach/Perdido Pass (Old Outcast Marina)
Supervisor: WILLIAM BRU

This letter summarizes your air sampling results performed during the Deepwater Horizon Gulf Response. Personnel air samples were collected in order to protect worker health and verify that control methods implemented at each work site are effective.

On 09/08/2010 an industrial hygienist technician (IH Tech) collected a single integrated air sample from your breathing zone for specific compounds associated with airborne exposures to 'crude oil'. The sample was collected using a 3M / 3500 passive organic vapor monitor and sent to an accredited laboratory for analysis. All samples were collected and analyzed in accordance with approved analytical methods.

The Occupational Safety and Health Administration (OSHA) sets mandatory workplace air exposure standards known as permissible exposure limits (PELs) to protect the safety and health of workers. The American Conference of Governmental Industrial Hygienists (ACGIH) recommends worker air exposure limits known as threshold limit values (TLVs). The following table lists the exposure limits and your monitoring results for those chemicals found in crude oil that are of most concern for worker health and safety.

| Chemical | OSHA PEL (ppm) - TWA | ACGIH TLV (ppm) - TWA | Sample Result (ppm) | Qualifier |
|---|---|---|---|---|
| Benzene | 1 | 0.5 | <0.03 | U |
| Ethylbenzene | 100 | 100 | <0.1 | U |
| Toluene | 200 | 20 | <0.1 | U |
| Total Hydrocarbons | None | None | <1.1 | U |
| Xylene | 100 | 100 | <0.41 | U |

1. Permissible Exposure Limit - Time Weighted Average (PEL-TWA) = The OSHA permissible concentration in air of a substance to which nearly all workers may be repeatedly exposed 8 hours a day, 40 hours a week, for 30 years without adverse effects (OSHA 29 CFR: 1910.1000).

2. Threshold Limit Value - Time Weighted Average (TLV-TWA) = The TWA concentration for a conventional 8-hour workday and a 40-hour workweek, to which nearly all workers may be repeatedly exposed, day after day, without adverse effect (ACGIH, 2010). These are voluntary limits established by ACGIH) and are typically as or more stringent than OSHA permissible exposure limits.

3. Sample Result - Indicates the airborne concentrations measured in parts per million for the time period sampled.