# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) "DEEPWATER HORIZON" IN ) THE GULF OF MEXICO, ON ) APRIL 20, 2010 ) ) | MDL NO: 2179  SECTION: J |
| Relates to: | 2:14-cv-657 ) Melancon \| Rimes, LLC et. al. ) v. Downs Law Group, et. al. ) _____) | Judge Barbier  Mag. Judge Currault |

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW,** Defendants, Downs Law Group, P.A., Craig T. Downs, and Jeremy D. Friedman, jointly, by and through their undersigned counsel, and pursuant to Rules 6(b) and 26(b) of the Federal Rules of Civil Procedure, hereby files Defendant's Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and in support, states as follows:

1. This is a case in which Plaintiffs allege that Plaintiffs and Defendants agreed to jointly represent certain clients related to an oil spill in the above-referenced matter and that Defendants breached a duty of good faith in regard to such joint representation.

2. Plaintiffs filed their First Amended Complaint in accordance with the Court's prior order in this matter on December 21, 2021. According to the Court's order, Defendants' response to the Complaint is due on or before January 21, 2022.

3. Defendants are now requesting an extension of time to file their response to the First Amended Complaint.

4. Rule 6(b) of the Federal Rules of Civil Procedure states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its

1

extension expires; or (B) on motion made after the time has expire if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b). Rule 26(b) also explains that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires." Fed. R. Civ. P. 26(b).

5. Defendants seek an extension of time to respond to the Complaint. The First Amended Complaint was originally filed during the holidays, which provided Defendants a limited time to formulate a proper response. More importantly, the undersigned, who is a Defendant and lead counsel herein, was recently called to attend trial in January 2022 in the case of *Tatlici v. Tatlici et al.*, Case No. 50-2009-CA-030873-XXXX-MB. The first day of trial is currently scheduled on January 24, 2022.

6. In addition, Defendants' office in Miami, Florida has recently endured a shortage of available employees due to several positive Covid cases. This has resulted in a reduction of approximately 25% to 30% of the Defendants' work force due to positive cases. This has resulted in the need to expend resources in other areas to compensate for these losses during the time in which these employees are unable to work.

7. Based on the foregoing reasons, Defendants, in good faith, respectfully request an extension of thirty (30) days to respond to Plaintiffs' First Amended Complaint.

8. Defendants' instant Motion is not made for the purpose of delay and no prejudice will result to Plaintiffs by granting the requested relief herein.

9. In addition, the undersigned conferred with counsel for Plaintiffs regarding the subject matter of this Motion, who does not object to the requested relief herein.

**WHEREFORE,** Defendants respectfully request that the Court enter an order: (1) granting this instant Motion; (2) extending the time for Defendants to respond to Plaintiffs' First Amended

2

Complaint by thirty (30) days; and (3) granting any such other and further relief that this Court deems just and proper.

Dated: January 11, 2022 Respectfully submitted,

        **The Downs Law Group, P.A.**
        3250 Mary Street, Suite 307
        Coconut Grove, FL 33133
        Telephone: (305) 444-8226
        Facsimile: (305) 444-6773
        jfriedman@downslawgroup.com

        /s/ Jeremy D. Friedman
        Jeremy D. Friedman, Esq.
        Florida Bar No. 134643
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 11, 2022, by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

        /s/ Jeremy D. Friedman
        Jeremy D. Friedman, Esq.