# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) <br> "DEEPWATER HORIZON" IN ) <br> THE GULF OF MEXICO, ON ) <br> APRIL 20, 2010 ) <br> ) | MDL NO: 2179 <br><br> SECTION: J |
| Relates to: | 2:14-cv-657 ) <br> Melancon \| Rimes, LLC et. al. ) <br> v. Downs Law Group, et. al. ) <br> ) | Judge Barbier <br> Mag. Judge Currault |

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Considering Defendant's Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (the "Motion"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion is GRANTED. Defendant shall have thirty (30) days from January 21, 2022, to respond to Plaintiffs' First Amended Complaint. Accordingly, Defendants' response to the First Amended Complaint shall be due on or before February 21, 2022.

Signed this ___ day of January 2022 at New Orleans, Louisiana.

                                                                                                        _____
                                                                                                        HON. CARL J. BARBIER
                                                                                                        UNITED STATES DISTRICT JUDGE

1