# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Classy Cycles, Inc. | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| bp P.L.C.; bp AMERICA, INC.; bp PRODUCTS NORTH AMERICA, INC.; bp AMERICA PRODUCTION COMPANY; bp EXPLORATION & PRODUCTION, INC., | |
| Defendants | |
| Docket Number(s) | |
| 2:16-cv-05923-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or

exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

Classy Cycles, Inc. vs. bp p.l.c., bp America, Inc., bp Products North America Inc., bp America Production Company, bp Exploration & Production, Inc.

Case No. 2:16-cv-05923

Respectfully submitted this **27th day of January** 2022.

THE BUZBEE LAW FIRM

/s/    Caroline Adams
Anthony G. Buzbee
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
600 Travis, Suite 7300
Houston, Texas 77002
Telephone:  (713) 223-5393
Facsimile: (713)223-5909
www.txattorneys.com

*Classy Cycles, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 27, 2022.

/s/ Caroline Adams
**CAROLINE E. ADAMS**