# EXHIBIT D

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Vanessa Barsanti
To Call Writer Directly:
+1 312 862 2205
vanessa.barsanti@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

January 3, 2022

**VIA ELECTRONIC MAIL**

Craig Downs, Esq.
The Downs Law Group
3250 Mary Street, Suite 307
Coconut Grove, FL  33133

Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; No. 2:10-md-02179 (E.D. La.)

Dear Counsel:

Pursuant to Paragraph 5 of the Case Management Order for the B3 Bundle (Rec. Doc. 26924) and Section I.A.1(a)-(c) of Pretrial Order No. 68 (Rec. Doc. 26070) ("PTO 68"), BP Exploration & Production Inc. and BP America Production Company (together, "BP") has conducted a reasonable search of documents in the above-captioned matter and has not located responsive documents for the individual plaintiff whom you represent which is listed in the table attached hereto as Attachment A.

Further, BP hereby refers you to the production of documents in volume BP-B3001, with the Bates numbers BP-B3_00000001 through BP-B3_00273455, previously produced by BP in connection with your other B3 matters.  Please consider these materials produced for the individual plaintiff listed in Attachment A.  To the extent you need this material re-provided please let me know.  Please feel free to contact me or Frank Sramek with questions.

Sincerely,

/s/ *Vanessa Barsanti*

Vanessa Barsanti

cc: A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Frank Sramek

**Attachment A**

| Plaintiff Name(s) | Case No. |
|---|---|
| Johnson, Sonja | 21-cv-02243 |