Case 2:10-md-02179-CJB-DPC   Document 27312   Filed 02/08/22



# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Feb 08, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 22-30003
_____

IN RE BILLY F. LARKIN,

                                                   *Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:19-CV-10295

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the petition is dismissed as of February 8, 2022, for want of prosecution. The petitioner failed to timely comply with the clerk's notice of January 3, 2022.

                                    LYLE W. CAYCE
                                    Clerk of the United States Court
                                    of Appeals for the Fifth Circuit

                   By: _____
                       Monica R. Washington, Deputy Clerk

           ENTERED AT THE DIRECTION OF THE COURT