# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br><br> **SECTION J** |
| **This Document relates to:** | * * | **JUDGE BARBIER** |
| *Doucet v. Danos and Curole Staffing LLC, et al.*, **Case No. 21-cv-01761** | * * * * | **MAGISTRATE JUDGE CURRAULT** |

## ORDER

Considering BP America Production Company and BP Exploration & Production Inc.'s Motion for Partial Lifting of the Stay,

IT IS ORDERED that the Motion is hereby GRANTED. The stay imposed by this Court's MDL 2179 pretrial orders (including but not limited to Pre-Trial Order No. 15, Rec. Doc. 676) is lifted for the limited purpose of permitting briefing and decision on BP's Motion to Dismiss. The stay remains in effect for all other purposes.

New Orleans, Louisiana, this _____ day of February 2022.

_____

**UNITED STATES DISTRICT JUDGE**