UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE CURRAULT |
| BELO Cases identified below | * | |

## ORDER
[Order to Show Cause re: BP's Feb. 11, 2022 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of Feb. 11, 2022 (Rec. Doc. 27334), the 1 BELO plaintiff identified below failed to provide full and complete disclosures by the initial 90-day deadline (Dec. 25, 2021), was granted an extension and ordered to comply by the extended deadline (Feb. 4, 2022), and then failed to provide a full and complete disclosure by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 1 BELO plaintiff identified below shall **SHOW CAUSE** <u>in writing</u> why his case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The plaintiff shall file a

written response to this Show Cause Order by no later than <u>Monday, February 28, 2022</u>. The response shall be filed in the MDL master docket, No. 10-md-2179, and reference the individual BELO case to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiff's response, then BP shall file a reply by no later than <u>Wednesday, March 2, 2022</u>. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|   | Docket Number | Plaintiff | Counsel | Deficiency (per BP's status report) |
|---|---|---|---|---|
| 1. | 21-1732 | G.C. (Minor Child) | Downs Law Group | PTO 66: Failed to include the date(s) of alleged damages, any amount, or the calculations used to arrive at any alleged damages amount in response to damages question. |

New Orleans, Louisiana, this 14th day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE