**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| | * | |
| Applies to: | * | **JUDGE BARBIER** |
| *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | | **MAG. JUDGE CURRAULT** |
| *No. 17-2678, Miller v. BP* | * | |
| *No. 19-1418, O'Brien's Response Management LLC v. BP* | * | |
| *No. 21-1761, Doucet v. Danos and Curole Staffing LLC, et al* | * | |
| *No. 21-2243, Johnson v. BP* | * | |
| *All Severed B3 Cases* | | |

---

**ORDER**
**[Scheduling Status Conference]**

**IT IS ORDERED** that a status conference is scheduled for **Wednesday, March 23, 2022 at 9:30 a.m. CST** in Judge Barbier's courtroom (C-268). Counsel for each of the parties as well as counsel with an interest in the severed B3 cases shall attend. The following matters will be addressed:

1. 14-657: *Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.*

   a. Status of the Case

2. 17-2678: *Miller v. BP*

   a. Oral Argument on Plaintiff's *Motion for Partial Summary Judgment* (Rec. Doc. 34)

3. 19-1418: *O'Brien's Response Management LLC v. BP*

   a. Impact of the Fifth Circuit's decision on the pending Severed B3 cases and how to proceed forward

4. 21-1761: *Doucet v. Danos and Curole Staffing LLC, et al.*

    a. Oral argument on BP's *Motion to Dismiss* (Rec. Doc. 27333)

5. 21-2243: *Johnson v. BP*

    a. Oral Argument on Downs Law Group, P.A.'s *Motion for Clarification or Correction of the B3 Case Management Order* (Rec. Doc. 27230)

New Orleans, Louisiana, this 14th day of February, 2022.

 

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: file in Nos. 10-md-2179; 14-657; 17-2678; 19-1418; 21-1761; 21-2243; and all severed B3 cases.**