UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 14-657* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is a *Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Rule 12(b)(2) and 12(b)(6)* **(Rec. Doc. 27343)**.

**IT IS ORDERED** that any opposition to the *Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Rule 12(b)(2) and 12(b)(6)* **(Rec. Doc. 27343)** shall be filed by no later than **Tuesday, March 15, 2022**. Any reply shall be filed by **Wednesday, March 23, 2022**. Oral Argument will be had at the Status Conference currently set for **Friday, April 1, 2022**.

New Orleans, Louisiana, this 22nd day of February, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE