UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| **Applies to: 12-cv-00968: BELO** | |
| **17-cv-03367: B3** | MAGISTRATE JUDGE CURRAULT |

### THE BP PARTIES' MARCH 2, 2022 B3 AND BELO STATUS REPORT

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly Status Report for the B3 and BELO lawsuits. The Status Report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

There are no cases eligible for this Status Report in which B3 plaintiffs provided either no PTO submissions, or deficient or incomplete PTO submissions; or in which BELO plaintiffs provided either no initial disclosures, or deficient or incomplete initial disclosures.

Pursuant to First Amended BELO CMO No. 2, the BP Parties on March 14, 2022, will submit a Status Report listing BELO plaintiffs who failed to provide full and complete initial disclosures after having been ordered to do so by March 7, 2022, pursuant to the Court's February 4, 2022, Order (Rec. Doc. 27327) (i.e. "Category II" BELO plaintiffs).

1

DATED:  March 2, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ R. Keith Jarrett*
　　　　　　　　　　　　　　　　　　　　R. Keith Jarrett (Bar #16984)
　　　　　　　　　　　　　　　　　　　　Scott C. Seiler (Bar #19784)
　　　　　　　　　　　　　　　　　　　　Devin C. Reid (Bar #32645)
　　　　　　　　　　　　　　　　　　　　**LISKOW *&* LEWIS**
　　　　　　　　　　　　　　　　　　　　One Shell Square
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139-5099
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-7979
　　　　　　　　　　　　　　　　　　　　Telefax: (504) 556-4108

　　　　　　　　　　　　　　　　　　　　Matthew T. Regan, P.C.
　　　　　　　　　　　　　　　　　　　　A. Katrine Jakola, P.C.
　　　　　　　　　　　　　　　　　　　　Martin L. Roth, P.C.
　　　　　　　　　　　　　　　　　　　　Kristopher Ritter
　　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000

　　　　　　　　　　　　　　　　　　　　Kevin M. Hodges
　　　　　　　　　　　　　　　　　　　　**WILLIAMS & CONNOLLY LLP**
　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　Telefax: (202) 434-5029

　　　　　　　　　　　　　　　　　　　　Catherine Pyune McEldowney
　　　　　　　　　　　　　　　　　　　　**MARON MARVEL BRADLEY**
　　　　　　　　　　　　　　　　　　　　**ANDERSON & TARDY LLC**
　　　　　　　　　　　　　　　　　　　　1201 North Market Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-5177
　　　　　　　　　　　　　　　　　　　　Telefax: (302) 425-0180

　　　　　　　　　　　　　　　　　　　　Georgia L. Lucier
　　　　　　　　　　　　　　　　　　　　**HUNTON ANDREWS KURTH LLP**
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 4200
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 220-4200
　　　　　　　　　　　　　　　　　　　　Telefax: (713) 220-4285

　　　　　　　　　　　　　　　　　　　　*Counsel for BP Exploration & Production*
　　　　　　　　　　　　　　　　　　　　*Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of March, 2022.

                                                       */s/ R Keith Jarrett*
                                                       R. Keith Jarrett