SEVENTEENTH JUDICIAL DISTRICT COURT

FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

RORY DEGEYTER, HILLARD DOUCET,
And SHAWN POLKEY

NUMBER: 119140

VERSUS

DANOS AND CUROLE STAFFING, L.L.C.,
BP EXPLORATION & PRODUCTION, INC.
And BP AMERICA PRODUCTION COMPANY

### PETITION FOR DAMAGES

NOW BEFORE THIS HONORABLE COURT, through undersigned counsel, comes the Plaintiffs, Rory Degeyter, Hillard Doucet and Shawn Pollkey, residents of the full age of majority of the Parish of Lafourche, Louisiana, who represent that:

I.

Made Defendants herein, are:

a. Danos and Curole Staffing, L.L.C., a Louisiana liability company domiciled in Larose, Louisiana;

b. BP Exploration & Production, Inc., a Delaware Corporation with its principal business offices in Warrenfield, Illinois and Houston, Texas;

c. BP America Production Company, a Delaware Corporation with its principal business offices in Warrenfield, Illinois and Houston, Texas

II.

The Defendants are justly and truly indebted to the Plaintiffs for the reasons hereinafter enumerated.

III.

On June 1, 2010, Rory Degeyter executed in this Parish a Master Vessel Charter Agreement (MVCA) No. HOU-1916 with BP Exploration & Production, Inc. and/or BP America Production Company at a fixed rate of services including: "Vessel less than 30' ($1200/24 hour day)" and crew services at a rate of "$200.00/ 8 hour day/ crewmember."

IV.

On May 23, 2010, Hillard Doucet executed in this Parish a Master Vessel Charter Agreement (MVCA) No. HOU-1785 with BP Exploration & Production, Inc. and/or BP America Production Company at a fixed rate of services including: "Vessels more than 30' – 45', ($1500.00/24 hour day)" and crew services at a rate of "$200.00/ 8 hour day/ crewmember."



EXHIBIT A

V.

On May 10, 2010, Shawn Polkey executed in this Parish a Master Vessel Charter Agreement (MVCA) No. HOU-1712 with BP Exploration & Production, Inc. and/or BP America Production Company at a fixed rate of services including: "Vessel less than 30' ($1200/24 hour day)" and crew services at a rate of "$200.00/ 8 hour day/ crewmember."

VI.

Article 20 in each of the Plaintiffs' Master Vessel Charter Agreement requires written notice of either parties' right to terminate the identified agreement.

VII.

Defendant Danos and Curole Staffing, L.L.C., at all relevant times herein, administrated the Vessel of Opportunity (V.O.O.) Program as the agent of Defendants BP Exploration & Production, Inc. and BP America Product Company, including controlling assignments of the vessels and paying invoices of the V.O.O. participants.

VIII.

The Defendants ceased payments to the Plaintiff, Rory Degeyter under the agreement on September 17, 2010.

IX.

The Defendant ceased payments to Plaintiffs, Hillard Doucet and Shawn Polkey under the agreement on September 20, 2010.

X.

Defendant Danos and Curole Staffing, L.L.C. represented to the Plaintiffs, at the time of "decon" between September 17-20, 2010 they should remain on "standby" until they received written notice from Defendants BP Exploration & Production, Inc. and / or BP America Product Company. Furthermore, Defendant Danos and Curole Staffing, L.L.C. represented to the Plaintiffs they would be paid according to the contract, until written notice was received.

XI.

The Plaintiffs relied upon the representations of Danos and Curole Staffing, L.L.C.

XII.

The Defendants subsequently informed the Plaintiffs of the termination of the agreement by providing an "Off Hire Dispatch Notification" effective November 26, 2010.

XIII.

The Defendants owe the Plaintiff, Rory Degeyter, $80,400.00 and $26,800.00 for vessel and crew services from September 17, 2010 until the written termination date of November 26, 2010.

XIV.

The Defendants owe the Plaintiff, Hillard Doucet, $100,500.00 and $26,800.00 for vessel and crew services from September 21, 2010 until the written termination date of November 26, 2010.

XV.

The Defendants owe the Plaintiff, Shawn Polkey, $80,400.00 and $26,800.00 for vessel and crew services from September 21, 2010 until the written termination date of November 26, 2010.

XVI.

Plaintiffs have made amicable demand upon the defendant to no avail.

Therefore, the Plaintiffs, Rory Degeyter, Hillard Doucet and Shawn Polkey, demand Judgment against the Defendants, Danos and Curole Staffing, L.L.C., BP Exploration & Production, Inc. and BP America Production Company for $341,700.00 plus interest costs and Attorney fees.

Respectfully Submitted By

_____
ANDRE P. LaPLACE
2762 Continental Drive, Suite 103
Baton Rouge, Louisiana 70808
Telephone: (225) 924-6898
Bar No.: 8039

PLEASE SERVE:

DANOS AND CUROLE STAFFING, L.L.C.
Through its registered agent for service of process
Janell Ledet
13083 Hwy. 308
Larose, Louisiana 70373

And

BP EXPLORATION & PRODUCTION, INC.
Through its registered agent for service of process
CT Corporation System
5615 Corporate Boulevard, Suite 400 B
Baton Rouge, Louisiana 70808

And

BP AMERICA PRODUCTION COMPANY
Through its registered agent for service of process
CT Corporation System
5615 Corporate Boulevard, Suite 400 B
Baton Rouge, Louisiana 70808

FILED
DEC 20 2011
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. DEC 21 2011
_____
Clerk of Court

FILED
DEC 20 2011
_____
CLERK OF COURT