UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: | 2:14-cv-657<br>Melancon \| Rimes, LLC et. al.<br>v. Downs Law Group, et. al. | ) ) ) | Judge Barbier<br>Mag. Judge Currault |

## AFFIDAVIT OF CRAIG T. DOWNS, ESQ.

**State of Florida** )
                       SS
**County of Miami-Dade** )

    BEFORE ME, the undersigned authority, personally appeared Craig T. Downs, Esq. who after being by me first duly sworn, deposes and says:

1. I, Craig Downs, am the founder and CEO of the Downs Law Group, P.A., located at 3250 Mary Street, Suite 307, Coconut Grove, Florida 33133. I have been a member of the Florida Bar since 1989. This Affidavit is made upon the basis of my personal knowledge concerning my lack of contacts with the state of Louisiana for purposes of demonstrating a lack of personal jurisdiction in the case of *Sterbcow Law Group, LLC et. al. v. The Downs Law Group, P.A.*

2. I am a member of the Florida Bar and the Southern District of Florida. My principal office is in Coconut Grove, Florida, which is where the firm's main office is located. I am neither licensed to practice law in the state of Louisiana nor have I ever been.

3. I do not personally own any property or conduct business in the state of Louisiana. I do not personally represent any clients in the state of Louisiana. All clients are represented by The Downs Law Group, P.A.

4. Accordingly, the only involvement that I have had in the state of Louisiana, especially with the matters discussed herein, have strictly been in on behalf of the Downs Law Group, P.A., and thus, solely in my corporate capacity and not individually, personally, or otherwise outside of the aforementioned scope.

5. I have never entered into a joint venture or co-counsel agreement with the Plaintiffs, the Downs Law Group, P.A., or Jeremy D. Friedman, Esq.

1

## VERIFICATION

    Pursuant to section 92.525(1)(b) of the Florida Statues, under penalties of perjury, I declare that I have read this Affidavit and the facts stated herein are true and correct.

By: _____     Date: __3/25/22__
      Craig T. Downs, Esq.