UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) | MDL NO: 2179 |
| | "DEEPWATER HORIZON" IN ) | |
| | THE GULF OF MEXICO, ON ) | SECTION: J |
| | APRIL 20, 2010 ) | |
| | ) | |
| Relates to: 2:14-cv-657 | | |
| | Melancon Rimes, LLC et. al. ) | Judge Barbier |
| | v. Downs Law Group, LLC, et. al. ) | Mag. Judge Currault |
| | ) | |
| | ) | |

**NOTICE OF FILING OF ADDITIONAL SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO RULE 12(b)(2) AND 12(b)(6)**

COMES NOW Defendant, Downs Law Group, P.A., by and through undersigned counsel, and hereby gives notice of filing of the attached additional support of the Defendants' Joint Motion to Dismiss.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

1

I HEREBY CERTIFY that the above was also sent via electronic mail on this 28th day of March, 2022 to: Jason L. Melancon, Suite B Baton Rouge, LA 70809, jason@melanconrimes.com.

Jeremy D. Friedman, Esq.
The Downs Law Group, PA
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Phone:(305) 444-8226
Fascimilie: (305) 444-6773
Email: jfriedman@downslawgroup.com

/s/ Jeremy Friedman
Jeremy D. Friedman
Florida Bar#134643

| | |
|---|---|
| **From:** | Jason Melancon |
| **To:** | Alias |
| **Cc:** | Craig Downs; marx@sterbcowlaw.com |
| **Subject:** | Re: BP Client Listing |
| **Date:** | Friday, October 18, 2013 5:30:36 PM |

There is nothing attached, but by your email you make it sound like I only have a fee interest in those clients who filed the notice of appeal. If this is your understanding, we have a major problem as I would have never risked making an appearance to object to the settlement for 10% of only those individuals! I think Craig needs to call me immediately!

Sent from my iPhone

On Oct 18, 2013, at 4:10 PM, "Daniel Perez" <dperez@downslawgroup.com> wrote:

> Jason,
>
> Per your request, below you will find the group of clients which you filed a notice of appearance on behalf of. Hope this helps.
>
>
> **Daniel A. Perez, Esq.**
> **<image001.jpg>**
> **Miami-Dade - Main Office**
> **3250 Mary Street, Suite 307**
> **Coconut Grove, FL 33133**
> **T. 305-444-8226**
> **F. 305-444-6773**
> **e-mail: dperez@downslawgroup.com**
> **Website: www.downslawgroup.com**
> **Broward**
> **Whispering Woods Center**
> **7401 Wiles Road, Suite 209**
> **Coral Springs, FL 33067**
> **T. 954-447-3556**
>
> ***Confidentiality and Privilege Notice***
>
> **This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**
>
> **From:** Jason Melancon [mailto:Jason@melanconrimes.com]
> **Sent:** Wednesday, October 16, 2013 12:33 PM
> **To:** Daniel Perez (dperez@downslawgroup.com); 'Craig Downs' (cdowns@downslawgroup.com)
> **Cc:** marx@sterbcowlaw.com
> **Subject:** BP Client Listing

Craig and Danny:

We certainly have no problem with you guys using our conference room.  Glad to help.  I'm also glad you called because it reminded me to call you about my malpractice insurer.  Every year I have to list my class actions and mass tort cases.  The insurance company called me and wants a complete listing by name and state of all BP clients we signed up pursuant to our joint representation agreement.  Can you please get this to me in the next couple of weeks?

Thanks,
Jason

**Jason L. Melancon**
**Melancon | Rimes**
8706 Jefferson Hwy., Suite A
Baton Rouge, LA 70809
Telephone: (225) 303-0455
Fax: (225) 303-0459

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee.  This may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

| | |
|---|---|
| **From:** | Alias |
| **To:** | Craig Downs |
| **Subject:** | FW: Rent |
| **Date:** | Friday, October 18, 2013 4:19:38 PM |

### Daniel A. Perez, Esq.



**Miami-Dade - Main Office**
**3250 Mary Street, Suite 307**
**Coconut Grove, FL 33133**
**T. 305-444-8226**
**F. 305-444-6773**
**e-mail: dperez@downslawgroup.com**
**Website: www.downslawgroup.com**
**Broward**
**Whispering Woods Center**
**7401 Wiles Road, Suite 209**
**Coral Springs, FL 33067**
**T. 954-447-3556**

**\*\*\*Confidentiality and Privilege Notice\*\*\***

**This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**

**From:** Marx Sterbcow [mailto:marx@sterbcowlaw.com]
**Sent:** Thursday, October 17, 2013 1:17 PM
**To:** Daniel Perez
**Subject:** RE: Rent

No we haven't received any payments.  We have sent numerous monthly invoices but they have not been paid.


