**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" IN | * | SECTION: J |
| | THE GULF OF MEXICO ON | * | |
| | APRIL 20, 2010 | * | |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 | * | Mag. Judge Currault |
| | Melancon │ Rimes, LLC et al. | * | |
| | v. Downs Law Group, LLC, et al. | * | |

*********************************************

**ORDER**

Considering Plaintiff's, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow's, Motion for Leave to File their Sur Reply in support of their Memorandum in Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint and for the good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Sur Reply in support of their Memorandum in Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint is **GRANTED** and the Sur Reply filed on behalf of Plaintiffs be filed into the record as prayed for and according to law.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HON. CARL J. BARBIER
JUDGE
UNITED STATES DISTRICT COURT