UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG           * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" IN            * | SECTION: J |
| | THE GULF OF MEXICO ON            * | |
| | APRIL 20, 2010                                * | |
| | * | Judge Barbier |
| Relates to: | 2:14-cv-657                                  * | Mag. Judge Currault |
| | Melancon │ Rimes, LLC et al.     * | |
| | v. Downs Law Group, LLC, et al.  * | |

*******************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, herein who respectfully seek leave of Court to file Plaintiffs' Second Amended Complaint. Plaintiffs' proposed pleading is included in this submission. Plaintiff's proposed pleading, for the good cause shown in his attached memorandum, removes allegations contained in the First Amended Complaint relating to rental invoicing and/or payment for the use of Sterbcow Law Group offices. While Plaintiff has not received any specific objection to this filing, the Defendants did note their disagreement with our proposed suggestion of clarifying the factual allegations contained in the Complaint and, thus, out of an abundance of caution, counsel provides a notice of submission date should an opposition be filed by any party.

WHEREFORE, Plaintiff respectfully requests that this Court grant the Motion for Leave

to file the proposed amended pleading.

                                                            Respectfully submitted,

| /s/ Craig M. Robinson | /s/ Alexis A. Butler |
|---|---|
| CRAIG M. ROBINSON (Bar No. 32934) | Alexis A. Butler (Bar No. 32376) |
| *Robinson Law Offices, LLC* | *The Whitaker Law Firm, APC* |
| 700 Camp Street | 201 St. Charles Avenue |
| New Orleans, Louisiana 70130 | Suite 2500 |
| T: (504) 458-5100 | New Orleans, LA 70170 |
| F: (504) 717-4627 | T: (504) 313-0168 |
| E: craig@rlolegal.com | E: lexybutler@whitakerlaw.net |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  31st   day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

                                                             /s/ Craig M. Robinson  
                                                            Craig M. Robinson