March 27, 2012

Robert C. Estelle
Derek C. Estelle
9506 Newgate Avenue North
Stillwater, MN 55082-9202

MDL-2179 Oil Spill by the Oil Rig Deepwater Horizon
United States District Court
C/O Clerk's Office
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: Court No.: 25223 – Claimant No.: 25393 & Court No.: 27446 – Claimant No.: 28776
   Robert C. & Derek C. Estelle

Dear Clerk,

Please be advised that our addresses have change since our initial filing.

Our new address is as follows:

**Robert C. Estelle -or- Derek C. Estelle**
**9506 Newgate Avenue North**
**Stillwater, MN 55082-9202**

Please change the court's information to reflect our aforementioned new address.

Thank you in advance for your anticipated prompt courteous handling of our request. In the event you should have any questions or concerns or are able to acknowledge our request. We can be reached by way of the above address or by way of telephone at: (651) 303-9479 or by way of email at: [illegible]

Sincerely,

[signature]

Robert C. Estelle

[signature]

Derek C. Estelle

enc

TENDERED FOR FILING

MAR 30 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 2:10-md-02179-CJB-DPC Document 27446-1 Filed 03/25/21 Page 2 of 3



## Confirmation for Receipt of the Short Form Filing Re: Deepwater Horizon Oil Spill Lawsuit

Tuesday, April 5, 2011 7:40 PM

From: "Blake, Rebecca" <rblake@rustconsulting.com>
To: "'bobestelle@ymail.com'" <bobestelle@ymail.com>

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**
600 Carondelet St.
Suite 802
New Orleans, LA 70130

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana. Your Document Reference Number is:

**Court Number: 27446 - Claimant Number: 28776**

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

Rust Consulting, Inc.



# Confirmation for Receipt of the Short Form Filing Re: Deepwater Horizon Oil Spill Lawsuit

Tuesday, April 5, 2011 7:40 PM

From: "Blake, Rebecca" <rblake@rustconsulting.com>
To: "'bobestelle@ymail.com'" <bobestelle@ymail.com>

### MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE
600 Carondelet St.
Suite 802
New Orleans, LA 70130

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana. Your Document Reference Number is:

**Court Number: 25223 - Claimant Number: 25393**

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

Rust Consulting, Inc.