IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 MAR 23 PM 12: 39
LORETTA G. WHYTE

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Taylor | Tammy | Paul | Ms. |

| Phone Number | E-Mail Address |
|---|---|
| 251-550-9977 | Tammyt102000@yahoo.com |

| Address | City / State / Zip |
|---|---|
| 9495 South Hickory St. D | Foley AL 36535 |

INDIVIDUAL CLAIM ☐     BUSINESS CLAIM ☒

| Employer Name | Business Name |
|---|---|
| | Simply Irresistible |
| **Job Title / Description** | **Type of Business** |
| | Hair Salon / Retail |
| **Address** | **Address** |
| | 9559 South Hickory St. D |
| **City / State / Zip** | **City / State / Zip** |
| | Foley AL 36535 |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| | 7219 |

| Attorney Name | Firm Name |
|---|---|
| | |
| **Address** | **City / State / Zip** |
| | |
| **Phone Number** | **E-Mail Address** |
| | |

| Claim filed with BP?   YES ☒   NO ☒ | Claim Filed with GCCF?:   YES ☒   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Fee _____
Process _____
CtRmDep _____
Doc. No. _____

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

See attached

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Tammy P. Taylor
9495 South Hickory #D
Foley, AL 36535
251-550-9977


Re:  BP Oil Spill Claim


I began my hair salon in January 2010 having previously had a shop in Foley, AL and a clientele base in Gulf Shores, Foley and the surrounding area.

This shop was located in a building on South Hickory in which my father had extra space.  I incurred the initial expenses of finishing out the space so I could use it for my hair salon.

Initial business was good and I was excited to see some of my former clients come back and refer me to their friends.

After the BP oil spill, business started to decline somewhat.  I don't think anyone knew the full impact until the summer tourist season was impacted.  Then people started to cut back on nonessentials and luxuries, which included my services.

Over the next months my business declined as did many others.  One of those businesses was owned by my step mother at Tanger Mall.  She finally had to close her business.  As a result, she moved her inventory into my salon shop space and I was displaced.  I now have no place to meet clients and can not afford the expense of opening a new shop with market rent rates and the risk of it failing, too.

I have an occasional client come to my house and do their hair but this is rare and certainly not an environment where I can build or maintain a business.

As a result, I have enrolled at Fortis College in Foley and am in a 12 month program for my LPN (nursing) degree.  This is being financed from grants and loans from friends and family.

I have no idea how long the BP effect will linger in our area and am afraid to start a new self employment venture.

Please consider my request as reasonable and from one who is definitely impacted by what the BP oil spill did to this area.

Very truly yours,


Tammy P. Taylor

TAMMY P. TAYLOR
SIMPLY IRRESISTABLE
2010

|  | Jan 2010-Arpil 2010 | May 2010-Dec 2010 | Total (1) |
|---|---|---|---|
| Revenue | $11,468.00 | $6,937.00 | $18,405.00 |
| Cost of Goods Sold | $1,461.00 | $2,461.00* | $3,922.00 |
| Gross Profit | $10,007.00 | $4,476.00 | $14,483.00 |
| Expenses |  |  |  |
| Rent | $350.00 | $0.00 | $350.00 |
| Repairs and Maintenance | $1,201.00 | $0.00 | $1,201.00 |
| Supplies | $1,374.00 | $1,124.00 | $2,498.00 |
| Utilities | $101.00 | $201.00 | $302.00 |
| Outside Labor | $0.00 | $300.00 | $300.00 |
| Phone and Internet | $63.00 | $126.00 | $189.00 |
| Total Expenses | $3,089.00 | $1,751.00 | $4,840.00 |
| Net Income | $6,918.00 | $2,725.00 | $9,643.00 |
| Avg Net Income Jan-April | $1,730.00 |  |  |
| Avg Net Income May-Dec |  | $341.00 |  |
| Avg Monthly Decrease Since BP |  | $1,389.00 |  |

*Includes sale of product at liquidation cost.

(1) Amounts per 2010 Schedule C per form 1040.

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [x] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: _Loss of business and Home._

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Tammy Taylor_
Claimant or Attorney Signature

_Tammy Taylor_
Print Name

_3/15/11_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

MOBILE AL 365
21 MAR 2011 PM 2 L

Tammy Taylor
9495 South Hickory St. D.
Foley Al. 36535

U.S. District Court
for the Eastern District
of Louisiana,
500 Poydras Street,
New Orleans, Louisiana 70130

7013 0423 3737