

Vernon Blackard
PO Box 1069
Orange Beach, AL 36561

**IN RE: OIL SPILL by "Deepwater Horizon"**

**DIRECT FILING SHORT FORM[1]**

Vern Blackard
26825 Martinique Dr.
Orange Beach, AL 36561
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 MAR 23 PM 12: 40

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blackard | Vernon | Milton | Jr. |

Phone Number: 251-981-3106
E-Mail Address: bmb2006@gulftel.com
Address: 26825 Martinique Dr
City / State / Zip: Orange Beach AL 36561

INDIVIDUAL CLAIM ☑    BUSINESS CLAIM ☐

Employer Name: Vernon Blackard
Job Title / Description: Engineer / OUPV Captain
Address:

Vern Blackard
26825 Martinique Dr.
Orange Beach, AL 36561

9053

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name:
Address:
Phone Number:

Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP?  YES ☐  NO ☑
If yes, BP Claim No.:

Claim Filed with GCCF?:  YES ☐  NO ☑
If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☑ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

*signature* 3/18/2011

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Fee
___ Process ___
X Dktd
___ CtRmDep ___
___ Doc. No. ___

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

- Residence on canal by Orange beach marina with two boats on lifts on canal.
- Could not use boats during oil spill period - ALL waters closed in my area. ($1000/mo x 4 months?)
- Property values have decreased from oil spill as well (At least $50,000 in value?)

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☑ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☑ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☑ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Vernon M. Blackard Jr
Print Name

3/19/2011
Date

**B** Vern Blackard
26825 Martinique Dr.
Orange Beach, AL 36561

Vernon Blackard
PO Box 1069
Orange Beach, AL 36561

251-981-3106

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

(Reference) 1/2

# DANIELL, UPTON, PERRY & MORRIS, P.C.

ATTORNEYS AND COUNSELORS AT LAW
MALBIS PLANTATION PARKWAY
30421 HIGHWAY 181
DAPHNE, ALABAMA 36526
(251) 625-0046

DAVID P. DANIELL †♦
MARK J. UPTON *
JAMES LYNN PERRY• ♦
CRAIG B. MORRIS *
WILLIAM D. ANDERSON *
JONATHON R. LAW
DAVID A. BUSBY ♪•▲

† Also Admitted In Tennessee
* Also Admitted In Florida
• Also Admitted In Mississippi
♪ Also Admitted In Georgia
▲ Also Admitted In Texas

MAILING ADDRESS:

P. O. Box 1800
DAPHNE, AL 36526

FAX:
(251) 625-0464

♦ CERTIFIED AS A CIVIL
TRIAL SPECIALIST BY
THE NATIONAL BOARD OF
TRIAL ADVOCACY

February 2, 2011

By E-mail: info@orangebeachmarina.com
and U.S. Mail

Mr. Earle Long
Orange Beach Marina
27075 Marina Road
P.O. Box 278
Orange Beach, AL 36561

Re:   BP/Transocean Incident

Dear Earle:

As we have discussed, we have developed through our research remedies available to non-commercial boat owners who were prevented from leaving Orange Beach Marina and its vicinity due to the closure of adjacent waters and fisheries arising from the April 20, 2010 oil spill.

We believe each owner of a non-commercial vessel who was prevented from using the vessel due to the closure of waters occasioned by the oil spill has a substantial claim. An owner of a non-commercial vessel which was trapped in a slip, a dry storage facility, or a lift has property rights under Alabama law and may have claims for damages for trespass and/or nuisance. In addition, these owners have colorable claims under the Oil Pollution Act of 1990.

Our research reveals the measure of damage under these causes of action is the reasonable bare boat rental value of the vessel during the period the vessel could not be used due to the closure of the adjacent waters and fisheries directly caused by the oil spill.

We have assembled a body of data and experts to measure the reasonable bare boat rental value of individual vessels to permit the calculation of total damages suffered

Mr. Earle Long
February 2, 2011
Page 2

by the vessel owner during the period of non-use. We believe these claims will be resolved through litigation in the Multi-District Litigation pending in the United States District Court in New Orleans, rather than through the claims procedures established by the Gulf Coast Claims Facility.

We are handling these cases on a contingency basis and the sign up process is relatively simple. Should you have interest in discussing this further, please call me. Likewise, should any of the Marina's customers have interest in our research, opinions, and advice, please ask them to call me direct.

Very truly yours,

DAVID F. DANIELL
For the Firm

DFD/skm





