# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Corley | Frances | Diane | |

| Phone Number | E-Mail Address |
|---|---|
| (850) 477-0419 | dcorley@flag1.net |

| Address | City / State / Zip |
|---|---|
| 3000 Langley Avenue, suite 402 | Pensacola, FL 32504 |

**INDIVIDUAL CLAIM** ☐     **BUSINESS CLAIM** ✓

| Employer Name | Business Name |
|---|---|
| | Flag Leasing II, LLC |
| Job Title / Description | Type of Business |
| | Beach Vacation Rental Property |
| Address | Address |
| | 3000 Langley Ave. Ste 402 |
| City / State / Zip | City / State / Zip |
| | Pensacola, FL 32504 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 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 |

| Attorney Name | Firm Name |
|---|---|
| | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

Claim filed with BP?   YES ☐   NO ☐     Claim Filed with GCCF?:   YES ✓   NO ☐

If yes, BP Claim No.:     If yes, Claimant Identification No.: 01146080

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ✓ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.



FLAG LEASING II, LLC
3000 Langley Avenue, Suite 402
Pensacola, FL 32504

RETURN RECEIPT
REQUESTED

7011 0470 0001 9414 9981

Clerk's Office
U. S. District Court
500 Poydras Street
New Orleans, LA 70130

7013063393 0026

U.S. POSTAGE
PAID
PENSACOLA, FL
32504
APR 08, 11
AMOUNT
$5.71
00025863-17