# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Falgout | Diane | Antoinette Billiot | |

| Phone Number | E-Mail Address |
|---|---|
| 985-563-4348 | |

| Address | City / State / Zip |
|---|---|
| 131 Rose St. | Dulac, LA. 70353 |

| INDIVIDUAL CLAIM ☒ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Job Title / Description | Type of Business |
| Address 131 Rose St. | Address |
| City / State / Zip Dulac, LA. 70353 | City / State / Zip |
| Last 4 digits of your Social Security Number 6500 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☐ NO ☐ | Claim Filed with GCCF?: YES ☒ NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 3026149 |

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☒ Personal Injury/Death
☒ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Around the middle of May 2010 I was smelling oil from the BP Rig explosion causing me nausea, anxiety and difficulty breathing. I have asthma and the fumes and smelling of oil made my asthma worse and I'm using my medicines more often.
My Doctor's Name is Dr. Ronald Marte 1978 Industrial Blvd. Houma, La. 70363

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: I was feeling nauseous, anxiety, and difficulty Breathing due to the fumes & smell of oil from BP oil spill. It started around 5-20-2010

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Diane Falgout_
Claimant or Attorney Signature

_Diane Falgout_
Print Name

_April 9, 2011_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# LSU HEALTH SYSTEM
## Leonard J. Chabert Medical Center
### INTERNAL MEDICINE/FAMILY PRACTICE

☐ Adult Comp. History & Physical
☑ Follow Up Exam

PT# 3890517  MR 002839
FALGOUT, DIANE A
08/20/1950
08/25/10
1 / F  60
B  CLI

# (985) 303-4348

Allergies: _____ NKDA  no latex

Date: 8/25/10  Time: 9:40 AM  Vital Signs  BP: 123/75  P: 91  R: 20  T: 98

HT: 6'1"  Waist Circumference: 30
WT: 101  BMI:

Patient used tobacco in the past:
☐ No ☑ 30 days
☐ 12 Months

Patient advised/counseled to quit:
☐ Yes ☐ No

Patient ready to quit in next 30 days:
☐ Yes ☐ No

Check Treatment Option(s):
☐ Cessation Medication
☐ Quit-line Counseling
☐ Group Class Counseling
☐ Self-Help Information

ASA?  ☑ YES  ☐ NO
Other Antithrombotic? ☐ YES ☑ NO

Suicide Risk Screen
Single daily
☑ Low Risk
☐ High Risk

Dec 13 2010 9:00 AM Surg APPT Neuro @ LSU

Pain Scale (0-10): 9  Location: Back  Type: Ache

DM Foot Screen  DATE N/A  LEVEL
LMP: pre

CHIEF COMPLAINT: 60 year old female here for f/u, W/o severe LBP

*HAD Episode of Shingles MAY 2010.

Nurse's Signature _____

1. **HISTORY OF PRESENT ILLNESS:** (PF,EPF 1-3) (DET,COMP 4) (PREVENTIVE MED-USE RISK ASSESSMENT)
(Location Quality Severity Duration Timing Context Modifying factors Signs & Symptoms)

Reports feeling extremely poor — fatigue, nausea, poor sleep (insomnia), anxiety due to BP Oil Spill. She has had much difficulty c breathing due to "smell of oil"

TD ____
PNEUMOVAX ____
FLU  9/2009
HEPATITIS ____
LAST PSA  N/A
LAST PAP  7/2010
LAST MAMMOGRAM  7/2010

2. **PAST MEDICAL, FAMILY & SOCIAL HISTORY:** (PF,EPF 0) (DET 1) (COMP 3)
PAST MEDICAL HX: ☐ SURGERY  ☐ DM 1  ☐ DM 2  ☐ HBP  ☐ HEART DISEASE
☐ STROKE  ☐ BREAST CANCER  ☐ COLON CANCER  ☐ OTHER

PAST FAMILY HX: ☐ HEART DISEASE  ☐ HBP  ☐ STROKE  ☐ CHF  ☐ CANCER  ☐ DM  ☐ OTHER

PAST SOCIAL HX: ☐ SMOKE ____ PPD  ☐ COFFEE  ☐ ALCOHOL  ☐ ILLICIT DRUG USE
☐ IV DRUG USE (1+ times)  ☐ DIET: SALT INTAKE ____ OTHER ____ ☐ SLEEP PROBLEMS
☐ EMPLOYMENT _____ ☐ OTHER ____

NUTRITIONAL HX: UNINTENTIONAL WEIGHT LOSS > 10 lbs in 1 MONTH? ☐ YES ☑ NO
APPETITE: ☑ GOOD  ☐ FAIR  ☐ POOR

3. **REVIEW OF SYSTEMS:** (PF 0) (EPF 1 pert. System) (DET 2-9 systems) (COMP 10+ systems)

Constitutional ____
Eyes ____
ENT/Mouth ____
CV ____ (+) occass Dyspnea
Respiratory ____

GI ____
GU ____
Musculoskeletal c/o Severe LBP

Skin/Breast ____
Neurologic ____
Psychiatric ____
Endocrine ____
Heme/Lymph ____

# EXAM

Circle if Normal or Abnormal   Comment on Abnormals   Leave blank if not asked

| | | | NOTES: |
|---|---|---|---|
| EYES: Conjunctiva/Lids | N | AB | |
| Pupils | N | AB | |
| Fundi | N | AB | |
| ENT: Hearing | N | AB | |
| Canals/TMS | N | AB | |
| Ext. Ear/Nose | N | AB | |

November 12, 2010

Mrs. Dianne Billiot Falgout
131 Rose Street
Dulac, LA 70353

Re: Physical Injury and Impairment as a Result of the BP Oil Spill

To Whom It May Concern:

Mrs. Falgout is a patient in my Internal Medicine practice who has several serious medical problems. She has recently complained of fatigue, nausea, and difficulty breathing as a result of fumes from the oil spill. I have not performed any toxicology studies, but it is highly likely due to her underlying Pulmonary (lung) disease that she did experience these symptoms.

Mrs. Falgout will continue to be under my medical care for her medical problems.


Sincerely,


Ronald Marts, M.D.
Internal Medicine Staff
Leonard J. Chabert Medical Center
Houma, La.
985-873-1800
985-873-1766 Fax

Diane Talgout
131 Rose St.
Dulac, La.
70353

Clerk of Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, La.
70130

NEW ORLEANS LA
09 APR 2011 PM 3 T

7013 3035 73