

MDL 2179     SECTION: J     JUDGE CARL BARBIER

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Ashlie Lauber Cooper
3801 Senic Dr
Mobile AL 36693   251-234-9145

INDIVIDUAL CLAIM  [X]   BUSINESS CLAIM [ ]

Last 4 digits of your Social Security Number: 9973

NO BP Claim

[ ] Damage or destruction to real or personal property
[ ] Earnings/Profit Loss
[ ] Personal Injury/Death
[X] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

involving real estate/property, include the property location, type of property (residential/commercial), and whether physical

I have lived here my whole life and Now am fearful my me and my childrens safety

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and

3. For post-explosion claims related to clean-up or removal, ...  your ...ole in the clean-up activities, the name of your

☐

☐

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐

☐

☐ 8. Hotel owner and operator, vacation rental owner and agent or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☒ 11. Other: **House Keeper**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals,

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐

☐

Ahlie Louber-Cooper
3801 Senic Dr
Mobile AI 84653

US District Court
District of Louisiana
500 Poydras St
New Orleans LA
70130