# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

**Last Name:** Phillips
**First Name:** Maurice
**Middle Name/Maiden:** Anthony
**Suffix:**
**Phone Number:** 504 256 5594
**E-Mail Address:** KPhillips62).Yahoo.Com
**Address:** POB 613
**City / State / Zip:** Port Sulphur LA 70083

**INDIVIDUAL CLAIM** ☐
**BUSINESS CLAIM** ☒

**Business Name:** Maurice A. Phillips
**Type of Business:** Commercial fisherman / Trapper
**Address:** 380 Grand Bayou Way
**City / State / Zip:** Port Sulphur LA 70083
**Last 4 digits of your Tax ID Number:** 8629

**Attorney Name:** Joel Waltzer
**Firm Name:** Waltzer + Wiygul
**Address:** 3715 Westbank Expre Suite 13
**City / State / Zip:** Harvey, LA 70058
**Phone Number:** 504 340 6300
**E-Mail Address:**

**Claim filed with BP?** YES ☒  NO ☐
**Claim Filed with GCCF?:** YES ☒  NO ☐
**If yes, BP Claim No.:**
**If yes, Claimant Identification No.:** 1027034

**Claim Type (Please check all that apply):**
☒ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☒ Fear of Future Injury and/or Medical Monitoring
☒ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I am a commercial Fisherman + a trapper by trade. Due to the oil spill I have lost income, loss of subsistence and Damage to the Real Property to trapping leases and Oyster leases. Attached is a copy of the 1st page of the Trapping lease with a description of the location. I also attached a list of the Oyster leases that were damaged with a brief description of the lawsuit claim. I have a commercial fisherman/trapper for most of my life on the bayou near water that was affected by the oil spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

DRC hired me and my boat M/V Miss Karen for the clean up activities. I was working out of Bay Jimmy. I worked from 7/26/10 to 11/23/10. My responsibility was to transport the oil in barrels that were put on my boat, filled up by the smaller boats. I also pick up + drop off supplys.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Maurice A. Phillips_
Claimant or Attorney Signature

_MAURICE A. Phillips_
Print Name

_4-7-11_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Listed below are the Oyster Leases that were damaged as a result of the Oil Spill. I filed a claim for Loss of Income and Loss of Subsistence for the Oyster Leases. The claim filed for the REAL PROPERTY for the Oyster Leases will be filed by my lawyer and only for the REAL PROPERTY since it is owned by 7 siblings. If you have any questions regarding the Oyster Leases you can contact my lawyer. I currently do NOT have the claim number for the REAL PROPERTY since my lawyer is filing the claim on behalf of the 7 siblings.
Oyster Leases:
1. Lease No. 3174606, Bay batiste, 125 Acres
2. Lease No. 3174707, Bay Jimmy, 68 Acres
3. Lease No. 3351208, Grand Bayou, 6 Acres
4. Lease No. 34261, Bay Jimmy, 12 Acres

# TRAPPING LEASE

Trust 185A

THIS LEASE entered into as of OCTOBER 1, 2010, between THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland Corporation, authorized to and doing business in the State of Louisiana, whose address for purposes of this lease is Post Office Box 7097, Houma, Louisiana 70361 (herein called "Lessor") and DANNY PHILLIPS, MARK PHILLIPS, MAURICE PHILLIPS, JR., whose address for purposes of this lease is 105 Bon Jovi Blvd., Gray, LA 70359, (herein called "Lessee").

## WITNESSETH

1. In consideration of the rental herein provided and the obligations assumed by Lessee herein, but subject to the conditions hereinafter set forth, Lessor does hereby lease and let unto Lessee, for a term beginning on the effective date hereof and terminating one (1) year from such date, for the sole and only purpose of trapping or otherwise taking fur bearing animals, the surface of the following described property, which Lessee acknowledges to be owned by Lessor, to-wit:

   Certain property containing approximately 63,038 acres, situated in Sections 16, 42 and 43, T17S-R26E; Section(s) 31, 32, 33, 34, 36, 37, 38, 41, 43, 44, 45 and 46, T18S-R26E; Sections 20, 21, 23 thru 26, 30, 31, T18S-R27E; Sections 1 thru 5, 9 thru 15, T19S-R26E; Sections 14, 15, 17 thru 26, 28 thru 46 T19S-R27E; Sections 19, 21 and 28, T19S-R28E; Sections 17, 21 thru 39 AND 41 thru 44, T20S-R28E; Sections 33, 34, 36 thru 41, 43 thru 47, T20S-R29E; Sections 38 thru 48, T20S-R30E; Sections 1 thru 3, 5 thru 11, T21S-R26E; Sections 1 thru 6 and 9 thru 12, T21S-R27E

   Plaquemines Parish, Louisiana, all as more fully shown outlined in red on the plat attached hereto.

2. Upon the execution hereof, Lessee has paid Lessor, as rent for the one year term hereof, the sum of $25.00.

3. Lessee shall have the option to renew this lease from year to year, for a maximum period not to exceed a total of one year from the effective date hereof, upon the same terms and conditions and for the same rental hereinabove set forth unless Lessor shall have notified Lessee, at least ten days prior to the expiration of the then current term, of amended terms and conditions, including an increase or decrease in rental, in which event the option to renew shall be upon the terms and conditions, including rental, as so amended by said notice. If Lessor has not received the renewal rent prior to the expiration of the then current term, Lessee shall be deemed to have elected not to renew this lease for the succeeding year, and this lease will immediately and automatically terminate.

4. This lease is granted by Lessor and accepted by Lessee subject to all of the further terms and conditions which appear on the reverse hereof, all of which are hereby made part of this agreement to the same extent and with the same effect as if same had been copied in full in this paragraph.

   IN WITNESS WHEREOF this instrument is executed in multiple originals in the presence of the undersigned witnesses.

WITNESSES:

_____

_____

THE LOUISIANA LAND AND EXPLORATION COMPANY

By: _____
Phillip R. Precht – Attorney In Fact

_____
DANNY PHILLIPS          Lessee

WITNESSES:

_Andria Barthelemy_
Andria Barthelemy

_____

_____
MARK PHILLIPS          Lessee

_____
MAURICE PHILLIPS, JR.          Lessee

STATE OF  Louisiana

PARISH OF  Plaquemines

BEFORE ME, on this _____ day of December, 2010, personally appeared DANNY PHILLIPS, MARK PHILLIPS AND MAURICE PHILLIPS, JR. who being by me duly sworn did depose and say that they signed the above and foregoing instrument as their free act and deed for the purpose therein set forth in the presence of the above subscribing witnesses.

_____
Notary Public ID#

Maurice Phillips
PO B 613
Port Sulphur LA 70083

U.S. District Court of the
Eastern District of Louisiana
500 Poydras St.
N.O. LA, 70130