# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Hicks | Astrid | Alice | |

| Phone Number | E-Mail Address |
|---|---|
| 251-348-2103 | astridahicks@msn.com |

| Address | City / State / Zip |
|---|---|
| 198 Autumn Drive Lot 31 | Fairhope |

**INDIVIDUAL CLAIM** [✓]    **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| Unemployed P25 (unemployed) | |

| Job Title / Description | Type of Business |
|---|---|
| Beach Cleanup Worker | |

| Address | Address |
|---|---|
| 198 Autumn Drive Lot 31 | |

| City / State / Zip | City / State / Zip |
|---|---|
| Fairhope, Alabama 36532 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 7971 | |

| Attorney Name | Firm Name |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

| Phone Number | E-Mail Address |
|---|---|
| | |

Claim filed with BP?    YES [ ]    NO [ ]         Claim Filed with GCCF?:    YES [✓]    NO [ ]

If yes, BP Claim No.:                          If yes, Claimant Identification No.: 1172237

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [✓] Personal Injury/Death
- [✓] Fear of Future Injury and/or Medical Monitoring
- [✓] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Worked for P2S - Breached contract did not allow us to wear proper PPE. Did not honor contract. Will not answer phone after laid off or respond to injury told we would make 12 hr days if we could not work 7 12 hr days.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Worked in Orange Beach Alabama. after oil rig explosion exposed to corexit by BP and its entities. BP violated right to Know act. Only had 4 hrs. of training First Responder P2S toxic chemical VOC - in blood due to oil spill exposure/dispersant exposure. Not allowed proper PPE See attachment ⟶

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Worked for P2S - Orange Beach AL. Baldwin County Laid off then Sent to Dauphin Island, Mobile Alabama worked six days in two week intervals and laid off again. Was 1st responder cleaned up tide pools filled with red dispersants cleaned up tar balls on beach, manned the pom poms when dispersants were reaching beach Bagged tar balls + contaminated sand set up tents was not allowed to wear proper PPE due to it scaring² the

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☒ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☒ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☒ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Astrid A. Hicks_
Claimant or Attorney Signature

_Astrid A. Hicks_
Print Name

_4-7-2011_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

I Astrid Alice Hicks was injured by chemical exposure to dispersants and toxins used in the oil spill cleanup

Due to the fact that I live in close proximity to water. I became nauseated and experiencing rashes and

Headaches in late Aug early Sept. Now I have eye problems ear problems gastrointestinal problems. I was a first community responder and was working as dispersants washed ashore. I am submitting my toxicology reports and medical information from Dr. Sotto substantiating my claims. Please let me know if there is more information needed. Please contact me if more information is needed to file this short form.

I Astrid Alice Hicks worked for Tiger Hawg Inc from 2007 thru 2008. Address is P.O. Box 1222 Daphne Alabama.

2009 Did not work. Applied for disability and was denied on April 4th 2010

April 2010 searched for job and was directed by Alabama Employment Agency in June to Plant Performance Services for beach cleanup work due to oil spill. Worked for Plant Performance Services from June to Aug. Wages and hours were not as promised in contract stating we would get 7/12hr days.

Plant Performance Services us located at building A1 1 Flour Daniel Drive Sugar Land, Texas 77478.

Injury occurred because I was a first community responder, and exposed to toxi chemicals used in dispersants that were never disclosed to us at the time. You have my permission to contact these employers.

Astrid Alice Hicks _____ printed name

Astrid Alice Hicks _____ signed name

State of: AL
County of: Baldwin

Subscribed and sworn/affirmed to before me this 7th day of April, 20 11, by OL

_____ Notary Public

My Commission Expires: My Commission Expires 04/20/12

The UPS Store #1918
82 Plantation Pt.
Fairhope, AL 36532

I Astrid Alice Hicks give permission for release of all medical records listed from doctors I have used since 2008. Not Medicaid doctor

Dr. Robert Mcknight  Rockwell Family medical center   Daphne Alabama Phone number 251 625-8211 In 2006-2008     7101 US Hwy 90 Ste 202 Daphne, Alabama

Dr. Charles Buckmaster  Hwy 59 Foley Alabama  251-955-1600     2839 s. Pine Street Foley Alabama36536   Medicaid primary care doctor any other doctors referred by Doctor Charles Buckmaster

