FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2011 APR 11 PM 2:43 LORETTA G. WHYTE CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| FARRAR | GREGORY | P. | |

| | | | |
|---|---|---|---|
| Phone Number | 850-434-8904 | E-Mail Address | greg@farrarlawfirm.com |
| Address | 109 N. PALAFOX ST. | City / State / Zip | PENSACOLA, FL 32502 |

| **INDIVIDUAL CLAIM** ☐ | | **BUSINESS CLAIM** ☑ | |
|---|---|---|---|
| Employer Name | | Business Name | FARRAR LAW FIRM |
| Job Title / Description | | Type of Business | LAW FIRM |
| Address | | Address | 109 N. PALAFOX ST. |
| City / State / Zip | | City / State / Zip | PENSACOLA, FL 32502 |
| Last 4 digits of your Social Security Number | | Last 4 digits of your Tax ID Number | 6356 |

| | | | |
|---|---|---|---|
| Attorney Name | | Firm Name | |
| Address | | City / State / Zip | |
| Phone Number | | E-Mail Address | |

| | | | |
|---|---|---|---|
| Claim filed with BP? | YES ☑ NO ☐ | Claim Filed with GCCF?: | YES ☑ NO ☐ |
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | 01364521 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No.** 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

Fee ___ Process ___ Dktd ___ CtRmDep ___ Doc. No. ___



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Please see attached paperwork which along w/ all supporting documents were filed w/ Ken Feinburg.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

n/a

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

n/a



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:____________________________________

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:____________________________________

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

____________________________________
Claimant or Attorney Signature

GREGORY P. FARRAR
Print Name

4/6/11
Date



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



# FARRAR LAW FIRM

A PROFESSIONAL LEGAL CORPORATION

GREGORY P. FARRAR
LICENSED IN FLORIDA, MISSISSIPPI, AND DC

CAROLYN M. GRAMLICH
LICENSED IN FLORIDA

Kenneth R. Feinberg, Administrator
PO Box 9658
Dublin, Ohio 43017-4958

RE; Claim #3364521

Dear Claims Administrator:

I am deeply disappointed to receive your notification that you are denying my firms claim. The claim was filed with the following documentation to the above shown address:

(A) Signed copies of income tax returns for 2007-2009
(B) Profit and Loss Statement

Pursuant to your letter dated December 8, 2010, the claim was declined for the following reason,

***"Your submission did not provide sufficient documentation to support your claim..."***

Enclosed please find attached the following items:

(A) Brief summary of how the BP Oil Disaster has impacted my business.
(B) A Google map showing the physical location of my business.
(C) Copies of the previously provided tax returns
(D) Copies of the previously supplied Profit and Loss Statements
(E) Copy of the Questionnaire

Please provide me with a list of any additional information required in order to prove this claim. Also, if you require an in person interview to discuss these matters, please contact me at my office (850) 434-8904.

I request that you response within the next ten (10) days to this letter and any request for additional information. Thank you in advance for your attention to this matter and assisting my business in surviving this disaster.

Sincerely,

Gregory P. Farrar
Founding Partner and Senior Attorney

109 N. PALAFOX STREET, PENSACOLA, FL 32502 • PHONE (850) 434-8904 • FAX: (850) 434-8922 • FARRARLAWFIRM.COM
FAMILY LAW • REAL ESTATE • PERSONAL INJURY • GENERAL CIVIL TRIAL PRACTICE • WILLS AND TRUSTS

# SUMMARY FARRAR LAW FIRM

On, April 20, 2010, the largest oil spill disaster known as the Deepwater Horizon Incident occurred within 150 miles of the principal business location of the Farrar Law Firm. The Farrar Law Firm is a general civil practice focusing in the following areas:

- Family Law
- Real Estate Law
- Bankruptcy
- Personal Injury

Our clientele covers the entire northwest portion of Florida since 1989. As a direct result of the disaster our firm suffered a significant decrease in revenue. The primary reductions in revenue can be categorized as follows:

(1) Nonpayment of outstanding fees owed due to client suffering, economic loss.
(2) Reduction in new cases due to the client's inability to pay due to economic losses caused by the oil spill.
(3) The firm at the beginning employed 8 staff members. Since the oil spill disaster we have been forced to cut back on regular full time employee's hours and have eliminated or reduced part time employees.
(4) The firm has reduced or eliminated certain fixed payments such as rent which is owed to the owners.
(5) Also, the principals had significant reductions in income since April 20, 2010.

A previous document has been provided reflecting gross revenues and evidencing significant reductions which can only be attributable to the oil spill. Additionally documentation is available upon specific request.

Farrar Law Firm
109 North Palafox Street
Pensacola, Florida 32502

PENSACOLA FL 325
07 APR 2011 PM 2 L

27 USA
USA FIRST-CLASS FOREVER 2011

Clerk of the Court
500 Poydras St.
New Orleans, LA 70130

70130+3319