**BRELAND CORPORATION - DIRECT FILING SHORT FORM**

**EXHIBIT A**

**Properties Owned by Breland Corporation:**

- Commercial Lot 2
  Jubilee Mall Subdivision, Hwy 90
  Daphne, AL

- Commercial Lot – Irregular, Hwy 98
  Daphne, AL

- Units #101, 103, 104, 106, 107, 108, 201, 206, 208, 305, 804, 903
  Florencia Condominium Development
  100 Beach Drive NE, Perdido Key, FL 32507

- 6301 Monroe Street
  Daphne, AL

- Lots 1, 2, and 3
  Blue Heron Bay Subdivision
  Orange Beach, AL

- 1209 Lovett Lane
  Daphne, AL

- Commercial Lot 5 Southside Business Park Subdivision
  Hwy 98, Fairhope, AL

- 24 Acre Residential Development
  Point Clear, AL

- Lots 23 and 24 and Unit 1
  Lakewood Club Estates
  Point Clear, AL

- Commercial/Industrial/Residential property:
  540 acres I-10 quadrant
  Grand Bay-Wilmer Road
  Grand Bay, AL