# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Hand | Charles | Robert | |

| Phone Number | E-Mail Address |
|---|---|
| 985-787-2001 | |

| Address | City / State / Zip |
|---|---|
| P.O. Box 217 | Grand Isle  La. 70358 |

| INDIVIDUAL CLAIM [✓] | BUSINESS CLAIM [ ] |
|---|---|
| Employer Name  N/A | Business Name |
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

Claim filed with BP?   YES [✓]   NO [ ]        Claim Filed with GCCF?:   YES [✓]   NO [ ]

If yes, BP Claim No.:   not back yet        If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| [ ] | Damage or destruction to real or personal property | [✓] | Fear of Future Injury and/or Medical Monitoring |
| [ ] | Earnings/Profit Loss | [ ] | Loss of Subsistence use of Natural Resources |
| [✓] | Personal Injury/Death | [ ] | Removal and/or clean-up costs |
| | | [ ] | Other: |

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I'm a retired orthopedic surgeon living close to the Grand Isle beach. While they were cleaning up on the beach, I develope a chronic cough that didn't respond to treatment. This became chronic obstructive pulmonary disease, (COPD) Now am taking 2 type inhalers daily - Spiriva & Symbicort. I'm very physically limited compared to before this. (Documents enclosed))

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Health Care Providers: Camille Pitre, M.D., LOS Larose Clinic (985) 798-7000, 13030 Hwy 308, Larose, LA 70373

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☑ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_C. R. Hand, MD._
Claimant or Attorney Signature

_C. R. Hand_
Print Name

_4/13/11_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Personal Statement of Charles R. Hand, M.D.
SSAN# 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

I am a retired orthopedic surgeon loving at 119 Grape Lane, Grand Isle, LA.  My wife and I moved here in 2000, I was working parttime at the charity hospital in Houma, moved to Jackson, MS in October , 2005. I was employed part time at the VA Hospital there after Katrina, then returned to Grand Isle in July, 2008.  Our house is across the Hwy. 1 from the Gulf of Mexico.

I have never had any problems with my lungs until the BP Disaster, and the toxic fumes created by the "sand-cleaning equipment" placed by BP less than ¼ of a mile from our house which the mayor and city council had to shut down after the assorted illnesses reported and the death of some cats.  Every time they burned the oil in the Gulf and the months they ran the sand machines, plus the spill effects in our bay and the Gulf, it was difficult to find clean air to breathe.  In May , 2010, I developed a chronic cough which continues.  I am now short of breath, have had to curtail my exercise and fishing activities, which is the main reason we moved here.  I have since been diagnosed with COPD through chest x-rays and pulmonary function studies. The COPD is a direct result of the BP oil spill.  My physician has prescribed Spiriva and Symbicort inhalers tor daily treatment. My costs will continue to spiral as the disease progresses.  COPD cannot be cured, and is eventually fatal. At present, I tire easily and have trouble breathing.  My disability has been rated at 25% for the present time.

While we lived in Jackson (apartment living), I played trumpet with the Mississippi Symphonic Community Band, playing 5 or 6 concerts a year with 2+hours of rehearsal weekly, year round.  Now I can no longer play my trumpet due to COPD.

My  COPD  at the present time is considered to be in the early stage. My capacity for fishing has decreased from 8 hrs. to about 2 hours per day.  Incidentally, I quit smoking in January, 1988, and haven't smoked  since then.  I've never had emphysema, or asthma, and am a non-smoker.  What I have is chronic bronchitis, which is the other common cause of COPD.  This is a direct result of the BP oil spill.  I am now 71 years old, and my life expectancy as a healthy 71 year old would be 87-88 years old.  I was very healthy before the spill, and would have loved to live that long.  I no longer can expect that longevity, thanks to BP!!!!

I am enclosing a report from my personal physician, Dr. Camille Pitre, and other documentation that you will need on COPD, air quality monitoring,  our geographic location map.

Thank you for your consideration ,

Charles R. Hand, M.D.



*COPD Information*

**JOHNS HOPKINS**

**M E D I C I N E**

*Breathing Easier*

- Put your carry-on bag in an overhead compartment instead of under the seat in front of you. You'll have more room to stretch and move your legs.
- When seated, don't cross your legs or put your hips or knees into uncomfortable positions. Elevate your legs whenever possible.
- Avoid beverages that contain alcohol or caffeine. Instead, drink water and fruit juice—at least 8 oz per hour (as long as you don't have kidney problems or heart failure). Beverage service on planes may not be adequate, so bring your own bottle of water.
- Wear loose-fitting clothing when traveling, and don't wear socks with tight elastic.
- If you already have one or more risk factors for DVT, talk to your doctor about wearing compression stockings or taking aspirin or other anticoagulant drugs during long trips.

## Conserving Energy If You Have COPD

*Making daily tasks less draining*

If you have chronic obstructive pulmonary disease (COPD), you know that going about your daily routine can be exhausting. Activities such as bathing, grooming, and dressing require a great deal of energy. But, fortunately, careful planning and energy conservation can help you get through these tasks more quickly and with less effort. Two general pieces of advice: One, bathe, groom, and dress at times when you're feeling most energetic. Two, gather all the supplies you will need before you start.

*If you have COPD, careful planning and strategies that conserve your energy will help you get through your daily tasks quickly and with much less effort.*

### Bathing
- Instead of standing in the shower, use a bath stool or take baths.
- Because excess humidity can make it difficult to breathe, use warm water rather than hot, leave the bathroom door open, turn on the exhaust fan, and open a window when possible.
- If washing your hair in the shower, tub, or sink is difficult, ask someone else to do it for you.
- Use a long-handled brush or sponge so that you don't have to reach to wash your back and feet.
- If you rely on oxygen, you can use it while in the tub or shower—just drape the tube over the shower rod or side of the tub. (It's safe to remove the nasal cannula briefly while washing your face.)
- Dry off by wearing a long terry cloth robe and blotting rather than using a towel to rub yourself dry—it takes less effort.

