IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| SOVINE | Shirley | Anne (Watson) | Mrs |

| Phone Number | E-Mail Address |
|---|---|
| 251-540-7222 | granbay22@gmail.com |

| Address | City / State / Zip |
|---|---|
| 31 Marsh Pointe | Gulf Shores AL 36542 |

INDIVIDUAL CLAIM ☒    BUSINESS CLAIM ☐

| Employer Name | Business Name |
|---|---|
| | |

| Job Title / Description | Type of Business |
|---|---|
| Retired | |

| Address | Address |
|---|---|
| 31 Marsh Pointe | |

| City / State / Zip | City / State / Zip |
|---|---|
| Gulf Shores, AL 36542 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 4884 | |

| Attorney Name | Firm Name |
|---|---|
| None for this Claim | |

| Address | City / State / Zip |
|---|---|
| | |

| Phone Number | E-Mail Address |
|---|---|
| | |

Claim filed with BP?   YES ☐   NO ☒          Claim Filed with GCCF?:  YES ☐   NO ☐

If yes, BP Claim No.:                          If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☒ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

See Attached Claim

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: Loss of quality of life

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Shirley Sovine_
Claimant or Attorney Signature

SHIRLEY SOVINE
Print Name

4-14-11
Date

See attatched claim

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

*Roger and Shirley Sovine*
*31 Marsh Pointe*
*Gulf Shores, Alabama 36542*
*251-540-7222*

Thursday, April 14, 2011

**This claim is for Loss of Quality of Life, Future Uncertainly of Financial Security for the Retirement life that we worked hard to have and deserved, and for the Uncertainty of the Environment, that has now been deprived from us, by the the Horizon Oil Spill that occurred on April 20, 2010.**

Roger is 68 and I will be next month. What was supposed to be stressless Golden Years has changed dramatically for us following the Spill.

1. We live approximately one mile North of the Gulf. Starting on June 4 of last year, there were many days when we were afraid to go outside. The smell was strong and horrific. At first, we thought a neighbor was varnishing furniture and then it hit us, it was the oil or dispersants or both.
    a. Why do we not know which it was. We (the citizens of the Gulf) were constantly lied to about many things that were happening. We were afraid to be in our yard, plus the smell immediately made my head ache. My throat hurt.
    b. I went to see my doctor. He explained that there was no way to prove or disprove the safety of the quality of the air. Personally for him, he quit running outside and did not allow his four children in the Gulf all last year.

2. Carol Browner, with the EPA, proclaimed ALL the oil was gone! On July 31, the day the waters were opened for swimming, we, along with visiting friends from Nashville, saw huge globs of caramel colored oil, a sheen as far as we could see and a million droplets of something else floating on top of the water, going into the Perdido Pass.

3. For the first time since we have lived here, only two of our 12 grandchildren visited last summer and of course they could not get in the Gulf.

4. How can it be unsafe for Turtles to hatch and swim into the Gulf waters, but fine for a 3 year old girl to swim in?

5. We had lived on the Bay and in 2005 we built a smaller home. We tried to be smart, financially, so we put quite a bit of our savings down on our new home, so we would have more equity when we decided to downsize. Not going to happen. Not many people want to buy until they know the far reaching effects on the environment and economy. So selling and 'Starting Over' at 68, is not an option for us!

6. For those who are in their 20's, 30's and 40's and even 50's, recovering from this might happen in their lifetime.

   IN OUR LIFETIME, IT IS NOT GOING TO HAPPEN. WE DON'T HAVE ENOUGH YEARS LEFT.  OUR LIVES ARE IMPORTANT. WE DESERVE *"OUR LIVES BACK"!*