IN RE: OIL SPILL by "Deepwater Horizon"

DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Newby | Charlotte | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-230-2829 | charby |

| Address | City / State / Zip |
|---|---|
| 308 Greenwood Circle | Panama City Bch FL 32407 |

INDIVIDUAL CLAIM [X]     BUSINESS CLAIM [X]

| Employer Name | Business Name |
|---|---|
| Melva Newby Liquors Inc | Melva Newby, Newbys ?, Four Seasons |
| Job Title / Description | Type of Business |
| Owner | Liquor stores + Bars |
| Address | Address |
| 8711 Thomas Drive | see attach |
| City / State / Zip | City / State / Zip |
| Panama City Bch FL | " |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 3273 | ?? |

| Attorney Name | Firm Name |
|---|---|
| N/A | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

Claim filed with BP? YES [ ] NO [ ]     Claim Filed with GCCF?: YES [X] NO [ ]

If yes, BP Claim No.:     If yes, Claimant Identification No.: 3226223, 3226007, 3225387

Claim Type (Please check all that apply):
- [ ] Damage or destruction to real or personal property
- [X] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [X] Other: devalued

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

personal property on the water - devalued.

business income down on liquor and bar sales. Two stores w/in 2 blks of water customers are local workers and tourist third store w/in a mile of water - same type customers. All tourist related

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [x] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Charlotte Newby_
Claimant or Attorney Signature

_Charlotte Newby_
Print Name

_4/13/11_
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
Toll Free (Multilingual): 1-800-916-4893
TTY Telephone Line: 1-866-682-1758
Website: www.GulfCoastClaimsFacility.com

ICF

Claimant Identification Number: 3225387
Control Number: 7793776478

MELVA NEWBY LIQUORS, INC.
8711 THOMAS DRIVE
PANAMA CITY BEACH, FL  32408
US

EIN-75-9257434(?)

# SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you **must** submit supporting documentation. Exhibit A of the Claim Form is a checklist that will help you prepare and submit a complete Claim Form. You should use it to collect documentation for your claim. Pay attention to which part of Exhibit A applies to you, because the GCCF requests different types of documentation for Emergency Advance Payments than it does for Final Payments. If you are seeking an Emergency Advance Payment, you must provide each of the documents required in that column for your claim. Please submit the completed Exhibit A, attached hereto, with your documentation.

### PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS:

1. **U.S. Postal Service:**  Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   P.O. Box 9658
   Dublin, OH 43017-4958

2. **Overnight, Certified or Registered Mail:**  Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   5151 Blazer Pkwy., Suite A
   Dublin, OH 43017

3. **Fax:**  1-866-682-1772

4. **Email:**  info@gccf-claims.com

QUESTIONS? CALL TOLL FREE (MULTILINGUAL): 1-800-916-4893
TTY TELEPHONE LINE: 1-866-682-1758

Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
Toll Free (Multilingual): 1-800-916-4893
TTY Telephone Line: 1-866-682-1758
Website: www.GulfCoastClaimsFacility.com



ICF

Claimant Identification Number: 3226223
Control Number: 8787105266

NEWBYS PACKAGE AND LOUNGE, INC
4103 THOMAS DRIVE
PANAMA CITY BEACH, FL 32408
US

59-2575-480 - EIN

## SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you **must** submit supporting documentation. Exhibit A of the Claim Form is a checklist that will help you prepare and submit a complete Claim Form. You should use it to collect documentation for your claim. Pay attention to which part of Exhibit A applies to you, because the GCCF requests different types of documentation for Emergency Advance Payments than it does for Final Payments. If you are seeking an Emergency Advance Payment, you must provide each of the documents required in that column for your claim. Please submit the completed Exhibit A, attached hereto, with your documentation.

### PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS:

1. **U.S. Postal Service:**   Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   P.O. Box 9658
   Dublin, OH 43017-4958

2. **Overnight, Certified or Registered Mail:**   Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   5151 Blazer Pkwy., Suite A
   Dublin, OH 43017

3. **Fax:**   1-866-682-1772

4. **Email:**   info@gccf-claims.com

QUESTIONS? CALL TOLL FREE (MULTILINGUAL): 1-800-916-4893
TTY TELEPHONE LINE: 1-866-682-1758

Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
Toll Free (Multilingual): 1-800-916-4893
TTY Telephone Line: 1-866-682-1758
Website: www.GulfCoastClaimsFacility.com



ICF

Claimant Identification Number: 3226007
Control Number: 3699322685

FOUR SEASONS DISCOUNT LIQUORS, INC
7800 FRONT BEACH ROAD
PANAMA CITY BEACH, FL  32408
US

59-2752740-EIN

## SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you **must** submit supporting documentation. Exhibit A of the Claim Form is a checklist that will help you prepare and submit a complete Claim Form. You should use it to collect documentation for your claim. Pay attention to which part of Exhibit A applies to you, because the GCCF requests different types of documentation for Emergency Advance Payments than it does for Final Payments. If you are seeking an Emergency Advance Payment, you must provide each of the documents required in that column for your claim.  Please submit the completed Exhibit A, attached hereto, with your documentation.

**PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS:**

1. **U.S. Postal Service:**   Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   P.O. Box 9658
   Dublin, OH 43017-4958

2. **Overnight, Certified or Registered Mail:**   Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   5151 Blazer Pkwy., Suite A
   Dublin, OH 43017

3. **Fax:**   1-866-682-1772

4. **Email:**   info@gccf-claims.com

QUESTIONS? CALL TOLL FREE (MULTILINGUAL): 1-800-916-4893
TTY TELEPHONE LINE: 1-866-682-1758