# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| | | |
|---|---|---|
| Mccorkel | Chance | Michael |
| 985-466-3261 | | C.Mccorkel@yahoo.com |
| 5250 Bayouside Drive | | Chauvin, LA 70344 |
| INDIVIDUAL CLAIM ✓ | | BUSINESS CLAIM ☐ |

Mariah Jade Shrimp Co., LLC/A.J. Horizo

Dockworker/Deckhand

5248 Bayouside Drive

Chauvin, LA 70344

3532

| | |
|---|---|
| Joseph L. Waitz, Jr. | |
| 315 Barrow Street P. O. Box 2454 | Houma, LA 70361 |
| 985/876-0131 | pdavis_1959@yahoo.com |

| ☑ ☐ | ☑ ☐ |
|---|---|
| 6866.124.164108 | 01130431 |

Claim Type (Please check all that apply):
☐
☑
☐

☑
☑
☑ Future earning/profit loss

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10 - 8888. While this Direct Filing Short Form is to be filed in CA No. 10 - 8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10 - 2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10 - 8888 shall be deemed to be simultaneously filed in C.A. 10 - 2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

The waters that I trawled in were closed down due to the oil spill; therefore, I could not work the waters as we usually do. We hold a vessel permit to be able to trawl those waters, but the government shut them down due to oil in the water. Perception of our industry and the seafood is not going well. There have been many polls taken that show that people are afraid to our seafood from the Gulf. There have been restaurants in Chicago and New York stating that they would not sell GOM seafood which shoots down prices for us at the boat level. We have no idea of the damage that has been done to the Gulf and our seafood and won't know for upwards of 10 years. Many years of testing will have to be completed on the seafood & water due to the oil and coerexit). We were not able to fish for food as we usually do either.
The dock that I work at was shut down due to BP calling and begging for the owner to work with them on getting the first 25 vessels out there to clean up oil. There was no work for the dock.

n/a

Dusty James and we skimmed oil to try to save our fishing grounds.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [x] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [x] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [x] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [x] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Joseph LWATZ JR
Print Name

4/18/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*