IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Last Name: Gillette    First Name: Harold    Middle Name/Maiden: Roger    Suffix:

Phone Number: 251-824-1566    E-Mail Address:
Address: 7741 Marcus Road    City / State / Zip: Coden AL 36523

**INDIVIDUAL CLAIM** ☑
Employer Name: Self
Job Title / Description: Owner
Address: 7741 Marcus Road
City / State / Zip: Coden AL 36523
Last 4 digits of your Social Security Number: 0330

**BUSINESS CLAIM** ☑
Business Name: Live Bait, Dave's Sfd
Type of Business: catching live bait
Address: 7741 Marcus Rd
City / State / Zip: Coden Al 36523
Last 4 digits of your Tax ID Number:

Attorney Name:    Firm Name:
Address:    City / State / Zip:
Phone Number:    E-Mail Address:

Claim filed with BP? YES ☑ NO ☐    Claim Filed with GCCF?: YES ☑ NO ☐
If yes, BP Claim No.: 6366124, 50335    If yes, Claimant Identification No.: 01006698

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☑ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

   Live Bait all of Mobile Bay Dauphin Island Bay Mississippi Sound

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

   Owner of the vessel
   I was working Rapid Response

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [x] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Harold R. Guillotte
Print Name

4/15/11
Date

3

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Case 2:10-cv-08888-CJB-JCW   Document 66649   Filed 04/18/11   Page 4 of 5
State of Alabama Attorney General - Alabama Gulf Oil Spill - Deepwater Horizon Explos...   Page 1 of 2
State of Alabama Attorney General - Alabama Gulf Oil Spill - Deepwater Horizon Explos...   Page 2 of 2

# Alabama Gulf Oil Spill Litigation (Deepwater Horizon Explosion)

## Filing Information & Deadline

If you would like to preserve your litigation claim regarding the Gulf Oil Spill by joining the lawsuit referenced above, the deadline for filing a claim is:

### Wednesday, April 20, 2011

Below is a direct link to the claims form. All completed forms MUST be postmarked by the April 20th deadline.

- INDIVIDUAL/BUSINESS DIRECT FILING SHORT FORM
- LOCAL GOVERNMENT SHORT FORM

*Note: Filing a claim with the Gulf Coast Claims Facility does not automatically include you in this litigation.*

All completed forms should be mailed to:**

**U.S. District Court - Eastern District of Louisiana**
**Clerk's Office**
**500 Poydras Street**
**New Orleans, LA 70130**

**\*\*DO NOT SEND** your forms directly to the Alabama Attorney General's office; our office CANNOT forward the forms for you.

Additional information regarding the Gulf Oil Spill lawsuit may be found at the following location:

- http://www.laed.uscourts.gov/OilSpill/OilSpill.htm

If you have questions regarding the form or the lawsuit, you may contact our office at:

**Office of the Attorney General**
**501 Washington Avenue (36104)**
**P.O. Box 300152 Montgomery, AL 36130-0152**
**1-800-831-8814**

Harold R. Guillotte
1741 Marcus Rd.
Oden Ala 36523

U.S. District Court - Eastern District of Louisiana
Clerks Office
500 Poydras Street
New Orleans, LA. 70130