# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| william | hawkins | hudson | |

| Phone Number | E-Mail Address |
|---|---|
| 8502497688 | |

| Address | City / State / Zip |
|---|---|
| 121 smugglers cove court | panama city beach fl |

**INDIVIDUAL CLAIM** [X]     **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| cocoons fine foods | |
| **Job Title / Description** | **Type of Business** |
| cook | |
| **Address** | **Address** |
| 4101 east county highway 30 a | |
| **City / State / Zip** | **City / State / Zip** |
| santa rosa beach fl 32459 | |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| 0969 | |

| Attorney Name | Firm Name |
|---|---|
| | |
| **Address** | **City / State / Zip** |
| | |
| **Phone Number** | **E-Mail Address** |
| | |

| Claim filed with BP? | YES [ ] NO [ ] | Claim Filed with GCCF?: | YES [✓] NO [ ] |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | 3202491 |

**Claim Type (Please check all that apply):**

[ ] Damage or destruction to real or personal property
[✓] Earnings/Profit Loss
[ ] Personal Injury/Death
[✓] Fear of Future Injury and/or Medical Monitoring
[✓] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I work at a deli restaurant. That is directly accross from the beach. My job is directly tied to tourism. On my W-2 for 2010 i made 18,300 and that is 3000 off from what im supposed to make . I make 10.50 an hour iam a full time employee . Im supposed to almost make 21,300 a year. I am a year round 40 hour employee. And i get overtime also. During the last year i received no overtime and i lost 3000 just on my w2 differences. This is not including no overtime. And no tips all together i lost 6000 last year. I think i will lose the same this year and the next. So 3 times that number im asking for 18,000. My gulf has been takin from me. I dont eat seafood i dont swim in the gulf and my breathing is tuff now. I know i have breathed in alot of benzine im not stupid. I live right accross from the sandpiper beach resort. I have been directly affected by the oil. 18,000 does not seem like enough in my eyes but thats what im asking for. My natural resources have been taken from me

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

William Hawkins
121 Smugglers Cove
Panama City Beach, Florida 32413

PENSACOLA FL 325
15 APR 2011 PM 1 L

7013 0600 0373

U.S District Court for the Eastern District of Louisiana
500 Poydras Street, New Orleans, Louisiana
70130

USA FIRST CLASS FOREVER