EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 20 PH 1:26
LORETTA G. WHYTE
CLERK

## VỀ: VỤ DẦU LOANG "Deepwater Horizon"
## MẪU ĐƠN NGẮN NỘP TRỰC TIẾP[1]

Ủy quyền bởi Án Lệnh của Tòa, Vụ Kiện Dân Sự Số 10-md-2179 Văn bản 982
(Bản sao của Án Lệnh nói trên đã được nộp vào Vụ Kiện Dân Sự Số 10-8888 và 10-2771)

| VỤ KIỆN ĐA TÒA SỐ 2179 | PHẦN J | THẨM PHÁN CARL BARBIER |
|---|---|---|

**YÊU CẦU XIN ĐƯỢC BỒI THƯỜNG TRONG GIỚI HẠN, SỰ LIÊN KẾT CỦA CÁC BỊ CÁO, TRONG ĐƠN TRẢ LỜI CHUNG, SỰ TUYÊN BỐ VỀ SỰ LIÊN KẾT CỦA NHỮNG BỊ CÁO TRONG ĐƠN KHIẾU NẠI CHUNG CỦA NGUYÊN CÁO, VÀ/HOẶC YÊU CẦU XIN ĐƯỢC BỒI THƯỜNG**

Qua việc đệ trình đơn này, tôi xin được bồi thường trong mẫu Đơn Khiếu Nại và Thỉnh Cầu của Triton Asset Leasing GmbH, et al., Số 10-2771; chấp nhận và xin dùng Đơn Trả Lời Chung [Văn bản 244] vào mẫu Đơn Khiếu Nại và Thỉnh Cầu của Triton Asset Leasing GmbH, et al., Số 10-2771; và/hoặc là tham gia vào, liên kết, nếu không thì, xin chấp nhận mẫu Đơn Khiếu Nại Chung [Văn bản 879] cho những sự mất mát riêng về kinh tế ("Nhóm B1") nộp vào Vụ Kiện Đa Tòa số 2179 (10-md-2179); và/hoặc là tham gia vào, liên kết, nếu không thì, xin chấp nhận mẫu Đơn Khiếu Nại Chung [Văn bản 881] cho những thương tích sau vụ nổ ("Nhóm B3") nộp vào Vụ Kiện Đa Tòa số 2179 (10-md-2179).

| Họ MAI | Tên EM | Tên đệm/ Họ của người phụ nữ trước khi kết hôn THI | Danh hiệu |
|---|---|---|---|
| Số điện thoại 337 298 6887 | | Địa chỉ E-mail | |
| Địa chỉ 1013 JACK DR | | Thành phố/Tiểu bang/Mã Zip BREAUX BRIDGE, LA 70517 | |

| YÊU CẦU BỒI THƯỜNG CÁ NHÂN ☒ | YÊU CẦU BỒI THƯỜNG CƠ SỞ THƯƠNG MẠI ☐ |
|---|---|
| Tên người chủ SEAFOOD INT'L | Tên Cơ Sở Thương Mại |
| Tên chức vụ / Mô tả nghề nghiệp CRAB PEELER | Phân Loại Của Cơ Sở Thương Mại |
| Địa chỉ 1051 old HENDERSON HWY | Địa chỉ |
| Thành phố/Tiểu bang/Mã Zip HENDERSON, LA 70517 | Thành phố/Tiểu bang/Mã Zip |
| 4 số cuối của số An Sinh Xã Hội 1691 | 4 số cuối của Mã Số Thuế |
| Tên của Luật Sư | Tên của Văn Phòng Luật Sư |
| Địa chỉ | Thành phố/Tiểu bang/Mã Zip |
| Số điện thoại | Địa chỉ E-mail |

| Có nộp đơn đòi bồi thường với BP không?   Có ☐   Không ☐ | Có nộp đơn đòi bồi thường với GCCF không?   Có ☒   Không ☐ |
|---|---|
| Nếu có, số BP Claim: | Nếu có, số GCCF Claim: 0001058302 |

**Hình thức Thiệt hại** (xin chọn nếu có tất cả)

☐ Sự thiệt hại hay sự tiêu hủy của bất động sản hay tài sản cá nhân
☒ Thiệt hại về thu nhập hoặc lợi nhuận
☐ Thương tích cá nhân/Chết

☐ Lo ngại về những thương tích sẽ xảy ra trong tương lai và/hoặc là cần sự theo dõi chăm sóc của y tá
☐ Thiệt hại do mất khả năng sử dụng tài nguyên thiên nhiên đã sinh sống
☐ Dọn dẹp và những phí tổn dọn dẹp dầu loang
☐ Hình thức thiệt hại khác:

