IN RE: OIL SPILL by "Deepwater Horizon"

DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

INDIVIDUAL CLAIM ☐                           BUSINESS CLAIM ☒

| Employer Name | Business Name: Jones + Petry Properties |
|---|---|
| Job Title / Description | Type of Business: Rental |
| Address | Address: 291 Scenic Gulf Drive, Unit # 309 |
| City / State / Zip | City / State / Zip: Mirmar Beach, Florida 32550 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 4485 |

| Attorney Name: William F. Merlin, Jr. | Firm Name: Merlin Law Group P.A. |
|---|---|
| Address: 777 South Harbour Island Blvd., Ste 950 | City / State / Zip: Tampa, Florida 33602 |
| Phone Number: 813.229.1000 | E-Mail Address: WFM@merlinlawgroup.com |

Claim filed with BP?  YES ☐  NO ☐         Claim Filed with GCCF?:  YES ☒  NO ☐

If yes, BP Claim No.:                      If yes, Claimant Identification No.: 1159728

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    The property is located at 291 Scenic Gulf Drive, Unit # 309    Mirmar Beach, Florida 32550.

    As a result of the BP oil spill, I experience a loss of earnings and profit.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☒ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

William F. Merlin, Jr.
Print Name

April 18, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Legal Notice
Deepwater Horizon Oil Spill Lawsuit

# To Protect Your Right to Recover Money Damages Against Transocean,

## The Filing Deadline is April 20, 2011.

A New Orleans federal court is overseeing litigation against companies involved in the oil spill and has approved the content of this notice. A trial will be held in February 2012. The trial will decide whether Transocean, the owner of the Deepwater Horizon rig, can limit what it pays claimants under Maritime law. To preserve your ability to recover money damages against Transocean and include your claim in this trial, the Court filing deadline is **April 20, 2011**.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you may be able to participate.

### File a Simple Form to Preserve Your Rights

In order to preserve your right to recover against Transocean you need to file an answer and claim by **April 20, 2011**. The Court has simplified the process to file your claim against Transocean. The Court has approved a Direct Filing Short Form. **You can get the Short Form by calling 1-877-497-5926 or visiting the websites listed below.** Filing this Short Form may also join you in the master lawsuit that has been filed against BP and the other defendants. You are not required to use the Short Form. The deadline for claims against Transocean whether you use the Short Form or not is **April 20, 2011**.

### There is No Filing Fee

There is no filing fee and a lawyer is not required to file the Short Form. However, if you would like advice regarding your legal rights or about filing this Short Form, you should contact a lawyer.

### Filing with the Gulf Coast Claims Facility ("GCCF") is Not the Same as Filing in Court

The federal lawsuit is separate from the claims process in the GCCF. You may be able to participate in the federal lawsuit even if you already filed a claim with the GCCF. There may be other requirements you have to fulfill to proceed with a lawsuit against BP and the other defendants.

If you have question you should consult a lawyer. For more information, or to obtain a copy of the Short Form, visit www.OilSpillCourtCase.com or call 1-877-497-5926.

Get More Information:
1-877-497-5926    www.OilSpillCourtCase.com
www.laed.uscourts.gov/OilSpill/Forms/Forms.htm