# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Last Name: McMichael, III    First Name: Lester    Middle Name/Maiden: Henry    Suffix:
Phone Number: 251 981 7393    E-Mail Address: beazer@certifiedhoodandfire.com
Address: PO Bx 1963    City / State / Zip: Foley AL 36536

INDIVIDUAL CLAIM ☐    BUSINESS CLAIM ☒

Employer Name:    Business Name: Certified Hood + Fire Specialists, I
Job Title / Description:    Type of Business: Exhaust/Hood Cleaning, Fire Suppression + Extinguisher w/ Restaurant
Address:    Address: PO Bx 1963
City / State / Zip:    City / State / Zip: Foley AL 36536
Last 4 digits of your Social Security Number:    Last 4 digits of your Tax ID Number: 0889

Attorney Name:    Firm Name:
Address:    City / State / Zip:
Phone Number:    E-Mail Address:

Claim filed with BP? YES ☐ NO ☒    Claim Filed with GCCF?: YES ☒ NO ☐
If yes, BP Claim No.:    If yes, Claimant Identification No.: 3133470

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

   Please See "Attached Doc's"

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## GULF COAST CLAIMS FACILITY DOCUMENT REQUIREMENTS
### 2. Documents that establish the effects of the Spill on the Business

You must demonstrate how the Spill affected the business's revenue and income, such as with a letter from an authorized representative, customers and/or vendors describing the effects, or with other business records such as customer lists and invoices. For claims based on business cancellations as a result of the Spill, such as from a canceled rental agreement, contract or tour reservation, the claimant must submit copies of documents that demonstrate any cancellations, and documentation of any refunds of deposits or escrows that resulted from the cancellation. A claimant asserting no revenues or income for any period after the Spill, or a total failure of the business as a result of the Spill, must submit documents, such as profit and loss statements or other financial records demonstrating that the claimant was closed and/or had no revenue.

### 8. Mitigation

Claimants must submit documentation of efforts made to reduce or otherwise mitigate losses during any period since the Spill.


## GULF COAST CLAIMS FACILITY INTERIM PAYMENT CLAIM FORM

### *IV.C.2. Questions for Business Claimants Seeking Lost Earnings or Profits*

**(C.8)** State the sources of income or types of customers for the business at the time of the Spill:
> Our revenues come from our customers, which are restaurants and other food service venues with commercial exhaust/hood systems and fire suppression systems and extinguishers. Revenues come from the cleaning of these exhaust/hood systems & equipment along with installing, repairing and servicing their fire suppression systems and extinguishers in this industry.

**(C.9)** Describe the nature of business at the time of the Spill:
> We clean restaurant exhaust/hood systems & equipment along with installing, repairing and servicing their fire suppression systems and extinguishers. Our customer base is located along the coast, we do business along the gulf coast from the Louisiana state line all the way eastward to Panama City, FL. We began our business in the Gulf Shores/Orange Beach, Alabama coastal area with hard work and quality service in 2003. It was not very long afterwards we spread eastward into the Florida coastline and westward into the Mississippi coastline. While we relocated our business a few miles north to Foley (right off the Hwy 59 corridor) in response to Hurricane Ivan's disruptions several years back, we have remained focused on our customer base that got us started and continue to try and keep their business along with adding new customers. This has proven to be the key to our success – and survival.

**(C.10)** Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:
> We have continued our normal marketing efforts in all of our traditional markets and stepped up our efforts to geographically diversify and acquire new customers outside of the coastal areas impacted by your disaster.
>
> Additionally, we have tried to work with our customers (who haven't been force to close their businesses and/or barely surviving from your disaster) in your disaster impacted areas to offer them better terms, lowering our prices or clean them a lot less than required by code. We help them see the long(er) term of the impact of failing to be serviced based on the frequency of cleanings. These

1

cleanings are Manufacture and NFPA Codes and Standards that require our services to keep our customers in compliance. Of course, there is only so much they can do when they don't have the normal and additional customers, tourist. This is all due to your disaster; we don't have the tourist that we normally have in our coastal geography anymore. With no tourist, no monies spent in our restaurants and other forms of business that we depend on to make a living. When the restaurants don't have money to pay their regular bills, they don't pay for our services.

**(C.14)** Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:

As noted above, our business is cleaning restaurants and commercial kitchens exhaust/hood systems & equipment along with installing, repairing and servicing their fire suppression systems and extinguishers in your disaster impacted areas. You will have much better information than we do on the impact your disaster has had on our customers, but in a nutshell, your disaster drove away tourists and the normal and additional traffic that our customers depend on for their survival. With greatly reduced sales revenue, our customers have had to make budget cuts – and our service isn't being used due to their revenue decline and we become one of those cuts. Therefore, we also have greatly seen our revenues drop drastically. We have lost a number of our customers due to their own business failures as a result of your disaster; those customers we retained, in many/most cases, have cut back or completely stopped on the frequency of our services. The loss of customers and the decrease in frequency of our services has significantly impacted our revenues and bottom line.

*Attached Docs Pg 3*

## GULF COAST CLAIMS FACILITY INTERIM PAYMENT CLAIM FORM (continued)

### SECTION V. COLLATERAL SOURCE COMPENSATION

**All claimants must complete this section.** You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. (Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.)

| | |
|---|---|
| **32.** Have you received any compensation from BP for your losses due to the Spill | Yes |
| **33.** Total amount of compensation received from BP for your losses due to the Spill: | $ |
| **34.** Have you received any compensation from GCCF for your losses due to the Spill | Yes |
| **35.** Total amount of compensation from GCCF for your losses due to the Spill: | $98,030.60 |
| **36.** Have you received compensation for state unemployment benefits | No |
| **37.** For what period of time did you receive compensation for state unemployment benefits | |
| **38.** Total amount of unemployment benefits received: | $ |
| **39.** Have you received compensation from private insurance for damages due to the Spill | No |
| **40.** Name of Carrier or Provider: | |
| **41.** Account or Policy Number: | |
| **42.** For what period of time did you receive compensation from private insurance | |
| **43.** Total amount of insurance benefits received: | $ |
| **44.** Have you received any other replacement income, such as severance pay | No |
| **45.** For what period of time did you receive this other replacement income | |
| **46.** If you are still receiving this other replacement income, when will these benefits end | |
| **47.** Total amount of other replacement income received: | $ |

3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _Service the Restaurants, Hotel, Resorts Any Company w/ Exhaust Hood Fire Supp + Extin_

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Lester H. McMichael III
Print Name

4-18-11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*