IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Verdun | Anita | G | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 537-6529 | neetie.v-3@live.com |

| Address | City / State / Zip |
|---|---|
| 3376 Hwy 1 | Raceland, LA 70394 |

INDIVIDUAL CLAIM [X]     BUSINESS CLAIM [X]

| Employer Name | Business Name |
|---|---|
| Verdun's Meat Market | Verdun's Meat Market & Slaughterhouse |
| Job Title / Description | Type of Business |
| Owner/Operator | Farm/Retail and custom meat market / Slaughterhouse |
| Address | Address |
| 3374 Hwy 1 | 3376 Hwy 1 |
| City / State / Zip | City / State / Zip |
| Raceland, LA 70394 | Raceland, LA |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 8791 | Federal 9049   State 5580-001 |

| Attorney Name | Firm Name |
|---|---|
| None yet Stephen J Herman / James Parkerson Roy | MDL No. 2179 Plaintiff's Steering Committee |
| Address | City / State / Zip |
| 600 Carondelet St Suite ___ | New Orleans, LA, 70130 |
| Phone Number | E-Mail Address |
| (504) 264-5740 | |

| Claim filed with BP? | YES ☐   NO ☐ | Claim Filed with GCCF?: | YES [X]   NO ☐ |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | 3435182 |

Claim Type (Please check all that apply):
- ☐ Damage or destruction to real or personal property
- [X] Earnings/Profit Loss   Severe loss of income.
- [X] Personal Injury/Death   Had to close from July thru Sept.
- [X] Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- [X] Other: Fear of loosing my family's 100y.o. business and Farm.

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence. 200# - 300# ea! 
- [x] 11. Other: I supply rotisserrie hogs 5 to 8/Fishing Rodeo(s) or Festival for cooking From Venue, G.I. Fouchon, Montegut to Morgan City. I supply meat to crew Boats, Bait to Commercial & Rec. Fisherman, PLUS fisherman etc

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: Worried that a storm will wash up the oil to our land and waterways and our family farm will be "useless"! We could loose our cattle that would die drinking the water or eating the contaminated grass

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_[signature]_
Claimant or Attorney Signature

Anita G Verdun
Print Name

4/19/11
Date

People who own camps in G.I., Fourchon, etc. that live N.O., LA, Baton Rouge, Laf. that spend w/e @ their camps, DID NOT GO and I lost business. PLUS BP paid for all food through local restaurants so none of my fishermen were buying food or supplies from me.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

I spent all of my savings PLUS had to take out a small loan to keep my employees working so they wouldn't leave

**Brief Description:** I had to close my business for retail from 7/11/10 - 9/1/10 Plus my employees lost hours of work because of this. I had to pay them with my savings and take out a loan.

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

1) My business in the spring/summer months depends on Fisherman (Comercial and recreational.) We save thousands of #'s of bait and Chum material all year long to sell for Spring and summer crabbing and fishing. We had to throw all of it away! 2) All the Fishing Rodeos and Festivals buy rotisserie hogs 3 to 8/Rodeo weighing from 200# - 350# They were all canceled INCLUDING the Oilman's Rodeo in May that I had already killed the 6 pigs for. These people canceled THE WEEK of! 3) I also supply Fishing BOATS & new boats and supply boats meat. This was NON-EXSISTANT after the EXPLOSION. 4) Also people going to their camps for w/e buy meat. No one went to camps!

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Have severe Heartburn. I now on heart medication from stress. Been getting brown splotches on face and legs.

My husband and I use to spend our summers on Grand Isle (since 1995) fishing and camping out. We got married there on the Beach @ the Sand Piper Hotel. We our so saddened that we haven't been able to get back.

We are also worried that the oil will come up in our water ways during Storms and our land will Be worthless! And we'll have to move.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

※ This Explains my Financial Loss. Gave to GCCF with 11/22/10 Claim and they DENIED ME!!

To whom it may concern —

My name is Anita Verdun. I am the owner/operator of Verdun "3" Meat Market in Raceland, LA.

