# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Elmer | Mary | Lou | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| 987 Lakeshore Drive | Slidell, LA 70461 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>Elmer's Island |
| Job Title / Description | Type of Business |
| Address | Address<br>(see attached property description) |
| City / State / Zip | City / State / Zip<br>St. Bernard Parish, Louisiana |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

| | |
|---|---|
| ☑ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☑ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☑ Removal and/or clean-up costs |
| | ☐ Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Earnings: Applicant lost income as a result of the closing of Elmer's Island where entrance fees were charged. Dimunition of proof value and cleanup claims are made for the entirety of Elmer's Island including the following described property: (see attached property description), and all other property in which the Elmers have paid property taxes on for the past year.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Elmer's Island has been used as a staging ground for clean up crews of BP and others without compensation.

2

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [x] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10. Person who utilizes natural resources for subsistence.

- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [ ] 5. Resident who lives or works in close proximity to coastal waters.

- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_J. MmAt GmA #33196 (LA)_
Claimant or Attorney Signature

_Jessica L. Ibert_
Print Name

_4/20/11_
Date

3

# TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

MUNICIPAL ADDRESS

PROPERTY DESCRIPTION

TRACT MEAS 61 FT ON CANAL AT A STAKE BOUND S-E LANDS
OF VENDOR N-E LANDS OF R TERREBONNE S-W BY C GUILLEU
& NW BY BAYOU THUNDER CHENIERE CAMINADA 1629/227 1647/195
1646/996 2256/039 (0170981)

---

# 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001032 | 96748 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 100 | |
| TOTAL ASSESSMENT / TAX | 100 | $1.22 |
| NET ASSESSMENT / TAX | | $1.22 |

### 2010 - MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | | 12.23 | $1.22 |
| MOSQUITO CONTROL | 100 | | $48.00 |

Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

| PAY THIS AMOUNT |
|---|
| $49.22 |

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.**
**KEEP THIS PORTION FOR YOUR RECORDS.**

KEEP ----- ✂ ----- KEEP

## CHANGE OF ADDRESS NOTIFICATION FORM
### MAIL THIS SECTION TO THE ASSESSOR ONLY

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.*  (504) 362-4100.

Parcel#: 0610001032          Correct Mailing Address: _____
ELMER, CHARLES C
987 LAKESHORE DR             City, State, Zip: _____
SLIDELL, LA  70461
                             Municipal (physical) Address: _____

Signature: _____          Date: _____

1       WENTY-TWO:

A CERTAIN TRACT OF LAND in Jefferson Parish, Louisiana, in Chenier Caminada measuring 81 feet front on Canal at a stake, bounded on the southeast by lands of vendor, bounded on the northeast by lands of R. Terrebonne, bounded on the southwest by lands of C. Guillen and bounded on the northwest by Bayou Thunder.

**IMMOVABLE PROPERTIES**

PARCEL ONE:

AN UNDIVIDED THREE THIRTIETHS (3/30ths)
OWNERSHIP INTEREST IN AND TO:

THAT CERTAIN TRACT OF LAND being an Island known by the name of "Grand Terre", containing twelve hundred (1200) acres, more or less, lying in Township 21 South, Range 25 East and being in the District of Barataria, situated in both Jefferson and Plaquemines Parishes, State of Louisiana, situated at the mouth of the Barataria Bay, being bounded now, or formerly by the lands of the following: on the south by the Gulf of Mexico, on the north by Plaquemines Parishes and its Eastern Inlets, on the east by Quatro Bayou Pass, better known as Four Bayou Pass and the Bay to the north of said pass, and on the west by Grand Pass, otherwise known as Barataria Pass. Said Island being the same tract of land described in Act of Congress from the United States to Francois Mayronne, dated February 18, 1933, records of Jefferson Parish, Louisiana, COB 376, folio 639, COB 436, folio 242, COB 963, folio 878, and COB 962, folio 617.

Less and except one hundred thirty two (132) acres, more or less, being the United States Government reservation, situated on the west end of said Island.

Being the same property acquired by W. Jay Elmer, Inc., from W. Jay Elmer, Charles C. Elmer, and Jay W. Elmer by Act of Sale before Patrick E. Carr, Notary Public for the Parish of Jefferson, dated February 15, 1960, and duly recorded in COB 500, folio 520, in the Clerk of Court's office in the Parish of Jefferson, Louisiana.

## TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

**MUNICIPAL ADDRESS**

**PROPERTY DESCRIPTION**

1990 TAX SALE TO PARISH OF JEFFERSON 2578/126 IN THE NAME OF W J ELMER INC 1629/227 OWNER   1989 GRAND ISLE TAX SALE TO TOWN OF GRAND ISLE 2331/564 IN THE NAME OF W J ELMER INC 1629/227 OWNER   1986 GRAND ISLE TAX SALE TO W J G ENTERPRISES INC 1816/603 IN NAME OF W J ELMER INC 1629/227 PRESENT OWNER 1983 TAX SALE TO STATE OF LA 1078/398 IN NAME OF H W JAY ELMER 500/520 LIQUIDATION TO ELMER,W JAY & LUCILLE, JAY & CHARLES ELMER 1629/227 PRESENT OWNER  LOTS 7 8 & 9 CASSAGNE PK

### 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | | BILL NUMBER |
|---|---|---|
| 8610001030 | | 400834 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 3,170 | |
| **TOTAL ASSESSMENT / TAX** | 3,170 | $38.77 |
| **NET ASSESSMENT / TAX** | | $38.77 |

**2010 - MILLAGE- BASED TAX CHARGES**

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 3,170 | 12.23 | $38.77 |
| MOSQUITO CONTROL | | | $48.00 |
| | | | |
| Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs. | | | |
| **PAY THIS AMOUNT** | | | $86.77 |

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.
KEEP THIS PORTION FOR YOUR RECORDS.**

KEEP                                                                KEEP

---

### CHANGE OF ADDRESS NOTIFICATION FORM
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.  (504) 362-4100.*

Parcel#: 8610001030       Correct Mailing Address:
ELMER,W J INC
% ELMER,W JAY & LUCILLE &       City, State, Zip:
JAY & CHARLES ELMER
987 LAKESHORE BLVD       Municipal (physical) Address:
SLIDELL, LA 70461

Signature: _____       Date: _____

TOWN OF GRAND ISLE
2010 PROPERTY TAX BILL

**IMPORTANT INFORMATION**

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

MUNICIPAL ADDRESS

PROPERTY DESCRIPTION

EAST 1/2 OF TRACT OF LAND FRONTING ON GOLDEN MEADOW
GRAND ISLE HWY MEAS 67 FT & EXT 1000 FT TO BAYOU THUNDER
E BY PUBLIC LANE & W BY LEVI COLLINS CHENIERE CAMINADA
229/400   1629/227  1647/195  1666/094  2258/089   10170081

2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001033 | 96749 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 140 | $1.71 |
| TOTAL ASSESSMENT / TAX | 140 | $1.71 |
| | | ===== |
| NET ASSESSMENT / TAX | | $1.71 |

**2010 - MILLAGE - BASED TAX CHARGES**

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 140 | 12.23 | $1.71 |
| MOSQUITO CONTROL | | | $48.00 |

Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

PAY THIS AMOUNT      $49.71

THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.
KEEP THIS PORTION FOR YOUR RECORDS.

KEEP ----%----                                                      ----%---- KEEP

**CHANGE OF ADDRESS NOTIFICATION FORM**
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.  (504) 362-4100.*

Parcel#: 0610001033          Correct Mailing Address: _____
ELMER,CHARLES C
987 LAKESHORE DR             City, State, Zip: _____
SLIDELL, LA 70461
                             Municipal (physical) Address: _____

Signature: _____          Date: _____

**PARCEL TWENTY-FIVE:**

A CERTAIN TRACT OF LAND, in Jefferson Parish, Louisiana, Township 22 South, Range 23 East, being the east one-half (½) of a tract of land fronting on Golden Meadow Grand Isle Highway measuring 67 feet front and extending in depth 1000 feet to Bayou Thunder, bounded on the east by a public lane, and bounded on the west by lands of Levi Collins, in Chenier Caminada, further described in COB 229, folio 400.

# TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001025 | 96972 |

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 140 | |
| TOTAL ASSESSMENT / TAX | 140 | $1.71 |
| NET ASSESSMENT / TAX | | $1.71 |

#### 2010 - MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 140 | 12.23 | $1.71 |
| MOSQUITO CONTROL | | | $48.00 |
| PAY THIS AMOUNT | | | $49.71 |

Taxes become due upon receipt of this bill & become delinquent after **December 31, 2010**. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

### MUNICIPAL ADDRESS

### PROPERTY DESCRIPTION

TRACT OF LAND 135 FT ON CAMINADA BAY TO LANDS OF BEASLEY & WYSS BOUNDED N-E BY WRS A BAYS & S-W BY LANDS OF BEASLEY & WYSS   1629/227 1647/195 1648/096   2258/039
10170081

