# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Biggers | Brian | Joseph | |

Phone Number: 225-261-0370   E-Mail Address: CentralElectricl@Bellsouth.net

Address: 8918 Hickcock Drive   City / State / Zip: Baton Rouge, LA 70811

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name: Central Electric Co | Business Name |
| Job Title / Description: Owner | Type of Business |
| Address: 10015 Sullivan Road | Address |
| City / State / Zip: Baton Rouge, LA 70818 | City / State / Zip |
| Last 4 digits of your Social Security Number: 9331 | Last 4 digits of your Tax ID Number |

| Attorney Name: Roy Maughan JR | Firm Name: Maughan, Maughan and Lormand |
|---|---|
| Address: 634 Connelly Pkwy | City / State / Zip: Baton Rouge, LA 70806 |
| Phone Number: 1-229-926-8533 | E-Mail Address: unknown |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☐   NO ☑ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I own a 19.5 Feet Fish master bay
boat. My note on it is $267.50 a
month. I have been salt water Fishing
The Grand Isle, Leeville, Golden Meadow
and Larose area For 10 years. From
the time Oil spill happened and all area more
Closed to the time all opened back up, could not Fish

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☑ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

BRIAN J. BIGGERS
_____
Print Name

4/11/11
_____
Date

3

LOUISIANA
000-000  ◄— DECAL

LA

INSTRUCTIONS FOR APPLYING LABEL

THE DECAL MUST BE PLACED ON THE LICENSE PLATE INDICATED ON THE DECAL.

1. CLEAN LICENSE PLATE SURFACE THOROUGHLY. DECAL WILL NOT STICK IF SURFACE IS WET OR DIRTY.
2. BEND FORM AT CORNER OF DECAL AND PEEL SLOWLY.
3. PLACE DECAL IN LOWER RIGHT HAND CORNER OF THE LICENSE PLATE. AFTER APPLYING DECAL TO LICENSE PLATE, DETACH AT PERFORATION AND DESTROY THIS PORTION.

**Louisiana Department of Public Safety and Corrections**
Office of Motor Vehicles
PO Box 64886
Baton Rouge, LA 70896

# REGISTRATION CERTIFICATE

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## THIS REGISTRATION CERTIFICATE MUST BE CARRIED IN THE VEHICLE AT ALL TIMES

| 51 R: | K071377 | 08/2013 | 4TM16JG16AB001218 | 08/18/2009 | 1799 | 1773.39 |
|---|---|---|---|---|---|---|
| IF/LICENSE CODE | LICENSE PLATE | EXPIRATION | VEHICLE IDENTIFICATION NUMBER | DATE | DOMICILE | SALES PRICE OR VALUE |

| TSST | | BT | / | | 4332793331 | | 29.69 |
|---|---|---|---|---|---|---|---|
| MAKE | MODEL/WEIGHT | BODY | COLOR | ODOMETER | DRIVER'S LICENSE/FEIN | CITY LIMITS | LICENSE FEE |

BRIAN J BIGGERS
OWNER'S NAME

| | | | TOW FEE |
|---|---|---|---|

8916 HICKCOCK AVE
STREET

| | 08/18/2009 | | LICENSE CREDIT |
|---|---|---|---|
| | EFFECTIVE DATE | | |

| BATON ROUGE | LA | 70811 | 2 | | | 3.00 |
|---|---|---|---|---|---|---|
| CITY/STATE | | ZIP | SEQ | TAX DATE | | LICENSE PENALTY |

| | | | | CITATION DATE | LICENSE PENALTY CREDIT |
|---|---|---|---|---|---|

NAME

| | | | | | | LICENSE TRANSFER FEE |
|---|---|---|---|---|---|---|
| | | | WT | QUITTANCE | TRADE-IN VALUE | |

STREET

| | | | 32.69 |
|---|---|---|---|
| | STATUS | TAXABLE VALUE | NET LICENSE FEES |

| | | | | STATE SALES TAX | PPM SALES TAX | |
|---|---|---|---|---|---|---|

CITY/STATE          ZIP          RPDATE

| | | | | STATE TAX PENALTY | PPM TAX PENALTY | PARISH FEE |
|---|---|---|---|---|---|---|

## VEHICLE IS SUBJECT TO LIEN(S) AS FOLLOWS          # OF LIENS   1

| | | | | STATE INTEREST | PPM INTEREST | MORTGAGE FEE |
|---|---|---|---|---|---|---|

| HIBERNIA NATIONAL BANK | | | 12/16/2004 | | | |
|---|---|---|---|---|---|---|
| FIRST LIENHOLDER | | | DATE | STATE TAX CREDIT | WHEELCHAIR LIFT | |

| P O BOX 61052 | | | | | | MISCELLANEOUS FEE |
|---|---|---|---|---|---|---|
| STREET | | | | STATE PENALTY CREDIT | PPM PENALTY CREDIT | |

| NEW ORLEANS | LA | 70161 | | | | SERVICE HANDLING FEE |
|---|---|---|---|---|---|---|
| CITY/STATE | | ZIP | | STATE VENDOR'S COMP | PPM VENDOR'S COMP | |

