# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bell | David | | |

| Phone Number | E-Mail Address |
|---|---|
| 251-680-1834 | dbell@mdbellco.com |
| Address | City / State / Zip |
| 58 Midtown Park | Mobile, AL 36606 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>M D Bell Co., Inc |
| Job Title / Description | Type of Business<br>Real Estate Appraisal |
| Address | Address<br>58 Midtown Park |
| City / State / Zip | City / State / Zip<br>Mobile, AL 36606 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>4031 |

| Attorney Name | Firm Name |
|---|---|
| Mitchell A. Toups & Richard Coffman | Attorneys at Law |
| Address | City / State / Zip |
| P.O. Box 350 | Beaumont, TX 77704 |
| Phone Number | E-Mail Address |
| 409-838-0101 or 409-833-7700 | matoups@wgtlaw.com; rc@cofflaw.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.:   In Process |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

As a direct and/or proximate result of the Deepwater Horizon oil spill, there was a significant

downturn in the real estate transaction industry that, in turn, resulted in a substantial decrease in

earnings and profits.

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Not Applicable

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Not Applicable

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10. Person who utilizes natural resources for subsistence.

- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [ ] 5. Resident who lives or works in close proximity to coastal waters.

- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

_____
Print Name

_____
Date

3

# WELLER, GREEN, TOUPS & TERRELL, L.L.P.

## Attorneys at Law

MITCHELL A. TOUPS, LTD.*+
B. ADAM TERRELL**+
E. HART GREEN
STEVEN C. TOUPS, P.C.

JANNEY GORDON, CP
Certified Paralegal
to Mitchell A. Toups, Ltd.

E-Mail:
matoups@wgttlaw.com
jgordon@wgttlaw.com

Direct Dial (409) 832-1800

Beaumont Office:
**BANK OF AMERICA TOWER**
**2615 CALDER STREET, SUITE 400**
**BEAUMONT, TX  77702**
(Principal Office)

Mailing Address:
POST OFFICE BOX 350
BEAUMONT, TX 77704
(409) 838-0101
Houston: (713) 626-1126

EDWARD H. GREEN*
Of Counsel

GEORGE A. WELLER
(1911-1986)

*BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW AND CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

+BOARD CERTIFIED CIVIL TRIAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY

**BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Direct Fax:  (409) 832-8577

April 19, 2011

Ms. Loretta G. Whyte
District Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:     CA No. 10 md 2179; *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court of the Eastern District of Louisiana (WGTT File NO. 52163)

Dear Ms. Whyte:

Enclosed please find the original and one "RETURN COPY" of the following which I request you file in the above-referenced matter:

- Direct Filing Short Forms As Follows
    - David Bell - MD Bell Co., Inc.
    - Ed Boutwell - New Beginnings Church, Inc.
    - Vanna Breckenridge - Ministry of New Beginnings
    - Tanya Cain - Dynasty Collection, Inc.
    - Steven Ciolino - Ciolino Pharmacy Inc., d/b/a C's Discount Pharmacy
    - Steven Ciolino - C's Discount Pharmacy
    - Eric W. Day, III – Eric W. Day, III DDS
    - James Dezauche – L.A. Boatworks
    - Leevones Dubose – Bay Area Women Coalition, Inc.
    - Grace Farris – Farris Properties
    - Jerry W. Freeman – Cabinetry Sales & Design
    - Julius Haston – Walls of Salvation International Church
    - Sylvia Hunter – Forever Flowing Ministries Infant Center

- Lucy Johnson – Goudeau's Healthmart Pharmacy
- Abdul Khan – Islamic Association of Arabic, LTD
- Damon Landry – DHP Enterprises
- Enrique Lang – Fair Housing Agency of Alabama
- Gerard Martin – Gerard J Martin, DDS
- Juan Melguizo – Juan Melguizo, DDS
- Valerie Musial – Musial Dental Center, Inc.
- Laurence Norton – Dr. Laurence T. Norton, III, DDS
- Devin Oten – Mighty Strength of Jesus Ministries
- Jesse Pate – Family Enrichment
- Jesse Pate – Harvest Ripe Church
- Bimal Patel – Sheena Inc.
- B.O. Richardson – B.O. Richardson Real Estate
- Tanis Robinson – C.A.'s House Bed & Breakfast
- Jesse Scott – Bible Way Apostolic Church of God
- Kim Seaman – Seaman & Associates
- Donald Shavers – Apostolic Overcoming Holiness Church of Christ
- Chancey Smith – True Praise Deliverance / True Praise Fun Care Center
- Williemae Stanberry – Real Estate
- Charles Taylor – Full Gospel Holiness Church
- Jay Wang – Value Travel Inn
- James Williams – Williams Appraisals
- Elester Woods – Back to the Bible Church

Please acknowledge receipt and date of filing by date stamping and returning the enclosed return copy to me.  If you have any questions, please do not hesitate to contact me.

Sincerely,

Mitchell A. Toups

/cs
Enclosure

cc:

Mr. Richard Coffman
505 Orleans Street, Suite 505
Beaumont, TX  77701