# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982

(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| LANEAUX | EuReaKa | D | S |

| Phone Number | E-Mail Address |
|---|---|
| 985-677-2728 | |

| Address | City / State / Zip |
|---|---|
| 956 Old Spanish Trail | |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name Fresh STart JANitorial service | Business Name |
| Job Title / Description House Keeper | Type of Business |
| Address 2420 8th street | Address |
| City / State / Zip Slidell, LA 70451 | City / State / Zip |
| Last 4 digits of your Social Security Number 9240 | Last 4 digits of your Tax ID Number |

| Attorney Name MS, CHING Le | Firm Name |
|---|---|
| Address 335 City PaRK | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☐ |
|---|---|
| If yes, BP Claim No.: 3092493 | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply):
- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: _____

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

July 30,2010

Fresh Start Janitorial service
24208 8th Street
Slidell,Louisiana 70451

Ms. Laneaux work for my cleaning service,
we regret having to let our worker go do to business
slowing down by the cause of the recent oil spill.In
all said our employee has been layed off until business
picks up.

Ms. Laura Poter

Cost Center   Type 016276-016276
02740   S
Att: Payroll Department
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

# Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Ending: | 05/30/2008 |
| Check Date: | 06/06/2008 |
| Check Number: | 0079791564 |
| Batch Number: | 000000655 |

Taxable Marital Status: S
Employee ID: 000624562
Exemptions/Allowances
   Federal: 01
   State:   00
   Local:

**EUREAKA D LANEAUX**
**41223 HWY 190E**
**SLIDELL, LA 70461**

| Earnings | Rate | Hours | This period | Year-to-date |
|---|---|---|---|---|
| REGULAR | 7.00 | 40.00 | 280.00 | 386.75 |
| | Gross Pay | | $280.00 | 386.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | FICA EE | 17.36 | 23.98 |
| | MEDICARE | 4.06 | 5.61 |
| | FED W/H | 16.90 | 16.90 |
| | LA W/H | 6.41 | 8.65 |
| | Net Pay | $235.27 | |

| Other Benefits and Information | This period | Balances |
|---|---|---|

**Message:**
CALL 1-888-237-4114 TO REPORT WORK OFF THE
CLOCK

© 1995 Automatic Data Processing (PCSPR)

SOUTHEAST COMMERCIAL CL
2450 N POWERLINE RD SUITE
POMPANO BEACH, FL 33069

CHARLES NICHOLS
579 EASTERBROOK
BAY ST. LOUIS, MS  39570
Single        0
  Social Security #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
Department:    MS - Silver Slipp
Employee ID:  2067

Period beginning:  7/17/2008
Period end:        3/30/2008
Check Date:        4/7/2008
Check number:      18579

YTD Used   Available

| | Rate | Reg Hrs | OT Hrs | Reg $ | OT $ | Current Wk | YTD |
|---|---|---|---|---|---|---|---|
| REG HO | 10.0000 | 75.00 | | 750.00 | | 750.00 | 1,950.00 |

| | | | | Current Wk | YTD |
|---|---|---|---|---|---|
| Total Wages | | 75.00 | | 750.00 | 1,950.00 |
| FICA-Med | | | | 10.88 | 28.28 |
| FICA-SS | | | | 46.50 | 120.90 |
| Federal W/H | | | | 82.50 | 181.06 |
| State W/H | | | | 27.00 | 60.00 |
| Total Withholdings | | | | 166.88 | 390.24 |

| Deduc | Amount | YTD |
|---|---|---|
| | | |
| Total Deduc | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 583.12 | 1,559.76 |
| Direct Deposit Total | | 0.00 |

Employee | Status (Fed/State) | Allowances/Extra
EUREAKA LANEAUX, 579 EASTERBROOK STREET, BAY ST. LOUIS, MS 39520

