# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                    SECTION: J                    JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER, IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| LAM | PHI | THI | |

| | |
|---|---|
| Phone Number  612-804-5533 | E-Mail Address |
| Address  1514 SWITZER LANE | City / State / Zip  NEW IbERIA, LA 70560 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name  PHI THI LAM | Business Name |
| Job Title / Description  CAPTAIN OWNER | Type of Business |
| Address  1514 SWITZER LANE | Address |
| City / State / Zip  NEW IbERIA, LA 70560 | City / State / Zip |
| Last 4 digits of your Social Security Number  4356 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?  YES ☑  NO ☐ | Claim Filed with GCCF?  YES ☑  NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.:  # 01010046 |

**Claim Type (Please check all that apply):**

| | |
|---|---|
| ☑ Damage or destruction to real or personal property | ☑ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☑ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☐ Removal and/or clean-up costs |
| | ☐ Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I am a boat owner and captain aboard a
trebling vessel

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
<u>**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**</u>

☑ 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other:_____

<u>**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**</u>

☐ 1.   Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5.   Resident who lives or works in close proximity to coastal waters.

☐ 6.   Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Phil Lam*
_____
Claimant or Attorney Signature

PHI THI LAM
_____
Print Name

04-16-2011
_____
Date

3

# Louisiana
## PERSONAL DRIVER'S LICENSE

LICENSE NO 006316571 | CLASS E | EXPIRATION DATE 09-09-2012

ENDORSEMENTS | RESTRICTIONS 01

DATE OF BIRTH 09-09-1951

LAM,PHI THI
1514 SWITZER LANE
NEW IBERIA, LA 70560-0000



SEX M | HGT | WGT | EYES | ISS NUMBER

AUDIT 0602

---

SOCIAL SECURITY

VALID FOR WORK ONLY
WITH INS AUTHORIZATION

THIS NUMBER HAS BEEN ESTABLISHED FOR

PHI T LAM

ADMINISTRATION

PHI T LAM

SIGNATURE

---

## OFFICIAL LICENSE

LIC#: 427207    DOB: 09/09/1951    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES VESSEL LICENSE
LA1419BH    20 FT.

NOT VALID UNLESS SIGNED ON REVERSE SIDE

---

## OFFICIAL LICENSE

LIC#: 427210    DOB: 09/09/1951    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

RES CRAB TRAP - ANY LEGAL NBR

1 RES CRAB TRAP

NOT VALID UNLESS SIGNED ON REVERSE SIDE

---

## OFFICIAL LICENSE

LIC#: 427208    DOB: 09/09/1951    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES COMMERCIAL FISHERMAN

NOT VALID UNLESS SIGNED ON REVERSE SIDE

---

## OFFICIAL LICENSE

LIC#: 427209    DOB: 09/09/1951    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES CRAB TRAP FEE

NOT VALID UNLESS SIGNED ON REVERSE SIDE





## OFFICIAL LICENSE

DOB: 09/09/1951
LIC#: 427207    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES VESSEL LICENSE
LA1419BH     20 FT.

NOT VALID UNLESS SIGNED ON REVERSE SIDE

**OFFICIAL BOAT REGISTRATION CERTIFICATE**



Reg. No. LA-1419-BH
THI PHI LAM
1514 SWITZER LANE
NEW IBERIA, LA 70560

| Mod Yr | Hull ID No. | | Make | | Decal No. |
| 1973 | WEL3050 | | | | 11962-13 |
| Use | Hull | | Propulsion | Fuel | Type |
| PLEASURE | FIBERGLASS | OUTBOARD | GAS | OPEN |

WILDLIFE & FISH

SIGNATURE REQUIRED ON REVERSE SIDE

## OFFICIAL LICENSE

DOB: 09/09/1951
LIC#: 427210    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES CRAB TRAP   ANY LEGAL NBR

NOT VALID UNLESS SIGNED ON REVERSE SIDE

## OFFICIAL LICENSE

DOB: 09/09/1951
LIC#: 427209    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES CRAB TRAP FEE

NOT VALID UNLESS SIGNED ON REVERSE SIDE

## OFFICIAL LICENSE

DOB: 09/09/1951
LIC#: 427208    EXP: 12-31-2011

PHI T LAM
1514 SWITZER LANE
NEW IBERIA LA 70560

1 RES COMMERCIAL FISHERMAN

NOT VALID UNLESS SIGNED ON REVERSE SIDE

FR. PHC THI LAM
1514 SWITZER LANE
NEW IBERIA, LA 70560

**CPU** U.S. POSTAGE
**$ 6.23⁰**
MAILED APR 18 2011
70129
PB 1P 000
3856182
FCMF

To: U.S DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**™

7010 1870 0003 3124 6850