IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]
Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Maker | Monica | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-669-6821 | Monica_Maker@yahoo.com |

| Address | City / State / Zip |
|---|---|
| 750 S. Jeff Davis Pkwy #416 | N.O. LA 70119 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name: Windsor Court Hotel | Business Name |
| Job Title / Description: Sales Agent | Type of Business |
| Address: 300 Gravier Street | Address |
| City / State / Zip: N.O. LA 70130 | City / State / Zip |
| Last 4 digits of your Social Security Number: 0229 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| | |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☐ |
|---|---|
| If yes, BP Claim No.: 3030534 | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [x] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Monica Maker
Print Name

4.19.2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I Monica maker employee @, The Windsor Court hotel since 10/27/06 loss wedges due to the oil Spill. Occured April. 2010
Please inform me if any other information is needed Thanks

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

COMMONLY ASKED QUESTIONS

A. Background and description of the Deepwater Horizon litigation

- **What is the litigation about?**
  This litigation involves the explosion of the Deepwater Horizon oil rig on April 20, 2010 and the subsequent oil spill.

- **Who is overseeing the litigation?**
  A federal court (the U.S. District Court for the Eastern District of Louisiana) in New Orleans is overseeing litigation.

- **Who are the parties in the litigation?**
  The Defendants are BP, Transocean, Halliburton and other companies involved in the drilling of the Macondo Well, the operation of the Deepwater Horizon oil rig, or the oil spill response. The Plaintiffs are people, businesses, and government entities who claim that they were injured in the explosion, exposed to oil or dispersants, or suffered property damages, loss of income, or other economic losses as a result of the oil spill.

- **Is the Limitation case a class action?**
  No. There are some class action pleadings filed within the Deepwater Horizon litigation, but the Court has not considered or approved any class action. Such consideration has been stayed (put on hold) by the Court, and will not likely occur until after the February 2012 trial. If and when a class action is ever considered or approved by the Court, you will then be able to decide whether you want to be a "class member" or not.

B. The Limitation Trial

- **When is the trial?**
  The trial will be held in February 2012.

- **What is the limitation trial about?**
  Transocean, the owner of the Deepwater Horizon oil rig, wants to limit what it has to pay claimants under Maritime law. The Limitation proceeding requires all persons who have Maritime or State Law claims resulting from the oil spill to bring those claims against Transocean in one proceeding (the trial). In that proceeding, the Court is asked to decide whether Transocean can limit its liability (or what it is responsible to pay) under the law. Transocean is trying to limit its liability for damages to $27 million.

  The Court may also determine other issues, such as the liability (if any) of Transocean, BP, and the other Defendants, whether some of the Defendants might be liable for gross negligence, and the allocation of fault between and among the Defendants. Gross negligence involves a reckless disregard for the safety of others, and may form the basis of a punitive damage award.

- **What happens if Transocean's liability is limited?**

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill, you have rights that could be impacted by the result of the limitation proceeding.

- **Is there a fee to file a Short Form?**
  No.

- **How do I file a Short Form?**
  Fill out the required information in the Short Form and mail it so that it is postmarked by April 20, 2011 to:

  > Clerk of Court for the Eastern District of Louisiana
  > 500 Poydras Street
  > New Orleans, LA 70130

- **What kind of documentation do I need to file a Short Form?**
  The Short Form asks for information about your claim, but no documentation of loss or injury is required to file the form.

  If you have filed a claim with the Gulf Coast Claims Facility, documentation included in the claim will be made available to the Defendants, but will be treated as "confidential" by Order of the Court.

- **Do I need a lawyer to file a Short Form?**
  No, but if you want any advice regarding your legal rights or about filing a Short Form, you should contact a lawyer.

- **If I don't have a lawyer, how will I keep track of the proceedings in Court?**
  Plaintiffs' Liaison Counsel, who have been appointed by the Court, will provide you with court filings that impose deadlines or otherwise affect your rights. You can also get important updates at the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm which includes important dates, and copies of orders. In addition, the Court-appointed Plaintiffs' Steering Committee ("PSC") has a website at www.bpmdl2179.com that includes important orders, transcripts of status conferences before the Court and important dates and events.

- **Can I file an answer to Transocean's Limitation Complaint without using the Court approved Short Form?**
  Yes.

- **Am I joining a class action by filing the Short Form?**
  No. The Short Form is treated as your own individual case. A class action has not been approved in this case. Class proceedings have been put on hold, to allow the Court to address the February 2012 trial and other things. You may, at some point, have the opportunity to participate in a class action.

- **What does it mean to join the federal lawsuit?**
  Anyone who joins the federal lawsuit will:
    - Preserve any claims they may have against BP, Transocean, and the other named Defendants,

OPA also requires the responsible party to establish a claims process for victims to obtain compensation. BP is attempting to meet that obligation through the Gulf Coast Claims Facility.

When OPA claims have been presented to and denied by the responsible party, the claimant can elect to either file suit in Court or seek redress from the Oil Spill Liability Trust Fund.

A claimant who elects to file suit in Court can join their OPA claims with other claims they may have under State Law and/or the General Maritime Law.

E. The Gulf Coast Claims Facility

- **How is this different from the GCCF?**
  The Gulf Coast Claims Facility was created to fulfill BP's legal obligations to establish a claims process for individual and business claims in satisfaction of the Oil Pollution Act of 1990. The litigation provides a way for claimants to make a claim for damages and other relief against BP, Transocean, Halliburton and other Defendants beyond what BP may or may not voluntarily pay through the GCCF.

- **Can I still pursue my claim with the GCCF if I file a Short Form?**
  Yes

F. The Oil Spill Liability Trust Fund

- **How is this different from the Oil Spill Liability Trust Fund?**
  When an OPA claim is not satisfied by the responsible party, the claimant can elect to either file suit in court or seek an appeal with the Coast Guard. In the event that the Coast Guard recognizes the claim, it will be funded (subject to legal or other limits) by the Oil Spill Liability Trust Fund.

- **Can I still pursue an appeal with the Oil Spill Liability Trust Fund if I file a Short Form?**
  Probably not. The Coast Guard will likely take the position that you cannot seek an appeal for the damages sought in court during the pendency of the lawsuit.

G. More Information

- **How do I get more information about filing a Short Form?**
  Visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, call 1-877-497-5926, or consult with a lawyer.

**Several of the legal issues regarding the Limitation proceeding, the February 2012 Trial, the Oil Pollution Act, the Short Form, presentment and preemption are complex and unsettled issues which are disputed by the parties and have not yet been determined by the Court. If you have questions regarding these issues, you should contact your own attorney or consult with a lawyer of your choice.**

Monica Maker
2404 Annette Street
New Orleans LA 70119

US District Court for
Eastern District of LA.
500 Poydras Street
New Orleans LA 70130