# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmBH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| NESS | KENNETH | WILLIAM | TRUSTEE |
| NESS FAMILY TRUST | | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-456-5598 | JANBILLNESS@YAHOO.COM |

| Address | City / State / Zip |
|---|---|
| 1495 LA PAZ ST | PENSACOLA, FL 32506 |

| INDIVIDUAL CLAIM ☒ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name RETIRED | Business Name |
| Job Title / Description NONE | Type of Business |
| Address 1495 LA PAZ ST | Address |
| City / State / Zip PENSACOLA FL 32806 | City / State / Zip |
| Last 4 digits of your Social Security Number 6380 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? YES ☐ NO ☒ | Claim Filed with GCCF?: YES ☐ NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☐ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☒ | Other: LOSS OF VALUE |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

OUR HOME IS ON PERDIDO BAY FLORIDA
1495 LA PAZ ST PENSACOLA, FL 32506
SEE COPY OF PROPETY TAX BILL
OUR PERSONAL RESIDENCE WAS SCHEDULED
TO BE PUT ON THE MARKET IN OCT
2010. WE WERE PLANNING TO CARRY THE
ENTIRE MORTGAGE TO FACILITATE SALE
SEE ATTACHED DOCUMENTS

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Kenneth W. Ness, TRUSTEE*

Claimant or Attorney Signature

*KENNETH WILLIAM NESS, TRUSTEE,*

Print Name   *NESS FAMILY TRUST*

Date   *April 15, 2011*

3

# K W NESS
### 1495 LA PAZ STREET
### PENSACOLA, FL 32506
### (850) 456-5598
janbillness@yahoo.com

April 15, 2011

Hon. Carl Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-256
New Orleans, LA 70130

Attn: Clerks Office

Re: Short-Form Joinder in the Matter of
Oil Spill by the Oil Rig "Deepwater Horizon"

The following explanation and related documents are submitted with the Short Form Joinder and is made a part thereof.

In October 2009, we listed for our home for sale at $ 999,760. (This was almost half of what I had listed the property for on January 18, 2007). We had several interested buyers but the lack of financing was a major problem. Had the mortgage market been normal, I am certain we could have sold the property. The home has a spectacular location. Perdido Bay to the west and Bayou Marcus to the north.

In any event, I contacted my realtor in October 2010 to relist the home. I had decided that I would solve the financing problem by doing a seller financing arrangement. My realtor advised me that with the BP incident, there were almost no buyers of waterfront property. He said that the best I could expect would be $ 740,000. He said that this was a much greater decline in value than non-waterfront properties in Pensacola.

Attached is letter from my realtor reflecting the value following the oil spill. Also attached are copies if the listing for January 2007 and the listing for October 2009 and last year's property tax bill.

Sincerely:


Kenneth W. Ness, Trustee
The Ness Family Trust

| 09-3192-000 | See Below | 06 | 082S31-4000-000-031 |

2010 Real Estate 0037806.0000

S - 017751 / 032733 1-57044 JMH33131
NESS KENNETH W &
ANNE F EST OF TRUSTEES
1495 LA PAZ ST
PENSACOLA FL 32506-9746

1495 LA PAZ ST
LTS 31 32 33 & 34
SANTA MARINA S/D
PB 5 P 86
See Tax Roll for extra legal.

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | 6.9755 | 397,847 | 50,000 | 347,847 | 2,426.41 |
| PUBLIC SCHOOLS | | | | | |
| By Local Board | 2.2290 | 397,847 | 25,000 | 372,847 | 831.08 |
| By State Law | 5.6310 | 397,847 | 25,000 | 372,847 | 2,099.50 |
| SHERIFF | 0.6850 | 397,847 | 50,000 | 347,847 | 238.28 |
| WATER MANAGEMENT | 0.0450 | 397,847 | 50,000 | 347,847 | 15.65 |

ESCAMBIA COUNTY TAX COLLECTOR * P.O. BOX 1312 * PENSACOLA, FL 32591-1312

| TOTAL MILLAGE | 15.5655 | AD VALOREM TAXES | 5610.92 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | | AMOUNT |
|---|---|---|---|
| FIRE | | | 75.00 |

QUESTIONS ON ITEMS IN THIS SECTION ONLY CALL (850) 595-4960

| | NON-AD VALOREM ASSESSMENTS | 75.00 |

| COMBINED TAXES AND ASSESSMENTS | 5685.92 | PAY ONLY ONE AMOUNT | See reverse side for important information. |

| Nov 30 2010 | Dec 31 2010 | Jan 31 2011 | Feb 28 2011 | Mar 31 2011 | Apr 30 2011 |
|---|---|---|---|---|---|
| $ 5458.48 | $ 5515.34 | $ 5572.20 | $ 5629.06 | $ 5685.92 | $ 5856.50 |

