U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2011 APR 20 PM 1:13 LORETTA G. WHYTE CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| DAVIS | Edgar | Christopher | |

| | |
|---|---|
| Phone Number (504) 220-9791 | E-Mail Address davise8588@live.com |
| Address 2726 Cadiz ST. | City / State / Zip New orleans, LA 70115 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name Double Tree HoteL | Business Name |
| Job Title / Description Banquet server seated, Breakfast, Lunch, Dinner | Type of Business |
| Address 300 CANAL ST | Address |
| City / State / Zip New orleans, LA 70130 | City / State / Zip |
| Last 4 digits of your Social Security Number 8588 | Last 4 digits of your Tax ID Number |

| | |
|---|---|
| Attorney Name | Firm Name |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| | |
|---|---|
| Claim filed with BP? YES [scribbled out] NO ☐ | Claim Filed with GCCF?: YES ☑ NO ☐ |
| If yes, BP Claim No.: [scribbled out] | If yes, Claimant Identification No.: 3019854 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130,** in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.



***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

by pay check, I get paid By Gratuities.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☑ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:____________________________

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:____________________________

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

________________________________________
Claimant or Attorney Signature

________________________________________
Print Name

________________________________________
Date



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Before the Oil spill in the year 2010. I was making an Average of 1,866.00 every two weeks. A month is added 3,688.56. From May 2010 to December 2010. That's 3,688.56 a month X 8 month is 29,508.48 Total. My lost is 29,508.48, because of the Oil spill in 2010. GCCF or totaling their Numbers by $8.70 per hr. I do not get paid by hourly wage. I get paid by Gratuities, A percent of the food cost For each Convention Functions, Breakfast, Lunch, Dinner, Receptions, Weddings and parties.

For the Breakfast Shift i make $54.00, Lunch shift i make $78.00, Dinner shift i make $132.00, Wedding And Receptions, Parties Shift i make $147.00 per Shift.

My Claim # is 3[illegible]9854. Please contact me by my cell # (504) 220-9791 or by my E-mail # davise8588@live.com

Thank you!

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 2,968.61 | 4,966.63 |
| Regular Wages | 200.00 | 380.00 |
| Gross Pay | $ 3,168.61 | $ 5,346.63 |

Your federal taxable wages this period are $3,168.61

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 621.48 | - 818.22 |
| Fed MED/EE | - 45.95 | - 77.53 |
| Fed OASDI/EE | - 196.45 | - 331.49 |
| LA Withholdng | - 122.73 | - 169.38 |
| Net Pay | $ 2,182.00 | $ 3,950.01 |

PTO Hours Available:

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 80.00 | 152.00 |
| Total: | | 80.00 | 152.00 |

Period Beginning: 01/29/2010 Check #: 7161469
Period Ending: 02/11/2010 Check Date: 02/18/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

Before Oil spill

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 1,477.07 | 7,622.83 |
| Regular Wages | 135.00 | 591.25 |
| Overtime | 232.21 | 232.21 |
| Gross Pay | $ 1,844.28 | $ 8,446.29 |

Your federal taxable wages this period are $1,844.28

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 279.10 | - 1,242.31 |
| Fed MED/EE | - 26.74 | - 122.47 |
| Fed OASDI/EE | - 114.35 | - 523.67 |
| LA Withholdng | - 56.91 | - 261.41 |
| Net Pay | $ 1,367.18 | $ 6,296.43 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 54.00 | 236.50 |
| Overtime | 20.1921 | 11.50 | 11.50 |
| Total: | | 65.50 | 248.00 |

Period Beginning: 02/26/2010 Check #: 7187177
Period Ending: 03/11/2010 Check Date: 03/18/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 1,792.32 | 9,415.15 |
| Regular Wages | 161.88 | 753.13 |
| Overtime | 0.00 | 232.21 |
| Gross Pay | $ 1,954.20 | $ 10,400.49 |

Your federal taxable wages this period are $1,954.20

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 306.58 | - 1,548.89 |
| Fed MED/EE | - 28.34 | - 150.81 |
| Fed OASDI/EE | - 121.16 | - 644.83 |
| LA Withholdng | - 61.40 | - 322.81 |
| Net Pay | $ 1,436.72 | $ 7,733.15 |

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 64.75 | 301.25 |
| Overtime | | | 11.50 |
| Total: | | 64.75 | 312.75 |

