IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                SECTION: J                JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Stuart | Ella | C. Newton | |

| Phone Number | E-Mail Address |
|---|---|
| 251-253-8058 | kstuart@peicie.com |

| Address | City / State / Zip |
|---|---|
| P.O. Box 533 | Atmore, AL. 36504 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Last 4 digits of your Social Security Number  3286 | Last 4 digits of your Tax ID Number |
| Attorney Name | Firm Name |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

Claim filed with BP?   YES ☐   NO ☑     Claim Filed with GCCF?:   YES ☐   NO ☑
If yes, BP Claim No.: Not yet              If yes, Claimant Identification No.:

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☑ Other: Loss of reduced interest rate for my mortgage. House was appraised for $350,000 2/2007 + now valued @ $185,000.

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I had my house appraised when it was built in 2007 - It appraised @ $350,000 at that time. I wanted to get a better interest rate so it had to be appraised in 2/2011 and it was appraised @ $185,000. I realize the economy took a toll on this but not to the extreme of $165,000 difference. I can't refinance due to the house not appraising for the $$ amount needed.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Reduction ($165,000) ~~Value~~ Value of home.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Ella C. Shuart_
Claimant or Attorney Signature

_Ella C. Stuart_
Print Name

_4-18-11_
Date

3

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

April 18, 2011

To Deepwater Horizon Lawsuit

My name is Ella Stuart. I have a home at 835 Surfside Drive, Gulf Shores, Alabama 36542. My house was built in 2007 and was appraised at that time for the amount of $350,000. I looked into refinancing my house beginning in February, 2011 to get a better interest rate. The house had to be appraised again and the appraisal value came in at $185,000 a difference of $165,000. I do realize the economy had some to do with that but the fact that my house is 2 blocks from the gulf where the oil spill occurred I am contending that has to do with some of the drastic reduction in value. I have made improvements since the house was built in 2007. This is ridiculous! I have been disallowed to share in the low interest rate that was and is still available. I, in fact, have lost $$ due to this occurrence and need to be compensated for the loss of $$ due to this devaluation of my home.

Sincerely,

*Ella Stuart*

Ella Stuart

File No. 0702167

# INVOICE

**FROM:**
Beth Gordon
Realty Services
P O Box 526
Orange Beach, AL 36561

Telephone Number: 251.980.1881   Fax Number: 251.980.1882

**TO:**
Louise Thaxton
Fairway Independent Mortgage
630 San Antonio Ave
Many, LA 71449

Telephone Number: 877.256.5593   Fax Number:
Alternate Number:   E-Mail:

**INVOICE NUMBER:** 0702167
**DATE:** 02/15/2007

**REFERENCE**
Internal Order #:
Lender Case #:
Client File #:
Main File # on form: 0702167
Other File # on form: Stuart
Federal Tax ID: 422721949
Employer ID:

## DESCRIPTION

Lender: Fairway Independent Mortgage   Client: Fairway Independent Mortgage
Purchaser/Borrower: Ella Stuart
Property Address: 835 Surfside Dr
City: Gulf Shores
County: Baldwin   State: AL   Zip: 36542-7815
Legal Description: Lot 34 Block H Unit 2 Surfside Shores per public records

| FEES | AMOUNT |
|---|---|
| Full Appraisal | 200.00 |
| SUBTOTAL | 200.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| SUBTOTAL | |
| **TOTAL DUE** | **$ 200.00** |

Form NIV5 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
Beth N. Gordon

Beth Gordon
Realty Services
P O Box 526
Orange Beach, AL 36561

February 15, 2007

Fairway Independent Mortgage
630 San Antonio Ave
Many, LA 71449

Re: Property: 835 Surfside Dr
Gulf Shores, AL 36542-7815
Borrower: Ella Stuart
File No.: 0702167

Dear Louise:

Per your request, I have prepared a market value appraisal report, for financing purposes, of the property captioned in the "Summary of Salient Features" which follows.

The accompanying report is based on a site inspection of improvements, investigation of the subject neighborhood area of influence, and review of sales and cost data for similar properties. This appraisal has been made with particular attention paid to applicable value-influencing economic conditions and has been processed in accordance with nationally recognized appraisal guidelines.

