**Location Map**

File No. 0702167

| | | | |
|---|---|---|---|
| Borrower/Client Ella Stuart | | | |
| Property Address 835 Surfside Dr | | | |
| City Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender Fairway Independent Mortgage | | | |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



File No. 0702167

## Plat Map

| Borrower/Client | Ella Stuart | | | |
|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | |
| City Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender Fairway Independent Mortgage | | | | |

Proximity Report                                                        Page 1 of 1

# BALDWIN COUNTY

**Proximity Report Results**

The selection distance was 100



This map is prepared for the real property inventory within this county. It is compiled from recorded deeds, survey plats, and other public records. Baldwin County assumes no responsibility for the content of this map.

| Parcel PIN: 75896 | | |
|---|---|---|
| PID | Owner Name | Owner Address |
| 05-68-09-30-0-001-044.000 | STUART, STANLEY O ETAL STUART, ELLA | 6965 GREENLANDS ROAD WALNUT HILL, FL 35268 |

http://64.237.30.7/bcrevcom/printBuffer.htm                              2/15/2007

Form MAP.PLAT — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



File No. 0702167

## Subject Photo Page

| Borrower/Client | Ella Stuart | | | | |
|---|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542-7815 |
| Lender | Fairway Independent Mortgage | | | | |



**Subject Front**

835 Surfside Dr
Sales Price          N/A
Gross Living Area    923
Total Rooms          4
Total Bedrooms       2
Total Bathrooms      2
Location             Avg/Res
View                 Avg/Res
Site                 22,184/sf +/-
Quality              Average
Age                  New



**Subject Rear**



**Subject Street**

Form PICPIX.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0702167

## Subject Interior Photo Page

| Borrower/Client | Ella Stuart | | | | |
|---|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542-7815 |
| Lender | Fairway Independent Mortgage | | | | |



**Subject Interior**

835 Surfside Dr
Sales Price         N/A
Gross Living Area   923
Total Rooms         4
Total Bedrooms      2
Total Bathrooms     2
Location            Avg/Res
View                Avg/Res
Site                22,184/sf +/-
Quality             Average
Age                 New



**Subject Interior**



**Subject Interior**

Form PICPIX.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0702167

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | Ella Stuart | | |
| Property Address | 835 Surfside Dr | | |
| City Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender | Fairway Independent Mortgage | | |



**Subject Interior – Gust Suite**

835 Surfside Dr
Sales Price          N/A
Gross Living Area    923
Total Rooms          4
Total Bedrooms       2
Total Bathrooms      2
Location             Avg/Res
View                 Avg/Res
Site                 22,184/sf +/-
Quality              Average
Age                  New



**Subject Interior**



**Subject Interior**

Form PICPIX.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0702167

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | Ella Stuart | | |
| Property Address | 835 Surfside Dr | | |
| City Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender | Fairway Independent Mortgage | | |



### Comparable 1

6606 W Driftwood Dr
Prox. to Subject   0.31 miles
Sale Price   349,000
Gross Living Area   1,100
Total Rooms   3
Total Bedrooms   2
Total Bathrooms   2
Location   Good/Res
View   Avg/Res
Site   20,361/sf +/-
Quality   Average
Age   28 Act+/-



### Comparable 2

403 E Bernard Ct
Prox. to Subject   4.92 miles
Sale Price   385,000
Gross Living Area   1,100
Total Rooms   4
Total Bedrooms   3
Total Bathrooms   2
Location   Avg/Res
View   Avg/Res
Site   6,250/sf +/-
Quality   Average
Age   9 Act+/-



### Comparable 3

5845 Pizarro Ave
Prox. to Subject   1.00 miles
Sale Price   475,000
Gross Living Area   1,274
Total Rooms   3
Total Bedrooms   2
Total Bathrooms   2
Location   Good/Res
View   Avg/Res
Site   20,748/sf +/-
Quality   Average
Age   12+/-

Form PICPIX.CR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
835 Surfside Dr
Gulf Shores, AL  36542-7815
LOT 34 BLK H UNIT 2 SURFSIDE SHORE

### FOR:
NYCB Mortgage Company, LLC

Ordered by PCV Murcor

### AS OF:
02/02/2011

### BY:
George Cordell
Cordell Appraisal Company
25870 B Austin Rd Suite 3
Daphne, al 36526