cordell appraisal company                                                                 Page #2

## Uniform Residential Appraisal Report
File # 1589742

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**
- Property Address: 835 Surfside Dr | City: Gulf Shores | State: AL | Zip Code: 36542-7815
- Borrower: Ella Stuart | Owner of Public Record: Ella C Stuart | County: Baldwin
- Legal Description: LOT 34 BLK H UNIT 2 SURFSIDE SHORE
- Assessor's Parcel #: 68-09-30-0-001-044.000 | Tax Year: 2010 | R.E. Taxes $: 455.64
- Neighborhood Name: SURFSIDE SHORE | Map Reference: PB6 PG52 | Census Tract: 0114.04
- Occupant: ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $: 0.00 | ☐ PUD | HOA $: per year / per month
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
- Assignment Type: ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)
- Lender/Client: NYCB Mortgage Company, LLC | Address: 1801 East Ninth Street Suite 200, Cleveland, OH 44114
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s): According to Baldwin County MLS.

**CONTRACT**
- I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A
- Contract Price $: N/A | Date of Contract: N/A | Is the property seller the owner of public record? ☐ Yes ☐ No | Data Source(s): N/A
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
- If Yes, report the total dollar amount and describe the items to be paid. N/A   N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | Property Values: ☐ Increasing ☒ Stable ☐ Declining | PRICE $(000) / AGE (yrs) | One-Unit 77% |
| Built-Up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | Low 120 / New | 2-4 Unit 4% |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | High 1,500 / 100 | Multi-Family 3% |
| | | Pred. 185 / 15 | Commercial 1% / Other 15% |

- Neighborhood Boundaries: Subject is bound to the North by Bon Secour Bay, to the South by The Gulf of Mexico, to the West by Mobile Bay, to the East by Hwy 59.
- Neighborhood Description: The subject is several miles down Fort Morgan Road established residential area with a variety of size and style properties near the Gulf of Mexico. Proximity to employment, shopping, schools, and other amenities is average. Employment appears to be stable at this time. Appeal to the market is average. The other marked above includes schools, places of worship, parks and vacant land.
- Market Conditions (including support for the above conclusions): Marketing time for single family residences in the subject area are generally over 6 months. The Multi Listing Service described an average of 3% - 10% difference between average listing price and sales price.

**SITE**
- Dimensions: 118 X 235 X 94.4 X 200 | Area: 1/2 Acre +/- | Shape: Irregular | View: Residential
- Specific Zoning Classification: R-1 | Zoning Description: Residential
- Zoning Compliance: ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | | ☒ None | Sanitary Sewer | ☒ | | Alley None | | |

- FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone: X500 | FEMA Map #: 01003C1032L | FEMA Map Date: 7/17/2007
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
- There were none noticed at the time of inspection.

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units: ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls Con/Avg | Floors Car/Avg |
| # of Stories: 1 | ☐ Full Basement ☐ Partial Basement | Exterior Walls Stucco/Avg | Walls Dry/Avg |
| Type: ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area: None sq.ft. | Roof Surface Metal/Avg | Trim/Finish Wd/Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish: None % | Gutters & Downspouts None | Bath Floor Cer/Avg |
| Design (Style): Raised Beach | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Sha/Avg | Bath Wainscot Fbg/Avg |
| Year Built: 2006 | Evidence of ☐ Infestation | Storm Sash/Insulated None | Car Storage ☐ None |
| Effective Age (Yrs): E 3 | ☐ Dampness ☐ Settlement | Screens Some/Avg | ☒ Driveway # of Cars 1 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel Electric | ☐ Fireplace(s) # ☐ Fence | ☐ Garage # of Cars |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck ☒ Porch Balcony | ☒ Carport # of Cars 1 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☒ Other Guest Suite | ☐ Att. ☐ Det. ☒ Built-in |

- Appliances: ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Hood
- Finished area above grade contains: 5 Rooms | 2 Bedrooms | 2 Bath(s) | 923 Square Feet of Gross Living Area Above Grade
- Additional features (special energy efficient items, etc.): Standard Equipment.
- Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.): Normal physical depreciation was noted by the appraiser. Appliances and systems appeared (and are assumed) to be in operational condition. There is no measurable evidence of functional obsolescence.
- Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
- None noticed by the appraiser at the time of inspection.
- Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
- The subject appears to conform to the surrounding area.

