IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Last Name: Meikala
First Name: Marie
Middle Name/Maiden: Hunter
Suffix:

Phone Number: 352-215-5671
E-Mail Address: hunterbreez4@att.net
Address: 10950 SW 52 PL
City / State / Zip: Cedar Key FL 32625

**INDIVIDUAL CLAIM** [ ]     **BUSINESS CLAIM** [ ]

Employer Name: SELF (FAMILY) employed CLAM FARMER
Job Title / Description:
Address: 10950 SW 52 PL
City / State / Zip: Cedar Key FL 32625
Last 4 digits of your Social Security Number: 6979

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name:
Address:
Phone Number:

Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP? YES [✓] NO [ ]
If yes, BP Claim No.: 68661245371446

Claim Filed with GCCF?: YES [✓] NO [ ]
If yes, Claimant Identification No.: ICF01090975

**Claim Type (Please check all that apply):**
[✓] Damage or destruction to real or personal property
[✓] Earnings/Profit Loss
[✓] Personal Injury/Death
[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

*Please see enclosed letter of explanation*

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/Wendy U. Hunter - Mother
**Claimant or Attorney Signature**

Meikala Marie Hunter / Wendy U. Hunter - Mother
**Print Name**

April 15, 2011
**Date**

3

April 15, 2011

US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE: Civil Action No. 10-8888

To whom this may concern & should be addressed,

This enclosed letter of explanation is to state the impact this entire situation has had on my career as a clam farmer & family since affected by the oil spill. I am a Self – employed clam farmer of 4 plus years with a family of four.

Ours was not a direct impact but a perception of tainted product or doubt of its safety that happened immediately and has yet to recover, beyond surviving.

Our initial claim was processed & accepted then emergency funds were sent first by BP and then by GCCF.

Our projected losses did not take into account that our recovery time would be slowed to the point of not existing. We are at the mercy of public perception. Since the Oil spill, currently and in the near future, we do not project this situation to change toward the positive. There are too many unknown variables.

To that point, we as long term farmers understand that one substantial weather system churning in the Gulf could change everything permanently. Our clam crops are live animals, susceptible to water & soil changes of any kind. Our losses would be immense and career ending with the actual tainting of either.

On the basis of information provided to and accepted by Bp and GCCF, we have projected a continuing loss due to perception for the next three years. Our product safety is in question, only time will change perception. In turn this will continue to be a troublesome hurdle for some time to come.

Thus, not having resolved this matter to our satisfaction with Gulf Coast Claims Facility and all connected that that entails,

This is being submitted to you in request to be filed with
                                        CIVIL CASE ACTION No. 10-8888

Respectfully,

Meikala Marie Hunter
10950 SW 52nd Pl
Cedar Key, Fl 32625
352-215-5671