# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
FILED   APR 2 0 2011
LORETTA G. WHYTE
JUDGE CARL BARBIER
CLERK

MDL 2179                    SECTION: J

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| FROHLICH | SERRA | GUL | |

| Phone Number | E-Mail Address |
|---|---|
| 850 230 5868 | afrohlich@hotmail.com |

| Address | City / State / Zip |
|---|---|
| 905 DOLPHIN HARBOUR | PANAMA CITY BEACH, FL 32407 |

**INDIVIDUAL CLAIM** ☒          **BUSINESS CLAIM** ☐

| | |
|---|---|
| Employer Name EDGEWATER BEACH RESORT | Business Name |
| Job Title / Description FITNESS INSTRUCTOR | Type of Business |
| Address 11212 FRONT BEACH RD | Address |
| City / State / Zip PANAMA CITY BEACH, FL 32407 | City / State / Zip |
| Last 4 digits of your Social Security Number 5108 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?   YES ☒   NO ☐ | Claim Filed with GCCF?:   YES ☐   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    PLEASE   SEE   ATTACHED   LETTER
    DOCUMENTING   CANCELLATION   OF   CLASSES
    AND   LACK   OF   RAISES   DUE   TO   THE
    OIL   SPILL.

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Serra Frohlich_
Claimant or Attorney Signature

_Serra Frohlich_
Print Name

_4/17/11_
Date

3

BP Oil Spill Claims Center
7938 Front Beach Road
Panama City Beach, Fl 32407


March 21, 2011

To Whom It May Concern,

My name is Serra Frohlich and I have been an employee of Edgewater Beach Resort as a Fitness Instructor since 2007. My pay rate is $30 per class. My Thursday classes were significantly affected by the lower traffic staying at Edgewater Beach Resort. The reduced attendance during the spring and summer months resulted in cancellations of virtually all Thursday classes. A significant amount of the difference between my 2009 and 2010 earnings can be directly attributed to the cancellation of those classes, which would have been taught under normal circumstances.

Since the spill, I had only taught three Thursday classes until this past November when attendance began to return back to normal. That equated to twenty-three classes cancelled that would normally have been attended enough to warrant having this class.

Attached, please find a supporting letter from our CFO, that discusses the financial hardship that affected Edgewater Beach Resort and its employees. Please free to contact me should you have any further questions.

Sincerely,


Serra G. Frohlich
Fitness Instructor, Edgewater Beach Resort
(850) 774-8112



# THE RESORT COLLECTION
## OF PANAMA CITY BEACH

January 7, 2011

GCCF:

Edgewater Beach Resort Management, Inc.  d/b/a The Resort Collection of Panama City Beach, is a condominium resort management company which currently manages approximately 1,000 condominium rental units, one 35,000 square foot conference center, multiple restaurants, tennis & fitness facilities and golf, and includes seven different condominium properties all located directly on the Gulf of Mexico in Panama City Beach, Florida.

As a consequence of the BP Deep Horizon oil spill of April 20, 2010, the Resort Collection suffered significant reductions in occupancy and guest visits and therefore suffered significantly reduced revenue beginning shortly after the spill.  The occupancy and revenue reductions continue to impact the company and its managed properties.  Due directly to the reduction in business levels caused by the oil spill, the Resort Collection has been unable to implement the company's normal base salary increase of 2.5% to 3.0% for any of its employees.

Every employee of Edgewater Beach Resort Management, Inc. has been economically harmed by this decision, which was a direct result of the BP oil spill.

The employees' normal raise would have been an increase of between 2.5% to 3.0% in July of 2010 with an additional 2.5% increase sometime in early 2011.  Currently, there is no objective way to predict if or when the Resort Collection will return to a normal operating environment which would permit the reinstatement of the normal review and compensation increase process.   Until that environment is stabilized and the impact of the oil spill is gone from a physical and emotional perspective, there are no guaranteed  plans for the Resort Collection to reinstate the annual base salary increases.

Sincerely,

R. Keith Wilt
Chief Financial Officer
Edgewater Beach Resort Management, Inc.

SELLA PROHLICH
905 DOLPHIN HARBOUR
PC BEACH, FL 32407

CA No. 10-8888

CLERK OF COURT FOR THE EASTERN DIST. OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

7013060031

18 APR 2011 PM 2 L

PENSACOLA FL 325



USA FIRSTCLASS FOREVER