# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Norton | Debra | Dane | mrs |

| Phone Number | E-Mail Address |
|---|---|
| 504-400-7355 | debranorton@movetoneworleans.com |

| Address | City / State / Zip |
|---|---|
| 5 Beverly Garden Drive | Metairie La 70001 |

**INDIVIDUAL CLAIM** [✓]     **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Last 4 digits of your Social Security Number: 0542 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

Claim filed with BP?    YES [ ]    NO [✓]     Claim Filed with GCCF?:    YES [ ]    NO [ ]

If yes, BP Claim No.:     If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**

- [✓] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [✓] Other: Devalue of water front property

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

my waterfront property/lots for a total of 100' on water at 521 Sandy Hook Dr. Pass Christian Mississippi(tax bill lots attached-lots 22 & 23 BLK 16 Pass Christian Isles; sec.D of sq.21-8-13) was being marketed "for sale by owner" at $750,000 before the oil spill(see the attached comparable sale of neighboring lot which also had 100' on the water was listed for $850,000 but sold for $678,600 on 06/12/09 as a bank owned property).
After the oil spill the phone call inquiries stopped totally for the remainder of 2010; Beginning of 2011 we have tried to reduce the price to 650k then 550k and even quoted someone just last week 480k and STILL NOT TAKERS! the oil spill devalued my property substantially almost to the point that in is non-sellable! buyers think the water is contaminated and fishing is contaminated so it will be years before hope to get my original value.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Debra Dane Norton
Print Name

4/19/2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# Lots/Acreage/Farms

ERA Stirling Properties  [#722]  
Theriot, Kathleen  [THERKK115]

800-330-4930  
228-452-4817

## L 106061 C

| | |
|---|---|
| List Price: | $ 870,000 |

| | | | |
|---|---|---|---|
| Days on Market: | 208 days | Pending Date: | 12/06/08 |
| List Date: | 11/16/08 | Closing Date: | 06/12/09 |
| Excl. Agency: | N | Selling Price: | $ 678,600 |
| Internet: | Y    IDX: N    Addr Public: | Selling Firm: | 722 |
| Agency (A/B): | N/Y/Y | Selling Agent: | therkk115 |
| Co-op (A/B): | 0.0/2.5/2.5    or | Co-Selling Agent: | |
| Other Info: | selling agent commission not refected in sales price/ | How Sold Code: | CASH |
| | | Appraiser Name: | NA |

*This one sold so low as owner was in Bankruptcy*

| | | | |
|---|---|---|---|
| Address: | 516 SANDY HOOK | Cross St: | Magnolia St. |
| | | City: | Pass Christian |
| Area: | 06-PassChristn    N/S of I-10: | Zip Code: | 39571 |
| Lot Size: | 100.00 X 312.00 X 125.00 X 292.00 | Subdivision: | Pass Christian Isl |
| Legal: | LOTS 8 & 9 BLK 23 | Parcel #: | 0212N-01-025.000 |
| Acreage: | | Flood Ins Req: | |
| County: | Harrison County | Est Ann Taxes: | $ 3,782 |
| Zoning: | | Map Coordinate: | |
| Lots: | | Virtual Tour: | http:// |

| | | | |
|---|---|---|---|
| Road Frontage: | 100 | Potential Short Sale: | |
| Water Frontage: | 125 | 3rd Party/Bank Owned: | |

| | | | |
|---|---|---|---|
| School District: | Pass Christian | Elementary School: | |
| Junior/Middle School: | | Senior High School: | |
| Owner Name: | | Owner/Agent: | N |
| Prop Desc: | Beautiful waterfront property. Pier and bulkhead in excellent condition. Pool in working condition. Vacant lot (57' x 150') (Parcel # 0212N-01-016.000) across the street is included in sale price. | | |

| | |
|---|---|
| Type: | Residential |
| Acc Transport: | |
| Waterfront: | Bay |
| Amenities: | |
| Trees: | |
| Type Farm: | |
| Utilities Avail: | |
| Utilities OnSite: | |
| Minerals: | |
| Fences: | |
| Bldg On Site: | |
| Livestock: | |
| Showing: | |
| Restrictions: | |
| Docs on File: | |
| Equip Included: | |
| Mobile Home: | |
| Topography: | |
| Sale Options: | |
| Accept Financ: | |

*Comparable Sale*

- THIS INFORMATION IS CONFIDENTIAL, DEEMED RELIABLE BUT NOT GUARANTEED. BUYER AND/OR BUYER'S AGENT SHOULD VERIFY DATA AND EVALUATE SOURCE. - 04/19/11





Copyright 2000
COPYRIGHT 2000 DELTA COMPUTER SYSTEMS, INC.

# Property Link
## HARRISON COUNTY, MS

**Property Link**

**Deeds & Records Link**

**UCCs Link**

**Marriage License**

**Terms Of Use**

**Privacy Policy**

**Webmaster**

Current Date 4/19/2011

Tax Year 2010
Records Last Updated 4/15/2011

### PROPERTY DETAIL

OWNER  NORTON TIMOTHY H & DEBRA D
5 BEVERLY GARDEN DRIVE

METAIRIE LA 70001

PARCEL  0212N-01-041.000
ADDRESS  521 SANDY HOOK DR

### TAX INFORMATION

| YEAR 2010 | TAX DUE | PAID | BALANCE |
|---|---|---|---|
| COUNTY | 1030.65 | 515.33 | 530.78 |
| CITY | 0.00 | 0.00 | 0.00 |
| SCHOOL | 1132.08 | 566.04 | 583.02 |
| TOTAL | 2162.73 | 1081.37 | 1113.80  3% Penalty |

To Pay Online, WWW.MS1STOP.COM

LAST PAYMENT DATE  2/3/2011

### MISCELLANEOUS INFORMATION

| | | LEGAL | |
|---|---|---|---|
| EXEMPT CODE | | | DR: 1355/0593 12/05/1996- |
| HOMESTEAD CODE | None | | LOTS 22 & 23 BLK 16 PASS CHRIS |
| TAX DISTRICT | 3QW | | TIAN |
| PPIN | 070748 | | ISLES SEC D OF SEC 21-8-13 |
| SECTION | 21 | | (COMB AT CUST REQ 3/20/06) |
| TOWNSHIP | 08 | | PASS CHRISTIAN ISLES SEC D |
| RANGE | 13 | | |

**Deed Book/Page References**

| Book | Page | Date | Type |
|---|---|---|---|
| 1355/0593 | | 12/5/1996 | |
| 1328/0048 | | 2/27/1996 | |
| 0791/0017 | | | |

### TAX SALES

PURCHASE COUNTY TAX SALE FILES

| Year | Sold To | Redeemed By |
|---|---|---|
| | **NO TAX SALES FOUND** | |

Copyright © 2000
Delta Computer Systems Inc
All rights reserved