# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 20 AM 8:3
LORETTA G. WHYTE

| CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM |
|---|

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.,* No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.,* in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Densmore | Janet | | |

| Phone Number | E-Mail Address |
|---|---|
| (504)913-3395 | |
| Address | City / State / Zip |
| 118 Sears Ave. Waveland MS 39576 | P.O. Box 2760 Bay St. Louis MS 39521 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Self-employed | |
| Job Title / Description | Type of Business |
| Paralegal/artist | |
| Address | Address |
| 118 Sears Avenue Waveland, MS 39576 | |
| City / State / Zip | City / State / Zip |
| 3954 | |
| Last 4 digits of your Social Security Number   3954 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?   YES ☑   NO ☐ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: UNKNOWN - will provide | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: all apply but your form only allows use of 1 box *[handwritten]*

---

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Residential property. Detailed claim filed w/ photos and supporting documents and letter to BP filed several months ago expressing concerns over damage to health, loss of enjoyment of home on the beach, fear of future contamination by storm-driven oil, cost of clean-up and possible contamination of property located near Waveland Beach. Specifically, details regarding diminished property value of home I just rebuilt after Katrina demolished our family home, including comparables and valuations determined from property sales pre and post April 20 Macondo well failure. My claim was not unreasonable and was well-documented by a licensed real estate professional. I am not asking for lost wages. I am genuinely concerned about the loss of property value which I have taken the time to document in a fair and market authenticated manner (copies of which I will gladly forward to the court). I am even MORE worried about the potential future losses from this spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I am concerned about future health problems by having been exposed to toxic fumes from burning of oil and spraying of dispersant chemicals; exposure to the local air, water table, and food sources- not just the seafood, but also contamination of ground water and soils in the immediate area of oiled beaches where I live. I have been reading literature from other spills and data that suggests these concerns are not unreasonable. Health problems often become apparent years after the toxic exposures and are known to shorten life span and severely impact quality of life. Walking on the beach in the last week (April 10-15, 2011) I saw a dead sea turtle which I reported. There were also 2 dead birds, more than a dozen dead fish a couple of which were over 2.5 feet long, a dead armadillo, stingray, rabbit, large jelly fish...what is going on here? The oiled beach is not "cleaned", the oil is still coming in and left to be covered up with blown sand. This appears to be a cosmetic job. Our barrier island protection from future storms is so badly endangered- oiled vegitation dead and sand beach erosion- BP just "bought" it. What about future storm protection? I am 62 years old. Who will want to buy my home if I need to sell it and this turns out to be another Love Canal, BP, Transocean,?

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I did not work in the clean-up because when I went to the orientation meeting I discovered that no respirators would be issued. People would not be protected from aspiration of airborn chemicals despite the fact that benzene was mentioned as only one of the chemical components of possible exposure. Planes spraying dispersant chemicals were flying over my house day and night. On many days the stench of burning oil was present over my community. We were advised to "stay inside" if we did not like the smell. Scientists have expressed concern that these chemicals will enter the water table and the ground, hopefully not in significant amounts, but we do not know the cumulative effects at this point. Clean up workers are being studied, what about those of us with homes here? Who is looking out for us? So far we have not had a bad hurricane to stir up the oil/dispersant on the sea floor--I want to preserve my claim with this filing.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

<u>**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**</u>

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☑ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____ Items 5 and 7 but again, only 1 box can be checked. _____

<u>**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**</u>

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Janet Densmore_
Claimant or Attorney Signature

JANET DENSMORE
_____
Print Name

April 19, 2011
_____
Date

_The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form._