IN RE: OIL SPILL by "Deepwater Horizon"

DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                                    SECTION: J                          JUDGE CARL BARBIER

CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER
IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing GmbH, et al., in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name LE | First Name Xi | Middle Name/Maiden THi | Suffix |
|---|---|---|---|

Phone Number 713 345-0676                E-Mail Address

Address 919 BoxeIDer Point            City, State, Zip League City 77573

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name Best Sea Pack | Business Name |
| Job Title / Description Seafood Processer | Type of Business |
| Address 12901 County Road 171 | Address |
| City / State / Zip Danbury, TX 77534 | City / State / Zip |
| Last 4 digits of your Social Security Number 6851 | Last 4 digits of your Tax ID Number |

Attorney Name                                  Firm Name

Address                                        City, State, Zip

Phone Number                                   E-Mail Address

Claim filed with BP?    YES ☒    NO ☐         Claim Filed with GCCF?    YES ☐    NO ☐

If yes, BP Claim No.. 01080195               If yes, Claimant Identification No..

Claim Type (Please check all that apply):
☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Less Shrimps

loss of income

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

☐ 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☑ 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.   Recreational sport fisherman, recreational diver, beachgoer, or recreational boater.

☐ 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7.   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other:_____

Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

☐ 1.   Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.   Resident who lives or works in close proximity to coastal waters.

☐ 6.   Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Xi Thu Le_
Claimant or Attorney Signature

_Xi Le_
Print Name

_04/22/2011_
Date

_The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form._

ENVELOPE

POSTAGE REQUIRED.

U.S. POSTAGE
PAID
LEAGUE CITY, TX
75573
APR 22 11
AMOUNT
**$18.30**
00017855-02

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

UNITED STATES
POSTAL SERVICE

1000

Please recycle.

USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified is a certification mark of MBDC.

home or office at usps.com/pickup

*Print postage online - Go to usps.com/postageonline*

**PLEASE P**

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

***Visit us at usps.com***

**Addressee Copy**
Label 11-B March 2004

**Post Office To Addressee**

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | | |

**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Mailer Signature

TO: (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSEES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**PLEASE PRESS FIRMLY**

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ Post Del Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. Day Year | Month Day | $ |
| Time Accepted ☐ AM | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| ☐ PM | ☐ Noon ☐ 3 PM | $ | $ |
| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| | ☐ 2nd Day ☐ 3rd Day | $ |
| lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)   PHONE (

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**