**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FILED APR 22 2011**

**LORETTA G. WHYTE**
**CLERK**

IN RE: OIL SPILL by "Deepwater Horizon"
**DIRECT FILING SHORT FORM**[1]
Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jimenez | James | | |

Phone Number: 850 479-7755
E-Mail Address: jamdhjimenez@cox.net
Address: 8653 Rosemont Drive
City / State / Zip: Pensacola, Florida 32514

**INDIVIDUAL CLAIM** ☒      **BUSINESS CLAIM** ☐

Employer Name: James Jimenez
Job Title / Description: Property Owner
Address: 7476 White Sands Blvd
City / State / Zip: Navarre Beach Fl 32566
Last 4 digits of your Social Security Number: 9992

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name:
Address:
Phone Number:
Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP?  YES ☒  NO ☒
If yes, BP Claim No.:

Claim Filed with GCCF?:  YES ☒  NO ☐
If yes, Claimant Identification No.: 3257495

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☒ Other: Decrease property value of affected beach property

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

There has been significant decrease in assessed property value of the condominium unit I own, which is located at 7476 White Sands Blvd, Navarre Beach Florida. This is not only pertaining to inability to rent but also the inability to sell the unit at a fair price. Potential buyers are concerned with the long term environmental effects from the BP oil incident. The condominium was purchased for 200,000 in 2003 and current

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Assessed value approximates at 140,000 as per comparable real estate selling transactions. We should be appropriately compensated for this subsequent decrease in property value and the indefinite uncertainty which will persist with potential buyers negotiating the long term safety of living in the surrounding environment.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/_
Claimant or Attorney Signature

JAMES JIMENO
Print Name

4/20/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# FedEx Retrieval Copy

**FedEx US Airbill** — Tracking Number: 8758 2545 9465

**1 From**
Date: 4-21-11
Sender's Name: Janus Jimenez
Company: 
Address: 9653 Rosemont Dr.
City: New Orleans State: LA ZIP: 70127
Phone: (504) 344-7756

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: U.S. District Court
Company: for the Eastern District of LA
Address: 500 Poydras Street
City: New Orleans State: LA ZIP: 70130

**4 Express Package Service**
- 01 FedEx Priority Overnight
- 05 ☒ FedEx Standard Overnight

**5 Packaging**
- 01 FedEx Envelope

**6 Special Handling and Delivery Signature Options**

**7 Payment** Bill to: Sender
4 ☒ Credit Card

FRI – 22 APR A1
STANDARD OVERNIGHT
70130 LA-US MSY

XH NEWA

TRK# 8758 2545 9465

**FedEx Office**

1520 AIRPORT BLVD
PENSACOLA, FL 32504

Location:       PNSK
Device ID:      PNSK-PDS2
Employee:       2030551
Transaction:    7601776705G

STANDARD OVERNIGHT
8758254594G5    0.15 lb (S)         23.17

Scheduled Delivery Date 04/22/2011

Shipment subtotal:                  23.17

**Total Due:**                      **23.17**

(V) CreditCard:                     23.17
****************0914

M = Weight entered manually
S = Weight read from scale
I = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

April 20, 2011 11:55:41 PM