# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| WILEMON | ELIZABETH | ANN | |

| Phone Number | E-Mail Address |
|---|---|
| 850-532-5125 | EWFIREBRAND@AOL.COM |

| Address | City / State / Zip |
|---|---|
| 6910 S. LAGOON DR. | PANAMA CITY BEACH, FL 32408 |

INDIVIDUAL CLAIM [X]     BUSINESS CLAIM [ ]

| Employer Name | Business Name |
|---|---|
| SELF | |

| Job Title / Description | Type of Business |
|---|---|
| REAL ESTATE RENTAL PROPERTIES | |

| Address | Address |
|---|---|
| SAME AS ABOVE | |

| City / State / Zip | City / State / Zip |
|---|---|
| | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 7047 | |

| Attorney Name | Firm Name |
|---|---|
| ∅ | |

| Address | City / State / Zip |
|---|---|
| | |

| Phone Number | E-Mail Address |
|---|---|
| | |

Claim filed with BP?   YES [ ]   NO [X]     Claim Filed with GCCF?:   YES [ ]   NO [X]

If yes, BP Claim No.:     If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property
- [X] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [X] Other: REAL ESTATE VALUATION

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

5424 PINETREE AVE., PANAMA CITY BEACH, FL 32408 - RESIDENTIAL RENTAL
3903 RAVEN ST., PANAMA CITY BEACH, FL 32408 - TRIPLEX RENTAL
4003 DOLPHIN DR., PANAMA CITY BEACH, FL 32408 - TRIPLEX RENTAL
6910 S. LAGOON DR., PCB, FL 32408 - PRIMARY RESIDENCE RENTAL

RENTAL PROPERTY LOSS OF EARNINGS/FORECLOSURE/PROPERTY VALUATION/INVESTMENT COST(S) FOR EACH. NO PHYSICAL DAMAGE.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

10/16/10 - WALK ON PCB BEACH, ENTERED WATER, VOMITING 3 DAYS WITHOUT DIARRHEA, WENT TO EMERGENCY ROOM TO GET VOC BLOODTEST/AND OR CULTURE FOAMY BROWN VOMIT. DOCTOR REFUSED — ON GOING PROBLEMS WITH BEING ABLE TO FEEL MY FEET.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☒ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Eli Wedell_
Claimant of Attorney Signature

ELIZABETH ANN WILLEMON
Print Name

4/20/2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**FORM 16-1**

# AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information, about you. Failure to provide *all* information requested may invalidate this Authorization.

## USE AND DISCLOSURE OF HEALTH INFORMATION

I hereby authorize **GULF COAST MEDICAL**
to release to: **All parties working on settlement claim with Judge CARL BARBIER**
(Persons/Organizations authorized to *receive* the information) (Address—street, city, state, zip code)

the following information:

a. ☐ All health information pertaining to my medical history, mental or physical condition and treatment received — **OR**

☒ Only the following records or types of health information (including any dates):
**10/19/2010**

b. I specifically authorize release of the following information (check as appropriate):

☐ Mental health treatment information[1]

☐ HIV test results

☐ Alcohol/drug treatment information

A separate authorization is required to authorize the disclosure or use of psychotherapy notes.

## PURPOSE

Purpose of requested use or disclosure: ☒ patient request; **OR** ☐ other:

___

[1] If mental health information covered by the Lanterman-Petris-Short Act is requested to be released to a third party by the patient, the physician, licensed psychologist, social worker with a master's degree in social work or marriage and family therapist, who is in charge of the patient must approve the release. If the release is not approved, the reasons therefore should be documented. The patient could most likely legally obtain a copy of the record himself or herself and then provide the records to the third party, however.

## EXPIRATION

This Authorization expires [insert date]: 10 | 19 | 2011

## MY RIGHTS

I may refuse to sign this Authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.[2]

I may inspect or obtain a copy of the health information that I am being asked to allow the use or disclosure of.

I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: GULF COAST MEDICAL, PO BOX 99400, LOUISVILLE, KY 40269.

My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this Authorization.

I have a right to receive a copy of this authorization.[3]

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA).

