IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION — JOINDER IN MASTER ANSWER — INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| FRANC | BRIAN | T | |

Phone Number: 850-428-0866
E-Mail Address: BFRANC@GALATIYACHTS.COM
Address: 14748 COUNTY RD 3
City / State / Zip: FAIRHOPE, ALABAMA 36532

INDIVIDUAL CLAIM [ ]    BUSINESS CLAIM [X]

Employer Name: 
Business Name: BRIAN T. FRANC
Job Title / Description:
Type of Business: YACHT SALES
Address:
Address: 4851 WHARF PKWY, SUITE 108
City / State / Zip:
City / State / Zip: ORANGE BEACH, AL 36561
Last 4 digits of your Social Security Number:
Last 4 digits of your Tax ID Number: 6050

Attorney Name:
Firm Name:
Address:
City / State / Zip:
Phone Number:
E-Mail Address:

Claim filed with BP? YES [X] NO [ ]    Claim Filed with GCCF?: YES [X] NO [ ]
If yes, BP Claim No.: 156712
If yes, Claimant Identification No.: 7171047

Claim Type (Please check all that apply):
[X] Damage or destruction to real or personal property
[X] Earnings/Profit Loss
[X] Personal Injury/Death
[ ] Fear of Future Injury and/or Medical Monitoring
[X] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other:

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

MY ENTIRE REVENUE & INCOME IS DERIVED FROM SPORTFISH AND CRUISING BOAT OWNERS WHO PURCHASE, TRADE-IN, & USE THEIR BOATS IN THE GULF OF MEXICO AT THE EPICENTER OF THE OIL SPILL AREA. FROM LOUISIANA TO NORTHERN FLORIDA WATERS MY BUSINESS IS & WAS DIRECTLY IMPACTED & RELATED TO THE HORIZON OIL SPILL ON 4/20/10. ALL FISHING TOURNAMENTS WERE CANCELLED IN 2010 & MANY CUSTOMERS HAVE TAKEN THEIR BOATS OUT OF AREA WHICH HAS NEGATIVELY IMPACTED MY SALES FOR MANY MONTHS TO COME

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: YACHT SALES & YACHT BROKERING

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

BRIAN T. FRANC
Print Name

APRIL 19, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**BRIAN FRANC, CPYB**
4851 Wharf Parkway, Suite D108
Orange Beach, AL 36561
Phone: 251-974-5468 • Fax: 251-974-5471
Cell: 850-428-0866
Email: bfranc@galatiyachts.com

4851 Wharf Parkway, Suite D108
Orange Beach, AL 36561

CLERK OF COURT - EASTERN DISTRICT
OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130