IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Last Name: Benjamin
First Name: Deborah
Middle Name/Maiden: F.
Suffix:

Phone Number: 251-478-1796
E-Mail Address: oclsroversrebellsouth.net
Address: 1229 Doyle Ave
City / State / Zip: Mobile AL 36605

INDIVIDUAL CLAIM ☑    BUSINESS CLAIM ☐

Employer Name:
Job Title / Description: Cook
Address:
City / State / Zip:
Last 4 digits of your Social Security Number: 4357

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name:
Address:
Phone Number:

Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP? YES ☑ NO ☐
Claim Filed with GCCF?: YES ☑ NO ☐

If yes, BP Claim No.:
If yes, Claimant Identification No.: 1001323

Claim Type (Please check all that apply):
☑ Damage or destruction to real or personal property   *Denied*
☑ Earnings/Profit Loss   *Pending*
☑ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources   *Denied*
☐ Removal and/or clean-up costs   *Pending*
☐ Other:

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Cook- Home Bidded for Chapter 7 (DAV Cook Lost the bid because Chapter 7 didnt want the Seafood any longer

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Own property at peach Pt. near (Dog River)

2

**DISABLED AMERICAN VETERANS (DAV)**
Shehan-Pake, Chapter #7
P.O. Box 6872
Mobile, AL 36606
251.478.5080

TO WHOM IT MAY CONCERN:                                     29 October 2010

Comrade Deborah Benjamin has provided fresh seafood sandwiches and plates to our disabled veterans at a cost of $5.00 per sandwich and $7.50 per plate. Our chapter, 1500 veterans strong, with one-half of our membership unable to prepare meals as medically requested, truly depended on Ms Benjamin's monthly meals. Her fresh seafood meals were requested unanimously by our veteran in 2004 and have been the highlight of our meetings. Her recommendation to substitute frozen seafood, at our May 2010 meeting, due to concerns of many of our veterans for the oil spill disaster, was voted down because the veterans feel the taste of frozen seafood is not the same as fresh seafood.

Very Respectfully,

*Deborah Walker*

DEBORAH WALKER, Adjutant
DAV, Chapter #7

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Deborah Benjamin_
Claimant or Attorney Signature

_Deborah Benjamin_
Print Name

_4-20/11_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Ms. Deborah Benjamin
1229 Doyle Ave.
Mobile, AL 36605-3354



MOBILE AL 365

24 APR 2011 PM 1 T

Oil Spill by Deepwater Horizen
Clerks Office
500 Poyatras Street
New Orleans, LA 70130