IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sole | Michael | A | |

Phone Number: 251-457-6589
E-Mail Address:
Address: 610 Simpson Ave
City / State / Zip: Mobile AL 36610

INDIVIDUAL CLAIM [X]     BUSINESS CLAIM [ ]

Employer Name: GCP Manower Services
Business Name: NA
Job Title / Description: Fill, Tex, Supervisor, ForkLife oper
Type of Business:
Address: 601 Cien Street
Address:
City / State / Zip: Kemah TX. 77565-3065
City / State / Zip:
Last 4 digits of your Social Security Number: 2134
Last 4 digits of your Tax ID Number:

Attorney Name:
Firm Name:
Address:
City / State / Zip:
Phone Number:
E-Mail Address:

Claim filed with BP? YES [ ] NO [ ]
Claim Filed with GCCF?: YES [X] NO [ ]
If yes, BP Claim No.:
If yes, Claimant Identification No.: 03259032

Claim Type (Please check all that apply):
[ ] Damage or destruction to real or personal property
[X] Earnings/Profit Loss
[X] Personal Injury/Death
[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[X] Removal and/or clean-up costs
[ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

profit loss They toll me I would work for 4 year And. I did Not Recieve my last check for $1,800 I was promise A 4 year Job And only work for 3 mounth All I want is what was promise to me. Nothing Else Thank you

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I brock my finger when I was throwing the Black bags. ON ORANge Beach when I was, A fill Te the bag was to way 25 pounds but Sometimes it was 80 to 100 pounds I work my ASS off And I Deserve more than this.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

my Role in the clean up Activities, when to Scoop up the oil And put into A black bag And Be the Best fill tex that I could Be, thats How I became A Supervisor, And clean Horber pit me to Help Run green Acer Site in Orange Beach. I became fill Superviser And it was A good experience, but they promise 4 year of work my employer was Gcp manpower Services 2032 Airport, Suite A Phone 251 478.9597  FAX 251.478.9597  Mobile Al 36606

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.



**MANPOWER SERVICES**

2032 Airport, Suite A, Mobile, AL 36606

Phone: 251.478.9597  Fax: 251.478.9597

June 19, 2010

Dear __Michael Sole__:

We have compared the hours of your check against Clean Harbors Sign-In Sheet and have identified a shortage with your check. We will issue an additional check to resolve any shortage as soon as this Tuesday.

Please know that you are a valued component of our efforts toward the Horizon Oil Spill Clean-up.

Thank you,

*Shawn Graudushus*
Shawn Graudushus
Director of Operations

OR

THE FACE OF THIS DOCUMENT CONTAINS HIDDEN SECURITY FEATURES

 **PEO Management Group**
2435 Tech Center Parkway
Lawrenceville GA 30349
770-623-9143

Wachovia
64-22/610

Check No. 96369143
Date 8/11/2010

PAY *ZERO AND 92/100 Dollars*

Check Amount
$ ********0.92

PROC LEVEL 16484    DEPT MGMT    GCP MANPOWER SERVICES MOBILE

TO THE ORDER OF
MICHAEL A SOLE
610 SIMPSON DR
APT A
MOBILE    AL  36610

⑆96369143⑆ ⑈061000227⑈ 200038670193⑈

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☒ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Claimant or Attorney Signature
X Michael A Sole
Print Name
4/19/2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Michael Sole
16-A Simpson Ave
Mobile, AL 36610

U.S. District Court for Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

