U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | APR 2 9 2011

LORETTA G. WHYTE
JUDGE CARL BARBIER
CLERK

IN RE: OIL SPILL by "Deepwater Horizon"

DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                                              SECTION: J

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| NGO-NGUYEN | AMANDA | | |

Phone Number: 361 205 1561

E-Mail Address:

Address: 1530 SOUTH ARCH STREET

City / State / Zip: ARANSAS PASS, TX 78336

INDIVIDUAL CLAIM [X]          BUSINESS CLAIM [ ]

Employer Name: ROMANCE NAILS

Job Title / Description: MANICURIST - CONTRACT LABOR

Address: 2716 HWY 35 NORTH

City / State / Zip: ROCKPORT, TX 78382

Last 4 digits of your Social Security Number: 7720

Business Name:

Type of Business:

Address:

City / State / Zip:

Last 4 digits of your Tax ID Number:

Attorney Name: N/A

Address:

Phone Number:

Firm Name:

City / State / Zip:

E-Mail Address:

Claim filed with BP?   YES [ ]   NO [X]

Claim Filed with GCCF?:   YES [X]   NO [ ]

If yes, BP Claim No.:

If yes, Claimant Identification No.: 3515828

Claim Type (Please check all that apply):

[X] Damage or destruction to real or personal property
Earnings/Profit Loss
Personal Injury/Death

Fear of Future Injury and/or Medical Monitoring
Loss of Subsistence use of Natural Resources
Removal and/or clean-up costs
Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location. type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I'm A MANICURIST WORKING AS A CONTRACT LABOR AT A FULL SERVICE NAILS AND DAY SPA SALON. MY INCOME ARE BASE ON THE HIGH FLOW OF TOURISM IN THIS GULF REGIONS. THE DEEPWATER HORIZON OIL SPILL HAS FORCES TOURISTS/CLIENTS ELSEWHERE DUE TO THE FEAR OF CONTAMINATED IN THE GULF WATER. AS A RESULT I HAVE LOST INCOME OTHERWISE THAT I HAVE MADE.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities. the name of your employer, and where you were working.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Please check the box(es) below that you think apply to you and your claims:
<u>Non-governmental Economic Loss and Property Damage Claims (Bundle B1)</u>

☐ 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☒ 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.   Person who utilizes natural resources for subsistence.

☐ 11.   Other:_____

<u>Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)</u>

☐ 1.   Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ 5.   Resident who lives or works in close proximity to coastal waters.

☐ 6.   Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

_____AMANDA____NGO-NGUYEN_____
Print Name

_____4-21-2011_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; all rights reserved.



U.S. POSTAGE
PAID
FULTON,TX
78358
APR 27 11
AMOUNT
**$4.95**
00066210-04

1000       70130

UNITED STATES
POSTAL SERVICE

PLEASE PRESS FIRMLY

*Schedule package pickup right from your home or office at usps.com/pickup*

*Print postage online – Go to usps.com/postageonline*

PLEASE PRESS FIRMLY

**PRIORITY**®
**MAIL**
STATES POSTAL SERVICE

Flat Rate
Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

From/Expéditeur:

t of mailable material may be enclosed, as long
ope is not modified, and the contents are
fined within the envelope with the adhesive
the means of closure.

ATIONAL RESTRICTIONS APPLY:

D WEIGHT LIMIT ON
ATIONAL APPLIES

forms are required. Consult the
nal Mail Manual (IMM) at pe.usps.gov
etail associate for details.



**PRIORITY**®
**MAIL**
UNITED STATES POSTAL SERVICE

*For Domestic
and International Use*

From  AMANDA NGO-NGUYEN
1530 SOUTH ARCH ST.
ARANSAS PASS, TX 78336

**TO** US DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Label 228, January 2008

USPS packaging products have been awarded Cradle
to Cradle Certification℠ for their ecologically-intelligent
design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

