# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBER |

**CLAIM IN LIMITATION — JOINDER IN MASTER ANSWER — JOINDER IN OMNIBUS AND/OR INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing Gmbh, et al., in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Last Name: Moore(?)  First Name: Monica(?)  Middle Name/Maiden: Renee  Suffix:
Phone Number: 218-501-5433  E-Mail Address: tonia.marabass@gmail.com
Address: 2710 W Nine Mile Rd, Ste 391  City/State/Zip: Pensacola FL 32534

**INDIVIDUAL CLAIM** ☐                    **BUSINESS CLAIM** ☒

Employer Name:                            Business Name: Cypress Bay Enterprises
Job Title / Description:                  Type of Business: ATM Sales and Services
Address:                                  Address: 2710 West Nine Mile Rd, Suite 391
City / State / Zip:                       City / State / Zip: Pensacola, FL 32534
Last 4 digits of your Social Security Number: 5450  Last 4 digits of your Tax ID Number:

Attorney Name:                            Firm Name:
Address:                                  City / State / Zip:
Phone Number:                             E-Mail Address:

Claim filed with BP? YES ☒ NO ☐           Claim Filed with GCCF?: YES ☒ NO ☐
If yes, BP Claim No.:                     If yes, Claimant Identification No.: 1421389

Claim Type (Please check all that apply):
☒ Damage or destruction to real or personal property    ☐ Fear of Future Injury and/or Medical Monitoring
☒ Earnings/Profit Loss                                   ☐ Loss of Subsistence use of Natural Resources
☐ Personal Injury/Death                                  ☐ Removal and/or clean-up costs
                                                         ☐ Other:

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

FILED COURT
U.S. DISTRICT OF LOUISIANA
EASTERN DISTRICT
2011 APR 21 AM 11:09
LORETTA G. WHYTE
CLERK

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

   See attachments for detailed response

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

   N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

   N/A

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

2

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives, or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Tonia Hooks Stefanni_
Claimant or Attorney Signature

Tonia Hooks Stefanni
Print Name

04/19/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# Cypress Bay Enterprises

## Economic Impact on Business Operations Due to Gulf Oil Crisis



### Nature of Business at the Time of the Spill

Before the Gulf Oil Spill occurred, Cypress Bay Enterprises was in a period of rapid growth. We were deploying new placements every week and our transaction volume was increasing by at least 20% each month.

### Efforts Made to Increase Revenue and Reduce Costs Since the Spill

Following the economic downturn that has resulted from the Gulf Oil Spill, Cypress Bay Enterprises has shifted focus from our ATM Placements line of business to our Mobile Events and Sales & Service lines of business in an effort to boost revenues and increase income. Many of the Mobile Events and much of the Sales & Service activity are outside of the local area, resulting in increased travel costs and manpower. We have also increased our marketing efforts, as we have expanded our operations into areas that are less affected by the Spill.

### ATM Placement Accounts



Before the Spill: ATM Placements 50%, Mobile Events 30%, Sales and Service 20%
After the Spill: ATM Placements 35%, Mobile Events 30%, Sales and Service 35%

- Lost Accounts: 22
- Reduced Income Accounts: 25
- Total Accounts Affected: 47

### The Loss Sustained as a Result of the Spill and How It Occurred

After the Spill, new placements became increasingly difficult to obtain and the transaction volume for existing locations began to fall rapidly. Cypress Bay Enterprises began losing accounts for the first time in our history, as businesses reduced their operations, failed, slipped into foreclosure, and were terminated. As of February 2011, we have lost 22 accounts and have seen dramatic reductions in the income generated by 25 of our remaining local accounts as a consequence of the Spill. It is upon these losses that our Full Review Final Payment Claim is based.


Fm:Cypress Bay LLC (15045894536)

Case 2:10-cv-08888-CJB-JCW   Document 106763   Filed 04/21/11   Page 5 of 7

# Fax

| To: | | From: | Cypress Bay LLC |
|---|---|---|---|
| Fax: | 15045894536 | Pages: | 7 |
| Re: | | Date: | Apr 21, 2011 |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **For Information**

● **Comments:**

Please add our claim to the lawsuit, I am sending the copy by Mail today.

**Documents**

| Document Title | Category | Document Date | Document Type | Action Type |
|---|---|---|---|---|
| 1. | | | | |

# Cypress Bay Enterprises
## Economic Impact of Losses Due to Gulf Oil Crisis
### Losses from April 2010 to August 2013



**Business Losses - Entire Accounts Lost**
Number of Accounts Lost: 22

| | | |
|---|---|---|
| Revenue Lost - Entire Accounts | | |
| Lost Surcharges | ($141,124.21) | |
| Lost Interchange | ($10,760.10) | |
| Total Revenue Lost | | ($151,884.32) |
| Operating Costs Saved | | $41,055.60 |
| Profit Lost - Entire Accounts | | ($110,828.71) |

**Business Losses - Reduced Income on Remaining Accounts**
Number of Accounts Affected: 25

| | | |
|---|---|---|
| Revenue Lost - Remaining Accounts | | |
| Lost Surcharges | ($261,742.53) | |
| Lost Interchange | ($14,550.60) | |
| Total Revenue Lost | | ($276,293.13) |
| Operating Costs Saved | | $97,254.98 |
| Profit Lost - Remaining Accounts | | ($179,038.15) |

**Total Business Losses for Cypress Bay Enterprises**
Number of Accounts Affected: 47

| | |
|---|---|
| Total Loss in Revenues for Cypress Bay Enterprises | ($428,177.45) |
| Total Operating Costs Saved | $138,310.59 |
| Total Loss in Profits for Cypress Bay Enterprises | ($289,866.86) |

**Method for Calculating Revenue and Profit Losses**

1) Calculated the average number of monthly transactions over the life of each affected account.
2) Calculated the number of months the account was adversely affected.
3) Multiplied the average monthly transactions by the number of months affected to calculate lost revenue.
4) Totaled the operating costs saved by reduced operations for all affected accounts and across the enterprise.
5) Subtracted the saved costs from the lost revenue to calculate lost profits.