Case 2:10-cv-08888-CJB-JCW Document 106771 Filed 04/26/11 Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 26 2011
LORETTA G. WHYTE
CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Williams | Roy | Nolan | |

| Phone Number | E-Mail Address |
|---|---|
| 334 399 8144 | ckirkwms@graceba.net |

| Address | City / State / Zip |
|---|---|
| 3057 Co. Rd. 71 | Newton, AL 36352 |

**INDIVIDUAL CLAIM** [X]   **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| Self | |
| Job Title / Description | Type of Business |
| | |
| Address | Address |
| | |
| City / State / Zip | City / State / Zip |
| | |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 8541 | |

| Attorney Name | Firm Name |
|---|---|
| Cory H. Driggers | Morris, Cary, Andrews, Talmadge & Driggers, LLC |
| Address | City / State / Zip |
| P.O. Box 1649 | Dothan, AL 36302 |
| Phone Number | E-Mail Address |
| (334) 792-1420 | chdriggers@mcatlaw.com |

Claim filed with BP?   YES [X]   NO [ ]     Claim Filed with GCCF?:   YES [X]   NO [ ]

If yes, BP Claim No.: 6866124566818
086612456786

If yes, Claimant Identification No.: 01015448

**Claim Type (Please check all that apply):**

[X] Damage or destruction to real or personal property
[X] Earnings/Profit Loss
[X] Personal Injury/Death

[ ] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[ ] Removal and/or clean-up costs
[ ] Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant lost rental income from the two properties he owns that are listed below:

A. Windward Pointe #604
24770 Perdido Beach Blvd.
Orange Beach, AL 36561

B. Tropic Isles #704
433 W. Beach Blvd.
Gulf Shores, AL 36542

No physical damage was sustained.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

n/a

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

n/a

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Roy Nolan Williams_
Claimant or Attorney Signature

_Roy Nolan Williams_
Print Name

_4/19/11_
Date

3

# MORRIS CARY ANDREWS

MORRIS, CARY, ANDREWS, TALMADGE & DRIGGERS, LLC

———————————————Attorneys At Law

JOSEPH A. MORRIS[1]
TRACY W. CARY[2]
S. MARK ANDREWS[3]
DAN TALMADGE[1]
CORY H. DRIGGERS[3]

OF COUNSEL:
WILKES C. ROBINSON[4]
Federal Judge Retired

3334 Ross Clark Circle
Post Office Box 1649
Dothan, Alabama 36302
Tel 334 702 0000
Fax 334 673 0077

www.MorrisCaryAndrews.com

April 19, 2011

U.S.D.C. Eastern District of Louisiana
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130

RECEIVED APR 26 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

RE: Oil Spill by "Deepwater Horizon"
Direct Filing Short Form

To Whom It May Concern:

Please find enclosed herein a Direct Filing Short Form which we are submitting on behalf of our client, Roy Nolan Williams, with regards to the above-referenced litigation.

Thank you for your attention to this matter. Please contact me should you have any questions or concerns.

Sincerely,

MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC

Cory H. Driggers

CHD/lcm
Enclosure

[1]Member of Alabama & Florida Bars • [2]Member of Alabama, Florida, Georgia, Tennessee & Washington, D.C. Bars
[3]Member of Alabama Bar • [4]Member of Alabama, Missouri & Virginia Bars

MORRIS CARY ANDREWS
MORRIS, CARY, ANDREWS, TALMADGE & DRIGGERS, LLC
Attorneys At Law

Post Office Box 1649 • Dothan, Alabama 36302

U.S. D.C. Eastern District of Louisiana
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130



RECEIVED
APR 26 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER