IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]
Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Porche | Michelle | L | |

Phone Number: (228)475-6057  (228)219-0224
E-Mail Address: lilcybermonkeys@aol.com
Address: 11500 Max Bryant Rd
City / State / Zip: Moss Point, MS 39562

INDIVIDUAL CLAIM [✓]     BUSINESS CLAIM [ ]

Employer Name: N/A
Business Name:
Job Title / Description:
Type of Business:
Address:
Address:
City / State / Zip:
City / State / Zip:
Last 4 digits of your Social Security Number: 2052
Last 4 digits of your Tax ID Number:

Attorney Name: N/A
Firm Name:
Address:
City / State / Zip:
Phone Number:
E-Mail Address:

Claim filed with BP? YES [ ] NO [✓]     Claim Filed with GCCF?: YES [ ] NO [✓]
If yes, BP Claim No.:
If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [✓] Fear of Future Injury and/or Medical Monitoring
- [✓] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [✓] Other: Direct Exposure to polluted water/tar balls

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and ~~to present and complete~~ authorization forms for each.

The Deepwater Horizon Oil Spill explosion fouled water and beaches across thousands of miles along the coast. Oil flowed for two days before the leak was located! We are all aware of the skimmer ships, floating containment booms, anchored barriers, sand-filled barricades along shorelines, as well as the dispersants, which were used in an attempt to protect hundreds of miles of beaches, wetlands, and estuaries from the spreading oil. However, we have all painfully watched as the skimmer ships and floating containment booms, have become increasingly scarce. Numerous anchored barriers have been removed, and sand-filled barricades along shorelines seem almost non-existant. Therefore, we along the coast feel **abandoned** by BP. We now live day-to-day life, with the **underlying, constant fear of "the great unknowns"**. It may take decades to assess the true damage, the hazards, and the health risks, which may have been caused as a direct result of this oil spill. BP's failure to properly inform the residents of the Gulf *(cont. next page)*

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Coast, of any potential dangers which may be present. They **exhibited gross negligence!** Where were the to inform us that, in Crude Oil alone, it contains diesel, gasoline, kerosene, methane, and literally hundreds of chemicals, some which are carcinogenic. Additionally, where were they to explain that the chemical dispersants in which they used to accelerate the dispersal process, may have significant side-effects. They neglected to inform us that no toxicity studies have been conducted on this product, nor that the dispersant in which they chose to use are neither the least toxic, nor the most effective, among the Environmental Protection Agency approved dispersants. Environmental scientists say the dispersants, which can cause genetic mutations and cancer, add to the toxicity of the spill! They also neglected inform us that this particular dispersant is banned from use on oil spills in the United Kingdom....They were aware of this fact, yet, they continued to use it, exposing us to the potential hazards! The dispersants definitely don't make oil disappear. They take it from one area in an ecosystem and put it in another. Now, imagine if you will, the dispersants mixed with oil, which could possibly cause untold diseases, catastrophic health hazards, and living each day on the Gulf Coast, which is prime hurricane country, carrying along with you, the fear of knowing that if a storm blows in, the presence of oil could lead to a more powerful hurricane because crude oil accumulating at the surface could be raising the temperature of the surrounding water...the result could be devastating! As people, we believe that we deserve change from an oil industry which drills first and asks questions later! They have profoundly exhibited a blatant disregard for our safety, seem unwilling to make sacrifices for a cleaner, healthier future for those of us who live along the gulf coast. **Our former enjoyment of living on the Gulf Coast, has been stolen from us, replaced by stress, and a fear which remain with us for decades to come! The personal injury sustained in this incident, is massive! Life on the coast is forever changed.**

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: please see bottom of page

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_M Porche_
Claimant or Attorney Signature

_Michelle L Porche_
Print Name

_4/20/2011_
Date

[6] Other

Wildlife Enthusiast. The spill caused extensive damage to marine and wildlife habitats. NOAA has declared "an unusual mortality event". As of November 2, 2010, 6,814 dead animals had been collected, including 6,104 birds, 609 sea turtles, (150 of which, known to be threatened or endangered sea turtles), 100 dolphins and other mammals. The wetlands marsh grass remains fouled and dying, while crude oil continues to lie offshore, in deep water, in fine silts, as well the sands which wash ashore. Reports of wildlife having been found dead along the Gulf Coast as a result of the spreading oil, seem to be endless.

11500 MAX BRYANT ROAD
MOSS POINT, MS 39562

GULFPORT MS 395
22 APR 2011 PM 01 L

U.S. District Court for the
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

70130$3373