Case 2:10-cv-08888-CJB-JCW Document 106913 Filed 06/20/11 Page 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 2 0 2011

LORETTA G. WHYTE
CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| JEAN BAPTISTE | MARIE | DENISE | |

| Phone Number | E-Mail Address |
|---|---|
| 786-339-2104 | N/A |

| Address | City / State / Zip |
|---|---|
| 726 West Palm Drive | Florida City, Florida 33034 |

| INDIVIDUAL CLAIM ✓ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name: HAWKS CAY ISLAND RESORT | Business Name: |
| Job Title / Description: HOUSEKEEPER | Type of Business: |
| Address: 61 HAWKS CAY BOULEVARD | Address: |
| City / State / Zip: DUCK KEY, FLORIDA 33050 | City / State / Zip: |
| Last 4 digits of your Social Security Number: 8871 | Last 4 digits of your Tax ID Number: |

| Attorney Name: N/A | Firm Name: N/A |
|---|---|
| Address: N/A | City / State / Zip: N/A |
| Phone Number: N/A | E-Mail Address: |

| Claim filed with BP? YES ✓ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☐ |
|---|---|
| If yes, BP Claim No.: 03297566 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ✓ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I worked at the Hawks Cay in Duck Key Key Largo for over a year. I have been occupying a housekeeping position, where I worked at a rate of $9.25 per hour. When I first started my job, I was making at least 10 hours to 25 hours in over-time. Moreover, I received many tips from guests. As a result, of the Deep Horizon Spill, my income was deeply affected because the resort lost a lot of customers because of the contaminated waters. That polluted water kept a lot of people from traveling to South Florida. I want you to be informed that my income depends on the tourists and client who come to our resort. thus, I have been laid off due to lack of work.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [x] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_MARIED JNBPTST_
Claimant or Attorney Signature

_Marie Dense Jean-Baptiste_
Print Name

_4/14/2011_
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Marie Denise Jean-Baptiste
726 West Palm Drive, Apt.#203
FLORIDA CITY, FL 33034
(786) 339-2104

U.S. DISTRICT COURT
For the EASTERN DISTRICT of LOUISIANA
500 Poydras Street
New Orleans, Louisiana 70130

April 14, 2011

Dear Sir/Madame

My name is Marie Denise Jean-Baptiste. I was employed as a Housekeeper at the Hawks Cays Key Resort in Key Largo, Florida. My responsible is to take care of guests' room and assist them with their need as they reside in our resort. I am writing this claim letter to as my hardship testament. I reside in the City of Florida City, Florida; however, I currently do not work. I want to inform you that my income was deeply affected by the Deep Water Horizon Oil spill which occurred on April 20, 2010. I work as a Chef Line at the Ocean Reef Club and Resort.

I have been working there since February 14, 2009 as a full-time Housekeeper. After the oil spill, there has been a huge drop in the tourisms in the city. As a result, there has been a decline in clients in the facility. Hardly, anyone comes to the facility. This lost of income is due to the major declined in tourists coming to Florida's Beaches. This was due to publicity to make people afraid to come to the Florida Keys, Sable Beaches and South Dade and Collier Counties in Florida. People are afraid to go into the beaches because of the oil. Moreover, our customers refuse to eat our seafood and/or come into our place. As a result, there has been a slow period at work. My department was deeply affected. My hours have been drastically reduced due to the slow in business. I was laid off.

Until this event, I have been able to support my family and pay bills with the money I made. But this year, I cannot support my family and pay my bills with the money that I'm making. Moreover, this year has been very difficult. Currently, I am being forced to utilize extreme measures to in order to pay my bills. Sometimes, I am forced to use my PTO hours to survive. Since the oil spill happened in the Gulf, many people have cancelled their vacations to the keys due to the fear of the oil in the water. My deepest fear now is that I have read some articles saying that this oil spill will affect us for the next three to five years. I believe with the rate of slow services at my job, I will continue to lose income for the next three years.

