```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUN 2 3 2011
LORETTA G. WHITE
MDL 2179   CLERK
```

**IN RE: OIL SPILL by "Deepwater Horizon"**

**DIRECT FILING SHORT FORM[1]**

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982

(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

SECTION: J          JUDGE CARL BARBIER

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gregory White | Gregery | Scott | mr. |

Phone Number: 850-225-9448
E-Mail Address:

Address:
City / State / Zip:

**INDIVIDUAL CLAIM** [ ]

Employer Name:
Job Title / Description:
Address:
City / State / Zip:
Last 4 digits of your Social Security Number:

**BUSINESS CLAIM** [X]

Business Name: Countyline Pizza + Pub
Type of Business: Restaurant
Address: 3176 Hwy 98 W
City / State / Zip: Mary Esther Fl. 32565
Last 4 digits of your Tax ID Number: 6344

Attorney Name:
Address:
Phone Number:

Firm Name: BooJay Bistro Inc
City / State / Zip: 303 Hollywood Blvd n. OH Walton Fl.32548
E-Mail Address: GWhite2080@cox.net

Claim filed with BP? YES [X]  NO [ ]
If yes, BP Claim No.: ~~~

Claim Filed with GCCF?: YES [X]  NO [ ]
If yes, Claimant Identification No.: 1017344

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property
- [X] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [ ] Other:

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Due to oil spill my yearly profit was down, considerably our total loss was calculated at approximately, $ 160.000. for year 2010.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Mr. Gregory White
303 Hollywood Blvd NW
Ft Walton Bch, FL 32548

PENSACOLA FL 325
21 JUN 2011 PM 3 T

7013 0410 0001 8313 5319

U.S District Court Eastern
District of Louisiana
500 Poydras St.
New Orleans, La, 70130

USA FIRST CLASS FOREVER