**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

At the time of the oil spill, I worked at a Restaurant, where I made an hourly wage and tips from tourist and locals

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Before the oil spill, we were a busy Restaurant where I made my income from an hourly wage, and tips from tourist and vacationers for the winter months especially until September and it was slow season. After the oil spill, my hours decreased at the Restaurant along with the business. My tips decreased greatly as did my paycheck. It was like September, the off season, all through the year.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *Jennifer D'Alessandro*   Date: 2/13/13

Print Name: Jennifer D'Alessandro