THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| H&H Ranch Equine Rescue<br>Darryl Lee Haan<br>Plaintiff | HON. BARBIER<br><br>case no. MDL- 2179 | 4/16/2014 |
| Vs | section J | |
| BP OIL inc.<br>Defendant | Deepwater Horizon Oil Spill in the Gulf of Mexico<br>Settlement Program | |

NOTICE OF ADDRESS CHANGE

Darryl Lee Haan / H&H Ranch Equine Rescue & Evacuation Shelter

3363 Hartley RD,

Spring Hill , Florida , 34606

4/16/2014                          Darryl Lee Haan

_Fee _____
_Process_____
x_Dktd_____
_CtRmDep____
_Doc. No.____