THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| H&H Ranch Equine Rescue<br>Darryl Lee Haan<br> Plaintiff | HON. BARBIER<br><br>case no.   MDL- 2179 | 7/05/2015 |
| Vs | section  J | |
| BP OIL inc.<br>Defendant | Deepwater Horizon Oil Spill in the Gulf of Mexico<br>Settlement Program | |

```
                                  U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LOUISIANA

                              FILED   JUL 13 2015
                                           w/p

                                    WILLIAM W. BLEVINS
                                          CLERK
```

NOTICE OF ADDRESS CHANGE

&

AUTHORIZED PEOPLE  INVOLVED WITH DARRYL LEE HAAN

&

H&H RANCH  EQUINE RESCUE   2 CLAIMS


Darryl Lee Haan  /  H&H Ranch Equine Rescue

9211 Bladon st

                         claim 1

Spring Hill , Florida , 34608

---------------------------------------------------------------------    2 claims or 2 cases

Authorized people  only

___ Fee_____
___ Process_____
Arnold & Itkin  LLC , Lawfirm       claim 2      X   Dktd_____
                                                 ___ CtRmDep_____
Houston , Texas                                  ___ Doc. No._____


**TENDERED FOR FILING**            Darryl Lee Haan

    JUL 1 3 2015                   *Darryl Haan* (signature)

  U.S. DISTRICT COURT
Eastern District of Louisiana
      Deputy Clerk

Darryl Haan
9211 Bladon St
Spring Hill, FL 34608

Clerk of The Court
United States District Court
Eastern District of Louisiana
500 Poydras St
Room C-256
New Orleans, LA
70130

MDL - 2179