**Islamorada Pool Company, Inc.**
89210 Overseas Highway
Tavernier, Florida 33070
(305) 852-3133

To Whom It May Concern,

I am a full-time resident of the Florida Keys and own a small construction business that employs between six and fifteen people. Our company builds outdoor living areas, including swimming pools, spas, decks, landscaping, chickee huts, outdoor kitchens and more. I have been self-employed for 23 years and have never asked for assistance. I am embarrassed to have to write this letter, but I am struggling to overcome the losses and feel the need to make a plea for help.

My company is primarily supported by new home construction and vacation home or seasonal homebuyers. The vast majority of my clients are attracted to the Keys for fishing and diving and the outdoor lifestyle. These clients typically purchase waterfront homes and my business principally depends on these consumers.

Immediately following the accident, the exaggerated news media reports stopped people from seeking real estate in the Keys. The Keys became a ghost town. Not only did I lose potential sales from new homebuyers, but also I stopped getting calls from the few locals that we do business with because they too were affected by the event.

I have had to lay off all but two employees and we are falling behind on all our bills and obligations. Please review our financials and consider our claim for assistance. The future of our business is uncertain and our options are few.

Thank you in advance for your help.

Sincerely,

Dean A. Eakin
Owner