This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked at a Bike Rental shop renting to tourists and vacationers

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Before oil spill we were very busy with tourist and vacationers after spill lots of tourists canceled they resveatons with caused me financial problems because they went comrl to Keys and renting Bikes.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed [signature]  Date 3/7/13

Print Name Robert K Dietz