**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

WORK CREATING - BUILDING AND MAINTAINING EXHIBITS FOR THE HISTORY OF DIVING MUSEUM, ISLAMORADA, FLORIDA

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

WORKING AS CURATOR AND DOING EXHIBIT DESIGN AND BUILDING OF EXHIBITS ALSO MAINTENANCE OF EXHIBITS AS WELL AS MUSEUM INFRASTRUCTURE. THE MUSEUM IS MY ONLY SOURCE OF INCOME AND AS SUCH THE FLUCTUATION IN TOURISM EFFECTS THE MUSEUMS INCOME AND THUS MY INCOME AND WORK LOAD.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Timothy V. Hemsoth   Date: 3/25/2013

Print Name: Timothy V. Hemsoth