**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Mote Marine Laboratory / CBE Mame does research on corals and benthic habitat assesments as well as environmental assesment on seawalls and docks

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

There was loss hours due to others loosing money and not able to hire us to do benthic assesment for construction. Also, Mote Marine is a private non-profit company that relys on lots of soft money but at that time it was dificult to find soft money to continue research.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Cory S Walter_ Date _3/26/13_

Print Name _Cory S Walter_