This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

AUTO MECHANIC SHOP

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

FEWER CUSTOMERS - IE. TOURISTS - LACK OF OVERTIME AND NO WAGE INCREASE OVER PERIOD FOLLOWING OIL SPILL.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _(signature)_  Date 3-26-13

Print Name  ROBERT A. SVOBODA