This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Source of income primarily from marine systems design, installation and sales

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

SALT Service, Inc provides sales and service to marine vessels ranging from sport fish boats to mega-yachts. Many of the customers are commercial fishing vessels and live-aboard cruising vessels. We saw a dramatic downturn in business and income as a direct result of the BP spill.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  *Charles Meier*   Date 3/26/13

Print Name  CHARLES MEIER