**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Real Estate Sales for Locals, Vacationers

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Real Estate Sales for 20 years... My sphere of influence completely vanished during this time period. The BP Spill affected me and pending sales and customers who just quit looking to buy in the Florida Keys. Many of the locals suspended their plans to buy as well. — Tourist who I had shown properties in the Florida Keys simply decided NOT to buy in the Florida Keys until it was what effect the BP Spill on the fish, lobster, water... — and many of my customers are still afraid to buy.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Janet Wood      Date: March 20, 2012

Print Name: Janet Wood