**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I work full time at All Keys Glass, Inc. I am the office manager for the company. The company does all glass work for peoples (showers, table tops) homes as well as autos. The co. installs windows + doors, Auto glass + plexiglas for Boats

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was affected by the spill because the companys customers weren't ordering windows or doors or auto glass. This meant that the company made less money so they wouldn't let us have any overtime or raises.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Pat a C_____    Date _3/21/13_

Print Name _Patricia A Cannon_