**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

ALL KEYS GLASS INC.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

WHEN THE OIL SPILLED EVERYONE IN THE KEYS PANICED THAT THE OIL WOULD RUIN FISHING INDUSTRY (IT DID) A lot of PEAPLE MOVED out of THE KEYS. WHEN THAT HAPPEND BUISNESS FELL of, NO MORE WORKING AS MUCH AS I WANTED, THERE WAS NOTHING TO DO EXEPT SWEEP FLOORS AND CLEAN UP THE SHOP, SENSE THE BUSINESS DROPED off THEAR HAVENT BEEN RAISES IN PAY OR BENIFITS THAT ARE NORMAL POLICY, NOW WE JUST TRY TO SURVIVE BY ONLY WORKING 40 hrs. OR LESS AWEEK THNX BP.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Fred H Stewart Jr_   Date _3-21-13_

Print Name _FRED H STEWART Jr._