Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

HOSPITALITY INDUSTRY (Guy Harvey's RESTAURANT + BAR, FOGARTY'S) DEALING W/ TOURISTS ON DUVAL IN KEY WEST

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I WORKED IN THE HOSPITALITY INDUSTRY WITH GUY HARVEYS + FOGARTY RESTAURANTS BUSINESS DRASTICALLY DECREASED CAUSING GUY HARVEYS TO GO OUT OF BUSINESS AS WELL AS LOSS OF SHIFTS + PAY WITHIN THE INDUSTRY I WORKED ON + OFF DUVAL STREET IN KEY WEST + THIS AREA WAS DRASTICALLY AFFECTED WITH LACK OF TOURISM DUE TO THE OIL SPILL.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____[signature]_____   Date 3-21-13

Print Name   JASON ROMA