**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Working in Sales with Grocery Store Managers & Deli Manager to get product into store & keep it there.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Working in Sales to promote product placement with Grocery Store Managers & Deli Manager. (business) Lost job after business closed because it was not economically for our product company to ~~never~~ renew our contact.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Vanessa L Leffler        Date: 3-26-13

Print Name: Vanessa L Leffler