**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010:

TOURISTS & VACATIONERS FLY TO KEY WEST

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

BEFORE THE BP. OIL SPILL I WORKED FULL TIME ... ABLE TO PAY MY BILLS AND SUPPORT MYSELF.

AFTER THE OIL SPILL MY HOURS WERE CUT IN HALF ... ONLY WORKING EVERY OTHER DAY. FINANCIAL PROBLEMS AROSE BECAUSE OF THE LOSS OF WAGES.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Donald Spraetz   Date: 4/2/13

Print Name: DONALD SPRAETZ