This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Tourists and vacationers coming to the resort in the Keys, doing any type of watersport activity (Snorkeling, jetskiing, parasailing, kayaking, boat rentals, sunset cruises)

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Before the oil spill we had alot of tourists coming to our resort in the Keys participating in watersports activities and we made good revenue. We were able to pay our staff and all of our bills successfully. After the BP oil spill, alot of the tourists cancelled reservations and/or did not come to the resort and we lost alot of revenue due to this. Therefor not being able to pay our staff and struggled to pay our bills, and to keep up on our monthly payments on our boats and maintenance. We almost had to sell our newest boat due to this.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _/s/ [signature]_  Date _4/2/13_

Print Name _George P Shattuck_