TO WHOM IT MAY CONCERN:

DUE TO THE NATURE OF MY OCCUPATION; (GENERAL CONSTRUCTION) ~~I BELIEVE~~ I AM CERTAIN THAT THE REPERCUTIONS OF THE B.P. GULF OIL SPILL AFFECTED MY INCOME AND EARNINGS AS SHOWN IN THE CLAIM DOCUMENTATION. MY SCOPE OF WORK IS BROAD FROM DOCKS, SEAWALLS, & MARINE SALVAGE, TO NEW HOMES & PROPERTY MAINTENENCE ON VACATION, SEASONAL, AND FULL TIME RENTALS. WHEN PROPERTY VALUES BECAME THREATENED BY THE BP OIL SPILL IN THE GULF IN 2010, ALL OF THESE AVENUES OF MY PROFESSION WERE COMPROMISED. I HAVE SINCE RELOCATED MY FAMILY SEVERAL TIMES INCLUDING FORECLOSURE IN ATTEMP TO SURVIVE. AS I WRITE THIS LETTER WE (MY FAMILY) ARE 10 HOURS APART AS WE TRY AND REGAIN OUR FINANCIAL FEET

THANK YOU FOR READING MY LETTER

*Scott S Vosburgh*
*Scott S Vosburgh*   3/29/13