**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Sole Collector was a regional business that depended on the local economy for print sales and advertisers.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Sole Collector provides a print publication and website that sells shoes and ad spots to generate income. Since Sole Collector is based (and started) in Key Largo most of its sales were derived from the local population.

After the oil spill the local consumers' discretionary income decreased significantly. This situation has adversely affected sales as well as hurt future growth because cash flow wasn't available to expand the company.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date March 27 2013

Print Name Steve Mulholand