Although our business is non-tourism related per definition, much of our work is generated through hospitality fields; ie. restaurants, hotels, vacation rentals. Because of the BP spill our tourism declined and therefore our work declined or did not "improve" as should have been the case. Even locals (likely also affected by tourism related employment) could not afford to have our services even when in dyer need.

An L. Haas
for Mike Haas Excavating, Inc.