**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I am a cab driver in Key West. My income is mostly from tourists.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I owned a house in Cudjoe Key when the oil spill happened. I was selling it at the time. I had a buyer for the house at 350,000 dollars but he backed out because he was worried about the Keys being ruined from oil. I finally did a short sale for 240,000. I lost over 200,000 that I put down on the house. I also lost business from less tourists in Key West. People thought there was oil on the reefs so that hurt the fishing & diving business which affected the cab business also.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Anthony E. Crain_ Date _3-20-2013_

Print Name _Anthony E. Crain_