**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Income from sales & installation of Hurricane Shutters. Customer type typically is from new home purchase and renovation of existing structures.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Sale & installation of Hurricane Shutters. Sales dried up in anticipation of economic/environmental damage to the Florida Keys. Income steadily dropped from 07-10 due to lack of demand from oil spill. Business has slowly picked up but still not at pre spill average. I have operated this business since 1998 and the years of 07-10 were the worst I have had including start up date.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *[signature]*  Date: 3/8/13

Print Name: STEPHEN M. HINCHCLIFFE