Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill: Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event: Y / (N)

Enter the amount you claim related to the cancellation: _____

This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Source of income Tourism "Charter boat, snorkeling, kayaying, sailing. Danger Charters Employer which is a Charter boat company.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I captain for a charter boat company which takes people kayaking, sailing and snorkeling. During the Deepwater Horizon oil spill we saw a decrease in charters. I was unable to work as many shifts as usual. We also saw a decline in private charters which bring more money to the crew in trip pay and tips. Since the oil spill happen people were not as interested in going on the boat, much less getting in the water. We are located in Key West which sees thousands of tourist a year. So the impact was huge to miss that much people not wanted to come your way.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date 4-2-13

Print Name Nicholas Haig Smith