**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Painting & Carpentry for Home owners
Vacation Rentals   Hospitality workers

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Painting, Drywall, Carpentry, other construction related jobs Throughout middle & upper keys for Residents & Vaction Rentals, Hospitality workers, after the spill The Tourists stoped comming to the keys & work dried up, Because we are defendent on Tourists for Income.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  Paul M Geiger       Date 2/19/13

Print Name  Paul Geiger