# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Englande | Clifford | M | Jr. |

| Phone Number | E-Mail Address |
|---|---|
| (504) 583-0653 | |

| Address | City / State / Zip |
|---|---|
| 1038 Mariners Cove | Slidell    LA    70458 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Last 4 digits of your Social Security Number: 8875 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Kevin I. Goldberg | Goldberg, Finnegan & Mester LLC |
| Address | City / State / Zip |
| 8401 Colesville Road #630 | Silver Spring, MD 20910 |
| Phone Number | E-Mail Address |
| (301) 589-2999 | kgoldberg@gfmlawllc.com |

| Claim filed with BP?   YES ☑   NO ☐ | Claim Filed with GCCF?:   YES ☐   NO ☐ |
|---|---|
| If yes, BP Claim No.: 1002500-01 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

*Presentment under OPA made to BP via email January 15, 2013. Sum certain demanded $115,000.00*

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claim is for lost sale value of residence located at 105 Marlin Drive, Slidell, La. in Rogolet Estates just off Highway 433, St. Tammany Parish, La. Square A Rigolets Estates Subd ward 8.   Property sold for less than it would have because of oil spill.   Property sold for $580,000.00 on 9/28/10.   If the spill had not occurred property would have sold for approximately $695,000.00.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [x] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Real Property Sales Claim

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kevin I. Goldberg, Attorney for Clifford Englande, Jr.
Print Name

4/17/13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

\*1002500-01\*



JANUARY 22, 2013

GOLDBERG, FINNEGAN & MESTER, LLC
KEVIN GOLDBERG
8401 COLESVILLE RD STE 630
SILVER SPRING, MD 20910-3349

Re:   *Referral to Court Supervised Settlement Facility*
      Claim No.: 1002500-01

Dear KEVIN GOLDBERG:

The BP Claims Program has received your claim form submitted on behalf of CLIFFORD M ENGLANDE, JR.. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

\*1002500\*



RECEIVED JAN 2 5 2013

# GOLDBERG, FINNEGAN & MESTER, LLC
*Attorneys at Law*

Kevin I. Goldberg (MD, DC)
Kevin J. Finnegan (MD, DC)
Christian C. Mester (MD, DC)
Jean M. Jones, R.N., J.D. (MD, DC)
Curtis D. Cannon (MD, DC, VA)
Zachary S. Myers (MD, DC)

<u>Of Counsel</u>
Maria H. Dawson, R.N., J.D. (MD)
Steven C. Rohan (MD, DC)

*Please respond to the Main Office –*
**PLEASE NOTE THAT OUR MAIN OFFICE ADDRESS HAS CHANGED**

<u>Main Office</u>
8401 Colesville Road
Suite 630
Silver Spring, Maryland 20910
(301) 589-2999    Fax (301) 589-2644

<u>Baltimore Area Office</u>
44 Westminster Road
Reisterstown, Maryland 21136

Federal Tax ID No.
52-2029161

WWW.GFMJUSTICE.COM
Toll Free (888) 213-8140

January 11, 2013

BP Claims
PO Box 330919
Houston, TX 77233-0919

Via Certified Mail and Email

    Re:   Clifford Englande, Jr. (and Wendy Frances Englande)
           GCCF Claimant ID Number: None
           SS#: xxx-xx-8875 (Clifford Englande)
           DOB: 1/1/1972 (Clifford Englande)

Dear Sir or Madam:

      The purpose of this letter and package is to "Present" the claim of Mr. Clifford Englande, Jr. as may be required by the Oil Pollution Act. We hereby incorporate by reference all materials previously submitted to the GCCF and/or the Deepwater Horizon Claims Settlement Program.

      Mr. Englande and his wife Wendy Frances Englande listed their residence at 105 Marlin Drive, Slidell, LA 70461 in about March 2010 for $695,000.00. As a result of the oil spill, the property did not sell until September 28, 2010 when it sold for $580,000.00. Our clients Clifford Englande, Jr. and Wendy Frances Englande hereby demand a sum certain of $115,000.00. Supporting documentation is enclosed and incorporated by reference.

                                                                       Very truly yours,

                                                                       Kevin I. Goldberg