*Claim For Lisa Brupbacher Maestri individually and for business Precision Assembly Manufacturing.*

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION — JOINDER IN MASTER ANSWER — INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Brupbacher-Maestri | Lisa | | |

| Phone Number | E-Mail Address |
|---|---|
| (504) 250-2829 | |

| Address | City / State / Zip |
|---|---|
| 257 Walter Road | River Ridge    LA    70123 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| **Employer Name**<br>Precision Assembly Manufacturing (PAM) | **Business Name**<br>Precision Assembly Manufacturing |
| **Job Title / Description**<br>mfg. wax covered waterproof boxes for seafood shipment | **Type of Business**<br>Corrugated Seafood Storage |
| **Address**<br>131 Bait Street | **Address**<br>131 Bait Street |
| **City / State / Zip**<br>Akers, La. 70421 | **City / State / Zip**<br>Akers, La. 70421 |
| **Last 4 digits of your Social Security Number**<br>6794 | **Last 4 digits of your Tax ID Number**<br>6575 |

| Attorney Name | Firm Name |
|---|---|
| Kevin I. Goldberg | Goldberg, Finnegan & Mester LLC |
| **Address**<br>8401 Colesville Road #630 | **City / State / Zip**<br>Silver Spring, MD 20910 |
| **Phone Number**<br>(301) 589-2999 | **E-Mail Address**<br>kgoldberg@gfmlawllc.com |

| Claim filed with BP?   YES ☑   NO ☐ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 3353688 and 1150743 |

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☑ Other: business and individual losses due to oil spill.

*Oil Pollution Act presentment made via email and Mail to BP on January 11, 2013. Presentment package incorporated by reference. Presentment also made via GCCF.*

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Lost revenues, income and profits due to oil spill and loss of investment in machinery/capital

Purchased Curtain Coater Machine in Nov. 2009. Precision Assembly Manufacturing lost

profits from May 1, 2010 to March 31, 2011 are $510,710.00. Precision Assembly Mfg. lost

revenue and profits, and claimant Ms. Maestri lost income, earnings, profits.

OPA Presentmentmade to BP via letter and package dated January 11, 2013 and by GCCF

Submissions. Sum certain demanded is $1,000,000.00. Presentment materials are hereby

incorporated by reference.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☑ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☑ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☑ 11. Other: Business Economic Loss Claim. & individual economic loss claims

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kevin I. Goldberg, Attorney for Precision Assembly Manufacturin
Print Name

4/17/13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# Kevin Goldberg

| | |
|---|---|
| **From:** | Kevin Goldberg |
| **Sent:** | Friday, January 11, 2013 12:44 PM |
| **To:** | 'bpclaimsprogram@bp.com' |
| **Cc:** | Kevin Goldberg; Kimberly Edwards (KEdwards@gfmlawllc.com); 'Lindsey Rodrigue' |
| **Subject:** | Precision Assembly Manufacturing and Lisa Maestri and Thomas Maestri Claims Submitted for Presentment |
| **Attachments:** | Presentment.Maestri1.10.13.pdf |

Dear Sir or Madam:

We are hereby submitting for presentment, evaluation and payment the claims of Precision Assembly Manufacturing, Lisa Brupbacher-Maestri and Thomas Maestri.

Kevin Goldberg


**Kevin I. Goldberg**
**Goldberg, Finnegan & Mester, LLC**
**8401 Colesville Road**
**Suite 630**
**Silver Spring, Maryland 20910**
**(301) 589-2999 ext. 125**
**Fax (301) 589-2644**
kgoldberg@gfmlawllc.com
www.gfmlawllc.com
Website:  www.gfmjustice.com
Facebook: www.facebook.com/Goldberg.Finnegan.Mester (Please "Like" Our Fanpage!)

