## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name<br>Southall | First Name<br>David | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number  (850) 249-0797 | | E-Mail Address  dsouthall@innovationsfcu.org | |
| Address  910 Thomas Drive | | City / State / Zip  Panama City, Florida 32408 | |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
|---|---|
| Employer Name | Business Name  Innovations Federal Credit Union |
| Job Title / Description | Type of Business  Federal Credit Union |
| Address | Address  910 Thomas Drive |
| City / State / Zip | City / State / Zip  Panama City Beach, Florida 32408 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  XX-XXX6843 |

| Attorney Name  Edwin Armistead Easterby | Firm Name  Williams Kherkher Hart & Boundas, LLP |
|---|---|
| Address  8441 Gulf Freeway, Suite 600 | City / State / Zip  Houston, Texas 77017 |
| Phone Number  (713) 230-2200 | E-Mail Address  aeasterby@williamskherkher.com |

| Claim filed with BP?   YES ☒    NO ☐ | Claim Filed with GCCF?:   YES ☐    NO ☒ |
|---|---|
| If yes, BP Claim No.:  1002687-01 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

| | | | | |
|---|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☒ | Earnings/Profit Loss | | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | | ☐ | Removal and/or clean-up costs |
| | | | ☐ | Other: |

---

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras  Street, New Orleans, Louisiana  70130**, in Civil Action No. 10-8888.  While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.  Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Plaintiff has provided a detailed description together with this Short-Form Joinder, which is incorporated fully herein. (see attachment hereto). Plaintiff timely submitted a conforming OPA presentment to the designated Responsible Party on January 15, 2013, including a sum-certain demand for $8,004,430.00. Where applicable, Plaintiff's claim package included documents and materials demonstrating: (a) that real or personal property or natural resources have been injured, destroyed, or lost; (b) Plaintiff had reduced revenue/income/variable profit  (and the amount of that reduction) resulting from the April 20, 2010 Gulf Oil Spill; (c) Plaintiff's revenue/income/variable profit in comparable periods and during the applicable loss period (as established by tax returns, financial statements, and similar documents). In addition, Plaintiff submitted information regarding whether Plaintiff undertook alternate employment/business, whether such alternate employment/business was available, and the amount (if any) of income received (including documents relating to any saved overhead and other normal expenses not incurred as a result of the Incident).

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N/A

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

N/A

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- ☒ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- ☐ 10. Person who utilizes natural resources for subsistence.

- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- ☐ 5. Resident who lives or works in close proximity to coastal waters.

- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

_____
Print Name

_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Innovations Federal Credit Union
EIN 59-0706843

### PLAINTIFF'S SUPPLEMENT TO DIRECT FILING SHORT FORM
### REGARDING THE NATURE OF PLAINTIFF'S INJURY

Innovations Federal Credit Union ("Plaintiff") submits this Supplement to Direct Filing Short Form Regarding the Nature of Plaintiff's Injury.

## A.    Plaintiff Incurred Economic Losses as a result of the Oil Spill.

Plaintiff incurred substantial economic losses resulting from the April 20, 2010, Oil Spill. Plaintiff is a community based credit union chartered in 1952 with approximately $150 million in assets and serving 18,000 members in Bay County, Florida. Up until 2004 Plaintiff served the Naval Air Station in Panama City, Florida along with a few other select employment groups all located within Bay County Florida. In 2004, the Field of Membership was changed to a community charter that authorized Plaintiff to serve those people who live, work, worship, go to school, or volunteer in Bay County Florida. As a result of this expansion, Plaintiff's financial performance was intertwined with its members, who are all located in Bay County. Plaintiff's members consist of people of all incomes, especially those of moderate means. While some of Plaintiff's members work in the white-collar fields, the majority of Plaintiff's members work in jobs that are tourism-related. Plaintiff has always enjoyed a strong financial position through conservative business practices of providing low cost services, competitive savings options and consumer loans to those underserved by other financial institutions in our community.

After April 2010, when the Deepwater Horizon Oil Spill occurred, the tourism industry in Bay County was decimated. This affected a large portion of Plaintiff's membership due to the membership's affiliation with the Bay County tourism industry – which is one of the largest employers in the county.

The loss of jobs and income affected more than just the beach businesses. It also affected the service industry, such as medical offices, restaurants, automotive repair and maintenance, and other business that provided services to our residents, tourists or depended upon the tourism industry. The entire Bay County economy is bound up in the tourism market, and all businesses felt the impact of the Gulf Oil Spill. The trickledown effect impacted every business in the county, and in turn, it affected the majority of Plaintiff's membership. Members lost their jobs, could not find seasonal employment, or had substantially less income than in a normal tourism season. When Plaintiff's members suffered financially, they could not pay their loans they had with Plaintiff. This resulted in loan defaults, which in turn led to a spike in repossessions. This cause and effect is demonstrated through Plaintiff's financials. Repossession numbers lag the cause of the problem. The period following the Oil Spill demonstrated this: The oil spill occurred in April 2010; then the first effects are realized mid to late May because the seasonal jobs are no longer available; the members cannot make their loan payments and they start losing their autos when

1

Innovations Federal Credit Union
EIN 59-0706843

they are 60 – 90 days past due. By August – September Plaintiff repossesses their automobiles. Plaintiff's repossessions peaked in September 2010 as a result of the lagging impact of the oil spill. Losses on those repossessions soon followed in November and December when the credit union liquidated the repossessions at a significant loss. This dramatic increase in the credit risk of Plaintiff's loan portfolio also resulted in increased and intensive scrutiny from the National Credit Union Administration, Plaintiff's federal regulators. Plaintiff provided a detailed loss summary with its OPA claim, including detailed information about Plaintiff's loss period (as supported by financial statements and other documents).

As a result of the financial conditions of 2010, Plaintiff was forced to enact several dramatic strategic changes beginning in 2011. Some examples are hiring and salary freezes, bonus plan cancellations, reductions in the marketing and community outreach budgets, reductions in personnel, and other delays in capital expenditures and expansion plans.  Plaintiff's loan loss expenses are still not down to the level of the pre-oil spill numbers. Plaintiff's loan growth numbers are still trying to recover from the spill and achieve positive growth territory.  The lost opportunity costs Plaintiff suffered as a result of the Deepwater Horizon Oil Spill are still being felt today. The impact will continue to be felt by Plaintiff for many years to come.