# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Machtig | Brett | | |

| Phone Number | E-Mail Address |
|---|---|
| (612) 325-9999 | machtig1@aol.com |

| Address | City / State / Zip |
|---|---|
| 8969 Heron Walk Drive, Bldg. 4 | Miramar Beach, Florida 32550 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
|---|---|
| Employer Name | Business Name: Machtig & Associates, LLC |
| Job Title / Description | Type of Business: Investment Management |
| Address | Address: 8969 Heron Walk Drive, Bldg. 4 |
| City / State / Zip | City / State / Zip: Miramar Beach, Florida 32550 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: XX-XXX8611 |

| Attorney Name: Edwin Armistead Easterby | Firm Name: Williams Kherkher Hart & Boundas, LLP |
|---|---|
| Address: 8441 Gulf Freeway, Suite 600 | City / State / Zip: Houston, Texas 77017 |
| Phone Number: (713) 230-2200 | E-Mail Address: aeasterby@williamskherkher.com |

| Claim filed with BP?   YES ☒   NO ☐ | Claim Filed with GCCF?:   YES ☒   NO ☐ |
|---|---|
| If yes, BP Claim No.: 1003156-01 | If yes, Claimant Identification No.: 1168567 |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

```
Plaintiff has provided a detailed description together with this Short-Form Joinder, which is incorporated fully herein.
(see attachment hereto). Plaintiff timely submitted a conforming OPA presentment to the designated Responsible Party on
January 15, 2013, including a sum-certain demand for $750,595.00. Where applicable, Plaintiff's claim package included
documents and materials demonstrating: (a) that real or personal property or natural resources have been injured,
destroyed, or lost; (b) Plaintiff had reduced revenue/income/variable profit  (and the amount of that reduction) resulting
from the April 20, 2010 Gulf Oil Spill; (c) Plaintiff's revenue/income/variable profit in comparable periods and during
the applicable loss period (as established by tax returns, financial statements, and similar documents). In addition,
Plaintiff submitted information regarding whether Plaintiff undertook alternate employment/business, whether such
alternate employment/business was available, and the amount (if any) of income received (including documents relating to
any saved overhead and other normal expenses not incurred as a result of the Incident).
```

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

```
N/A
```

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

```
N/A
```

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**<u>Non-governmental Economic Loss and Property Damage Claims (Bundle B1)</u>**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Insurance Industry (excluded from the Class Action Settlement Agreement)

**<u>Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)</u>**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Edwin Armistead Easterby
Claimant or Attorney Signature

Edwin Armistead Easterby
Print Name

4/17/13
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Machtig & Associates, LLC
EIN 41-1888611

**PLAINTIFF'S SUPPLEMENT TO DIRECT FILING SHORT FORM JOINDER REGARDING THE NATURE OF PLAINTIFF'S INJURY**

Machtig & Associates, LLP ("Plaintiff") submits this Supplement to Direct Filing Short Form Joinder Regarding the Nature of Plaintiff's Injury.

**A.     Plaintiff Incurred Economic Losses as a Result of the Oil Spill**

Plaintiff incurred substantial losses resulting from the April 20, 2010, Oil Spill. Plaintiff provides Private Asset Management for retirees, business owners and professionals living along the Gulf coast from Ft. Walton Beach, Destin, Miramar Beach, Santa Rosa Beach, and Seaside, Florida. Plaintiff's business is located in SanDestin, Florida, and is included in Zone A (as defined by the Settlement Agreement). Plaintiff derives much of its revenues from providing retirement planning and asset management services to local clients. Plaintiff also offers a full suite of insurance products designed to mitigate risk and protect financial assets of its clients. The customer base of the Plaintiff is comprised of retirees, business owners and professionals living along the Gulf Coast from Fort Walton Beach to Seaside, Florida, as well as visitors to the area who own a second home on the Emerald Coast. The Deepwater Horizon Oil Spill had a material adverse impact on Plaintiff's clients, which in turn had a damaging effect on the revenue stream for the Plaintiff. The number of vacationers to the area decreased significantly after the oil spill and the sustainability of local properties (particularly investment properties) was severely impaired. People across the country did not show any interest in relocating or expanding their business to the Gulf Coast area. Retirees no longer wanted to purchase real property and to relocate to the Emerald Coast. Many investors who owned condominiums saw market prices for their properties collapse. As a result, Plaintiff's new client revenue was almost nonexistent after the oil spill. New prospective clients did not visit the area and looked for financial services elsewhere. Existing clients went from saving to depleting their savings.

The Oil Pollution Act of 1990 ("OPA") provides that any Plaintiff may recover damages for lost profits or impaired earning capacity "due to" harm to property or natural resources caused by an oil spill, even when the Plaintiff does not own or lease the property or resources. Plaintiff's commercial activities are very closely bound up with local economies that revolve around the use of resources and property that have been damaged (the Gulf of Mexico).

Plaintiff submitted a detailed claim package both to the GCCF and to the Responsible Party that amply demonstrates its lost income resulted from the Gulf Oil Spill. Plaintiff incorporates those submissions herein for all purposes.

1