# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Fernandez | Linda | | |

| Phone Number | E-Mail Address |
|---|---|
| 5048745643 | |

| Address | City / State / Zip |
|---|---|
| 2721 Bayou Road | Saint Bernard, La 70085 |

| INDIVIDUAL CLAIM ✓ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Job Title / Description | Type of Business |
| Address: 2721 Bayou Road | Address |
| City / State / Zip: Saint Bernard, La. 70085 | City / State / Zip |
| Last 4 digits of your Social Security Number: 2975 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Kevin Goldberg | Goldberg, Finnegan & Mester, LLC |
| Address | City / State / Zip |
| 8401 Colesville Road, Suite 630 | Silver Spring, MD 20910 |
| Phone Number | E-Mail Address |
| (301) 589-2999 | kgoldberg@gfmlawllc.com |

| Claim filed with BP?  YES ✓  NO ☐ | Claim Filed with GCCF?:  YES ✓  NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1183615 |

**Claim Type (Please check all that apply):**

- ✓ Damage or destruction to real or personal property
- ✓ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ✓ Removal and/or clean-up costs
- ✓ Other: BP backing out of agreement use property

Formal presentment to BP under Oil Pollution Act made October 2, 2012. See attached, which are hereby incorporated by reference.

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant owns 2725 Bayou Road, St. Bernard, La 70085. BP agreed to use property for clean up workers after the spill. At BP's request, Ms. Fernandedz incurred damages of $716,537.71 in costs relating to modifications to the property (per BP requests), and lost earnings/profits. See attached Formal Presentment of Claim and Settlement Demand which was sent to BP in October 2012 and attached summary of claim.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Claimant owns 2725 Bayou Road, St. Bernard, La 70085. BP agreed to use property for clean up workers after the spill. At BP's request, Ms. Fernandedz incurred damages of $716,537.71 in costs relating to modifications to the property (per BP requests), and lost earnings/profits. See attached Formal Presentment of Claim and Settlement Demand which was sent to BP in October 2012 and attached summary of claim.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: BP backed out of agreement to use property

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: BP backed out of agreement to use property

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kevin Goldberg, attorney for Linda Fernandez
Print Name

4/18/13
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*





10/24/2012

Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910

Re:     *Court Supervised Settlement Program*

Dear Kevin Goldberg:

The BP Claims Program has received your documents for Linda Fernandez. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opt out of the class action settlement. Upon review of your information, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who have not voluntarily opted out of the settlement.

BP cannot advise you as to whether or not you should opt out of the class. For information on the class settlement, including what claims are eligible under the terms of the settlement agreement and the process for opting out of the settlement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

# GOLDBERG, FINNEGAN & MESTER, LLC
*Attorneys at Law*

Kevin I. Goldberg (MD, DC)
Kevin J. Finnegan (MD, DC)
Christian C. Mester (MD, DC)
Jean M. Jones, R.N., J.D. (MD, DC)
Curtis D. Cannon (MD, DC, VA)
Zachary S. Myers (MD)

**Of Counsel**
Maria H. Dawson, R.N., J.D. (MD)
Steven C. Rohan (MD, DC)

**Main Office**
1010 Wayne Avenue
Suite 950
Silver Spring, Maryland 20910
(301) 589-2999   Fax (301) 589-2644

**Baltimore Area Office**
44 Westminster Road
Reisterstown, Maryland 21136

Federal Tax ID No.
52-2029161

WWW.GFMJUSTICE.COM
Toll Free (888) 213-8140

*Please respond to the Main Office*

October 2, 2012

## FORMAL PRESENTMENT OF CLAIM AND SETTLEMENT DEMAND

BP Claims Program
PO Box 330919
Houston, Texas 77233-0919

**Via Certified Mail**

Re: Linda Fernandez   (SS #:  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)
GCCF Claim Number:  1183615

Dear Sir or Madam:

My name is Kevin Goldberg and we represent Ms. Linda Fernandez in her claim for damages as a result of the Gulf Oil Spill. The purpose of this letter is to meet the Presentment Requirements of the Oil Pollution Act in the event that it is determined that this claim falls under OPA. My client will most likely be filing a lawsuit in Louisiana State Court seeking damages against BP and/or its subcontractors for breach of contract, fraud, unjust enrichment and other appropriate relief.

This claim is unique and it does not seem to fit within the confines of the "BP Claims Program-Claim Form for Individuals and Businesses." To that end, we hereby incorporate by reference all of the attached documents, all documents previously provided to BP, GCCF and/or any related entity for purposes of presentment. We also specifically incorporate by reference the "Summary of Claim" and Letter to Mr. Feinberg dated July 24, 2011 attached hereto which was previously sent to BP via the GCCF.

Ms. Fernandez is the owner of real property located at 2725 Bayou Road, Saint Bernard, Louisiana 70085. This claim seeks damages resulting from BP backing out of its agreement to use the Fernandez Property for its clean-up workers without providing any notice to Ms. Fernandez. As a result of this Ms. Fernandez incurred damages of $716,537.71. The breakdown is as follows:   $312,432.66 in costs incurred to modify home as per BP's request, $75,000.00 as estimated cost to remove BP Specific Modifications, and $200,000.00 in lost profits/lost earning capacity.

**GOLDBERG, FINNEGAN & MESTER, LLC**
*Attorneys at Law*

In light of the foregoing, Ms. Fernandez demands $716,537.71.

Very truly yours,

Kevin Goldberg

CC: Dan Robin