On April 20, 2010, I was working as a fisherman on the *M/V/ SANDY POINT*. Our fishing season ran from April 1st to October 31st. Due to the oil spill, we were unable to fish from April 20, 2010 until October 31, 2010. The value of the prior season for this vessel was well over $1,000,000.00. My earnings would have been approximately $60,000.00.

I previously made a claim to the GCCF. Unfortunately, I can't recall how much money they gave me or what documentation I submitted. It think the information I provided them is the same as what I am providing herein and I never signed a release.

I prepared presentment of my claim on January 16, 2013 and mailed it via United States Postal Service Express Mail to BP Claims Program at P. O. Box 330919, Houston, Texas 77233. BP Claims Program received my presentment on January 18, 2013.