# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

MDL 2179     SECTION: J     JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| | | | |
|---|---|---|---|
| Last Name: Pilcher | First Name: Melissa | Middle Name/Maiden | Suffix |
| Phone Number: 850-231-5114 | | E-Mail Address: lois@regionalutilities.net | |
| Address: 4432 East U.S. Highway 98 | | City / State / Zip: Santa Rosa Beach, FL 32459 | |

**INDIVIDUAL CLAIM** ☐     **BUSINESS CLAIM** ☒

| | |
|---|---|
| Employer Name: | Business Name: Florida Community Services Corp. of Walton County |
| Job Title / Description: | Type of Business: Water and Sewer Utility |
| Address: | Address: 4432 East U.S. Highway 98 |
| City / State / Zip: | City / State / Zip: Santa Rosa Beach, FL 32459 |
| Last 4 digits of your Social Security Number: | Last 4 digits of your Tax ID Number: xx-xxx3266 |
| Attorney Name: Edwin Armistead Easterby | Firm Name: Williams Kherkher Hart & Boundas, LLP |
| Address: 8441 Gulf Freeway, Suite 600 | City / State / Zip: Houston, TX 77017 |
| Phone Number: 713-230-2200 | E-Mail Address: aeasterby@williamskherkher.com |

Claim filed with BP? YES ☒  NO ☐     Claim Filed with GCCF?: YES ☒  NO ☐
If yes, BP Claim No.: 1002977-01     If yes, Claimant Identification No.: 3041672

**Claim Type (Please check all that apply):**

☒ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☒ Removal and/or clean-up costs
☐ Other: _____

---

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

```
Plaintiff has provided a detailed description together with this Short-Form Joinder, which is incorporated fully herein.
(see attachment hereto). Plaintiff timely submitted a conforming OPA presentment to the designated Responsible Party on
January 16, 2013, including a sum-certain demand for $5,077,588.00. Where applicable, Plaintiff's claim package included
documents and materials demonstrating: (a) that real or personal property or natural resources have been injured,
destroyed, or lost; (b) Plaintiff had reduced revenue/income/variable profit  (and the amount of that reduction) resulting
from the April 20, 2010 Gulf Oil Spill; (c) Plaintiff's revenue/income/variable profit in comparable periods and during
the applicable loss period (as established by tax returns, financial statements, and similar documents). In addition,
Plaintiff submitted information regarding whether Plaintiff undertook alternate employment/business, whether such
alternate employment/business was available, and the amount (if any) of income received (including documents relating to
any saved overhead and other normal expenses not incurred as a result of the Incident).
```

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

```
N/A
```

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

```
N/A
```

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Edwin Armistead Easterby
Claimant or Attorney Signature

Edwin Armistead Easterby
Print Name

4/19/13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Florida Community Services Corp. of Walton County
EIN 59-2643266

**PLAINTIFF'S SUPPLEMENT TO DIRECT FILING SHORT FORM
REGARDING THE NATURE OF PLAINTIFF'S INJURY**

Florida Community Services Corp. of Walton County d/b/a Regional Utilities ("Plaintiff") submits this Supplement to Direct Filing Short Form Regarding the Nature of Plaintiff's Injury.

A.      **Plaintiff Incurred Economic Losses as a result of the Oil Spill.**

Plaintiff incurred substantial economic losses resulting from the April 20, 2010, Oil Spill. Plaintiff is the franchised operator of a water and wastewater utility system pursuant to an agreement entered in to between Walton County and Regional Utilities on July 16, 1985. Regional Utilities is located in South Walton County, Florida. Pursuant to the Franchise Agreement the County granted the exclusive right for the Utility to construct, operate, and maintain a water and wastewater utility system and to sell such services to those customers located within the service territory. This service territory encompasses the SanDestin Resort to the Rosemary Beach area for wastewater services and from just east of the SanDestin Resort to the Rosemary Beach area for water services. The territory runs north to south from the Choctawhatchee Bay to the Gulf of Mexico. Plaintiff currently operates wastewater treatment plants and multiple well sites, including a sub-aqueous water line connecting South Walton to the Rock Hill well field North of the City of Freeport. Plaintiff maintains employees who operate the water and wastewater facilities, as well as those who construct and install water and wastewater lines. Plaintiff currently serves approximately 13,000 customers.

The sustainability of Plaintiff's operations at current pricing is dependent on tourism during the summer peak months. Business sharply increases during the "tourism months" of April through September. These months have a direct impact to bottom line profits, especially since Plaintiff's service area is made up of a vacation resort community. Plaintiff depends on these "spike" months to derive a portion of net income for the entire calendar year. Since the Deepwater Horizon spill, tourism in the Panhandle of Florida has been significantly impacted. This downward trend is directly attributable to the oil spill (these articles are included in the OPA Presentment claim package). This decline in tourism has directly impacted the number tourists staying in Plaintiff's service area and in turn the net income that Regional Utilities would typically expect to earn this time of year.

Plaintiff was able to mitigate losses to some extent because Plaintiff has a minimum billable amount for each customer regardless of water consumption. This minimum billing policy helped offset additional potential losses as compared to other business in the Northwest Florida region. This is reflected in Plaintiff's OPA claim submission, which is fully incorporated herein for all purposes.

1