# IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE FORM)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.
(It will be presumed, for all spaces left blank on this form, that the information is the same.)

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM**

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?        YES ■        NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.:   _62724, 64771 and 64777_   (filed in No. 10-8888).

Plaintiff Profile Form served?        YES ☐   NO ■

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rouse | Jimmy | Douglas | |

| Phone Number    409-840-9689 | 409-626-2185 | E-Mail Address |
|---|---|---|

| Address | City / State / Zip |
|---|---|
| 4575 Jimmy Johnson Blvd., No. 12 | Port Arthur, TX  77642 |

| INDIVIDUAL CLAIM ■ | BUSINESS CLAIM ■ | |
|---|---|---|
| Employer Name | Self | Business Name | Jimmy D. Rouse, Individually and dba Golden Eagle and Miss Peggy |
| Job Title / Description | | Type of Business | Shrimping |
| Address | 4575 Jimmy Johnson Blvd., No. 12 | Address | 4575 Jimmy Johnson Blvd., No. 12 |
| City / State / Zip | Port Arthur, TX  77642 | City / State / Zip | Port Arthur, TX  77642 |

---

[1]   If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10‑8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre‑Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number | 2563 | Last 4 digits of Tax ID Number | |
|---|---|---|---|

| Attorney Name (if applicable) Joseph C. Melugin | Firm Name (if applicable) Fibich, Hampton, Leebron, Briggs & Josephson |
|---|---|
| Address  1150 Bissonnet | City / State / Zip  Houston, TX  77005 |
| Phone Number  713-751-0025 | E-Mail Address  jmelugin@fhl-law.com |

| Claim filed with BP?     YES ■ NO ☐ | Claim Filed with GCCF?     YES ☐ NO ☐ |
|---|---|
| If yes, list BP Claim No.:  1042381-01 | If yes, list Claimant Identification No.: |

Claim Type (Please check all that apply):

- ☐ Damage or destruction to real or personal property
- ■ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ■ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ VoO Charter Dispute
- ☐ Other

2

Brief  Description:

1.  For earnings/profit loss,  property damage and loss  of subsistence use claims,  describe  the nature of  the  injury.    For  claims  involving  real  estate/property,  include  the  property  location,  type  of property  (residential/commercial),  and  whether  physical  damage  occurred.    For  claims  relating  to fishing  of any type,  include  the  type  and location  of fishing grounds at issue.

I have worked in the Gulf of Mexico commercial fishing and/or related industries and have suffered

Significant economic loss as a result of the Deepwater Horizon explosion and Macondo well oil spill.

I have also experienced damages as a result of the oil spill's impact on Gulf natural resources for my

subsistence use.

2.  For personal  injury  claims,  describe the injury,  as well  as how and when it was sustained.  Also, Bundle  A plaintiffs should  identify all  health  care providers from  January  1, 2008 to present,  and complete  authorizations  for  release  of  medical  records  for  each.    Bundle  B3  plaintiffs  should identify all health  care providers from  April  20, 2010 to present,  and  complete  authorizations  for release  of  medical  records  for  each. Bundle  A plaintiffs should  also identify all  employers from January  1, 2008 to present  and complete  authorizations  for release  of employee/personnel records for  each employer.    Bundle  B3 plaintiffs should  identify all employers from  January  1, 2010, and provide  authorizations, if your personal  injury took place after April  20, 2010 and you are claiming damages  for lost  work-time  as a result  of those  personal  injuries.[2]  [Additional authorizations may be required.]

3.  For post-explosion claims  related to clean-up  or removal,  include  your role or your business's role in the clean-up  activities, the name of your employer  (if applicable), and where you were working.

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139 5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre  Trial Order No. 12 [Doc. 600].  Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre  Trial Order No. 13), and subject to full copies of same being  made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

- ■ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- ■ 10. Person who utilizes natural resources for subsistence.

- ☐ 11. Other: _____

Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- ☐ 5. Resident who lives or works in close proximity to coastal waters.

- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/Joseph C. Melugin
_____
Claimant or Attorney Signature

Joseph C. Melugin
_____
Print Name

April 17, 2013
_____
Date