| | |
|---|---|
| **CLAIMANT:** | **Coastal Resort Properties LP** |
| **EIN:** | **20-1508076** |
| **CLAIM NUMBER:** | 1003916-01 |

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

Claimant is owned indirectly by Jim Mattei and his family. Mr. Mattei is a long-time, highly regarded developer in Coastal Alabama. On October 7, 2004, Claimant acquired for development two substantial parcels consisting of several miles of along in the City of Gulf Shores, some on northern shore of the Gulf Intracoastal Waterway and some on the southern shore. The tracts on the northern shore were subject to easements in favor of the United States of America for the Army Corps of Engineers to dispose thereon material dredged from the Waterway. Claimant prosecuted and then settled litigation in the United States District Court, Mobile, Alabama, pursuant to which Claimant incurred enormous cost to relocate and construct disposal areas for the Corps. With that work complete, Claimant master planned and engineered a total of four (4) marinas and millions of dollars of horizontal infrastructure for resort condominium communities, called *The Point* and *Summerdance*. *Summerdance* consists of 243 acres, zoned for 42 units per acre, and almost two miles of waterfront.[1] *The Point* consists of 49 acres, more than one-half mile of waterfront, overlooking Oyster Bay and the Intracoastal Waterway, and zoned for 30 units per acre.[2] Plans and photographs are attached. Pre-development work included participation in a $2 million environmental impact study, which resulted in Claimant's development being entitled to 143+ boat slips. Total pre-development out-of-pocket costs for *Summerdance* was $2,809,541.00. Total pre-development out-of-pockets costs for *The Point* was $1,160,956.00.

The third tract ("the Triangle") acquired by Claimant for development purposes was a 3.8 acre parcel, located on the northern right of way of Canal Road, less than a mile from The Wharf, featuring a quarter mile on the southern bank of the Waterway.[3] This was a perfect restaurant, retail site. According to the Baldwin County Revenue Department, this property had a fair market value

---

[1] Tax PPIN 266544, 266508, 63164, 63163, 63159, and 274291

[2] Tax PPIN 63158 and 63157

[3] Tax PPIN 226502

**CLAIMANT:** Coastal Resort Properties LP
**EIN:** 20-1508076

of $245,300.00 as of the spill date, and annual taxes were approximately $1,600.00. Photographs are attached.

However, from the date of the oil spill until at least November 30, 2011, development opportunities in this market were chilled to the extent as to be non-existent. The entire country questioned whether the resort development market on the Alabama Gulf Coast would recover to any extent. Claimant could take no action to mitigate this circumstance.

Based on the value of the property as determined by the Baldwin County Revenue Department as of October 1, 2010, *The Point* property was worth $1,545,000.00, and the value of the *Summerdance* property was $4,385,600.00. Total capital tied up is the sum of value of the two tracts and the total pre-development out of pocket costs, or $9,901,097.00. The cost of having this capital tied up during this period, based on a reasonable annual interest rate of 7%, was $1,039,615.00. Annual taxes on *Summerdance* were approximately $14,646.00, and annual taxes on *The Point* were $5,346.00. Adding in the total capital tied up in the Triangle, applying the same formula, Claimant claims $1,086,963.00 in damages.