CLAIMANT:     Oxford Investments (AL) LLC
EIN:          20-2767234

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

Claimant is owned indirectly by Jim Mattei and his family. Mr. Mattei is a long-time, highly regarded developer in Coastal Alabama. On January 4, 2008, Claimant paid $15,022.447.00 to acquire for development approximately 4.06 acres in Orange Beach, Alabama, featuring approximately 380' on the Gulf of Mexico, zoned for high density condominium. The tax parcel PPIN is 064591, the parcel number is 65-04-17-0-000-001.003, and the legal description is Lot 1, Oxford Investments, LLC, subdivision, shown on Slide 2439-E, Baldwin County Probate Court records. Claimant increased the property's value by coordinating an access plan with the adjacent property owner, resulting in the installation of a traffic signal. In September of 2009, a regional hotelier purchased the adjacent 2.61 acres from a local bank for $10 million. A copy of that deed is attached. That adjacent parcel is now a Hampton Inn, located on the western boundary of Claimant's property. A survey of the adjacent parcel and photographs of the beachfront property are attached hereto. Based on the September 2009 sale of the adjacent property, Claimant's property, approximately six months before the spill, was worth $41,493.00 per linear foot, or $3,831,417.00 per acre, or $15,700,000.00 +/-.

The property was heavily contaminated by Deepwater Horizon oil and/or dispersant. Photographs are attached.

Claimant sold the property to GCOF Orange Beach Gulf Front, LLC, on August 30, 2012. A copy of the recorded deed is attached. The sales price was $5,600,000.00, representing a before- and after-spill market value difference of $10,100,000. Other than the oil spill and subsequent trespass by the oil and/or dispersants, no events occurring between the comparable sale of the adjacent property and the sale of Claimant's property can explain the difference. Therefore, Claimant claims damages of $10,100,000.00.