IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Landry | Shane | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| 5112 Oak Drive | Marrero, LA 70072 |

INDIVIDUAL CLAIM ☒   BUSINESS CLAIM ☐

| Employer Name | Business Name |
|---|---|
| Bud's Boat Rentals | |
| **Job Title / Description** | **Type of Business** |
| | |
| **Address** | **Address** |
| PO Drawer F | |
| **City / State / Zip** | **City / State / Zip** |
| Venice, LA 70091 | |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| 7977 | |

| Attorney Name | Firm Name |
|---|---|
| J. Kyle Bachus | Bachus & Schanker LLC |
| **Address** | **City / State / Zip** |
| 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 |
| **Phone Number** | **E-Mail Address** |
| 303-893-9800 | |

Claim filed with BP?   YES ☒   NO ☐        Claim Filed with GCCF?:   YES ☒   NO ☐

If yes, BP Claim No.: 1003868-01        If yes, Claimant Identification No.: 1121046

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☒ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Mr. Landry worked at Bud's Boat Rentals at the time of the spill. Due to becoming very ill from exposure to the oil-polluted waters, he missed a significant amount of work. As a result, he suffered a loss of income. Mr. Landry is entitled to recover his economic losses as a result of being unable to work.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

While working on the oil-polluted waters following the spill, Mr. Landry suffered medically. Accordingly, he is entitled to recover his past and future medical expenses and past and future pain and suffering and loss of enjoyment of life. He sought medical treatment from Ochsner Medical Center as a result of his exposure to the oil.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

_____
Print Name

_____
Date

3

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Patient's Name: Shane Landry
Date of Birth: _____
Address: 5112 Oak Drive, Marrero, LA 70072

I, Shane Landry (FULL NAME OF PATIENT), hereby authorize Ochsner Medical Center (NAME OF HOSPITAL / PHYSICIAN / FACILITY) to release information specified below from my medical records covering the dates of service 4/20/10 to Present.

The information which is checked (X) below is to be released to:

Mediconnect
NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY

10897 South Riverfront Parkway, South Jordan, UT 84095
ADDRESS / CITY / STATE / ZIP

Purpose for Release: ☐ Medical  ☐ Insurance  ☒ Legal  ☐ Other _____

Check off items being released:
- ☒ Discharge Summary
- ☒ History & Physical
- ☒ Consultation Reports
- ☒ Pathology Reports
- ☒ Laboratory
- ☒ Cardiology
- ☒ Clinic Visit
- ☒ Hospital admission
- ☐ Abstract ( )
- ☐ Dictated Letter
- ☐ Other _____
- ☐ Operative Report
- ☐ X-ray Report
- ☒ ER Record
- ☒ Entire Record

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, and psychiatric treatment. To authorize release of this information, please read and sign the following:

I, _____ (Patient's Signature), authorize the release of alcohol and/or drug abuse treatment and information.

I, _____ (Patient's Signature), authorize the release of HIV test results and/or HIV treatment information.

I, _____ (Patient's Signature), authorize the release of psychiatric information.

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center Westbank and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center Westbank has already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center Westbank, Release of Information Department, 2500 Belle Chasse Highway, Gretna, LA, 70056.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): Settlement or conclusion of BP Claim

If expiration date is left blank, authorization will expire within one year.

[Signature]
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE    RELATIONSHIP TO PATIENT

5112 Oak Dr. Marrero, LA 70072
ADDRESS    DATE SIGNED

**Ochsner Medical Center Westbank**
2500 Belle Chasse Highway
Gretna, LA 70056

Phone: (504) 207-2525   Fax: (504) 391-5115

**AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION**

Form No. 20325 (1/3/2008) Copy Center