CLAIMANT: United Properties Group LLC
EIN: 56-2048059
CLAIM NUMBER: 1003923-01

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

Claimant is owned by Jim Mattei and his family. Mr. Mattei is a long-time, highly regarded developer in Coastal Alabama. On August 23, 2005, Claimant paid $1,875,000 to acquire for development 12.4 acres located on Mildred Casey Drive on the northern shore of the Gulf Coast Intracoastal Waterway, Gulf Shores, Alabama, approximately one-half mile east of *Lulu's*, Jimmy Buffett's sister's world famous restaurant. The property consists of two tax parcels, 66-02-09-1-000-001.000 / PPIN 32000 and 66-02-09-1-000-001.005 / PPIN 103127.

The subject property, having been the site of a business servicing off-shore oil operations, specifically handling dredged mud from those operations, the property was already unique in that it had an existing basin perfect for marina use. Accordingly, Claimant caused extensive environmental testing and clean up to occur at Claimant's expense and planned a multi-level, resort residential marina development called *Waterway East*. Plans and photographs are attached. Pre-development work included participation in a $2 million environmental impact study, which resulted in Claimant's development being entitled to 51 boat slips. Total pre-development out-of-pocket costs for this site, exclusive of acquisition price, was $374,727.50.

However, from the date of the oil spill until at least November 30, 2011, development opportunities were chilled to the extent as to be non-existent. The entire country questioned whether the resort development market on the Alabama Gulf Coast would recover to any extent. Claimant could take no action to mitigate this circumstance.

Based on the value of the property as determined by the Baldwin County Revenue Department at the end of this chilled period, the property was worth $930,600.00. The cost of having this capital tied up during this period, based on a reasonable annual interest rate of 7%, was $97,713.00. Taxes paid for this period were $5,650.00. Therefore, Claimant claims $103,363.00 in damages.