*1003858-01*



MARCH 29, 2013

DAVIS & FIELDS, P.C.
RICHARD DAVIS
PO BOX 2925
DAPHNE, AL 36526-2925

Re:  *Acknowledgement of Receipt of Claim Form for Opt Out Claimants or Excluded Claimants*
Claim No.: 1003858-01

Dear RICHARD DAVIS:

The BP Claims Program recently received a claim form (or forms) submitted on behalf of G W SOD II, L.L.C. in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. Your claim has been assigned number 1003858-01.

If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-855-687-2631. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.***

Sincerely,

BP Claims Program

*1003858*

CLAIMANT:     GW Sod II, LLC
EIN:

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

At all pertinent times, Claimant was the owner of approximately 85 acres located on the western side of Foley Beach Express in Foley, Alabama, approximately 1/4 mile to ½ mile north of County Road 20, abutting Magnolia Walk, a retail development shown on the plat recorded at Slide 2419-B and re-recorded at Slide 2419-F. Magnolia Walk exists substantially to capture the retail public traveling to and from the Alabama beaches, located less then ten miles from the toll bridge into Orange Beach and Gulf Shores. Claimant planned to take attach to Magnolia Walk's coattails and develop its 85 acres as and when Magnolia Walk's outparcels developed. The Magnolia Walk developer sold one lot from the development to McDonald's, slightly more than one acre. The McDonald's store opened in June of 2010, and Claimant, City officials, and utilities providers expected the McDonald's opening to jump start interest in that vicinity. However, from the date of the oil spill until at least November 30, 2011, virtually zero retail interest surfaced for Magnolia Walk or any of Foley Beach Express, as the entire country questioned whether the Alabama Gulf Coast tourism industry would recover to any extent. Nothing could be done to mitigate this circumstance.

All during the chill period, Claimant was indebted to two different banks in the total amount of $2 million at an annual interest rate of approximately 6.0%. Accordingly, Claimant suffered damages equal to the holding cost of $180,000.00.

Attachments:

Property tax information sheets
Aerial photograph of Claimant's property