**CLAIMANT:**        **GW Sod I, LLC**
**EIN:**

---

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

Claimant is the developer of Magnolia Walk, a retail subdivision located in the northwestern quadrant of Foley Beach Express and County Road 20, Foley, Alabama. The development is shown on the plat recorded at Slide 2419-B and re-recorded at Slide 2419-F. The original tract was 40 acres less rights of way. The subdivision exists substantially to capture the retail public traveling to and from the Alabama beaches, located less then ten miles from the toll bridge into Orange Beach and Gulf Shores. Claimant sold one lot from the development to a McDonald's, slightly more than one acre. The McDonald's store opened in June of 2010, and Claimant, City officials, and utilities providers expected the McDonald's opening to jump start interest in the remainder of the development. However, from the date of the oil spill until at least November 30, 2011, virtually zero retail interest surfaced for Magnolia Walk or any of Foley Beach Express, as the entire country questioned whether the Alabama Gulf Coast tourism industry would recover to any extent. Nothing could be done to mitigate this circumstance.

All during the chill period, Claimant was indebted to Bryant Bank for approximately $2.5 million at an interest rate of approximately 6.5%. Additionally, Claimant was paying annual taxes of approximately $6,000.00 and utilities and maintenance charges of approximately $15,000.00 per year. Therefore, Claimant claims $264,750.00.

Attachments:
Subdivision plat
Property tax information sheets
Deed to McDonald's
Mortgage to Bryant Bank
Aerial photograph of Claimant's property