**CLAIMANT:**      **Wakeford, LLP**
**EIN:**            **45-5019074**

## EXHIBIT "A"
## BP CLAIMS PROGRAM - CLAIM FORM

Claimant owns that certain 26 acre tract known as the Bon Secour Village Marina, located on the northern bank of the Gulf Intracoastal Waterway, in Gulf Shores, Alabama, having acquired it for development purposes.   The property includes an existing sales center and a substantially constgructed 80 slip marina.   When it acquired the property from Redus Alabama, LLC, it also acquired various other rights owned by Redus Alabama, LLC, including general intangibles associated with the property. A copy of the assignment is attached. Accordingly, Claimant is hereby asserting the claim it obtained from Redus.   At the time of the spill, the subject tract was valued at $1,258,100.00 by the Baldwin County Revenue Department.   However, from the date of the oil spill until at least November 30, 2011, development opportunities in Gulf Shores, particularly waterfront and particularly marinas, were chilled to the extent as to be non-existent.   The entire country questioned whether the resort development market on the Alabama Gulf Coast would recover to any extent.   Nothing could be done to mitigate this circumstance.

Based on the value of the property as determined by the Baldwin County Revenue Department during the middle of this chilled period, the property was worth $1,258,100.00.   The cost of having this capital tied up during this period, based on a reasonable annual interest rate of 7%, was $132,100.00. Taxes paid for this period were $11,444.00. Therefore, Claimant claims $143,544.00 in damages.

Attachments:
Aerial photographs
Property tax information sheets
Deed to Claimant
Assignment of rights to Claimant
Photograph of Claimant's property
Marina plans