Exhibit "A"

Auburn Legends RV Resort, LLC
Summary Letter

Auburn Legends RV Resort, LLC ("Legends") was formed in March 2010 for the purpose of developing an RV park in Auburn, Alabama approximately one mile from the football stadium. The land was purchased by one of the members of the LLC in September 2009 and was transferred into the LLC. Construction started in February 2010.

The land was apportioned into 67 RV lots after making room for a pool, clubhouse and other amenities. The property is strategically located across the street from a parking lot where 400 avid Auburn football fans pay rent to park their RV's during football, basketball and baseball seasons. The members had brochures printed and listed the property with a local real estate agent. The project was met with excitement by the RV owners as the development would provide them a permanent place to park their RV while also providing a place to tailgate and to get out of the heat by utilizing the pool and clubhouse.

The original business plan was to sell 49 of the lots for $49,900 and 18 of the lots for $46,900. The brokerage cost was estimated at 10% to entice the real estate company to sell off the lots quickly and management also estimated an additional 2% of sales for advertising and marketing. The original projections called for selling 40 units in 2010 and the remaining 27 units in early 2011.

The strategy got off to a great start as they received commitments to buy 12 of the lots during early construction phase and much interest in selling more as the fall football season neared. However, with construction completion in July of 2010, the timing could not have been any worse, as closings would have occurred while oil was still spewing, seemingly indefinitely into the Gulf. Not surprisingly, the buyers backed out, frightened that the long-term effects of the spill would hamper their ability to resell their unit in the future and reduce its value and that gasoline prices would skyrocket (particularly burdening the RV travelling public).

A calculation of the estimated loss from the project is attached. The total estimated loss is $648,351.69. Accounting cost for this estimate is $5,000.00. Therefore, the total claim is $653,351.69.