**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **Services International Corp.**<br><br>Plaintiff(s),<br><br>**vs.**<br><br>**BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.**<br><br>Defendants. | **CIVIL ACTION NO.**<br><br>**JUDGE**<br><br>**MAGISTRATE JUDGE** |

**NOTICE OF DUPLICATE FILING**

**NOW COMES PLAINTIFF,** Services International Corp., through undersigned counsel, who represents as follows:

Through MDL No. 2179, a short-form joinder and/or other complaint was filed on November 26, 2012 with Record Document # 121243. In an abundance of caution, and pursuant to the Oil Pollution Act of 1990's requirement of Presentment, a complaint was filed in the Southern District of Florida with a Case Number of 1:13-cv-21364-XXXX. Additionally, a 2nd Short Form Joinder Complaint was filed in MDL 2179 as Record Document # 131129.

Presentment was made on January 15, 2013 and 90 days have passed without resolution, making all conditions precedent for filing met and this duplicate filing timely and appropriate.

DATED: April 19, 2013

/s/ Ervin A. Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA

Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

Case 2:10-md-02179-CJB-SS Document 4043-1 Filed 09/16/11 Page 1 of 4

LEXISNEXIS® FILE & SERVE 39867239 E-SERVICE Sep 16 2011 4:09PM

# IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

**MDL 2179 and Civil Action No. 10-2771** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

**By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.**

**Short Form** filed? YES ☒ NO ☐

**If yes, list your Original Short Form Document Number** (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: 121243 (filed in No. 10-8888).

**Plaintiff Profile Form** served? YES ☐ NO ☒

**If yes, list your "LexisNexis® File & Serve" Number** (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: ______

**If yes, please provide the following information about your original case**:

Original Case Caption: ______

Original Civil Action No.: ______

Originating Court: ______

EDLA Civil Action No.: ______

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Durham | Larry | | |

| | |
|---|---|
| Phone Number (877) 771-8022 | E-Mail Address N/A |
| Address 103100 OVERSEAS HIGHWAY - BLDG #53 | City / State / Zip KEY LARGO, FL 33037 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name SERVICES INTERNATIONAL CORPORATION |
| Job Title / Description | Type of Business INSURANCE BROKERAGE/AGENCY |
| Address | Address 103100 OVERSEAS HIGHWAY - BLDG #53 |
| City / State / Zip | City / State / Zip KEY LARGO, FL 33037 |

[1] **If amending a Short Form**, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. **If amending a Plaintiff Profile Form**, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

Case 2:10-md-02179-CJB-SS Document 4043-1 Filed 09/16/11 Page 2 of 4

| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 8021 |
|---|---|
| Attorney Name (if applicable) Ervin A. Gonzalez | Firm Name (if applicable) Colson Hicks Eidson |
| Address 255 Alhambra Circle, Penthouse | City / State / Zip Coral Gables, FL 33134 |
| Phone Number (305) 476-7400 | E-Mail Address Ervin@colson.com |
| Claim filed with BP? YES ☑ NO ☑<br>If yes, list BP Claim No.: 100034160 | Claim Filed with GCCF? YES ☑ NO ☐<br>If yes, list Claimant Identification No.: 3447244 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ VoO Charter Dispute
- ☐ Other ______

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

Plaintiff has incurred cancellations and reductions in business insurance premiums. In many cases, customers have closed their business, directly affecting plaintiff's income. This plaintiff has been expressly excluded from the settlement, but has and continues to have severe losses of income and revenue because of the Gulf of Mexico oil spill. Financial statements indicate losses based on premium reductions or cancellations.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present; and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

N/A

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

N/A

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Case 2:10-md-02179-CJB-SS Document 4043-1 Filed 09/16/11 Page 4 of 4

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☑ 11. Other: Insurance Agent/Broker

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: ______________________

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

[signature]

Claimant or Attorney Signature

Ervin A. Gonzalez

Print Name

4/19/2013

Date