# IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE FORM)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.
(It will be presumed, for all spaces left blank on this form, that the information is the same.)

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

Short Form filed?          YES ■          NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: ___67295___ (filed in No. 10-8888).

Plaintiff Profile Form served?          YES ☐  NO ■

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wallis | Keith | H. | |

| Phone Number (Primary) – 361-972-2045 | Cell – 361-972-5012 | E-Mail Address |
|---|---|---|

| Address | City / State / Zip |
|---|---|
| P. O. Box 540 | Palacios, TX 77465 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ■ |
|---|---|
| Employer Name | Business Name  Trawler Sandra Kay |
| Job Title / Description | Type of Business  Shrimping |
| Address | Address  P. O. Box 540 |
| City / State / Zip | City / State / Zip  Palacios, TX 77465 |

---

[1] If amending a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10⊠8888.   If amending a Plaintiff Profile Form, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre ⊠ Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number | | Last 4 digits of Tax ID Number | 3988 |
|---|---|---|---|

| Attorney Name (if applicable) Joseph C. Melugin | Firm Name (if applicable) Fibich, Hampton, Leebron, Briggs & Josephson |
|---|---|
| Address  1150 Bissonnet | City / State / Zip  Houston, TX  77005 |
| Phone Number  713-751-0025 | E-Mail Address  jmelugin@fhl-law.com |

| Claim filed with BP?        YES ■  NO ☐ | Claim Filed with GCCF?        YES ☐  NO ☐ |
|---|---|
| If yes, list BP Claim No.:  1002953-01 | If yes, list Claimant Identification No.: |

Claim Type (Please check all that apply):

☐ Damage or destruction to real or personal property
■ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ VoO Charter Dispute
☐ Other

Brief  Description:

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.   For claims  involving real estate/property, include   the property location, type of property (residential/commercial), and whether physical damage occurred.   For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Trawler Sandra Kay operates a commercial shrimping business in the Gulf of Mexico and

Suffered Significant economic loss as a result of the Deepwater Horizon explosion and Macondo

Well oil spill.

2.  For personal  injury  claims,  describe the injury,  as well as how and when it was sustained.  Also, Bundle  A plaintiffs should  identify all health care providers from  January  1, 2008 to present, and complete  authorizations  for release  of  medical  records  for each.   Bundle  B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete  authorizations for release  of medical  records  for each. Bundle  A plaintiffs  should  also  identify all employers from January 1, 2008 to present and complete  authorizations for release of employee/personnel records for each  employer.   Bundle  B3 plaintiffs  should  identify all employers from  January 1, 2010, and provide  authorizations, if your  personal  injury  took place after April 20, 2010 and you are claiming damages  for lost  work-time as a result  of those  personal  injuries.[2] [Additional authorizations may be required.]

3.  For post-explosion claims  related  to clean-up  or removal,  include  your  role  or your  business's role in the clean-up  activities, the name of your  employer  (if applicable), and where  you were working.

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139 5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre       Trial Order No. 12 [Doc. 600].  Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre       Trial Order No. 13), and subject to full copies of same being  made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

■ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other: _____

Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/Joseph C. Melugin_____
Claimant or Attorney Signature

_Joseph C. Melugin_____
Print Name

_April 17, 2013_____
Date