

bp

MARCH 11, 2013

SHER GARNER LAW FIRM
JAMES M. GARNER
909 POYDRAS ST STE 2800
NEW ORLEANS, LA 70112-4046

Re:  *Claim Determination Notification*
     Claim Number: 1001333-01

Dear JAMES M. GARNER:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of MICHAEL R. KEGEL in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that you have not demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

EXHIBIT A