Brief Description:

1. The Bank incurred losses in net earnings, resulting from the oil spill, in two ways –
   a. A second mortgage loan for $1 million was made by the Bank at West Beach in Gulf Shores, Alabama, behind a first mortgage for under $3 million. The Bank was well collateralized at the time of the loan in 2005, with an appraisal of over $8 million. The borrowers were unable to repay the loan in 2008. The lender with the first mortgage on the loan contended that the Bank had committed to buy their first mortgage loan for approximately $3 million, when it was not the case. In 2011, the Court determined that the Bank was correct. See Attachment A. The Bank could now collect its second mortgage loan balance from a sale of the property. However, the impact of the oil spill had decreased property values so much, subsequent to April 2010, that the Bank was unable to collect the amount owed from a sale of the property. The loss was $1,035,890.32, comprised of $927,361.88 for write-off of the loan and $108,528.44 for attorney fees and appraisals. Attachment B is an Account Ledger from the records of the Bank which summarizes pertinent information on this account. Also, Attachment C is a detail of costs incurred that should have been recovered from the sale of the property. The Bank requests compensation in the amount of $1,035,890.32.
   b. The volume of business for the Bank decreased significantly in 2012, due to the negative impact of the oil spill on the economy in Alabama. Total income decreased from $10,378,000 in 2009 to $8,761,000 in 2010, or $1,617,000. The cost of Other Real Estate Expense increased from $1,664,000 in 2009 to $4,133,000 in 2010, or $2,469,000. The cost of Provision for Loan Losses increased from $2,569,000 in 2009 to $2,826,000 in 2010, or $257,000. These cost increases result from borrowers being unable to repay the Bank, forcing the Bank to foreclose on the collateral and sell at a loss. The Net Loss for the Bank was $2,410,000 higher in 2010 over 2009. The Bank has been able to improve, together with its customers, since the year of the oil spill. See Attachment D. The Bank requests compensation in the amount of $2,410,000.00.

The total compensation requested by the Bank is $3,445,890.32.