**EXHIBIT A**

The Edward Wisner Donation is a land-holding Complex Trust created in 1914 by philanthropist Edward Wisner.

The Donation owns approximately 35,000 acres of land in lower Lafourche Parish, generally bounded by Bayou Lafourche, Caminada Bay and the Gulf of Mexico, extending north to Leeville, Louisiana.  This includes approximately nine miles of the area known as Fourchon Beach, which directly fronts on the Gulf of Mexico.  Wisner manages this property on behalf of its beneficiaries, including the City of New Orleans, Tulane University, the Medical Center of Louisiana, the heirs of Edward Wisner, and the Salvation Army.  Over 60% of the Donation's income ultimately flows to charitable and philanthropic causes.

The Fourchon property generates millions of dollars annually in income to the beneficiaries of the Donation, primarily due to the fact that is it home to a nationally significant energy infrastructure, including the Louisiana Offshore Oil Port pipeline, oil and gas wells, and the Port of Fourchon. Port Fourchon, located on the Property, is home port to 75% of the vessels servicing the deepwater drilling industry in the Gulf of Mexico

Oil from the Macondo Spill  first arrived in large quantities at the Donation's Fourchon Property on or around May 20, 2010. Through the ensuing months, additional fresh oil periodically appeared. Each time, the oil that was not immediately recovered was quickly covered by sand. In many cases, the buried oil is found in large sheets, commonly referred to as "tar mats."

In July 2010, waves associated with tropical storms Alex and Bonnie deposited copious amounts of fresh oil emulsion in areas above the ordinary high tide line. In addition, during these tropical events, oil penetrated the beach, through the aforementioned hard structures. Oil entered the washouts and natural bayous, as well as the Donation's bays, salt flats, mangrove and saltwater marshes found behind the beach crest. Tidal action has also carried this oil into the saltwater marshes in the interior of the Donation's property.

Oil from the Macondo Spill was documented in water samples adjacent to and inside of Wisner Donation's property along both its eastern and western boundaries, particularly in Bayou Lafourche and Caminada Bay. In fact, a water sample taken by EPA noted the presence of Macondo oil in the very center of the Donation's property.

The Donation's property was the subject of massive oil spill response operations, at times involving over 1,000 workers, heavy equipment, board roads and massive earthen dams. Despite the massive cleanup operation, oil can still be found throughout the Donation's property:  on the sandy beach, in the washouts and natural bayous, in the salt flats, mangrove and saltwater marshes found behind the beach crest and on the waterbottoms both in front of and behind the beach. On the beach these layers of oil, intermixed with sediment, in places eighteen inches to several feet deep, are referred to as "tar balls", "tar patties" and "tar mats".  These deposits range widely in size, from inches to hundreds of feet in length.