# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Broussard | Dale | | |

| Phone Number | E-Mail Address |
|---|---|
| (337) 365-6160 | |

| Address | City / State / Zip |
|---|---|
| 2860 Daspit Road | New Iberia, LA 70563 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name: Bayou Oaks Machine and Fab, LLC |
| Job Title / Description | Type of Business: Machine Repair; Fabrication of Metal Parts |
| Address | Address: 2860 Daspit Road |
| City / State / Zip | City / State / Zip: New Iberia, LA 70563 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 9708 |

| Attorney Name: W. Chad Stelly (LA Bar No. 21140) | Firm Name: Rome, Arata, Baxley & Stelly, L.L.C. |
|---|---|
| Address: 650 Poydras St. Suite 2017 | City / State / Zip: New Orleans, LA 70130 |
| Phone Number: (504) 522-9980 | E-Mail Address: WCstelly@romearata.com |

| Claim filed with BP?  YES ☑  NO ☐ | Claim Filed with GCCF?:  YES ☐  NO ☑ |
|---|---|
| If yes, BP Claim No.: OPA Claim No: 1015515-01 | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply):
- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

**The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.**

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Please see attached "Exhibit A."

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

W. Chad Stelly (LA Bar No. 21140)
Print Name

April 20, 2013
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## Bayou Oaks Machine and Fab, LLC

### "Exhibit A"

Presentment was made upon BP as the responsible party under the Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.* on January 17, 2013 by both sending an original hard copy via USPS certified mail to the BP OPA Claims Program; P.O. Box 330919; Houston, TX 77233-0919, and an electronic copy to bpclaimsprogram@bp.com. The presentment letter and supporting documentation demanded a sum certain of $68,418. BP has failed to settle the claim within the allotted 90 days from the date presentment was made pursuant to 33 U.S.C. §2713(c). While BP has acknowledged receipt of claim and assigned a claim number 1015515-01 in a letter dated April 5, 2013, BP has taken no further action since that date. Thus, Bayou Oaks Machine and Fab, LLC has satisfied the conditions precedent for filing suit under 33 U.S.C. §2701, *et seq.* and asserts these claims against BP through joinder in MDL 2179. The April 20, 2010 Deepwater Horizon explosion, the resulting spill and contamination of the Coastal Zone and real property, the resulting impairment of the profitability of businesses who relied on the quality and abundant quantity of fresh Louisiana seafood, and the resulting moratorium on deepwater offshore drilling on the Outer Continental Shelf have caused and will continue to cause a loss of revenue for Bayou Oaks Machine and Fab, LLC, who operates a machine shop primarily for the oil and gas industry. The April 20, 2010 oil discharge from the Deepwater Horizon Oil Rig at the Macondo Well site caused Bayou Oaks Machine and Fab, LLC to lose profits and suffer impairment of earning capacity. Under OPA, BP is liable to Bayou Oaks Machine and Fab, LLC, for economic, compensatory, and punitive damages, plus interests and costs, as well as any other remedies provided under OPA, admiralty, Louisiana, or federal law.

BP, by letter dated April 5, 2013, responded to the claim assigning Claim #1015515-01 and referring the claim to the Court supervised settlement process under the Economic and Property Damage Settlement Agreement, as Amended on May 2, 2012 ("Settlement Agreement"). To the extent that any claim may be made by BP and/or the Claims Administrator that Bayou Oaks Machine and Fab, LLC is an excluded claimant or seeking damages that are excluded under the Settlement Agreement, then Bayou Oaks Machine and Fab, LLC, having complied with all relevant statutes, including 33 U.S.C. §2701, *et seq.* for the filing of this joinder and incorporating all relevant pleadings filed herein seeks recovery from the defendants for all past, present and future damages including economic, compensatory and penalty damages and attorneys' fees provided by statute or otherwise, as well as any and all other remedies, provided under Federal, State, Admiralty or Common Law.