# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
|---|---|
| Employer Name | Business Name<br>Orange Beach Associates, LLC dba The Columns at Orange Beach |
| Job Title / Description | Type of Business<br>Apartment Complex |
| Address | Address<br>6870 Foley Beach Expressway |
| City / State / Zip | City / State / Zip<br>Orange Beach / AL / 36561 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>1131 |

| Attorney Name<br>Christopher D. Boutwell | Firm Name<br>Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
|---|---|
| Address<br>218 Commerce Street | City / State / Zip<br>Montgomery, AL 36104 |
| Phone Number<br>334-269-2343 | E-Mail Address<br>Chris.Boutwell@BeasleyAllen.com |

| Claim filed with BP?   YES ☒   NO ☐ | Claim Filed with GCCF?:   YES ☒   NO ☐ |
|---|---|
| If yes, BP Claim No.: 1005458-01 | If yes, Claimant Identification No.: 3020533 |

**Claim Type (Please check all that apply):**

| | |
|---|---|
| ☐ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring |
| ☒ Earnings/Profit Loss | ☐ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☐ Removal and/or clean-up costs |
| | ☐ Other: _____ |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    For a description of the nature of Plaintiff's injury, please see Attachment "A" to this Form.

    * Plaintiff, Orange Beach Associates, LLC d/b/a The Columns at Orange Beach, has filed a Complaint for damages in the US District Court for the Eastern District of Louisiana.  Out of an abundance of caution, Plaintiff hereby files this Short Form Joinder as stated herein and in Attachment "A."

    ** To the extent required by law, Plaintiff has satisfied all administrative requirements of 33 U.S.C § 2713 (a) and (b) by presentment of their notice of claim to the responsible party as stated herein and in Attachment "A."

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/S/ Christopher D. Boutwell
_____
Claimant or Attorney Signature

Christopher D. Boutwell
_____
Print Name

April 20, 2013
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## ATTACHMENT "A"

### The Economic Impact of the Oil Spill and Injuries to Plaintiff

1.      The Oil Spill has and continues to impact the Gulf Coast's and Alabama's shorelines, threatening Plaintiff's livelihoods and business operations.

2.      Plaintiff, Orange Beach Associates, LLC d/b/a The Columns at Orange Beach, is a Georgia limited liability company, registered in the State of Alabama and does business in Baldwin County, Alabama.

3.      Plaintiff owns and operates an apartment complex, The Columns at Orange Beach, located at 6870 Foley Beach Expressway, Orange Beach, Baldwin County, AL ("The Columns").

4.      Plaintiff's apartment complex is located 2 ½ miles north of the Inter-Coastal Waterway, which is within a mile of the Gulf of Mexico beaches.

5.      As a direct and foreseeable result of the Oil Spill, caused by the explosion and sinking of the *Deepwater Horizon* oil rig, Plaintiff suffered lost profits and earning capacity as a result of lost rental income and/or a decline in apartment occupancy rates.

6.      In the fall of 2007, The Columns was completed and became available for rent.

7.      Since Plaintiff began its business operations, Plaintiff's occupancy rate had steadily risen.

8.      Economic conditions at the time of the Oil Spill indicated that 2010 would to be a favorable year with high occupancy rates and low vacancy rates for The Columns' units.

9.      After the Oil Spill occurred, tourism and economic activity decreased on the Alabama Gulf Coast, including Baldwin Count, due to, inter alia, the oil in local waters and on area beaches.

10.     Layoffs and job closings in and around the Alabama Gulf Coast area caused potential tenants to vacate their apartment The Columns and/or potential new tenants to opt not to lease an apartment at The Columns.

11.     As a direct and foreseeable result of the Oil Spill, Plaintiff lost existing and/or potential tenants leading to lower occupancy rates and higher vacancy rates causing a decline in revenue and profits.

12.     As a direct and foreseeable result of the *Deepwater Horizon* Oil Spill on April 20, 2010, rental revenue began to decline substantially as vacancy rates increased.

13.     By December, 2010, the vacancy rate had increased substantially.

14.     Therefore, as a direct and foreseeable result of the Oil Spill, Plaintiff has suffered damages and economic injuries, including: lost profits and earning capacity from the decline in customers renting Plaintiff's apartment units at The Columns; loss of value of Plaintiff's real property; costs to mitigate Plaintiff's damages; costs to assess Plaintiff's damages; carrying costs; and other losses and damages

## "PRESENTMENT" UNDER OPA

15.     Plaintiff timely submitted an Opt-Out Request to BP on or about October 29, 2012.

16.     Thereafter, on February 18, 2013, Plaintiff submitted a Request to Revoke Opt-Out Request and filed a claim with the Deepwater Horizon Settlement Program.

17.      At the time of this filing Plaintiff has received no confirmation from BP or the Settlement Program regarding whether Plaintiff's Request to Revoke Opt-Out will be granted.

18.     Plaintiff maintains its desire and request to revoke Plaintiff's opt-out and to proceed with its claim in the Settlement Program.

19.     However, out of an abundance of caution and to preserve its rights, Plaintiff made presentment of its claim to the BP Claims Program and files the instant action.

20.     To the extent required by law, and/or by consent and/or stipulation by BP, Plaintiffs have satisfied, or will have satisfied, all of the administrative requirements of 33 U.S.C. §§ 2713(a) and (b) by the submission of their claims to the BP OPA Claims Program, the Deepwater Horizon Court-Supervised Settlement Program and/or the Gulf Coast Claims Facility.

21.     In particular, on January 18, 2013, Plaintiff submitted a completed "BP Claims Program – Claim Form for Individuals and Businesses" and a Notice of Claim packet including a "sum certain" damage amount, a description of the incident and claim, and supporting documentation to BP as the "responsible party" under OPA via e-mail to the email address provided by the BP Claims Program, and followed by sending a hardcopy of all documents to the responsible party via US Mail.

22.     BP did not settle Plaintiff's claim by payment within 90 days of presentment.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally, and *in solido,* as follows:

1.  Economic and compensatory damages in amounts to be determined at trial;

2.  Punitive Damages;

3.  Pre-judgment and post-judgment interest at the maximum rate allowable by law;

4.  Reasonable claims preparation expenses;

5.  Attorneys' fees;

6.  Costs of litigation; and

7.  Such other and further relief available under all applicable state and federal laws and any

relief the Court deems just and appropriate.

## RESERVATION OF RIGHTS

### *Right to a Trial by Jury*

Plaintiff demands a jury trial for any and all claims pleaded herein in which a jury trial is

available by law.

### *Right to File Amendments*

Plaintiff reserves the right to amend this complaint and/or file additional complaints to

supplement Plaintiff's present claims or assert additional claims against the Defendants named

herein and/or against any additional parties.