**Tracie Harrison**

**From:**        Microsoft Outlook
**To:**          bpclaimsprogram@bp.com
**Sent:**        Friday, January 18, 2013 4:32 PM
**Subject:**     Relayed: Presentment For Regions Bank

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bpclaimsprogram@bp.com (bpclaimsprogram@bp.com)

Subject: Presentment For Regions Bank