# Tracie Harrison

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bpclaimsprogram@bp.com |
| **Sent:** | Friday, January 18, 2013 4:56 PM |
| **Subject:** | Relayed: Presentment for Southern Independent Bank |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bpclaimsprogram@bp.com (bpclaimsprogram@bp.com)

Subject: Presentment for Southern Independent Bank