**Tracie Harrison**

**From:** Microsoft Outlook
**To:** bpclaimsprogram@bp.com
**Sent:** Friday, January 18, 2013 4:54 PM
**Subject:** Relayed: Presentment for Perkins State Bank/Williston Holding

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bpclaimsprogram@bp.com (bpclaimsprogram@bp.com)

Subject: Presentment for Perkins State Bank/Williston Holding