# IN RE: OIL SPILL by "Deepwater Horizon"
# AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE FORM)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

**Short Form** filed?     YES ■   NO ☐

If yes, list your Original Short Form Document Number (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: **133778**     (filed in No. 10-8888).

**Plaintiff Profile Form** served?     YES ☐   NO ■

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

If yes, please provide the following information about your original case:

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ragas | Scarlet | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-525-5535 | bpclaims@andrylawgroup.com |
| Address | City / State / Zip |
| | Belle Chasse, LA 70037 |

| INDIVIDUAL CLAIM  [x] | BUSINESS CLAIM  ☐ |
|---|---|
| Employer Name | Business Name |
| | |
| Job Title / Description | Type of Business |
| Marine Transportation Service / Vessels of Opportunity Boat | |
| Address | Address |
| | |
| City / State / Zip | City / State / Zip |
| Belle Chasse, LA 70037 | |

---

[1] If amending a **Short Form**, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. If amending a **Plaintiff Profile Form**, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

| Last 4 digits of Social Security Number<br>5192 | Last 4 digits of Tax ID Number |
|---|---|
| Attorney Name (if applicable)<br>JONATHAN B. ANDRY, ESQ. | Firm Name (if applicable)<br>ANDRY LAW GROUP, L.L.C./ Andry Lerner, L.L.C. |
| Address<br>610 BARONNE STREET | City / State / Zip<br>NEW ORLEANS, LA 70113 |
| Phone Number<br>504-525-5535 | E-Mail Address<br>bpclaims@andrylawgroup.com |

Claim filed with BP?   YES ☒  NO ☐

If yes, list BP Claim No.: _____

Claim Filed with GCCF?   YES ☐  NO ☐

If yes, list Claimant Identification No.: _____

**Claim Type (Please check all that apply):**

☒ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☒ VoO Charter Dispute
☐ Other _____

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

Claim for vessel contracted with VOO Program is on Short Form No. 133778 - all information pertaining to that claim remains the same. Ms. Ragas was also employed worker at a marine transportation service and resides now in Dallas, Texas but worked in Port Sulphur, Louisiana in 2008, 2009 and 2010. Claimant derives her income by serving those individuals and entities based on or dependent upon the tourism, fishing, seafood chain, marine and oil and gas industries on the Gulf Coast. These activities were all halted during and after the Oil Spill. During and after the Oil Spill, there was a dramatic decrease in the tourism, fishing, seafood chain and oil and gas industries in and around the Gulf. Revenues and wages were lost and the flow of individuals and businesses utilizing Claimant's services immediately decreased. These circumstances significantly and negatively impacted the earnings of the Claimant. These losses were a direct result and proximate cause of the Oil Spill. Claimant's damages began with the Oil Spill and will continue into the future. Scarlet Ragas contracted her vessel to work the clean-up effort following the Oil Spill. Claimant's contract with BP and/ or its subcontractors and/or charterers were breached. Claimants hereby demands any and all damages, losses and expenses owed to her based on breaches of her contract with BP and/or it sub-contractors and/or charterers. These damages may include, but are not limited to, unpaid wages, unpaid vessel rates, damages relating to the decontamination of the vessel and the repairs of the vessel .Claimant reserves the right to amend her claim to include further damages associated with the Oil Spill clean–up efforts as the case progresses. Complaint files this complain also to seek full recovery of all of her past and future losses, damages, and expenses related to the Oil Spill, including, but not limited to, the past and future lost wages, tips and bonuses, loss of benefits, loss due to increased expenses, punitive damages, the expense incurred to document its damages, and any and all other damages, losses and/or expenses owed to Claimant pursuant to the Oil Pollution Act ("OPA"), the General Maritime Law, the Clean Water Act, and any and all other state and federal laws that are applicable to this matter.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.


| | | |
|---|---|---|
| Please check the box(es) below that you think apply to you and your claims: |||
| **Non-governmental Economic Loss and Property Damage Claims (Bundle B1)** |||
| ☐ | 1. | Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering. |
| ☐ | 2. | Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof. |
| ☐ | 3. | Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico. |
| ☐ | 4. | Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof. |
| ☐ | 5. | Recreational sport fishermen, recreational diver, beachgoer, or recreational boater. |
| ☐ | 6. | Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator. |
| ☐ | 7 | Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds. |
| ■ | 8. | Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry. |
| ☐ | 9. | Bank, financial institution, or retail business that suffered losses as a result of the spill. |
| ☐ | 10. | Person who utilizes natural resources for subsistence. |
| ☐ | 11. | Other: Owner of vessel contracted for the VOO Program |

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

| | | |
|---|---|---|
| ☐ | 1. | Boat captain or crew involved in the Vessels of Opportunity program. |
| ☐ | 2. | Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants. |
| ☐ | 3. | Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities. |
| ☐ | 4. | Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones. |
| ☐ | 5. | Resident who lives or works in close proximity to coastal waters. |
| ☐ | 6. | Other: |

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Michelle C. Purchner, Esq.
Claimant or Attorney Signature

Michelle C. Purchner [Associate for Jonathan Andry]
Print Name

4/22/13
Date

4