This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

PRIMARILY MARINE BASED SYSTEMS DESIGN AND INSTALLATION

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

SALT SERVICE INC. PROVIDES SALES AND SERVICE TO MARINE VESSELS RANGE FROM SPORT FISH BOATS TO LARGE YACHTS. MANY CUSTOMERS ARE COMMERCIAL FISHING VESSELS & CRUISING (LIVE ABOARD) VESSELS. WE EXPERIENCED A SIGNIFICANT LOSS OF BUSINESS AND INCOME AS A RESULT OF THE OIL SPILL.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 3/26/13

Print Name ROBERT D. WILLIAMS