**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I DELIVER GASOLINE + DIESEL TO CHEVRON GAS STATIONS AND MARINAS FOR BOATS IN THE FLORIDA KEYS.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

WE DELIVER GASOLINE AND DIESEL TO THE FLORIDA KEYS. WE RELY HEAVILY ON TURISM FOR OUR INCOME BOTH FOR THEIR CARS AND THEIR BOATS.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___BC___   Date 2-13-13

Print Name  BENJAMIN H. TARAFDAR