**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was working at the Nursing home in Key Largo Fla that was close down

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

was working at the Nursing home Cooking and takeing care of ely peoples that was a Joh I was very good at also and miss so much

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Janette Holmes_ Date _4/16/13_

Print Name _Janette Holmes_