This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Restaurant and Hospitality Business, Boat Rentals Charters, and Family fun.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I am in business to provide fun to tourists that visit the Florida Keys, via providing good food from our Re restaurant, Renting boats, charter fishing, and Renting kayaks. The Deepwater Horizon oil spill affected my business by scaring away customers from visiting the Florida Keys.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date 04/15/13

Print Name   MARK Poetz