This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Various remodeling projects on commercial and residential properties

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Jedi Acevedo Construction operates out of Key Largo Florida and is involved in all types of construction. With the lack of consumer spending due to the spill, our work load and income was drastically reduced.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed [signature] Date 4-17-2013

Print Name Jedi Ael Acevedo