Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / **N**

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / **N**

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked for a charter boat company specializing in Eco-Tours in the KW National Wildlife Refuge including Sailing, Snorkeling and Kayaking in the Gulf of Mexico

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Eco-tour charter boats doing eco-tours in the KW National Wildlife Refuge including Snorkeling, Sailing and Kayaking in the Gulf of Mexico. After the Oil Spill, business slowed down drastically due to Reports of tar balls washing up in Key West and general fear of the public for Swimming or Snorkeling in waters affected by the oil spill. My Company serves tourists from all over the United States, other Countries and Local Residents.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Wendy Bolen_    Date _4/8/13_

Print Name _Wendy Bolen_