**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I am a Server in a Resort in South Florida, My source of income is from Tourist

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I serve in various resturant outlet at The Hawks Cay Resort from casual, Fine Dining and also Banquet services. During the oil spill the business plunged drastically, we have alot of guest cancellation, my hours at work were cut and business was just not good.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _D. Robinson_   Date _03.22.2013_

Print Name _Daneisa Robinson_