**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

SELLING TOURIST RELATED ITEMS TO BUSINESS IN THE LOWER FL. KEYS.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

EMPLOYER - FL. KEYS WHOLESALES, WORKED AS SALES REP. SELLING POSTCARDS, KEY CHAINS, MAGNETS, COFFEE MUGS ETC. TO MANY STORES IN KEY WEST AND LOWER FL. KEYS

LOSS REVENUE BECAUSE LACK OF TOURISIUM DUE TO OIL SPILL. APRIL 20, 2010

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed James M. Osborne          Date 4-09-2013

Print Name   JAMES M. OSBORNE

April 9, 2013

To whom it may concern:

I worked for a company in Key West, FL. "FL. Keys Wholesales" for eight years starting in 2005 through 2013. I worked as a sales rep. I sold souvenirs such as post cards, key chains, magnets, coffee mugs etc. to many stores in tourist areas. I was layed-off as Jan. 14, 2013 due to a drop in sales.

I'm 64 years old, have a 14 year daughter in school and haven't found any work as of yet. I would appreciate any help you could me in this matter.

Thank you,

James M. Osborne

*James M. Osborne*