**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My positions held at Islander Resort were dependant on Tourism, thus my income fluctuated as a result. The bulk on my earnings were based on Hourly wages and tips Recieved from Weddings.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My Employer is a large Resort is Islamorada, Fl. We are a premier Wedding/Event location. Group functions significantly decreased following the Oil spill, as did regular Room Revenues. This directly affected my Income, as my work was Commission based. I also made Cash tips and was an hourly employee.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Casey N. Dressler   Date: 4/11/13

Print Name: Casey Dressler