**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

The majority of my customers have been residential in nature in the Key Largo area.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I operate in the Key Largo area and I am a flooring and painting contractor. Because of the spill most of my customers who live here in the Keys halted their construction spending, and this affected my business adversely.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 4·17·13

Print Name  Shawn Burnstad