Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Salesman for Gordon Food Service (GFS)

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My commissions were effect for the limited visitors to the island my salary is directly effected by number of tourist visit Key West or vacation here in Key West Due to the BP oil spill the number of tourist visiting the island was greatly impacted

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____   Date 4/5/13

Print Name  FREDY C. VARELA