To Whom It May Concern:

My income was affected by all the negative media affecting tourism with the Deep Water Horizon Oil Spill that occurred April 20, 2010.

After the oil spill occurred, there was a huge drop in tourism provoked by the continuous negative publicity from media targeted in area including ours. Therefore, there was a significant drop in my income which relies on tourism, being dependent of a unique tourist-based economic area.

Before the spill I earned more income that I did in the following months, due to the normalcy of Traveling tourist and average local clientele. Since the evident significant drop in customers I have found it difficult to maintain necessary living expenses in order to support myself and my family and preparing should matters not recover from the oil spill affects.

I have provided all the requested documents and requirements to process and compensate my losses.

Sincerely,

Katherine Giles