**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Yo Trabaje en el Restauran de Pisaro
— I worked in the Restaurant with the Fish.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Yo Trabaje en la Pescaderia después Menos Trabajo menos Horas porque menos Turismo

I worked in a Restaurant with the Fish and on tables and after the oil spill there was less work, less hours, Because of less tourist

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 1/16/13

Print Name ARIEL RUANO VELAZQUES