To Whom it may concern,

**Claim # 3152022**

Due to the perception of oil in the keys we have a lack of tourism in the keys. My Husband and I are both boat Captains & have both had cancelations. Our same clients come every year, and now they have found other places to go. we will be affected monitarily for a long time because of this.

If my husband & I cannot work, because we are both boat captains, we are very concerned we could not pay our mtg. and our home could be in jeapardy!

The emotional strain for me has been enormous! I do Eco-tours & for me to watch what happenes to all of the animals due to the Deep water Horizon spill was terible. We usually go to Destin with friends and fish, but at that time they had closed the fishery because of tar balls. When will it get here? We Do not know.

Capt Kelly Ke

Cpt Rt Ke

over ⟹

When we purchased the at the "Lorelei" We were counting on having the same income as we always have had, Now with the Deep water horizon disaster, We are very worried about being able to pay for the house & Boat slip. This was supposed to be our retirement to sell the boat slip & Boat businesses.