This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked for a General Contractor got paid weak by weak

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

General Contractor doing all types of contruction. Many people come from up north to stay, live, vist K.W. when the spill occoured all most people did not come to KW. The business depends on the people comming here Worked slowed down. Aopley loss 20-30 thousands that year. doc. provided prove that.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Neal Oliver     Date: 3/8/13

Print Name: Neal Oliver