Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

*I was a receptionist for the Care Center. I made appointments, confirmed appointments, translated for clients, and also assisted with medical records*

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

*\* please see attached document \**

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *Sonya Leto*   Date: 3/11/13

Print Name: *Sonya Leto*

I was offered a job at the Care Center as they were experiencing growth, and were very busy. The job offered me more money, and benefits, and a chance for advancement. I resigned from my previous job, and took the position at the Care Center, which I liked very much. I enjoy helping people, and helping the clients get the help they need, as the Care Center deals with all walks of life, waiters, waitress, bartenders (Children). We delt with people who were drug addicted, Bipolar, Add-ADHD. And I enjoyed helping them get appointments to get there lives on track. But due to the Oil Spill there was no growth, and over time our Clients became less and less which forced the Care Center to lay me off, and I had been unemployed till recently.

March. 11. 2013.