Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Tourism in Key West, FL via Cruise Ships, drive in from mainland and via the airport are the source of income for my employer which provides tours and attractions on the Island.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The company where I work is a tour and attraction based company based in Key West, Florida. The company provides guided tours of the island by trolley and on foot. They also operate several attractions and souviner gift shops. They also operate boat tours and Sunset sails.
Because of the spill we lost tourism on the island and I did not receive expected raises in salary or performance bonuses.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date 4-17-13

Print Name Dell H. Lunsford