Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:    Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:    Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Historic Tours of America is travel related bussiness. I work in accounting dept. as hourly employee. Number of hours worked was affected as bussiness was down.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Historic Tours of America caters to travel related services. We have locations in many cities. Since oil spill affected the way people travel, bussiness was not doing as good as it should. Being hourly employee and single mom it affected me greatly. We have not received any bonuses or any raises. Acctually I worked like less hours per year as bussiness slow down. Doing accounting work depends on how much money work brings, how much stuff is being processed.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_      Date 4/16/13

Print Name MARIOLA JANICKA-WILLIAMS