Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

One employer/one source of ~~income~~ income at the time of the spill. Employer is a tourist driven company.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My employer runs a tourist based company offering tours & attractions that describe the history of my city. We offer daily trolley & train guided tours throughout the city that are geared at tourists. Tourists were not visiting for fear that the beaches and popular destinations would be closed due to the spill.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: _Machado_   Date: 4/15/2013

Print Name: Natalie Machado