Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:      Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:     Y / (N)

Enter the amount you claim related to the cancellation: _____

This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I Delivered concrete to the Fisherman's and all industry's in Key West FLA.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Monroe concrete provided concrete to the Fisherman's in Key West for there traps. and also supply to Local Buisness, such as Hotel's and Restaurant and Bar's and Any new construction. Do to the oil spill Buisness Became sparce it was very slow. and it effective my Hour's was not able to work overtime thus disaffective me providing for my Family.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____    Date 4/17/13

Print Name Guillermo Morales