Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / **N**

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / **N**

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was A chef @ Kelly's Caribbean A Full Restaurant & Catering Facility.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The Restaurants potential Capacity ↓ in numbers by the April 2010 oil spill The # of Banquets - weddings & general #'s of Restaurant patrons ↓ by the oil spill event -

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _K_____   Date April 11/2013

Print Name Kenneth Jones.