To Whom It May Concern:

I work as a Realtor in the Florida Keys, where the economy is primarily dependent on tourism.

Since the BP Oil Spill of April, 2010, I have suffered an economic loss that has far exceeded my financial ability to recover from. Since the Deepwater Horizon oil spill, my company has had a huge loss of business resulting from a reduction of tourism to the Keys (caused by the oil spill). Our workforce and employees have greatly been reduced, hours were cut, bonuses were not paid, and customers were greatly reduced. As business declined, my expenses (rent, utilities, taxes, insurance, overhead, etc.) have either remained the same or increased.

Of course, the price of gas not only affects the cost to perform my work, but, most of the products that I purchase all have ties to oil and gas and those prices have increased dramatically. As a direct result of the BP oil spill, President Obama has issued a moratorium on all drilling in the Gulf of Mexico and oil prices have continued to rise since then. Not only have I taken a huge, personal, financial hit, now my health is also suffering due to the stress of trying to "bail out" of the economic nightmare caused by the oil spill.

While I understand that many of these issues can only be resolved with time, I no longer have the ability to support myself while waiting for "things to get better." The effects of this oil spill on the economy of the Florida Keys continue to this day. It will take several years to reverse the loss of tourism which is the focal point of our local economy. We still do not know how this oil spill has affected the fish population, the sport diving industry, sport fishing industry and water quality, all factors that have been impaired either physically or financially. I have pared all of my business and personal expenses to the point that I am operating with only the barest of essentials, waiting for an economic turn that probably won't come in time to save me from financial ruin.

Sincerely,
Lucy Doyle