# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179        SECTION: J        JUDGE CARL BARBIER

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Holt | John | F. | |

| Phone Number | E-Mail Address |
|---|---|
| 504-361-6163 ext 272 | jfholt@me.com |

| Address | City / State / Zip |
|---|---|
| 365 Canal Street Suite 1410 | New Orleans, LA 70130 |

**INDIVIDUAL CLAIM** ■        **BUSINESS CLAIM** ☐

| Employer Name | Business Name |
|---|---|
| Daybrook Fisheries, Inc. | |
| Job Title / Description | Type of Business |
| Non Active disabled employee with pension | |
| Address | Address |
| 365 Canal Street Suite 1410 | |
| City / State / Zip | City / State / Zip |
| New Orleans, LA 70130 | |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 8048 | |

| Attorney Name | Firm Name |
|---|---|
| | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

Claim filed with BP?   YES ☐   NO ■        Claim Filed with GCCF?:   YES ☐   NO ■

If yes, BP Claim No.:        If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ■ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

4

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

John F. Holt, Plaintiff, is a non-active disabled employee of Daybrook Fisheries, Inc. ("Daybrook"). Plaintiff's sole income is from Daybrook which is in the business of menhaden fishing, processing, sales, and distribution. Plaintiff's compensation structure with Daybrook is in the form of an unfunded annual pension based in part upon fish catch, fish meal and oil yields, as well as the overall profitability of Daybrook. Daybrook owns and operates a facility in Empire, Louisiana at which it operates a fleet of menhaden vessels, as well as a plant utilized to process the menhaden catch into marketable products for sale to the Aquaculture and specialty animal feed end users and to the Omega 3 concentration and refining market. Daybrook's fishing operation thrives in federal waters close to the shoreline and state waters, which allows for shorter voyages, less expenses, and a greater profit margin. Daybrook's operations are strategically positioned in a unique and exclusive location permitting the harvesting of fish within a geographic region within a 270 degree arc Northeast, South and West of the Mississippi River. Daybrook's operations are located approximately 40 miles from the Deepwater Horizon Disaster. Daybrook's business has been greatly affected by the oil spill. The contamination of the Gulf of Mexico, inland waters, and coastal estuarial areas has damaged the fishery and altered the fishing operations of Daybrook. Daybrook's fleet has been forced to fish further away from the shoreline and its traditional fishing grounds and to fish for a potentially lessened population of menhaden. This is a circumstance that began with the oil spill and will last into the foreseeable future. While fishing, Daybrook vessels and equipment have been contaminated with oil, oil-related contaminants, and/or dispersants that required the vessels to be cleaned and refurbished in order to reach their prior condition. Further, the contamination of the waterways and water columns has and will cause Daybrook to take preventative measures to ensure the safety of its product. Even then, the damage to the reputation of the Gulf's fisheries has and will continue to cause damage to Daybrook's reputation, as well as for Daybrook to lose its customer base, to lose business opportunities, and to sustain increased expenses necessary to ease the concerns of its customers. Finally, the oil spill has caused Daybrook to lose revenues, to lose profits, to turn away customers and to terminate partially completed new capital investment projects and to incur ongoing expenses associated with new operations that began before the oil spill but were stopped after the oil spill due to the damaged fisheries and the uncertainty in the business. These new operations were intended to increase the efficiency and productivity of Daybrook's business and enhance product values. All of the losses and damages described herein are directly related to the oil spill. Daybrook has incurred past and future damages as a result of the oil spill, including but not limited to past and future loss of revenues and profits, past and future business expenses, loss of business opportunity, loss of market equity, loss of goodwill, loss of reputation, property damages, loss of property value, loss of use, expenses incurred to document its damages, and any and all other damages allowed pursuant to the Oil Pollution Act ("OPA"), the General Maritime Law, the Clean Water Act, and any and all state and federal laws applicable to this matter. Because of Plaintiff's dependency for an annual pension and other potential contributions from Daybrook and because Daybrook's fish catch, fishmeal and fish oil yields, as well as the overall profitability of the company, were decreased due to the oil spill, John F. Holt files this Complaint seeking any and all past and future damages owed to him as a result of the oil spill and any and all other damages allowed pursuant to the Oil Pollution Act ("OPA"), the General Maritime Law, the Clean Water Act, and any and all state and federal laws applicable to this matter.

In addition to Plaintiff's other transmissions, claims and filings, Plaintiff, out of an abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA via [U.S./certified/registered/overnight] mail and/or electronic transmission, on or about January 15,2013. BP either denied Plaintiff's claims or otherwise failed to accept or respond within 90 days of Presentment. Plaintiff has thus satisfied the mandatory condition precedent to file this civil action under OPA.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☒ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Johhn F. Holt
Print Name

April 18, 2013
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*