Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:  (Y)  N

Enter the amount you claim as job search reimbursement expenses: 4,000.00

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y  (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked as Pharmacist in Key West. Income came from Salary + Bonuses

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Albertsons in Key West suffered from lack of tourism, decrease in snowbirds and a sharp decrease in cruise ships due to the oil spill. Many locals had to move to get work so our volume dropped in the store as business was very slow. I recieved no bonuses as a result of decreased sales + no pay raises as I had expected. The store ended up closing in 2012.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Robert Gibbs_   Date _4/13/13_

Print Name _Robert C Gibbs_