**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

MY SOURCES OF INCOME ARE FROM COMMERCIAL BUSINESSES AND INDIVIDUALS.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

SUGARLOAF OFFICE SERVICES, INC. PROVIDES OFFICE SERVICES SUCH AS DRAFTING DOCUMENTS, COPYING, SCANNING, BOOKKEEPING, PAYROLL, AND TAX SERVICES. MANY BUSINESSES CUT BACK ON MY SERVICES WHEN THEIR OWN BUSINESS INCOME DECREASED. ALSO, MANY INDIVIDUALS DID NOT COME TO THE FLORIDA KEYS AS THEY HAD DONE PRIOR WHICH ALSO LEAD TO DECREASED SERVICES FOR MY BUSINESS WHICH PROVIDES THESE SERVICES TO THE LOWER FLORIDA KEYS AREA

Business.
~~Individual~~ Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 4-26-13

Print Name DEBRA L. RAINER