**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Military government commercial and private developers, as well as a subcontractor for other contractors

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Our sources of income came from military, government, commercial and private developers along with working as subcontractors to other contractors.

The type of business we do involves demolition and clearing of site for new developments, prepping building pads, digging footers, finishing driveways and parking lots, shore line Restoration of Boulder/Rip Rap, sales of Recycle and mined Rock material. We live in a Tourist Island community once that usage exited everything around it went.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Michael Anson_ Date _4-24-13_

Print Name _Michael Anson_