Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:   Y / (N)

Enter the amount you claim as job search reimbursement expenses: ___N/A___

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:   Y / (N)

Enter the amount you claim related to the cancellation: ___N/A___

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My Employer is a Tourist based Trolley company that is used by tourists for sight-seeing around Key West, Tourists from Cruise Ships and tourist that both Fly and drive to Key West

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Conch Train Trolley is based in Key West. We operate sight-seeing tours around Key West. It is almost 100% tourist driven, with less tourists to take the tours there were No opportunities for over-time & Pay increase etc. The period from April - July is normally a busy time for us that year we were dead. Hours were reduced by the company to avoid lay-offs of staff. Since the spill we now actively have to go after possible customers, before the spill this was not the case. This is now the way in which the spill changed and continues to effect the business. I have worked for the Trolley for 8 years, as a Mechanic, repairman, and I still

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___Taj Adams___   Date ___4-9-13___

Print Name ___Taj Adams___