**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

House keeping for condo's used for rentals for vacationers coming in the time the Fla Keys - Self Employed there working for owner as subcontractor

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I work for a company that provides allows some of their employees & VIP's a stay in their facilities. Also their facilities are rented out by the week to vacationers. Weekly rentals from (April - Oct heaviest months) Providing vac. time used

Have their (condos) prepared for clients to stay, employer provides stay time for employees & VIPS for business or vac. in Key Largo

= Cancellations are what affected me in my employment

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Lenore LeNoir    Date: April 11, 2013

Print Name: Lenore LeNoir