**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

BARTENDER/BAR BACK AND THEN SWITCHED TO DOORMAN/DJ

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

BAR AND GRILL DOWNSTAIRS, THERE WAS AN ADULT ENTERTAINMENT BLVB ON THE 2ND FLOOR, LOCATED IN KEY WEST FLORIDA. THE DEEP WATER HORIZON SPILL DIRECTLY AFFECTED TOURISM DIRECTLY AFFECTING TIPS. TIPS WERE RECIEVED FOR ALL THE JOBS LISTED.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed [signature]   Date 03/01/13

Print Name JESSE E. YERGER