This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Employed as a bartender @ Hilton Key Largo.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Moved back to the Keys from Illinois in 09.' I was employed by Hilton Key Largo when the oil spill occured. It greatly impacted our business there. We are a tourism based business, and due to cancellations at the hotel my pay and hours were greatly reduced.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Leslee Spaulding_   Date _____

Print Name _Leslee Spaulding (Tallman)_