This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

The Reef at Marathon, A Condominium Time Share Company where I performed maintenance duties

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

LOS TURISTAS NO VINIERON DE VACACIONES

NO MAS OVER TIME

NO MAS TIP

REDUCCION DE HORAS

CAMBIOS DE HORARIOS
DUE TO THE BP OIL SPILL

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date 5/3/2013

Print Name GERARDO GARCIA