**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Hourly, Sales, Service / Cable & Internet Business, Restaurant Business

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Due to the BP oil spill, I was affected financially. My shifts/hours were reduced as was overtime. My sales were down as well because of the reduction of tourism. I have had to work part-time at an additional job to help with expenses.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Julie Goll_   Date _5/3/13_

Print Name _Julie Goll_