**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My manager at the time was Gregory Shan, we were force to take off volentary because there was not enough work due to low occupancy. My salary went to half or Sometimes less but we try to do own best as always. Sometimes work 2 or 3 days per week,

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Hawks cay Resort and Spa is situated on Duck Key in Fl Keys. This Resort is a home away from home. Because of its uniqueness people from all walks of life Venture here for their memory family vocations. It provides recreations and activities for the whole family, including boats rides to watch the Sunset and babysitters if mom and dad wants or need a night out. I am a house keeper for 4 yrs who provide clean rooms to make guest have a relaxing and memorable vacation. I also do inspection on a regular basic so rooms are up to guest satisfaction. We also runs a very heigh percentage in 80's 90's and full house : When the spill occur we drop dramatically to the low 30's we were force to work 2-3 days per week instead of 6-7 days, because of low occupancy. Guest did not travel because it would not be the same **Individual Disclaimer** without the water sports and sunshine.

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date 4/23/13

Print Name ___Hyacinth_____ Allen_____