This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

_____

_____

_____

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

My name is Robert Garrepy, I am self-employed. I pump concrete for a living. My income depends on the economy. The BP oil spill greatly affected Monroe County were most of my work is done. The building industry basically came to an abrupt stop, and so did my income. It was difficult to stay ahead. As a bussiness man i know the importance of natural rescources to our country and drilling has to be done. When drilling in any oceans there is no room for Error.

Respectavily

Robert Garrepy

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Robert Garrepy        Date: 4-28-13

Print Name: Robert Garrepy