Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:    Y / **N**

Enter the amount you claim as job search reimbursement expenses: _____

## One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:    Y / **N**

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was a technition for All keys Gas Doing Residential and Commercial Repairs on Gas equiptment and Setting propane tanks for new Customers and gas deliveries

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was effected because once people heard about the oil spill they didn't come down so there was less Repairs on equiptment because it wasn't getting used as much. There was less gas deliveries, not as many people was here to use Gas Systems and not as many new people moving down so less tank sets so overall my hrs were cut down on all 3 ways and where the company had a slow growth Rate my usual bonus's were not there as well.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_    Date 4/24/13

Print Name Richard A Jeselskis Jr