This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Real Estate Agent in The Florida Keys. Helping Fisherman, Divers, Boaters, Swimmers find Their homes in The Keys.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

1. My business in Key Largo was affected due to The possible pollution and devastation to our beaches with oily waters, Fish, marine life and ecosystems. Showings were cancelled because buyers thought it was not a good time to visit Florida, concerned with beaches will be dirty with oily water.

We have suffered an economic loss due to The BP Oil Spill, and no one really knows what The long term impact will be. It could take years for The true impact of The spill on surrounding ecosystems to emerge.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Maria T. Canto_  Date _4/12/13_

Print Name _MARIA T. CANTO_