**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I am a massage therapist servicing the Upper Keys at my office in Key Largo. My client base is primarily local residents of the Keys with some influx of tourists.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

As a massage therapist in Key Largo I perform stress relief, relaxation, and therapeutic massage. My services generally keep my clients injury free, or aid faster recovery. My clients are business owners and workers of Key Largo, Islamorada, Tavernier, Plantation and Marathon (Upper to mid Keys) mostly. As the oil spill slowed the businesses of Key Largo and throughout the Keys, my clients did come as frequently or not at all. I went from working 5 to 6 days per week to 3.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed *Sandra M. McTeague*   Date 4/29/2013

Print Name SANDRA M. McTeague