April 12, 2011

To Whom it may concern,

My name is Lesley Saunders. I have been in the Florida Keys for 20 years. I started in sail making and the canvas related to sailboats then moved into the powerboat related market and private and commercial canvas. In 2001 I started my own shop under the fictitious name 'Behind the Seams' which was part of a company I owned with my husband, GLF Islamorada Inc. My business was constantly growing and expanding along with my reputation for quality and reliable workmanship and design. I went through a divorce in 2009 in which I separated out my canvas shop from the other businesses with my now x husband and formed my own company Lesley's Custom Canvas LLC with a fictitious name of 'Lesley's Behind the Seams'. Thus my business records for 2009 are split between the two companies.

I have a loyal clientele and a good reputation so as I got settled into 2010 I was counting on and expecting my sales to be at their normal level. The greater part of my business comes from the local Sport fishing boats: the large offshore boats, the backcountry flats boats and the rental fleets. I make and repair the vinyl enclosure curtains, cushions, covers and bolsters along with all the interior work. Orders for work dropped off with media coverage of the BP Oil Spill particularly after breaking news that the oil had entered the Loop Current and was expected to hit the Florida Keys. Then there was the unfortunate news that there were Tar balls found in Key West and it got even worse. My secondary clientele is doing work for the local restaurants and hotels (for example the large vinyl drop curtains for inclement weather, cushions, curtains and upholstery). I had orders cancelled with them as their sales numbers were dropping with no idea when the numbers would pick up. The whole local tourist/boating/fishing industry had just shut down and all of the support businesses like mine were directly affected. The loss of business contributed to a great deal of financial and emotional stress for me and so many others in my community, let alone the uncertainty as to the future of our very delicate marine environment.

I knew we were in real trouble when a good friend of mine who runs a charter boat in the Turks and Caicos Islands called me to say that he had had customers on his boat that day coming from Texas…they had canceled a fishing vacation in Islamorada because they were afraid of the local water conditions here and rebooked for the Islands instead. I knew that one sure example represented a huge number of others who had changed their vacation plans away from the Keys. We rely on the fishing and boating tourist industry which filters into all aspects of our lives and economy here.

    I have never before sought compensation from any kind of loss, but it was so upsetting to have my business and life here in the Keys put into distress due to the oil spill that I feel that I, like the other local business owners, deserve compensation for the financial losses.

    Thank you for your consideration,

    Lesley Saunders

    Lesley's Custom Canvas LLC

    Aka Lesley's Behind the Seams

    200 Industrial Dr. Islamorada, FL 33036