This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil spill April 20th 2010.:

Crab & Lobster boat.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I am an independant contractor working on a Crab & Lobster boat. Due to the spill, work hours were reduce, less tarrist come down to the keys because affrad of water

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Alefca_____   Date 4-23-2013

Print Name Alex Verdacia Guzman_____