30464 Baileys Lane
Big Pine Key, Fl. 33043
April 16, 2013

To Whom it May Concern:

My name is Thomas Nichols ~~success~~.
I have lived in the Florida Keys full time since 2002, my family has been here since 1933. I moved here to enjoy the wonderful weather as well as the beautiful water.

I started a landscaping business in 2002 with just a few clients, and my advertising was by word of mouth. My business grew steadily and by the spring of 2012 I had at least 50 clients whose homes I regularly cared for. I not only did the lawn maintenance, I also did small projects to improve the properties. I did quiet shaded sitting areas in the yard, or made their beach more accessable. My little improvements were often what would bring in more renters. With more renters meant more business. I would open storm shutters, turn down A/C units and turn on water heaters. When they left I

would close the shutters, raise A/C settings and turn off the water heaters. I was doing great and the owners were so happy. My wife had quit her nursing job in June 2005 to be my helper and life was good.

In April of 2010 my life changed. Suddenly people were terrified of the pristine waters of the Keys being destroyed. Rental homes were no longer in need of my services and those projects were cancelled. My business went south and my income dropped so severely that my wife was forced to return to nursing. My business slowly recovered; but not to the ~~same~~ extent of prior ~~two~~ years.

Thank You,

[signature]