This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Take care of people at spa I am a massage therapist.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

People had no money here for massage so private bassiness was impossible and all spas had no people because tourism was not happening here.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed *[signature]* Date 4/22/13

Print Name ROMA LAMBERT