This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I am Cook at the Hawks Cay Resort, duck key during the Oil spill which I earned my Source of income from The Tourist.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I Cooke in 2 of the Resturants where I make less hours because of the oil spill. the house Count was very low, guest refused to take vacations because of the the Spill.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed J. Evans                                 Date 3-9-2013

Print Name TERESA EVANS