**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.: Real Estate (Residential sales) (Internet customers from out of state)

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Residential & Vaction home sales. We where getting All kinds of Calls from scared customers, that they were changing there plans And not comming down to purchase properties because of the oil spill. We live And sell in a Resort Area of the State. And people did Not want to come down And find the waters & beach full of oil from the spill, Like they where hearing in the Media.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Juan M Diaz_ Date _5/11/13_

Print Name _Juan M Diaz_