This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Design & construct Custom Homes from the ground up including but not limited to landscaping, design & construction

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

the Problem was no overtime, no bonus, I Don't pay may mortgage, my income is reduced no complete the 40 hrs and it was unable to pay my Expenses.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Justo R Chacon_ Date _04/18/13_

Print Name _Justo Chacon_