**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

WE ARE A HOSPITALITY CLUB FOR DINING, MEETING, TENNIS, GOLF COURSE.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Due to the BP Oil spill residents and visitors reduced coming + spending for facility services at the club. Revenues fell drastically, causing loss of promised bonuses and salary + time lost at work that had a negative impact on my financial situation in marathon.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date: 4/19/2013

Print Name: ROBERT E DANIEL JR