4/10/13

To: Deepwater Horizon Claims Center.

April 20th 2010 I was employed by Sunset Marine, Key West FL. My duties included managing a small ships store. Beer, candy, sodas, fishing lic. ect. Had four employies, Gas dock Showers Bathrooms Many Slips for boats to manage. Take Reservations for boats coming to the Key. Also Dry Rack Storage for boats. During this time many people canceled Due to the fact they did not want to come threw the Gulf in fear of passing through the oil. Others just Did not want to be there if oil was going to Drift in from the Gulf trapping them there. Sence we were on the Gulf Side of Stock ishand Next to Key West. Many people were selling there boats we had on dry Rack storage Because they couldn't pay there storage fees. All in All it was to slow to get any Kind of raise during this time, Infact it just know is getting busyer.

We catered to the Boating, fishing, and water sports industries also tourism.

Thanks for your time.   George Hawkins