2-20-2013

To whom it may concern,

Because of the April 20th 2010 oil spill our business was affected negatively in sales. As my payroll and taxes show I was also negatively affected monetarily. Because of loss of money I would appreciate that my claim would pay me back.

Sincerely
Patricia D Floyd