This section MUST be filled out by the claimant in their own hand without assistance from any associate.

### Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Pool & Spa Maintenance for Residential & Commercial Customers Repairs to Equipment & Sale of Parts (Filters, Pumps, Motors, Heaters) Plumbing Repairs - Light Bulb Replacements

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I am in the Pool/Spa Maintenance Business. I clean and service Residential & Commercial Pools and Spas. Some are Motels and Resorts, Some are Vacation Rentals or Seasonal Visitors owned. The Area that I service is from Islamorada to North Key Largo, Florida Keys.

After news of the BP oil spill was made public, I noticed a drop in Renters and Homeowners coming to the Area. Some of my commercial accounts cancelled due to their loss of income from less clients coming to the Keys. Vacation Rental Homes were also less in demand. Many of my commercial accounts started cleaning their own pools. as well.

### Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date: 2/14/13

Print Name: Timothy E. Calvert