# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2013 APR 22 PM 1:08 LORETTA G. WHYTE CLERK*

## CLAIM IN LIMITATION -- JOINDER IN MASTER ANSWER -- INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| GAMIERE | BRUCE | RAYMOND | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 419-576-7385 | bgamiere@gmail.com |

| Address | City / State / Zip |
|---|---|
| 409 NICHOLAS STREET | DEFIANCE, OHIO 43512 |

INDIVIDUAL CLAIM ☐     BUSINESS CLAIM ☒

| Employer Name | Business Name |
|---|---|
|  | (SELF; BRUCE'S HOME/HOUSE FOR RENT) |
| Job Title / Description | Type of Business |
|  | REAL ESTATE RENTAL |
| Address | Address |
|  | 12730 Lillian Highway |
| City / State / Zip | City / State / Zip |
|  | PENSACOLA, FLORIDA 32506 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|  | 7573 |

| Attorney Name | Firm Name |
|---|---|
| NONE | NONE |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

Claim filed with BP? YES ☐ NO ☐     Claim Filed with GCCF?: YES ☒ NO ☐

If yes, BP Claim No.:     If yes, Claimant Identification No.: 01080555

**Claim Type (Please check all that apply):**

- ☒ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☒ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☒ Other: DEPRESSED REAL ESTATE VALUES

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

PROPERTY LOCATION: 12730 Lillian Highway, PENSACOLA, FLORIDA, 32506. THIS is a beachfront home on PERDIDO BAY. HOMES SUCH AS MINE WERE SELLING IN THE $500,000.00 price range. TODAY, the market has declined. ASSESSED VALUE TODAY IS $247,962.00 LOSS OF RENTAL INCOME. RECEIVED $8000.00 IN 2009; ONLY $1529 in 2010. OUR 4 BEDROOM, 2½ BATH HOME ON PERDIDO BAY CAN BE RENTED FOR $145.00 A DAY X 7 = $1015.00 WEEK X 4 = $4,060 wk. lost potential income.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

N.A.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Continued CONCERN OVER water quality in PERDIDO BAY AND THE GULF OF MEXICO.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☒ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☒ 11. Other: LOSS OF PROPERTY VALUES

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Mr. Bruce Raymond Gamiere_
Claimant or Attorney Signature

BRUCE RAYMOND GAMIERE
Print Name

APRIL 19, 2013
Date

3

Case 2:10-cv-02856-LJS-JCW   Document 134848   Filed 04/22/13   Page 4 of 5

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

**2012 Real Estate** NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | MILLAGE CODE | PROPERTY REFERENCE NUMBER |
|---|---|---|---|---|
| 10-2566-700 | INST | See Below | 06 | 022S32-1001-011-006 |

OFFICE (850) 438-6500

Fourth Installment Notice: 2012 Real Estate 0019119.0000

12730 LILLIAN HWY
BEG AT SW COR OF LT 12 BLK
F PERDIDO HTS RE S/D PB 1 P
2 ALSO BEING THE INTER OF
ELY R/W LI OF MAGNOLIA
See Tax Roll For Extra Legal

B - 02165 / 00077 JMS2956
GAMIERE BRUCE R &
GAMIERE DELORES S TRUSTEES
409 NICHOLAS ST
DEFIANCE OH 43512-1543

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE AMOUNT | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | 6.9755 | 249,962 | | 249,962 | 1,743.61 |
| PUBLIC SCHOOLS | | | | | |
| By Local Board | 2.2480 | 249,962 | | 249,962 | 561.91 |
| By State Law | 5.5100 | 249,962 | | 249,962 | 1,377.29 |
| SHERIFF | 0.6850 | 249,962 | | 249,962 | 171.22 |
| WATER MANAGEMENT | 0.0400 | 249,962 | | 249,962 | 10.00 |

RETAIN THIS PORTION FOR YOUR RECORDS

ESCAMBIA COUNTY TAX COLLECTOR * P.O. BOX 1312 * PENSACOLA, FL 32591-1312

| TOTAL MILLAGE | 15.4585 | AD VALOREM TAXES | 3864.03 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| FIRE | | 85.00 |

PLEASE PAY ONLY ONE AMOUNT SHOWN IN YELLOW SHADED AREA

QUESTIONS ON ITEMS IN THIS SECTION ONLY, CALL (850) 595-4960

| | NON-AD VALOREM ASSESSMENTS | 85.00 |
|---|---|---|
| COMBINED TAXES AND ASSESSMENTS | 3949.03 | PAY ONLY ONE AMOUNT | See reverse side for important information |

AMOUNT DUE IF PAID BY
Mar 31 2013
$ 949.70

---

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

**2012 Real Estate** NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | MILLAGE CODE | PROPERTY REFERENCE NUMBER |
|---|---|---|---|---|
| 10-2566-700 | INST | See Above | 06 | 022S32-1001-011-006 |

Fourth Installment Notice: 2012 Real Estate 0019119.0000

12730 LILLIAN HWY
BEG AT SW COR OF LT 12 BLK
F PERDIDO HTS RE S/D PB 1 P
2 ALSO BEING THE INTER OF
ELY R/W LI OF MAGNOLIA
See Tax Roll For Extra Legal

GAMIERE BRUCE R &
GAMIERE DELORES S TRUSTEES
409 NICHOLAS ST
DEFIANCE OH 43512-1543

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312    (850) 438-6500

AMOUNT DUE IF PAID BY
Mar 31 2013
$ 949.70

RETURN WITH PAYMENT

0000000000 0000094970 000000019119000 5401 8

```
                                                    U.S. POSTAGE
                                                       PAID
                                                   PENSACOLA, FL
                                                       32506
                                                    APR 19, '13
                                                    AMOUNT
                                                     $6.11
                                                   00049232-06
```

CERTIFIED MAIL™

7012 3050 0000 1125 9800

Bruce Gamier
409 Nicholas Street
Defiance, Ohio 43512

U.S. District Court
For The Eastern District
Of Louisiana
500 Poydras Street
New Orleans, Louisiana
70130

RETURN RECEIPT REQUESTED