| | |
|---|---|
| ACT OF CASH SALE | UNITED STATES OF AMERICA |
| FROM: CLIFFORD MICHAEL ENGLANDE, JR. and WENDY FRANCES PERRY ENGLANDE | STATE OF LOUISIANA<br><br>PARISH OF JEFFERSON |
| TO: KATHERINE L. WALTERS | |

BE IT KNOWN that on this 28th day of September, 2010:

BEFORE ME, a Notary Public, duly commissioned and qualified, and in the presence of the undersigned competent witnesses,

PERSONALLY CAME AND APPEARED:

WENDY FRANCES PERRY, wife of, and CLIFFORD MICHAEL ENGLANDE, JR., both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared under oath unto me, Notary, that they have each been married but once and then to each other, and that they are presently living and residing together;

Mailing Address:   2813 MAYFLOWER ST.
                   MERAUX, LA 70075

hereinafter referred to collectively as "VENDOR",

who declared that said vendor does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which said vendor has or may have against all preceding owners and vendors, unto:

KATHERINE L. WALTERS, a person of the full age of majority and a resident of the

Parish of Jefferson, State of Louisiana;

Mailing Address:   331 DORRINGTON BLVD.
                   METAIRIE, LA 70005

hereinafter referred to collectively as "PURCHASER", here present accepting, and purchasing for purchaser, and purchaser's successors, heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to wit:

all of his/her right, title and interest in and to:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Tammany, State of Louisiana, in that portion thereof designated as RIGOLETS ESTATES SUBDIVISION, and according to a survey of J. J. Krebs & Sons, Inc., dated October 19, 1983, and revised June 17, 1986 and November 19, 1986, a copy of which is recorded in the Parish of St. Tammany, State of Louisiana, in file number E M 223 on July 30, 1986, in accordance with the Preliminary Approval being Resolution C.S. No. 83-1742, adopted on December 15, 1983, recorded in the Parish of St. Tammany, State of Louisiana, in COB 1270, folio 796, Entry No. 628570 on the 18th day of August, 1986 and the Final Approval of Rigolets Estates, Phase I, being P.J.S. No. 86-2373, adopted on July 17, 1986, and recorded in the Parish of St. Tammany, State of Louisiana, in COB 1270, folio 73, Entry No. 627804 on the 11th day of August, 1986, the said lot or parcel of ground is described as follows: LOT NO. 6, SQUARE A, RIGOLETS ESTATES SUBDIVISION, PHASE 1, as above referenced.

Being the same property acquired by Wendy Frances Perry, wife of, and Clifford Michael Englande, Jr. from Betty Jane Roesch, wife of, and Larry Charles Giroir, Sr., by an act passed before Ewell C. Potts, III, Notary Public, dated January 13, 2006, registered in Conveyance Instrument #1532917, Parish of St. Tammany, State of Louisiana.

The improvements thereon bear the municipal number 105 MARLIN DRIVE, SLIDELL, LA 70461

Without intention to interrupt or revive prescription thereon or recognize the validity thereof, the parties hereto take cognizance of the following: 1) Restrictions placed on the above described property by Marguerite Bradbury Sigur, Frederick J. Sigur, Shirly Thompson Morrow and Robert F. Morrow, by an act before Ewell C. Potts, III, Notary Public, dated July 3, 1986, recorded in COB 1265, folio 415, Parish of St. Tammany. 2) Act of Amendment or Modification of Act of Restrictive Covenants and Establishing Servitudes on Phase 1 of Rigolets Estates Subdivision, by act before Ewell C. Potts, III, Notary Public, dated August 20, 1986, recorded in COB 1273, folio 15, Parish of St. Tammany. 3) Right of Way Agreement between Frederick J. Sigur, Robert F. Morrow and Washington-St. Tammany Electric Cooperative, Inc., dated March 11, 1986, recorded in COB 1269, folio 136, Parish of St. Tammany and the agreement of fulfillment and completion recorded in COB 1307, folio 108. 4) Reservation of all mineral rights, with waiver of surface rights, whether reversionary or otherwise for the longest period of time as permitted by law contained in COB 1522, folio 815, Parish of St. Tammany. 5) Act of Amendment and Ratification, dated April 8, 1987, recorded in COB 1303, folio 159, Parish of St. Tammany. 6) Each lot owner is required to be a member of the Rigolets Estates Owners Association which has the power and authority to create yearly assessments or maintenance of the common facilities, necessary repairs and other charges subordinate to any first mortgage on the property.

