\* Revised to include BP Claim Number

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

FILED EASTERN DISTRICT COURT DISTRICT OF LOUISIANA 2013 APR 24 AM 11:12 LORETTA G. WHYTE

**CLAIM IN LIMITATION — JOINDER IN MASTER ANSWER — INTERVENTION AND JOINDER IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Eagle Marine, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| 251-957-3800 | |

| Address | City / State / Zip |
|---|---|
| 8906 Irvington-Bayou LB Hwy. | Irvington, AL 36544 |

INDIVIDUAL CLAIM ☐     BUSINESS CLAIM ☒

| Employer Name | Business Name |
|---|---|
| | Eagle Marine Inc. |
| Job Title / Description | Type of Business |
| | Marine employment Service |
| Address | Address |
| | 8906 Irvington-BLB Hwy |
| City / State / Zip | City / State / Zip |
| | Irvington, AL 36544 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| | 5197 |

| Attorney Name | Firm Name |
|---|---|
| Harris B. Williams / M. Heidelberg | Harris B. Williams PLLC / H-H PLLC |
| Address | City / State / Zip |
| 795 Woodlands Pkwy., Ste 220 | Ridgeland MS 39157 |
| Phone Number | E-Mail Address |
| 601 351 3330 | Hwilliams@hbwmslaw.com |

Claim filed with BP?   YES ☒   NO ☐     Claim Filed with GCCF?:   YES ☐   NO ☒

\* If yes, BP Claim No.: 1052725-01     If yes, Claimant Identification No.:

Claim Type (Please check all that apply):
- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☒ Other: punitive damages

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

795 Woodlands Parkway, Suite 220
Ridgeland MS 39157

U.S. District Court
MDL 2179
500 Poydras Street
New Orleans, LA 70130