This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Charter boat fishing boat for tourists + locals.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Due to the BP oil spill the tourists stoped charting chartring boats afraid that the oil poisioned the fish. Even the locals stayed awaye. I had zero business and went under.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Mindy R. Eshin

Date: 5/1/13

Print Name: Mindy B. Eshin