Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:    Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

**One Time, Non-Recurring Loss**

Are you seeking losses associated with a One Time, Non-Recurring Event:    Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My only source of income came from Bartending at "Guy Harveys Island grill". I made 4.35 an hour plus Tips without Tourist there were no tips!!

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I moved to Key West in February 2010, from Detroit MI, I moved because I was told by Friends who lived and worked in K.W. that I could make "GREAT TIPS" Bartending all year round! 3-5 hundred off season 8-12 hundred during season. I worked at Guy Harveys Island Grill, a full service Bar and Restaurant, Specializing in Seafood. Guy Harvey's is located off of Duvall street, right downtown K.W. in the center of the tourist district, We were less than 300 yards from the Cruise Ships, and right across the street from Sloppy Joes a big tourist destination! The Oil SPILL affected me personally because of the total lack of tourist! The tourist that did come down, mostly came from the cruise ships. However most of

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed __Robert Ross Holbrook__    Date __4/10/13__

Print Name __Robert Ross Holbrook__

the cruise ships offer all inclusive meals, so no one orderd food!! this lowers our tips considerablly! People who did order food, did not want seafood. Everyone wanted to know if our seafood came from the Gulf! They didn't ask if it was fresh, only if it came from the Gulf! No amount of assurance that the fish was not from the Gulf would satisfy them. Most orderd ① dollar draft beers and bought souveniers = NO TIPS!

Eventually with business so slow, Guy Harveys Closed in Jan 2011. I looked for work for 2 months, but no one was hiring in the middle of tourist season! So I had to move back to Detroit! in April 2011.