This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Hourly wages from job as Laundry attendant

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The business was a coin operated laundry with drop off laundry service. The business operated at 89901 old ~~overseas~~ hwy. in Tavernier Fl. Services performed were to wash, dry, and fold laundry dropped off by customers and to provide any needed assistance to customers using coin operated machines. After the oil spill in April 2010, business dropped off drastically resulting in a cut back of hours the business was open and fewer persons requesting drop off service.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Teresa Rierson   Date 3-7-2013

Print Name: Teresa Rierson