Tom Griffin
Claims Specialist Representative

Re: BP Claim

In April of 2010 I was working for Keys to the Sea Realty as a realtor leasing vacation properties. The oil spill and word of its impending effects caused many, many of my customers to cancel their plans to visit the Keys. My income was negatively affected due to this disaster. As a small business owner this created more than just a single season's loss of income. Some of my annual customers found other venues and have not returned. As you know I cater to very high end customers who rent for five to six months at a time. My season was ruined by this event.

Attached you will find the copies following:
1) My FL driver license.
2) Occupational license, Dept of Business & Professional Regulation.

Proof of my Social Security number is evidenced by the many tax returns I have entrusted to your care.

*[signature]*