April 29 2013

I, Judy Lafferty, from 1995 to 2008 went through a Marriage as a Housewife, Divorced in 2008, had to survive on my own. Went to work at Looe Key Resort in 2009. When oil spill happened in April canceled <u>Reservations</u> started coming in, & Tips went down, being harder to survive.

Went to Mangrove Malla's in 2010, not being a Resort, thought it might be better. I do believe all of Florida Keys was effected by the spill for waitresses. As Tourists went elsewhere.

Sincerely
& Thank you
so much.

Judy Lafferty
4-29-2013