

This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Thai and Sushi Restaurant located in Monroe County

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I am a cook for a local Thai & Sushi Restaurant, located in Monroe County. This Restaurant depends on locals and tourist alike. After April 20, 2010 there was a decline in business. Due to the lack of business & drop in tourist business hours were cut.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  Visith Suekagan.   Date 5/13/13

Print Name  Visith Suekagan