29053 Violet Drive

Big Pine Key, Florida 33043

215-437-2133

May 20, 2013

To Whom It May Concern:

I have worked at Lower Keys Medical Center (Health Management Associates) since they acquired the hospital. My actual starting date was February 1987. I work as a Medical/Surgical Registered Nurse. I have been a Registered Nurse since 1975 and specialized in Medical/Surgical and Oncology Nursing over those years.

I was a full-time employee with LKMC until April of 2008. I went per dium, three days a week due to feelings of "burn out". The first full week of every month I work every day in order to do Orientation Classes for new employees. At sixty miles plus each day this added to my financial burden since I took a cut in pay when I went per dium, not to mention the added expense of paying for my health care, etc.

After the price of gas increased because of the BP Oil Spill, I found it difficult to afford the cost of gas since I had to drive over thirty miles each way to work totaling over sixty miles a day. Another affect of the Spill was the increase in the price of food. Also, the Corporation I work for found it necessary to ask me to stop work, due to their budget, until they called me back to work. This happened after 22 years of faithful service and then again after 24 yrs. of service due to the economy in the Keys since the BP spill.

In light of all the above and other circumstances affecting a widow, if I can be helped by the Deepwater Horizon Claims it would be extremely appreciated.

Sincerely,

Rosemary Farrell

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Employed As per diem RN working Mon., Wed., FRI. 3 wks. of month. First full wk. of month work 5 days.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Full-service Acute care Health Care Provider. (hospital) operated by Health Management Associates All employment involving Nursing was Related to Lower Keys Medical Ctr. which is a for-profit company LLC

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed Rosemary K. Farrell      Date 5-29-13

Print Name Rosemary K. FARRell