**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____
_____
_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

_See attached –_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_____ Date _6/4/2013_

Print Name _JACQUELINE M GUERIN_____

May 23, 2013

To whom it may concern,

In April 2010 I was working for Sysco food services of South Florida. We are a broadline food distributer and service the hospitality industry. When the threat of the oil spill was happening the hotels were receiving cancellations at an all time high and numerous wedding and event cancellations due to the threat of "black beaches" the business in the Florida Keys were dramatically impacted and as a result my income was negatively impacted in 2010 as well. We are compensated based on the performance and growth of our business and due to the threat of the oil spill business was down as people were afraid to travel and spend their dollars in Monroe County and spent their vacations elsewhere. As shown in my W2's and tax returns my income took a negative swing of 34 thousand dollars from 2009 to 2010. This is a direct impact of the loss of business due to the BP oil incident

Regards,

Jacqueline M Goering