**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Constuction And Remodeling In tHe Keys

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Constuction + Remodeling tHrougOut the keys. Dependent primarily Tourist and Rental properties. Because of tHe tHreat of tHe oil spill, april 20 2010, business Dropped alot. THere fore lost wages

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____Tony L Pappas_____ Date 5-18-/3

Print Name _____Tony L Pappas_____