**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I am a CDL examiner

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I test people that are trying to obtain a CDL. One of my biggest customers is Historic Touss of America which was impacted by the oil spill.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 5-28-13

Print Name  Tony Campos