This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I work as a Assitandeen Manager and cashier to local fisherman & tourist from all over the world.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Dion Quik Mart. Located at 451 US-1, Big Coppitt Key, we provide gas, ice, bait, maps, beer, foods, Dion chicken!! Being on hourly pay, I have lost overtime, regular hours & Bonuses. Due to oil spill.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Annie Bullock       Date: 05.27.2013

Print Name: Annie Bullock