This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I am employed by the restaurant in the Key West Airport and the great majority of our patrons are tourist flying and traveling through the airport

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

We provide food and drinks for anyone coming through the Key West Airport. A decline in tourists/passengers definitely has an affect on our business. My bonus for year ending Dec. 2010 was down considerably from the previous year. ($1000.00 compared to $3000.00)

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Lynn Cauger    Date: 5-24-2013

Print Name: Lynn Cauger