**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

SALARY/HOURLY PAY, TIPS, BONUSES - CONCH FLYER
RESTURANT AND BAR - Key WEST AIRPORT

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I HAVE BEEN A BARTENDER AT THE CONCH FLYER
AT Key WEST INTERNATIONAL AIRPORT SINCE
DEC 94. AFTER THE SPILL I NOTED A BIG DECREASE
IN SPORTSFISHERMEN FOR SOMETIME. THESE WERE
PEOPLE I WOULD NORMALLY SEE 2-4 TIMES per
YEAR. MY BONUS DROPPED FROM $3000°° to
$4000°° DUE to THE OIL SPILL

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____   Date 5/24/13

Print Name William E CAUGER