5-20-20

TO: WHOM IT MAY CONCERN:

PERMIT ME TO INTRODUCE MYSELF. MY NAME IS MARY SUSAN WOODRUM. I HAVE LIVED IN THE FLORIDA KEYS FOR 27 YEARS. HALF OF MY LIFE HAS BEEN HERE FROM CHICA.

I WAS A WAITRESS UNTIL 2005 WHEN I WAS OFFERED AN ADVERTISING CONSULTANT J FOR THE LARGEST NEWSPAPER IN THE KEYS I SOLD ADVERTISING TO EVERY AND ALL KINDS OF BUSINESSES.

SOON THERE AFTER I AQUIRED A NEW JOB, "SELLING THE FLORIDA KEYS!" TO LOCALS, THEIR GUESTS AND TOURISTS FROM ALL OVER THE WORLD. KEY WEST VISITORS CENTER (WITH THREE LOCATIONS TO SELL IN). I SOLD THE FLORIDA KEYS AS YOUR SEMI OR TOTAL "PERFECT PACKAGE VACATIONS". I SOLD HIGHEND HOTELS TO BED AND BREAKFAST ULTIMATE WATER TRIPS INCLUDING JET SKI, PARASAILING, BIG GAME FISHING, TROLLEY TOURS THROUGH HISTORIC PORTS, AIRPLANE RIDES TO OTHER PRISTENE ISLANDS. GLASSBOTTOM BOATS TO CHAMPAIGN SUNSET SAILS I MADE YOUR TRIP PERFECT.

THEN IN ONE FELL SWOOP OUR BUSINESS DROPPED. CUSTOMERS WERE CANCELLING TRIPS SENDING EMAILS ASKING IF THE WATERS WERE SAFE, IF IT WAS ALRIGHT TO EAT THE FISH. THE T.D.C. COULD NOT ANSWER THESE QUESTIONS, WE WERE IN THE DARK. WITH LACK OF CUSTOMERS CAME A

LACK OF NEED FOR SUCH A LARGE STAFF. I WAS ONE OF THE LAST HIRED, USUALLY MEANS FIRST FIRED...MEDIA FRENZY...

NOW. FINDING A NEW JOB AT A TIME WHEN ALL EMPLOYERS WERE CUTTING BACK ON STAFF MEMBERS.

THE MEDIA HAD EVERY KIND OF BUSINESS SUFFERING.

I HAD A SAVINGS ACCOUNT TO PAY TAXES, SINCE ONLY COMMISSIONS WERE HANDED OUT, NOT PAYCHECKS, I ALSO WAS NOT ELIDIGABLE FOR UNEMPLOYMENT. MY BILLS WERE NOW BEING PAID BY CREDIT CARDS, LOAN FROM FAMILY (NO FRIENDS COULD) MEMBERS.

I HAD TO DISCONNECT MY INTERNET, TELEVISION, LAND LINE PHONE AND INSURANCE. LUXURIES: THEY WERE NOW CONSIDERED. MAKING IT EVEN WORST FOR FUTURE EMPLOYEMENT WHEN ALL THE WORLD IS ELECTRONIC. MAXED OUT CARDS. MY CREDIT SCORE WAS 813 IN 2006 STRETCHED TO 617 IN 2012.

THANK YOU
MARY SUSAN WOODRUM