This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Selling home products and goods for building and montemanix homes

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Do to the Bp oil spill the were less tourist, locals were not purchased there for my hours were cut there no more over time.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _(signature)_   Date 5/20/13

Print Name  Maria Perdizgn   5/20/13