This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Manatee Haven I & II are vacation Rental properties I owned in the Florida Keys Marathon Fl.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Due to the spill my rental income was off at least 40%. See documentation provided.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 5/15/13

Print Name  Herbert G. Gautreaux