This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th, 2010.

I am an xray tech at Lower Keys medical Center. Our patient base is made up of locals and tourists

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I am an xray tech at Lower Keys Medical Center located in Key West, FL. In 2010 I was a Per Diem employee so my hours and paycheck depended on patients coming into the hospital as outpatients, inpatients and emergencies. After the oil spill tourism slowed way down and the per diem hours were not as available due to less patients coming into the hospital

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Lindsay Himmelsbach_   Date _5/28/13_

Print Name _Lindsay Himmelsbach_