**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I'm self employed and do paint & body work for the taxi Co. Sometimes for private persons but not much.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I repair & paint at the taxi location on Stock Island. prior to the spill I painted 20 to 24 new cars + trucks comming on line plus occasional crashes. after the spill occour happened the new cars dropped of substantally. to the point of 6 or 8 vehicles per year. Business has dropped off for me, and the drivers and everyone associated with the taxi Company since the oil spill. I can only hope this will help and things will get better

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _James A Haas_                Date _5/1/13_

Print Name _James A Haas_