**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

This is a restaurant and bar in Monroe County.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business)

I moved here in March of 2010 and got a promising job in a booming industry. In a very busy restaurant with a very intense happy hour especially with our happy hour oysters. After the spill it became too expensive for the company to continue this oyster special. Many of the local supporters withdrew themselves. Many not knowing how they would be able to feed there families because many of them are fishermen. This caused a reduction in hours and more days off.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____   Date 5/31/13

Print Name _Andrae    Cochrane_____