**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

~~Gross restore in Monroe County~~
Grocery Store in Monre County

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Do to the BP oil spill Sales went down there was not over time I loss hours ~~and~~ all the out of towners was not coming to the Keys and locals was not Spining to much money because they had no Idea what the fall out from the oil spill was going to be.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed Britney Spivey-Dixon     Date 6/5/13

Print Name Britney Spivey-Dixon