**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Tourist based income in the Keys. After the spill even though we had a good start business began to slow.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Many people began not coming to the Keys because of the rumors of oil and the ruination of the reefs, etc.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date 5/2/13

Print Name: CANDACE C. WAUGH