**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Restaurant in Monroe County.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was working as a waitress and do to the oil spill, tourists weren't traveling down, and locals weren't going out as often. My hours were cut back, and when I was given hours, we didn't have much business.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Sasha Sosa_   Date 5/22/13

Print Name _Sasha Sosa_