5/1/13

To Whom It may Concern:

I am a small business owner in the Florida Keys located in the City of Marathon, Monroe County, Florida. Marathon is a small town located on a string of Islands south of Miami.

The primary industry in the Keys is fishing and tourism. Our economy as a whole is dependent upon the pristine waters that surround our islands.

Kelly & Son Electric is in the business of a small electrical shop. The business does depend on tourist that traveling between the mainland and the big tourist attraction of Key West.

Because of the media reporting of the BP oil spill the public perception was that our shorelines and our beaches were spoiled or were going to be effected.

Therefore, tourists cancelled their trips and with no tourist spending in our area

affected my bottom line. I have worked more hours myself, terminated employees, and my landlord did agreed to lower my rent for a short period and I have attempted to cut other expenses and increase revenue at every turn. However all these efforts are simply not enough.

I wish to thank you in advance for your consideration in this matter.

Sincerely

William F. Kelly III
President