To Whom It May Concern;

The Healthy Families Monroe (HFM) program is a social support service for families with high risk factors affecting their ability to care for their children. This model program is part of Healthy Families Florida, a state-wide system and has been operating since 1999 in Key West under the umbrella of Wesley House Family Services. Lynn Wintermyer has been employed with Wesley House since 1997 and Program Manager since 2006.

The majority of the families served are moderate to low income wage earners. Most are employed in the hotel and food service industry of Key West. As a result of the oil spill and it's subsequent impact on tourism many of these families temporarily or permanently lost their jobs or had their hours reduced to the point that they could not sustain living in this community and have moved out of the area. In addition, the pool of potential participants in the HFM program has been reduced as families who would qualify for services have similarly left the community. This has produced a program capacity problem which is unprecedented in the long history of the HFM program. The reason for departure given by families as stated by them and documented in client files is the result of work/income reduction resulting from the spill. Subsequently, the decline in the numbers of families served necessitated a restructuring and downsizing of program staff. Lynn Wintermyer is a victim of this work force reduction as of August 4, 2011.

Sincerely,

*Lynn Wintermyer*

Lynn Wintermyer
Formerly Program Manager, Healthy Families Monroe
Wesley House Family Services