**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Rent A Boat Inc     Dock Work - Boat Repairs - Maintenance, - Cashier

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Restaurant - Boat Rentals - Charters - Tarpon Feeding Kayak Rentals - Jet Ski Rentals, Lost Money Due To Oil Spill Tourist Did not come.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Robert E. Forbes_ Date _4-25-13_

Print Name _Robert E. Forbes_