# IN RE: OIL SPILL by "Deepwater Horizo

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 JUL 11  PM 2:31

CHAMBERS OF
WILLIAM W. BLEVINS
JUDGE CARL BARBIER

| MDL 2179 | SECTION: J |
| --- | --- |

| CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM |
| --- |

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
| --- | --- | --- | --- |
| MOSCARELLO | BRIAN | | |

| Phone Number | E-Mail Address |
| --- | --- |
| 478 447 5547 | BRIANMOS13@WINDSTREAM.NET |

| Address | City / State / Zip |
| --- | --- |
| PO BOX 859 | ALEXANDRIA  AL. 36250 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
| --- | --- |
| Employer Name | Business Name  ALABAMA DRAGEL SERVICES |
| Job Title / Description | Type of Business  CONSULTING / ACCOUNTING FINANCIAL |
| Address | Address  PO BOX 859 . 22 GARRETT |
| City / State / Zip | City / State / Zip  MITCHELL Dr.  ALEXANDRIA  AL  36250 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number  0854 |

| Attorney Name | Firm Name |
| --- | --- |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?   YES ☒   NO ☐ | Claim Filed with GCCF?:   YES ☐   NO ☐ |
| --- | --- |
| If yes, BP Claim No.:  100/041-01 | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

| | | | |
| --- | --- | --- | --- |
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☒ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

*See Attached BP Claim*

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- ☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- ☐ 10. Person who utilizes natural resources for subsistence.

- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- ☐ 5. Resident who lives or works in close proximity to coastal waters.

- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

BRION MOSCARELLO
_____
Print Name

07/10/2013
_____
Date

3




## BP Claims Program  - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

### INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity - Individuals
- Lost Profits or Impairment of Earning Capacity - Businesses
- Removal Costs
- Subsistence Use

The BP Claims program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following three categories:

- Individuals and businesses that are not class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement;

- Individuals and businesses that are class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement but have validly exercised their legal right to timely opt out of the class settlement; and

- Individuals and businesses that are class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement but wish to pursue Claims that are Expressly Reserved to them pursuant to the Agreement, to the extent such Claims may fall within OPA.

This form is intended for use only by individual and business claimants who fall into these three categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require





Claimant Name: Moscare...

Claimant SSN, TIN or EIN:   0854   CALHOUN

additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?   [X]

Interim Payment/Settlement ?   [ ]

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.  Claimant Information (Mandatory for all Claimants)**  - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.  [ ] Property Damage**  - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.  [X] Loss of Profits or Impairment of Earning Capacity (Individuals)**  - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.  [ ] Loss of Profits or Impairment of Earning Capacity (Businesses)**  - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.  [ ] Removal Costs**  - Complete Section V only if you are asserting a claim for removal costs.

**6.  [ ] Subsistence Use**  - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

I.       **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

         **A.       Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*



Claimant Name: Moscarello                Brian

Claimant SSN, TIN or EIN:        0854                              CALHOUN

1. *If you are a Settlement Class Member <u>and have elected to opt out</u>, have you filed the appropriate written request to "opt out" of the Settlement Class?  ◯ Yes        ◯ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2.  If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, STOP.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

**B.**    **Attorney Representation**

Are you represented by an attorney?  ◯ Yes        ◯ No

[You must *complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at* www.bp.com/claims.

1. *Attorney Name:

_____    _____    _____

                    Last                                                  First                              Middle Initial

2. Law Firm Name: _____

3. *Law Firm Address: _____

                                Street

_____    _____    _____

      City                                                  State        Zip Code

_____    _____

      Parish or County                                  Country

4.*Attorney Phone: _____

                                Numbers Only

5. Attorney Email Address: _____

**C.**    **Individual Claimants**  [Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



Claimant Name: Moscarello    Brian

Claimant SSN, TIN or EIN:     0854                                    CALHOUN

1. *Name:           Moscarello                    Brian                        J
                    _____                   _____                  _____
                    Last                          First                        Middle Initial

2. *Current Address: 22 GARRETT MITCHELL DRIVE  P O BOX 859
                    _____
                    Street

   Alexandria                              AL      36250
   _____            _____   _____
   City                                   State   Zip Code

   CALHOUN                                 USA
   _____            _____
   Parish or County                       Country

3. *Home Phone:     478 447 5547
                    _____

4. Cell Phone:      478 447 5547
                    _____

5. Email Address:   brianmos13@windstream.net
                    _____

6. *Date of Birth:       /1950
                    _____
                    MM/DD/YYYY

