**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_Truck Driver Commission - in the Florida Keys_

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

_Truck Driver Commission in the Florida Keys_
_We rely heavily on Tourism!_

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date _6-19-2013_

Print Name _Armando Lopez_