**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I work for a high end Resort Community (full service) in the spa as a massage therapist

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Due to the oil spill my hours and pay was greatly reduced. People did not seem interested in visiting Ocean Reef Club nearly as often due to their fear of the situation. Also, they were very guarded about what services they would recieve - only choosing very basic services with no upgrades. There was a drastic reduction immediately following the spill of tourist as well as part-time residents visiting.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____Ruth Haigh_____ Date 6/20/2013

Print Name _____Ruth Haigh_____