

*Specializing in Concrete Repair and Painting*

July 29, 2011

Due to the Deepwater Horizon oil spill on April 20, 2010 my hours of work and income were severely impacted. My employers' customer base is primarily Hotels, Motels, and rental properties in Key West. When tourism came to a stop, they lost more than half of their business. Therefore my salary was cut in half.

Sincerely,

John Mann

P. O. Box 2201 * KEY WEST, Fl 33045 * (305) 294-9119