**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Repair and install air conditioning units and refrigeration equipment
Duct Cleaning

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

We have an air conditioning company. Due to the oil spill locals and tourists put a halt to spending money on their homes or vacation rentals. Everyone was holding onto their money as they were uncertain of the future of the Florida Keys. They did not even want to visit due to their fears of unsafe water conditions for drinking – as well as the health of the fish / food.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____   Date 6/20/13

Print Name  Jeremy Haigh