**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

INCOME WAS FROM BUILDING PERMIT EXPEDITING, BUILDING PLAN REVIEW & CODE COMPLIANCE INSPECTIONS.

TYPES OF CUSTOMERS INCLUDED: PROPERTY OWNERS, DEVELOPERS; CONTRACTORS; REALTY AGENTS; BANK REO DEPARTMENTS.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

WE PROVIDE A SERVICE THAT PROVIDES CONSTRUCTION EFFICIENCY TO THE THE LOCAL BUILDING COMMUNITY AND TO

PROSPECTIVE PROPERTY DEVELOPERS. WHEN THE SPILL OCCURED, WE LOST BUSINESS DUE TO LACK OF INTEREST IN DEVELOPING

OR IMPROVING PROPERTIES HERE. THE RECOVERING REAL ESTATE MARKET HERE TOOK A MAJOR SETBACK WHEN THE SPILL OCCURRED.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_ Date 5-22-2013

Print Name PAUL TURICK