**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked at Salvation Army as Cusier in Key largo, Fl.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I worked at Salvation Army in Key largo which is a thrift store that sells to locals and tourists. Due to lack of tourism and locals having less money due to the downturn in economy because of the oil spill, they had less business.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  *Amalia Quezada*   Date 6/6/13

Print Name  Amalia Quezada 6/6/13