This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil spill April 20th 2010.:

The source of income for this entity is from rents collected for rental of property and building space. Our tenants were an art gallery, a person who grew coral and a Wave-runner/boat rental operation.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Marker 84 Properties LLC is a partnership which rents property and building space in the Florida Keys (Islamorada, FL) to different commercial businesses. My wife and I are partners/owners of this property. One business that space was rented to was an art gallery. This artist relied on tourist trade to sell his paintings. The oil spill greatly affected tourism in an adverse way and subsequently, this artist left our space by the end of 2010. The other business that space was rented to was a person who was growing coral in the ocean and used our location to accept orders and ship the coral out to customers all over the world. His business was dramatically affected by the oil spill and he also left. The last business that rented space at this property offered boat and waverunner rentals to tourists. Again, the lack of tourists visiting the Florida Keys after the oil spill dropped and adversely his business and our ability to rent this space.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___    Date 5/7/13

Print Name Joseph J. Janas