**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Residential Plumbing Co. Vacation Rental & Condos

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Customers were not renting out their Condos & Vacation Rentals. Residence were not spending money on New Construction as we did not & still do not know what the oil on the bottom of the ocean will bring. Customers were not remodeling their homes or condos because of spill.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date 7/2/13

Print Name  Earnie Alexander