**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Retail

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was in school and when the Oil spill happend people weren't spending much money on clothing because they didn't know what was going to happend, then I transfer to another JCpenney, but I had to get another job were I maked less money because the position was eliminated.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Jesus Ram___  Date 7/2/13

Print Name  JESUS RAMOS