**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

SERVICE & BARTEND MAINLY FOR TOURIST.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

BECAUSE OF THE BP SPILL, I HAD LOST ALOT OF CLIENTS. MY TIPS & WAGES DROPPED DRASTICALLY. MAJORITY OF CLIENTS ARE HERE FOR FISHING & WATER FUN.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Anneliese J Hart_____ Date _7-2-13_

Print Name _ANNELIESE J. HART_____