This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

MRI technologist, perform scans on patients as necessary - I was employed by a mobile unit in Key West and patient flow was determined by amount of tourists & visitors.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I am employed by a mobile MRI unit that is located behind the main hospital and is directly affected by amount of people visiting Key West. I perform all duties out of Lower Keys Medical Center in Key West, Florida. During the oil spill, patients were limited due to decrease in travelling tourists, cruise ships and business decreased substantially. I was not given any bonuses, a raise or any additional hours of work.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Marsha Jones     Date: 6/14/13

Print Name: Marsha Jones