**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Source of income is Rental income. Customers were tenants.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Company rents Commercial Rental Tenants cater to the Tourist industry and was struggling with sales and as a result was struggling with rent payments.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Ana Ramsingh_ Date _6/24/2013_

Print Name _Ana Ramsingh_