**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

PROPERTY RENTALS TO LOCALS

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

RESIDENTIAL RENTALS TO LOCAL WORKING PEOPLE LOCATED IN KEY 2314 PATTERSON AV. TENANT HAD PROBLEM GETTING WORK WE HAD TO GET ANOTHER TENNANT, THE REPAIRS AND NECESSARY MINT HAD TO BE PROLONGED DUE TO INSUFFICIENT RENTAL BESIDES HAVING TO PAY THE MORTGAGE.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Frank R. Ramsey    Date: 6/24/13

Print Name: Frank R. Ramsingh