**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Marathon Marina
Carribean Resort
Service calls - repairs to rentals

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Marathon Marina - repair & remodeling After the oil spill the marina had large cancellations of liveaboard slips, which meant stopage of my remodle and repair work.

The resort had the same problem with people canceling rentals which stopped repair work for my bussiness

Because of the spill tourists stopped coming and my normal service calls stopped

Home owners got worried and stopped remodeling work

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed Charles Ricksecker    Date 4-10-13

Print Name Charles Ricksecker