Wednesday June 1, 2011

To whom it may concern:

My name is Angie DiGiovanni, and I am a Front Desk Supervisor with Tranquility Bay Beach House Resort. I am writing to you concerning the Deepwater /BP explosion and oil spill which took place in the Gulf of Mexico on April 20th, 2010 and the resulting economic down turn that the Florida Keys and the Gulf Coast region have suffered. As the resort that I am currently employed with sits directly on the Gulf of Mexico our occupancy, as well as my paid hours, have been drastically affected by this terrible disaster. My hours have gone from an average of 37 to 40 hours per week to between 25 to 30 hours per week. I have also been through my performance evaluation and though I scored high on each evaluation I was not given a raise due to a hold on raises due to the oil spill.

I am not looking to exploit anyone but I do feel however that I should be compensated for my loss in pay, as it has effected me as well as my family. Your cooperation is greatly appreciated. Thank you for your time and understanding.

Sincerely,

Angie L DiGiovanni