**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Retail Store

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Due to BP oil spill, tourist we not coming to the Fl keys, all businesss lost money, due to the fact that we are tourist driven community

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed Cynthia L Dech    Date 7-12-13

Print Name Cynthia L Dech