**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Irent Scooters Bicycles Electric Cars & Gas Cars

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Because of the BP Oil Spill The tourist Stop Comming To Keywest I work on Commissions Which Means if I don't rent The Equiptment I don't make Money the Tourist weren't There there for I Lost Money

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 7/12/13

Print Name R L PauLin _____