**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked in The Hospitality Industry @ The Concha Hotel in Key West.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

✱ See attached

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 7/8/2013

Print Name Kevin R Dunphy

July 8, 2013

To the Honorable Members of the Court:

I was the Chief Engineer and one of six Executive Officers that operated and managed the day to day operations of the Crowne Plaza LaConcha Hotel on Duval Street downtown Key West, FL. Built in 1927 and tallest building in Key West with 360° panoramic views of the Atlantic to the Gulf of Mexico. The Hotel is owned and managed by Remington Hotels, a large corporation boasting 70 properties nationwide with over 7,000 employees. Strict budgets are in place for all aspects of operations and departments based on occupancy from past years and forecasted aggressive sales. Our normal yearly occupancy percentage was 93%, lowest was 83% and highest was 100%.

March 10, 2010, Remington Hotels annual hotel operations meeting, Dallas, TX. GM was nominated GM of the year, controller received controller of the year; I received 100% on operations. Audit, 1st ever for any property of Remington Hotels. The hotel was in highest regards and received Crowne Plaza's guest Achievement Award 2009. By the end of June 2010 our forecast occupancy was down 17% and budget short by $187,000.00. By August 1, we were down 26% and $318,000.00 short, corporate was panicking and all contract hourly employees were let go except manager's assistances.

August 5, 2013 General Manager was let go, August 9, 2010 Controller was let go. August 15, 2010 Director Food and Beverage let go, Sales Manager let go. August 20th Regional up for LaConcha let go. I fought hard or 3 weeks but was let go for not doing a good enough job on September 8, 2010. My job was not filled and was put on my assistant, a contract labor making $12.50 an hour from Poland. As discovering no opportunities in the hospitality industry in the Keys for engineering I applied and received unemployment compensation.

After spending half of my adult life in the Keys I had no way to live here and sold all I could to relocate to Orlando where I could live with a friend and seek employment in a large tourism based city. I said goodbye to long term friends, my pride, self esteem and $12,000.00 of prize possessions.

Items Sold

A 1992 totally restored Harley Davidson custom soft tail with registered score paint job valued at $12,000.00. Sold for $4,500.00 after 30 days.

1988 Jeep Wrangler, Laredo, Savage Addition, totally restored sold $6,500.00;

90% of home furnishings $3,000.00.

Was on unemployment for 18 months and found hospitality employment in Key West on September 18, 2012 as Maintenance Manager.

I am know 57 years old and can't articulate the anguish this spill has caused, intangible losses that cannot be replaced.

It is in my opinion that 18 months of wages should be compensated by BP approx. $97,500.00