**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was a Service Manager at Lighthouse Boat Center in Key Largo FL.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was working as Service Manager at Lighthouse Boat Center in charge of service Department which performed work on Boats in Key Largo FL. Before April 20th I was working 5 Days on salary and After April 20th I had be Reduced to 4 Days with cut in pay.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 7-11-13

Print Name JASON Broeder