**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I WAS THE GENERAL MANAGER OF TROPICAL PACKAGE STORE FROM MAY 2004 TO JUNE 2010

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

WE WERE A LIQUOR STORE ON FLEMING STREET IN KEY WEST & SOLD TO LOCALS & TOURISTS. THE STORE WAS SOLD TO A SYNDICATE WHO HAD THEIR OWN STAFF. I COLLECTED UNEMPLOYMENT FOR 99 WEEKS WHILE LOOKING FOR ANOTHER JOB. AFTER THE DEEPWATER SPILL THE TOURIST TRAFFIC WENT DOWN & I WAS UNABLE TO FIND ANOTHER JOB.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _WRGillette_  Date _7/2/2013_

Print Name _WILLIAM R. GILLETTE_