**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked for Island House Hotel in Key West, FL. My income relied on the tourist visiting the hotel.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The hotel/resort I worked for in 2010 was a tourist based business located in KW, FL. My work relied on tourist money. We had several cancellations for the hotel due to the oil spill. My bonuses & tips that would normally come to me, if we had a full house, greatly diminished due to drop in business.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Billy Dollarhide       Date: 7/3/2013

Print Name: Billy Dollarhide