**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked at Niles Sales + Service, Doing internet Sales for cars.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

*See attached -

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Patrycja Fac_   Date 7/2/2013

Print Name PATRYCJA FAC

To Whom It May Concern,

In October 2009 I was hired as Internet Sales Manager by Niles Sales and Service, car dealership in Key West. In 6 months I got promotion and moved to Accounting Department. I worked closely with our controller. I have a Master Degree in Accounting and Computer Science. Niles Sales and Services asked me if in the future I would like to take over the business office and become a Certified Public Accountant – my dream job! Few weeks later I was attending the Keiser University.

After the BP oil spilled everything changed. My husband lost his job in 2010...nobody was hiring in Key West where most of the business comes from tourism. I was the only one who supported our family.

The car dealership operation was extremely effected by BP oil spill by the end of year 2010. In the beginning of 2011 I was laid off work. I could not collect an unemployment because the separation between Niles Sales and Service and me was due to lack of work. I felt hurt, vulnerable, and angry after losing my job. On the top of that I had been left with a debt to Keiser University since Niles Sales and Service stopped paying it. This affected me of dropping out of school in next two months. I was without job with outstanding debt to Keiser University, credit cards companies and car loan. This situation put too much stress and tension in our marriage. We separated it. That was the worst time of my life. I've struggled to pay my rent and bills on time. I could not make ends meet. After few months the only jobs available were a restaurant server and gift shop cashier.  Till now I still work 70 hours a week and battle to get back on my feet after BP oil spill.

Please consider my best interest in this claim,


Sincerely,


Patrycja Fac