**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked for Lower Keys Medical center. My source of income was locals and tourist.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I worked for Lower Keys medical center located in Key West, Monroe county. I was a nurse assistant at the medical center, assisting Nurses during their shifts. During the time of the BP oilspill, it was very slow, very little patients, so, it effected me to the point where I was placed on call, or asked not to come to work, Due to not enough patients. This caused me to lose hours, and this effected my pay. I use to make over time hours, but because of this spill, no overtime was available.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *[signature]*  Date: 7/16/2013

Print Name: MARINA BOARDMAN
MB.