**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was hired & offered employment in April 2010 as a Sales Rep with Historic Tours of America working for an hourly base pay + commission, which was the bulk of income.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

— See attached —

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Suzanne McGle_ Date _6/15/2013_

Print Name _Suzanne M. Egle_

## BP CLAIM PERSONAL INFORMATION

I am employed in the hospitality industry in Key West, FL (Zone A) by Historic Tours of America (specifically with The Conch Tour Train), and my income is mostly determined by commissions on sales to tourists purchasing tickets on our tour trains who visit Key West. My company was negatively affected by the BP Oil Spill and was paid a claim (see attached statement) and everyone who works with our company and involved directly with the tourism was affected. Because of the stigma of the oil arriving in the keys, tourists didn't come, causing a ripple effect to all involved in the tourism industry here.

I was interviewed and hired in April of 2010, just as the oil spill occurred (without our immediate knowledge of its effects or consequences). My anticipated income, which was a major reason for my taking the job and based on prior years of sales in our company and past income levels of our sales reps and tour guides, was definitely adversely affected by the ripple effect that occurred in the months following the spill.

I don't have prior years' income with the company to compare, but I was definitely affected, as was everyone in the company, here in Key West.

I did file a claim earlier with BP but was denied because I didn't have the prior years' income base to compare with.

Thank you,

*Suzanne Egle*

Suzanne M. Egle
1500 Seminary Street, 3-F
Key West, FL 33040