**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was a bartender in a successful marina/fishing area

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Prior to the Deepwater Horizon Incident, I was a bartender servicing tourists and local charter fishermen on a daily basis. I relocated from a poor economy in Michigan as a teacher to an area rich in tourism and revenue. After the incident/media frenzy surrounding it, I was forced to search for employment at other restaurants, bars, etc. and to file bankruptcy due to inability to pay bills & cover finances. Because of the strain on my finances, my marriage dissolved in the process.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 5/16/2013

Print Name April Cooper