This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Income was from Sales + Service of Air cnd., Pool Heaters, Ice Machines and Refrigeration

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

HVAC Service + Sales — we operate from Marathon to Ocean Reef — we do Sales and Service on Air Cond, Ice machines, Pool Heaters, and Refrigeration for Restaurants and Vacation Rentals and Personal Residences — Tourism was Down in Vacation Rentals and Restaurants causing a loss in Income

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Eric S._____  Date 7/20/13

Print Name _Eric Swenson_____