This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

High End Resort Marina Restaurants Bars Clothing Shops

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Due to the Oil spill my hours were cut, less tourists came to the resort, Affected all the locals because they Also got less income therefor they stopped coming to the bars and restaurants. We had a lot of reservations cancelations. I made less tips and some wedding parties were cancelled as well.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date 06/26/13

Print Name Dimaima Matos