This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Persons working for businesses in retail or service: resturants, hotels, gift shops, diving facilities, fishing

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Residential Rentals (Apts.) year round Rental Apts. in Key West, FL Due to the impact of the oil spill, upon tourism in the Key Largo/Key West area, my rental Apts. have been adversely affected, as above mentioned businesses were affected financially, having to dismiss employees & tenants had to move & leave the Keys. (Monroe County).

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Carolyn R. Cochrane   Date 12-21-12
Trust Executor
Print Name: Carolyn A. Cochrane