10/02/1012

To Whom it may concern:

I, Allessandra Sclichter, own and operate a professional clinical skin business in Key Largo, under the name of Lissa Terese LLC. I also operate out of two satellite locations one in Key West and one in Homestead, Florida. The majority of my clients are the wives of fishermen, Captains and the service industry workers such as bartenders, wait staff and hotel workers. I also have a base of tourist clients. I perform microdermabrasion, peels and sun damage repair and care among other treatments. My clients, the local fish industry workers, also bring me their teens for acne skin care and prevention. The year after the Oil spill really affected my client's budgets. Many stopped coming and many cut back on their treatments with me. It was a rough year.

Thank you,

Sincerely

Allessandra Sclichter

Lissa Terese, LLC