**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Income & customers were all in Monroe County, they ranged from individual home owners to all types of businesses - small to large, hotels, motels, restaurants & individuals made up the bulk

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Aaffordable Solutions LLC was formed in February of 2010 to perform tree trimming & landscaping services. Our accounts were mostly hotels, motels & restaurants. Our people were experts & equipment state of art or unique in that we could get trees done efficiently & without harming other landscaping - our lot was unique. We had all the business we could handle until about a month after the spill when it became apparent that tourism was at a grinding halt. This in turn completely impacted people/businesses spending money on my type of service. After a few months of feeding it cash the decision was made to shut down the business.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date 7/22/13

Print Name Edith Overhardt