**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

High end Resort and Marina.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

During the time of the oil Spill Business were lost. No Tourist wanted to come to the Keys/Work Place. My employers began to cut hours... After that I was unable to make a full st Check (80hr Biweekly). Causing a lot of Stress on me and my family. My livelyhood depended on tourist coming to the keys wanting to have a relax and fun vacation.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Keisha_____ Date _July 27, 201_

Print Name _Keisha Beswick Marshall._