**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Boat Maintenence and repairs, Year 'round and Seasonal

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

We maintain boats at the owners request. This includes everything from oil changes, engine maintenence, and complete detailing services.
Many of our regular clients did not come to the Keys after the spill and we had very few vacationers to make up the difference. We are Seasonal but in business year round.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date 8-2-13

Print Name Brendan Crumb