**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Comercial and Residential Plumbing

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I Lost hours of work Due to tourist not coming to town and Locals not spending money for our plumbing services. The scare of the B.P. Oil spill kept People Away

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  David W Umpleby    Date 6-26-13

Print Name David W. Umpleby