May 15, 2013


Re: Deepwater Horizon Oil Spill


To Whom it May Concern:


This devastating event has done deadly harm to our environment, the ocean and all species of marine life, and has done financial damage to all people in the effective areas.

I worked and lived in the Florida Keys, Monroe County, which

Thrives on the fishing industry and tourism. I work in the construction industry and due to the anticipated environmental disaster, there was a tremendous loss of work in our area.

I was laid off my job and was forced to move from our home in Big Pine Key.

Sincerely,

Jim Whitmarsh