IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179　　　　　　　　　　SECTION: J　　　　　　　　JUDGE CARL BARBIER

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Simmons | Paul | Wesley | |

Phone Number: 562-400-7482
E-Mail Address: Paul.llip@yahoo.com
Address: 11522 215th Street #5
City / State / Zip: Lakewood Cal. 90715

INDIVIDUAL CLAIM ☒　　　　BUSINESS CLAIM ☐

Employer Name: A.R.T Catering
Job Title / Description: Night Supervisor / cook-Baker
Address: 132 Jarrell Rd.
City / State / Zip: Bellechase LA 70037
Last 4 digits of your Social Security Number: 5668

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name:
Address:
Phone Number:
Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP? YES ☒ NO ☐　　　Claim Filed with GCCF?: YES ☒ NO ☐
If yes, BP Claim No.: 1001566470　　　If yes, Claimant Identification No.: 3196473

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Accident Occurred on April 20, I was working on the "Clearleader" at time of Accident and had been out in the gulf for eight weeks. I came back onshore on the 28th of April. And still have not been back to work as of this day. Have worked in gulf since (95) often for months at a time.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

August 3, 2013



Honorable Carl J. Barbier
Judge U.S. District Court
Clerk: Section J

RE: Direct Filing MDL Short Form

I Paul Simmons do respectfully submit this statement and short form. After speaking with court assigned assistants, they told me to submit this information to you.

As I have, done all work pertaining to my case (from 2010 until this date August 2013). My former attorney failed to file or notify me of deadlines. I have submitted all necessary documents up to this time. i.e.: GCCF, DWHS, and RWAF, I was denied on each instance.

On January 18, 2013, I submitted my claim information for consideration under O.P.A. Act of 1990 to the B.P. claims program:
P.O. Box 330919
Houston, TX 77233-0919

My prior claims numbers are:
DWH - 100156470
GCCF - 3196473
RWAF – 80859

I appreciate your acceptance of this form and statement.

Thank you.

Respectfully,

*Paul W. Simmons*

Paul W. Simmons

P. Simmons
11522 215th St. #5
Lakewood, CA 90715



RECEIVED
AUG -5 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

7013 0037364

U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, La 70130
Section J Judge Carl J. Barbier
Room C 256      Clerk Room C 268