# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179     SECTION: J     JUDGE CARL BARBIER

## CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| ETIENNE | KENNETH | E. | |

| Phone Number | E-Mail Address |
|---|---|
| 239-200-4473 | KENNETIENNE@GMAIL.COM |

| Address | City / State / Zip |
|---|---|
| 4335 14th ST NE | NAPLES, FL 34120 |

**INDIVIDUAL CLAIM** ☐     **BUSINESS CLAIM** ☒

| Employer Name | Business Name: KENNETH E. ETIENNE |
|---|---|
| Job Title / Description | Type of Business: REAL ESTATE AGENT |
| Address | Address: 4335 14th St. NE |
| City / State / Zip | City / State / Zip: Naples, FL 34120 |
| Last 4 digits of your Social Security Number: 0539 | Last 4 digits of your Tax ID Number: 0539 |

| Attorney Name: Pro Se | Firm Name: c/o NAPLES REALTY SERVICES |
|---|---|
| Address: 4335 14th St. NE | City / State / Zip: NAPLES, FL 34103 |
| Phone Number: 239-200-4473 | E-Mail Address |

Claim filed with BP? YES ☒ NO ☐     Claim Filed with GCCF?: YES ☒ NO ☐

If yes, BP Claim No.: 1101759-01     If yes, Claimant Identification No.: 1101759-01

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I was a newly licensed Real Estate Agent associated with Naples Realty Services. After the Oil Spill I lost all my clients/customers. Consequently, I had to cease all operations and turned in my license. Obviously, I also lost all real estate incomes as well as all costs sunk into the business. To date in excess of $230,000.00.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☒ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Kenneth Etienne_
Claimant or Attorney Signature

KENNETH E. ETIENNE
Print Name

08/02/2013
Date

3

August 3, 2013

Addendum to Short Form in re Civil Action No. 10 md 2179 Rec. Doc. 982

Given that the Short Form does not provide adequate space for additional, though necessary information; in the interest of expediting the processing of this claim, the following information is provided as part of or addendum to said Form:

My activities as a Realtor in Naples, Florida were considered those of an

1. I was an Independent Agent at Naples Realty Services;

2. My business was a new Startup Business which had to suspend all its operations after the oil spill by Deepwater Horizon.

3. I need those funds to regain my Real Estate License (starting all over) and relaunch my business;

All other relevant documentation that you may need are already part of the file that is in your possession.

Sincerely,

Kenneth E Etienne

cc: Enclosures

August 3, 2013

Addendum to Short Form in re Civil Action No. 10 md 2179 Rec. Doc. 982

Given that the Short Form does not provide adequate space for additional, though necessary information; in the interest of expediting the processing of this claim, the following information is provided as part of or addendum to said Form:

My activities as a Realtor in Naples, Florida were considered those of an

1. I was an Independent Agent at Naples Realty Services;

2. My business was a new Startup Business which had to suspend all its operations after the oil spill by Deepwater Horizon.

3. I need those funds to regain my Real Estate License (starting all over) and relaunch my business;

All other relevant documentation that you may need are already part of the file that is in your possession.

Sincerely,

Kenneth E Etienne

cc: Enclosures



STATE OF FLORIDA   AC# 4136505
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION
SL3216297        11/10/08 000000000

REAL ESTATE SALES ASSOCIATE
ETIENNE, KENNETH EMQUE

IS LICENSED under the provisions of Ch. 475 FS.
Expiration date: SEP 30, 2010    L0811100025

# NAPLES REALTY SERVICES, INC.

T/A ONESource REAL ESTATE SERVICES CENTER

Representing:
Academy Mortgage

Preferred Title
of Florida, LLC
November 12, 2010

James D. Ricks III
NCA Group

Re: Claim #104864

This is to respond to the request for a statement from the Broker, with whom Kenneth Etienne had an independent contractor employment agreement for the months of January through July 2010. Etienne was a Florida licensed real estate associate, whose license number SL3216297 can be verified under his name by the Florida Department of Business and Professional Regulation (www.MyFlorida.com).

