## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | ) | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | ) | Ref CA No. 10-2771 |
| GULF OF MEXICO | ) | SECTION: J |
| ON APRIL 20, 2010 | ) | |
|  | ) | JUDGE BARBIER |
|  | ) | MAG. JUDGE SHUSHAN |
| This Document Relates to: | ) | |
| 2:10-cv-08888 | ) | |

### NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for Claimant, on behalf of

James William Harris d/b/a Jim Harris & Associates, in his claim against British Petroleum, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of September, 2013.

William B. Price, Esq.
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Fax: (850) 763-0647