**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Tourists - Vacation Rentals

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I am a propertyowner in Tavernier Futura Yacht Club unit #305 which is a vacation rental property. Due to ~~tourism~~ 2010 tourism oilspill dropped, so my reservations dropped

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed [signature]    Date 27 August 2013

Print Name SUSANNE TORNER