**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

MANAGING A WATER SPORT COMPANY WHICH FEATURED SNORKELING AND SUNSET SAILS ON THE WATER WHICH RELIED ON TOURISM DOLLARS FOR MY INCOME

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

WATER SPORT COMPANY THAT OFFERED SNORKELING, JET SKIING, PARASAILING TO TOURISTS. DUE TO THE OIL SPILL WE DID NOT DO THE BUSINESS WE HAD EXPECTED FOR THAT SEASON.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date 6·20·13

Print Name  Charles Bauer