

Post Office Box 870 • Key Largo, Florida 33037
Telephone 305 / 451-4060 • Facsimile 305 / 451-4021

To Whom It May Concern:

Dolphin Cove Research & Education Center, Inc. is a dolphin swim facility that was established in 1997. Our company offers a variety of dolphin swims and shallow water encounters to individuals of all ages (7 and above). The vast majority of our business comes from tourists visiting the Florida Keys during our season, which typically spans from Mid-February through the early summer months. Our business thrives on the opportunity to offer tourists a one-of-a-kind experience.

We took a financial hit in 2009 due to the poor economy, but reasonably expected that in 2010, we would recover to 2008 numbers. This has clearly not been the case. When the oil spill occurred, we, in the Keys, feared losing our season. Soon thereafter these fears became our reality. As media reports exacerbated the effects that the oil spill may have on the Keys, tourists made other plans. While we lost some existing reservations, the phone calls regarding new reservations dried up. Our real loss was in the number of people who simply changed their vacation plans to avoid Florida altogether. It is this loss that caused our financial distress. Not only did our business suffer but our employees as well. We were forced to lay people off for the first time in our history also causing an increase in unemployment costs. We were forced to reduce or eliminate benefits such as matching 401k, health and dental insurance premiums. We also put a freeze on salaries and eliminated any bonuses.
I am writing this letter on behalf of our employee Jessica Lilli for your consideration in her/his quest for personal compensation through Gulf Coast Claims Facility.

If I can be of further assistance please do not hesitate to call me at 305-451-4060

Sincerely,

*Willard Rozzoni*

Willard Rozzoni
Operations Manager

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked at Dolphin Cove in Key Largo

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I worked at Dolphin Cove in Key Largo Fl in Monroe county during the 2010 BP oil spill. During this time and years to come our facility noticed a decline in business. We had less tourists come to swim w/ our dolphins. Our place of business caters to tourists and we barely have any locals that come to our facility. Our facility Dolphin cove offers programs to swim with bottle nose dolphins. I am a dolphin trainer and I saw my wages decrease after the spill.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed Jessica Lilli   Date 3/22/13

Print Name Jessica Lilli