**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I'm a manager at Schooner Wharf Bar. @ 202 William St. In Key West. I've Been there for almost 15 years Consecutively. and no where else.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Schooner Wharf Bar located at 202 William St. Key west. FL I've Been managing there for 15 years. and was Employed there During the BP Spill Customer + locals. Attendance was Down. Didn't get any Bonus that year. lost hours. (pd by the hr.) not Salary. Also lost alot of Cruis- Ship Business aswell as walk in Business.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___  Date 9-6-13

Print Name James P. Ahearn jr.