**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____
_____
_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

✗ See Attached

_____
_____
_____
_____
_____
_____
_____
_____
_____

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed __[signature]_____ Date __9-10-13__

Print Name __JOHN HINES_____

To whom it may concern;

    I was hired April 9, 2010 to be the General Manager of the TGI Friday's in Key West, Florida. After being hired, I moved to the Lower Keys at my own expense. I operated the restaurant for two years. Despite my best efforts, our guest counts decreased over the next two years and profits turned to losses due to a significant loss in tourism. It got to the point where I knew every guest every day because they were all locals. We had no tourists due to the spill. The franchise was sold in May 2012 and I lost my job only two weeks after being married. I was given no severance pay. I went from making about $65,000 in 2011 to about $24,000 in 2012. I still haven't recovered, my credit cards are maxed out, I'm depressed, and the hardship has taken a toll on my wife and me. I've had to go from Key West all the way to Islamorada which is 80 miles away to find work so I can try to make ends meet.

Sincerely;

*[signature]*

John Hines