**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked at Publix Supermarket as stock clerk only. No other jobs.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Publix in Key Largo is a seasonal + weekend grocery store we rely on tourist + snowbirds during most of the year. Alot of business comes from the fishing + diving industry with the affect of Deepwater Horizon oil spill it caused a decrease in an influx of tourist + snowbirds to the keys. It affected Publix in sales + employee bonuses

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Scott Williams_ Date 9/26/13

Print Name Scott M. Williams