**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

REAL ESTATE SALES

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I LOST SALES DUE TO THE OIL SPILL. TWO SALES IN PARTICULAR, THAT WERE LOST BY BANK'S SAYING YOU WILL LOOSE ALL YOU'R RENTAL INCOME. OTHER THAN THAT PEOPLE STOPED COMMING DOWN TO LOOK AT PROPERTY DUE TO OIL SPILL EXPECTED TO COVER THE KEYS. THEREFORE I HAD NO CUSTOMERS EVEN LOOKING AT PROPERTY.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _George Todd Taylor_   Date _9/4/2013_

Print Name _GEORGE TODD TAYLOR_