**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Independent contractor for real estate broker

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

BPO

Due to BP oil spill in April 2010, I lost income in real estate because potential buyers + sellers scared/intimidated by disaster. My real estate business suffered greatly and I was unable to support myself + two children. Incoming business dried up because no one knew the detrimental potential outcome of the oil spill and didn't want to invest in it.

I am an independent contractor for a real estate broker who performed Broker Pricing Opinion (BPO).

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature] Date: 9/9/13

Print Name: Mana Fradera