**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I work in construction and we work only in monroe county, we had jobs that didn't happen because of fear of loss of money. Therefore my hours were cut.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Shoreline Builders, my employer does new construction + remodeling in monroe county. We lost jobs because of loss of income from residents + loss of tourism income, We rely on real estate sales as well and that slowed down due to the Oil Spill.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___Qe___  Date 9-18-13

Print Name Daniel Shalvatis