This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

COUNTRY CLUB IN MONROE COUNTY

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

DUE TO THE BP SPILL, OUR MEMBER OUR GUESTS AND VISITORS TO THE COUNTRY CLUB DECLINED. WE LOST MEMBERS AND EVENTS THAT PRODUCED EXTRA REVENUE AND MORE TIME FOR MY JOB OF PLANNING EVENTS. LOCAL MEMBERS STOP USING THE FACILITY ON A REGULAR BASIS AND LESS TOURISTS WHO COME IN FOR PLAY.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 9/17/13

Print Name KAREN LEONARD