**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked For Ski Key West 617 Front St. As A Rental Agent

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Employed by Ski Key West 617 Front St. From 2007 - 2012. Duties Included leasing Renting Ski's Doing Tours. And Hourly Rides.

I was effected by The Spill Do To The Lack of Tourisim. That Stoped Coming Do The Keys At The Time.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 9-4-2013

Print Name Mark Marek