**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I have a cleaning service. I provide the service to locals and tourists.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I have a cleaning service. I serve the Lower Keys. We clean residential houses, vacation rentals and commercial. After the oil spill I lost a lot of customers due to financial situation. I also lost a lot of vacation rentals due to lack of tourists in town.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  M. Turek                                    Date 09/25/13

Print Name  MONIKA TUREK