**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked as a Restaurant Manager at a Hotel (Lexington Hotel) Key West FL.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Worked as Manager of In Kahoots Restaurant that was connected with a Hotel - Lexington Hotel. When the oil spill came - there was no one coming to the Hotel + therefore no one was coming to the Restaurant. Because Money was tight - I did not receive 2 Bonuses that I should have received.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Alison C. Young_   Date 10/1/13

Print Name _Alison C. Young_