**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Our income was derived from home sales.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Our company purchased (residential) home lots in Monroe County Florida, designed homes for the lots, hired GC to build the homes, financed the construction from our builder lines of credit, and sold the homes to third parties. We had created a network of realtors plus our own internal sales force. Our business was good, but the BP oil spill created a climate that made second home owners stay away from Monroe County as a vacation home or permanent home location.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _James Saunders Man Memb_ Date _9-30-13_

Print Name _JAMES C SAUNDERS_