This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Real Estate Development consulting income, and management fees for home sales

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

We operate as a real estate development consulting and management firm and also manage modular home sales. Our company was in the process of design and development services plus management services for multiple companies. We were also selling many modular home projects. We met with customers, sold them on a design and price, handled all permitting, and managed the completion of the projects. With our development consulting we handle development orders, design, construction oversight, all permitting, and value "engineering" reviews. We arranged development financing and prepared proformas and profit analysis. After the BP oil disaster projects were tabled or cancelled altogether. Our revenues suffered significantly in all facets of services we offered.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _James Saunders Managing Member_ Date _9/18/2013_

Print Name _JAMES C SAUNDERS_