Rodney,

I started Pioneer Technology, Inc. back in 2008. Robert Hauber of Hauber Inc. (base in the Florida Keys) had a substantial amount of projects and asked Pioneer Technology to handle all of the construction to do with heavy equipment operations. In 2010, we have several project to be completed by the end of the year. The first project was completed in January, the rest of the projects were to be start in May of 2010, majority of the business owners don't want to start any construction until after the Tourist season.

After the BP spill that happen in the Gulf, all construction projects that Hauber, Inc. was awarded to complete in 2010 were delayed or cancelled due to the fact that these businesses lots tons of revenue after the BP Spill. These businesses were all MARINA'S which solely depends on the fishing and boating industry which was devastated. This in return affected all of my work that was too completed during 2010, but after the long delays and cancellations of projects, Pioneer Technology did not survive and ended up going out of business.

Best Regards,

Rich Hauber