**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

The people whom I worked for were my source of income. They were home-owners and small business owners. They were professionals, working class and retirees. They were friends, acquaintances and people referred to me by others.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I am a carpenter as well as a maintenance and repairman. I travel to people's homes, businesses, rental units and winter homes to do whatever repair or replacement work is requested. I have never advertised, so all my customers are acquired through referrals.

When the oil spill occurred, people weren't sure what to expect. It seems that some were hesitant to have work done that wasn't a necessity.

To what extent my business was affected, it's hard to say. I just wasn't getting as many referrals as before the spill. I also had some scheduled jobs that were put on hold.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _C. R. Malby Jr._   Date _8/27/2013._

Print Name _CHARLES R. MALBY JR_