This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

sold retail consumer electronics to public

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Vacation travel declined and sales were lower than expected. Also hours were cut which led to even lower income. The season which is generally higher in marathon did not come and it was slow season all year long.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 10-2-13

Print Name Calvin Cruz