This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Chef working mainly in tourists restaurant.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Key West be in a big tourists destination. After the oil Spill, they did not show up, theerfore as my wages and hours decrease, therefore lost money because of the oil spill.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed CHAO XIN LIAN   Date 9/6/2013

Print Name Chao Xin Lian