**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I WORKED AT BOYD'S CAMPGROUND AS A MAINTENANCE WORKER, BECAUSE CONSTRUCTION AT THE TIME WAS IN A SLUMP. EVENTUALLY I FOUND WORK IN MY TRADE AND STOPPED WORKING FOR BOYDS.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

MY EMPLOYER, BOYD'S CAMPGROUND, HIRED ME AS A MAINTENANCE WORKER DOING LANDSCAPING, SERVICING THE POOL AND BATH FACILITIES. IT WAS MY DUTY TO KEEP THE GROUNDS NEAT AND CLEAN, AS WELL AS INTERACTING WITH GUESTS. AS THE EVENTS OF APRIL 20, 2010 UNFOLDED, THERE WAS A DECLINE IN RESERVATIONS AT THE CAMPGROUND MOSTLY BECAUSE A MAJOR DRAW TO THE SITE IS BOATING AND FISHING. THE THREAT OF OIL AND DISPERSANT CONTAMINATION BOTH TO THE FISH AND PERSONAL GEAR CAUSED CAMPERS TO GO ELSWHERE TO ENJOY A VACATION.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _George Kruzick_   Date _9/26/13_

Print Name _GEORGE KRUZICK_