**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Bar, restaurant and marina catering to locals, tourists and boaters.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Waterfront open air bar and restaurant with marina. We have live entertainment daily from noon till midnight or later. The marina caters to historic vessels and sportfishing boats, most are available for charter.
The spill discouraged tourists from visiting thereby impacted locals income and all tourist related business.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature] Worthington   Date: Aug 31-2013

Print Name: Evalena Worthington