Dear Deepwater Horizon Claims Center,

My name is Gordon Hopkins and this letter is to explain the type of work I was doing on April 20th 2010. I am the Store/Marina Manager for a company called MarineMax which is the nation's largest recreational boat retailer. I manage the facility in North Key Largo which encompasses Yacht/boat sales of Hatteras, CABO Fishing Yachts, Sea Ray, Meridian, Boston Whaler and Scout boats. Our North Key Largo facilities also has 500 dry rack storage customers, a full service department, parts department, ship store and tackle shop. I manage 28 employees that only cater to marine customers. Everything we do supports the general recreational marine public plus we also support the entire commercial fishing and dive fleet in our immediate area. After the Horizon disaster our customers slowed and many stop coming to the Keys to use their vessels. Sales, service, parts, tackle sales, ship store and rack storage revenues hit an all-time low. My bonus pay plan is approximately 33% of my combined pay. My tax returns, pay statements and W2 are proof that 2010 was the worst year in the history of our location. Our Third Quarter Fiscal 2013 Results were released on July 25th 2013 (NYSE: HZO) which stated that our company recovered $7.0 million, net, or $0.29 per diluted share from the Deepwater Horizon Settlement Program for damages it suffered as a result of the Deepwater Horizon oil spill in 2010.

Thank You,

*Gordon Hopkins*
Store Manager
MarineMax at Ocean Reef
Office (305) 367-3969
Cell    (305) 304-8082
Fax    (305) 367-3122

1