This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Bartender at Caribbean Club, Key Largo, FL 33037

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Caribbean Club is a bar which is located in Key Largo mm 104.
Suffered income loss due to decline of tourism.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Lourdes M Spellman_     Date _9/9/2013_

Print Name _Lourdes M Spellman_