This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Weekly Vacation Rental Available on VRBO House was 90% +/- Foil most of the year unless otherwise used by owner

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Prior to the spill the home was rented.

After the spill I had numerous cancelations and loss of revenue. No one was interested in a beach front vacation rental

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Robert Allin  Date: 8/29/13

Print Name: Robert J Hink