**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

My business is a tourist generated Massage Therapy Practice. I have seasonal visitors that use my services when they are here on vacation. I also have regular clients that would come down for extended visits and have winter homes that would stay Jan-May

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

My business is Massage by Mary A. Nelson, a Massage Therapy Practice located on Sugarloaf Key, Fl. MM 19, in a very popular fishing (sports fishing) community. Many of my clients are tourist and seasonal visitors. They come down for the fishing season & stay at Bluewater RV Park, Venture Out RV Park or KOA campground. Also some of my clients did own seasonal homes in the area. But, due to the oil spill in April of 2010 they did not come down to this area. And many of my massage clients have sold their homes and RV sites because of the oil spill and their concerns of how this will affect the quality of life in this community. I work with tourist and visitors to help them enjoy their time here in the Keys. Many of my clients have left this area so my business has been effected dramaticly.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Mary A. Nelson_    Date _8-12-13_

Print Name _Mary Ann Nelson_