**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Auto Tech. at Largo Honda new/used Dealer

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Auto Repair Tech at Largo Honda new/used car dealer and service center

Business dropped due to lack of tourist + news reports of damage to beaches + tourist vacation spots, a lot of tourist service their cars at our service center

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Frank Gregory_ Date _9-3-13_

Print Name _FRANK GREGORY_