**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My source of income was working at Jedi Azevedo Const. Co. doing the book keeping and paperwork. We did construction, additions, roof, drainage.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The nature of the business General Contractor, building in general. We operated in Monroe County and our office were in Key Largo. We did construction in general also remodeling, roofing, driveways. The Oil spill did decrease our business do to to the tourism and the media on TV it did slow everything.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 8/16/2013

Print Name MANUEL A. GIAUNAUGRD Jr