This section MUST be filled out by the claimant in their own hand without assistance from any associate.

### Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Mainly tourists

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Our business fell dramitically due to the oil spill period. The tourists did not ear vacation during that time — April 20th 2010

### Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  H S Poon     Date 7.19.2013

Print Name  HEUNG SHING POON