This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

High end resort in Monroe County.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Lost business due to oil spill.
Guests/Tourists did not travel to FL Keys due to spill.
Business groups did not book due to oil spill. This was a major contributor to our year end revenues being down.
Local guests did not visit due to their personal income being less to spend (disposable income).

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Wynn R. Merryman      Date: 8/14/13

Print Name: Wyna R. Merryman