**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Property manager for vacation rental homes - mainly tourist rentals

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I handled vacation rental homes and reservations. Tourism dropped as people thought our waters were polluted from the drifting residue and tar balls of the oil spill. With vacation rentals dropping, the employer did not need me to work as many hours answering phones, taking reservations, and greeting guests.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Vicki L. Tashjian        Date: 8-14-13

Print Name: Vicki L. Tashjian