This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

worked at Treasure coast boating in monroe county as marine tech at boat dealership

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

worked at Treasure coast boating center in monroe county as a marine tech at a boat dealer ship. Due to the media hype it deterred people from coming to the florida keys. at the end of 2010 Treasure coast boating center dba key largo boating center went out of business.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed /s/ Tom Haddican        Date 8-13-13

Print Name  Thomas Haddican