**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____
_____
_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I 've been living in Florida Key since 2004 and working at chico cantina since 2005 as a kitchen help till now. Chico is a restaurant that really doing business base on Tourists. Since the oil spill on 2010, my restaurant business slow down. I don't have much hours and wages compare before. I earn much less campare than before.

_____
_____
_____
_____

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  郑燮英                                   Date 07/31/2013

Print Name  Ai Ying Zheng