**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____

_____

_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Work in restaurant as a server since 2006 in Florida Key, we do every good in living down in the key until the oil spill at 2010. The tourists stop coming down here because of the pollution of the ocean. Our hours & wages & tips come down dramically.

_____

_____

_____

_____

_____

_____

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___Yizhuang zhang_____ Date __07/31/2013__

Print Name __Yi zhuang zhang_____