**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____
_____
_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My name is Jian Xiang Zheng. I've been a resident of Florida key since 1999. I've been work as a chef all my life. Our economy is base on the tourist and the water. Since the 2010 oil spill, my wage was way down, the restaurant business come down.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Zheng Jian Xiang     Date: 7.30.2013

Print Name: JIAN XIANG ZHENG