**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____

_____

_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Working in Restaurant that serve Tourist, because of the 2010 oil spill, my restaurant business slow down, they cut my wage & hour. I can't afford to make living down here anymore.

_____

_____

_____

_____

_____

_____

_____

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Bi Zheng_  Date _7.31.2013_

Print Name _B. Zheng_