**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

OUR CUSTOMERS ARE TOURISTS WHO: A. - ARRIVE BY CAR OR PLANE B. - ARRIVE BY CRUISE SHIP. VERY LITTLE LOCAL RESIDENT BUSINESS DUE TO LACK OF PARKING IN DOWNTOWN AREA.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

WE ARE A SWEET SHOP. WE MAKE 90% OF OUR PRODUCTS - FUDGE - COOKIES - ICE CREAM - KEY LIME PIE, ETC. WE HAVE TOURIST BUSINESS DAILY. WHEN THE OIL SPILL HAPPENED, MOST SHIPS DID NOT ARRIVE FOR A PERIOD OF TIME, MANY CANCELLED. TOURISTS WERE TOLD BY THE MEDIA THAT "OIL WAS WASHING UP ON OUR SHORES." AS A RESULT, THE TOUR BUSINESS WAS IMPACTED UNTIL THE WINTER AND EVEN THAT WAS SLOWER THAN USUAL.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Walter E. Kramer_    Date 8-1-2013

Print Name WALTER E. KRAMER