**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Travellers and Tourists that eat in my restaurant in Key West Florida.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Because of the DWH Oil Spill April 20th 2010 Our business dropped very bad. Our earning was way down.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: TONG BIK YING          Date: 7-19-2013

Print Name: BIK YING TONG