**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____

_____

_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I've been living in Florida Key since 1995. I've been working at restaurant business all my life in the key. The restaurant business here really depend on the tourists. The more tourists come down here, the more business we will have. Since the oil spill on 2010, our restaurant business come down, because of the number of tourists visiting the Key come down. The restaurant owner cut my wages and hours.

_____

_____

_____

_____

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____ Date _____

Print Name _____