**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

All Types of General Construction Projects in the Hotel Industry, Shopping Centers, Restaurants, + New Residential Projects, Through-out Monroe County.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

General Contractor providing Construction Services for various Industries, Hotel, Restaurants, Airports, Shopping Centers, + New Single Family + Residential Projects. The Business operates primarily in two County's, Monroe + Dade Counties. After The Oil Spill Tourism was greatly affected, Therefore Impacting The need for New Construction + Construction Management Services.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date: 6/24/2013

Print Name: William A. Ugarte - President Gray Construction.