This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Income came from Comcast

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Our business consist of providing video products, Internet services, Telephone service and Home Security. The Area where we live is directly affected by the Tourist Trade and people with "Winter Homes". With the word of the spill less people came down and that effected our Metric Bonuses for the following months.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *[signature]*   Date: 8/29/13

Print Name: Jeffrey L. Taylor