**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

HOME IMPROVEMENT STORE

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

DUE TO THE BP SPILL I DIDN'T GET THE SAME AMOUNT OF HOURS I HAD BEEN WORKING, NOR THE CHANCE TO GET A FULL TIME JOB, OR PROMOTION OR OVERTIME.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Ferraris    Date: 8-28-13

Print Name: FIORALBA FERRARIS