**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Tourist + local, rental and owner condos, where I was employed as a Maintenace Sup. during the time of the spill.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

\* See attached.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Stuart Stillman_ Date _8/12/2013_

Print Name _Stuart Strickland_

To whom this may concern,

I, Stuart Strickland worked for Venture Out of Cudjoe Cay, in 701 Spanish Main Drive, in Cudjoe Key as a Maintenance Supervisor for the Condominiums. The Condo's consist of both tourist and owners. They would rent individual units to either tourist or the snowbird. During the time of the spill, I was working as a Maintenance Supervisor, my job consisted of assigning the crew tasks for the day, overlooked the conditions of the establishment such as Emergency situations, and over overall conditions within the property. The spill affected me in a way that I was working on a salary plus end of year bonus, working 40 hours per week. Due to the spill, my hours increased as an average about 10 hours per week we were short on help and could not hire anyone. This amounted to a cut in pay and I did not receive a bonus in 2010, as reflected in my payroll.

Thank you,

*Stuart Strickland*

Stuart Strickland