**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I'm a taxi driver so I gave people rides from Airport to hotels, dinner, and back to hotels from fishing trips and bars.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I give people rides in my van from airport to airport. Also dinner fishing and other water sport activities. I spoke with many people that said they would not of booked a trip to key west after the the oil spill but thier ticket were non refundable. I dont think I would of made a reservation if I thought that oil was going to be in the ocean and on the Beach.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Marcelene Tarvin      Date: July 31, 2013

Print Name: Marcelene Tarvin