**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked in the restaurant as a sever/ngr my income was based basicly on tips from tourist

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

During the and after the spill there was big difference in tourist come to the restaurant I lost big chunk of income because of lack of tourists in town.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed /s/   Date 08/09/13

Print Name SYLWIA CLAPPER