Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill:    Y / (N)

Enter the amount you claim as job search reimbursement expenses: _____

### One Time, Non-Recurring Loss

Are you seeking losses associated with a One Time, Non-Recurring Event:    Y / (N)

Enter the amount you claim related to the cancellation: _____

**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

### Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was paid a management salary based on the revenues of Sunny Days Catamarans, LLC.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Sunny Days Catamarans was a 20 year old charter company that operated out of Key West, Florida. We operated a variety of trips including snorkeling the coral reef, dolphin watching in the Gulf of Mexico, and day trips/ferry service to Dry Tortugas National Park. After the BP oil spill and subsequent media attention, we had a significant number of cancellations as well as an abnormally low number of new reservations. Potential customers did not want to gamble on their water based vacation in the Florida Keys so they rescheduled to a different destination. Since my income was based solely on revenues of Sunny Days Catamarans it was significantly lower.

### Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___Bernard___   Date 4/23/2013

Print Name ___Bernard E. Eyman___