**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

May 3, 2010 - June 4, 2010, $1,041.89 was my only income.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Nature of business is retail at Pirate key on Duval St, Key west, Fl. High tourist area. Employer performs from his office in Adventura, Fl. He overseas all business transactions. It affected the retail business from lack of tourism.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Melanie Torres_  Date _7-19-13_

Print Name _Melanie Torres_