21 Aug 12

To whom it may concern:

Because of the oil spill that occurred in April 2010 my income was directly affected. Not only were my hours cut but all scheduled pay raises were put on hold. Therefore, I didn't make as much money as I should have.

*Enrique Lopez*