This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My types employer waitress and my income in April 20' 2010 it is (13403.51)

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Num Thai Restaurant, located in Key Largo Florida. We serve Thai and Japanese food As a server, I have worked for Num Thai since 2006. After Oil spill in 2010 business dropped dramatically and did not recover for some time. Tourism was down and locals stopped coming due to their own financial hardships caused by the spill

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 3/15/2013

Print Name  KANJANA KAEWSANSAI