This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Bookkeeping services for Retail shops, condominiums, etc.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I provide bookkeeping services for businesses located in the Florida Keys, Marathon, FL. Several clients suffered reduced revenues, two (2) closed their business.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *Debbie Baker*   Date: 10/16/13

Print Name: Debbie Baker