**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Gulf Mental Health Services

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My Husband is a Commerical fishermen & at the time of the oil Spill I had to find a Higher paying job due to the fact that my Husband was unable to fish all His traps due to the oil Spills as well as my Hours at work started to decrease, due to low Census in the Communitey.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Marisol Garcia      Date: 7/12/13

Print Name: Marisol Garcia