**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

CHARTERFISHING WITH TOURISTS

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

CHARTER FISHING IN THE FLA KEYS SINCE 1983 IS ALL I HAVE EVER DONE. WE HAD MANY CANCELLATIONS WITH CUSTOMERS CONCERNED WITH THE SPILL AND HOW IT WOULD AFFECT THE DEEP WATER WRECKS AND REEFS.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed CAPT. ANTHONY A. MILLER   Date 8/20/13

Print Name CAPT. ANTHONY A. MILLER