This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Salary plus Bonuses Based on sales

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Sloppy Joes is a restaurant & Bar in Key West Florida that survives off of tourisim. I was paid salary and bonus on the sales. After the spill my bonus went down.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Jeanna Bryan       Date: 6-10-13

Print Name: Jeanna Bryan