This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

INDIVIDUAL RECREATIONAL DIVERS, DIVE SHOPS, STATE GOVERNMENT, FEDERAL GOVERNMENT, VARIOUS UNIVERSITIES

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

SPREE EXPEDITIONS, INC OPERATES A LIVEABOARD DIVE VESSEL FROM BROWNSVILLE, TX TO CAPE FEAR NC AND THE U.S. CARIBBEAN. RECREATIONAL SCUBA CLIENTELE DROPPED PRECIPITIOUSLY FOLLOWING THE MACONDO DISASTER. CUSTOMERS STILL ASK IF WE SEE EFFECTS OF THE SPILL, EVEN THOUGH WE NEVER DID.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed [signature]    Date 3-10-13

Print Name ROBERT F. A. WASSON II