# PAUL SPRINGER

259 CARIBBEAN DRIVE EAST, SUMMERLAND KEY FLORIDA, 33042

**MAIL TO:**

P. O. BOX 420958
SUMMERLAND KEY, FLORIDA
33042-0958
PHONE @ (305) 304-8323

May 29th 2013

To whom it may concern,

I would like to take this moment to explain why I, Paul L. Springer feel that I qualify to receive compensation for economic damages resulting from the Deepwater Horizon oil spill.

The company that I have been employed at since February 1998, Summerland Glass Inc. is a Commercial Glazing Contractor that operates solely in Monroe County, Florida and specializes in the installation of Glazing Products, Doors and Hardware in hotels, resorts and marinas. Summerland Glass Inc.'s 1st project when they opened in 1998 was to provide these services to the Singh Corp in the construction of the Hawks Cay Resort and Marina in a project that lasted for more than 7 years. Shortly after undertaking this Summerland Glass Inc. started work on the Days Inn-Key West, Florida, and the Holiday Inn-Marathon, Florida. This business model has proved to work well for them and with that they decided to focus on these types of construction and renovation projects.

During the time of the Deepwater Horizon oil spill Summerland Glass Inc. was negotiating remodel work at the Hawks Cay Resort restaurant and commercial space as well as the Westin, Key West. These projects did not move forward after the spill and the usual summer renovations were nonexistent and I can only assume that this was because they were fearing as everyone else was, the devastating impact that this oil spill was about to unleash on the Florida Keys.

Below is a short list of projects that Summerland Glass Inc. has helped to build over the years in Monroe County:

ANGLERS REEF RESORT AND MARINA, ISLAMORADA
HAWKS CAY RESORT AND MARINA, DUCK KEY
INDIGO REEF RESORT AND MARINA, MARATHON
HOLIDAY INN, MARATHON
CORAL LAGOON RESORT AND MARINA, MARATHON
TRANQUILITY BAY, MARATHON
OVERSEAS MOTEL, MARATHON
CORAL HAMMOCK RESORT, KEY WEST

YACHT CLUB OF THE AMERICAS, KEY WEST
OCEANSIDE MARINA, KEY WEST
KEY WEST GOLF CLUB, KEY WEST
DAYS INN, KEY WEST
PARROT KEY RESORT, KEY WEST...

In closing, I think you can see that with review of my tax records that I took quite a financial hit during the time that oil was flowing into the Gulf of Mexico and that I deserve to be compensated for these loses. Lets all hope that the environmental impact will not be long term as our fisheries are suffering since the spill for unknown reasons.

Thank you in advance for reviewing our claim.

Sincerely

Paul L Springer