Calling the Florida Keys home for over 30 years, we are used to being threatened by disaster. Each hurricane season we pay close attention to each storm and monitor its development and direction of travel. But even then only the people who might be in the path really pay attention. You have to know where to look to find any information where a storm is heading and its potential for damage. Then in 2010 came the storm of negligent incompetent greed coupled with shameless journalism. It was a two fisted blow that hit a fragile tourist destination square in the jaw. Now instead of a few locals tuned into the weather channel wondering if a low pressure system might develop into a hurricane, the entire world watched poison spew from an oil head day after day after day after day. Then there were the dozens of camera crews and reporters hovering around a tiny tar ball on a Key West beach telling all from Beijing to Berlin of impending devastation.

How do you know how many times the phone didn't ring? How do you know how many corporate planners simply crossed The Keys off their lists whether Because of the very real threat of an ecological disaster or not wanting to have their corporation anywhere near a media feeding frenzy? The decline in our personal revenue is obvious and documented in our taxable income. With a soft economy we were looking forward to a great season as domestic tourists normally opt for The Keys rather than a more expensive Caribbean destination when vacation money is tight. As if that wasn't bad enough, the dollar was weak and the euro was at an all-time high which was a premium scenario to attract foreign visitors. You, British Petroleum, we have to thank for all of this. You have admitted that you are responsible for our loss. Now it's time to own up.