This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Resort Hotel and Spa, Little Torch key, Florida. Income comes from massages performed on guests at the Spa.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Little Palm Island is a five star resort located on an island in the Gulf side of the Florida keys. It has 30 bungalows where guests enjoy water activities and sunset viewing. There is a spa where guests receive massages and body treatments. The occupancy rate of the hotel is always above 80%. In April, May and June, it dropped to 30%. We had a lot of cancellations, people were concerned about water quality. It was nearly a year before occupancy returned to normal. If there is no guests on the island, there are no appointments. Therefore, my paycheck suffered considerably during that period.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Sonia Burke_  Date 6/20/13

Print Name  Sonia Burke