**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

El sitio donde trabajo es un day care y trabajo como teacher y al cuidado de los niños.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

La forma como fui afectada fue a raiz de que los padres de los niños perdieron sus trabajos por la perdida de turistas en los Cayos debido al derrame pues la mayoria de ellos trabajaban en restorantes, hoteles y Marinas que afectó a dichos negocios. Los padres se vieron obligados a retirar a sus niños del Centro ya que no podian seguir pagando por su cuidado. Esta situación obligó al Centro a reducirme las horas de trabajo y el pago por mi trabajo fue menos afectando mi presupuesto y final- mente perdi mi trabajo.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Gloria P. Cram_  Date _6/21/2013_

Print Name _Gloria Patricia Cram_