**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Retail Stores In Monroe County

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Because of the B.P. oil spill, our regular winter residents, & tourist did not come to the Keys so I lost hours of work which ment I lost a lot of my paycheck for so few hours. every thing was cut back. Because of not having customers to wait on.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  Diana L Moore    Date 7/08/2013

Print Name  Diana L. Moore