**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My only source of income was one full-time job at Mckenzie Petroleum

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

My employer, Mckenzie Petroleum is a company that distributes fuel and oil products to various gas stations, auto repair, and marina companies throughout Monroe county. The Deep water horizon oil spill caused Mckenzie to lose business based on the fact that tourism slowed. The florida keys thrives on tourism for the majority of income to such business. Since the oil spill caused the ocean water to become contaminated, thus causing tourist not to use services that Mckenzie distributed too. Marinas, gas stations, and auto repair shops did not require the services of Mckenzie Petroleum as often and financial hardship on the company as well as its employers.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Bruce Olvera_  Date _____

Print Name _Bruce Olvera_