# Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Our Business is strictly a waterfront Restaurant depending Solely on the tourist industry for our Income. Due to A Significant decrease in tourism during that time we had suffered a Substantial financial loss due to the oil Spil

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Marco Island is know for its prestine beauty and Lovely beaches. Tourists from all over the world visit our Island in hopes of Sampting our Seafood catches and Enjoy the local fanfare.
Our Restaurent is located on the waterways of the Gulf of Mexico. We depend Solely on the flow of tourism for our living. We Service these tourst with our "daily fresh Catches from the Gulf. Our menu consists of 70% of the local Seafood from the Gulf. The oil Spill had damaged our waters and beaches thurs Significatly decreased the flow of tourist this decrease in Tourism caused by the oil Spill caused us to Suffer a Significant financial Loss that we are still recoving from Today

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: _Michelle Balante_   Date: 5/20/13

Print Name: _Michelle Balante_

2/21/2013                    Hardship Attachment Letter                    Scan: Attachment.pdf