# Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

ALL INCOME WAS DERIVED FROM CLIENTS WHO PURCHASED MATERIALS AND PRODUCTS DEALING WITH HOME DECOR, HOME IMPROVEMENT - EITHER SALE OF MERCHANDISE AND/OR CONSULTATIONS.

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

MY BUSINESS OF INTERIOR DESIGN IS BASED IN MARCO ISLAND, FLORIDA, AND I DO WORK THROUGHOUT COLLIER COUNTY PREDOMINANTLY. MY SERVICES INCLUDE THE SELECTION AND SALES OF MATERIALS AS WELL AS CONSULTATION ON MATERIALS DEALING WITH HOMES BEING CONSTRUCTED AND/OR IMPROVED - SUCH AS TILE, GRANITE, LIGHTING, COUNTERTOPS, PAINT, FLOORING, DRAPERIES, FURNITURE, ETC. I WORK WITH BUILDERS OR CLIENTS DIRECTLY ON FLOORPLANS, LIGHTING DESIGN, ETC. MY BUSINESS WAS STEADY FROM TIME OF INCEPTION, BUT THE GULF OIL SPILL IMPACTED THE NUMBER OF VISITORS AND POTENTIAL BUYERS OF HOMES IN THE AREA DRAMATICALLY. I DEPEND ON THE SALES OR CONSTRUCTION OF HOMES FOR MY WORK. MY CLIENTELE IS/ARE THE PURCHASERS OF NEW HOMES OF PEOPLE WHO ARE REMODELING. THE FINANCIAL ASPECT AND DOWNTURN IN MY BUSINESS WAS DEFINITELY CONNECTED TO AND AFFECTED BY THE DOWNTURN IN THE LOCAL ECONOMY AND NEGATIVE IMPACT ON THIS AREA DUE TO THE OIL SPILL DISASTER.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Clara Avila Alber, (president)_    Date _6/14/13_

Print Name _CLARA AVILA ALBER OF AVILA INTERIOR DESIGN, INC._

2/29/2013    Hardship Attachment Letter    Scan: Attachment.pdf