# Hardship Attachment Letter

**IMPORTANT: This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Our business is a full-service restaurant overlooking a bay on the Western side of Florida overlooking the Gulf of Mexico. Our customers are seasonal snow birds and tourists visiting from all over the US, Europe & South America. Our island is 6000 residents and swells to 45,000-50,000.

**Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):**

The oil spill impacted us in 2 ways - decreased sales & increased expenses. There was a dramatic reduction in number of people visiting due to negative publicity and concerns about impacts to local beaches. We rely heavily on hotel chains such as Marriott & Hilton and both experienced significant reduction in occupancy levels over 18 month. Cancellation levels were extremely high for hotels as well as condo & house rentals. International travel was also significantly impacted due to negative publicity. The impact on our expense was also high. Our menu is heavily seafood based and predominantly from the local waters of the Gulf. We saw a dramatic increase in prices and also experience a radical decrease in some of the more prolific sea life such as stone crabs. In summary, the oil spill was responsible for decreased revenue and increased expenses that ultimately affected our bottom line profit which caused us to decrease staffing levels impacting several of our full-time employees.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Jacquie Koon_ Date _10/16/13_

Print Name _Jacquie Koon_

2/29/2013                     Hardship Attachment Letter                     Scan: Attachment.pdf