# Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Short and long term rentals of executive office suites. Also derive income from fees charged to tenants for copies, fax service, internet access.

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

Short and long term office rentals were negatively effected by the Gulf Oil Spill. As business' that would normally rent space began to cut back due to lack of customers/clients, rental and service income started to decline. Tenants were mainly business' related to the tourism industry (i.e. real estate agents/brokers, closing agents, tour operators etc.)

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 5-17-2013

Print Name  Tom J. Mitchusson, Pres.
Island Executive Suites, Inc.