## Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Income is derived from the sale of Real Estate. I am an independent realtor. Broker that was adversly affected by BP oil spill.

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

My income was adversly affected. People were afraid to buy property because they did not know the outcome of the spill and how it would affect the Island. Marco is surrounded by the water + the Gulf of Mexico. There were less tourist so therefore less buyers. Rental + Sales income was affected. There was a downturn in earnings + income.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed ___[signature]___   Date  10-10-13

Print Name  DAVID H. PURCELL

2/29/2013         Hardship Attachment Letter         Scan: Attachment.pdf