This section MUST be filled out by the claimant in their own hand, without assistance from any associate.

Describe in detail sources of income and types of employer you had at the time of the oil spill on April 20, 2010.

At the time of the spill, I was self employed as a Real Estate Agent under the umbrella of Re/Max Metro. My source of income was from commissions on sales of properties.

Describe in detail the nature of your employer's business, where the business operates, what services your employer provides, and how the Deepwater Horizon spill affected their business:

As a Real Estate Agent, my income is directly affected by the condition of the market. I specialize in the sales of properties in our area. Our office is located on Treasure Island, steps from the beach. The extensive media coverage of the oil spill greatly impacted the desire for people to move here in a very negative way. Potential buyers took their money elsewhere.

**INDIVIDUAL DISCLAIMER**

I attest that the information included on this form is accurate and truthful to the best of my recollection.

Signed: [signature]     Date: 4/3/13

PRINT NAME: Anthony Pallazola