**This section MUST be filled out by the claimant in their own hand, without assistance from any associate.**

Describe in detail sources of income and types of employer you had at the time of the oil spill on April 20, 2010.

Since 1995 I have been a full time Realtor on the West coast of Florida. My Real Estate business always increased in volume until April of 2010. I list and sell property on coastal regions of the West coast of Florida. In 2010 When the sale of waterfront homes began to decline my volume of sold homes began to diminish.

Describe in detail the nature of your employer's business, where the business operates, what services your employer provides, and how the Deepwater Horizon spill affected their business:

Re/Max Metro consists of three locations all are located within 1 mile of Tampa Bay. The addresses of the three offices are...201 2nd Ave. N. St. Pete. Fl. 33701, 153 107th Ave. Treasure Island Fl. 33706 and 116 Pinellas BayWay Terra Verdi Fl. 33715.

The nature of my business is listing and selling residential property on the coastal regions of West Florida. The area I cover are between S. Sarasota to the South and New Port Ritchey to the North. The sale of homes through out this area were continuing to increase year after year. In April of 2010 when the BP oil spill happened there was a significant drop in Real Estate sales for both waterfront and non-waterfront homes. Buyers coming into the area slowed dramaticly causing home prices to decline and the volume of homes sold after April 2010 also declined.dramatically.

**INDIVIDUAL DISCLAIMER**

I attest that the information included on this form is accurate and truthful to the best of my recollection.

Signed: *Warren Foley*   Date: 4/26/13

PRINT NAME: Warren Foley