## Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

WE ARE A BREAKFAST AND LUNCH SIT DOWN RESTAURANT ALSO WITH A CARRY-OUT AND DELI MENUE

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

BESIDES A BREAKFAST AND LUNCH SIT-DOWN RESTAURANT WE ALSO DO CATERING FOR DIFFERENT EVENT'S INCLUDING FISHING AND AIRPLANE CHARTERS AND CARRY-ON FOOD FOR PEOPLE FLYING COMMERCIALLY WE ALSO PROVIDE BOX LUNCHES FOR BEACHGOER'S AFTER THE OIL SPILL OUR TOURISM BUSINESS DROPPED OFF DRASTICALLY NO MORE FISHING CHARTERS AND BEACHGOERS THUS EFFECTING OUR ECONOMY, MOST PEOPLE ON THE ISLAND WORK IN THE SERVICE BUSINESS; HOTELS, RESTAURANTS, CLEANING SERVICES, TAXI AND CAR RENTALS. WITH THE LOSS OF TOURISM THEIR INCOME WAS EFFECTED WITH LESS MONEY TO SPEND IN TURN THAT DRASTICALLY EFFECTED OUR BUSINESS. WE HAVE 3 LONG TIME EMPLOYEES AND HAD TO TAKE OUT LOANS TO PROVIDE INCOME FOR THEM

### Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Thomas A. Hanson_   Date _7-11-2013_

Print Name _THOMAS A. HANSON_