# Hardship Attachment Letter

**IMPORTANT:** This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010:

Commercial Fisherman (Longline & Bandit Crabbers) Jet Ski & Boat Rental Companys along with mechanics who service the units. Restaurants (Kitchen Repairs). Commercial Fishing Tackle Supply Store

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

Pinellas County FL Unique Welding & Repairs Inc.
Commercial Fisherman - Fabricate and repair rigging & longline equipt. anything metal on the boat to keep it fishing.
Rental companys - Repair boats damaged by renters
Marine mechanic companys - Repair aluminum engine parts (motor casing, skegs)
Commercial Fishing Tackle Supply Store - Fabricate longline & bandit equipment, deck & ice storage tools
Restaurants - Stainless Steel kitchen equipment fabrication & repairs, building repairs.
Because of the spill many of my customers either closed or quit spending money on repairs or new fabrication because of the uncertainty of what lay ahead after the spill.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *Phillip Hartong*    Date: 5-12-13

Print Name: Phillip Hartong