We came to Florida and decided To open our 2nd Corn city Rest. So we can Retire down here. So we went Looking for a place & We found That in John's pass! So we had To redo The The place we found We had To Borrow money To do that & To Buy Eqmt. And we did our menus Like ~~——~~ our other Corn city in Deshler Bar & cafe Ohio. We Both Worked very very Hard To remoldal & To Get our Business opened And We Both worked worked 7 days a week open To Close! our Other Business in Deshler Soffered for a while Tell Randy Could go Back N Forth!

Kimberly Petersen
Kimberly Petersen
3-14-13