## Hardship Attachment Letter

IMPORTANT: This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description:**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Membership dues and sales of advertisement in Chamber's magazine plus member advertising Panel Located outside office. Customers are business owners, Clubs & organizations plus special events.

Nature of business (describe in detail how and where your business operates and what services your business performs and **how the oil spill affected your business**):

The Marco Island Chamber of Commerce Promotes a healthy business and tourism Climate in order to protect the quality of life in the Community. The spill directly affected our business since we are located on a 4 mile by 6 mile barrier island directly on the Gulf of Mexico. Since tourism dropped dramatically and island business Retracted financially. The Chambers Revenues dropped from $400,497 in 2007 to $380,418 in 2008 to $311,016, $310,280 and $325,009 from 2009 until 2011. All sources of Revenue were diminished as tourists, visitors from abroad and prospective homebuyers avoided Marco Island. In those same years Cost of good increased thereby Causing a two-pronged adverse impact on the Chambers economic Results. Information Circulated domestically and internationally about the spill and Caused people to forego travel and business on Marco Island

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Sandra Rieden_    Date _9/7/2013_

Print Name _SANDRA Riedemann_