This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked for garbage collection company Veolia Enviromental Services and was paid weekly

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

In 2010 our trucks were coming in early every day and the maintenance goes by truck hours - A-PM every 150 hrs - B-PM every 450 hrs. The less hours the on the truck the less hours I worked. It was really slow for everyone at the time. Tourist traveling to The Key's was at a minimum no tourist no trash.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_ Date 10-28-13

Print Name Edward Vihlen