**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

My employer is Southern Wine and Spirits. My source of income is Salary, Commission and Bonuses generated by the sale of Alchoholic beverages.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I am the Area Manager for the Florida Keys. My income is generated by sales of Alchoholic beverages to bars, Restaurants, Package store and Convenience stores. Like many of my Accounts we rely heavily on tourism. The spill had a significant effect on the amount of people traveling to the keys and there were many rooms, weddings and trips cancellations during that time. This affected my pay and my ability to hit many bonuses offered by my company.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date: 10/2/13

Print Name: Ronald Acevedo