**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Tourist — RVers coming to Key West
Tourist renting houses in Key West

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Kuparie Inc — owns RV lots @ BlueWater RV resort which is rented to Tourist.
Studio on Petronia St - downtown Key West is rented to Tourist.
After the oil spill the Tourists did not come business basically died — No customers — no Tourist
I lost my homes & sold the lots below market value — The rental properties were foreclosed.
Basically lost everything. The oil spill finished me off.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed  Corazon Kulok                    Date 10/10/13

Print Name  CORAZON KULOK