**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked for PIEDMONT/USAIRWAYS at Key West Int'l Airport. I was paid Hourly and was Fulltime w/ Healthcare, vacation, sick leave, etc.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Operated US AIR flights (ticketing + ground-handling) in and out of Key West. After the spill, our flight frequency was reduced (the number of flights per day/week). They tried to supplement with handling another airline's flights (AIRTRAN). Then when that was lost they cut me from fulltime to parttime, thereby losing all benefits including healthcare.
Now the work, as of October 15, 2013, is given away to a contractor. So, now we are on permanent/extended furlough and have to provide our own Healthcare coverage. Presently, that is $604/mo., just for me (not spouse) under COBRA.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____MR Bell_____   Date 10/10/13

Print Name MARK R. BELL