**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked at John Pennekamp state park located in Key Largo / Monroe county FL.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

The nature of my employers business is to serve the tourist of that venture down to the Florida keys. Tourist go to John Pennekamp to go diving, snorkeling, kayaking, canoeing, and to enjoy the 00 3rd largest reef in the world. The oil spill had a major impact on the flow of tourism, ~~be tourist stopped~~ Tourism decreased because so many people thought that the oil had hit our shores.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 10/25/2013

Print Name Jose Hernandez