**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I was working as a chef in Key West Florida at two different locations

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I worked in the Hospitality Industry as a chef In April I was working at the Hurricane Hole Marina which is right on the water they continually kept cutting back my hours there after the spill until eventually I had to get a second Job to pay my bills and shortly after I got the Second Job at (Kelly's Caribbean)(a Restaurant in downtown Key West) I ended up Quitting Hurricane Hole due to the fact it was no longer worth my time to Ride my bike to and from work. and I started getting more hours at Kelly's Caribbean.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_    Date 10-17-2013

Print Name Cheryl A. Ramey