This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Operation Description

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I receive rental income from seasonal vacationers and local transient workers.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Rental income from seasonal individuals in Marathon Florida, a popular fishing and vacation area.

The oil spill discouraged people form coming to Marathon because, they believed that oil residue was in the surrounding waters and their water activities would be interrupted and spoiled.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 1-4-13

Print Name RICHARD A. OLDEN JR.