**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

I drive a taxi for locals and tourists to get around town. The "Horizon" spill caused less business in Key West.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

I drive tourists to and from downtown + the local hotels. Because the tourists cancelled vacations and weddings here, due to "Horizon's" spill, we had less business.

## Business Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Jeffrey J. Hoerl_   Date _9-4-2013_

Print Name _Jeffrey J. Hoerl_