This section MUST be filled out by the claimant in their own hand without assistance from any associate.

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____
_____
_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

I was looking for work and I promised to be hired but as soon as the oil spill happened they could not hire me do to business loss.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _K Duscka_____ Date _July 31-2013_

Print Name _Krzysctof D. Duscka_