**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

_____

_____

_____

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

✳ See attached _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_____ Date _11/7/ 2013_

Print Name _Deborah J Peacock_____

To Whom it may concern

On April 20th 2010 I was employed as a bartender at the Parrotdise Bar and Grill located on Little Torch Key that catered mainly to tourists. After the oil spill, business slowed so much that I had to find new employment closer to Key West where there was more of a concentration of tourists, but yet a 45 minute drive for me each day each way instead of a 5 minute drive. So this also added time to my day and wear and tear on my vehicle. I started work in June 2010 at the Hogfish Bar and Grill as a bartender. They too also mainly cater to the tourists.

Deborah Peacock

*[signature]*

11/7/2013