This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

My business decreased significantly to only 1-2 people in my yoga class and my massage business did not have any people who normally have massages during their vacation or stay in the keys.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

For my yoga & massage therapy business is especially busy in the month of April historically - I have people on vacation requesting massages and this is where I make most of my income. Usually these customers are getting a massage or coming to one or more of my yoga classes while the other members of their party goes fishing or another sporting activity in/on the water. The people wanting relaxation and a yoga workout did not appear or schedule appointments during this usually busy time of my business.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Gail G. Leder_  Date _2/8/13_

Print Name _Gail A. Leder_