**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Revenue from the sales of homes

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

We bought infill lots with allocations, built new homes, and sold homes through realtors and our own marketing efforts. Often times we pre sold homes prior to construction. The spill stopped the sale of homes, created difficulty in buyers getting financing, and left us with unsold inventory.

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _James Saunders MAN MEM_ Date _10/9/13_

Print Name _JAMES C SAUNDERS MAN MEM_