**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

SEE attached

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

see attached

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Kay Chatters_ Date _10-24-2013_

Print Name _KAy CHATTERS_

Kay L. Chatters

Describe in detail sources of income and type of employer you had at the time of the oil spill, April 20th, 2010.

My employer on April 20, 2010 was Richard Padron & Associates, Inc., 3229 Flagler Ave., Suite 101, Key West, FL 33040, a real estate office dealing in sales and property management of residential and commercial properties in Key West and the Florida Keys. I was employed as their office manager since 2001.

Describe in detail the nature of your employer's business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill on April 20th, 2010 affected their business.

Richard Padron & Associates, Inc., 3229 Flagler Ave., Suite 101, Key West, FL 33040, is a real estate office dealing in sales and property management of residential and commercial properties in Key West and the Florida Keys. The oil spill caused many tourists to avoid the Keys and much of real estate business starts with people visiting the Keys and seeing the beauty and activities that they offer. Without those enticements, most of our tourism dropped off. It didn't happen overnight. The more the oil spill was talked about, the more it scared people away from all of the Gulf Coast, including Key West and the Florida Keys. While people dealing more directly with tourism were more quickly and more extremely damaged, the entire economy of the Keys has been deeply hurt. Our office had less and less business until my boss could no longer afford my services. It started with my hours being cut from 40 hours per week to 20 hours per week on March 23, 2012 and then losing my job altogether February 15, 2013.