**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

SEE ATTACHED !

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

SEE ATTACHED !

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_   Date 10-24-13

Print Name CHRIS E. CHATTERS

Chris E. Chatters

Describe in detail sources of income and type of employer you had at the time of the oil spill, April 20th, 2010.

My source of income on April 20, 2010 was my employer, Oceanside Marina, 5950 Peninsular Ave., Key West, FL 33040, where I have worked from 1997 to present. I was employed as an Assistant Dockmaster, booking reservations for wet slips and dry storage racks. I also worked the sales counter for the fuel dock and the tackle shop.

Describe in detail the nature of your employer's business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business.

Oceanside Marina, 5950 Peninsular Ave., Key West, FL 33040 was a full-service marina renting wet slips and dry boat storage with trailer storage and a fuel dock servicing local and transient customers.  We also serviced a fleet of offshore and back-water fishing guides. After the spill, charter fishing, transient slip and dry storage rentals as well as sales and activity in general, gradually tapered off due to concerns of damage to the condition of fish and fishing, as well as possible damage to boats.  Everyone panicked and it affected most everyone in the Keys to some degree. Because of the lack of sales, my hours have been cut from 36-40 hours per week to 18-22 hours per week.