This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Printing company in Monroe County

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

~~See attached letter~~

Reduced work hours due to the Deepwater Horizon spill. I also no longer have paid vacations and federal holidays are no longer benefits of my employment.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Elizabeth A. Seibilis_   Date _5/13/13_

Print Name _Elizabeth A. Seibilis_