**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked at a resort. Bartending with hourly wage and tips.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Cheeca Lodge and Spa is a resort in the Florida Keys. Located in Islamorada it was a 200 room resort on the beach with a restaurant and bar. When the Deep Water Horizon spill happened there was a decrease in business due to the threat of oil. With the decrease in business the tips decreased. From lack of room bookings and volume of people in the Florida Keys.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Matth R Szumada    Date 4/22/2013

Print Name: Matthew R Szumada