To Whom it may concern:

I have been employed since 2006 as a product merchandiser by Kraft Foods by stocking supermarket grocery stores (Publix, Winn Dixie and military commissary's) with Nabisco products. My territory has been from Marathon to Key West in the Florida keys of Monroe County.

Our economy thrives on tourism as everyone has to eat. Locals also purchase products based on their own income level. More tourists eating food and buying products like Crackers + cookies increase the locals income also. Locals my constant but the more disposable income they buy the more they will buy. Tourists and locals go hand in hand in the Flo Keys!

I put products to the shelf for purchase and I did not get the work in 2010 that I was expecting due to loss of traffic in the stores that I was servicing. My sale of products will suffer in a time of economic [crunch].

Steve Leonard
4255 Eget Lane
Big Torch Key, Flo  33042