This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

At the time of the spill I was employed by Hobo's Cafe in Key Largo Florida Keys. I was employed as a server/bartender with a job based on tips & tourism.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Before, during and after the BP oil spill I was employed @ Hobo's Cafe in Key Largo Florida Keys. I was employed as a server/bartender with a job based on tips & tourism. After the spill most people believed that the oil may have been coming to the Keys & therefor most of the tourist & travelling residence, did not come down. Because these people did not come as a bartender/server my wages were greatly affected in a negative manner. As my wages were affected so was the quality of life was also negatively affected.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Nicol C. Z_____   Date: 6/20/2013

Print Name: Nicola C Zidanic