**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

GROCERY STORE IN MONROE COUNTY.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

DUE TO THE BP OIL SPILL THE HOURS WERE CUT BACK AND NO OVERTIME WAS GIVEN. GOT ANOTHER JOB TO HELP SUPLIMENT INCOME AT A NURSERY.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _[signature]_  Date 11-14-13

Print Name MICHAEL RUSSELL