**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

## Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I worked as a Substance abuse counsellor at a 6 month residential TX program. I also worked part time at the Vineyard Churches as youth pastor.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Keys to Recovery was a 6 month residential treatment center for adult males. It operated in Marathon Florida. The Deepwater Horizon oil spill affected their business in many ways, including the income of the business due to a lack of people coming into the keys, buying homes, spending $ etc. Vineyard Community church was effected in the same manner.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: [signature]   Date: 11/12/13

Print Name: Francis X Seneche Jr.