| MEDICAL Providers |
|---|

1. Lady of the Sea
General Hospital
200 W 134th Pl
Cut Off. LA 70345

2. Bowes Imaging Center
Thomas E. Turek, M.d.
6015 Pointe West Blvd.
Bradenton, FL 34209
941/782-0490

3. Manatee Memorial Hospital
206 Second Street
Bradenton FL 34208
941/746-5111

4. Harish J. Patel, M.D.
West coast Neurology, P.A.
5649 49th Street North
St. Petersburg, FL 33709
727-528-2272

5. Blake Hospital LW
2020 59th Street West
Bradenton, FL 34209
(PH) 941-798-6134

6. Marina's Medical Center
LLC
5591 Cortez Road West
Bradenton, FL 34280
(PH) 941-795-4206
(Fax) 941-795-1386

7. Advanced Spine and
Orthopedic Surgery
Dr. Nair
1922 53'd Avenue East
Bradenton, FL 34203
(PH) 941-753-17S6
(Fax) 941-201-1200

8. West Coast Neurology and
Imaging Centers
5649 49th Street North
St Petersburg, FL 33709
(PH) 727-528-2272
(Fax) 727-528-1437

9. Internal Center for Advanced Spine
Dr. Sajeev K. Nair
1922 53rd Ave. E. Suite A
Bradenton, FL 34203
Phone 941-753-1756
Fax 941-201-1200

Lady of the Sea General Hospital

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1.  The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.  Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.  I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to s in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.  I have a right to receive a copy of this authorization. Copy of this authorization received. _____ (Initials)

5.  A copy or facsimile (fax) if this authorization IS as valid as the original.

6.  My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.  This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.
I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: _____     DATE: _____
         Signature of Patient/Legal Guardian or Representative*

                                              WITNESS: _____

         (Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                            Date: _____
Name of staff member copying records: _____

                                                           Date: _____
Name of staff member releasing records: _____

HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

BOWES IMAGING CENTER

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to s in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received._____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____   DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                                                     Date:_____

Name of staff member copying records:_____

Name of staff member releasing records:_____   Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

MANATEE MEMORIAL HOSPITAL

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier  [ ] facsimile  [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has coincided as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to do so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all rules of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____ DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

_____
(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                                                                   Date:_____

Name of staff member copying records:_____

Name of staff member releasing records:_____   Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

HARISH J. PATEL, M.D.

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physician, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid until that is assured by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1.  The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.  Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.  I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.  I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5.  A copy or facsimile (fax) if this authorization IS as valid as the original.

6.  My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.  This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.
    I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.
    SIGNED:_____   DATE:_____
    Signature of Patient/Legal Guardian or Representative*

    WITNESS:_____

    (Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**
Name of staff member copying records:_____   Date:_____

Name of staff member releasing records:_____   Date:_____

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

BLAKE HOSPITAL LW

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal source   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. This records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received._____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____   DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:
Name of staff member copying records:_____   Date:_____

Name of staff member releasing records:_____   Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

MARINA'S MEDICAL CENTER LLC

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information hardcopies/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____     DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

_____
(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                                                                    Date:_____
Name of staff member copying records:_____

Name of staff member releasing records:_____   Date:_____

HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

ADVANCED SPINE AND ORTHOPEDIC SURGERY (DR. NAIR)

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | xxx-xx-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____     DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

_____
(Relationship, if signed not signed by patient)

*Representatives must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                                                                    Date:_____
Name of staff member copying records:_____

Name of staff member releasing records:_____                 Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

## WEST COAST NEUROLOGY AND IMAGING CENTERS

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party contained to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is satisfied that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all releases of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize this disclosure of the Protected Health Information.

SIGNED: _____     DATE: _____

   Signature of Patient/Legal Guardian or Representative*

   _____     WITNESS: _____

   (Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**

Name of staff member copying records: _____     Date: _____

Name of staff member releasing records: _____     Date: _____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

Internal Center for Advanced Sping (Dr. Nair)

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. This records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all releases of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____   DATE:_____

Signature of Patient/Legal Guardian or Representative*

_____   WITNESS:_____

(Relationship, if signed not signed by patient)

*Representatives must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:   Date:_____

Name of staff member copying records:_____

Name of staff member releasing records:_____   Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION