LIST OF MEDICAL PROVIDERS FOR
WILLIAM B. KIRBY

1. Dr. Jonathan T. Miller
1720 Spring Hill Ave # 300
Mobile, Alabama 36604
(251) 435-1200

2. Terrebonne General Medicine Center
Emergency Room
8166 Main Street
Houma, LA 70360
Approximately 5/4/10

3. LSU Health Sciences Center --
Dr. Judd Shellito
School of Medicine
1901 Perdido Street, Room 3205
New Orleans, LA 70112
504-568-4634

JONATHAN T. MILLER, M.D.

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| WILLIAM E. KIBBY JR | 1-19-63 | 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 | 251-554-8594 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Records, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammogram Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must do in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received _WK_ (Initials)

5. A copy or facsimile (fax) if this authorization **IS** as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: _William E. Kibby_                                             DATE: _____
Signature of Patient/Legal Guardian or Representative*

WITNESS: _____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patient's behalf.

**OFFICE USE ONLY:**
Name of staff member copying records: _____                                           Date: _____

Name of staff member releasing records: _____                                          Date: _____

**HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION**

TERREBONNE GENERAL MEDICINE CENTER

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| WILLIAM E KIBBY JR | 1-19-63 | 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 | 251-554-8594 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of a requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammogram Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosu will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must b in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received. WK (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: William E Kibby Jr                                          DATE: _____
Signature of Patient, Legal Guardian or Representative*

WITNESS: _____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patient's behalf.

OFFICE USE ONLY:
Name of staff member copying records: _____   Date: _____
Name of staff member releasing records: _____   Date: _____

HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

LSU HEALTH SCIENCE CENTER
DR. JUDD SHELLITO; SCHOOL OF MEDICINE

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| William E Kibby JR | 1-19-63 | 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 | 251-554-8594 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must do in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received. WK (initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: _William E Kibby_____   DATE:_____
Signature of Patient/Legal Guardian or Representative*

_____   WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:
Name of staff member copying records:_____   Date:_____

Name of staff member releasing records:_____   Date:_____

HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION