# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cimini | Roland | Vaughn | |

| Phone Number | E-Mail Address |
|---|---|
| (504) 828-6870 | v.cimini@cimini.org |

| Address | City / State / Zip |
|---|---|
| 205 Stella Street | Metairie, LA 70005 |

**INDIVIDUAL CLAIM** [X]   **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| Cimini & Associates | |

| Job Title / Description | Type of Business |
|---|---|
| Attorney | |

| Address | Address |
|---|---|
| 110 Veterans Blvd. Suite 222 | |

| City / State / Zip | City / State / Zip |
|---|---|
| Metairie, LA 70005 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 0020 | |

| Attorney Name | Firm Name |
|---|---|
| C. Perrin Rome, III | Rome, Arata, Baxley & Stelly, LLC |

| Address | City / State / Zip |
|---|---|
| 650 Poydras St., Suite 2017 | New Orleans, LA 70130 |

| Phone Number | E-Mail Address |
|---|---|
| (504) 522-9980 | Prome@romearata.com |

Claim filed with BP?   YES [X]   NO [ ]      Claim Filed with GCCF?:   YES [ ]   NO [X]

If yes, BP Claim No.: 1102572-01      If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- [X] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [ ] Personal Injury/Death
- [ ] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [X] Removal and/or clean-up costs
- [ ] Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    Claimant's real property located at 110 Kelly Cove in Pass Christian, Mississippi lost value due to the spill. See Exhibit "A", Presentment Letter.

    The property also sustained oil damage, resulting in removal damages of $5,000. See Exhibit "A"

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ 10. Person who utilizes natural resources for subsistence.
- ☐ 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ 5. Resident who lives or works in close proximity to coastal waters.
- ☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ C. Perrin Rome, III_
Claimant or Attorney Signature

C. Perrin Rome, III
Print Name

April 11, 2014
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



EXHIBIT A

# ROME, ARATA, BAXLEY & STELLY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY ALSO ADMITTED IN TX
W. CHAD STELLY ALSO ADMITTED IN MS

January 10, 2014

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:

*Prome@romearata.com*

**_SENT VIA E-MAIL (bpclaimsprogram@bp.com) AND U.S. MAIL_**
BP OPA Claims Facility
P.O. Box 330919
Houston, Texas 77233-09191

## PRESENTMENT LETTER

Re:   Vaughn Cimini
      Property located at 110 Kelly Cove
      Pass Christian, Mississippi 39571-2226

Dear Sir or Madam:

Please be advised that I have been retained by Vaughn Cimini relative to the damage caused by the Deepwater Horizon explosion and resulting oil spill of April 20, 2010 to real property he owns in Pass Christian, Mississippi. The address of the property is 110 Kelly Cove, Pass Christian, MS 39571-2226.

I hereby make presentment to you, pursuant to The Oil Pollution Act, 33 USC Sec. 2717(f) ("the Act"), of Mr. Cimini's claim for property damage to the above-referenced real property directly related to and resulting from the April 20, 2010 Deepwater Horizon explosion, fire and resulting oil spill. More specifically, Mr. Cimini's property located at 110 Kelly Cove in Pass Christian, Mississippi suffered a diminution of value as a result of the DWH incident, for which he is entitled to compensation in the total amount of $450,000 pursuant to Section 2701(2) of the Act. His property was also oiled by the spill, for which he seeks removal costs in the amount of $5,000.

The property located at 110 Kelly Cove in Pass Christian consists of a house, a dock and a boat slip, all of which were situated on a bayou or canal that ran directly into the Bay of St. Louis some 500 feet away. The bayou on which the property is situated is located in-between Bayou Malini and Bayou Portage.

In May, 2010, Mr. Cimini visited the property located at 110 Kelly Cove in Pass Christian and discovered the presence of an oil sheen on top of the water in the bayou. The oil sheen actually extended past my property and continued further down the bayou, in the direction away from the Bay of St. Louis. This was the first time he had ever seen

NEW ORLEANS, LOUISIANA  •  HOUSTON, TEXAS

Vaughn Cimini

oil in the water of the bayou on which the property sits. The bayou runs directly from the Bay of St. Louis, located only 500 feet away. The Bay of St. Louis was oiled by the Deepwater Horizon spill. That oil migrated from the Bay of St. Louis down the bayou and onto Mr. Cimini's property.

In connection with this claim, I submit two appraisals of the subject property. The first one is dated April 28, 2008, and reflects that prior to the DWH incident, Mr. Cimini's property at 110 Kelly Cove in Pass Christian had a market value of $375,000. Please note that this appraisal, performed by Whitney National Bank, contains maps which show the location of the property and its close proximity to the Bay of St. Louis, as discussed above.

The second appraisal is dated October 1, 2012, after the DWH incident which caused oil damage to the property, and reflects a market value for the same property of $225,000—a diminution in value of $150,000.

These appraisals establish that Mr. Cimini suffered a substantial loss in the value of his Pass Christian property as a result of the DWH incident. That diminution of property value, multiplied by a factor of three (3) for punitive damages, accurately assesses Mr. Cimini's losses and adequately compensates him for his damages. The supporting documentation sufficiently establishes Mr. Cimini's claim and enables you to analyze and settle it within ninety (90) days.

Additionally, this property was oiled by the spill with oil that migrated from the Bay of St. Louis. In this regard, I attach an affidavit from Mr. Cimini, outlining the details of the contamination of his property. He seeks $5,000 in connection with this claim.

We trust that you will find everything in order such that the claim may be analyzed and processed. Please do not hesitate to call us if you have any questions or need any additional information in order to approve the claim for diminution of property submitted herein on behalf of Vaughn Cimini.

Very truly yours,

C. Perrin Rome, III

Attachments:
    A. Claim Form for Individuals and Businesses
    B. April 2008 Appraisal
    C. October 2012 Appraisal
    D. Affidavit of Roland Vaughn Cimini