Claimant: Delmer Bodden
Claim ID: SPC0011138

    I started working as a clean-up worker with Ashland Services around June 2010. The Specified Physical Condition(s) that I have experienced from working as a Clean-Up Worker was knee and neck pain, upset stomach, and headaches. I first started experiencing these symptoms about 2 weeks after I started working. Also, around the end of June 2010, is when I injured my knee from a boating accident while working with Ashland Services as a clean-up worker. My job consisted of deploying boom used to clean up the oil spill and cleaning up tar balls from the beaches along LA coast. I was exposed to oil, dispersants, and/or substances by breathing the oil while working as a clean-up worker. Additionally, I was not given the proper uniform to perform these tasks. The approximate dates I was exposed to oil, dispersants, and/or substances, was around June – July 2010. Please be advised that I had a stroke in January 2013, which is why I cannot recall the exact dates listed in this declaration. I declare under penalty of perjury that the foregoing is true and correct. Executed on _01-16-14_ .

*[signature: Delmer W Bodden]*
Delmer Bodden