Claimant: Julissa Bodden
Claim ID: SPC0011591

      I started working as a clean-up worker with Ashland Services around May/June – July 2010, then with IMS around August – September 2010. The Specified Physical Condition(s) that I have experienced from working as a Clean-Up Worker was headaches, sore throat, dizziness, coughing and vomiting. I first started experiencing these symptoms about 2 weeks after I started working with Ashland. My job consisted of deploying boom, cleaning up tar balls from the beaches along Grand Isle and cleaning the tools used in the clean-up efforts. I was exposed to oil, dispersants, and/or substances by breathing the oil while working as a clean-up worker. Additionally, I was not given the proper uniform to perform these tasks. The approximate dates I was exposed to oil, dispersants, and/or substances, was around May - June 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on 1-16-14.

_____
Julissa Bodden