Claimant: Llewellyn Butler

    I was living at 1988 - B Todd Cove Road Biloxi, MS 39530 from October 22, 2004 to July 1, 2010. This residence is in Zone A of the Medical Benefits Settlement. The Specified Physical Conditions that I have experienced from living in this area were headaches, nausea, diarrhea, faintness and vomiting. My family and I not only lived in the area but we frequently took walks on the beach and traveled to other areas exposed to oil and pollutants. I first started experiencing these symptoms within 24 hours of an exposure to oil, dispersants, and other substances. I was exposed to chemicals, dispersants and oil by inhalation and direct contact. The dates that I was exposed to oil, dispersants, and substances was from May 1, 2010 – July 1, 2010 I declare under penalty of perjury that the foregoing is true and correct. Executed on 6-5-2014.

*Llewellyn Butler*
Llewellyn Butler