Claimant: Ervin Evans
Claim ID:

    I worked as a clean-up worker with Technical Environmental Services from June 14, 2010 – September 14, 2010. The Specified Physical Conditions that I have experienced from working as a Clean-Up Worker are right eye irritation and pain of right side of mouth. The right side of my face is experiencing some nervous malfunction. I first started experiencing these symptoms within 24 hours of a shift of work. I also suffered heat exhaustion while working a shift of work and was treated by the BP onsite medical staff. My responsibility was to pull boons out of the Gulf that disconnected or were damaged and repair or replace them. I also cleaned contaminated boons on the work site. While working with the clean-up, I was exposed to chemicals, dispersants and oil by inhalation and direct contact. The dates that I was exposed to oil, dispersants, and substances were from June 14, 2010 – September 14, 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1 2014.

Ervin Evans