Claimant: Wayne Jones
Claim ID: SPC0011051

I worked as a clean-up worker with DRC Emergency Services, LLC from May 2010 – November 6, 2010. I worked in Belle Chasse, Myrtle Grove, Port Sulphur, Empire, and Venice all along the polluted water. The Specified Physical Conditions that I have experienced from working as a safety manager with the Clean-Up are shortness of breath, excessive coughing, excessive congestion and depression. I first started experiencing these symptoms within a few weeks of my exposure to oil, dispersants, and other substances. As a safety instructor, I was required to describe safety procedures to incoming clean-up workers, aid those workers in the proper safety procedures and assist workers with decontamination prior to eating and resting. I also was required to accompany injured workers to and from the hospital. While assisting clean-up workers with safety procedures, I was exposed to chemicals, dispersants and oil by inhalation and direct contact. The date(s) that I was exposed to oil, dispersants, and substances was from May 2010 – November 6, 2010. Presently, I still have upper respiratory issues and ongoing depression. I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/21/14.

[signature]

Wayne Jones