Claimant: Ivory Levi
Claim ID: SPC0000512

      I started working as a clean-up worker with Global Management Enterprise, LLC on June 5, 2010. The Specified Physical Condition(s) that I have experienced from working as a Clean-Up Worker were Acute Contact Dermatitis, Irritant Contact Dermatitis, Redness, Welts, Itching, Pain, Peeling, Headaches, Eye Irritation/Eye Burn, Acute Rhinosinusitis, Nasal Congestion, Nasal Discharge, Cough, Nausea, Diarrhea, Acute Pharyngitis, and Acute Tracheobronchitis. I first started noticing a rash on my face that was red and burning within 24 hours after I was exposed to oil, dispersants, and/or other substances used to clean up the oil spill. Rashes were later found on my back, chest and legs. I started experiencing all other symptoms listed in this declaration sometime in June 2010, which was about 1 – 2 weeks after being exposed to oil, dispersants, and/or other substances used to clean up the oil spill. My position at Global Management Enterprise was working as a Supervisor for the shoreline clean up from June 5, 2010 – December 2010. I worked in several different areas in Grand Isle, LA because of my job position and duties. During this time, I was exposed to oil, dispersants, and/or other substances by direct contact and inhalation. The approximate dates I was exposed to oil, dispersants, and/or substances, was from June 2010 – December 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on FEBRUARY 12, 2014

_Ivory Levi_
Ivory Levi