Claimant: Sidney Mason

Claim ID: SPC0010198

I started working as a clean-up worker on April 29, 2010. The Specified Physical Condition that I have experienced from working as a Clean-Up Worker is the loss of my big right toe, which later caused the second toe on the same foot to be crushed. This incident first happened around September 1, 2011. My right big toe became infected because I was constantly in the oily water every day. Although I wore my boots every day, water would still get inside because the water was higher than my boots. I worked until November 2, 2011. On November 5, 2011, I went to the hospital and they amputated my right big toe after the antibiotics treatments did not work. I was out of work until November 28, 2011. Upon my return, I was only able to drive transport and ATV since I was physically unable to perform other jobs. Eventually, this type of work is what lead my second toe on my right foot on February 12, 2013 to become crushed, not amputated. This made it quite difficult to get around on a daily basis. I later went to a podiatrist on October 15, 2012 and was told that I could only work at a job sitting down because I still have pain in that foot presently. I declare under penalty of perjury that the foregoing is true and correct. Executed on  12/17/2013

_____ Sidney Mason