Claimant: Charles Mieding, III
Claim ID: SPC0008780

      I started working as a clean-up worker on April 29, 2010. The Specified Physical Conditions that I have experienced from working as a Clean-Up Worker was a ruptured eardrum. I first started experiencing sinus cold symptoms on May 8, 2010 – May 10, 2010. Those symptoms lead to severe left ear pain, causing an ear infection, eventually leading to my ruptured eardrum on May 11, 2010. After the eardrum ruptured, I experienced blood and mucus discharge. This occurred approximately 24 hours after exposure and my symptoms are still ongoing. My job consisted of deploying boom used to clean up the oil spill in Mobile Bay and Dauphin Island, AL. Additionally, I helped set out T-posts along the beaches along the Gulf of Mexico. I was exposed to oil, dispersants, and/or substances by inhalation and direct contact as a cleanup worker. I was told by BP not to wear the respirator and was not given the proper PPE, even while planes were releasing dispersants overhead as I worked. I also was advised by Ashland Services, ES&H, and BP that I was not Hazmat certified, OSHA certified, or given any classes or training to get certified for these jobs. The approximate dates I was exposed to oil, dispersants, and/or substances, was from May 7, 2010 – May 10, 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on  1/8/2014  .

_____
Charles Mieding, III