Claimant: Jospeh Miller
Claim ID: SPC0011386

I started working as a clean-up workerwith United Tugs Inc, in April of 2010. The Specified Physical Conditions that I have experienced from working as a Clean-Up Workerwere passing out, seizures, night sweat, chronic fatigue, blurred vision and depression . I first started experiencing these symptoms within a few weeksafter my exposure to oil, dispersants, and other substances. My job required me to pull in barges that were filled with oil at the spill site. I was exposed to chemicals, dispersants and oil by inhalation and direct contact. The dates that I was exposed to oil, dispersants, and substances were between April 2010 and late December 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on 4-10-14.

Joseph Miller