Claimant: Reginald Richardson
Claim ID:

 I was living at 136 Daybrook Road Empire, LA 70050 from April 9, 2008 to October 10, 2010. This residence is in Zone B of the Medical Benefits Settlement. The Specified Physical Conditions that I have experienced are blurry vision, headaches, excessive sweating and partial loss of consciousness. I first started experiencing these symptoms within a few weeks after my exposure to oil, dispersants, and other substances. I also was working as a fisherman for Daybrook Fisheries at the time. I was exposed to chemicals, dispersants and oil by inhalation and direct contact. The dates that I was exposed to oil, dispersants, and substances were between May 2010 and October 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on _____.

Reginald Richardson