Claimant: David Sampson
Claim ID:

      I was working as a clean-up worker with Lee Anthony Dredgeman (LAD) from July 1, 2010 – September 23, 2010. The Specified Physical Conditions that I have experienced from working as a Clean-Up Worker were sinus issues, memory loss, rashes on arm, chest, head and back, and hypertension. I first started experiencing these symptoms within 24 hours of a shift of work. My job required me to clean lines and pumps on the Big Gulp 3 Oil Skimmer. I was exposed to chemicals, dispersants and oil by inhalation and direct contact. There was oil on the tanks, we never discharged and the dispersant was sprayed on me. The dates that I was exposed to oil, dispersants, and substances were between July 1, 2010 – September 23, 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 12, 2014.

David Sampson