Claimant: Alvin Shields, Jr.
Claim ID: SPC0008778

    I started working as a clean-up worker sometime after the spill, but cannot recall the exact dates. The Specified Physical Conditions that I have experienced from working as a Clean-Up Worker are acute lumbar strain and left knee contusions. Additionally, I had trouble breathing (shortness of breath) and nasal congestion. My job consisted of shoveling oil on the beach and deploying and retrieving oil boom of the boat. While working as a field technician, I was exposed to the breathing fumes from the oil dispersants. I also contacted the substances on my skin and my eyes were red and running. I had trouble breathing and broke out in rashes. About 1 week after the exposure to oil, dispersants, and/or substances used to clean up the oil spill, I started to experience these symptoms. Additionally, I was exposed to oil and breathing in fumes despite given the proper attire. The approximate dates I was exposed to oil, dispersants, and/or substances, was from June 20, 2010 – August 20, 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on _2-24-2014_.

                                                                                            *Alvin Shields, Jr.*
                                                                                             Alvin Shields, Jr.