Claimant: Shawn Theriot
Claim ID: SPC0008774

    I started working as a clean-up worker sometime after the spill, but cannot recall the exact dates. The Specified Physical Condition that I have experienced from working as a Clean-Up Worker is bronchitis and asthma. My job consisted of working on the beach to clean up oil and on boats laying oil boom to clean up oil spill in the contaminated waters. Every day while working on the boats in the cleanup efforts, the oily water would splash on me when I would tie the boat up. Also during this time, there were planes spraying dispersants overhead as I was cleaning. About 2 weeks after the exposure to oil, dispersants, and/or substances used to clean up the oil spill, I started to experience bronchitis and asthma. Additionally, I was never given the proper PPE for these tasks. I declare under penalty of perjury that the foregoing is true and correct. Executed on 12-19-13.

Shawn Theriot