Claimant: Derrick Thornton
Claimant ID: SPC0000049

    I, Derrick Thornton, worked as a clean-up worker for Construction Corps, LLC. My employment started sometime in April 2010 and lasted a few months, but cannot recall the exact times. My conditions consisted of headaches and depression. I declare under penalty of perjury that the foregoing is true and correct. Executed on  9-12-13 .

    Sincerely,

    *[signature]*
    Derrick Thornton