Claimant: Gwendolyn Victorian

    I, Llewellyn Butler, was living at 1988 - B Todd Cove Road Biloxi, MS 39530 from October 22, 2004 to July 1, 2010. During this time, my mother, Gwendolyn Victorian experienced headaches, nose bleeds, vomiting, stomach pain, rectal bleeding, diarrhea, nausea and swelling of the stomach. Our family not only lived in the area but frequently took walks on the beach. She first started experiencing these symptoms within 24 hours of exposure to oil, dispersants, and other substances. My mother was exposed to chemicals, dispersants and oil by inhalation and direct contact. The dates that she was exposed to oil, dispersants, and substances was from May 1, 2010 – July 1, 2010 I declare under penalty of perjury that the foregoing is true and correct. Executed on 6-5-2014.

*Llewellyn Butler*
Llewellyn Butler