# Exhibit "A"

| Claimant Name | Short Form Document Number |
|---|---|
| Paul Vick | 136901 |