This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Source of income only from salary from Florida Keys Periodontics.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

As patient coordinator I would hear patients postponing appointments and not returning to the Key. The patients that were living here no longer had the ability to have treatment because of limited funds due to the oil spill.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: Marlene Berger    Date: 9/11/13

Print Name: MARLENE BERGER