**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Operation Description**

Describe in detail Sources of income and types of customers you had at the time of the Deepwater Horizon oil Spill April 20th 2010.:

Income from direct sales of outdoor cooling fans to resturants and Dealers of outdoor cooling fans for private and public venues along the Gulf Coast of the United States of America.

Nature of business (describe in detail how and where your business operates and what services your business performs and how the oil spill affected your business):

Installation of fans and cooling systems in resturants from Key West Florida through the Panhandel of Florida. Sales of fans and cooling systems for resturants and installion / dealers of same to venues from Tampa through the Gulf Coast of Texas.

The spill directly impacted sales and installation as resturants closed, and/or no longer had capital funds to install and maintain outdoor eating areas.

The spill directly impacted larger orders normally received from dealers of outdoor fans to resturants and public venues along the Gulf Coast of the United States of America.

The extended closure of oil rigs and private oil related businessed affected seasonal sales and future orders normally placed by deposit 4 to six month in advance of the next season

**Business Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _Kurt W Rockenbach_____ Date 1·24·2014

Print Name _Kurt W Rockenbach_____