**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Worked for Webb Bros in Key Largo FL. we built Docks, seawall, Put High Tide Boat lifts in.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

Outdoor worker in Key Largo FL. We installed Hightide Boat lifts, built seawalls and Docks in Florida Keys, office was in Key Largo FL. 33057 work was doing good then the spill everyone slowed or stop what they were building to see what was going to happen during and after the spill, work slow to none, move back to NC Dec 17th 2010.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed __Lawrence Keith Crawford__ Date __1-2-14__

Print Name __Lawrence Keith Crawford__