**This section MUST be filled out by the claimant in their own hand without assistance from any associate.**

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

I am a SERVER now.

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

When oil spill happend I was working at Hyatt Resort & ocean key Resort. After oil spill I was worried that I am gonna loose my job. I was crying every day my parents saw oil spill on tv and my mom was worried about me. She was cryed and ask me to come back. I didn't have enough money to go back to my country I sold my stuff from my house to raise some money I borrowed some money from my friend to buy a ticket. I went back home on june I think. I didn't wanna come back because of oil spill and I lost a lot of money and I was in debt. But my friend made me to come back to KEY WEST

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date 8/12/2013

Print Name Sherzod Mazzarov