This section MUST be filled out by the claimant in their own hand without assistance from any associate.

Income Sources and Description

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

Hospital/Pharmacy in Monroe County

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

When I Lost my Job in December 2010 I was unable to find another job as no one was hiring due to the BP oil spill, no one knew what was going to happen in the Keys.

## Individual Disclaimer

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed: *[signature]*   Date: 2/4/14

Print Name: Gloria C Prack