

# PANCHO'S FUEL DOCK, CORP.

E-MAIL:  panchosfuel280@comcast.net

To Whom It May Concern:

We are writing to explain the extreme financial hardship caused by the 2010 Gulf of Mexico BP oil spill. The name of our business is Pancho's Fuel Dock and was established in 1996. We are a family owned business and hope to keep it that way for many generations. We are located in the Florida Keys, specifically in Marathon-Boot Key Harbor Channel. We are a marina comprised of a tackle & bait shop, 19 wet slips, convenience store, and fuel (both gas and diesel).

The Florida Keys is considered paradise and a vacation spot for most. Due to the oil spill, not only is the image of the Florida Keys tainted but also our business has been directly affected. We have seen a severe decline in tourist, which is a 70% of the main source of our income. Our tourist includes, but is not limited to our regular winter customers, and summer customers. During the winter season (November-April) 19 out of 19 boat slips are rented. During the summer season (June-September) 15 out of the 19 boat slips are rented. This has been the pattern for the past 17 years. The catastrophic event caused by the Deepwater Horizon oil spill, got countrywide news coverage. According to the National Wildlife Federation, one of the long-term effects is a severe decline in recreational boating/fishing. Most, if not all, of our regulars informed themselves via news reports and became increasingly worried. Due to the unknown damage yet to come to the oceanic wild life of the Florida Keys, these regulars cancelled their summer and winter wet slip reservations. Not only were they concerned about the oceanic wild life; they were also concerned with consuming contaminated fish and the damaged coral reef, a tourist attraction. Furthermore, their main concern was diving in toxic water.

Being as our business is family owned, we cherish our employees and consider them as part of our family. The rapid decline of 70% of our main income affected the ability for our business to afford 6 full-time employees. These employees have families consisting of about 4+ family members and counted on us for long-term employment. We now only have 2 employees, in which one is only full-time and the other part-time. Therefore, our business has been short staffed for the about the past 36 months. Due to being short staffed, the president of our business, also a family member, has to manage both her job as well as the jobs for those who we had to lay off.

The other 25% of our income is due to the sell of fuel. The BP oil spill has also affected this area of our business. The side effects of the oil spill have impacted the fisherman's in a way that has directly affected our business. We supply the fisherman's with fuel and other supplies from our convenience store. Most, if not all, have accounts receivable that still have large outstanding balances. Unfortunately, due to the financial hardships caused by the BP oil spill we are unable to supply fishermen with credit as our business once did before. To shed some light on how severe the hardships we are talking about. Therefore, to put in plain English, in the past two years we still have not sold the amount of fuel as we once did in one year. That is $1,200,000.00 of what was sold annually before the oil spill.

The other 5% of our income comes from our convenience store. It contains food, beverages (alcoholic/nonalcoholic), bait & tackle, boat supplies, ice, etc. Because the majority of the items in the convenience store are perishable we suffer a loss in sales because of the lack of business (again, due to BP). This, in turn, has affected the ability to maintain the store stocked. In 2009, we had the ability to restock the convenience store about once a week. Since 2010, that ability has been ruined. We are now only able to restock, if there are funds available and with the minimal amount of items, once every month.

As noted before, the President of our business, Emilia C. Paan-Palma is a mother of two children. One is 8 years of age and the other is 3 years of age. Due to the financial burdens she had to remove her children from any extracurricular activities they were once enrolled in. Furthermore, she has been affected physically. She suffers from a mild form of insomnia, and is exposed to chronic stress daily. This in turn, has caused tension headaches that have been debilitating and prevent her from performing her best in her daily responsibilities. She suffers minimally 2 episodes of acute distress a month. It wasn't until all these financial burdens arose that her physical health was comprised. We are worried that if these financial burdens continue and/or get progressively worse her acute distress will increase and turn to chronic distress which in turn leads to a catastrophic loss for our family. Again, it has been getting progressively worse and we are genuinely concerned. Conclusively, all these financial burdens have not only taken a toll on our family and family business, but it has deeply affected the President of our business and family member, mentally and physically.

We appreciate your time in wanting to know more about our situation and trying to help families that has been affected by this catastrophic event.

Sincerely,
Emilia C Paan-Palma

*Emilia C Palma*

1280 Oceanview Ave Marathon, FL 33050 (305) 743-2281 & Fax: (305) 743-9221