This section MUST be filled out by the claimant in their own hand without assistance from any associate.

**Income Sources and Description**

Describe in detail Sources of income and types of employer you had at the time of the oil Spill April 20th 2010.

MILITARY RETIREMENT PAY
SOCIAL SECURITY BENEFITS
BARTENDER - COCONUTS BAR

Describe in detail the nature of business your employers business and where the business operates and what services your employer performs and how the Deepwater Horizon oil spill April 20th, 2010 affected their business):

MY EMPLOYERS OWN A COMBINED BAR AND PACKAGE STORE IN THE LOWER FLORIDA KEYS (BIG PINE KEY). AS A RESULT OF THE OIL SPILL, TOURISM SIGNIFICANTLY DECLINED IN THE KEYS. THIS HAD A DRAMATIC NEGATIVE EFFECT ON THE AMOUNT OF BUSINESS AT BOTH THE BAR AND PACKAGE LIQUOR STORE. THIS, OF COURSE, HAD A DIRECT EFFECT ON MY INCOME AS A BARTENDER.

**Individual Disclaimer**

I attest that the information included in this form as accurate and truthful to the best of my recollection:

Signed _____  Date _____

Print Name  RAYMOND E. VOGT JR