# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | ) | **MDL NO 2179;** |
| **DEEPWATER HORIZON, IN THE** | ) | **Ref CA No. 10-2771** |
| **GULF OF MEXICO** | ) | **SECTION: J** |
| **ON APRIL 20, 2010** | ) | |
| | ) | **JUDGE BARBIER** |
| | ) | **MAG. JUDGE SHUSHAN** |
| **This Document Relates to:** | ) | |
| **2:10-cv-08888** | ) | |

### Claimants' Motion for Leave to File
### Limitation Short Form Joinders After the September 16, 2011 Deadline

NOW INTO COURT, through the undersigned counsel, comes Claimant as set forth in Exhibit "A" (Claimant), who moves this Court for Leave to File a Limitation Short Form Joinder After the September 16, 2011 Deadline in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. Upon consultation with the Court, Claimants file this Motion for Leave to File Short Form Joinders on behalf of all Movants.

Claimant states the following as the basis for this motion:

1. Claimants now move to join BP Exploration & Production, Inc., its related entities, and all remaining defendants, and seek leave to file Limitation Short Form Joinders after the Court-ordered deadline of September 16, 2011.

2. No prejudice will result from the acceptance of a Short Form Joinder filed after the deadline because no action has been taken in the limitation proceedings that might prejudice any other party to the proceeding.

3. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, claimants did not meet the September 16, 2011 deadline. As a result Claimants did not meet the deadline as set by the Court.

WHEREFORE, Claimants respectfully move this Court for an Order granting the Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, and accepting the Joinder, Robert Bylsma, as properly and timely filed.

Respectfully submitted,

*/s/ William B. Price*
William B. Price, Esq.
Florida Bar NO.: 0028277
P.O. Box 351
Panama City, Florida 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647
ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Claimants' Motion for Leave to File Short Form Joinders** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of September, 2014.

*/s/ William B. Price*
William B. Price, Esq.

# EXHIBIT "A"

| Claimant Name | Short Form Document Number |
|---|---|
| Robert Bylsma | 136937 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | ) | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | ) | Ref CA No. 10-2771 |
| GULF OF MEXICO | ) | SECTION: J |
| ON APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |
| This Document Relates to: | ) | |
| 2:10-cv-08888-CJB-SS | ) | |
| | ) | |

### Memorandum In Support of
### Claimants' Motion for Leave to File Short Form Joinders
### After the September 16, 2011 Deadline

NOW INTO COURT, through undersigned counsel, comes Robert Bylsma ("Claimant"), who files this Memorandum in Support of the Accompanying Motion for Leave to File a Limitation Short Form Joinder After the September 16, 2011 Deadline. Claimant moves this Court for Leave to File a Limitation Short Form Joinder After the September 16, 2011 deadline in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. The date was extended from April 20, 2011 to September 16, 2011, to file claims against Petitioners Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH and their underwriters. Upon consultation with the Court, Claimant files this Motion for Leave to File a Limitation Short Form Joinder After the September 16, 2011 deadline.

Claimant states the following as the basis for this motion:

1. The Court originally set a deadline of April 20, 2011 for the filing of claims in the Transocean limitations proceeding.

2. No prejudice will result from acceptance of the late filings. Such filings have been previously filed and permitted in the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceedings which could cause prejudice to any other party to the proceeding.

3. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. v, M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir., 1993)). Here, there are no indications that any Party to this proceeding would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

4. Limitation has not been determined; and there is no prejudice to the limiting parties or other defendants. For these reasons, Claimants respectfully request that the Court accept their late filed Short Forms and grant the accompanying Motion for Leave to File Limitation Short Form Joinders After the September 16, 011 Deadline.

WHEREFORE, claimant respectfully moves this Court for an Order granting Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, and accepting the Joinder, Robert Bylsma, as properly and timely filed.

Respectfully submitted,

/s/ William B. Price
William B. Price, Esq.
Florida Bar NO.: 0028277
P.O. Box 351
Panama City, Florida 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647
ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing  Claimants' **Memorandum in Support of Claimants' Motion for Leave to File Short Form Joinders** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of September, 2014.

 

                                          /s/ William B. Price

                                          William B. Price, Esq.