Claimant: Abraham Aguilar
Claim ID:

    I worked as a clean-up worker with Ashland Services and Innovative Manpower Solution from May 2010 – July 2010, one month at each company. The Specified Physical Condition(s) that I have experienced from working as a Clean-Up Worker were redness, pain and excessive itching on eyes, arms and back associated with a rash. I first started experiencing these symptom(s) around about a month after my exposure to oil, dispersants, and other substances. My job required me to clean oil off of the beach and put it into plastic bags. While working with the clean-up, I was exposed to chemicals, dispersants and oil by inhalation and direct contact. My job also consisted of pressuring washing equipment that had been used in the water for clean-up. The date(s) that I was exposed to oil, dispersants, and substances was from May 2010 – July 2010. I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/24/14.

*Abraham Aguilar*
Abraham Aguilar