UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



KEILEN T. WILLIAMS
Plaintiff

CIVIL ACTION

-vs-

No. 10 md 2179 Rec. Doc. 982
Copies also filed in Civil Action
No. 10-8888 and 10-2771

10-8888    REC DOC # 136972

OIL SPILL by "Deepwater Horizon"
Defendant(s)

Section J  (1)
Judge Carl Barbier

DIRECT FILING SHORT FORM Correction

New Orleans ShrimpMan LLC`s correct Last four of its tax ID # is 1742

Dated: 02/24/2015

KEILEN T. WILLIAMS
17083 HWY 15
BRAITHWAITE, LA 70040
(504) 284-1146

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel to record either in person or by mailing it postage prepaid on this 24 day of February, 2015

_____
Signature

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____