Marx

**From:** Daniel Perez [mailto:dperez@downslawgroup.com]
**Sent:** Thursday, October 17, 2013 12:16 PM
**To:** Marx Sterbcow
**Subject:** Rent

You have been paid for rent every month except October. Correct?

**Daniel A. Perez, Esq.**

**Miami-Dade - Main Office**
**3250 Mary Street, Suite 307**
**Coconut Grove, FL 33133**
**T. 305-444-8226**
**F. 305-444-6773**
**e-mail: dperez@downslawgroup.com**
**Website: www.downslawgroup.com**
**Broward**
**Whispering Woods Center**
**7401 Wiles Road, Suite 209**
**Coral Springs, FL 33067**
**T. 954-447-3556**

**\*\*\*Confidentiality and Privilege Notice\*\*\***

**This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**

| | |
|---|---|
| **From:** | Marx Sterbcow |
| **To:** | Alias |
| **Cc:** | Craig Downs |
| **Subject:** | RE: NOLA Office space |
| **Date:** | Wednesday, July 17, 2013 2:30:25 PM |

How does 800 a month sound?

Marx David Sterbcow  LLM, JD

Managing Attorney

The Sterbcow Law Group LLC

1734 Prytania St., New Orleans, LA 70130

Toll Free: 877-854-2182

Office: 504-523-4930  •  Fax:  888-241-6248

www.YourRealEstateLawyer.com

www.respaattorneys.com

www.respalawyer.com


\*\*Confidentiality and Privilege Notice\*\*

This email message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (504) 523-4930 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

**From:** Daniel PereZ <dperez@downslawgroup.com>
**Sent:** Tuesday, July 16, 2013 10:01 PM
**To:** Marx Sterbcow
**Cc:** Craig Downs
**Subject:** Re: NOLA Office space

An average of 15 people a week will be seen by Amled, split into the 2-3 different days. She won't need to use your printers, computers, or phone. As I explained on the phone, people will not be showing up at random times because they will be set up for appointments at the exact time of the schedule which WE ALL agree on. This is not something crazy or complicated. Pretty simple.

Sincerely,

Daniel A. Perez, Esq.

Downs Law Group

P.305-444-8226

F.305-444-6773

On Jul 16, 2013, at 7:36 PM, "Marx  Sterbcow" <marx@sterbcowlaw.com> wrote:

Danny & Craig:

Sorry for the delay in responding to you.  I've been under the gun at the office the last couple of days with several projects being due.  Danny said you guys would like have an attorney work out of my office 2-3 times a week for 3-4 hours a day.  Could you tell me what you envision her doing?  Does she need a separate office to work out of, access to the copier, a VoIP telephone line, supplies, etc.?  How many visitors do you guys envision will be over at the office?

I want to get a sense of things from you guys.  Give me your worst case scenario not the rosy version.  LOL

marx
Marx David Sterbcow  LLM, JD
Managing Attorney
The Sterbcow Law Group LLC
1734 Prytania St., New Orleans, LA 70130
Toll Free: 877-854-2182
Office: 504-523-4930  •  Fax:  888-241-6248
www.YourRealEstateLawyer.com
www.respaattorneys.com
www.respalawyer.com


**Confidentiality and Privilege Notice**
This email message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (504) 523-4930 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

| | |
|---|---|
| **From:** | Alias |
| **To:** | "Marx Sterbcow"; Craig Downs |
| **Subject:** | BP |
| **Date:** | Wednesday, July 17, 2013 4:23:53 PM |

This is a reminder to send Craig an email confirming our phone conversation. It included a basic understanding that Amled will be able to use your office a couple times a week, for several hours, at most. The monthly fee will be $500. We will run this contract on a month to month basis and you will be kind enough to hook her up to your scanner/printer for easier use. Thanks man.