Dr. Rodney Sotto   249 Mack Bayou Loop Suite 201 Santa Rosa Beach, Florida 32459 Phone number 850-267-8452 Not Medicaid doctor

*Astrid Alice Hicks*

*[signature: Astrid Alice Hicks]*

Date April 7, 2011

State of _AL_
County of _Baldwin_

Subscribed and sworn/affirmed to before me this _7_ day of _April_ 20_11_, by _____

_[signature]_
Notary Public

My Commission Expires 04/29/12

The UPS Store #1918
82 Plantation Pt.
Fairhope, AL 36532

**Metametrix.**
Clinical Laboratory
3425 Corporate Way
Duluth, GA 30096
770.446.5483  Fax: 770.441.2237

Ordering Physician:

The Younger You Institute, P.A.
Rodney Soto MD
249 Mack Bayou Loop
Suite 201
Santa Rosa Beach, FL 32459

Accession Number: **A1011300178**
Reference Number:
Patient:          Astrid Hicks
Age:  47          Sex:  Female
Date of Birth:    06/13/1963
Date Collected:   11/29/10
Date Received:    11/30/10
Report Date:      12/8/10
Telephone:        (850) 267-8452
Fax:              (888) 477-8452
Reprinted:
Comment:          **FAX Results**

*URGent*   *Fax 1-866 177*

### 0702 Volatile Solvents - Whole Blood

Methodology: Gas Chromatography/Mass Spec

|              | Results (ppb)            | 95th Percentile** (ppb) |
|--------------|--------------------------|-------------------------|
| Benzene      | Not Detected             | 0.26                    |
| Ethylbenzene | 0.34                     | 0.11                    |
| Styrene      | Not Detected             | 0.12                    |
| Toluene      | Not Detected             | 0.68                    |
| m,p-Xylene   | Detected 0.4 - 1.3*      | 0.34                    |
| o-Xylene     | Not Detected             | 0.09                    |

*Patient value falls in this range.

**95th percentile values are from the NHANES Fourth National Report on Human Exposure to Environmental Chemicals, Cl

No national reference ranges are established for hexane, 2- and 3-methylpentane and isooctane. Quintile range based on patient samples analyzed at Metametrix.

|                 | Results (ppb) | Percentile Ranking by Quintile | 95th Percentile (ppb) |
|-----------------|---------------|--------------------------------|------------------------|
| Hexane          | >200          | 200.00                         | <= 200.00              |
| 2-Methylpentane | 64.4          | 68.0                           | <= 84.0                |
| 3-Methylpentane | 56.6          | 103.0                          | <= 128.0               |



1. **HEALTH ISSUES:** Volatile organic solvents exposure (oil spill). Patient exposed as a beach worker for BP clean up, was not wearing protective gear. Has developed skin rash with bleeding since August 2010, ear itching with drainage and anxiety. Was also nauseated and sick in September 2010. Patient lives close to the shore line.

2. **PREVIOUS MEDICAL CONDITIONS:** Knee replacement, tubal ligation, tubal pregnancy

3. **CURRENT MEDICATIONS:** Xanax, Neomycin ear solution

4. **SUPPLEMENTS:** None

5. **ALLERGIES:**     Codeine, Novocaine    Mensis: Irregular

6. **FAMILY HISTORY:**        NUTRITION: Suboptimal
   GI: nausea, constipation alternates with diarrhea

7. **LIFESTYLE:** SMOKING:   ½ PPD   ETOH:   no    Caffeine: yes

8. **BP:** 120/76   **WEIGHT:** 160 lbs   **HEIGHT:** 5.9

**EXAM:** Awake, alert, oriented; HEENT: right external otitis, one dental silver filling; Heart sounds are regular; Lungs are clear to auscultation; Abdomen is soft, no masses; Skin is dry; Extremities shows no deformities; Neurological exam without focal deficits.

9. **LABORATORY:** Elevated levels of Ethylbenzene, m,p. Xylene, Hexane and 2-Methylpentane

11. **ASSESSMENT:** Environmental toxicity (petroleum)

Astrid A. Hulls
198 Autumn Drive
Lot 31 Fairhope, AL 36532

U.S District Court
District of Louisiana
Clerks office
500 Poydras street
New Orleans, LA. 70130