13

Using a stethoscope to listen to the lungs can also be helpful, although sometimes the lungs sound normal even when COPD is present.

Pictures of the lungs (such as X-rays and CT scans) can be helpful but sometimes look normal even when a person has COPD.

Sometimes it is necessary to do a blood test (call a "blood gas") to measure the amounts of oxygen and carbon dioxide in the blood.

## Treatment

There is no cure for COPD. However, there are many things you can do to relieve symptoms and keep the disease from getting worse.

Persons with COPD must stop smoking. This is the best way to slow down the lung damage.

Medications used to treat COPD include:

- Inhalers (bronchodilators) to open the airways, such as ipratropium (Atrovent), tiotropium (Spiriva), salmeterol (Serevent), or formoterol (Foradil)
- Inhaled steroids to reduce lung inflammation

In severe cases or during flare-ups, you may need to receive steroids by mouth or through a vein (intravenously).

Antibiotics are prescribed during symptom flare-ups, because infections can make COPD worse.

Oxygen therapy at home may be needed if a person has a low level of oxygen in their blood. Pulmonary rehabilitation does not cure the lung disease, but it can teach you to breathe in a different way so you can stay active. Exercise programs such as pulmonary rehabilitation are also important to help maintain muscle strength in the legs so less demand is placed on the lungs when walking. These programs also teach people how to use their medicines most effectively.

Things you can do to make it easier for yourself around the home include:

- Avoiding very cold air
- Making sure no one smokes in your home
- Reducing air pollution by eliminating fireplace smoke and other irritants

Eat a healthy diet with fish, poultry, or lean meat, as well as fruits and vegetables. If it is hard to keep your weight up, talk to a doctor or dietitian about getting foods with more calories.

Surgical treatments may include:

- Surgery to remove parts of the diseased lung, for some patients with emphysema
- Lung transplant for severe cases

Case 2:10-cv-08888-CJB-JCW   Document 66484   Filed 04/15/11   Page 7 of 28

# Chronic obstructive pulmonary disease

**Pub Med Health**

National Center for Biotechnology Information
U.S. National Library of Medicine
National Institutes of Health

COPD; Chronic obstructive airways disease; Chronic obstructive lung disease; Chronic bronchitis; Emphysema; Bronchitis - chronic

Last reviewed: October 9, 2009.

Chronic obstructive pulmonary disease (COPD) is one of the most common lung diseases. It makes it difficult to breathe. There are two main forms of COPD:

- Chronic bronchitis, defined by a long-term cough with mucus
- Emphysema, defined by destruction of the lungs over time

Most people with COPD have a combination of both conditions.

## Causes, incidence, and risk factors

Smoking is the leading cause of COPD. The more a person smokes, the more likely that person will develop COPD although some people smoke for years and never get COPD.

In rare cases, nonsmokers who lack a protein called alpha-1 antitrypsin can develop emphysema.

Other risk factors for COPD are:

- Exposure to certain gases or fumes in the workplace
- Exposure to heavy amounts of secondhand smoke and pollution
- Frequent use of cooking gas without proper ventilation

## Symptoms

- Cough with mucus
- Shortness of breath (dyspnea) that gets worse with mild activity
- Fatigue
- Frequent respiratory infections
- Wheezing

Since the symptoms of COPD develop slowly, some people may be unaware that they are sick.

## Signs and tests

The best test for COPD is a simple lung function test called spirometry. This involves blowing out as hard as one can into a small machine that tests lung capacity. The test can be interpreted immediately and does not involve exercising, drawing blood, or exposure to radiation.

Case 2:10-cv-08888-CJB-JCW   Document 66484   Filed 04/15/11   Page 8 of 28

## Support Groups

People often can help ease the stress of illness by joining a support group in which members share common experiences and problems.

See also: Lung disease - support group

## Expectations (prognosis)

This condition is a long-term (chronic) illness. The disease will get worse more quickly if one continues to smoke.

Patients with severe COPD will be short of breath with most activities and will be admitted to the hospital more often. These patients should talk with their doctor about the use of breathing machines and end-of-life care.

## Complications

- Irregular heart beats (arrhythmias)
- Need for breathing machine and oxygen therapy
- Right-sided heart failure or cor pulmonale (heart swelling and heart failure due to chronic lung disease)
- Pneumonia
- Pneumothorax
- Severe weight loss and malnutrition

## Calling your health care provider

Go to the emergency room or call the local emergency number (such as 911) if you have a rapid increase in shortness of breath.

## Prevention

Not smoking prevents most COPD. Ask your doctor or health care provider about quit-smoking programs. Medicines are also available to help kick the smoking habit, and the medicines are most effective if a person is motivated to quit.