---

[1] Cần phải nộp mẫu đơn này vào Tòa Án Liên Bang trong khu vực Miền Đông Hoa Kỳ, 500 Poydras Street, New Orleans, Louisiana 70130, trong Vụ Kiện Dân Sự số 10-8888. Trong thời gian mẫu Đơn Ngắn Nộp Trực Tiếp được nộp vào Vụ Kiện Dân Sự số 10-8888, và thể theo Án lệnh của Tòa (Văn bản 246, Vụ Kiện Dân Sự số 10-2771 và Văn bản 982 trong Vụ Kiện Đa Tòa số 2179), việc nộp mẫu đơn này vào Vụ Kiện Dân Sự số 10-8888 sẽ được xem như là nộp song song cùng một lúc vào Vụ Kiện Dân Sự số 10-2771 và Vụ Kiện Đa Tòa số 2179. Đại Diện Liên-Hệ Cho Các Nguyên Cáo, sau khi được thông báo qua hệ thống điện tử bởi Thư Ký Tòa Án, là mẫu đơn ngắn này được nộp vào tòa, ngay lập tức sẽ phải gởi mẫu đơn này vào hệ thống Lexis Nexis của bản Đại Diện Liên-Hệ Cho Các Bị Cáo.

1

*Việc nộp Mẫu Đơn Ngắn Nộp Trực Tiếp này sẽ thay thế cho yêu cầu phải nộp mẫu Đơn Lý-lịch Của Nguyên Cáo*

**Tóm lược:**

1. Đối với các yêu cầu đòi bồi thường cho thiệt hại về thu nhập/lợi nhuận, thiệt hại tài sản và thiệt hại do mất khả năng sử dụng tài nguyên thiên nhiên để sinh sống, hãy mô tả tính chất của sự tổn thất. Đối với các yêu cầu đòi bồi thường có liên quan đến bất động sản, hãy cho biết cả địa chỉ, loại bất động sản (nhà ở/thương mại), và cho biết có thiệt hại vật chất hay không. Cho những sự yêu cầu bồi thường có liên quan đến việc đánh cá hay bất cứ loại nào khác, hãy phân loại khu vực đánh cá và địa điểm đánh cá đã bị ảnh hưởng.

LOST OF EARNINGS DUE TO NOT ENOUGH CRABS
BROUGHT IN FOR PROCESSING AND LOST OF HOURS

2. Đối với những yêu cầu xin bồi thường thương tích cá nhân, hãy mô tả thương tích, thương tích đó xảy ra như thế nào và vào lúc nào, hãy cho biết tên của những cơ quan y tế chăm sóc sức khỏe, những công ty đã mướn quý vị làm việc từ 2008 cho đến hiện tại và hãy hoàn tất các mẫu ủy quyền cho mỗi thương tích.

3. Đối với những yêu cầu xin bồi thường sau vụ nổ liên quan đến việc dọn dẹp dầu loang, hãy cho biết vai trò của quý vị trong những hoạt động dọn dẹp dầu loang, tên công ty thuê quý vị làm việc và nơi quý vị đang làm việc lúc đó.

Chọn những phần dưới đây nếu quí vị cho là thích hợp với yêu cầu đòi bồi thường của mình:

**Các yêu cầu đòi bồi thường cho Thiệt Hại Kinh Tế và Thiệt Hại Tài Sản mà không liên quan tới chính phủ (Nhóm B1)**

| | | |
|---|---|---|
| ☐ | 1. | Ngư phủ làm nghề đánh cá, tôm, cua, hay hào, hoặc là chủ nhân hay người điều hành cơ sở thương mại có liên quan đến việc đánh cá, bắt tôm, cua, hay hào. |
| ☒ | 2. | Người chế biến hải sản, phân phối, bán lẻ và chợ hải sản, hoặc chủ nhà hàng hay là người quản lý hoặc làm thuê cho nhà hàng. |
| ☐ | 3. | Chủ nhân dịch vụ giải trí, người điều hành hành hay là công nhân, kể cả dịch vụ đi câu tiêu khiển, dịch vụ hay hướng dẫn thương mại, hoặc là dịch vụ cho thuê tàu đánh cá để kiếm sống bằng cách sử dụng vùng vịnh Mexico. |
| ☐ | 4. | Cơ sở thương mại, chủ nhân cơ sở thương mại, người quản lý hay làm công, cho các dịch vụ bao gồm thợ lặn chuyên nghiệp, nhân viên phục vụ giàn khoan ngoài biển khơi, sửa chữa và tiếp tế, môi giới địa ốc, và các công ty tiếp vận, hoặc người làm công của các công ty đó. |
| ☐ | 5. | Người chơi cá giải trí thể thao, thợ lặn không chuyên nghiệp, người đi tắm biển, hoặc người có thú vui thú tiêu khiển. |
| ☐ | 6. | Người làm công ở các vựa và bến, bao gồm công nhân của các vựa hải sản, người làm nghề tự do ở các vựa và bến, hoặc là người lái phà. |
| ☐ | 7. | Chủ nhân, người cho thuê, hay người thuê mướn các bất động sản nằm cớ là đã bị thiệt hại, bị tổn hại hay ảnh hưởng, và vật chất và kinh tế, bao gồm cả những người thuê mướn các bãi cào hào. |
| ☐ | 8. | Chủ nhân và quản lý khách sạn, chủ nhân và người trung gian cho thuê mướn các biệt thự nghỉ mát, hoặc là những người kiếm sống bằng ngành du lịch. |
| ☐ | 9. | Ngân hàng, cơ quan tài chính, hoặc các cửa hàng bán lẻ mà bị thiệt hại bởi sự ảnh hưởng của vụ dầu loang. |
| ☐ | 10. | Người sử dụng tài nguyên thiên nhiên để sinh sống. |
| ☐ | 11. | Loại thiệt hại khác: _____ |

**Thương tích cá nhân, Cần sự theo dõi Chăm Sóc của Y tế, và Thiệt hại về Tài sản sau vụ nổ mà có liên quan đến Việc Dọn Dẹp Dầu Loang (Nhóm B3)**

| | | |
|---|---|---|
| ☐ | 1. | Thuyền trưởng hay thủy thủ đoàn có tham gia vào chương trình Những Chiếc Tàu Của Cơ Hội (Vessels of Opportunity) |
| ☐ | 2. | Nhân công phụ giúp việc chùi rửa cho các tàu bị dính dầu và các chất hóa học. |
| ☐ | 3. | Thuyền trưởng hay thủy thủ đoàn không có tham gia vào chương trình Những Chiếc Tàu Của Cơ Hội (Vessels of Opportunity) nhưng bị tiếp xúc với các hóa chất độc hại, mùi hôi, và khi thải trong lúc tham gia việc dọn dẹp dầu loang. |
| ☐ | 4. | Những nhân viên lau dọn dầu loang hoặc là những nhân viên làm việc trên bãi biển liên quan đến những hoạt động dọn dẹp dầu loang dọc theo bờ biển, vùng vịnh ven biển và những khu vực mà thủy triều dâng lên. |
| ☐ | 5. | Cư dân sống và làm việc gần vùng biển. |
| ☐ | 6. | Loại thiệt hại khác: _____ |

Cả BP và Cơ Quan Đảm Nhiệm Việc Bồi Thường Gulf Coast (GCCF) cho phép các Bị Cáo trong Vụ Kiện Đa Tòa số 2179 nhận tất cả thông tin và văn kiện mà những Nguyên Cáo có tên ở trên đã nộp, và những thông tin liên quan đến tình trạng của bất cứ sự chi trả nào cho đơn yêu cầu đòi bồi thường, và căn cứ vào đó, các hồ sơ này sẽ được xem như là "Hồ Sơ Bảo Mật Không Được Phép Truy Nhập," điều này nằm trong sắc lệnh Bảo Vệ Hồ Sơ Mật (Lệnh Tiền Xử Số 11), và cũng dựa vào dữ kiện trên, tất cả bản sao của các hồ sơ này sẽ được chuẩn bị sẵn cho Nguyên Cáo (hoặc là Luật Sư của Nguyên Cáo, nếu có) để nộp hồ sơ cho PCS xuyên qua Đại Diện Liên-Hệ Cho Các Nguyên Cáo.

_anthoma_ (signature)

Chữ ký của Người xin được Bồi Thường hoặc là Luật Sư

_EM NHAT_

Tên Viết bằng chữ in

_4/19/11_

Ngày

3

*Việc nộp Mẫu Đơn Ngắn Nộp Trực Tiếp này sẽ thay thế cho yêu cầu phải nộp mẫu Đơn Lý-lịch Của Nguyên Cáo*

EM WHT
1013 JACK DR
HENDERSON, LA 70517

U.S. DISTRICT COURT FOR EASTERN DISTRICT OF LA
500 POYDRAS STREET
NEW ORLEANS, LA 70130