Our business that has been open for almost 100 years has taken a hard blow financially this past summer. During the fall, winter and early spring, Our sales are subsidized by custom slaughter and wrapping. But, during the summer months, historically we are dependant on the crab fishermen that buy our Bull lips to bait their crab traps. Hearts & livers are used by fishermen for chumming water and fishing. We save these things all year long for this season. This year there was no one buying bait. We had to throw this Bait that we stored in

[left margin, rotated:] Plus we are constantly worried about our land and waterways being absolutely useless due to oil being pushed up in our canals and/or land especially from storm surges.

freezers all ~~ready~~ to be ready for Summer, and pay electricity to store

Also the Vietnamese and other oriental fishermen buy our beef bones to make broth to bring with them on Board when they go out for long times. This year we threw away 1000's of # of ~~all~~ of these items. Our freezers are full again with no hope of emptying until next summer. Unfortunately we don't have the room to keep anymore so we will have to probably get rid of the rest we kept in our meat freezer. Busy season has started for freezerwrapping calves and hogs so this takes presidence over Bait.

Our meat market also caters to the Fishing Rodeos and Tournaments

There are large crowds and people and coorindators order Rotisserie hogs. We had already bought 9 hogs for Almer Rodeo, Tarpon Rodeo, Cocodrie Fishing Rodeo, just to name a few. These pigs were cancelled and I had to once again take a loss. And not to mention the other pigs that were not ordered because of the cancelation of ALL of the Fishing Rodeo from Venice to Morgan City. We supply almost all of them.

Another loss we took was all of the people that travel from Baton Rouge and New Orleans to Grand Isle, ~~Roseland~~ for their summer fishing camps. Roseland is a crossroad to Grand Isle and we always have alot of traffic for people wanting to

to Bring meat for the weekend to BBQ. This of course DID NOT occur this summer. We also supply crew Boats and some offshore rigs personel. This all stopped with this disaster.

Because of the huge overhead of running our business. Electrical bills alone are aprox $1000.00/month in summer and the uncertainty of sales, we closed Between the months of July to September. (When the fall calves started coming in.) Actually it was usually around the end of huricane season, but we tried to open early. This devistated my savings. I had to try to keep my employees working a few hours every-week so I didn't loose them when my busy season started. You can

-5

see what the difference is in my Books for sales from May thru August. In May of 2009 I had closed for 17 days to take a trip to Australia. The same month in 2010 I was opened EVERY DAY AND made the SAME AMOUNT of MONEY!! This was rediculous!

Also My revenues for the summer were made from me Freezer wrapping meat I had already purchased and then selling it occassionally to people that happened to come by our market. Our customers are use to buying FRESH MEAT. We don't use dyes or preservatives and thus the shelf life is Not as long as meat that is vaccum packed and full of gases. We stay as true to my

grandfather's way of selling a pure, whole-food product that I can. We were trying to hang meat and let it age naturally, but with no one coming in for sales, I was loosing too much trimming. This is still affecting my checking account. I'm still trying to make ends meet every week.

I had to take a $1,000.⁰⁰ loan in August just to pay my employees. I maxed out my credit cards, and spent all of my savings. My personal checking was over drawn up to $800.⁰⁰ for 2 months.

We have been open for almost 100 years. But the double hit to

seafood and oil industry has now trickled down and is killing our little family farm and meat market. It's so sad.

I grew up in South Louisiana. We are a hard working, proud people. I always thought our family business and farm would make it through anything because people need to eat. BUT when there's no one left to buy the food... We're done for.

Please help us.

Thank you

Anita Verdun

# MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE
In the United States District Court for the Eastern District of Louisiana

600 CARONDELET ST.
SUITE 802
NEW ORLEANS, LA 70130

504-264-5740

368

ANITA VERDUN
3374 HIGHWAY 1
RACELAND LA 70394

APRIL 8, 2011

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Dear ANITA VERDUN:

Pursuant to your request, enclosed please find the following:

- Short Form Joinder (see below for important filing information);
- Court-Approved Notice; and
- Commonly Asked Questions

In order to join the lawsuit the Short Form needs to be filed with the court by April 20, 2011 at the following address:

U.S. District Court for the Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Filing this Short Form Joinder provides an answer and claim in the Limitation proceeding, and will join you in the appropriate Master Complaint that has been filed against BP and the other defendants. For further information you may visit www.bpmdl2179.com or www.OilSpillCourtCase.com. You also may visit the Court's website at www.laed.uscourts.gov/OilSpill/OilSpill.htm.

Sincerely,

Plaintiffs' Steering Committee
MDL 2179

***

PLAINTIFFS' LIAISON COUNSEL: Stephen J. Herman, James Parkerson Roy

PLAINTIFFS' STEERING COMMITTEE: Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Stephen J. Herman, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, James Parkerson Roy, Paul M. Sterbcow, Scott Summy, Mikal C. Watts

Legal Notice
Deepwater Horizon Oil Spill Lawsuit

# To Protect Your Right to Recover Money Damages Against Transocean,

## The Filing Deadline is April 20, 2011.

A New Orleans federal court is overseeing litigation against companies involved in the oil spill and has approved the content of this notice. A trial will be held in February 2012. The trial will decide whether Transocean, the owner of the Deepwater Horizon rig, can limit what it pays claimants under Maritime law. To preserve your ability to recover money damages against Transocean and include your claim in this trial, the Court filing deadline is **April 20, 2011**.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you may be able to participate.