---

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.**
**KEEP THIS PORTION FOR YOUR RECORDS.**

KEEP ✂ ---------------------------------------------------------- ✂ KEEP

## CHANGE OF ADDRESS NOTIFICATION FORM
### MAIL THIS SECTION TO THE ASSESSOR ONLY

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.  (504) 362-4100.*

Parcel#: 0610001025
ELMER,CHARLES C
987 LAKESHORE DR
SLIDELL, LA  70461

Correct Mailing Address: _____

City, State, Zip: _____

Municipal (physical) Address: _____

Signature: _____      Date: _____

PARCEL TWENTY-ONE:

A CERTAIN TRACT OF LAND in Jefferson Parish, Louisiana, in the District of Chenier Caminada, measuring 135 feet front on Caminada Bay and extending in depth to lands of Beasley & Wyss, bounded on the northeast by lands of Mrs. A. Bayes, and bounded on the southwest by lands of Beasley & Wyss, adjudicated to the State of Louisiana in the name of Est. of F. Boudreaux for the taxes of the years 1883, 1884, 1885, 1886, 1887, and 1888.

Being the same property acquired by W. Jay Elmer at Tax Sale by Frank J. Clancy, Sheriff of the Parish of Jefferson, dated December 27, 1945, registered in COB 221, folio 695, and on which Patent No. 14112 was issued to W. Jay Elmer by the State of Louisiana on the 11th day of February, 1946, registered in COB 221, folio 696.

# TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

MUNICIPAL ADDRESS

PROPERTY DESCRIPTION

FOUR CERTAIN TRACTS OF LAND IN GRAND ISLE IN PT KNOWN
AS COTT DIV 1629/227  1447/195  1664/096  2256/039
1017/081

---

**2010 ORIGINAL TAX NOTICE**

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001036 | 96751 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 100 | |
| TOTAL ASSESSMENT / TAX | 100 | $1.22 |
| NET ASSESSMENT / TAX | | $1.22 |

**2010 - MILLAGE - BASED TAX CHARGES**

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 100 | 12.23 | $1.22 |
| MOSQUITO CONTROL | | | $48.00 |

Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

| PAY THIS AMOUNT | $49.22 |
|---|---|

**KEEP**

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.**
**KEEP THIS PORTION FOR YOUR RECORDS.**

---

**KEEP**

## CHANGE OF ADDRESS NOTIFICATION FORM
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.  (504) 362-4100.*

Parcel#: 0610001036
ELMER, CHARLES C
987 LAKESHORE DR
SLIDELL, LA  70461

Correct Mailing Address: _____

City, State, Zip: _____

Municipal (physical) Address: _____

Signature: _____   Date: _____

**PARCEL TWENTY-SIX:**

FOUR CERTAIN TRACTS OF LAND, lying in Grand Isle, situated in Jefferson Parish, Louisiana, in that part known as Cott Division.

## TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

**MUNICIPAL ADDRESS**

O CURRAULT LN

**PROPERTY DESCRIPTION**

LOTS 27 & 28 SQ 8 & LOTS 15 22 SQ C 3976 ISLAND BEACH
1629/227 1647/195 1646/096 2285/039 10170061

--- KEEP ---✂--- THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT. ---✂--- KEEP ---
KEEP THIS PORTION FOR YOUR RECORDS.

### CHANGE OF ADDRESS NOTIFICATION FORM
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.*  (504) 362-4100.

Parcel#: 0610001034                    Correct Mailing Address: _____
ELMER, CHARLES C
987 LAKESHORE DR                       City, State, Zip: _____
SLIDELL, LA  70461
                                       Municipal (physical) Address: _____

Signature: _____             Date: _____

## 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001034 | 96750 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 4,260 | |
| BUILDING ($) | 710 | |
| **TOTAL ASSESSMENT / TAX** | **4,970** | **$60.78** |
| NET ASSESSMENT / TAX | | $60.78 |

### 2010 - MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 4,970 | 12.23 | $60.78 |
| MOSQUITO CONTROL | | | $48.00 |

Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

| PAY THIS AMOUNT | |
|---|---|
| | $108.78 |

--- KEEP ---✂

CERTAIN TRACTS OF LAND in Jefferson Parish, Louisiana, in that part known as ~~Cheniere Caminada~~, specifically Lots 27 & 28, Square B, and Lots 1, 2, 15, and 22, Square C, 3976 Island Beach, ~~Cheniere Caminada.~~ GRand Isle