SECOND LIENHOLDER

| | | | NET STATE TAX | NET PPM TAX | TITLE FEE |
|---|---|---|---|---|---|
| STREET | | DATE | | | |

| | | | | | TITLE HANDLING FEE |
|---|---|---|---|---|---|
| CITY/STATE | | ZIP | TOURISM | | |

| 0733 | | BOAT TRL | 11/2008 | | | ADMINISTRATIVE FEE |
|---|---|---|---|---|---|---|
| CLASS | SPECIAL CODES | USE | OLD EXPIRATION | | | |

| 1L | | | | | | $17.39 |
|---|---|---|---|---|---|---|
| DEALER CODE | | LIEN | BATCH/SEQUENCE NUMBER | | | TOTAL FEES |

| | | | | | | 32.69 |
|---|---|---|---|---|---|---|
| PREVIOUS TITLE | PREVIOUS LICENSE NUMBER | EXPIRATION | RP/PRINT | NCST | BATCH NUMBER | TOTAL TAXES |

| N | 12/10/2004 | LA | K2808263 | 05001411256 | 79 | 061 | 0917  9721 | 32.69 |
|---|---|---|---|---|---|---|---|---|
| MAIL | DATE ACQUIRED | STATE | CURRENT LA TITLE | MACHINE/RUN NUMBER | SEQ NUMBER | ON FILE NUMBER R | PPM BATCH/SEQ# | TOTAL |

# 2010-2011 LICENSE

LOUISIANA DEPT OF WILDLIFE & FISHERIES

## LDWF # 028-0263-369

BRIAN BIGGERS

8918 HICKCOCK DR

BATON ROUGE, LA 70818

DL/ID # LA 003097023

HUNTER ED #

11/14/1960  5'7"  240 lbs  Male

| | | |
|---|---|---|
| 024 Resident Basic Fish | $ | 9.50 |
| Saltwater license required to fish | | |
| below the saltwater line | | |
| 027 Resident Saltwater | $ | 5.50 |

| | | |
|---|---|---|
| Total | $ | 15.00 |

Expires 06/10/2011 (Unless Noted Elsewhere)

### ALL SALES ARE FINAL

Signature:

I have verified the privilege(s) bought and read and
agree to the conditions and requirements on back of
this license.

| | |
|---|---|
| Vendor: 001565 | Terminal: 3706413 |
| Tran # 018637536 | 07/03/2010 14:11 |



| PYMT. NO. | ACCOUNT NUMBER | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 84 | 00115600539054 | | DEC  9-11 | $267.50 |

BRAIN J BIGGERS

| | ON OR AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|---|
| | DEC 19-11 | $280.88 |

**CHRISTMAS BILLS PILING UP?**
**CALL ON US!**

THANK YOU FOR YOUR
BUSINESS.

visit us @ www.hibernia.com

HIBERNIA NATIONAL BANK
P O BOX 61336
NEW ORLEANS LA   70161

⑈544400098⑈    115600539054⑈⑈

COUPON MUST ACCOMPANY PAYMENT

# MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE
In the United States District Court for the Eastern District of Louisiana

600 CARONDELET ST.
SUITE 802
NEW ORLEANS, LA 70130

504-264-5740

 1252

BRIAN J BIGGERS
PO BOX 78104
BATON ROUGE LA  70837

MARCH 29, 2011

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Dear BRIAN J BIGGERS:

Pursuant to your request, enclosed please find the following:

- Short Form Joinder (see below for important filing information);
- Court-Approved Notice; and
- Commonly Asked Questions

In order to join the lawsuit the Short Form needs to be filed with the court by April 20, 2011 at the following address:

U.S. District Court for the Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA  70130

Filing this Short Form Joinder provides an answer and claim in the Limitation proceeding, and will join you in the appropriate Master Complaint that has been filed against BP and the other defendants. For further information you may visit www.bpmdl2179.com or www.OilSpillCourtCase.com. You also may visit the Court's website at www.laed.uscourts.gov/OilSpill/OilSpill.htm.

Sincerely,

Plaintiffs' Steering Committee
MDL 2179

\*\*\*

PLAINTIFFS' LIAISON COUNSEL:  Stephen J. Herman, James Parkerson Roy

PLAINTIFFS' STEERING COMMITTEE:  Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Stephen J. Herman, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, James Parkerson Roy, Paul M. Sterbcow, Scott Summy, Mikal C. Watts