Single/Single
Pay Period: 08/29/2008 - 09/04/2008

Fed-1/0/MS-1/0
Pay Date: 09/12/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular/Kitchen | 29:00 | 8.00 | 232.00 | 620.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -11.00 | -26.00 |
| Social Security Employee | | | -14.38 | -38.44 |
| Medicare Employee | | | -3.36 | -8.99 |
| MS - Withholding | | | -7.00 | -17.00 |
| | | | -35.74 | -90.43 |

| Net Pay | | | 196.26 | 529.57 |
|---|---|---|---|---|

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Savings - ***1810 | | | 0.00 | 196.26 |

Message
Direct Deposit

EAT 'N RUN, LLC, 612 HWY 90 W, WAVELAND, MS 39576

---

Employee | Status (Fed/State) | Allowances/Extra
EUREAKA LANEAUX, 579 EASTERBROOK STREET, BAY ST. LOUIS, MS 39520

Single/Single
Pay Period: 08/29/2008 - 09/04/2008

Fed-1/0/MS-1/0
Pay Date: 09/12/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular/Kitchen | 29:00 | 8.00 | 232.00 | 620.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -11.00 | -26.00 |
| Social Security Employee | | | -14.38 | -38.44 |
| Medicare Employee | | | -3.36 | -8.99 |
| MS - Withholding | | | -7.00 | -17.00 |

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Charles J Nichols, 579 Easterbrook St, Bay St Louis, MS 39520 | | | | | ***_**-9198 | Single/Single | Fed-1/0/MS-1/0 |
| | | | | | | Pay Period: 07/13/2007 - 07/19/2007 | Pay Date: 07/26/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 5645 Carpenter | 19:00 | 10.00 | 190.00 | 1,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -7.00 | -86.00 |
| Social Security Employee | -11.78 | -74.40 |
| Medicare Employee | -2.75 | -17.40 |
| MS - Withholding | -5.00 | -41.00 |
| | -26.53 | -218.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| M&IE | | 40.00 |

| Net Pay | 163.47 | 1,021.20 |
|---|---|---|

Message

KMB Construction, Inc., 193 CR 4681, Poplar Bluff, MO  63901, Phone:  573/686-3338, Fax:  573/686-3391

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Charles J Nichols, 579 Easterbrook St, Bay St Louis, MS 39520 | | | | | ***_**-9198 | Single/Single | Fed-1/0/MS-1/0 |
| | | | | | | Pay Period: 07/13/2007 - 07/19/2007 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 5645 Carpenter | 19:00 | 10.00 | 190.00 | 1,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -7.00 | -86.00 |
| Social Security Employee | -11.78 | -74.40 |
| Medicare Employee | -2.75 | -17.40 |
| MS - Withholding | -5.00 | -41.00 |

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Charles J Nichols, 579 Easterbrook St, Bay St Louis, MS 39520 | | | | | ***-**-9198 | Single/Single | Fed-1/0/MS-1/0 |
| | | | | | | Pay Period: 06/29/2007 - 07/05/2007 | Pay Date: 07/12/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 5645 Carpenter | 40:00 | 10.00 | 400.00 | 610.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -35.00 | -44.00 |
| Social Security Employee | -24.80 | -37.82 |
| Medicare Employee | -5.80 | -8.85 |
| MS - Withholding | -15.00 | -21.00 |
| | -80.60 | -111.67 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| M&IE | 40.00 | 40.00 |

| Net Pay | 359.40 | 538.33 |
|---|---|---|

KMB Construction, Inc., 193 CR 4681, Poplar Bluff, MO 63901, Phone: 573/686-3338, Fax: 573/686-3391