10/26/2010

TO: KENNETH W. AND ANN F. NESS, TRUSTEES FOR
     NESS FAMILY TRUST

FROM: LYN HUDSON, REALTOR

SUBJECT: DECLINING VALUE OF 1495 LA PAZ ST
              PENSACOLA, FL. 32506

1. IT IS WITH MUCH REGRET THAT I FEEL IT NECESSARY TO INFORM YOU
   OF THE CURRENT MARKET VALUE OF YOUR PROPERTY.
2. THIS REALTOR LISTED THE PROPERTY ON 10/06/2009 FOR THE AGREED
   MARKET VALUE AT THAT TIME OF $999,760. DURING THE FALL OF 2009
   WE HAD SEVERAL INTERESTED BUYERS AT THAT PRICE, HOWEVER,
   NONE OF THE PROSPECTIVE BUYERS COULD QUALIFY FOR A
   MORTGAGE TO PURCHASE. ALTHO ALL FELT THE VALUE WAS VALID.
3. UNFORTUNATELY, AT THIS TIME DUE TO THE DECLINE IN VALUE OF
   ESPECIALLY WATERFRONT PROPERTIES, I RECOMMEND THAT YOU NO
   LONGER OFFER YOUR PROPERTY FOR SALE.
4. AS A RESPONSIBLE REALTOR I COULD COULD NOT LIST YOUR
   PROPERTY AND EXPECT A SALE FOR ANY AMOUNT OVER $740,000. THIS
   IS BASED ON THIS REALTORS "OPINION OF VALUE". THIS OPINION IS
   BASED ON 26 YEARS REALTOR EXPERIENCE, THOROUGH KNOWLEDGE
   OF THIS PROPERTY AND RECENT REVIEW OF COMPARABLE
   PROPERTIES.
5. I HOPE THAT THIS INFORMATION WILL BE HELPFUL AND ALLOW YOU
   TO SEEK SOME REMEDY FOR YOUR SITUATION....

RESPECTFULLY,

LYN HUDSON, REALTOR
HUDSON FAMILY TEAM
NAVAL AVIATOR RETIRED
2 PARADISE REALTY
850-572-4035

Residential

| | | | | |
|---|---|---|---|---|
| **MLS#:** | 319921m **Prop Type:** RD | **ListPrice:** | $1,875,000 | |
| **Status:** | Expired **LastChng:** 07/03/2007 | **Date Listed:** | 01/18/2007 | |
| **Address:** | 1495 LA PAZ ST | **ApproxSF:** | 3,214 | |
| | PENSACOLA, FL | **Bedrooms:** | 4 | |
| **Zip:** | 32506 | **FullBaths:** | 3 | |
| **County:** | ESCAMBIA | **HalfBaths:** | 1 | |
| **MainArea:** | 06 Southwest Pensacola | **#Rooms:** | | |
| **SubArea:** | 0606 East Perdido Bay | **YearBuilt:** | 1992 | |
| **Subd/Proj:** | SANTA MARINA NONE | **CnstrStat:** | ConstrCmplt | |
| **ParcelID:** | 082S314000000031 | | | |



Click photo for more media and enlargements

**ElemSch:** BLUE ANGEL - 06 **Middle:** BAILEY - 06 **High:** ESCAMBIA - 06
**Dir:** Blue Angel to Lillian Hwy (hwy 298) go West approx 1 mile 1st paved rd to right La Paz house at end on Cal-du-sac gated entry.
**Legal:** Lots 31,32,33,34 Santa Marina

---

NEPENTHE - A place to stop...to dream...to lift a cup of gladness! Nepenthe is an enchanting 5600 sq ft (under roof) two story home oriented to capture water views, the sunrises and sunsets. This estate is an assembly of four cul-de-sac lots with approximately 790 ft of waterfront on three sides of Perdido Bay, Bayou Marcus and a deep freshwater canal. Along the fresh water bayou is a boat ramp and 24' covered boat house with lift. The deep water canal offers a safe haven for large boats during stormy weather. At the corner of the Bay and Bayou is a Tea House/Pavilion Deck ideal for fishing, nature watching or entertaining. The upper floor consist of 3 bedrooms and 2.5 baths, great room, kitchen and informal dining area. The great room has extensive windows on two sides with an amazing view of the Bay and Bayou. It has soaring cathedral ceilings, fireplace with natural gas log lighter, built in entertainment center and wet bar. Both the great room and master bedroom open onto a 950 sq ft deck ideal for morning coffee, watching the sunrise or sunset and entertaining. The kitchen has high end appliances, Jenn-Aire cooktop, walking pantry and elevator to the lower level. The informal dining area opens to a 200 sq ft deck perfect for bar-b-ques and informal meals. The lower level has a 3 car garage, a large multipurpose room , a wine storage room, tool room, general storage and woodshop. In addition is a separate, approx 440 sq ft, a/c guest suite with a full bath, internet, phone and it's own entrance. The landscaping is extensive and includes a pitch-and-put golf green with four sand traps, an area for badminton/volleyball, horseshoe pit, a victory garden and many exquisite flowers and shrubs. The low maintenance landscaping is serviced by a dedicated well and sprinkler system. Home is extremely private with a gated entrance and security system. Masterbed and bath have panoramic view of the Bay, Bayou and fresh water canal with a whirlpool tub and customized walk in closet. The list goes on and on a must see!!!