Period Beginning: 03/26/2010 Check #: 7207643
Period Ending: 04/08/2010 Check Date: 04/07/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis** **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 1,922.48 | 11,337.63 |
| Regular Wages | 120.63 | 873.76 |
| Overtime | 408.75 | 640.96 |
| Gross Pay | $ 2,451.86 | $ 12,852.35 |

Your federal taxable wages this period are $2,451.86

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 430.99 | - 1,979.88 |
| Fed MED/EE | - 35.55 | - 186.36 |
| Fed OASDI/EE | - 152.02 | - 796.85 |
| LA Withholdng | - 86.53 | - 409.34 |
| Net Pay | $ 1,746.77 | $ 9,479.92 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 48.25 | 349.50 |
| Overtime | 23.0281 | 17.75 | 29.25 |
| Total: | | 66.00 | 378.75 |

Period Beginning: 03/26/2010 Check #: 7211186
Period Ending: 04/08/2010 Check Date: 04/15/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

Before Oil spill

**Edgar Chirstopher Davis** **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 1,685.84 | 13,023.47 |
| Regular Wages | 0.00 | 873.76 |
| Overtime | 0.00 | 640.96 |
| Gross Pay | $ 1,685.84 | $ 14,538.19 |

Your federal taxable wages this period are $1,685.84

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 239.49 | - 2,219.37 |
| Fed MED/EE | - 24.44 | - 210.80 |
| Fed OASDI/EE | - 104.52 | - 901.37 |
| LA Withholdng | - 51.05 | - 460.39 |
| Net Pay | $ 1,266.34 | $ 10,746.26 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 349.50 |
| Overtime | | | 29.25 |
| Total: | | | 378.75 |

Period Beginning: 04/09/2010 Check #: 7222791
Period Ending: 04/22/2010 Check Date: 04/29/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis** **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 3,186.04 | 16,353.92 |
| Regular Wages | 200.00 | 1,073.76 |
| Overtime | 879.23 | 1,520.19 |
| Gross Pay | $ 4,265.27 | $ 18,947.87 |

Your federal taxable wages this period are $4,265.27

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 930.25 | - 3,149.62 |
| Fed MED/EE | - 61.84 | - 274.74 |
| Fed OASDI/EE | - 264.45 | - 1,174.77 |
| LA Withholdng | - 178.11 | - 638.50 |
| Net Pay | $ 2,830.62 | $ 13,710.24 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 80.00 | 429.50 |
| Overtime | 22.6898 | 38.75 | 68.00 |
| Total: | | 118.75 | 497.50 |

Period Beginning: 05/07/2010 Check #: 7246269
Period Ending: 05/20/2010 Check Date: 05/27/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 144.41 | 13,167.88 |
| Regular Wages | 0.00 | 873.76 |
| Overtime | 0.00 | 640.96 |
| Gross Pay | $ 144.41 | $ 14,682.60 |

Your federal taxable wages this period are $144.41

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 349.50 |
| Overtime | | | 29.25 |
| Total: | | | 378.75 |

**Period Beginning:** 04/23/2010 **Check #:** 7234125
**Period Ending:** 05/06/2010 **Check Date:** 05/13/2010

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 0.00 | - 2,219.37 |
| Fed MED/EE | - 2.10 | - 212.90 |
| Fed OASDI/EE | - 8.95 | - 910.32 |
| LA Withholdng | - 0.00 | - 460.39 |
| Net Pay | $ 133.36 | $ 10,879.62 |

**Department:** 57000-Banquet
**Location:** DTH New Orleans
**Job Title:** Server-Banquet Food
**Pay Rate:** $ 0.0100 Hourly
**Pay Group:** J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

**PTO Hours Available:** 0.00

**Important Notes**

After Oil spill

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 81.74 | 20,445.55 |
| Regular Wages | 12.50 | 1,433.76 |
| Overtime | 0.00 | 1,520.19 |
| Gross Pay | $ 94.24 | $ 23,399.50 |

Your federal taxable wages this period are $94.24

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 5.00 | 573.50 |
| Overtime | | | 68.00 |
| Total: | | 5.00 | 641.50 |

**Period Beginning:** 07/16/2010 **Check #:** 7302409
**Period Ending:** 07/29/2010 **Check Date:** 08/05/2010

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 0.00 | - 3,642.49 |
| Fed MED/EE | - 1.36 | - 339.29 |
| Fed OASDI/EE | - 5.84 | - 1,450.77 |
| LA Withholdng | - 0.00 | - 754.41 |
| Net Pay | $ 87.04 | $ 17,212.54 |