The value conclusions stated herein are as of the effective date as stated in the body of the appraisal and contingent upon the certification and limiting conditions attached. This assignment was made subject to the regulations of the State of Alabama Real Estate Appraisers Board. The certified appraiser has met the requirements of the board that allow this report to be regarded as a "Certified Appraisal".

Please do not hesitate to contact me or anyone in our office if we can be of additional service to you.

Sincerely,

*Beth N. Gordon*

Beth N. Gordon

Borrower/Client

Lender

File No. 0702167

## SUMMARY OF SALIENT FEATURES

**SUBJECT INFORMATION**

| | |
|---|---|
| Subject Address | 835 Surfside Dr |
| Legal Description | Lot 34 Block H Unit 2 Surfside Shores per public records |
| City | Gulf Shores |
| County | Baldwin |
| State | AL |
| Zip Code | 36542-7815 |
| Census Tract | 0114.04 |
| Map Reference | MSA |

**SALES PRICE**

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | N/A |

**CLIENT**

| | |
|---|---|
| Borrower / Client | Ella Stuart |
| Lender | Fairway Independent Mortgage |

**DESCRIPTION OF IMPROVEMENTS**

| | |
|---|---|
| Size (Square Feet) | 923 |
| Price per Square Foot | $ N/A |
| Location | Avg/Res |
| Age | New |
| Condition | Average |
| Total Rooms | 4 |
| Bedrooms | 2 |
| Baths | 2 |

**APPRAISER**

| | |
|---|---|
| Appraiser | Beth N. Gordon |
| Date of Appraised Value | February 15, 2007 |

**VALUE**

| | |
|---|---|
| Final Estimate of Value | $ 350,000 |

Form SSD — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Beth N. Gordon
File No. 0702167

# Uniform Residential Appraisal Report

Stuart
File # 0702167

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 835 Surfside Dr |
| City | Gulf Shores |
| State | AL |
| Zip Code | 36542-7815 |
| Borrower | Ella Stuart |
| Owner of Public Record | Stanley O Stuart etal |
| County | Baldwin |
| Legal Description | Lot 34 Block H Unit 2 Surfside Shores per public records |
| Assessor's Parcel # | 05-68-09-30-0-001-044.000 |
| Tax Year | 2006 |
| R.E. Taxes $ | 184.80 |
| Neighborhood Name | Surfside Shores |
| Map Reference | MSA |
| Census Tract | 0114.04 |
| Occupant | ☐ Owner ☐ Tenant ☒ Vacant |
| Special Assessments $ | N/A |
| ☐ PUD  HOA $ N/A  ☐ per year  ☐ per month | |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) |
| Lender/Client | Fairway Independent Mortgage  Address  630 San Antonio Ave, Many, LA 71449 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). MLS & Owner

## CONTRACT

☐ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | Property Values: ☐ Increasing ☒ Stable ☐ Declining | PRICE / AGE | One-Unit 35% |
| Built-Up: ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) (yrs) | 2-4 Unit 5% |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 50 Low New | Multi-Family 35% |
| | | 3,400 High 40 | Commercial 15% |
| | | 500 Pred. 10-15 | Other 10% |

Neighborhood Boundaries: The subject property is located south of the Intracoastal Waterway; north of the Gulf of Mexico, west of the Florida State line and east of Mobile Bay.

Neighborhood Description: The subject property is located in an established residential area with similar size and style properties. Proximity to employment, shopping, schools and other amenities is average. Employment appears to be stable at this time. Appeal to the market is average.

Market Conditions (including support for the above conclusions): The Baldwin County MLS statistics for single family residences dated 12/31/2006, year to date indicate a list to sales price ratio of 90 with 204 average days on the market. Average sales price for single family residences in subject's market area is $499,972. Interest rates remain low at this time and financing is readily available. Most financing in the area is conventional, VA & FHA. Marketability appears to be average.