## Uniform Residential Appraisal Report
File # 1589742

There are  12  comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 134,900 to $ 475,000
There are  6  comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 139,900 to $ 272,500

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 835 Surfside Dr  Gulf Shores, AL 36542-7815 | 851 Cabana Beach Rd  Gulf Shores, AL 36542 | | 403 East Bernard Court  Gulf Shores, AL 36542 | | 5913 Pizarro Ave  Gulf Shores, AL 36542 | |
| Proximity to Subject | | 1.78 miles E | | 4.88 miles W | | 0.97 miles W | |
| Sale Price | $ N/A | | $ 200,000 | | $ 180,200 | | $ 195,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 118.84 sq.ft. | | $ 163.82 sq.ft. | | $ 203.76 sq.ft. | |
| Data Source(s) | | Tax Records | | Tax Records ***REO*** | | Tax Records | |
| Verification Source(s) | | MLS# 158458 Closed DOM 194 | | MLS# 169098 Closed DOM 61 | | MLS# 154246 Closed DOM 344 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional  None Known | | Conventional  None Known | | Cash  None Known | |
| Date of Sale/Time | | 07/15/2010 | | 12/10/2010 | | 08/06/2010 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1/2 Acre +/- | 1/2 Acre +/- | | 1/8 Acre +/- | | 1/2 Acre +/- | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Raised Beach | Raised Beach | | Raised Beach | | Raised Beach | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | A 5 | A 23 | | A 14 | | A 28 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 2 | Total 7 / Bdrms 4 / Baths 4 | -8,000 | Total 6 / Bdrms 3 / Baths 2 | | Total 5 / Bdrms 2 / Baths 1.5 | +2,000 |
| Gross Living Area | 923 sq.ft. | 1,683 sq.ft. | -19,000 | 1,100 sq.ft. | -4,400 | 957 sq.ft. | |
| Basement & Finished Rooms Below Grade | None  None | None  None | | None  None | | None  None | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FA/Cent | FA/Cent | | FA/Cent | | FA/Cent | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 1 Carport | None | +1,500 | 2 Carport | -1,500 | 2 Carport | -1,500 |
| Porch/Patio/Deck | Patio-Deck-Balcony | ScrPorch-Patio-Deck | | Deck | | ScrPorch-Deck | |
| Fireplace | None | Fireplace | -1,500 | None | | None | |
| Misc | 525 Sq Ft Guest Suite | None | +10,000 | None | +10,000 | None | +10,000 |
| Net Adjustment (Total) | | [ ]+ [X]- $ | -17,000 | [X]+ [ ]- $ | 4,100 | [X]+ [ ]- $ | 10,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 8.5 %  Gross Adj. 20.0 % $ | 183,000 | Net Adj. 2.3 %  Gross Adj. 8.8 % $ | 184,300 | Net Adj. 5.4 %  Gross Adj. 6.9 % $ | 205,500 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain   Sales history for the subject and comparables were verified using County Tax Records and or County MLS records.

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   According to MLS and Tax records
My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   According to MLS and Tax records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/18/2009 | None Known in 12 months | 08/16/2010 | None Known in 12 months |
| Price of Prior Sale/Transfer | 0.00 Quit Claim deed | 0.00 | 235,000 Foreclosure | 0.00 |
| Data Source(s) | Tax Records & MLS | Tax Records & MLS | Deeds & Records | Tax Records & MLS |
| Effective Date of Data Source(s) | 02/03/2011 | 02/03/2011 | 02/03/2011 | 02/03/2011 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The sales history for the subject and comparables is listed above. All sales are arms length transactions unless noted otherwise.

Summary of Sales Comparison Approach   All comparable sales are considered to be the most recent and similar homes in which to compare the subject. The appraiser used $25.00 per square foot for the difference in the gross living area between the subject and the comparables. The comparables used all appear to be in similar condition to the subject, therefore no age adjustments were made. Due to the lack of support for an adjustment for the differences in porches and patios, no adjustments were made on the grid. No personal property was included in the appraisers opinion of market value. The subjects market appears stable with low turnover of similar sales. Due to the lack of available similar sales, the appraiser was required to use sales over six months old still within accepted guidelines and exceed guidelines for distance of one mile, to gather the most similar sales. There were no similar sales available to bracket the subjects guest suite, however local realtors typically include any bonus areas in the overall GLA. These types of bonus areas are common in this market. If included in the overall GLA, the sales selected would bracket the subject. It appears comparable #1 has similar living area on the lower level as the subject. The subject has an above ground pool given no value. This is a second home and unattended, this pool could become a liability due to the fact it is not in a fenced area. SEE COMPARABLE 4 PAGE