If this box ❑ is checked, the Requestor will receive compensation for the use or disclosure of my information.[4]

---

[2] If any of the HIPAA recognized exceptions to this statement applies, then this statement must be changed to describe the consequences to the individual of a refusal to sign the authorization when that covered entity can condition treatment, health plan enrollment, or benefit eligibility on the failure to obtain such authorization. A covered entity is permitted to condition treatment, health plan enrollment or benefit eligibility on the provision of an authorization as follows: (i) to conduct research-related treatment, (ii) to obtain information in connection with a health plan's eligibility or enrollment determinations relating to the individual or for its underwriting or risk rating determinations, or (iii) to create health information to provide to a third party or for disclosure of the health information to such third party. Under no circumstances, however, may an individual be required to authorize the disclosure of psychotherapy notes.

[3] Under HIPAA, the individual must be provided with a copy of the authorization when it has been requested by a covered entity for its own uses and disclosures *(see 45 C.F.R. Section 164.508(d)(1), (e)(2))*.

[4] The requestor is to complete this section of the form.

*Elizabeth A Y*  4/20/2011
ELIZABETH ANN WILLIAMSON

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE: 1-800-223-9899
ESPANOL: 1-800-681-9692

400962-032110125- FE

Pay your bill on line at your convenience
WWW.EGULFCOASTMEDICAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide the patient's date of birth, address, and Social Security Number.

**Responsible Party**

Elizabeth A Wilemon
6910 S Lagoon
Panama City Bea, FL 32408

456

**Account Information**

| | |
|---|---|
| Patient Name: | Elizabeth A Wilemon |
| Account Number: | 101587338 |
| Discharge Date: | 10/20/10 |
| Total Charges: | $7,975.00 |
| Statement Date: | 01/17/11 |
| Account Balance: | $178.00 |
| Payment Due Date: | 01/27/11 |

← PAY THIS AMOUNT NOW

**FINAL NOTICE-IMMEDIATE ACTION REQUIRED**

Dear Elizabeth A Wilemon,

Despite our efforts, we have been unable to secure payment of this account. You are legally obligated to pay for the services provided. We strongly urge that you take advantage of this **FINAL** opportunity to settle your debt.

Payment in full is expected within ten (10) days. If payment in full is not received, your account will be referred to a collection agency and will be reported to a credit bureau without further notice. To ensure prompt posting of your payment, you may make payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you are unable to pay this balance in full, please contact us at the toll-free number shown above to discuss resolving your account balance.

If you already sent payment in full, thank you.

GULF COAST MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

Please Detach and Return This Portion With Your Payment

Statement Date  01/17/11

☐ If your address changed, check this box and complete form on back.

Elizabeth A Wilemon
6910 S Lagoon
Panama City Bea, FL 32408

| Account Number | 101587338 |
|---|---|
| Payment Due Date | 01/27/11 |
| Balance Due | $178.00 |
| Payment Amount Enclosed | |

We accept payment by credit card, check, or money order. If paying by check, please make check payable to the hospital and include your patient account number on the check to ensure proper credit. You may also pay by phone or online at our web site listed above.

**SEND PAYMENT TO ADDRESS BELOW:**

GULF COAST MEDICAL CENTER
P.O. BOX 740771
CINCINNATI, OH 45274-0771

Credit Card Authorization (please check one)
☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS

Credit Card Number _____  Exp. Date _____

Cardmember's Signature _____  $ Amount _____

WILEMON ELIZ  000101587338000960000001780006



FLORIDA
In the pursuit of health

Member: ELIZABETH WILEMON
Member Number: H38260765

| Date of Service | Claim Number | Provider Name | Description of Service | Amount Billed | Amount Paid | Your Cost |
|---|---|---|---|---|---|---|
| 02/15/2010 | Q100000181148671 | DEBORAH S SMITH IVEY | Medical Service | $95.00 | $0.00 | $84.77 |
| 02/15/2010 | Q100000182059079 | MEDICAL DIAGNOSTIC LAB | Medical Service | $1,690.00 | $98.08 | $269.72 |
| 10/19/2010 | Q100000212584247 | GULF COAST MEDICAL CENTER | Medical Service | $7,975.00 | $712.00 | $178.00 |
| 10/19/2010 | Q100000213117873 | JAMES W HARRIS | Medical Service | $946.00 | $0.00 | $442.53 |
| 10/19/2010 | Q100000213668853 | RONALD C REESE | Medical Service | $47.00 | $0.00 | $20.07 |
| | | | TOTALS | $10,753.00 | $810.08 | $995.09 |

6710 S MASPON DR
PSB, FL 32408

PENSACOLA FL 32
21 APR 2011 PM

CLERK'S OFFICE
500 POYDRAS ST.
NEW ORLEANS, LA
70130