My job was dependent on the tourists that visit throughout the year. In the previous years, I usually worked five to six days per week, but now, I do not work. This year has been extremely difficult for me. I would greatly appreciate any assistance that can be given. I have read many articles which stipulate that the oil spill in the gulf will continue to affect

I am my sole financial supporter. Before the oil spill, I have earned more than income than I did in the following months because I worked more hours. I am respectfully submitting the attached claim.

Thank You for your consideration on this matter.

Sincerely
*Marie D Jean Baptist*
Marie Denise Jean-Baptiste

If Transocean's liability is limited, the Court will divide the money among people who have filed Claims in the Limitation, (which filing can be done through a Court-approved Short Form).

- **What if Transocean's liability is not limited?**
  If Transocean's liability is not limited, then claimants who file Short Forms will be able to pursue claims for money damages against Transocean (and/or the other Defendants) depending on the findings of fault and/or gross negligence.

  By filing a claim in the limitation proceeding, a claimant may be able to benefit from the findings of the Court in the February 2012 trial.

- **What issues will be decided during the trial?**
  The Court will decide whether Transocean, BP, Halliburton and the other Defendants are liable to the people who have filed claims. The Court may also consider "gross negligence" determinations. The Court will additionally decide the amount of fault between and among Transocean, BP, Halliburton and the other Defendants for the blow-out, explosion and fire on April 20, 2010, as well as for the resulting oil spill.

- **If I file a Short Form, will I be required to appear at the trial?**
  Not formally. Your interests will be represented at the February 2012 Trial by attorneys appointed by the Court. The Defendants may, at some point in the proceedings, request that you appear or provide testimony.

- **Can I be awarded money as part of the trial?**
  There will be no specific money award to individuals during the February 2012 Trial. However, it is anticipated that the findings at trial will lay the foundation for damage awards, either through formal Court proceedings, or otherwise. If you do not file a claim in the limitation proceeding, your claim may not be able to benefit from these findings.

  If you have questions regarding the Limitation procedure or the February 2012 Trial, you should consult with an attorney.

C. The deadline

- **What is the April 20, 2011 deadline for?**
  It's the deadline for filing a Short Form (or other Claim in Limitation) to preserve your right to recover money damages against Transocean. If you file a Short Form, certain elements of your claim will be included in the trial.

- **What rights do people have if they don't participate?**
  If you don't file a Short Form (or other Claim in Limitation) by April 20, 2011 you may give up your right to recover money damages from Transocean. There may be other procedural or practical effects on your rights.

D. Filing a Short Form

- **Who can file a Short Form?**

- o Receive notice of important developments, dates and deadlines,
- o Be able to take advantage of certain favorable factual and legal determinations.

- **Can I file the Short Form and NOT join in the master lawsuit?**
  By filing the Short Form, you are considered to have intervened or asked to participate in the master lawsuit. After that point, it is up to you as to whether you want to pursue, or potentially dismiss, those claims.

- **After filing the Short Form, will I be required to attend court hearings or participate in discovery?**
  No. If you have filed a claim with the Gulf Coast Claims Facility, documentation included in the claim will be made available to the defendants, but will be treated as "confidential" by Order of the Court. The Defendants, at some point in the proceedings, may seek additional information.

- **I have heard the Oil Pollution Act requires a claim to be presented. Do I have to present my claim before joining in the master lawsuit?**
  In general, you must submit your claim along with supporting documentation to the Gulf Coast Claims Facility before you can sue BP under the Oil Pollution Act. This is called "presentment."

  The Plaintiffs Steering Committee takes the position that people do not have to make presentment in order to make claims against BP under the General Maritime Law and/or State Law. The PSC also takes the position that people do not have to present their claims in order to file suit against other parties, such as Transocean or Halliburton.

  The Defendants, on the other hand, have generally taken the position that OPA claims must be presented to the GCCF before you can file suit in Court. Defendants further take the position that non-OPA claims are pre-empted by Federal Law. These are unsettled legal issues, which have not yet been determined by the Court.

  If you have questions about the Oil Pollution Act, the presentment requirement, or the Defendants' claims regarding preemption, you should consult with an attorney.