1

# GOLDBERG, FINNEGAN & MESTER, LLC
*Attorneys at Law*

*Kevin I. Goldberg (MD, DC)*
*Kevin J. Finnegan (MD, DC)*
*Christian C. Mester (MD, DC)*
*Jean M. Jones, R.N., J.D. (MD, DC)*
*Curtis D. Cannon (MD, DC, VA)*
*Zachary S. Myers (MD, DC)*

**Main Office**
8401 Colesville Road
Suite 630
Silver Spring, Maryland 20910
(301) 589-2999    Fax (301) 589-2644

**Baltimore Area Office**
44 Westminster Road
Reisterstown, Maryland 21136

*Federal Tax ID No.*
52-2029161

WWW.GFMJUSTICE.COM
Toll Free (888) 213-8140

Of Counsel
*Maria H. Dawson, R.N., J.D. (MD)*
*Steven C. Rohan (MD, DC)*

*Please respond to the Main Office –*
**PLEASE NOTE THAT OUR MAIN OFFICE ADDRESS HAS CHANGED**

January 11, 2013

BP Claims
PO Box 330919
Houston, TX 77233-0919

Via Certified Mail and Email

Re:   Precision Assembly Manufacturing GCCF #1150743), Thomas Maestri and Lisa Brupbacher-Maestri (aka Lisa Brupbacher-Maestri GCCF #3353688)

Dear Sir or Madam:

The purpose of this letter and package is to "Present" the claims of Lisa Brupbacher-Maestri (GCCF3353688), Thomas Maestri and Precision Assembly Manufacturing (GCCF 1150743) as may be required by the Oil Pollution Act. These claims were previously submitted to the GCCF and denied. We hereby incorporate by reference all materials previously submitted to the GCCF and/or the Deepwater Horizon Claims Settlement Program; and it is our believe that the claims had already been properly presented. In an abundance of caution, we are submitting this Presentment Package.

Precision Assembly & Manufacturing (hereinafter PAM) is a Manchac, Louisiana minority owned small business that manufactured wax covered waterproof boxes used for the shipment of seafood, and sells those boxes to Louisiana crabbers and oystermen. The boxes are used to ship seafood such as crabs and oysters to Maryland and other locations. The wax coated box industry generates approximately $30,000,000.00 in annual sales in Louisiana, Mississippi and Alabama alone.

PAM was started by Lisa Brupbacher-Maestri. After a yearlong search for the right coating equipment to apply the waterproof wax sealant to shipping boxes, Ms. Maestri located

**GOLDBERG, FINNEGAN & MESTER, LLC**
*Attorneys at Law*

and purchased a Curtain Coater Machine in November 2009. This machine was updated and installed during January-March 2010 based on the anticipation that the wax-covered boxes made with the new equipment could be used and distributed during the 2010 fishing season and thereafter.

Ms. Maestri and PAM teamed up with Pratt Industries—utilizing their larger sales force, distribution network, and capital—with the anticipation of selling these wax coated boxes to the fishermen, oystermen and crabbers on the docks throughout Louisiana. Lisa Maestri's husband Tom Maestri had worked in the corrugated box/seafood shipping industry for several decades, and had worked for Pratt Industries for 5 years. The attached letter dated May 5, 2010 and Memorandum from Mr. Jim Hale (General Manager of Pratt Industries) further documents this business partnership, the fact that prospective purchasers of the boxes had already been identified and that the Gulf Oil Spill caused PAM to cease operations and lose revenue and profits.

As a direct result of the April 2010 Gulf Oil Spill PAM was unable to sell the corrugated boxes in 2010-2011, and as a result of the spill the company continues to experience growth at a much slower pace due to the fishing/crabbing restrictions after the spill and the exodus of certain potential customers. The oyster harvesting, which is also a key component of PAM's sales prospects has also been essentially shut down due to the spill. That said, from April 2010-at least March 2011 PAM continued to pay its operating expenses including the salaries of its 3 employees and rent expenses. As a result of the oil spill, PAM's lost profits from May 1, 2010 through March 31, 2011 alone are approximately $510,710.00. Ms. Maestri and PAM hereby demand $1,000,000.00 in full and final resolution of its Oil Pollution Act Claims. Relevant documentation is enclosed and incorporated by reference.

Very truly yours,

Kevin I. Goldberg

/JK,