Sellers and Purchaser hereby acknowledge and recognize that the Property is sold where is, as is, in condition viewed, with waiver of redhibition. Purchaser waives and releases Sellers and all previous owners thereof from any and all claims and/or causes of action which Purchaser may have or hereafter may be otherwise entitled to, based on vices or defects in the property herein referenced, including all improvements located thereon, whether in the nature of redhibition, pursuant to Louisiana Civil Code Articles 2520, et seq., reduction or diminution of the purchase price, pursuant to Louisiana Civil Code Articles 2541, et seq., concealment, and/or any other theory of law. The Purchaser further agrees to assume, at the time of act of sale, the risk as to all other vices and defects in the property, including all improvements located thereon, whether those vices or defects are obvious or latent, known or unknown, easily discoverable or hidden, and/or not discoverable upon simple inspection, and including those vices or defects, knowledge of which would deter Purchasers from making this purchase. Purchaser or her representatives will accept the property in "AS IS" condition. Purchaser further acknowledges that Purchaser (a) has had ample opportunity to fully inspect the property, (b) has inspected the property to the extent Purchaser desires, (c) knows and is satisfied with the physical condition of the premises in all respects and that the same is acceptable to Purchaser "AS IS", (d) desires to purchase the property in its present condition, and (e) agrees to purchase the property subject to any physical encroachments on the property or any physical encroachments by improvements located on the property onto adjacent property. The Purchaser agrees that no representation, statements or warranties have at any time been made by Sellers or their agents, as to the physical condition or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises.

September 28, 2010

*Katherine L. Walters*
Katherine L. Walters

KATHERINE L. WALTERS a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, who declared under oath unto me, Notary, that she has been married but once and then to Paul J. Hoolahan, with whom she is presently living and residing;

Parties herein dispense with the production of a current survey and relieve and release me, Notary, and the Law Firm of Warren E. Mouledoux, Jr. from any responsibility or liability which may result in connection therewith.

To have and to hold the above described property unto the said purchaser, and purchaser's successors, heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Five Hundred Eighty Thousand and 00/100 ($580,000.00), Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

By reference to the Mortgage Certificates of the Clerk of Court and Ex-Officio Recorder of Mortgages in and for the Parish of St. Tammany, State of Louisiana, annexed hereto and made part hereof (which certificates, as the parties hereto are aware, are as yet undated and unsigned, relieving me, Notary, of responsibility therefor), in the names of the vendors, it does not appear that the herein described property has been heretofore alienated or is presently encumbered. EXCEPT: 1) Mortgage in favor of U.S. Small Business Administration, in the amount of $89,000.00, dated September 8, 2006, passed before Sandy H. Schule, N. P., recorded in Mortgage Instrument 1578672, which will be paid in full and

cancelled from the records; 2) Mortgage in favor of Hibernia National Bank, in the maximum amount of $1,000,000.00, dated January 13, 2006, passed before Ewell C. Potts, III, N. P., recorded in Mortgage Instrument 1532919, which will be paid in full and cancelled from the records.

All State, City and Parish taxes up to and including the taxes for 2009 are paid. 2010 taxes are being prorated as of this date.

Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**THUS DONE AND PASSED,** in duplicate originals in Gretna, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto subscribe their names, together with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____
Sandra Bond

_____
Marilyn B. Cox

_____
CLIFFORD MICHAEL ENGLANDE, JR.

_____
WENDY FRANCES PERRY ENGLANDE

_____
KATHERINE L. WALTERS

_____
WARREN E. MOULEDOUX, JR.
NOTARY PUBLIC
BAR #9782

Page 3



OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1.☐ FHA  2.☐ RHS  3.☒ Conv. Unins.  4.☐ VA  5.☐ Conv. Ins. | 6. File Number 22845-B | 7. Loan Number | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| KATHERINE L WALTERS<br>PAUL J. HOOLAHAN<br>331 DORRINGTON BLVD.<br>METAIRIE, LA 70005 | CLIFFORD MICHAEL ENGLANDE. JR.<br>WENDY FRANCIS PERRY ENGLANDE<br>2813 MAYFLOWER ST.<br>MERAUX, LA 70075 | BANK OF NEW ORLEANS<br>1600 VETERANS BOULEVARD<br>METAIRIE, LA 70005 |