7. *Social Security Number:        0854
                    OR         _____

   Individual Taxpayer Identification Number: _____

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases): _____

9. *Current Employer:   BRIAN J MOSCRELLO DBA
                        _____
                        Employer Name

   ALABAMA DEALER SERVICES
   _____
   Street

   PO BOX 859                              AL      36250
   _____            _____   _____
   City                                   State   Zip Code

   ALEXANDRIA                              USA
   _____            _____
   Parish or County                       Country

   CALHOUN
   _____
   Employer Identification Number (EIN)  (from your W-2 or 1099 Form)

Other/Previous Employer: _____
                         Employer Name

   _____
   Street

   _____            _____   _____
   City                                   State   Zip Code

   _____            _____
   Parish or County                       Country



Claimant Name: Moscareno                    Brian

Claimant SSN, TIN or EIN:        0854                        CALHOUN



Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10.  * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?    ⊗ Yes        ○ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

1001041-01

Did you receive a payment from BP, the GCCF, or the NPFC?    ○ Yes        ⊗ No

If yes, please provide the amount(s) and source(s) of each payment you received:

D.    **Business Claimants** [*Complete this Section only if you are a business.*]

1. *Name of Business:

2. *Type of Business:

3. *Business Address:

Street

City                                                            State    Zip Code

Parish or County                                          Country

4. *Business Phone:

5. Website Address:

6. *Other Business Name:

7. *Name of Business on Federal Income Tax Return:

8. *Employer Identification Number (EIN):
        OR

If EIN is also Your Social Security Number:



Claimant Name: Moscare Lisa   Dean

Claimant SSN, TIN or EIN:   0854        CALHOUN



9.  Date and Place Founded/Incorporated: _____

10. * Person Authorized
    To Act on Behalf
    The Business:          _____        _____
                           Last                          First

                           _____
                           Middle

11. *Title of Authorized Representative: _____

12. Home Address of Authorized Representative:

    (If Different      _____
    From Business      Street
    Address)
                       _____     _____  _____
                       City                         State  Zip Code

                       _____            _____
                       Parish or County                    Country

13. *Authorized Representative's Phone: _____

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address : _____

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?   ◌ Yes          ◌ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
    Number(s): _____

    Did you receive a payment from BP, the GCCF, or the NPFC?   ◌ Yes          ◌ No

    If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: Moscarello, Brian

Claimant SSN, TIN or EIN: '0854          CALHOUN



## II.    Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where
   Property Damage
   Took Place:         Street

                       City                                    State     Zip Code

                       Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

3. *Explain your interest in the real or personal property:     Owner ☐  ;   Lease ☐  ;   Other ☐

4. *If you answered "Other" to question 3, please explain:

5. *How much are you claiming for the damage to real property? $

6. *How did you arrive at this figure?

7. *How much are you claiming for the damage to personal property? $

8. *How did you arrive at this figure?

9. Please list witnesses who have personal knowledge of the damage that occurred:

Witness
Name:          Last                                    First

               Middle Initial

Claimant SSN, TIN or EIN: 0854   CALHOUN

Address:

Street

City                                           State     Zip Code

Parish or County                                        Country

Home Phone:                                    Cell Phone:

Email Address:

Relationship of Witness to you or your business:

Witness Name:

Last                                           First

Middle Initial

Address:

Street

City                                           State     Zip Code

Parish or County                                        Country

Home Phone:                                    Cell Phone:

Email Address:

Relationship of Witness to you or your business:

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Photographs of the property before and after the alleged damage

· Your calculations and methods for assessing the claim amount

· Receipts, invoices, estimates or contracts for the work needed or repairs performed



Claimant Name: Moscarello,                         Brian

Claimant SSN, TIN or EIN:        0854                         CALHOUN



- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

**III.    Loss of Income or Impairment of Earning Capacity (Individuals)**

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer ☐         Yes, self-employed ☒         No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

BRIAN J MOSCARELLO DBA ALABAMA DEALER SR
_____
Employer Name or Self-Employed Business Name

22 GARRETT MITCHELL DRIVE PO BOX 859
_____
Street

| ALEXANDRIA | AL | 36250 |
|---|---|---|
| City | State | Zip Code |
| CALHOUN | | USA |
| Parish or County | | Country |