Kenneth placed his sales associate license with my brokerage company in January, 2009 and was in good standing through July 2010. While the overall housing industry was in decline during that period, previously our sales associates earned up to and over $7,000 per month in commissions. Our records show that Etienne had one such sales result in June, 2010. His sales results declined thereafter as the local area marketplace continued to decline with the growth of foreclosures and overall drop in housing values. Kenneth continued to work with prospective buyers, but none produced closed sales, so he voluntarily rendered his license into Inactive status in August, 2010, to allow the pursuit of sarlaried employment.

Thank you,

John A. Steinwand
Principal Broker (johnsteinwand@naplesrealtyservices.com)

www.naplesrealtyservices.com

Reply to:
4980 Tamiami Trail No., #200, Naples, FL 34103 - (239) 262-4333, FAX (239) 262-7811
27108 Bay Landing Drive, Suite 2, Bonita Springs, FL 34135 - (239) 498-3333, FAX 498-1494
800 E. Venice Avenue, Venice, FL 34285 - (941) 484-8670, FAX (941) 488-6848
720 Goodlette Rd., No., #301, Naples, FL 34102 - (239) 213-1780, FAX (239) 213-1782

**State of Florida**
**Department of Business and Professional Regulation**
**Florida Real Estate Commission**
**Sales Associate/Broker Sales Associate (SL/BL) Transactions**
**Form # DBPR RE 10**

Check the box for the relevant transaction in Section I and complete the appropriate additional section(s) only. Leave the sections that are not relevant to your desired transaction blank. If you have any questions or need assistance in completing this application, please contact the Department of Business and Professional Regulation, Customer Contact Center, at **850.487.1395**.
*For instructions, fees, and additional information, see Section XI, pp. 6-7, of this application.*

### Section I – Transaction Types

**CHECK ONLY ONE OF THE APPLICATION TYPES**
*(Use multiple forms if more than one transaction is applicable)*

- ☐ **Become Active** – Sales Associate or Broker Sales Associate (Complete Section II) [2501/3020]
- ☒ **Become Inactive** – Sales Associate or Broker Sales Associate (Complete Section III) [2501/4020]
- ☐ **Change of Broker/Employer** for Sales Associate or Broker Sales Associate (Complete Section IV)
  *(Note: This transaction deactivates one's employment status with the previous broker/employer and activates employment status with the new broker/employer)* [2501/9007]
- ☐ **Add/Remove PA, LLC, PL, or PLLC** – Sales Associate or Broker Sales Associate – Fee $30.00
  (Complete Section V) *(F.S. 475.161)* *(Note: See instructions for information on requirements in addition to this form)* [2501/3090-Add, 4090-Remove]
- ☐ **Revert Broker License to Real Estate Sales Associate License** – Fee $85.00 (Complete Section VI) [2501/4050(Active), 4060 (Inactive)]
- ☐ **Become Active with an Owner/Developer** - Sales Associate or Broker Sales Associate (Complete Section VII) [2501/3020]
- ☐ **Sales Associate or Broker Sales Associate Name Change** – Fee $25.00 (Complete Section VIII) [2501/8001]
- ☒ **Sales Associate or Broker Sales Associate Address Change** (Complete Section IX) [2501/9006]
  ☒ Change Physical Address   ☒ Change Mailing Address
- ☐ **Sales Associate or Broker Sales Associate Address Change with Issuance of Updated License** – Fee $25.00 (Complete Sections IX and X) [2501/8001]
  ☐ Change Physical Address   ☐ Change Mailing Address
- ☐ **Request Duplicate License** – Fee $25.00 (Complete Section X) [2501/8001]

### Section II – Become Active – Sales Associate (SL) or Broker Sales Associate (BL)

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| | | | |

License # (SL or BL):

Broker's name (if sole proprietor):

Broker license # (if sole proprietor):

Name of real estate company (if not sole proprietor):

Real estate company's license # (if not sole proprietor):

Signature (SL or BL ):

Signature of qualifying broker of company:

**Section III – Become Inactive – Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| ETIENNE | KENNETH | EMQUE | |

License # (SL or BL): SL 3216297

Name of real estate company or owner/developer SL or BL wishes to become inactive from:
NAPLES REALTY SERVICES, INC. T/A ONESource Real Estate Services Center

Signature (SL or BL): *Kenneth Etienne*

**Section IV – Change of Broker/Employer for Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| | | | |

License # (SL or BL):

Broker's Name (New Broker/Employer) (If sole proprietor): John A. Steinward

License # of new Broker/Employer (If sole proprietor): BK3044287

Name of real estate company SL or BL is joining (If not sole proprietor): Naples Realty Services, Inc.