**Daniel A. Perez, Esq.**



**Miami-Dade - Main Office**
**3250 Mary Street, Suite 307**
**Coconut Grove, FL 33133**
**T. 305-444-8226**
**F. 305-444-6773**
**e-mail: dperez@downslawgroup.com**
**Website: www.downslawgroup.com**
**Broward**
**Whispering Woods Center**
**7401 Wiles Road, Suite 209**
**Coral Springs, FL 33067**
**T. 954-447-3556**

***Confidentiality and Privilege Notice***

**This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**

| | |
|---|---|
| **From:** | Marx Sterbcow |
| **To:** | Josie Collazo |
| **Cc:** | Alias; Craig Downs |
| **Subject:** | RE: Rent |
| **Date:** | Friday, October 18, 2013 6:01:38 PM |
| **Attachments:** | Downs Law Group.pdf |

Santha,

We have sent three invoices dating back to August 25th. All of those invoices are open and have not been paid. So no you owe all the way back to July 15th when Amled first started using the office for more than 70 hours a week. Please see attached invoices.

Marx

Marx David Sterbcow  LLM, JD
Managing Attorney
The Sterbcow Law Group LLC
(Harahan Office)
824 Elmwood Park Boulevard, Ste. 205
Harahan, LA 70123
(New Orleans Office)
1734 Prytania St.,
New Orleans, LA 70130
Toll Free: 877-854-2182
Office: 504-523-4930
Fax:  888-241-6248
www.YourRealEstateLawyer.com
www.respaattorneys.com
www.respalawyer.com

CONFIDENTIALITY NOTICE:
This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. This e-mail and any documents attached, may contain confidential information belonging to the sender which is protected by the attorney-client, work product and/or other privileges. The information is intended only for the use of the individuals or entities named above. If you have received this e-mail in error, we would appreciate your immediate notification to us by collect telephone call to arrange for the return of all copies of the e-mail. You should also delete this transmission from your computer and/or server.

---

**From:** Santha Naidoo [mailto:snaidoo@downslawgroup.com]
**Sent:** Friday, October 18, 2013 4:52 PM
**To:** Marx Sterbcow
**Cc:** dperez@downslawgroup.com; 'Craig Downs'
**Subject:** Rent

Marx:  The rent check was placed in the mail.  We only owe for October 2013.  Thanks

**Santha Naidoo**
Staff Manager & Paralegal



**Miami-Dade - Main Office**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: snaidoo@downslawgroup.com
Website: www.downslawgroup.com
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, FL 33067
T. 954-447-3556
***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

# Sterbcow Law Group LLC

# INVOICE

1734 Prytania Street
New Orleans, LA 70130

Invoice # 133
Date: 08/23/2013
Due On: 09/22/2013

Craig Downs
Downs Law Group
255 University Drive
Coral Gables, FL 33134

## SLG 2013-0069 Downs Law Group

## Rent for use of SLG office

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/23/2013 | Half of July 2013 Rent for use of SLG office | 1.00 | $250.00 | $250.00 |
| Expense | 08/23/2013 | August 2013 Rent for use of SLG office | 1.00 | $500.00 | $500.00 |
| | | | | Total | $750.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 136 | 10/01/2013 | $500.00 | $0.00 | $500.00 |
| 143 | 10/31/2013 | $500.00 | $0.00 | $500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 133 | 09/22/2013 | $750.00 | $0.00 | $750.00 |
| | | | Outstanding Balance | $1,750.00 |
| | | | Total Amount Outstanding | $1,750.00 |

Please make all amounts payable to: Sterbcow Law Group LLC

Page 1 of 2

Please pay within 30 days.