## References

Rabe KF, Hurd S, Anzueto A, Barnes PJ, Buist SA, Calverley P, et al. Global strategy for the diagnosis, management, and prevention of chronic obstructive pulmonary disease: GOLD executive summary. *Am J Respir Crit Care Med*. 2007;176:532-555. [PubMed]

Drummond MB, Dasenbrook EC, Pitz MW, Murphy DJ, Fan E. Inhaled corticosteroids in patients with stable chronic obstructive pulmonary disease: a systematic review and meta-analysis. *JAMA*. 2008;300(20):2407-2416. [PubMed]

**Google** maps

Address **Grape Ln**
**Grand Isle, LA 70358**

Get Google Maps on your phone
Text the word "GMAPS" to 466453

MAP OF Residence



Air Quality Index



About AIRNow | AIRNow Partners | FAQ's | Contact Us            Search:

**NOW**                                    LOCAL AIR QUALITY CONDITIONS AND FORECASTS

Zip Code:          State: Alabama

U.S. Air Quality Summary (text)

# Air Quality Index (AQI) - A Guide to Air Quality and Your Health



The AQI is an index for reporting daily air quality. It tells you how clean or polluted your air is, and what associated health effects might be a concern for you. The AQI focuses on health effects you may experience within a few hours or days after breathing polluted air. EPA calculates the AQI for five major air pollutants regulated by the Clean Air Act: ground-level ozone, particle pollution (also known as particulate matter), carbon monoxide, sulfur dioxide, and nitrogen dioxide. For each of these pollutants, EPA has established national air quality standards to protect public health. Ground-level ozone and airborne particles are the two pollutants that pose the greatest threat to human health in this country.

**Publications**

- Air Quality Index - A Guide to Air Quality and Your Health (PDF, 12pp., 629KB, about PDF)
- Air Quality Guide for Ozone
- Air Quality Guide for Particle Pollution
- Other AIRNow Publications
- Other AIRNow Publications - En Español
- AQI Calculator
- AQI to Concentration
- AQI Calculator: Concentration to AQI

Order any of our AIRNow publications from EPA's NSCEP

## How Does the AQI Work?

Think of the AQI as a yardstick that runs from 0 to 500. The higher the AQI value, the greater the level of air pollution and the greater the health concern. For example, an AQI value of 50 represents good air quality with little potential to affect public health, while an AQI value over 300 represents hazardous air quality.

An AQI value of 100 generally corresponds to the national air quality standard for the pollutant, which is the level EPA has set to protect public health. AQI values below 100 are generally thought of as satisfactory. When AQI values are above 100, air quality is considered to be unhealthy-at first for certain sensitive groups of people, then for everyone as AQI values get higher.

## Understanding the AQI

The purpose of the AQI is to help you understand what local air quality means to your health. To make it easier to understand, the AQI is divided into six categories:

| Air Quality Index (AQI) Values | Levels of Health Concern | Colors |
|---|---|---|
| When the AQI is in this range: | ...air quality conditions are: | ...as symbolized by this color: |
| 0-50 | Good | Green |
| 51-100 | Moderate | Yellow |
| 101-150 | Unhealthy for Sensitive Groups | Orange |
| 151 to 200 | Unhealthy | Red |
| 201 to 300 | Very Unhealthy | Purple |
| 301 to 500 | Hazardous | Maroon |

Each category corresponds to a different level of health concern. The six levels of health concern and what they mean are:

- "Good" AQI is 0 - 50. Air quality is considered satisfactory, and air pollution poses little or no risk.
- "Moderate" AQI is 51 - 100. Air quality is acceptable; however, for some pollutants there may be a moderate health concern for a very small number of people. For example, people who are unusually sensitive to ozone may experience respiratory symptoms.
- "Unhealthy for Sensitive Groups" AQI is 101 - 150. Although general public is not likely to be affected at this AQI range, people with lung disease, older adults and children are at a greater risk from exposure to ozone, whereas persons with heart and lung disease, older adults and children are at greater risk from the presence of particles in the air. .
- "Unhealthy" AQI is 151 - 200. Everyone may begin to experience some adverse health effects, and members of the sensitive groups may experience more serious effects. .
- "Very Unhealthy" AQI is 201 - 300. This would trigger a health alert signifying that everyone may experience more serious health effects.
- "Hazardous" AQI greater than 300. This would trigger a health warnings of emergency conditions. The entire population is more likely to be affected.

## AQI colors

EPA has assigned a specific color to each AQI category to make it easier for people to understand quickly whether air pollution is reaching unhealthy levels in their communities. For example, the color orange means that conditions are "unhealthy for sensitive groups," while red means that conditions may be "unhealthy for everyone," and so on.

| Air Quality Index Levels of Health Concern | Numerical Value | Meaning |
|---|---|---|
| Good | 0 to 50 | Air quality is considered satisfactory, and air pollution poses little or no risk |

About AIRNow | AIRNow Partners | FAQ's | Contact Us            Search: [       ]

**NOW**

**LOCAL AIR QUALITY CONDITIONS AND FORECASTS**

Zip Code: [    ]   State: Alabama   [    ]

U.S. Air Quality Summary (text)

# Particle Pollution (PM10) and (PM2.5)

Particle pollution (also known as "particulate matter") in the air includes a mixture of solids and liquid droplets. Some particles are emitted directly; others are formed in the atmosphere when other pollutants react. Particles come in a wide range of sizes. Those less than 10 micrometers in diameter (PM10) are so small that they can get into the lungs, potentially causing serious health problems. Ten micrometers is smaller than the width of a single human hair.

- Fine particles (PM2.5). Particles less than 2.5 micrometers in diameter are called "fine" particles. These particles are so small they can be detected only with an electron microscope. Sources of fine particles include all types of combustion, including motor vehicles, power plants, residential wood burning, forest fires, agricultural burning, and some industrial processes. *oil spills*

- Coarse dust particles. Particles between 2.5 and 10 micrometers in diameter are referred to as "coarse." Sources of coarse particles include crushing or grinding operations, and dust stirred up by vehicles traveling on roads.