### File a Simple Form to Preserve Your Rights

In order to preserve your right to recover against Transocean you need to file an answer and claim by **April 20, 2011**. The Court has simplified the process to file your claim against Transocean. The Court has approved a Direct Filing Short Form. **You can get the Short Form by calling 1-877-497-5926 or visiting the websites listed below.** Filing this Short Form may also join you in the master lawsuit that has been filed against BP and the other defendants. You are not required to use the Short Form. The deadline for claims against Transocean whether you use the Short Form or not is **April 20, 2011**.

### There is No Filing Fee

There is no filing fee and a lawyer is not required to file the Short Form. However, if you would like advice regarding your legal rights or about filing this Short Form, you should contact a lawyer.

### Filing with the Gulf Coast Claims Facility ("GCCF") is Not the Same as Filing in Court

The federal lawsuit is separate from the claims process in the GCCF. You may be able to participate in the federal lawsuit even if you already filed a claim with the GCCF. There may be other requirements you have to fulfill to proceed with a lawsuit against BP and the other defendants.

If you have question you should consult a lawyer. For more information, or to obtain a copy of the Short Form, visit www.OilSpillCourtCase.com or call 1-877-497-5926.

Get More Information:
1-877-497-5926     www.OilSpillCourtCase.com
www.laed.uscourts.gov/OilSpill/Forms/Forms.htm

✓

April 19, 2011

As a consequence of my retail Business loosing money I had to close from July 11 - Sept 1. I kept my employees working But there hours were cut. They want to be on the lawsuit also for loss of 1/4 to 1/2 their wages.

Employee #1

| Sean Sons (Butcher) | Clarence Williams |
|---|---|
| 3379 Hwy 1 | 1331 Burbon ST |
| Raceland, LA | Thibodaux, LA |
| 70394 | 70301 |
| Claimant # 3435577 | Claimant # (Filed But unavailable) |
| Last Four SS# 7911 | Last Four SS# 9376 |
| (985) 688-1088 | (985) 537-6529 |

Please include them. I spent my life savings and had to take out a loan to keep them employed this summer.

# GCCF  Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

*DeNied!*

ICF0375621249

SEAN MICHAEL SONS
3379 HWY 1
RACELAND, LA 70394

December 7, 2010

Re:  Claimant Identification Number: 3435577

Dear Claimant:

You submitted a claim to the Gulf Coast Claims Facility ("GCCF") for an Emergency Advance Payment for damages relating to the Deepwater Horizon Incident on April 20, 2010 (the "Spill"). Your submission did not meet the criteria established for Emergency Advance Payments from the GCCF and consequently your request for an Emergency Advance Payment has been denied for the following reason(s):

In determining eligibility, the GCCF applies the same factors to every claim. The GCCF takes into account evidence of the connection between the asserted loss and the Spill, the nature of the claimant's job or business, and the extent to which the claimant's job or business is dependent upon injured property or natural resources. In weighing these factors, the GCCF has determined that you did not demonstrate that you lost profits or income as a direct result of the Spill.

This decision is based on criteria that apply to all claimants seeking payments from the GCCF. This denial applies to your request for an Emergency Advance Payment only and does not affect your right to submit claims for Interim or Final Payments. Specific information and instructions related to the Interim and Final Payment claim submission processes will be made available on the GCCF website and copies of all materials will be mailed to you. You will not have to resubmit any of the documentation previously provided to the GCCF. You will be required, however, to submit additional documentation to support your claim for an Interim or Final Payment.

If you have any questions about the denial of your claim, or about how to submit a claim for an Interim or Final Payment, contact the GCCF toll-free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), or visit www.GulfCoastClaimsFacility.com. For TTY assistance call 1-866-682-1758. Please be sure to provide your Claimant Identification Number, as well as your full name, your address and the last four digits of your Social Security Number or Taxpayer ID in all correspondence with the GCCF.

Sincerely,
Administrator
Gulf Coast Claims Facility

P.O. BOX 9658 | Dublin, OH 43017-4958 | Toll-Free: 1-800-916-4893 | Fax: 1-866-682-1772 | info@gccf-claims.com