## TOWN OF GRAND ISLE
### 2010 PROPERTY TAX BILL

**IMPORTANT INFORMATION**

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

MUNICIPAL ADDRESS

**PROPERTY DESCRIPTION**

1999 TAX SALE IN NAME OF W JAY ELMER LIQUIDATION NO
W JAY & LUCILLA.JAY & CHARLES ELMER 1647/227 INT SALE
TO ELMER,WILLIAM JAY & CHARLES 1647/195 INT SALE TO
JAY M ELMER 1666/096 CHARLES & JAY M ELMER OWNERS
EXCHANGE TO JAY M ELMER 2084/177 AMENDED SUCC TO CHARLES
C ELMER 1017/001 OWNER A CERT TRACT OF LAND IN T
22 S R 24 E BOUNDED ON N BY CAMINADA PASS ON S BY
GULF OF MEXICO ON W BY SCT 21 ON NO BY CAMINADA BAY
1629/227 1647/195 1666/096 2258/039 10172081

*Elmero Island*
*Beach*

---

### 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | | BILL NUMBER |
| 0610001027 | | 70879 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 3,540 | |
| TOTAL ASSESSMENT / TAX | 3,540 | $43.29 |
| NET ASSESSMENT / TAX | | $43.29 |

#### 2010 MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 3,540 | 12.23 | $43.29 |
| MOSQUITO CONTROL | | | $48.00 |

Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

**PAY THIS AMOUNT** | $91.29

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.**
**KEEP THIS PORTION FOR YOUR RECORDS.**                    KEEP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CHANGE OF ADDRESS NOTIFICATION FORM
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.*  (504) 362-4100.

Parcel#: 0610001027
ELMER, CHARLES C
987 LAKESHORE DR
SLIDELL, LA  70461

Correct Mailing Address: _____

City, State, Zip: _____

Municipal (physical) Address: _____

Signature: _____   Date: _____

KEEP

# TOWN OF GRAND ISLE
## 2010 PROPERTY TAX BILL

### IMPORTANT INFORMATION

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provided to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

**MUNICIPAL ADDRESS**

**PROPERTY DESCRIPTION**

SEC 24 25 TOWNSHIP 22 S RANGE 23 EAST 1629/227 1647/195
1666/096 2258/039 10170081

---

## 2010 ORIGINAL TAX NOTICE

| PARCEL NUMBER | BILL NUMBER |
|---|---|
| 0610001028 | 70880 |

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 28,200 | |
| TOTAL ASSESSMENT / TAX | 28,200 | $344.89 |
| NET ASSESSMENT / TAX | | $344.89 |

### 2010 - MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | ASSESSMENT | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| CITY TAX | 28,200 | 12.23 | $344.89 |
| MOSQUITO CONTROL | | | $48.00 |
| | | | |
| Taxes become due upon receipt of this bill & become delinquent after December 31, 2010. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs. | | | |
| **PAY THIS AMOUNT** | | | $392.89 |

KEEP

**THIS DOCUMENT & YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT.**
KEEP THIS PORTION FOR YOUR RECORDS.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CHANGE OF ADDRESS NOTIFICATION FORM
*MAIL THIS SECTION TO THE ASSESSOR ONLY*

If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail to: *Jefferson Parish Assessor's Office, 200 Derbigny Street - 1st Floor, Gretna, LA 70053.* (504) 362-4100.

Parcel#: 0610001028
ELMER, CHARLES C
987 LAKESHORE DR
SLIDELL, LA 70461

Correct Mailing Address: _____

City, State, Zip: _____

Municipal (physical) Address: _____

Signature: _____     Date: _____

**PARCEL THREE:**

A CERTAIN TRACT OF LAND, 452.24 acres in Section 24, and 377.36 acres in Section 25, Township 22 South, Range 23 East, Eastern Land District of the State of Louisiana, Jefferson Parish, in an area known as Cheniere Caminada bounded on the west and north by Bayou Thunder Von Trane, which Bayou is the boundary line between the Parishes of Jefferson and Lafourche, on the south by the Gulf of Mexico and/or Bayou Caminada, and on the east by Sections 20 and 21, Township 22 South, Range 24 East.

**PARCEL FOUR:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in the part known as Cheniel Caminada, measuring 51' front on Caminada Bay, extending in depth to Bay St, Honore, bounded on the northeast by lands of J&F Boudreaux, and on the southwest by lands of R. Charron;

**ST. BERNARD PARISH SHERIFF'S OFFICE**
**SHERIFF JACK A. STEPHENS**
**SHERIFF & EX-OFFICIO TAX COLLECTOR**
PO BOX 168
CHALMETTE, LA 70044-0168
PHONE: 504-271-2504

# 2010
# TAX NOTICE

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

IF YOU NO LONGER OWN THIS PROPERTY OR HAVE MOVED, PLEASE NOTIFY THIS OFFICE IMMEDIATELY.