**Coastal Human Resource Group Inc**
P.O. Box 161104
Mobile, AL  36616-0000

| Employee Name | Laneau, Eureaka D. |
| Social Security# | 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 |
| Employee# | 400974 |

| Check # | 94621 |
| Date | 1/14/2009 |
| Amount | $*****147.62 |

| Pay Type | Rate | Hours | Amount | Y-T-D | Deduction | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Regular Wage | 7.00 | 16.25 | 113.75 | 223.16 | Medicare Tax | 2.39 | 5.49 |
| Regular Wage | 10.50 | 4.87 | 51.14 | 96.82 | Soc Sec Tax | 10.22 | 23.49 |
| Regular Wage | | | | 58.94 | Federal Tax | 4.66 | 14.23 |
| ** Total Wages ** | | | 164.89 | 378.92 | State Tax | | 2.00 |
| | | | | | ** Total Deductions | 17.27 | 45.21 |

Client Message.: Pay Period 12/31/08 - 01/06/09

**Coastal Human Resource Group Inc**
P.O. Box 161104
Mobile, AL  36616-0000

| Employee Name | Laneau, Eureaka D. |
| Social Security# | 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 |
| Employee# | 400974 |

| Check # | 94621 |
| Date | 1/14/2009 |
| Amount | $*****147.62 |

| Pay Type | Rate | Hours | Amount | Y-T-D | Deduction | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Regular Wage | 7.00 | 16.25 | 113.75 | 223.16 | Medicare Tax | 2.39 | 5.49 |
| Regular Wage | 10.50 | 4.87 | 51.14 | 96.82 | Soc Sec Tax | 10.22 | 23.49 |
| | | | | | Federal Tax | | |
| | | | | | State Tax | | |

| | Rate | Reg Hrs | OT Hrs | Reg $ | OT $ | Current Wk | YTD |
|---|---|---|---|---|---|---|---|
| REG HO | 9.5000 | 63.00 | | 598.50 | | 598.50 | 3,971.00 |

SOUTHEAST COMMERCIAL CL
2450 N POWERLINE RD SUITE
POMPANO BEACH, FL 33069

CHARLES NICHOLS
579 EASTERBROOK
BAY ST. LOUIS, MS 39570
Single        0
  Social Security #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
  Department:   MS - Silver Slipp
  Employee ID:  2067

Period beginning:  4/28/2008
Period end:        5/11/2008
Check Date:        5/19/2008
Check number:      18877

        YTD Used   Available

| Deduc | Amount | YTD |
|---|---|---|
| | | |
| Total Deduc | 0.00 | 0.00 |

| | | Current Wk | YTD |
|---|---|---|---|
| Total Wages | 63.00 | 598.50 | 3,971.00 |
| FICA-Med | | 8.68 | 57.58 |
| FICA-SS | | 37.10 | 246.20 |
| Federal W/H | | 59.78 | 394.22 |
| State W/H | | 20.00 | 131.00 |
| Total Withholdings | | 125.56 | 829.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 472.94 | 3,142.00 |
| Direct Deposit Total | | 0.00 |



# St. Rose de Lima Catholic Church

**301 South Necaise Ave.**
**Bay St. Louis, MS 39520**
*Web address: www.strosedelima-bsl.org*

*Phone:  (228) 467-7347*
*Fax:  (228)467-7740*
*E-Mail:  strdc@bellsouth.net*

Dear  Madam/Sir,


My name is Rev. Benignus Lamb. Wego, SVD. I am the pastor of St. Rose de Lima Catholic Church here in Bay St. Louis, MS.  My address is :

301 S. Necaise Avenue
Bay St. Louis, MS 39520
Phone: 228-467-7374
Fax. 228-467-7740

I am writing you to inform that Ms. Eureaka Laneaux is a member of our community and we have helped her since she has lost her job.

Thank you very much and may God bless you,

Rev. Benignus Wego, SVD

To Whom it may Concern.

I EureAka Laneaux WAS Affect
By the oil Spill Emotional and Physial
It has Been hard For me to
Find another SoB. I Also have to
veritory of agencies to get help
with PAyment of my bills.
I dust dont know what do, oR
which wAy to turn. I worry Every day
But I keep on praying.

Eureka Laneaux