---

**Agent Notes:** Showings by appt only. Call agent or co agent for entry EXIT 50K LISTING. Sell an EXIT 50K listing and receive a 1 in 100 chance to walk away with $50,000. Increase odds by selling more than 1 50K EXIT LISTING. ----> Click here to report an inaccuracy on this listing <----

---

| | | | | |
|---|---|---|---|---|
| **PrkingSpc:** | **LotSize:** | **LotLoc:** Cul-De-Sac | **WatFrnt:** | Bay, Bayou, Canal, Boathouse |
| | **Acres:** 1.50 | **Zoning:** ResSingle | **WatFrntFeat:** | Blk/Seawal, BoatLnch, Dock, Boathse, BoatLift, RipRap, BoatSlip |
| **PrkingFeat:** 3CarGarage | | **RdMaint:** County | **WaterView:** | |
| **DevelopFacil:** Golf, Fishing, Rv/Bt Pkng, Sidewalks | | | **WFFeet:** | |

| Room Type | Lvl | Dimnsns | | | |
|---|---|---|---|---|---|
| | | **Styl/Des:** | Contemp/TwoStory | **Cnstr/Sidng:** | Concrete/ |
| | | **Roof:** | | **Floors:** | W/WCarpet, Tile, Hardwood |
| | | **Wat/Sew:** | PubWater, PrivWell, PubSewer | **Pool:** | None |
| | | **Heat:** | A/Ahtpmp, CntrlElect, 2+Units | **WatHtr:** | Gas |
| | | **Elec:** | CircuitBrk | **Cooling:** | A/Ahtpmp, 2+Units |
| | | **ExtFeatures:** | Sprinkler, OpenDeck, Balcony, Wkshp/Stor | | |
| | | **IntFeatures:** | Fireplace, Wetbar, Cathedrl, AllDrapes, AllBlinds, Add'lStor, InLndry, W/DHookups, BltInBookCs, Elevator, CeilingFn, SurndSnd, WkinClos | | |
| | | **KitFeatures:** | BnMicro, Dishwasher, Refrigr, Pantry, LaminateCt, Microwave | | |
| | | **Energy:** | CeilFans | | |
| | | **MiscEquip:** | Washer, Dryer, CentralVac, SmkDetetr, GarOpnr | | |
| | | **DiningType:** | FormlDinRm, BkfstRm/Nk, BkfstBar | | |
| **Mbed/Mbath:** / | | | | | |
| **Energy Star Qualified:** | | **Geothermal Heat Pump:** | | | |
| **Certification:** | | **Other Green Features:** | | | |

| | | | |
|---|---|---|---|
| **CntngncyRsn:** | **Hmstd:** Y | **SaleSubtoLse:** | |
| **SpecialSaleType:** | **LandLse/Year:** | **HomeWarr:** | |
| **AssignOfIntrst:** N | **LseExpDate:** | **Financing:** Cnventnal, Cash | |
| **Assn?:** | **AsscFee/Yr:** $0 | **Occupancy:** AtClosing | |
| **Assoc.FeesInc:** | | **MonthlyRent:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **LstOff:** | (NFI001)EXIT REALTY N. F. I. | **Cntct Ordr** | | **Ph.Num** | **LstTyp:** | ERS LmtdServ? N |
| **LstAgt:** | (8924)DEBBIE SANSPREE | Agent Cell Ph | | 850 982 5098 | **Agency:** | TranBrkr |
| **Email:** | dsanspree@bellsouth.net | Agent Home Ph | | 850 623 1720 | **Seller:** | NESS |
| **Co-Off:** | EXIT REALTY N. F. I. | Co-Agent Cell Ph | | 850-418-4316 | **SellPh:** | 850 982 5098 |
| **Co-Agt:** | TREVOR SANSPREE | Agent Fax | | 850 623 9423 | **Showing:** | AppOnly, CallLA |
| **BuyAgt:** 3 % **TrnsBrk:** 3 % **NonRep:** 3 % | | | | | **BnusTrms:** | |
| **Dual/Var?** | N **BonusAmt:** | | | | **BnusExp:** | |

**Search Criteria:** Address like la paz st|prop_type= ResDetached|status= ACT, CON, ACT, CON, PND, SLD, RNT, TMP, WTH, EXP, OFC, PVL and <> XF