**Department:** 57000-Banquet
**Location:** DTH New Orleans
**Job Title:** Server-Banquet Food
**Pay Rate:** $ 0.0100 Hourly
**Pay Group:** J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

**PTO Hours Available:** 0.00

**Important Notes**

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 138.67 | 5,784.75 |
| Gross Pay | $ 138.67 | $ 5,784.75 |

Your federal taxable wages this period are $138.67

| Hours | rate | current | year to date |
|---|---|---|---|
| Total: | | | |

**Period Beginning:** 07/17/2009 **Check #:** 7004192
**Period Ending:** 07/30/2009 **Check Date:** 08/06/2009

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 0.00 | - 414.91 |
| Fed MED/EE | - 2.01 | - 83.88 |
| Fed OASDI/EE | - 8.59 | - 358.65 |
| LA Withholdng | - 0.00 | - 88.78 |
| Net Pay | $ 128.07 | $ 4,838.53 |

**Department:** 57000-Banquet
**Location:** DTH New Orleans
**Job Title:** Server-Banquet Food
**Pay Rate:** $ 0.0100 Hourly
**Pay Group:** J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

**Important Notes**

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 119.97 | 20,565.52 |
| Regular Wages | 0.00 | 1,433.76 |
| Overtime | 0.00 | 1,520.19 |
| Gross Pay | $ 119.97 | $ 23,519.47 |

Your federal taxable wages this period are $119.97

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 0.00 | - 3,642.49 |
| Fed MED/EE | - 1.74 | - 341.03 |
| Fed OASDI/EE | - 7.44 | - 1,458.21 |
| LA Withholdng | - 0.00 | - 754.41 |
| Net Pay | $ 110.79 | $ 17,323.33 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 573.50 |
| Overtime | | | 68.00 |
| Total: | | | 641.50 |

Period Beginning: 07/30/2010 Check #: 7315924
Period Ending: 08/12/2010 Check Date: 08/19/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

After Oil spill

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 295.72 | 22,303.91 |
| Regular Wages | 0.00 | 1,495.64 |
| Overtime | 0.00 | 1,520.19 |
| Gross Pay | $ 295.72 | $ 25,319.74 |

Your federal taxable wages this period are $295.72

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 6.30 | - 3,842.96 |
| Fed MED/EE | - 4.29 | - 367.14 |
| Fed OASDI/EE | - 18.33 | - 1,569.82 |
| LA Withholdng | - 2.58 | - 801.33 |
| Net Pay | $ 264.22 | $ 18,738.49 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 598.25 |
| Overtime | | | 68.00 |
| Total: | | | 666.25 |

Period Beginning: 08/27/2010 Check #: 7337755
Period Ending: 09/09/2010 Check Date: 09/16/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 490.24 | 22,794.15 |
| Regular Wages | 56.25 | 1,551.89 |
| Overtime | 0.00 | 1,520.19 |
| Gross Pay | $ 546.49 | $ 25,866.23 |

Your federal taxable wages this period are $546.49

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 38.66 | - 3,881.62 |
| Fed MED/EE | - 7.92 | - 375.06 |
| Fed OASDI/EE | - 33.89 | - 1,603.71 |
| LA Withholdng | - 8.89 | - 810.22 |
| Net Pay | $ 457.13 | $ 19,195.62 |

PTO Hours Available: 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 22.50 | 620.75 |
| Overtime | | | 68.00 |
| Total: | | 22.50 | 688.75 |

Period Beginning: 09/10/2010 Check #: 7349320
Period Ending: 09/23/2010 Check Date: 09/30/2010

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

Important Notes

**Edgar Chirstopher Davis**

**Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 860.44 | 24,872.08 |
| Regular Wages | 75.00 | 1,919.20 |
| Overtime | 0.00 | 1,520.19 |
| **Gross Pay** | $ 935.44 | $ 28,311.47 |

**Your federal taxable wages this period are $935.44**

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 97.00 | - 4,174.10 |
| Fed MED/EE | - 13.57 | - 410.52 |
| Fed OASDI/EE | - 58.00 | - 1,755.31 |
| LA Withholdng | - 23.28 | - 878.04 |
| **Net Pay** | $ 743.59 | $ 21,093.50 |