## SITE

| Field | Value |
|---|---|
| Dimensions | 94.4' x 235' |
| Area | 22,184/sf +/- |
| Shape | Irregular |
| View | Avg/Res |
| Specific Zoning Classification | Unzoned per Baldwin Cty |
| Zoning Description | N/A |
| Zoning Compliance | ☐ Legal ☐ Legal Nonconforming (Grandfathered Use) ☒ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☐ | | Sanitary Sewer | ☒ | | Alley None visible | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X500   FEMA Map # 01003C0907K   FEMA Map Date 6/17/2002
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
None noted during the course of the appraisal. No survey or deed provided to appraiser.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☒ Crawl Space | Foundation Walls  ICF (Concrete) | Floors  Tile/New |
| # of Stories  2 | ☐ Full Basement ☐ Partial Basement | Exterior Walls  Stucco Veneer/New | Walls  Dry/New |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area  sq.ft. | Roof Surface  Metal/New | Trim/Finish  Average |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish  % | Gutters & Downspouts  None | Bath Floor  Tile/New |
| Design (Style)  Beach | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type  S/H/New | Bath Wainscot  Fiberglass/New |
| Year Built  New | ☐ Evidence of ☐ Infestation | Storm Sash/Insulated  Insulated/New | Car Storage ☐ None |
| Effective Age (Yrs)  New | ☐ Dampness ☐ Settlement | Screens  None | ☒ Driveway  # of Cars  2 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface  Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel  Electric | ☐ Fireplace(s) #  ☐ Fence | ☐ Garage  # of Cars |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck 3 ☐ Porch | ☒ Carport  # of Cars  1 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☐ Det. ☒ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area **above** grade contains: 4 Rooms  2 Bedrooms  2 Bath(s)  923 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). 527/sf guest suite on ground floor; covered patio; covered porch; open deck; walk-in closets bedrooms & ceiling fans.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Subject appraised AS IS. The condition of the improvements is average for the neighborhood. This report is not to be considered a professional home inspection report.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
None noted or visible at the time of the inspection; however, appraisers are not structural engineers or professional home/building inspectors. No functional or external depreciation noted during the inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
Construction is consistent with other dwellings in the neighborhood.

---

Freddie Mac Form 70  March 2005                Page 1 of 6                Fannie Mae Form 1004  March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0702167

## Uniform Residential Appraisal Report

Stuart
File # 0702167

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 479,000 to $ 549,000.
There are 3 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 349,000 to $ 475,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 835 Surfside Dr<br>Gulf Shores, AL 36542-7815 | 6606 W Driftwood Dr<br>Gulf Shores, AL 36542 | | 403 E Bernard Ct<br>Gulf Shores, AL 36542 | | 5845 Pizarro Ave<br>Gulf Shores, AL 36542 | |
| Proximity to Subject | | 0.31 miles | | 4.92 miles | | 1.00 miles | |
| Sale Price | $ N/A | $ 349,000 | | $ 385,000 | | $ 475,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 317.27 sq.ft. | | $ 350.00 sq.ft. | | $ 372.84 sq.ft. | |
| Data Source(s) | | MLS Closed #62886 | | MLS Closed #66446 | | MLS Closed #65247 | |
| Verification Source(s) | | Public records | | Public records | | Public records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conv<br>N/A | | Conv<br>N/A | | Conv<br>N/A | |
| Date of Sale/Time | | 08/25/2006 | | 05/30/2006 | | 05/01/2006 | |
| Location | Avg/Res | Good/Res | -34,900 | Avg/Res | | Good/Res | -47,500 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 22,184/sf +/- | 20,361/sf +/- | 0 | 6,250/sf +/- | +19,250 | 20,748/sf +/- | 0 |
| View | Avg/Res | Avg/Res | | Avg/Res | | Avg/Res | |
| Design (Style) | Beach | Beach | | Beach | | Beach | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | New | 28 Act+/- | +28,000 | 9 Act+/- | +9,000 | 12+/- | +12,000 |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | -2,500 | Total Bdrms. Baths | |
| Room Count | 4   2   2 | 3   2   2 | | 4   3   2 | | 3   2   2 | |
| Gross Living Area | 923 sq.ft. | 1,100 sq.ft. | -7,080 | 1,100 sq.ft. | -7,080 | 1,274 sq.ft. | -14,040 |
| Basement & Finished Rooms Below Grade | N/A | N/A<br>N/A | | N/A<br>N/A | | N/A<br>N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Single carport | Single carport | | None | +2,000 | None | +2,000 |
| Porch/Patio/Deck | Patio, porch, etc | Similar | 0 | Similar | 0 | Similar | 0 |
| Guest Suite | 527/sf suite | None | +10,000 | None | +10,000 | None | +10,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -3,980 | ☒ + ☐ - | $ 30,670 | ☐ + ☒ - | $ -37,540 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.1 %<br>Gross Adj. 22.9 % | $ 345,020 | Net Adj. 8.0 %<br>Gross Adj. 12.9 % | $ 415,670 | Net Adj. 7.9 %<br>Gross Adj. 18.0 % | $ 437,460 |