Indicated Value by Sales Comparison Approach $ 185,000

Indicated Value by: Sales Comparison Approach $ 185,000   Cost Approach (if developed) $ 190,702   Income Approach (if developed) $

Final consideration is given to the sales comparison approach as this tends to be the most reliable indicator of value. The cost approach lends support to this valuation. The income approach was not applicable to this assignment, therefore was not considered.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This value is based on the subject improvements in "as is" condition.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 185,000 , as of  02/02/2011 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # 1589742

### Scope of Work
The appraiser has performed a physical inspection of the subject improvements, and has taken sufficient photographs to appropriately represent the property. The subject neighborhood has been inspected by the appraiser to determine the neighborhood characteristics. I have carefully searched available MLS and local data service records and selected several of the most similar verifiable sales for which accurate information was available for my consideration. The Cost Approach used Marshall & Swift Residential Cost Handbook, information from local builders and suppliers and site value estimates are derived from comparable sales.

### Intended User - Intended Use
The intended user of this appraisal is the Lender/Client. The intended use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form and the definition of Market Value. No additional intended users are identified by the appraiser.

The appraiser has prepared this appraisal in full compliance with the Home Valuation Code of Conduct and has not performed, participated in, or been associated with any activity in violation of the code.

### ADDITIONAL COMMENTS

No employee officer, director, or any agent of the lender, or any third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.

This assignment was made subject to regulations of the State of Alabama Real Estate Appraisers Board. The undersigned state licensed real estate appraiser has met the requirements of the board that allow this report to be regarded as a certified appraisal.

The utilities were on and functional at the time of inspection unless otherwise noted. There was no evidence of Chinese drywall at the time of inspection.

**Legal Description:**
94.4' X 235' LOT 34 BLK H UNIT 2 SURFSIDE SHORE PB6 PG52 (QCD)

**Sales History:**
PREVIOUS OWNER STUART, STANLEY O ETAL STUART, ELLA
LAST DEED DATE 3/18/2009  -This transfer appears to have been a possible divorce as a quit claim deed.

On April 20, 2010, the oil platform Deepwater Horizon situated about 40 miles (64 km) southeast of the Louisiana coast exploded which caused the Deepwater Horizon to burn and sink, and started a massive ongoing offshore oil spill in the Gulf of Mexico, which is now considered the largest in U.S. history and an environmental disaster. The subject property is within 50 miles of the effected coast line. Although near the effected area, the subject is farther inland and should have minimal, if any, impact from the event. The well has been capped since the event and no longer appears to be flowing oil into the Gulf of Mexico.

### COST APPROACH TO VALUE (not required by Fannie Mae)
Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The land value was determined after a review of sold and active land sales in the subjects market area.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 50,000 |
| Source of cost data  Marshall & Swift and local contractors | DWELLING   923 Sq.Ft. @ $ 92.25 | =$ 85,147 |
| Quality rating from cost service  Avg   Effective date of cost data  12/2007 | None Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | 525 Sq. Ft Guest suite-Appliances, decks | =$ 45,000 |
| Cost figures obtained from Marshall & Swift Residential Cost | Garage/Carport   398 Sq.Ft. @ $ 20.00 | =$ 7,960 |
| Handbook and area contractors. | Total Estimate of Cost-New | =$ 138,107 |
| | Less    Physical    Functional    External | |
| | Depreciation   6,905 | =$( 6,905) |
| | Depreciated Cost of Improvements | =$ 131,202 |
| | "As-is" Value of Site Improvements | =$ 9,500 |
| Estimated Remaining Economic Life (HUD and VA only)   57 Years | INDICATED VALUE BY COST APPROACH | =$ 190,702 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)
Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data source(s) _____
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report   File # 1589742

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 1589742

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report   File # 1589742

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _George Cordell_ | Signature |
| Name  George Cordell | Name |
| Company Name  Cordell Appraisal Company | Company Name |
| Company Address  25870 B Austin Rd Suite 3 Daphne, Al 36526 | Company Address |
| Telephone Number  (251) 625-0404 | Telephone Number |
| Email Address  tonycordell@bellsouth.net | Email Address |
| Date of Signature and Report  02/09/2011 | Date of Signature |
| Effective Date of Appraisal  02/02/2011 | State Certification # |
| State Certification #  R00987 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  Al | |
| Expiration Date of Certification or License  09/30/2011 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 835 Surfside Dr | Date of Inspection _____ |
| Gulf Shores, AL 36542-7815 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  185,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  NYCB Mortgage Company, LLC | |
| Company Address  1801 East Ninth Street Suite 200, Cleveland, OH 44114 | ☐ Did not inspect exterior of comparable sales from street |
| Email Address  N/A | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |

Freddie Mac Form 70 March 2005    Page 6 of 6    Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 1589742

| FEATURE | SUBJECT | COMPARABLE SALE #4 | +(-) $ Adjustment | COMPARABLE SALE #5 | +(-) $ Adjustment | COMPARABLE SALE #6 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 835 Surfside Dr, Gulf Shores, AL 36542-7815 | 5615 West Pizarro Ave, Gulf Shores, AL 36542 | | 471 East Buchanan Ct, Gulf Shores, AL 36542 | | 3413 Ponce De Leon Ct, Gulf Shores, AL 36542 | |
| Proximity to Subject | | 1.25 miles W | | 4.98 miles W | | 3.48 miles W | |
| Sale Price | $ N/A | $ 239,900 | | $ 239,000 | | $ 225,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 222.13 sq.ft. | | $ 199.17 sq.ft. | | $ 250.00 sq.ft. | |
| Data Source(s) | | Tax Records | | Tax Records | | Tax Records | |
| Verification Source(s) | | MLS# 170833 Active DOM 50 | | MLS# 159586 Active DOM 378 | | MLS# 158585 Active DOM 395 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Active Active | | Active Active | | Active Active | |
| Date of Sale/Time | | Active | | Active | | Active | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1/2 Acre +/- | 1/2 Acre +/- | | 1/8 Acre +/- | | 1/2 Acre +/- | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Raised Beach | Raised Beach | | Raised Beach | | Raised Beach | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | A 5 | A 31 | | A 31 | | A 41 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5   2   2 | 5   3   1 | +4,000 | 5   3   2 | | 4   1   1 | +4,000 |
| Gross Living Area | 923 sq.ft. | 1,080 sq.ft. | -3,900 | 1,200 sq.ft. | -6,900 | 900 sq.ft. | +600 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FA/Cent | FA/Cent | | FA/Cent | | FA/Cent | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 1 Carport | None | +1,500 | 2 Carport | -1,500 | 2 Carport | -1,500 |
| Porch/Patio/Deck | Patio-Deck-Balcony | Deck | | Porch-Deck | | Deck | |
| Fireplace | None | None | | None | | None | |
| Misc | 525 Sq Ft Guest Suite | None | +10,000 | None | +10,000 | None | +10,000 |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 11,600 | ☒ +  ☐ - | $ 1,600 | ☒ +  ☐ - | $ 13,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 4.8 % Gross Adj. 8.1 % | $ 251,500 | Net Adj. 0.7 % Gross Adj. 7.7 % | $ 240,600 | Net Adj. 5.8 % Gross Adj. 7.2 % | $ 238,100 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/18/2009 | None Known in 12 months | None Known in 12 months | None Known in 12 months |
| Price of Prior Sale/Transfer | 0.00 Quit Claim deed | 0.00 | 0.00 | 0.00 |
| Data Source(s) | Tax Records & MLS | Tax Records & MLS | Tax Records & MLS | Tax Records & MLS |
| Effective Date of Data Source(s) | 02/03/2011 | 02/03/2011 | 02/03/2011 | 02/03/2011 |

Analysis of prior sale or transfer history of the subject property and comparable sales   According to MLS data, the list to sales price ratio in this market is near or at 100%, therefore no adjustments were made.

Analysis/Comments   The subjects addition is not known to violate any building codes for this market as these type of bonus areas are common, however local realtors typically include in the total GLA. Due to the realtors adding this area in the total GLA, the appraiser was unable to locate a sale with similar living area. The lower level was completed with the same quality materials and workmanship as the upper level. The appraiser based the adjustment on a similar adjustment as the overall GLA.

02/09/2011-The appraiser was asked to verify if the guest suite was legal or not. According to Vince Jackson the Baldwin County Planning and Zoning director, the guest living area was permitted at the time of construction and is legal. Mr. Jackson can be contacted at 251-580-1655 ext 7238.

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Form 1004.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Market Conditions Addendum to the Appraisal Report

File No. 1589742

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 835 Surfside Dr | | City Gulf Shores | | State AL | ZIP Code 36542-7815 |
|---|---|---|---|---|---|---|
| Borrower | Ella Stuart | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | ☒ Stable | Declining |
| Total # of Comparable Sales (Settled) | 4 | 1 | 1 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 0.33 | 0.33 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | N/A | N/A | 12 | Declining | ☒ Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 36.4 | Declining | ☒ Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 210,000 | 195,000 | 180,200 | Increasing | Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 274 | 344 | 61 | ☒ Declining | Stable | Increasing |
| Median Comparable List Price | N/A | N/A | 239,900 | Increasing | ☒ Stable | Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 147 | Declining | ☒ Stable | Increasing |
| Median Sale Price as % of List Price | 96.491 | 100.515 | 100.167 | Increasing | ☒ Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? ☒ Yes ☐ No | | | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Sellers concessions are typical in this market ranging from 3% to 10% of closing costs and pre paids.

Are foreclosure sales (REO sales) a factor in the market? ☒ Yes ☐ No If yes, explain (including the trends in listings and sales of foreclosed properties).
There are REO sales and listings in the subjects market area, however these do not appear to be driving the market for property similar to the subject.

Cite data sources for above information. The Baldwin County MLS and the appraisers knowledge of the subjects market area. There are also printed reports in the local newspaper's real estate section as reported by local realtors and closing statements from the county records, however the exact numbers were printed from reports in the Baldwin County MLS database.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
According to the Baldwin County MLS, the subjects market does not appear to be REO driven. Pending, expired and withdrawn listings were reviewed for the appraisers final opinion of market value. The boxes above marked N/A could not be accurately determined using available sources. Due to the limited number of similar sales in the last 12 months, the appraiser feels the information provided above could be inaccurate and misleading. The information above is based on sales considered the most similar to the subject from this market. The overall market appears stable based on MLS data, therefore the stable box was marked on page one.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name George Cordell | | Supervisory Appraiser Name | |
| Company Name Cordell Appraisal Company | | Company Name | |
| Company Address 25870 B Austin Rd Suite 3 Daphne, Al 36526 | | Company Address | |
| State License/Certification # R00987 | State Al | State License/Certification # | State |
| Email Address tonycordell@bellsouth.net | | Email Address | |

Freddie Mac Form 71 March 2009     Page 1 of 1     Fannie Mae Form 1004MC March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch

| | |
|---|---|
| Borrower/Client | Ella Stuart |
| Property Address | 835 Surfside Dr |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542-7815 |
| Lender | NYCB Mortgage Company, LLC |



### Area Calculations Summary

**Living Area**
- First Floor — 923 Sq ft — 32.5 × 28.4 = 923

**Total Living Area (Rounded):** 923 Sq ft

**Non-living Area**
- Guest Suite — 525.4 Sq ft — 18.5 × 28.4 = 525.4
- 1 Car Carport — 397.6 Sq ft — 28.4 × 14 = 397.6
- Balcony — 299 Sq ft — 9.2 × 32.5 = 299
- Covered Patio — 295.8 Sq ft — 9.1 × 32.5 = 295.75
- Deck — 434.5 Sq ft — 28.4 × 15.3 = 434.52
- Deck — 156.1 Sq ft — 31.7 × 4.3 = 136.31; 3 × 2.2 = 6.6; 6 × 2.2 = 13.2
- Open — 49.9 Sq ft — 22.7 × 2.2 = 49.94

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Plat Map

| Borrower/Client | Ella Stuart | | | |
|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | |
| City | Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | |



Form MAP.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photos

| Borrower/Client | Ella Stuart | | | | |
|---|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | | |



**Subject Front**

835 Surfside Dr
Sales Price           N/A
Gross Living Area     923
Total Rooms           5
Total Bedrooms        2
Total Bathrooms       2
Location              Average
View                  Residential
Site                  1/2 Acre +/-
Quality               Average
Age                   A 5



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Photograph Addendum

| | |
|---|---|
| Borrower/Client | Ella Stuart |
| Property Address | 835 Surfside Dr |
| City | Gulf Shores |
| County | Baldwin |
| State | AL |
| Zip Code | 36542-7815 |
| Lender | NYCB Mortgage Company, LLC |



Above Ground pool given no value



Side View



Kitchen in guest suite



Bedroom in guest suite



Bathroom in guest suite



Kitchen upstairs

Form PICSIX2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Photograph Addendum

| Borrower/Client | Ella Stuart | | | | |
|---|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | | |


**Bedroom upstairs**


**Bathroom upstairs**


**Living room upstairs**


**Bedroom upstairs**


**Bathroom upstairs**

Form PICSIX2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photos 1-3

| Borrower/Client | Ella Stuart | | | | |
|---|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | | |



**Comparable 1**
851 Cabana Beach Rd
Prox. to Subject  1.78 miles E
Sales Price  200,000
Gross Living Area  1,683
Total Rooms  7
Total Bedrooms  4
Total Bathrooms  4
Location  Average
View  Residential
Site  1/2 Acre +/-
Quality  Average
Age  A 23



**Comparable 2**
403 East Bernard Court
Prox. to Subject  4.88 miles W
Sales Price  180,200
Gross Living Area  1,100
Total Rooms  6
Total Bedrooms  3
Total Bathrooms  2
Location  Average
View  Residential
Site  1/8 Acre +/-
Quality  Average
Age  A 14



**Comparable 3**
5913 Pizarro Ave
Prox. to Subject  0.97 miles W
Sales Price  195,000
Gross Living Area  957
Total Rooms  5
Total Bedrooms  2
Total Bathrooms  1.5
Location  Average
View  Residential
Site  1/2 Acre +/-
Quality  Average
Age  A 28

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Ella Stuart | | | |
| Property Address | 835 Surfside Dr | | | |
| City | Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | |



### Comparable 4
5615 West Pizarro Ave
Prox. to Subject   1.25 miles W
Sales Price        239,900
Gross Living Area  1,080
Total Rooms        5
Total Bedrooms     3
Total Bathrooms    1
Location           Average
View               Residential
Site               1/2 Acre +/-
Quality            Average
Age                A 31



### Comparable 5
471 East Buchanan Ct
Prox. to Subject   4.98 miles W
Sales Price        239,000
Gross Living Area  1,200
Total Rooms        5
Total Bedrooms     3
Total Bathrooms    2
Location           Average
View               Residential
Site               1/8 Acre +/-
Quality            Average
Age                A 31



### Comparable 6
3413 Ponce De Leon Ct
Prox. to Subject   3.48 miles W
Sales Price        225,000
Gross Living Area  900
Total Rooms        4
Total Bedrooms     1
Total Bathrooms    1
Location           Average
View               Residential
Site               1/2 Acre +/-
Quality            Average
Age                A 41

Form PIC3x5.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

### E & O

| Borrower/Client | Ella Stuart | | | |
|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | |
| City | Gulf Shores | County  Baldwin | State  AL | Zip Code  36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | |



GENERAL STAR NATIONAL INSURANCE COMPANY
Financial Centre
P.O. Box 10360
Stamford, Connecticut 06904-2360

### REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number:   NJA226034B                    Renewal of Number:    NJA226034A

1. **NAMED INSURED:**         George Cordell
   **STREET ADDRESS:**        25055 Fairfax Rd
                              Daphne, AL 36526

2. **POLICY PERIOD:**   Inception Date: 06/09/2010          Expiration Date:   06/09/2011

   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. **LIMIT OF LIABILITY:**
   Each Claim:        $1,000,000
   Aggregate:         $1,000,000
   Claim Expenses have a separate Limit of Liability:
   Each Claim:        $1,000,000
   Aggregate:         $1,000,000

4. **DEDUCTIBLE:**       Each Claim: $500.00     Aggregate: $1,000.00

5. **RETROACTIVE DATE:**   06/09/2008

   If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error, omission or personal injury which occurred before such date.

6. **ANNUAL PREMIUM:**        $  598.00

7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or endorsement(s).
   GSN-07-AP-122(07/2007) GSN-07-AP-800AL (06/2007)
   GSN-07-AP-375 (10/2007)  GSN-07-AP-201 (06/2007)

8. **MANAGING AGENT**
   Herbert H. Landy Insurance Agency, Inc.
   75 Second Avenue, Suite 410
   Needham, Massachusetts 02494-2876

   *Betsy a magnuson*
   Authorized Representative

GSN-07-AP-720 (06/2007)    © Copyright 2007, General Star Management Company, Stamford, CT    Page 1 of 1
Producer Code: 00026230                                    Class Code: 73128
Date: 04/29/2010                                           SLA#:

Form MAP_LT.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**License**

| Borrower/Client | Ella Stuart | | | |
|---|---|---|---|---|
| Property Address | 835 Surfside Dr | | | |
| City | Gulf Shores | County Baldwin | State AL | Zip Code 36542-7815 |
| Lender | NYCB Mortgage Company, LLC | | | |