- **What is the Oil Pollution Act?**
  Congress passed the Oil Pollution Act of 1990 in response to the Exxon Valdez spill. It permits the recovery of certain types of damages resulting from an oil spill. Prior to OPA, certain types of claimants with damages were excluded from recovering those damages under maritime law. Under OPA "fault" is not an issue. OPA requires the Coast Guard to designate a responsible party (or parties). In this case, the Coast Guard designated BP and Transocean. BP has accepted that designation. Under OPA, responsible parties are liable for certain types of proven damages.

**Legal Notice**
**Deepwater Horizon Oil Spill Lawsuit**

# To Protect Your Right to Recover Money Damages Against Transocean,

## *The Filing Deadline is April 20, 2011.*

A New Orleans federal court is overseeing litigation against companies involved in the oil spill and has approved the content of this notice. A trial will be held in February 2012. The trial will decide whether Transocean, the owner of the Deepwater Horizon rig, can limit what it pays claimants under Maritime law. To preserve your ability to recover money damages against Transocean and include your claim in this trial, the Court filing deadline is **April 20, 2011**.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you may be able to participate.

### File a Simple Form to Preserve Your Rights

In order to preserve your right to recover against Transocean you need to file an answer and claim by **April 20, 2011**. The Court has simplified the process to file your claim against Transocean. The Court has approved a Direct Filing Short Form. **You can get the Short Form by calling 1-877-497-5926 or visiting the websites listed below.** Filing this Short Form may also join you in the master lawsuit that has been filed against BP and the other defendants. You are not required to use the Short Form. The deadline for claims against Transocean whether you use the Short Form or not is **April 20, 2011**.

### There is No Filing Fee

There is no filing fee and a lawyer is not required to file the Short Form. However, if you would like advice regarding your legal rights or about filing this Short Form, you should contact a lawyer.

### Filing with the Gulf Coast Claims Facility ("GCCF") is Not the Same as Filing in Court

The federal lawsuit is separate from the claims process in the GCCF. You may be able to participate in the federal lawsuit even if you already filed a claim with the GCCF. There may be other requirements you have to fulfill to proceed with a lawsuit against BP and the other defendants.

If you have question you should consult a lawyer. For more information, or to obtain a copy of the Short Form, visit www.OilSpillCourtCase.com or call 1-877-497-5926.

Get More Information:
1-877-497-5926     www.OilSpillCourtCase.com
www.laed.uscourts.gov/OilSpill/Forms/Forms.htm

# MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE
In the United States District Court for the Eastern District of Louisiana



600 CARONDELET ST.
SUITE 802
NEW ORLEANS, LA 70130

504-264-5740

```
*00001 14530*
```
20

MARIE JEAN BAPTISTE
726 W PALM DR APT 203
HOMESTEAD FL 33034

APRIL 28, 2011

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Dear MARIE JEAN BAPTISTE:

Pursuant to your request, enclosed please find the following:

- Short Form Joinder (see below for important filing information);
- Court-Approved Notice; and
- Commonly Asked Questions

In order to join the lawsuit the Short Form needs to be filed with the court at the following address:

U.S. District Court for the Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA 70130

The deadline has now passed, however you can likely still file with the Court.

If accepted, filing this Short Form Joinder provides an answer and claim in the Limitation proceeding against TransOcean, and will in any event, join you in the appropriate Master Complaint that has been filed against BP and the other defendants. For further information you may visit www.bpmdl2179.com or www.OilSpillCourtCase.com. You also may visit the Court's website at www.laed.uscourts.gov/OilSpill/OilSpill.htm.

Sincerely,

Plaintiffs' Steering Committee
MDL 2179

***

PLAINTIFFS' LIAISON COUNSEL:      Stephen J. Herman, James Parkerson Roy

PLAINTIFFS' STEERING COMMITTEE:   Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr.,
                                  Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr.,
                                  Robin L. Greenwald, Ervin A. Gonzalez, Stephen J. Herman, Rhon E. Jones,
                                  Matthew E. Lundy, Michael C. Palmintier, James Parkerson Roy, Paul M. Sterbcow, Scott
                                  Summy, Mikal C. Watts

Marie Denise Jean-Baptiste
726 West Palm Drive, Apt # 205
Florida City, FC 33034

US District Court
for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130