| G. Property Location | H. Settlement Agent | 504-367-4444 |
|---|---|---|
| 105 MARLIN DRIVE<br>SLIDELL, LA 70461<br>LOT 6, SQUARE A, RIGOLETS ESTATES S/D, PHASE 1,<br>ST. TAMMANY PARISH, LA | WARREN E. MOULEDOUX, JR., PLC | |
| | Place of Settlement<br>833 FOURTH STREET<br>GRETNA, LOUISIANA 70053 | I. Settlement Date<br>09/28/10 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 580,000.00 | 401. Contract sales price | 580,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 18,043.52 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes              to | | 407. County taxes              to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 598,043.52 | 420. GROSS AMOUNT DUE TO SELLER | 580,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 580,000.00 | 502. Settlement charges to seller (line 1400) | 18,085.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 188,578.88 |
| | | U.S. SMALL BUSINESS ADMINISTRATION | |
| 205. | | 505. Payoff of second mortgage loan | 67,397.61 |
| | | CAPITAL ONE BANK | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes    01/01 to 09/28 | 4,552.27 | 511. County taxes    01/01 to 09/28 | 4,552.27 |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 569,552.27 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 276,591.64 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 598,043.52 | 601. Gross amount due to seller (line 420) | 580,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 569,552.27 | 602. Less reduction amount due to seller (line 520) | 276,591.64 |
| 303. CASH      FROM   BORROWER | 28,491.25 | 603. CASH      TO      SELLER | 303,408.36 |

| L. SETTLEMENT CHARGES: | | Fee Number: 22845-B | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 17,400.00 to | REAL ESTATE 4-U, LLC | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at Settlement | | | | | 17,400.00 |
| 704. | | | | | |
| 705. | | | | | |
| 800. Items Payable in Connection with Loan | | | | P.O.C. | |
| 801. Our origination charge | | $ 450.00 | (from GFE#1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE#2) | | |
| 803. Your adjusted origination charges | | | (from GFE A) | 450.00 | |
| 804. Appraisal Fee | MURPHY APPRAISAL SERVICES | | (from GFE#3) | 500.00 | |
| 805. Credit Report | | | (from GFE#3) | | |
| 806. Tax service | | | (from GFE#3) | | |
| 807. Flood certification | FIRST AMERICAN FLOOD DATA SERVICES | | (from GFE#3) | 19.00 | |
| 808. Underwriting Fee to | BANK OF NEW ORLEANS | $ 300.00 | (from GFE#1) | | |
| 809. Processing Fee to | BANK OF NEW ORLEANS | $ 150.00 | (from GFE#1) | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. Tax Service Fee to | | | | | |
| 814. Flood Certification Fee to | | | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | | | |
| 901. Daily interest charges from 09/28/10 to 10/01/10 @$ 70.00 /day | | (from GFE#10) | 3 day(s) | 210.00 | |
| 902. Mortgage Insurance Premium for to | | | (from GFE#3) | | |
| 903. Homeowner's Insurance for to LIGHT HOUSE INSURANCE COMPA | | | (from GFE#11) | 3,663.00 | |
| 904. | FIDELITY NATIONAL PROPERTY AND CASUALTY | | (from GFE#11) 615.00(B") | | |
| 905. | | | | | |
| 1000. Reserves Deposited with Lender | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE#9) | 6,686.00 | |
| 1002. Hazard Insurance | 2 mo. @ $ 321.09 per mo. $ | 642.18 | | | |
| 1003. Mortgage Insurance | mo. @ $ per mo. $ | | | | |
| 1004. City property taxes | mo. @ $ per mo. $ | | | | |
| 1005. County property taxes | 11 mo. @ $ 821.67 per mo. $ | 9,038.37 | | | |
| 1006. Annual Assessments | mo. @ $ per mo. $ | | | | |
| 1007. Flood Insurance | 10 mo. @ $ 51.25 per mo. $ | 512.50 | | | |
| 1008. | mo. @ $ per mo. $ | | | | |
| 1009. Aggregate Adjustment | | -$ 1,627.03 | | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | | | (from GFE#4) | 1,484.32 | |
| 1102. Settlement or closing fee | | | | | |
| 1103. Owner's title insurance | FIRST AMERICAN TITLE INS. CO. | | (from GFE#5) | 2,633.20 | |
| 1104. Lender's title insurance | FIRST AMERICAN TITLE INSURANC $ 884.32 | | | | |
| 1105. Lender's title policy limit | $250,000.00  884.32 includes 9.1, 9-00 & 5-00 Endorsements | | | | |
| 1106. Owner's title policy limit | $500,000.00 — 2,633.20 | | | | |
| 1107. Agent's portion of the total title insurance premium WARREN E. MOULEDOUX, JR., PLC | | $ 2,574.02 | | | |
| 1108. Underwriter's portion of the total title insurance premium FIRST AMERICAN TITLE INS. CO./FIRST AM | | 643.50 | | | |
| 1109. Mortgage Cits. to | CLERK OF COURT | | | | 90.00 |
| 1110. | | | | | |
| 1111. Tax Research (Furnished) | | | | | |
| 1112. | | | | | |
| 1113. Vendors' Fee to | WARREN E. MOULEDOUX, JR. | | | | 250.00 |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges | | | (from GFE#7) | 232.00 | |
| 1202. Deed $ 91.00 Mortgage $ 171.00 Releases $ | | | | | |
| 1203. Transfer taxes | | | (from GFE#8) | | |
| 1204. City/county tax/stamps Deed $ | Mortgage $ | | | | |
| 1205. State tax/stamps Deed $ | Mortgage $ | | | | |
| 1206. | | | | | |
| 1207. | | | | | |
| 1208. | | | | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services that you can shop for | | | (from GFE#6) | | |
| 1302. Procuring Cits. to | Warren E. Mouledoux, Jr. | | | | 150.00 |
| 1303. Overnight Courier to | Fed-Ex | | | | 60.00 |
| 1304. Cancellations of existing mtgs. | in favor SBA & Capital One | | | | 125.00 |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 16,043.62 | 18,065.00 |