_____
Employer Identification Number (EIN) *(from your W-2 or 1099 Form)*

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

CONSULTANT
_____

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

LOST CLIENTS/INCOME  WHO DID NOT REBUILD AFTER  APRIL 2010 SPILL. SENDING 2009 AND 2010 TAX RETURN
_____



Claimant Name: Moscarella                    CALHOUN

Claimant SSN, TIN or EIN:   0854

5.* How much are you claiming for lost profits or impairment of earning capacity? $  334265.00

6. How did you arrive at this figure?

AVERAGE INCOME PRIOR TO SPILL AND AVERAGE INCOME AFTER SPILL

(PRIOR) 15 TO. 21,000 Monthly - (AFTER) 4-5,100

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

I WAS DEPENDANT ON CLIENTS OPERATING INDPEDENDANT CAR LOTS AND PARTS WHOLESALE BUS .INCOME DROPPED BY 70 PERCENT

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity?      ( ) Yes     (X) No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: Moscard... ...8ri8r... CALHOUN

Claimant SSN, TIN or EIN:   0854



· Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
· Driver's license or other personal identifying (photographic) documentation
· Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
· Replacement contracts or reservation documents
· Cancelled loans, credit agreements, leases, if applicable to the claim
· Receipts for expenses incurred as a result of loss (such as job training or job search costs)
· Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
  · Licenses that may be applicable to claim
· Your vessel charter agreement (MVCA) if you participated in the VoO program
· Other documents establishing that your claimed loss was caused by the Spill

## IV.    Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business: _____

2. * Describe the nature of business as of April 20, 2010: _____

_____

3. * State the sources of income or types of customers for the business as of April 20, 2010:

_____

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

_____

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

_____

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ _____



Claimant Name: Moscarello _____ Brian _____

Claimant SSN, TIN or EIN: ____ 0854 _____ CALHOUN _____



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII.   Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*
*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.  I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _____ Date: 04·16·2013

Month/Day/Year

Print Name: BRIAN MOSCARELLO

The Claimant must sign this claim form personally.  No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent.  If the Claimant is a business, an authorized business representative may sign.  If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.



# ▲ REGIONS

Regions Bank

Gadsden Broad ST Main
200 Broad ST
Gadsden, AL 3590:

00120702 01 AT 0.346 001
BRIAN MOSCARELLO
22 GARRETT MITCHELL DR
ALEXANDRIA AL 36250-5494

ACCOUNT #   0056626029

|  |  |
|---|---|
| Cycle | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## 50+ FREE CHECKING
### July 1, 2008 through July 31, 2008

## SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $4,010.79 | | Minimum Balance | $1,615 |
| Deposits & Credits | $34,692.36 | + | Average Balance | $7,739 |
| Withdrawals | $5,616.77 | − | | |
| Fees | $15.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks Converted | $2,853.21 | − | | |
| Checks | $14,915.55 | − | | |
| Ending Balance | $15,302.62 | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/16 | Deposit - Thank You | 10,181.91 |
| 07/22 | Wire Transfer Crane Title IN | 19,865.32 |
| 07/31 | Deposit - Thank You | 4,645.13 |
| | Total Deposits & Credits | $34,692.36 |

## WITHDRAWALS

| | | | | | |
|---|---|---|---|---|---|
| 07/03 | Safe Deposit Box Rental Fee Moscarello,Bri | | | | 42.00 |
| 07/03 | ATM Withdrawal Winn Dixie 249 Winn Dixie 24 Anniston | ALIN3073 | 1030 | | 157.10 |
| 07/07 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 20.47 |
| 07/07 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 9.46 |
| 07/08 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 126.47 |
| 07/09 | ATM Withdrawal Winn Dixie 140 Winn Dixie 14 Anniston | ALIN3055 | 1030 | | 27.57 |
| 07/11 | ATM Withdrawal Wal-Mart #0329 Wal-Mart #032 Anniston | AL24032901 | 1030 | | 43.64 |
| 07/18 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 321.30 |
| 07/21 | ATM Withdrawal Regions Saks-Anniston Anniston | ALAB831 | 1030 | | 100.00 |
| 07/21 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 32.86 |
| 07/23 | ATM Withdrawal Nnt Midtown Ou Nnt Midtown O Anniston | AL00563280 | 1030 | | 507.57 |
| 07/24 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 2,278.12 |
| 07/24 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 1,092.09 |
| 07/24 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 173.32 |
| 07/24 | ATM Withdrawal Winn Dixie 249 Winn Dixie 24 Anniston | ALIN3054 | 1030 | | 28.50 |
| 07/25 | CheckCard Purchase Triplett Paint Anniston AL 1030 | | | | 279.72 |
| 07/28 | CheckCard Purchase Domino S Pizza Anniston AL 1030 | | | | 75.55 |
| 07/28 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 49.60 |
| 07/28 | ATM Withdrawal Winn Dixie 249 Winn Dixie 24 Anniston | ALIN3070 | 1030 | | 35.60 |
| 07/28 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 23.72 |
| 07/28 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 16.22 |
| 07/29 | ATM Withdrawal Lowe S #2659 Lowe S #2659 Anniston | AL001 | 1030 | | 59.35 |