License # of real estate company SL or BL is joining (If not sole proprietor): CQ1016236

Signature (SL or BL): *[signature]*

Signature of new qualifying broker: *Steinward*

**Section V – Add/Remove PA, LLC, PL, or PLLC – Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| | | | |

License # (SL or BL):

Add or Remove PA, LLC, PL, or PLLC?

☐ Add

☐ Remove

Adding or Removing PA, LLC, PL, or PLLC?

☐ PA

☐ LLC

☐ PL

☐ PLLC

Signature of applicant (SL or BL):

*Naples*

*1101759-01*



JULY 29, 2013

KENNETH ETIENNE
4335 14TH ST NE
NAPLES, FL34120-0451

Re:   *Referral to Court Supervised Settlement Facility*
      Claim No.: 1101759-01 (LOSS OF PROFIT – INDIVIDUAL)

Dear KENNETH ETIENNE:

This communication relates to the claim you filed with the BP Claims Program. Our claims file indicates that you are not currently represented by counsel. If you have retained counsel in this matter, please forward this communication to your attorney and have them contact us as soon as possible with regard to your claim.

The BP Claims Program has received your claim formsubmitted on behalf of KENNETH ETIENNE. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlementon or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1101759*



## NAPLES REALTY SERVICES, INC.™

T/A ONESource REAL ESTATE SERVICES CENTER

Representing:
Academy Mortgage

Preferred Title
of Florida, LLC
    November 12, 2010

    James D. Ricks III
    NCA Group

    Re: Claim #104864

    This is to respond to the request for a statement from the Broker, with whom Kenneth Etienne had an independent contractor employment agreement for the months of January through July 2010. Etienne was a Florida licensed real estate associate, whose license number SL3216297 can be verified under his name by the Florida Department of Business and Professional Regulation (www.MyFlorida.com).

    Kenneth placed his sales associate license with my brokerage company in January, 2009 and was in good standing through July 2010. While the overall housing industry was in decline during that period, previously our sales associates earned up to and over $7,000 per month in commissions. Our records show that Etienne had one such sales result in June, 2010. His sales results declined thereafter as the local area marketplace continued to decline with the growth of foreclosures and overall drop in housing values. Kenneth continued to work with prospective buyers, but none produced closed sales, so he voluntarily rendered his license into Inactive status in August, 2010, to allow the pursuit of sarlaried employment.

    Thank you,

    John A. Steinwand
    Principal Broker (johnsteinwand@naplesrealtyservices.com)

www.naplesrealtyservices.com

Reply to:
4980 Tamiami Trail No., #200, Naples, FL 34103 - (239) 262-4333, FAX (239) 262-7811
27108 Bay Landing Drive, Suite 2, Bonita Springs, FL 34135 - (239) 498-3333, FAX 498-1494
800 E. Venice Avenue, Venice, FL 34285 - (941) 484-8670, FAX (941) 488-6848
720 Goodlette Rd., No., #301, Naples, FL 34102 - (239) 213-1780, FAX (239) 213-1782

**State of Florida
Department of Business and Professional Regulation
Florida Real Estate Commission
Sales Associate/Broker Sales Associate (SL/BL) Transactions
Form # DBPR RE 10**

Check the box for the relevant transaction in Section I and complete the appropriate additional section(s) only. Leave the sections that are not relevant to your desired transaction blank. If you have any questions or need assistance in completing this application, please contact the Department of Business and Professional Regulation, Customer Contact Center, at 850.487.1395.
*For instructions, fees, and additional information, see Section XI, pp. 6-7, of this application.*