Thank you for your business! Federal ID NO: 27 0103748

## Sterbcow Law Group LLC

# INVOICE

1734 Prytania Street  
New Orleans, LA 70130

Invoice # 136  
Date: 09/01/2013  
Due On: 10/01/2013

Craig Downs  
Downs Law Group  
255 University Drive  
Coral Gables, FL 33134

## SLG 2013-0069 Downs Law Group

## Rent for use of SLG office

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/01/2013 | September 2013 Rent for use of SLG office space | 1.00 | $500.00 | $500.00 |
| | | | | Total | $500.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 133 | 09/22/2013 | $750.00 | $0.00 | $750.00 |
| 143 | 10/31/2013 | $500.00 | $0.00 | $500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 136 | 10/01/2013 | $500.00 | $0.00 | $500.00 |
| | | | Outstanding Balance | $1,750.00 |
| | | | Total Amount Outstanding | $1,750.00 |

Please make all amounts payable to: Sterbcow Law Group LLC

Please pay within 30 days.

Thank you for your business! Federal ID NO: 27 0103748

# Sterbcow Law Group LLC

# INVOICE

1734 Prytania Street
New Orleans, LA 70130

Invoice # 143
Date: 10/01/2013
Due On: 10/31/2013

Craig Downs
Downs Law Group
255 University Drive
Coral Gables, FL 33134

## SLG 2013-0069 Downs Law Group

## Rent for use of SLG office

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/01/2013 | October 2013 Rent for use of SLG office space | 1.00 | $500.00 | $500.00 |
| | | | | Total | $500.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 133 | 09/22/2013 | $750.00 | $0.00 | $750.00 |
| 136 | 10/01/2013 | $500.00 | $0.00 | $500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 143 | 10/31/2013 | $500.00 | $0.00 | $500.00 |
| | | | Outstanding Balance | $1,750.00 |
| | | | Total Amount Outstanding | $1,750.00 |

Please make all amounts payable to: Sterbcow Law Group LLC

Please pay within 30 days.

Page 1 of 2

Invoice # 143 - 10/01/2013

Thank you for your business! Federal ID NO: 27 0103748

# Jeremy Friedman

| | |
|---|---|
| **From:** | Jeremy Friedman |
| **Sent:** | Monday, March 28, 2022 8:58 AM |
| **To:** | Jeremy Friedman |
| **Subject:** | FW: Sample Joint Participation & Association Counsel Contract |

**From:** Jason Melancon <Jason@melanconrimes.com>
**Sent:** Saturday, October 19, 2013 3:47 PM
**To:** Craig Downs <cdowns@downslawgroup.com>
**Cc:** Jeremy Friedman <jfriedman@downslawgroup.com>; Marx Sterbcow <marx@sterbcowlaw.com>; Alias <alias@downslawgroup.com>
**Subject:** Re: Sample Joint Participation & Association Counsel Contract

If my fee were limited to the objection only I would have never participated. I believe that this reflects both viewpoints shared by Marx and myself. If you recall, I was the one saying that you should probably drop your appeal because BP was clearly wanting out of the settlement. Why would I do all of this work to ultimately advocate dropping the appeal.

As far as I'm concerned Marx and I share a 10% interest in all BP cases signed to date. We look forward to receiving a list of every client signed up to date and their state of domicile. There is nothing left to discuss. I am very disappointed in how this is being handled.

Jason

Sent from my iPhone

1

# Jeremy Friedman

| | |
|---|---|
| **From:** | Jeremy Friedman |
| **Sent:** | Monday, March 28, 2022 9:00 AM |
| **To:** | Jeremy Friedman |
| **Subject:** | FW: Sample Joint Participation & Association Counsel Contract |

---

**From:** Jason Melancon <Jason@melanconrimes.com>
**Sent:** Monday, October 21, 2013 5:52 PM
**To:** Craig Downs <cdowns@downslawgroup.com>; Jeremy Friedman <jfriedman@downslawgroup.com>
**Cc:** 'Marx Sterbcow' <marx@sterbcowlaw.com>; Alias <alias@downslawgroup.com>
**Subject:** RE: Sample Joint Participation & Association Counsel Contract

Craig:

I am not rewriting history or the written contracts.  I will immediately seek legal representation to secure the collective 10% fee interest contractually owed to Marx and myself.  It's abundantly clear you will not own up to your end of the bargain that was clearly put in writing.  We did everything that was asked of us, and then some.  We remained ready at a moment's notice to help with any and every aspect of this case.

Accordingly, please do not contact me regarding this issue any longer.  We will notify you shortly regarding our chosen counsel with whom you may speak from this point forward.

Jason

1