For more information on particle pollution visit:

- How Smoke from Fires Can Affect Your Health
- Particle Pollution and Your Health
- EPA: Particulate Matter Website

For more information on other common air pollutants please visit:

- EPA's six common air pollutants
- Air Quality Index – A Guide to Air Quality and our Health

*This page was last updated on Monday, August 30, 2010*

## QUICK LINKS

| | | |
|---|---|---|
| Air Quality Action Days / Alerts | Kids | Publications |
| AirCompare | Monitor Maps | Publicaciones (en |
| Air Quality Index (AQI) | Movies | español) |
| Calculator: AQI to Concentration | NAQ Conferences | School Flag Program |
| Calculator: Concentration to AQI | NOAA | Smoke from Fires |
| Canada Air Quality | Older Adults | Students |
| EnviroFlash E-mail | Ozone | Teachers |
| FAQ's | Particle Pollution (PM2.5, PM10) | UV |
| Health | List of Partners | Visibility Cameras |
| Health Providers | For Partners | Weathercasters |
| International | Picturebook | What You Can Do |

**Privacy and Security | Accessibility | Contact Us**

AIRNow on Facebook        Subscribe to RSS        Follow Us on Twitter

Particle levels can be elevated indoors, especially when outdoor particle levels are high. Certain filters and room air cleaners can help reduce indoor particle levels. You also can reduce particle levels indoors by not smoking inside, and by reducing your use of other particle sources such as candles, wood-burning stoves, and fireplaces.

## How can I tell if particle levels are high?

In many areas, local media provide air quality forecasts telling you when particle levels are expected to be unhealthy. Forecasts use the same format as EPA's Air Quality Index, or AQI, a tool that state and local agencies use to issue public reports of actual levels of particles, ground-level ozone, and other common air pollutants.

Using the AQI's color-coded scale, these forecasts help you quickly learn when air pollution is expected to reach unhealthy levels in your area. In the newspaper forecast below, for example, the black arrow points to the "orange" range, indicating that particle levels are expected to be unhealthy for sensitive groups. On television, you might hear a meteorologist say something like this: *"Tomorrow will be a code orange air quality day, with particle pollution at levels that are unhealthy for sensitive groups. If you have heart or lung disease, or if you're an older adult or a child, you should plan strenuous activities for a time when air quality is better."*



### AIR QUALITY INDEX FOR PARTICLE POLLUTION

| | | |
|---|---|---|
| **0 to 50** | **Good** | None. |
| **51 to 100** | **Moderate** | Unusually sensitive people should consider reducing prolonged or heavy exertion. |
| **101 to 150** | **Unhealthy for Sensitive Groups** | People with heart or lung disease, older adults, and children should reduce prolonged or heavy exertion. |
| **201 to 300** | **Very Unhealthy** | People with heart or lung disease, older adults, and children should avoid prolonged or heavy exertion; everyone else should reduce prolonged or heavy exertion. |



## AIRNow

AIRNOW (*www.epa.gov/airnow*) is a Web site that gives daily information about air quality, including ground-level ozone and particles, and how they may affect you. AIRNOW contains:

- Real-time particle levels for many locations.
- Air quality forecasts for many cities across the country.
- Kids' Web page and associated teacher curriculum.
- Smoke Web page.
- Links to state and local air quality programs.
- Ideas about what you can do to reduce particles. For example, you can keep your car, boat, and other engines well-tuned, and avoid using engines that smoke. You can also participate in local energy conservation programs.

**Daily air quality and health information are available on the AIRNOW Web site.**

www.epa.gov/airnow



*Photo courtesy of The Weather Channel.*

Office of Air and Radiation
*www.epa.gov/air*
September 2003
EPA-452/F-03-001



Chart by Don Yours July 1, 2010    www.

VOC TOXIC gases in air over 9 days in Grand Isla, LA.
Nine consecutive days of toxic air with VOCs Volatile
Organic Compounds in "Health Risk" Zone.

### HEALTH RISK LEVELS

VOC Regulatory Standard for National Resources Defense Council

© 2010 Yours Media

# PM 2.5 Particulate Matter Readings by EPA
## Grand Isle, LA June 6 - 17

**AQI**

**150**

**UNHEALTHY FOR SENSITIVE GROUPS**    123

Members of sensitive groups may experience health effects. The general public is not likely to be affected.

**Grand Isle**
Gr07 EPA Station

111

103

**100**

**MODERATE**    81    89    94    97    85    76    94

Air quality is acceptable; however, for some pollutants there may be a moderate health concern for a very small number of people who are unusually sensitive to air pollution.

**Particulate Matter**

**50**

**Air Quality Index for Grand Isle, LA**

Chart by Youra Media    © 2010 Youra Media    Published in BlowOutBlog.com

Google maps

**Address Grape Ln**
**Grand Isle, LA 70358**

Get Google Maps on your phone
Text the word "GMAPS" to 466453

MAP OF Residence



CAMINADA BAY

Residence

Grape Lane

*Sand Cleaner

GULF OF MEXICO

©2011 Google

Map data ©2011 Google

*Medical Records 9/11 Endorsement*



**Lady of the Sea**
Medical Clinic
Larose

CAMILLE C. PITRE, MD
*Family Medicine*
DUANE LUKE, MD
*Internal Medicine*
LENNY FOLSE, FNP-C
DEANNA HODSON, FNP-C
CHRISTINE McDANIEL, PA-C

2/07/2011

Re: Charles Hand (6/7/1939)

To whom it may concern,

Dr. Hand has suffered from intermittent COPD exacerbations with bronchitis and chronic cough since the Gulf of Mexico BP spill of 2010.  He had no respiratory problems prior to his exposure.  He has required antibiotics, inhaled steroids, bronchodilators, and systemic steroids with variable success.  He has had pulmonary function tests and x-rays to document his problems.  His activity has been limited by his shortness of breath, decreased exercise tolerance, and easy fatigability since the pulmonary problems began post oil spill.  He has had to give up playing the trumpet, limits his fishing and shopping outings, and has to pace himself carefully to complete his ADLs.   It should be noted that this patient underwent significant brain surgery 1/2009 with near complete recovery and return to prior baseline activity with rehabilitation, and had no pulmonary problems throughout that prolonged recovery.