6 399 000 0 1493
ELMER, JAY W. 3/4 8187
ETALS
987 LAKESHORE BLVD
SLIDELL LA 70461-4689

P.I. NUMBER #: 6 399 000 0 1493
BILL #: 010-16700

| CLASS OF PROPERTY | ASSESSED VALUE | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|
| Brackish Marshland | 12,448 | FIRE DISTRICT #2 | 8.35 | 103.94 |
| | | PARISH WIDE | 94.96 | 1,182.06 |
| TOTAL ASSESSMENT | 12,448 | | | |
| TAXABLE | 12,448 | | | |

pd. in full
Ck# 2154
amount
1,286.00
11/29/2010

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) TOTAL TAXES DUE: $ 1,286.00

TS12S R17E PTN. SEC. 1 CONT. 360 AC
.; ALL SEC.11 CONT.591 AC.
ALL SEC.12 CONT. 610 AC.; PTN.SEC.
12 CONT. 262 AC.; ALL SEC. 14
CONT. 400 AC. & 400 AC. LAND SIT.IN

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT. *Questions must be resolved by December, 31, 2010

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

St. Bernard

**ST. BERNARD PARISH SHERIFF'S OFFICE**
**SHERIFF JACK A. STEPHENS**
**SHERIFF & EX-OFFICIO TAX COLLECTOR**
PO BOX 168
CHALMETTE, LA 70044-0168
PHONE: 504-271-2504

# 2010 TAX NOTICE

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

6 399 000 0 1495 3/4 · 8168
ELMER, JAY W.
ETALS
987 LAKESHORE BLVD
SLIDELL LA 70461-4689

P.I. NUMBER #: 6 399 000 0 1495
BILL #: 010-16701

| CLASS OF PROPERTY | ASSESSED VALUE | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|
| Brackish Marshland | 2,756 | FIRE DISTRICT #2 | 8.35 | 23.01 |
| | | PARISH WIDE | 94.96 | 261.70 |
| TOTAL ASSESSMENT | 2,756 | | | |
| TAXABLE | 2,756 | | | |

pd in full
ck # 2153
amount 284.71
11/29/2010

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) TOTAL TAXES DUE: $ 284.71

1) ALL SEC. 10 TS12SR17E CONT. 289
AC. BALANCE OF SEC. UNDERWATER
2) 1/2 OF SEC.15 BEING 1/2 ADJ. & N
EAREST TO SEC.10 TS12SR17E CONT
APPROX. 200 ACRES

*Questions must be resolved by December, 31, 2010

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

Dup X Have description on this use the Bill down

8

CERTAIN LOTS OF GROUND in St. Bernard Parish, State of Louisiana, situated in Township 12 South, Range 17 East, as follows: a portion of Section 1 containing 360 acres; all of Section 11 containing 591 acres; all of Section 12 containing 610 acres; a portion of Section 12 containing 262 acres; all of Section 14 containing 400 acres; and 400 acres of land situated in Section 15, Township 12 South, Range 17 East, commencing on the northwest corner of Section 15, thence along the section line between Sections 15 and 22 in an easterly direction to a point to make 400 acres, thence turn at a right angle and proceed in a northerly direction on a line parallel to the westerly section line of Section 15 to a point in the line dividing

Section 15 from Section 10, thence turn and run in a westerly direction along the section line dividing Section 10 and Section 15 to the point of beginning.

All of section 10, Township 12 South, Range 17 East, containing 289 acres (the balance of this Section is under water); one half (½) of Section 15 being the one-half (½) adjacent and nearest to Section 10, Township 12 South, Range 17 East, containing approximately 200 acres.