**Residential**



Click photo for more media and enlargements

| | | | | |
|---|---|---|---|---|
| **MLS#:** | 377623m **Prop Type:** RD | **ListPrice:** | $999,760 | |
| **Status:** | Withdrawn **LastChng:** 02/25/2010 | **Date Listed:** | 10/06/2009 | |
| **Address:** | 1495 LA PAZ ST | **ApproxSF:** | 3,200 | |
| | PENSACOLA, FL | **Bedrooms:** | 4 | |
| **Zip:** | 32506 | **FullBaths:** | 3 | |
| **County:** | ESCAMBIA | **HalfBaths:** | 1 | |
| **MainArea:** | 06 Southwest Pensacola | **#Rooms:** | 9 | |
| **SubArea:** | 0606 East Perdido Bay | **YearBuilt:** | 1991 | |
| **Subd/Proj:** | SANTA MARINA NONE | **CnstrStat:** | ConstrCmplt | |
| **ParcelID:** | 082S314000000031 | | | |

**ElemSch:** BLUE ANGEL - 06 **Middle:** BAILEY - 06 **High:** ESCAMBIA - 06
**Dir:** WEST ON LILLIAN HWY (HWY 298) FROM BLUE ANGEL FOR APPROX 1 MILE FIRST PAVED ROAD TO THE RIGHT TAKE LA PAZ TO THE END AT CUL DE SAC GATED ENTRY TO COMPLEX ON THE LEFT.
**Legal:** LOTS 31,32,33,34 SANTA MARINA

EXECUTIVE COMPLEX CAPTURES WATERVIEWS OF SUNRISES AND SUNSETS. THE COMPOUND IS OF FOUR CUL-DE-SAC LOTS WITH APPROXIMATELY 800 FT WATERFRONT THREE SIDES (PERDIDO BAY,BAYOU MARCUS AND FRESH WATER CANAL). PRIVATE BOAT RAMP, 24'COVERED BOAT HOUSE WITH LIFT, ADDITIONAL BOAT HOUSE ON CANAL. CANAL OFFERS SAFE HAVEN FOR BOATS AT THE CORNER OF THE BAY/BAYOU IS A TEA HOUSE/PAVILION DECK FOR FISHING, NATURE WATCHING OR ENTERTAINING. UPPER FLOOR CONSISTS OF 3 BEDROOMS AND 2.5 BATHS, GREAT ROOM, KITCHEN/INFORMAL DINING AREA.GREAT ROOM HAS EXPANSIVE WINDOWS ON TWO SIDES TO VIEW BOTH THE BAY AND THE BAYOU. CATHEDRAL CEILINGS, FIREPLACE WITH NATURAL GAS LOG LIGHTER, ENTERTAINMENT CENTER, WET BAR. GREAT ROOM AND MASTER BEDROOM OPEN ONTO A 950 SQ.FT. DECK IDEAL FOR MORNING COFFEE,AND ENTERTAINING. THE KITCHEN HAS HIGH END APPLIANCES, JENN-AIRE COOKTOP, WALK-IN PANTRY AND ELEVATOR TO THE LOWER LEVEL.INFORMAL DINING AREA OPENS TO 200 SQ FT DECK FOR BBQ AND INTIMATE MEALS. MASTERBEDROOM AND BATH HAVE A VIEW OF THE BAY, BAYOU, CANAL WITH WHIRLPOOL TUB AND CUSTOMIZED WALK IN CLOSET LOWER LEVEL: 3 CAR GARAGE, LARGE MULTIPURPOSE ROOM, WINE STORAGE ROOM, TOOL ROOM, GENERAL STORAGE AND WOODWORKING SHOP. BEST OF ALL IS A SEPARATE 440 SQ FT SUITE/MAID QUARTERS. 21ST CENTURY ELECTRIC/ELECTRONICS SYSTEMS IE FIBER-OPTICS, CELL PHONE ACTIVATED SECURITY SYSTEM,INNOVATIVE INDIVIDUAL ROOM CUSTOM ELECTRIC CONTROLS.. LOW MAINTENANCE LANDSCAPING, INCLUDING PITCH-PUT GREEN WITH SAND TRAPS,AREA FOR BADMITTON/VOLLEYBALL, HORSESHOE PIT, A VICTORY/BUTTERFLY GARDEN.DEDICATED WELL AND SPRINKLER SYSTEM FOR LAWN.PRIVATE GATED SOLAR POWERED ENTRANCE..."ATTRACTIVE OWNER FINANCING AVAILABLE"