**PTO Hours Available:** 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 30.00 | 695.00 |
| Overtime | | | 68.00 |
| **Total:** | | 30.00 | 763.00 |

**Period Beginning:** 10/08/2010 **Check #:** 7373595
**Period Ending:** 10/21/2010 **Check Date:** 10/28/2010

**Department:** 57000-Banquet
**Location:** DTH New Orleans
**Job Title:** Server-Banquet Food
**Pay Rate:** $ 0.0100 Hourly
**Pay Group:** J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| **Filing Status:** | Single | Louisiana Form |
| **Allowances:** | 0 | 0 |
| **Additional Percentage:** | | |
| **Additional Amount:** | | |

**Important Notes**

After Oil spill

**Edgar Chirstopher Davis**

**Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 239.65 | 26,681.94 |
| Regular Wages | 0.00 | 2,057.33 |
| Overtime | 0.00 | 1,520.19 |
| **Gross Pay** | $ 239.65 | $ 30,259.46 |

**Your federal taxable wages this period are $239.65**

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 0.70 | - 4,419.91 |
| Fed MED/EE | - 3.47 | - 438.76 |
| Fed OASDI/EE | - 14.86 | - 1,876.09 |
| LA Withholdng | - 1.40 | - 931.32 |
| **Net Pay** | $ 219.22 | $ 22,593.36 |

**PTO Hours Available:** 0.00

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 750.25 |
| Overtime | | | 68.00 |
| **Total:** | | | 818.25 |

**Period Beginning:** 11/05/2010 **Check #:** 7397794
**Period Ending:** 11/18/2010 **Check Date:** 11/24/2010

**Department:** 57000-Banquet
**Location:** DTH New Orleans
**Job Title:** Server-Banquet Food
**Pay Rate:** $ 0.0100 Hourly
**Pay Group:** J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| **Filing Status:** | Single | Louisiana Form |
| **Allowances:** | 0 | 0 |
| **Additional Percentage:** | | |
| **Additional Amount:** | | |

**Important Notes**

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 240.11 | 2,553.77 |
| Regular Wages | 0.00 | 212.50 |
| Overtime | 0.00 | 190.53 |
| Gross Pay | $ 240.11 | $ 2,956.80 |

Your federal taxable wages this period are $240.11

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | | | 85.00 |
| Overtime | | | 9.25 |
| Total: | | | 94.25 |

Period Beginning: 01/14/2011 Check #: 7462449
Period Ending: 01/27/2011 Check Date: 02/03/2011

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 15.93 | - 420.29 |
| Fed MED/EE | - 3.48 | - 42.87 |
| Fed OASDI/EE | - 10.09 | - 124.19 |
| LA Withholdng | - 1.41 | - 79.58 |
| Net Pay | $ 209.20 | $ 2,289.87 |

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

PTO Hours Available: 0.00

**Important Notes**

After oil spill

**Edgar Chirstopher Davis** — **Employee ID: 1066712**

| Earnings | current | year to date |
|---|---|---|
| Banquet Gratuities | 409.30 | 2,963.07 |
| Regular Wages | 35.00 | 247.50 |
| Overtime | 0.00 | 190.53 |
| Gross Pay | $ 444.30 | $ 3,401.10 |

Your federal taxable wages this period are $444.30

| Hours | rate | current | year to date |
|---|---|---|---|
| Regular Wages | 2.5000 | 14.00 | 99.00 |
| Overtime | | | 9.25 |
| Total: | | 14.00 | 108.25 |

Period Beginning: 02/11/2011 Check #: 7484304
Period Ending: 02/24/2011 Check Date: 03/03/2011

**Deductions**

| Taxes | | |
|---|---|---|
| Fed Withholdng | - 38.18 | - 458.47 |
| Fed MED/EE | - 6.45 | - 49.32 |
| Fed OASDI/EE | - 18.66 | - 142.85 |
| LA Withholdng | - 5.70 | - 85.28 |
| Net Pay | $ 375.31 | $ 2,665.18 |

Department: 57000-Banquet
Location: DTH New Orleans
Job Title: Server-Banquet Food
Pay Rate: $ 0.0100 Hourly
Pay Group: J29-DTree New Orleans LA

| Tax Data: | Federal | LA State |
|---|---|---|
| Filing Status: | Single | Louisiana Form |
| Allowances: | 0 | 0 |
| Additional Percentage: | | |
| Additional Amount: | | |

PTO Hours Available: 0.00

**Important Notes**