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MLS, owner & public records (REARS)
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MLS & public records (REARS)
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None in prior 36 mos | None in prior 12 mos | None in prior 12 mos | None in prior 12 mos |
| Price of Prior Sale/Transfer | None in prior 36 mos | None in prior 12 mos | None in prior 12 mos | None in prior 12 mos |
| Data Source(s) | MLS/Public rec (REARS) | MLS/Public rec (REARS) | MLS/Public rec (REARS) | MLS/Public rec (REARS) |
| Effective Date of Data Source(s) | 02/15/2007 & 01/31/2007 | 02/15/2007 & 01/31/2007 | 02/15/2007 & 01/31/2007 | 02/15/2007 & 01/31/2007 |

Analysis of prior sale or transfer history of the subject property and comparable sales   N/A

Summary of Sales Comparison Approach   All sales utilized in this report are closed sales as confirmed by MLS closed sales. They are all sales of dwellings located in the subject's market area; and after adjustments have been made, are considered to be good indicators of value for the subject property. All sales fall within the FNMA 1-year date of sale guideline. Comparable Sale #2 exceeds the FNMA distance guideline which is common for the area as competing, comparable properties are several miles apart. An adjustment of $40/sf is made for differences in gross living area. An adjustment of $1000/year is made for differences in age. A 5% adjustment is made to Comparable Sale #2 for site as it is smaller than the subject. A minus 10% is made to Comparable Sales #1 & #3 for location. Comparable sales were very limited; therefore, it was necessary to use comps that closed longer than 6 months ago, exceeded the FNMA distance guidelines and exceeded the normal adjustment rules.

Indicated Value by Sales Comparison Approach $ 350,000

Indicated Value by: Sales Comparison Approach $ 350,000   Cost Approach (if developed) $ 347,300   Income Approach (if developed) $

The sales comparison approach gives a good indication of value because it reflects the attitudes of buyers and sellers in the marketplace. The income approach did not apply. See attached Appraiser's Certification and Statement of Limiting Conditions.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to the attached Statement of Limiting Conditions & Appraiser's Certification.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 350,000   , as of   February 15, 2007   , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

Stuart
File # 0702167

**Intended User:**

The Intended User of this appraisal report is the Client. The Intended Use is to evaluate the property that is the subject of this appraisal for financing purposes, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Additional Limiting Conditions and Disclaimer:**

1. Building Inspection:  As Real Estate Appraisers, we are not qualified to render professional home/building inspections.  It is assumed that all mechanical, electrical, plumbing, heating/air conditioning systems and other systems are in proper working order and that the dwelling is structurally sound when the structure is completed. This report is not to be considered a professional building/home inspection report and the real estate appraisers are not responsible for any defects which a professional home inspection might reveal.

2. Wood Infestation:  As Real Estate Appraisers, we are not qualified to perform termite and/or wood infestation inspections.  Therefore, this appraisal should not be considered a termite and/or wood infestation report.

3. Environmental Disclaimer:  During the appraisal inspection of the subject property, the appraisers noticed no apparent hazardous materials or substances on the subject property.  The existence of hazardous materials such as asbestos, lead-based paint, mold and/or mildew, radon gas and other materials may affect the market value of the subject property in a negative manner.  The value estimate for the subject property is predicated on the assumption that no such material or materials are either on or in the subject property.  No responsibility is assumed by the appraisers for such conditions or for any expertise or knowledge to discover and/or repair such environmental conditions.  Special attention should be paid to houses which were constructed prior to 1976, as many of these homes were built with asbestos containing products and may have been painted with lead-based paints.  As Real Estate Appraisers, we are not qualified to perform such inspections. See attached Statement of Limiting Conditions and Multi-Purpose Supplemental Addendum.

This assignment is made subject to the regulations of the State of Alabama Real Estate Appraisal Board.

This assignment is made subject to the regulations of the State of Alabama Real Estate Appraisal Board.  The undersigned State Licensed Real Estate Appraiser(s) has met the requirements of the Board that allow this report to be regarded as a "Certified Appraisal".