Paid Outside Closing: 6" by Borrower

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

KATHERINE L. WALTERS     PAUL J. HOOLAHAN     CLIFFORD MICHAEL ENGLANDE, JR.     WENDY FRANCIS PERRY ENGLANDE

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

WARREN E. MOULEDOUX, JR., PLC          Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | File Number: 22845-B | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | **HUD-1 Line Number** | | |
| Our origination charge | # 801 | | |
| Underwriting Fee to | # 808 | 300.00 | 300.00 |
| Processing Fee to | # 809 | 150.00 | 150.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | | |
| Your adjusted origination charges | # 803 | 450.00 | 450.00 |
| Transfer taxes | # 1203 | | |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 319.00 | 232.00 |
| Government recording charges - Deed | $ 61.00 # 1202 | | |
| Government recording charges - Mortgage | $ 171.00 # 1202 | | |
| Appraisal Fee | # 804 | 500.00 | 500.00 |
| Flood certification | # 807 | 15.00 | 15.00 |
| Title services and lender's title insurance | # 1101 | 2,963.76 | 1,484.32 |
| Owner's title insurance | # 1103 | 882.76 | 2,633.20 |
| | **TOTAL** | 4,680.52 | 4,864.52 |
| | Increase between GFE and HUD-1 Charges |$ 184.00 or | 3.93 % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 3,316.00 | 8,666.00 |
| Daily interest charges | # 901 $ 70.00 /day | 210.00 | 210.00 |
| Homeowner's insurance | # 903 | 3,996.00 | 3,853.00 |
| Flood Insurance to | # 904 | | 615.00 |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ 560,000.00 |
| Your loan term is | 15 years |
| Your initial interest rate is | 4.5 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 4,283.96 includes<br>☒ Principal<br>☒ Interest  —>$  4,283.96<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of       %. The first change will be on           and can change again every after          . Every change date, your interest rate can increase or decrease by        %. Over the life of the loan, your interest rate is guaranteed to never be lower than       % or higher than       %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on         and the monthly amount owed can rise to $      . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | ☐ No. ☒ Yes, you have a balloon payment of $ 234,073.47 due in 10 years on 10/01/2020. |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☒ You have an additional monthly escrow payment of $ 1,194.00 that results in a total initial monthly amount owed of $ 5,477.96 . This includes principal, interest, any mortgage insurance and any items checked below:<br>☒ Property taxes —>$ 821.67 ☒ Homeowner's Insurance —>$ 321.08<br>☒ Flood Insurance —>$ 51.25 ☐<br>☐         ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

## Waterfront Property – 105 Marlin Drive Slidell

Rigolet Estates  Just off Hwy 433



WANT TO FISH EVERYDAY FROM YOUR BACKYARD? How about a boat house for two? You have just found the place, 1.2 acres on the water with a renovated/raised 4400sq ft house. Men's Room complete with bar and fireplace great place to show off your mounts which opens onto the wrap around porch. 4 bedrooms, 2 full and 2 half baths, a 500sq ft wrap around fiber glass porch along with a built in salt water pool. Oversized master suite (approximately 800 sq ft) equipped with fireplace allows you to enjoy ambiance while watching the sun set over Lake Pontchartrain. You will enjoy the picturesque views of the Lake Pontchartrain right from the den, breakfast area, and master bedroom while sipping on your glass of wine or bottle of beer. Approximately 2000 sq ft of space to have those fish fries, or crawfish boils parties. STOP LOOKING-YOU HAVE FOUND YOUR NEW RESORT HOME- NO NEED TO LOOK ANY FURTHER. Everything you could ever imagine right here in your own resort community. Within minutes to all your conveniences, but able to escape stress of city life and relax without leaving the North shore. This home offers an electric dog fence, sprinkler system, security system with wireless remote control setting, fishing lights on 125 ft of waterfront and many more amenities......Your paradise awaits you....$650,000.00 will consider all serious offers. Just imagine living in a SPORTSMAN'S PARADISE year around? Call 504-913-4940 for your private showing.