Form **1040**

Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return **2010**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____, 2010, ending _____, 20____

**Name, Address, and SSN**

Your first name: BRIAN   MI: J   Last name: MOSCARELLO

Your social security number: _____-0854

OMB No. 1545-0074

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

22 GARRETT MICHELL DRIVE   PO BOX 859

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code

ALEXANDRIA   AL   36250

See separate instructions.

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**   ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? . . . . . . . . . ▶ ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1. [X] Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b   1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than four dependents, see instructions and check here . . ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . .

Add numbers on lines above ▶   1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . | 12 | -19,545. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | | b Taxable amount . . | 15b | |
| 16a | Pensions and annuities . . . . | 16a | | b Taxable amount . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . | 20a | | b Taxable amount . . | 20b | |
| 21 | Other income | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -19,545. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN . . . ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . ▶ | 37 | -19,545. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112  12/22/10   Form **1040** (2010)



**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ **Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.**
▶ Attach to Form 1040, 1040NR, or 1041.      ▶See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**
Attachment
Sequence No. **09**

Name of proprietor: BRIAN J MOSCARELLO

Social security number (SSN): -0854

| | | |
|---|---|---|
| **A** | Principal business or profession, including product or service (see page C-2) VP AUTOMOTIVE CONSULTING | **B** Enter code from pages C-9, 10, & 11 ▶ **522200** |
| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |

**E**  Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F**  Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G**  Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses    [X] Yes  [ ] No

**H**  If you started or acquired this business during 2009, check here    ▶ [ ]

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if:<br>● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | ▶ [ ] | 1 | 128,456. |
| 2 | Returns and allowances | | 2 | |
| 3 | Subtract line 2 from line 1 | | 3 | 128,456. |
| 4 | Cost of goods sold (from line 42 on page 2) | | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | | 5 | 128,456. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | ▶ | 7 | 128,456. |

## Part II   Expenses.   Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1,080. | 18 | Office expense | 18 | 612. |
| 9 | Car and truck expenses (see page C-4)   **Stmt 6** | 9 | 10,763. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | 3,625. | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| | | | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 886. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | | 22 | Supplies (not included in Part III) | 22 | 436. |
| | | | | 23 | Taxes and licenses | 23 | 156. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 2,125. |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see page C-6) | 24b | 660. |
| 16 | Interest: | | | 25 | Utilities | 25 | 1,420. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | 1,325. | 27 | Other expenses (from line 48 on page 2) | 27 | 1,273. |
| 17 | Legal and professional services | 17 | 546. | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 | ▶ 28 | 24,907. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 103,549. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | 443. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>● If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>● If a loss, you **must** go to line 32. | 31 | 103,106. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>● If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>● If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

LHA   **For Paperwork Reduction Act Notice, see page C-9 of the instructions.**

920001  10-22-09

Schedule C (Form 1040) 2009

# Form 1040

**Department of the Treasury — Internal Revenue Service**

## U.S. Individual Income Tax Return 2001

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending 20    (99)    IRS use only - Do not write or staple in this space.

**Label** (See Instructions)

**Use the IRS label. Otherwise, please print or type.**

Your First Name: **BRIAN**  MI: **J**  Last Name: **MOSCARELLO**
Your Social Security Number: **0854**

If a Joint Return, Spouse's First Name: **SUSAN**  MI: **J**  Last Name: **MOSCARELLO**
Spouse's Social Security Number: **-1183**

Home Address (number and street). If You Have a P.O. Box, See Instructions: **1470 FALLSBROOK COURT**  Apartment No.

City, Town or Post Office. If You Have a Foreign Address, See Instructions: **ACWORTH**  State: **GA**  ZIP Code: **30101**

▲ **Important!** ▲
You must enter your social security number(s) above.

**Presidential Election Campaign** (See Instructions)
▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶
You: Yes ☐ No ☒   Spouse: Yes ☐ No ☒

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above & full name here ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| DAVID MOSCARELLO | 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 | Son | ☒ |
| LINDSAY MOSCARELLO | 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 | Daughter | ☒ |

If more than six dependents, see instructions.

No. of your children on 6c who: • lived with you: **2**
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ **4**

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ..... **7** | 191,256.
8a Taxable interest. Attach Schedule B if required ..... **8a**
b Tax-exempt interest. Do not include on line 8a ..... **8b**
9 Ordinary dividends. Attach Schedule B if required ..... **9**
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... **10**
11 Alimony received ..... **11**
12 Business income or (loss). Attach Schedule C or C-EZ ..... **12**
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ ..... **13**
14 Other gains or (losses). Attach Form 4797 ..... **14**
15a Total IRA distributions ..... **15a**  b Taxable amount (see instrs) **15b**
16a Total pensions & annuities ..... **16a**  b Taxable amount (see instrs) **16b**
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ..... **17** | 0.
18 Farm income or (loss). Attach Schedule F ..... **18**
19 Unemployment compensation ..... **19**
20a Social security benefits ..... **20a**  b Taxable amount (see instrs) **20b**
21 Other income ..... **21**
22 Add the amounts in the far right column for lines 7 through 21 This is your **total income** ▶ **22** | 191,256.

## Adjusted Gross Income

23 IRA deduction (see instructions) ..... **23**
24 Student loan interest deduction (see instructions) ..... **24**
25 Archer MSA deduction. Attach Form 8853 ..... **25**
26 Moving expenses. Attach Form 3903 ..... **26**
27 One-half of self-employment tax. Attach Schedule SE ..... **27**
28 Self-employed health insurance deduction (see instructions) ..... **28**
29 Self-employed SEP, SIMPLE, and qualified plans ..... **29**
30 Penalty on early withdrawal of savings ..... **30**
31a Alimony paid  b Recipient's SSN ▶ ..... **31a**
32 Add lines 23 through 31a ..... **32**
33 Subtract line 32 from line 22. This is your **adjusted gross income** ▶ **33** | 191,256.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.    FDIA0112  12/10/01    Form **1040** (2001)

not Final    Copy only    DRAFT



MARCH 22, 2013


BRIAN J. MOSCARELLO
PO BOX 859
ALEXANDRIA, AL 36250-0859

Re:     *Claim Determination Notification*
         Claim Number: 1001041-01

Dear BRIAN J. MOSCARELLO:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of BRIAN J. MOSCARELLO in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that you have not demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

**A D S  DEALER SERVICES**
AUTOMOTIVE  MANAGEMENT  SUPPORT
**BRIAN J MOS**

22 GARRETT MITCHELL DRIVE
ALEXANDRIA  ALABAMA  36250

CELL 478  447  5547
e mail  brianmos13@
WINDSTREAM .NET

▶ Insert shipping document here.

Extremely Urgent

RT 119  1  B
2798
07.11

FZ

U.S. MARSHALS

Part # 156297-435 RIT2 02/13

SHIP DATE: 10JUL13
ACTWGT: 0.3 LB
CAD: */POS1400
DIMS: 0X0X0 IN
BILL SENDER

FedEx
Express  **E**

ORIGIN ID:MGMA (334) 262-5562
AUTO ENTERPRISES
645 EASTERN BLVD

MONTGOMERY, AL 361171910
UNITED STATES US

TO CARL J BARBIEL
UNITED STATES GOVERNMENT COURT
500 POYDRAS ST

NEW ORLEANS LA 70130
(604) 680-7900

REF:
DEPT:

THU – 11 JUL 3:00P
STANDARD OVERNIGHT

TRK# 8010 6186 2798
0215

XH NEWA

70130
LA–US   MSY

0452941355

---

**FedEx** Express
**NEW** Package
**US Airbill**

FedEx
Tracking
Number  **8010 6186 2798**

1 From  This portion can be removed for Recipient's records.

Date _____

Sender's
Name _____ Phone 334  242-5562

Company  AUTO ENTERPRISES 645 EASTERN

Address _____

City  MONTGOMERY  State AL  ZIP 36117-1910

RECEIVED
JUL 11 2013
EASTERN CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

2 Your Internal Billing Reference

3 To
Recipient's
Name _____  Phone 677 497 6182

Company  CLERKS OFFICE

Address  UNITED STATES GOV____

Address  500 POYDRAS ST. 651

City  NEW ORLEANS  State LA  ZIP 70130

0452941355

8010 6186 2798

fedex.com 1.800.GoFedEx 1.800.463.3339