**Section I – Transaction Types**

---

**CHECK ONLY ONE OF THE APPLICATION TYPES**
(Use multiple forms if more than one transaction is applicable)

- ☐ **Become Active** – Sales Associate or Broker Sales Associate (Complete Section II) [2501/3020]
- ☒ **Become Inactive** – Sales Associate or Broker Sales Associate (Complete Section III) [2501/4020]
- ☐ **Change of Broker/Employer for Sales Associate or Broker Sales Associate** (Complete Section IV) *(Note: This transaction deactivates one's employment status with the previous broker/employer and activates employment status with the new broker/employer)* [2501/8007]
- ☐ **Add/Remove PA, LLC, PL, or PLLC** – Sales Associate or Broker Sales Associate – Fee $30.00 (Complete Section V) (F.S. 475.161) *(Note: See Instructions for information on requirements in addition to this form)* [2501/3090-Add, 4090-Remove]
- ☐ **Revert Broker License to Real Estate Sales Associate License** – Fee $85.00 (Complete Section VI) [2501/4050(Active), 4060 (Inactive)]
- ☐ **Become Active with an Owner/Developer** – Sales Associate or Broker Sales Associate (Complete Section VII) [2501/3020]
- ☐ **Sales Associate or Broker Sales Associate Name Change** – Fee $25.00 (Complete Section VIII) [2501/8001]
- ☒ **Sales Associate or Broker Sales Associate Address Change** (Complete Section IX) [2501/9006]
  - ☒ Change Physical Address    ☒ Change Mailing Address
- ☐ **Sales Associate or Broker Sales Associate Address Change with Issuance of Updated License** – Fee $25.00 (Complete Sections IX and X) [2501/8001]
  - ☐ Change Physical Address    ☐ Change Mailing Address
- ☐ **Request Duplicate License** – Fee $25.00 (Complete Section X) [2501/8001]

**Section II – Become Active – Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|

License # (SL or BL):

Broker's name (if sole proprietor):

Broker license # (if sole proprietor):

Name of real estate company (if not sole proprietor):

Real estate company's license # (if not sole proprietor):

Signature (SL or BL ):

Signature of qualifying broker of company:

**Section III – Become Inactive – Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| ETIENNE | KENNETH | EMQUE | |

License # (SL or BL): SL 3216297

Name of real estate company or owner/developer SL or BL wishes to become inactive from:
NAPLES REALTY SERVICES, INC. T/A ONESource Real Estate Services Center

Signature (SL or BL): Kenneth Etienne

**Section IV – Change of Broker/Employer for Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| | | | |

License # (SL or BL):

Broker's Name (New Broker/Employer) (If sole proprietor): JOHN A. STEINWARD

License # of new Broker/Employer (If sole proprietor): BK3049287

Name of real estate company SL or BL is joining (If not sole proprietor): Naples Realty Services, Inc.

License # of real estate company SL or BL is joining (If not sole proprietor): CQ1016236

Signature (SL or BL):

Signature of new qualifying broker: Steinward

**Section V – Add/Remove PA, LLC, PL, or PLLC – Sales Associate (SL) or Broker Sales Associate (BL)**

| Last/Surname (SL or BL) | First | Middle | Suffix |
|---|---|---|---|
| | | | |

License # (SL or BL):

Add or Remove PA, LLC, PL, or PLLC?

☐ Add

☐ Remove

Adding or Removing PA, LLC, PL, or PLLC?

☐ PA

☐ LLC

☐ PL

☐ PLLC

Signature of applicant (SL or BL):

DBPR RE 10     Sales Associate/Broker Sales Associate Transactions
Eff. date: 11/17/2009     Rules: 61-35..02719, 61J2-1.011; 61J2-2.031; 61J2-5.020; 61J2-6.006; 61J2-9.007; 61J2-10.038

Naples

# GCCF

## Gulf Coast Claims Facility

www.GulfCoastClaimsFacility.com

March 25, 2011

ICF0561173810
KENNETH ETIENNE
4335 14TH STREET NE
NAPLES, FL 34120

Re: Claim Submitted to The Real Estate Recovery Fund
GCCF Claimant Identification Number: 01618279

Dear KENNETH ETIENNE:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("the Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990. All Claimants have the right to consult with an attorney of their own choosing before accepting any settlement or signing a release of legal rights.

You submitted a claim to The Real Estate Recovery Fund relating to the Oil Spill. The GCCF has received information from the Fund regarding your claim.

You may file a claim now with the GCCF for losses caused by the Oil Spill. Your GCCF Claimant Identification Number is listed above and you should use that number in all communication with the GCCF. The materials in this packet describe your options for submission of claims to the GCCF. If you received a payment from The Real Estate Recovery Fund, the GCCF will treat you as if you had received an Emergency Advance Payment from the GCCF and you will have all rights accorded to claimants paid an Emergency Advance Payment described in these materials. You should review all the enclosed materials carefully.

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

P.O. BOX 9658 | Dublin, OH 43017-4958 | Toll-Free: 1-800-916-4893 | Fax: 1-866-682-1772 | info@gccf-claims.com

July 18, 2013

To: British Petroleum Claims Program
PO Box 330919
Houston, Texas 77233-0919

From: Kenneth Etienne (Claimant)
4335 - 14th Street NE
Naples, Florida 34120

Re: Request for Action on BP Open Disaster Assistance Claim;
Claim #104864

## PREMISE AND STATEMENTS OF FACT

1). On April 20th, 2010, a severe oil spill occurred in the Gulf of Mexico which in many ways affected the states of Louisiana, Texas, Mississippi, Alabama and Florida. As the oil reached the shorelines of these states, businesses that depended on coastal activities, namely fisheries, sightseeing boating, hotel/restaurants, tourism and real estate, became adversely affected.

2. At the time of the oil spill, I was a licensed Realtor in the state of Florida. As a Realtor, I was working full time with three different clients who subsequently decided to drop out of property searches in Naples, Florida (a coastal city) because of concerns over expected drop in property values. In the meantime, all my efforts, time, expenses, travel and agency fees which far exceeded $15,000 (out of pocket) went for nil.

3. As a result of the disaster, I have lost all real-estate-related incomes.

4. Since I was incurring relatively high monthly fees while watching all incomes fizzle away due to the oil spill disaster, I could no longer maintain the agency license which was placed under the Brokerage of Naples Realty Services, Inc. run by John Steinwand, Principal Broker.

5. Since the Real Estate arm of this disaster processing reverted the initial claim from their original location to the central processing center for British Petroleum, I have not heard any further action in regards to this claim. In the meantime my real estate activities or lack thereof continue to suffer.

6.. The average realtor in Naples, Florida earns over $60,000 annually, with a range of $30,000 to $1,2000,000 annually.

7. From the inception of the disaster to date (April 2010 to July 2013) and based on the above-mentioned average, I have lost over $200,000 in real estate commissions,

assuming no growth rate. [($60,000/12)( 40 months) = $200,000 ]

It is clearly evident that these facts, which are part of the file, were ignored in making Any previous issued erroneous determination for insufficient information. Consequently, I respectfully appeal to you as Administrator of the fund to reverse the previous decision and authorize the issuance of an appropriate amount of aid.

In summary, this claim is being submitted for a payout demand of $215,000.00 under the MDL No. 2179 provision of BP Oil Spill Disaster Settlement. This sum includes lost incomes of $200,000.00 from April 2010 to July 2013, plus $15,000.00 in out of pocket expenses.

This claim can be approved or finalized based on this inquiry or you can inform me whether or not you need any further information that is not already in the file mentioned above. If this claim was closed for any reason prior to issuing a final decision, this inquiry will serve as an official request to reopen and reevaluate the claim. As such, I am expecting an answer to this inquiry no more fifteen (15) days from the date that you receive it.

Respectfully,

*[signature]*

Kenneth E Etienne

Done in Naples, Florida, this 22nd day of May 2013.

*[signature]*
Claimant

*[signature]*
Notary Public

LINA M. CARRILLO

*[witness signature]*
Witness

*[Notary seal: LINA M CARRILLO, Notary Public - State of Florida, My Comm. Expires Mar 5, 2017, Commission # EE 860882, Bonded Through National Notary Assn.]*

KENNETH
4335 1
NAPLES, FL 34120

Clerk of the US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Civil Action No. 10-8888; MDL-2179



U.S. POSTAGE
PAID
NAPLES, FL
34116
AUG 26, 13
AMOUNT
$1.52
0008891 9-09