I believe this gentleman has suffered disability of at least 25% from his compromised lung function as a result of exposures to the BP oil spill and subsequent clean-up efforts.

If I may be of any further assistance, please feel free to contact me.

Sincerely,

Camille Callais Pitre MD

MEDICAL RECORD

## Adolescent & Adult Progress Note

Name: Charles Hand   DOB: 6/7/39  Age: 71  Allergies: NKDA   Date: 12-1-10
CC: Check-up (COPD)  -Spiriva samples

| | | | History Update: |
|---|---|---|---|
| | | | Date of last visit? |

Present illness: location, quality, severity, duration, timing, context, modifying factors, associated signs & symptoms

Smoked still having problem

| Allergy | Y | N |
|---|---|---|
| Med/Surg | Y | N |
| Family | Y | N |
| Social | Y | N |

| ROS: | Norm. | ABN | N/A | Remarks |
|---|---|---|---|---|
| General | | | | breathing at night |
| HEENT | | ✓ | | ? OSA |
| Pulm. | | ✓ | | Sometimes trouble |
| CV | | | | breathing |
| GI | | | | snoring |
| GU | | | | only once fall |
| M/S | | | | chronic |
| Skin | | | | |
| Lymph | | | | Wakes up tired at mtg |
| Neuro/Psych | | | | problems sleeping thru |

Medications reviewed: (Yes) No   see medication flow sheet
Wt 245  Ht____ B/P 100/100 P 80 T 97.9 RR 18
LMP____ BS (f / nf)____ Sp02 97  Nurse signature  S.Smith LPN

## PHYSICAL EXAM:

| | | |
|---|---|---|
| No Acute Distress | Mild Distress | Moderate Distress  Severe Distress |
| HEENT: | Normocephalic  Atraumatic | |
| Conj/Lids: | Normal | Injected Con. (R / L)  FB (R / L) |
| TMs: | Normal | Erythema (R / L)  Canal edema / erythema (R / L) |
| Nasal Mucosa: | Normal | Pale  Bluish |
| Pharynx: | Normal | Pharyngeal Erythema  Tonsilar exudates |
| NECK: | (Supple) | Adenopathy (location) |
| | Thyromegaly | Carotid Bruits (R / L)  JVD (R / L) |
| RESP.: | No Resp. Distress  Normal BBS  CTA Bilateral | |
| | Wheezing / Rhonchi / Rales / Stridor | |
| CARDIAC: | R / R / R  Normal Heart Sounds  Irreg. (S3 / S4) | |
| | Murmur  (Grade  /6 sys/dia) | |
| ABD: | Nontender  No Organomegaly  Normal Bowel Sounds | |
| | (Soft)  Hepatomegaly / Splenomegaly / Mass | |
| | Tenderness  Rebound  Guarding | |
| EXT/BACK: | Nontender  Normal ROM  INo  C / C / E | |
| | Cap Ref < 2 sec  2 + Distal Pulses  No CVAT | |
| | Tenderness / Swelling / Deformity / Fracture | |
| SKIN: | Warm  Dry  Normal  Normal Skin Turgor  Skin Rash | |
| | Cyanosis  Diaphoresis  Pallor  Erythema | |
| NEURO: | A+A Ox 4  CN II - XII  Grossly Intact  DTR's 2 + | |
| | Strength 5/5  Normal Gait  Sensory Intact  SLR Neg | |

A / P: COPD  ? OSA  remote hx smoking quit 1988
✓ lungs for  ? exac from
set up sleep study  oil smell/dispersant
suspected
CO symptoms present
rly once exposure

| ED: Counseling | Diet/Exercise | Nutrition | Meds | Other | F/U  RTC |
|---|---|---|---|---|---|

Signature:

## Adolescent & Adult Progress Note

Name: _Charles Hand_   DOB: _0-7-39_   Age: _71_   Allergies: _Benicar, cough_   Date: _2-7-11_

CC: _flu bronchitis_

**History Update:**
Date of last visit?

| | | |
|---|---|---|
| Influenza | Y 10-18-10 | N |
| Pneumo | Y 09 | N |
| Smoker | Y | N |

**Present Illness:** location, quality, severity, duration, timing, context, modifying factors, associated signs & symptoms

_Any hacking cough despite inhalers_
_Spiriva / Symbicort_
_SOB ↓ exercise tolerance_
_Can't play trumpet_
_Can't tol any prolonged activity_

| ROS: | Norm. | ABN | N/A | Remarks |
|---|---|---|---|---|
| General | ✓ | | | |
| HEENT | ✓ | | | |
| Pulm. | | ✓ | | |
| CV | | | ✓ | |
| GI | | | | |
| GU | | | | |
| M/S | | | | |
| Skin | | | | |
| Lymph | | | | |
| Neuro/Psych | | | | |

Medications reviewed:   Yes   No   see medication flow sheet

Wt _270_   Ht ___   B/P _152/88_   P _84_   T _98.0_   RR _20_

LMP ___   BS (f/nf) ___   Sp02 _96_   Nurse signature _M_

### PHYSICAL EXAM:

| | |
|---|---|
| **No Acute Distress** | ~~Mild Distress~~   Moderate Distress   Severe Distress |
| HEENT: | Normocephalic   Atraumatic |
| Conj/Lids: | Normal   Injected Con. (R/L)   FB (R/L) |
| TMs: | Normal   Erythema (R/L)   Canal edema / erythema (R/L) |
| Nasal Mucosa: | Normal   Pale   Bluish |
| Pharynx: | Normal   Pharyngeal Erythema   Tonsilar exudates |
| NECK: | Supple   Adenopathy (location) |
| | Thyromegaly   Carotid Bruits (R/L)   JVD (R/L) |
| RESP.: | No Resp. Distress   Normal BBS   CTA Bilateral   _BS bases of lungs CPA_ |
| | Wheezing / Rhonchi / Rales / Stridor |
| CARDIAC: | RTR/R   Normal Heart Sounds   Irreg. (S3/S4) |
| | Murmur   (Grade   /6 sys/dia) |
| ABD: | Nontender   No Organomegaly   Normal Bowel Sounds |
| | Soft   Hepatomegaly / Splenomegaly / Mass |
| | Tenderness   Rebound   Guarding |
| EXT/BACK: | Nontender   Normal ROM   No C/C/E |
| | Cap Ref < 2 sec   2 + Distal Pulses   No CVAT |
| | Tenderness / Swelling / Deformity / Erythema |
| SKIN: | Warm   Dry   Normal   Normal Skin Turgor   Skin Rash |
| | Cyanosis   Diaphoresis   Pallor   Erythema |
| NEURO: | A/A Ox 4   CN II - XII   Grossly Intact   DTR's 2 + |
| | Strength 5/5   Normal Gait   Sensory Intact   SLR Neg |

**A/P:** _Cough, COPD mild Nac but chronic loss of function since oil spill. limitations of breath/endurance since have stopped him from return to his prior activity of music, exercise, fishing, digging, shopping. easy fatigability._

ED: Counseling ___   Diet/Exercise ___   Nutrition ___   Meds ___   Other ___   F/U RTC ___

Counseling smoker info given

Signature: ___

## Adolescent & Adult Progress Note

Name: _Charles Hund_   DOB: _6/7/39_ Age: _71_   Allergies: _NKDA_   Date: _2-20-10_

CC: _Follow up — seen ER - feels better — fall at_

| History Update: | | |
|---|---|---|
| Date of last visit? | | |
| Allergy | Y | N |
| Med/Surg | Y | N |
| Family | Y | N |
| Social | Y | N |

Present illness: location, quality, severity, duration, timing, context, modifying factors, associated signs & symptoms

_got off Lexapro — ① need_   _full chest_   _Cxh_

| ROS: | Norm. | ABN | N/A | Remarks |
|---|---|---|---|---|
| General | | | | feels good   6 this aye! |
| HEENT | | | | |
| Pulm. | | | | BP ↑ at home   >180 |
| CV | | | | |
| GI | | | | Avodart Lefing |
| GU | | | | |
| M/S | | | | |
| Skin | | | | |
| Lymph | | | | |
| Neuro/Psych | | | | |

Medications reviewed: ____ Yes   No   See medication flow sheet

Wt _242_   Ht _6'½_   B/P _170_ / _80_   P _88_   T _97.9_   RR _20_

LMP ____   BS (f / nf) ____   Sp02 ____   Nurse signature ____

### PHYSICAL EXAM:

| No Acute Distress | Mild Distress | Moderate Distress   Severe Distress |
|---|---|---|
| HEENT: | Normocephalic   Atraumatic | |
| Conj/Lids: | Normal   Injected Con. (R / L)   FB (R / L) | |
| TMs: | Normal   Erythema (R / L)   Canal edema / erythema (R / L) | |
| Nasal Mucosa: | Normal   Pale   Bluish | |
| Pharynx: | Normal   Pharyngeal Erythema   Tonsilar exudates | |
| NECK: | Supple   Adenopathy (location) | |
| | Thyromegaly   Carotid Bruits (R / L)   JVD (R / L) | |
| RESP.: | No Resp. Distress   Normal BBS   CTA Bilateral | |
| | Wheezing / Rhonchi / Rales / Stridor | |
| CARDIAC: | R / R / R   Normal Heart Sounds   Irreg. (S3 / S4) | |
| | Murmur   (Grade   /6 sys/dia) | |
| ABD: | Nontender   No Organomegaly   Normal Bowel Sounds | |
| | Soft   Hepatomegaly / Splenomegaly / Mass | |
| | Tenderness   Rebound   Guarding | |
| EXT/BACK: | Nontender   Normal ROM   No C / C / E | |
| | Cap Ref < 2 sec   2 + Distal Pulses   No CVAT | |
| | Tenderness / Swelling / Deformity / Erythema | |
| SKIN: | Warm   Dry   Normal   Normal Skin Turgor   Skin Rash | |
| | Cyanosis   Diaphoresis   Pallor   Erythema | |
| NEURO: | A / A Ox 4   CN II - XII   Grossly Intact   DTR's 2 + | |
| | Strength 5 /5   Normal Gait   Sensory Intact   SLR Neg | |

A / P: _HTN ↑ Lotrma to 300_   _full chest_ _xray_

_BPH — OK Refill / 3 mo Avodart_

_Statin dynemia bels_

ED: Counseling ____ Diet/Exercise ____ Nutrition ____ Meds ____ Other ____ F / U  RTC: ____

Signature: ____

## dolescent & Adult Progress Note

Name: _Charles Hand_  DOB: _6-7-39_ Age: _71_  Allergies: _NKDA_  Date: _6-8-10_

CC _Chronic cough — non-productive onset 5 wks claustrophobic_
_meds something for plane flight, difficulty sleeping, depress_

Present illness: location, quality, severity, duration, timing, context, modifying factors, associated signs & symptoms:

_lives on grande isle – conf/irritation_

Date of last visit?

| | Y | N |
|---|---|---|
| Allergy | Y | N |
| Med/Surg | Y | N |
| Family | Y | N |
| Social | Y | N |

| ROS: | Norm. | ABN | N/A | Remarks |
|---|---|---|---|---|
| General | ✓ | | | |
| HEENT | ✓ | | | |
| Pulm. | ✓ | | | _since 1 week after at spill cough_ |
| CV | ✓ | | | _worse last 2 wks_ |
| GI | ✓ | | | _no N/V_ |
| GU | | | ✓ | _gets up at nite to pee_ |
| M/S | ✓ | | | |
| Skin | ✓ | | | |
| Lymph | ✓ | | | |
| Neuro/Psych | | | | _depressed – can't sleep / 2° loss of_ |

Medications reviewed: (Yes) No   see medication flow sheet

Wt _242_ Ht _6 2_ B/P _134/72_ P _92_ T _98.4_ RR _16_ _recreational_
LMP ___ BS (f / nf) ___ SpO2 ___ Nurse signature _Dz_ _activities_

### PHYSICAL EXAM:

(No Acute Distress)   Mild Distress   Moderate Distress   Severe Distress

| | | |
|---|---|---|
| HEENT: | (Normocephalic  Atraumatic) | |
| Conj/Lids: | (Normal)  Injected Con. (R / L)  FB (R / L) | _nasal congest_ |
| TMs: | (Normal)  Erythema (R / L)  Canal edema / erythema (R / L) | |
| Nasal Mucosa: | (Normal)  Pale   Bluish | |
| Pharynx: | (Normal)  Pharyngeal Erythema    Tonsilar exudates | |
| NECK: | (Supple)  Adenopathy (location) | |
| | Thyromegaly    Carotid Bruits (R / L)    JVD (R / L) | |
| RESP.: | (No Resp. Distress)  Normal BBS  CTA Bilateral | |
| | Wheezing / Rhonchi / Rales / Stridor | |
| CARDIAC: | (R / R-R)  Normal Heart Sounds    Irreg. (S3 / S4) | |
| | Murmur   (Grade    /6 sys/dia) | |
| ABD: | (Nontender)  No Organomegaly   Normal Bowel Sounds | |
| | Soft   Hepatomegaly / Splenomegaly / Mass | |
| | Tenderness   Rebound   Guarding | |
| EXT/BACK: | (Nontender)  Normal ROM   INo  C / C / E | |
| | Cap Ref < 2 sec   2 + Distal Pulses  No CVAT | |
| | Tenderness / Swelling / Deformity / Erythema | |
| SKIN: | (Warm  Dry  Normal)  Normal Skin Turgor   Skin Rash | |
| | Cyanosis  Diaphoresis  Pallor  Erythema | |
| NEURO: | A / A Ox 4   CN II - XII  Grossly Intact  DTR's 2 + | |
| | Strength 5 /5   Normal Gait  Sensory Intact  SLR Neg | |

A / P: _Cough / suspect irritant from oil spill_
_Celestone / CC DM_ _LUG @ 12:02p – AD held 20m_
_directions_
_situational depression / anxiety – flight_
_Ativan 0.5mg pop 11st to 1° prn to flight_

ED: Counseling ___ Diet/Exercise ___ Nutrition ___ Meds ___ Other ___ f/u RTC: ___

Signature: _____  _HH – avoidant_

DR CAMILLE PITRE
DEANNA HODSON, NP
CHRISTINE MCDANIEL, PA
LENNY FOLSE, NP

LOSMC LAROSE
13030 HWY 308
LAROSE, LA 70345
985-798-7000
985-798-7021--FAX

DATE 6/9/10
NAME Charles Hand   DOB 6/7/39
ADDRESS 119 Drane Lane, La. 70358
PHONE NUMBER 985-787-2001

BRIEF DESCRIPTION OF HEALTH COMPLAINT

Cough dry, irritant since 1-2 who p
spill; last 2 whs worse
now c̄ h nasal congestion

depression/insomnia 2° loss;
↓ recreational activity

TREATMENT
Celestone / CC
Ativan / Lexapro

**PLEASE FAX INFO TO:**

**OPH/SEET**

**225-342-8117**

**MON-FRI 7:30-4:30**

FAXED JUN 09 2010

## LADY OF THE SEA GENERAL HOSPITAL
### CUT OFF, LA 70345

### RADIOLOGY IMAGING DEPARTMENT

NAME:  HAND CHARLES R
AGE: 71   SEX: M
DOB: 06/07/1939
STAY TYPE: O/P
PHONE#:  985/787/2001
F/C: MB1        ROOM:
TRANS DATE: 10/11/10
TRANS INITIALS: JCR
DICTATING PHY: JAR

PATIENT NUMBER: 760297
ADMITTING PHY: PITRE CAMI
REFERRING PHY: PITRE CAMI
ADMIT DATE: 10/08/10
DIS. DATE:  10/08/10
LOCATION:
MR NUMBER: E91140
X-RAY NUMBER:  55887

===============================================================
Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document
===============================================================

CHEST 2 VIEWS                    COMPLETE:10/08/10 16:08  RCC 72988
Reason for Procedure(s):  COUGH


CHEST, 2 VIEWS, 10/08/10:
FINDINGS:   The heart appears to be slightly prominent in size with atherosclerotic changes of the
thoracic aorta.  The lungs are clear.  There is no pleural effusion and the trachea is in the midline. The
lungs are hyperinflated.

The cardiac shadow appears more prominent than on the previous examination of 7/1/10.  No other
significant interval change in the appearance of the chest is demonstrated.

IMPRESSION:
1.  PROMINENT CARDIAC SIZE AND HYPERINFLATED LUNGS.
2.  ATHEROSCLEROTIC CHANGES OF THE THORACIC AORTA.


**Reviewed and electronically signed by:**
        J. RIVERO, MD
        Radiologist


Copy for: PITRE CAMILLE            via fax
Copy for: 086 MEDICAL RECORDS

## LADY OF THE SEA GENERAL HOSPITAL
### CUT OFF, LA 70345

### RADIOLOGY IMAGING DEPARTMENT

NAME: HAND CHARLES
AGE: 71   SEX: M
DOB: 06/07/1939
STAY TYPE: E/R
PHONE#: 985/787/2001
F/C: MB1        ROOM:
TRANS DATE: 7/13/10
TRANS INITIALS: JCR
DICTATING PHY:

PATIENT NUMBER: E97892
ADMITTING PHY: HUMPHRIS
REFERRING PHY: LUKE D ER
ADMIT DATE: 07/13/10
DIS. DATE: 07/13/10
LOCATION:
MR NUMBER: E91140
X-RAY NUMBER: 55887

Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document

CT CHEST ABD PELVIS WO            COMPLETE:07/13/10 12:43  NA  66548
Reason for Procedure(s):  BLUNT TRAUMA

CT SCAN OF THE CHEST WITHOUT CONTRAST, 7/13/10:
FINDINGS:  The examination reveals no evidence of fractures of the ribs or the sternum.  No evidence of
a lung contusion is demonstrated. The heart is slightly prominent in size with arteriosclerotic changes of the
coronary vessels. There are atherosclerotic changes of the thoracic aorta.  No hilar or mediastinal masses
are identified.  There is evidence of a large incarcerated hiatal hernia.  There is no evidence of pleural
effusion.

The pulmonary windows reveals no evidence of pulmonary infiltrates.  On image #34 there is evidence of
a 1cm nodule on the lateral aspect of the right middle lobe.  No pulmonary nodularities are demonstrated.

IMPRESSION:
1.  EVIDENCE OF A HIATUS HERNIA.
2.  ARTERIOSCLEROTIC CHANGES OF THE CORONARY VESSELS AND OF THE
     THORACIC AORTA.
3.  NONSPECIFIC SMALL PULMONARY NODULARITY ON THE LATERAL SEGMENT OF
     THE RIGHT MIDDLE LOBE.
4.  NO FRACTURES OF THE RIBS OR STERNUM ARE IDENTIFIED.

CT SCAN OF THE ABDOMEN AND PELVIS WITHOUT CONTRAST, 7/13/10:
FINDINGS:  No evidence of laceration of the liver, spleen or pancreas is demonstrated.  There is evidence
of a small calculus in the lumen of the gallbladder.  The adrenal glands and kidneys are unremarkable.
Atherosclerotic changes of the abdominal aorta and iliac vessels is noted.  The patient apparently is status
post right hemicolectomy.  No free fluid or free air is noted in the abdominal cavity.  The urinary bladder
appears normal and the prostate is mildly enlarged.

IMPRESSION:
1.  NO EVIDENCE OF LACERATION OF THE SOLID ORGANS.
2.  EVIDENCE OF A SMALL CALCULUS IN THE LUMEN OF THE GALLBLADDER.

Contd. on page 2



## LADY OF THE SEA GENERAL HOSPITAL
### CUT OFF, LA 70345

### RADIOLOGY IMAGING DEPARTMENT

NAME:  HAND CHARLES
AGE: 71   SEX: M
DOB: 06/07/1939
STAY TYPE: E/R
PHONE#:  985/787/2001
F/C: MB1        ROOM:
TRANS DATE: 7/13/10
TRANS INITIALS: JCR
DICTATING PHY:

PATIENT NUMBER: E97892
ADMITTING PHY: HUMPHRIS
REFERRING PHY: LUKE D ER
ADMIT DATE: 07/13/10
DIS. DATE: 07/13/10
LOCATION:
MR NUMBER: E91140
X-RAY NUMBER:  55887

Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document

PAGE 2 - CONT.

3.  ATHEROSCLEROTIC CHANGES OF THE ABDOMINAL AORTA AND ILIAC VESSELS.
4.  STATUS POST RIGHT HEMICOLECTOMY.


**Reviewed and electronically signed by:**
   J. RIVERO, MD
   Radiologist


Copy for: 086 MEDICAL RECORDS



# LADY OF THE SEA GENERAL HOSPITAL
## CUT OFF, LA 70345

### RADIOLOGY IMAGING DEPARTMENT

NAME: HAND CHARLES
AGE: 71   SEX: M
DOB: 06/07/1939
STAY TYPE: O/P
PHONE#: 985/787/2001
F/C: MB1       ROOM:
TRANS DATE: 7/02/10
TRANS INITIALS: JCR
DICTATING PHY: SEB

PATIENT NUMBER: 752875
ADMITTING PHY: PITRE CAMI
REFERRING PHY: PITRE CAMI
ADMIT DATE: 07/01/10
DIS. DATE: 07/01/10
LOCATION:
MR NUMBER: E91140
X-RAY NUMBER: 55887

Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document

CHEST 2 VIEWS          COMPLETE:07/01/10 15:14  MP 65642
Reason for Procedure(s): COUGH

CHEST, 2 VIEWS, 7/1/10:  Comparison is to 4/7/09.
FINDINGS:  Reidentified is lobulation of the right hemidiaphragm.  The visualized lungs are clear.  The aorta is calcified.  Lateral view demonstrates no layering effusion.

IMPRESSION:
1. LUNGS GROSSLY CLEAR.
2. AORTIC ATHEROSCLEROSIS.
3. LOBULATION OF THE RIGHT HEMIDIAPHRAGM.

**Reviewed and electronically signed by:**
S. BURAS, MD
Radiologist

Copy for: PITRE CAMILLE          via fax
Copy for: 086 MEDICAL RECORDS