**PARCEL FIVE:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, that part known as Chenier Caminada, said portion of ground measuring 98' front on Bayou Thunder, extending in depth to the property line of property owned by E. Angelette, bounded on the northeast by lands of G. Martin, and bounded on the southwest by the estate of Pitre;

**PARCEL SIX:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in that part known as Chenier Caminada, said portion of ground measuring one-half (½) arpent front on Bayou Thunder and extending in depth to the property line of property of Marcombe, bounded on the northeast by lands owned by Marcombe, and bounded on the southwest by lands of F. Marcombe;

**PARCEL SEVEN:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in that part known as Chenier Caminada, said portion of ground measuring 40' front on Caminada Bay and extending in depth to Bay St. Honore;

**PARCEL EIGHT:**

A CERTAIN TRACT OF LAND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in that part known as Chenier Caminada, said tract measuring 384' front on Caminada Bay and extending in depth to a ditch along Bayou Thunder;

**PARCEL NINE:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in that part known as Chenier Caminada, said portion of ground measuring144' fronting on Chenier Caminada Bay and extending in depth to Bay St. Honore;

**PARCEL TEN:**

A CERTAIN PORTION OF GROUND, situated in the Parish of Jefferson, Louisiana, in Township 22 South, Range 24 East, in that part known as Chenier Caminada measuring 55' front on Caminada Bay and extending in depth to Bay St. Honore, bounded on the northeast by lands of A. L. Petit, bounded on the southwest by lands of O. Gotoni, Less Lot 16, Square 5.

**PARCEL ELEVEN:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Chenier Caminada, Section 16, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder, on the West by Section 17, and on the East by Section 15, on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 76.89 acres more or less.

4



**PARCEL TWELVE:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Cheniel Caminada, Section 17, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder; on the West by Section 18, and on the East by Section 16, on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 87.47 acres, more or less.

**PARCEL THIRTEEN:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Cheniel Caminada, Section 18, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder; on the West by Section 19, and on the East by Section 17, on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 101.10 acres, more or less.

**PARCEL FOURTEEN:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Cheniel Caminada, Section 19, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder; on the West by Section 20; and on the East by Section 18, on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 111.65 acres, more or less.

**PARCEL FIFTEEN:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Cheniel Caminada, Section 20, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder; on the East by Section 21; and on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 101.69 acres, more or less.

**PARCEL SIXTEEN:**

CERTAIN TRACT OR PARCEL OF LAND, together with improvements thereon in that portion of Jefferson Parish, Louisiana, now as Cheniel Caminada, Section 21, Township 22 South, Range 24 East. The entire area of land bounded on the North by Bayou Thunder; on the West by Section 25, Township 22 South, Range 23 East; and on the East by Section 20, on the South by Bay Caminada, and/or the Gulf of Mexico, comprising 298.0 acres, more or less.

9

**PARCEL SEVENTEEN:**

All property in Sections 22, 23, and 24 Township 22 South, Range 24 East, Chenier Caminada, all lying south of the Louisiana State Highway and more fully described in COB 506, folio 520, less Lots 1A through 20A, Square 6; Lots 1A through 18A Square 7; Lots 1A through 18A Square 8; Lot 8, Square 3 (COB 955, folio 174, COB 907, folio 581); Lots 17, 18, 18A, Square 4 (COB 885, folio 980, COB 904, folio 590, folio 907, COB 833, folio 50, folio 805), Lot 5, Square 5 (COB 992, folio 893); Lot 12, Square 5 (COB 977, folio 788, folio 1053, folio344, COB 1015, folio 948, COB 1008, folio 768, COB 999, folio 277, and COB 998, folio 38);

**PARCEL EIGHTEEN:**

Gormley & Saxton Subdivision, situated in Jefferson Parish, Louisiana, Sections 16 and 17, Township 22 South, Range 24 East, Less Lot 11, Square 1 sold to R. Allie recorded in COB 782, folio 560, Less that certain parcel sold to I. Boug, recorded in COB 801, folio 207; Less that parcel sold to S. Dardare, recorded in COB 801, folio 206, Less Lot 11, Block 2 sold to Morpart, recorded in COB 799, folio 670, Less Lot 15, Gormley, sold to R. Hebert, recorded in COB 827, folio 501; Less lot 3, Block 5, Gormley, sold to E. McCabe, recorded in COB 808, folio 15; Less Lot 4, Block 5, Gormley, sold to D. Perttit, recorded in COB 818, folio 957; Less Lot 8, Block 6, Gormley, sold to E. Rieth, recorded in COB 816, folio 325; Less Lot 3, Square 3, Gormley, sold to G. Gardner, recorded in COB 820, folio 143; Less Lots 10 & 11, Block 4, sold to J. Joagum, recorded in COB 824, folio 44, Less Lot 5, Block 6, Gormley, sold to Loyacano, recorded in COB 856, folio 520.

**PARCEL NINETEEN:**

CERTAIN TRACTS OF LAND situated in Jefferson Parish, Louisiana, Sections 16 and 17, Township 22 South, Range 24 East, in Gormley Subdivision, as shown in Gormley Subdivision map 4136: Lots 1A and 20A in Square 6; Lots 1A and 18A in Square 7; Lots 1A and 18A in Square 8; and Lots 1A and 15A in Square 9;

**PARCEL TWENTY:**

A CERTAIN TRACT OF LAND in Jefferson Parish, Louisiana, designated Section 36 of Township 23 South, Range 23 East and further described as being bounded on the south by the Gulf of Mexico, on the west by Thunder Bayou, on the north by Section 25 in Township 22 South, Range 23 East and bounded on the east by Section 24, Township 22 South, Range 24 East.

**PARCELS THREE THROUGH TWENTY**



**FedEx** Express

US Airbill

Tracking Number 8728 2771 5961

**1 From** Please print and press hard.

Date 1/28/11   Sender's FedEx Account Number

Sender's Name Lois Fallon

Phone 985-643-1291

Company

Address 3628 Riviera Dr.

City Slidell   State LA   ZIP 70458

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Kenneth Hooks III   Phone 225-753-0222

Company Dodson Hooks + Frederick

Address 4465 North Blvd

Suite 350

City Baton Rouge   State LA   ZIP 70806

**4a Express Package Service**

- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**

**5 Packaging**

- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

**7 Payment** Bill to:

- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

5178 D54A-1772-0461-4415

Ship and track packages at fedex.com.

Free automatic and unlimited tech support

from Tech Depot Services PC Support Agent.

Please visit officedepot.com/

techdepotservice and click on the download

button for PC Support Agent.

Thanks for shopping at Office Depot

OFFICE DEPOT #418
1583 Gause Blvd.
Slidell, La 70458
985-781-2505

02/28/2011 11.1A 1:20 PM
STR 418 REG20 TRN 462 EMP 1111

---

SALE

| Product ID | Description | Total |
|---|---|---|
| 162911 | Impression,BWSlfSr | 0.36 SS |
| 4@0.09 | | |
| | Subtotal | 0.36 |
| Sales Tax: | | 0.03 |
| | Total | 0.39 |
| | Visa 1294 | 0.39 |

******************************************
Shop online at www.officedepot.com
******************************************

WE WANT TO HEAR FROM YOU!
Participate in our 15 minute online customer survey and receive a coupon for $10 off your next qualifying purchase of $50 or more on office supplies, furniture and more.
Visit www.officedepot.com/feedback
You will need the survey code below:

******************************************

22VTAUAUXQ53X8C4M9

WE FIX COMPUTERS!
next day guaranteed!*
Bring your PC** to a local Office Depot and we will quickly evaluate it and make recommendations to improve its performance and security.* In-store services from Tech DepotTM Services ordered by noon will be ready by 6 p.m. the next day or you get a $25 Office Depot Gift Card. Excludes data back-up/transfer and hardware repairs. See www.officedepot.com for details. ** Operating system requirements Windows XP service pack 2 or newer. Visit officedepot.com/techdepotservices
Thanks for shopping at Office Depot

Copy & Print Depot

Your partner in PRINTING & SHIPPING

solutions.

Free automatic and unlimited tech support

from Tech Depot Services PC Support Agent.

Please visit officedepot.com/

techdepotservice and click on the download

button for PC Support Agent.

Thanks for shopping at Office Depot

OFFICE DEPOT #418
1583 Gause Blvd.
Slidell, La 70458
985-781-2505

02/28/2011 11.1A 1:15 PM
STR 418 REG22 TRN 654 EMP 1111

----------------------------------------

SALE

| Product ID | Description | Total |
|---|---|---|
| 163061 | Impression,BWSlfSr | 1.44 SS |
| 16@0.09 | | |
| 163391 | Impression,BWSlfSr | 1.26 SS |
| 7@0.18 | | |
| | Subtotal | 2.70 |
| Sales Tax: | | 0.24 |
| | Total | 2.94 |
| | Visa 1294 | 2.94 |

*****************************************

Shop online at www.officedepot.com

*****************************************

WE WANT TO HEAR FROM YOU!
Participate in our 15 minute online customer survey and receive a coupon for $10 off your next qualifying purchase of $50 or more on office supplies, furniture and more.
Visit www.officedepot.com/feedback
You will need the survey code below:

*****************************************

22VTQUAUYQ5Y68C4M9

WE FIX COMPUTERS!
next day guaranteed!*
Bring your PC** to a local Office Depot and we will quickly evaluate it and make recommendations to improve its performance and security.* In-store services from Tech DepotTM Services ordered by noon will be ready by 6 p.m. the next day or you get a $25 Office Depot Gift Card. Excludes data back-up/transfer and hardware repairs. See www.officedepot.com for details. ** Operating system requirements Windows XP service pack 2 or newer. Visit officedepot.com/techdepotservices
Thanks for shopping at Office Depot

Copy & Print Depot

Your partner in PRINTING & SHIPPING

solutions.

**ST. BERNARD PARISH SHERIFF'S OFFICE**
**SHERIFF JACK A. STEPHENS**
**SHERIFF & EX-OFFICIO TAX COLLECTOR**
PO BOX 168
CHALMETTE, L A 70044-0168
PHONE: 504-271-2504

# 2010
# TAX NOTICE

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.
IF YOU NO LONGER OWN THIS PROPERTY OR HAVE MOVED, PLEASE NOTIFY THIS OFFICE IMMEDIATELY.

6 399 000 0 1493 3/4 8187
ELMER, JAY W.
ETALS
987 LAKESHORE BLVD
SLIDELL LA 70461-4689

P.I. NUMBER #: 6 399 000 0 1493
BILL #: 010-16700

| CLASS OF PROPERTY | ASSESSED VALUE | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|
| Brackish Marshland | 12,448 | FIRE DISTRICT #2 | 8.35 | 103.94 |
| | | PARISH WIDE | 94.96 | 1,182.06 |
| TOTAL ASSESSMENT | 12,448 | | | |
| TAXABLE | 12,448 | | | |

pd in full
Ck# 2154
amount
1,286.00
11/29/2010

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)

TOTAL TAXES DUE: $ 1,286.00

T512S R17E PTN. SEC. 1 CONT. 360 AC
.; ALL SEC.11 CONT.591 AC.
ALL SEC.12 CONT. 610 AC.; PTN.SEC.
12 CONT. 262 AC.; ALL SEC. 14
CONT. 400 AC. & 400 AC. LAND SIT.IN

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

*Questions must be resolved by December, 31, 2010

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

St. Bernard

**ST. BERNARD PARISH SHERIFF'S OFFICE**
**SHERIFF JACK A. STEPHENS**
**SHERIFF & EX-OFFICIO TAX COLLECTOR**
PO BOX 168
CHALMETTE, LA 70044-0168
PHONE: 504-271-2504

# 2010 TAX NOTICE

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

6 399 000 0 1495
ELMER, JAY W. 3/4
ETALS
987 LAKESHORE BLVD
SLIDELL LA 70461-4689

P.I. NUMBER #: 6 399 000 0 1495
BILL #: 010-16701

| CLASS OF PROPERTY | ASSESSED VALUE | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|
| Brackish Marshland | 2,756 | FIRE DISTRICT #2 | 8.35 | 23.01 |
| | | PARISH WIDE | 94.96 | 261.70 |
| TOTAL ASSESSMENT | 2,756 | | | |
| TAXABLE | 2,756 | | | |

Pd. in full Ck # 2153 amount 284.71 11/29/2010

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) **TOTAL TAXES DUE: $ 284.71**

1) ALL SEC. 10 TS12SR17E CONT. 289
AC. BALANCE OF SEC. UNDERWATER
2) 1/2 OF SEC.15 BEING 1/2 ADJ. & N
EAREST TO SEC.10 TS12SR17E CONT
APPROX. 200 ACRES

*Questions must be resolved by December, 31, 2010

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

Dup x Have description on this use the Bill dcs

CERTAIN LOTS OF GROUND in St. Bernard Parish, State of Louisiana, situated in Township 12 South, Range 17 East, as follows: a portion of Section 1 containing 360 acres; all of Section 11 containing 591 acres; all of Section 12 containing 610 acres; a portion of Section 12 containing 262 acres; all of Section 14 containing 400 acres; and 400 acres of land situated in Section 15, Township 12 South, Range 17 East, commencing on the northwest corner of Section 15, thence along the section line between Sections 15 and 22 in an easterly direction to a point to make 400 acres, thence turn at a right angle and proceed in a northerly direction on a line parallel to the westerly section line of Section 15 to a point in the line dividing

Section 15 from Section 10, thence turn and run in a westerly direction along the section line dividing Section 10 and Section 15 to the point of beginning.

All of section 10, Township 12 South, Range 17 East, containing 289 acres (the balance of this Section is under water); one half (½) of Section 15 being the one-half (½) adjacent and nearest to Section 10, Township 12 South, Range 17 East, containing approximately 200 acres.