**Agent Notes:** CALL LISTING AGENT FOR EASY SHOWING....LISTING AGENT MUST ACCOMPANY.. ----> Click here to report an inaccuracy on this listing <----

| | | | | | | |
|---|---|---|---|---|---|---|
| **PrkingSpc:** | 2 | **LotSize:** IRREG | **LotLoc:** | Interior, Cul-De-Sac, Waterview, Waterfront, Paved Road | **WatFrnt:** | Bay, Bayou, Canal, Boathouse |
| | | **Acres:** 1.50 | **Zoning:** | ResSingle, NoMobHomes | **WatFrntFeat:** | Blk/Seawal, BoatLnch, Dock, BoatLift, Pier |
| **PrkingFeat:** | 3CarGarage, Oversized, SideEnt | | **RdMaint:** County | | **WaterView:** | Bay View, Bayou View, Canal View |
| **DevelopFacil:** | | | | | **WFFeet:** | 800 |

| Room Type | Lvl | Dimnsns | | | | |
|---|---|---|---|---|---|---|
| Dining/Living | 2 | 21X31 | **Styl/Des:** | Contemp/TwoStory | **Cnstr/Sidng:** | Frame, Block, Concrete/SynthStuc, HardeePink |
| Kitchen | 2 | 11X12 | **Roof:** | ArchtShgl | **Floors:** | W/WCarpet, WoodLam |
| Dining/Kitchen | 2 | 12X13 | **Wat/Sew:** | PubWater, PrivWell, PubSewer | **Pool:** | None |
| Bedrm:Master | 2 | 14X16 | **Heat:** | A/Ahtpmp, 2+Units | **WatHtr:** | Gas |
| Bath: Master | 2 | 12X13 | **Elec:** | CircuitBrk | **Cooling:** | A/Ahtpmp, 2+Units |
| Bedrm:Additnl | 2 | 11X12 | **ExtFeatures:** | EntLtFence, BkydFnce, LawnPump, Sprinkler, OpenDeck, OpenPatio, Balcony, Lanai | | |
| Bedrm:Additnl | 2 | 11X12 | **IntFeatures:** | CableAvl, Fireplace, Wetbar, Cathedrl, HighCeilin, AllDrapes, DraperyRod, AllBlinds, Add'lStor, InLndry, W/DHookups, BltInBookCs, Elevator, FrplcGas, VaultedCl, WkinClos, RecLite, Hot Tub, HiSpNetAvail | | |
| Guest Quarters | 1 | 20X20 | **KitFeatures:** | Ovn/Cooktp, BnMicro, Dishwasher, Pantry, TileCt | | |
| Exercise | 1 | 17X25 | **Energy:** | InsulatFlr, InsulatDrs, DoublePane, CeilFans, Heatpump, InsulatWal, InsulatCei | | |
| Storage | 1 | 6X10 | **MiscEquip:** | Washer, Dryer, CentralVac, SecAlarm, SmkDetetr, GarOpnr | | |
| Workshop | 1 | 6X10 | **DiningType:** | Lv/DiCombo, BkfstRm/Nk | | |

**Mbed/Mbath:** Split, Sitting Area / Double Vanity, Dress Area, Garden Tub, Tile Countertops, Separate Shower
**Energy Star Qualified:**        **Geothermal Heat Pump:**
**Certification:**        **Other Green Features:**

| | | | | |
|---|---|---|---|---|
| **CntngncyRsn:** | | **Hmstd:** | Y | **SaleSubtoLse:** |
| **SpecialSaleType:** N/A | | **LandLse/Year:** | | **HomeWarr:** 1Year |
| **AssignOfIntrst:** N | | **LseExpDate:** | | **Financing:** Owner, Cnventnal, VA, FHA, FMHA, Cash |

| Assn?: | NONE | AsscFee/Yr: | | Occupancy: | AtClosing |
| Assoc.FeesInc: | | | | MonthlyRent: | |

| LstOff: | (TONE01)2 PARADISE REALTY | Cntct Ordr | Ph.Num | LstTyp: | ERS **LmtdServ?** N |
| LstAgt: | (2531)LYNDON HUDSON | Agent Home Ph | 850-453-5912 | Agency: | TranBrkr |
| Email: | AERO34B@AOL.COM | Agent Cell Ph | 850-572-4035 | Seller: | IN FILE |
| Co-Off: | 2 PARADISE REALTY | Office Phone | 850-492-6972 | SellPh: | |
| Co-Agt: | RYAN HUDSON | Agent Toll Free | 800-228-7603 | Showing: | AppOnly, AgntNote, CallLA |
| BuyAgt: 2 % TrnsBrk: 2 % NonRep: 0.0 % | | | | BnusTrms: | TO SELLING AGENT FOR ACCEPTABLE CONTRACT |
| Dual/Var? | N BonusAmt: 10,000 | | | BnusExp: | 06/06/2010 |

--Information deemed reliable but not guaranteed--Copyright: 2010 by the Pensacola Association of Realtors, Inc.

*Prepared by LYNDON HUDSON of 2 PARADISE REALTY on 10/26/2010 9:49:04 AM*

# Search Results

⊗ ⊗ ⊗ ⊗ ⊗ 📥 Save to Prospect 📍 Map Listings ☑ Show Checked

**History Status** - BOM - BackOnMkt, PCH - Price Extension, UPD - Update, PHT - Photo

| ☑ | # | MLS# | Date | Sys Date | STA | Cat | Ar | Address | Price | dom | Agent | ChangeBy | Ofc ID |
|----|---|------|------|----------|-----|-----|-----|---------|-------|-----|-------|----------|--------|

**Search Criteria:** area= [06] SW Pcola|Status <> H and <> XF|(street name like LA PAZ ST)|(street num = 1495)

| | MLS# | Date | Sys Date | STA | Cat | Ar | Address | Price | dom | Agent | ChangeBy | Ofc ID |
|---|------|------|----------|-----|-----|-----|---------|-------|-----|-------|----------|--------|
| 1 | 377623 m | 02/25/10 | 02/25/10 | WTH | RES | 06 | 1495 LA PAZ ST | $999,760 | 142 | 2531 | 2531 | TONE01 |
| | | 10/06/09 | 10/06/09 | PHT | | 06 | | $999,760 | 0 | 2531 | 2531 | TONE01 |
| | | 10/06/09 | 10/06/09 | ACT | | 06 | | $999,760 | 0 | 2531 | 2531 | TONE01 |
| 2 | 319921 m | 07/03/07 | 07/03/07 | EXP | RES | 06 | 1495 LA PAZ ST | $1,875,000 | | 8924 | 8924 | NFI001 |
| | | 01/18/07 | 01/18/07 | ACT | | 06 | | $1,875,000 | | 8924 | 8924 | NFI003 |

☑ Reports ———— Agent Reports ———— ⊗ ⊗ ⊗ ⊗ ⊗ **Sorting** Status, Area, SubArea, Price ⊗ ⊗

 Showing records 1 to 2 of 2 



# Chris Jones
## Escambia County Property Appraiser

[ Real Estate Search ]  [ Tangible Property Search ]  [ Amendment 1 Calculations ]

Back

Navigate Mode   Account
Reference

Printer Friendly Version

| General Information | |
|---|---|
| **Reference:** | 082S314000000031 |
| **Account:** | 093192000 |
| **Owners:** | NESS KENNETH W & ANNE F EST OF TRUSTEES FOR NESS FAMILY TRUST |
| **Mail:** | 1495 LA PAZ ST PENSACOLA, FL 32506 |
| **Situs:** | 1495 LA PAZ ST 32506 |
| **Use Code:** | SINGLE FAMILY RESID |
| **Taxing Authority:** | COUNTY MSTU |
| **Tax Inquiry:** | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Janet Holley, Escambia County Tax Collector

| 2010 Certified Roll Assessment | |
|---|---|
| **Improvements:** | $250,939 |
| **Land:** | $342,950 |
| **Total:** | $593,889 |
| *Save Our Homes:* | $397,847 |

Disclaimer

Amendment 1 Calculations

## Sales Data

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 08/1996 | 4040 | 592 | $100 | WD | View Instr |
| 07/1991 | 3034 | 776 | $100 | WD | View Instr |
| 11/1990 | 2933 | 869 | $100 | WD | View Instr |
| 12/1986 | 2382 | 730 | $20,000 | WD | View Instr |

Official Records Inquiry courtesy of Ernie Lee Magaha, Escambia County Clerk of the Court

| 2010 Certified Roll Exemptions |
|---|
| HOMESTEAD EXEMPTION |

| Legal Description |
|---|
| LTS 31 32 33 & 34 SANTA MARINA S/D PB 5 P 86 OR 3034 P 776 OR 4040 P 592... |

| Extra Features |
|---|
| BOAT HOUSE ELEVATOR SEA WALL WOOD DECK |

## Parcel Information

Restore Map          Get Map Image    Launch Interactive Map

**Section Map Id:**
08-2S-31-1

**Approx. Acreage:**
1.9800

**Zoned:**
R-2



| Buildings |
| --- |

**Building 1 - Address:1495 LA PAZ ST, Year Built: 1991, Effective Year: 1991**

**Structural Elements**
**FOUNDATION-***PILINGS*
**EXTERIOR WALL-***STUCCO OV WD/LA*
**NO. PLUMBING FIXTURES-***13.00*
**DWELLING UNITS-***1.00*
**ROOF FRAMING-***GABLE-HI PITCH*
**ROOF COVER-***DIMEN/ARCH SHNG*
**INTERIOR WALL-***DRYWALL-PLASTER*
**FLOOR COVER-***CARPET*
**NO. STORIES-***1.00*
**FLOOR COVER-***HARDWOOD/PARQET*
**DECOR/MILLWORK-***ABOVE AVERAGE*
**HEAT/AIR-***CENTRAL H/AC*
**STRUCTURAL FRAME-***WOOD FRAME*

**Areas - 6314 Total SF**
**BASE AREA - ***2746*
**BASE SEMI FIN - ***516*
**GARAGE FIN - ***1014*
**GARAGE UNFIN - ***958*
**OPEN PORCH FIN - ***72*
**WOOD DECK FIN - ***1008*

| Images |
| --- |

None

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/26/2010 (tc.1429)

**Search Criteria:** Address like la paz st|prop_type= ResDetached|status= ACT, CON, ACT, CON, PND, SLD, RNT, TMP, WTH, EXP, OFC, PVL and <> XF

**Residential**

| | | | |
|---|---|---|---|
| MLS#: | 377623m **Prop Type:** RD | **ListPrice:** | $999,760 |
| Status: | Withdrawn **LastChng:** 02/25/2010 | **Date Listed:** | 10/06/2009 |
| Address: | 1495 LA PAZ ST | **ApproxSF:** | 3,200 |
| | PENSACOLA, FL | **Bedrooms:** | 4 |
| Zip: | 32506 | **FullBaths:** | 3 |
| County: | ESCAMBIA | **HalfBaths:** | 1 |
| MainArea: | 06 Southwest Pensacola | **#Rooms:** | 9 |
| SubArea: | 0606 East Perdido Bay | **YearBuilt:** | 1991 |
| Subd/Proj: | SANTA MARINA NONE | **CnstrStat:** | ConstrCmplt |
| ParcelID: | 082S314000000031 | | |



Click photo for more media and enlargements

ElemSch: BLUE ANGEL - 06 Middle: BAILEY - 06 High: ESCAMBIA - 06
Dir:    WEST ON LILLIAN HWY (HWY 298) FROM BLUE ANGEL FOR APPROX 1 MILE
        FIRST PAVED ROAD TO THE RIGHT TAKE LA PAZ TO THE END AT CUL DE SAC
        GATED ENTRY TO COMPLEX ON THE LEFT.
Legal:   LOTS 31,32,33,34 SANTA MARINA

EXECUTIVE COMPLEX CAPTURES WATERVIEWS OF SUNRISES AND SUNSETS. THE COMPOUND IS OF FOUR CUL-DE-SAC LOTS WITH APPROXIMATELY 800 FT WATERFRONT THREE SIDES (PERDIDO BAY,BAYOU MARCUS AND FRESH WATER CANAL). PRIVATE BOAT RAMP, 24'COVERED BOAT HOUSE WITH LIFT, ADDITIONAL BOAT HOUSE ON CANAL. CANAL OFFERS SAFE HAVEN FOR BOATS AT THE CORNER OF THE BAY/BAYOU IS A TEA HOUSE/PAVILION DECK FOR FISHING, NATURE WATCHING OR ENTERTAINING. UPPER FLOOR CONSISTS OF 3 BEDROOMS AND 2.5 BATHS, GREAT ROOM, KITCHEN/INFORMAL DINING AREA.GREAT ROOM HAS EXPANSIVE WINDOWS ON TWO SIDES TO VIEW BOTH THE BAY AND THE BAYOU. CATHEDRAL CEILINGS, FIREPLACE WITH NATURAL GAS LOG LIGHTER, ENTERTAINMENT CENTER, WET BAR. GREAT ROOM AND MASTER BEDROOM OPEN ONTO A 950 SQ.FT. DECK IDEAL FOR MORNING COFFEE,AND ENTERTAINING. THE KITCHEN HAS HIGH END APPLIANCES, JENN-AIRE COOKTOP, WALK-IN PANTRY AND ELEVATOR TO THE LOWER LEVEL.INFORMAL DINING AREA OPENS TO 200 SQ FT DECK FOR BBQ AND INTIMATE MEALS. MASTERBEDROOM AND BATH HAVE A VIEW OF THE BAY, BAYOU, CANAL WITH WHIRLPOOL TUB AND CUSTOMIZED WALK IN CLOSET LOWER LEVEL: 3 CAR GARAGE, LARGE MULTIPURPOSE ROOM, WINE STORAGE ROOM, TOOL ROOM, GENERAL STORAGE AND WOODWORKING SHOP. BEST OF ALL IS A SEPARATE 440 SQ FT SUITE/MAID QUARTERS. 21ST CENTURY ELECTRIC/ELECTRONICS SYSTEMS IE FIBER-OPTICS, CELL PHONE ACTIVATED SECURITY SYSTEM,INNOVATIVE INDIVIDUAL ROOM CUSTOM ELECTRIC CONTROLS.. LOW MAINTENANCE LANDSCAPING, INCLUDING PITCH-PUT GREEN WITH SAND TRAPS,AREA FOR BADMITTON/VOLLEYBALL, HORSESHOE PIT, A VICTORY/BUTTERFLY GARDEN.DEDICATED WELL AND SPRINKLER SYSTEM FOR LAWN.PRIVATE GATED SOLAR POWERED ENTRANCE..."ATTRACTIVE OWNER FINANCING AVAILABLE"

**Agent Notes:** CALL LISTING AGENT FOR EASY SHOWING....LISTING AGENT MUST ACCOMPANY.. ——> Click here to report an inaccuracy on this listing <——

| | | | | | | |
|---|---|---|---|---|---|---|
| **PrkingSpc:** | 2 | **LotSize:** IRREG | **LotLoc:** | Interior, Cul-De-Sac, Waterview, Waterfront, Paved Road | **WatFrnt:** | Bay, Bayou, Canal, Boathouse |
| | | **Acres:** 1.50 | **Zoning:** | ResSingle, NoMobHomes | **WatFrntFeat:** | Blk/Seawal, BoatLnch, Dock, BoatLift, Pier |
| **PrkingFeat:** | 3CarGarage, Oversized, SideEnt | | **RdMaint:** | County | **WaterView:** | Bay View, Bayou View, Canal View |
| **DevelopFacil:** | | | | | **WFFeet:** | 800 |

| Room Type | Lvl | Dimnsns | | | | |
|---|---|---|---|---|---|---|
| Dining/Living | 2 | 21X31 | **Styl/Des:** | Contemp/TwoStory | **Cnstr/Sidng:** | Frame, Block, Concrete/SynthStuc, HardeePink |
| Kitchen | 2 | 11X12 | **Roof:** | ArchtShgl | **Floors:** | W/WCarpet, WoodLam |
| Dining/Kitchen | 2 | 12X13 | **Wat/Sew:** | PubWater, PrivWell, PubSewer | **Pool:** | None |
| Bedrm:Master | 2 | 14X16 | **Heat:** | A/Ahtpmp, 2+Units | **WatHtr:** | Gas |
| Bath: Master | 2 | 12X13 | **Elec:** | CircuitBrk | **Cooling:** | A/Ahtpmp, 2+Units |
| Bedrm:Additnl | 2 | 11X12 | **ExtFeatures:** | EntLtFence, BkydFnce, LawnPump, Sprinkler, OpenDeck, OpenPatio, Balcony, Lanai | | |
| Bedrm:Additnl | 2 | 11X12 | **IntFeatures:** | CableAvl, Fireplace, Wetbar, Cathedrl, HighCeiln, AllDrapes, DraperyRod, AllBlinds, Add'lStor, InLndry, W/DHookups, BltInBookCs, Elevator, FrplcGas, VaultedCl, WkinClos, RecLite, Hot Tub, HiSpNetAvail | | |
| Guest Quarters | 1 | 20X20 | **KitFeatures:** | Ovn/Cooktp, BnMicro, Dishwasher, Pantry, TileCt | | |
| Exercise | 1 | 17X25 | **Energy:** | InsulatFlr, InsulatDrs, DoublePane, CeilFans, Heatpump, InsulatWal, InsulatCei | | |
| Storage | 1 | 6X10 | **MiscEquip:** | Washer, Dryer, CentralVac, SecAlarm, SmkDetetr, GarOpnr | | |
| Workshop | 1 | 6X10 | **DiningType:** | Lv/DiCombo, BkfstRm/Nk | | |

**Mbed/Mbath:** Split, Sitting Area / Double Vanity, Dress Area, Garden Tub, Tile Countertops, Separate Shower
**Energy Star Qualified:**         **Geothermal Heat Pump:**
**Certification:**              **Other Green Features:**

| | | | | | |
|---|---|---|---|---|---|
| **CntngncyRsn:** | | **Hmstd:** | Y | **SaleSubtoLse:** | |
| **SpecialSaleType:** | N/A | **LandLse/Year:** | | **HomeWarr:** | 1Year |
| **AssignOfIntrst:** | N | **LseExpDate:** | | **Financing:** | Owner, Cnventnal, VA, FHA, FMHA, Cash |

| | | | | |
|---|---|---|---|---|
| **Assn?:** | NONE | **AsscFee/Yr:** | | **Occupancy:** AtClosing |
| **Assoc.FeesInc:** | | | | **MonthlyRent:** |

| | | | | | |
|---|---|---|---|---|---|
| **LstOff:** | (TONE01)2 PARADISE REALTY | **Cntct Ordr** | | **Ph.Num** | **LstTyp:** ERS **LmtdServ?** N |
| **LstAgt:** | (2531)LYNDON HUDSON | Agent Home Ph | 850-453-5912 | **Agency:** TranBrkr |
| **Email:** | AERO34B@AOL.COM | Agent Cell Ph | 850-572-4035 | **Seller:** IN FILE |
| **Co-Off:** | 2 PARADISE REALTY | Office Phone | 850-492-6972 | **SellPh:** |
| **Co-Agt:** | RYAN HUDSON | Agent Toll Free | 800-228-7603 | **Showing:** AppOnly, AgntNote, CallLA |
| **BuyAgt:** 2 % **TrnsBrk:** 2 % **NonRep:** 0.0 % | | | | **BnusTrms:** TO SELLING AGENT FOR ACCEPTABLE CONTRACT |
| **Dual/Var?** | N **BonusAmt:** 10,000 | | | **BnusExp:** 06/06/2010 |

--Information deemed reliable but not guaranteed--Copyright: 2010 by the Pensacola Association of Realtors, Inc.

*Prepared by LYNDON HUDSON of 2 PARADISE REALTY on 10/26/2010 9:49:04 AM*