This appraisal report is not to be considered a professional home/building inspection report.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Estimated site value as taken from a review of vacant land sales in subject's market area.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 195,000 |
| Source of cost data  Local builders | DWELLING  923 Sq.Ft. @ $ 100.00 | =$ 92,300 |
| Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Guest suite, porches, patio, deck, etc | =$ 30,000 |
| Estimated site value as taken from a review of vacant land sales in subject's | Garage/Carport  400 Sq.Ft. @ $ 25.00 | =$ 10,000 |
| market area. | Total Estimate of Cost-New | =$ 132,300 |
| | Less    Physical    Functional    External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ 132,300 |
| | "As-is" Value of Site Improvements | =$ 20,000 |
| | Landscaping, driveway, sewer connection, etc. | |
| Estimated Remaining Economic Life (HUD and VA only)   60 Years | INDICATED VALUE BY COST APPROACH | =$ 347,300 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $     X  Gross Rent Multiplier     = $     Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases     Total number of units     Total number of units sold
Total number of units rented     Total number of units for sale     Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

File No. 0702167

## Uniform Residential Appraisal Report
Stuart
File # 0702167

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

Stuart
File # 0702167

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

File No. 0702167

## Uniform Residential Appraisal Report

Stuart
File # 0702167

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

### APPRAISER

Signature
Name Beth N. Gordon
Company Name Realty Services
Company Address P O Box 526
Orange Beach, AL 36561
Telephone Number 251 980 1881
Email Address bethgordon@gulftel.com
Date of Signature and Report February 15, 2007
Effective Date of Appraisal February 15, 2007
State Certification #
or State License # T01269
or Other (describe) _____ State # ____
State AL
Expiration Date of Certification or License 9/30/2007

ADDRESS OF PROPERTY APPRAISED
835 Surfside Dr
Gulf Shores, AL 36542-7815
APPRAISED VALUE OF SUBJECT PROPERTY $ 350,000
LENDER/CLIENT
Name Louise Thaxton
Company Name Fairway Independent Mortgage
Company Address 630 San Antonio Ave, Many, LA 71449

Email Address lgthaxton@fairwaymc.com

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name Semra N. Davenport
Company Name Realty Services
Company Address 121 Ridgewood Dr
Daphne, AL 36526
Telephone Number 251.767.5341
Email Address d_semra@bellsouth.net
Date of Signature February 15, 2007
State Certification # R00728
or State License #
State AL
Expiration Date of Certification or License 9/30/2007

SUBJECT PROPERTY

☐ Did not inspect subject property
☒ Did inspect exterior of subject property from street
Date of Inspection February 15, 2007
☐ Did inspect interior and exterior of subject property
Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☒ Did inspect exterior of comparable sales from street
Date of Inspection February 15, 2007

Freddie Mac Form 70 March 2005     Page 6 of 6     Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Beth N. Gordon

File No. 0702167

| Borrower | | | | File No. 0702167 |
|---|---|---|---|---|
| Property Address 835 Surfside Dr | | | | |
| City Gulf Shores | County Baldwin | | State AL | Zip Code 36542-7815 |
| Lender Fairway Independent Mortgage | | | | |

## PROPERTY HISTORY OF SUBJECT PROPERTY

In developing a real property appraisal, when the value opinion to be developed is market value, an appraiser must, if such information is available to the appraiser in the normal course of business:

(a) analyze all agreements of sale, options, or listings of the subject property current as of the effective date of the appraisal.
(b) analyze all sales of the subject property that occurred within the three (3) years prior to the effective date of the appraisal.

The appraiser has attempted to obtain specific information on the subject property with the following findings:

☒ The subject property has had no change of ownership in the past three (3) years.

☐ The subject property has had no change of ownership in the past five (5) years.

☐ The subject property is currently under contract. Details of the pending purchase are summarized below.

☐ The subject property is currently offered for sale: The listing price is $ _____

☐ The subject property has been sold in the past three (3) year period. Details of the previous sale(s) are disclosed below.

| Sale/Recording Date | Sales Price | List/Asking Price | Grantor/Grantee | Data Source |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ The subject property is proposed construction and is not currently being offered.

☐ A previous sales history of the subject property could not be obtained by the appraiser in the normal course of business.

Comments:

Form PHS2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE