UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 9 – 2015

WILLIAM W. BLEVINS
CLERK

KEILEN T. WILLIAMS                                    CIVIL ACTION
New Orleans ShrimpMan, LLC
Plaintiff
-vs-
                                                      No. 10 md 2179 Rec. Doc. 982
                                                      Copies also filed in Civil Action
                                                      No. 10-8888 and 10-2771

                                                      10-8888  DOC # 136972

OIL SPILL by "Deepwater Horizon"                      Section J
Defendant(s)                                          Judge Carl Barbier


### DIRECT FILING SHORT FORM

Attached is 24 pages of copied evidence to support Keilen Williams, New Orleans ShrimpMan
LLC $20,000,000 settlement claim.


Dated: 03/09/2015

                                        _____
                                        KEILEN T. WILLIAMS
                                        17083 HWY 15
                                        BRAITHWAITE, LA 70040
                                        (504) 284-1146


**Certificate of Service**
I hereby certify that I have served a copy
of this document on all counsel to record
either in person or by mailing it postage
prepaid on this
09 day of MARCH , 2015

_____
            Signature

_____ Fee_____
_____ Process_____
X   Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

**Jay Dardenne**
**SECRETARY OF STATE**

09/10/2009

**State of Louisiana**
**Secretary of State**



COMMERCIAL DIVISION

Uniform Commercial Code
(225) 342-5542
Fax
(225) 932-5318

Administrative Services
(225) 922-0415
Fax
(225) 932-5317

Corporations
(225) 925-4704
Fax
(225) 932-5314

KEILEN WILLIAMS
2313 S. LIBERTY
NEW ORLEANS, LA 70113

DEAR MR. WILLIAMS

NEW ORLEANS SHRIMPMAN

It has been a pleasure to approve and place on file your trade name.  The appropriate evidence is attached for your files, and the original has been placed on file in this office.

Payment of the filing fee is acknowledged by this letter.

If we can be of further service at any time, please let us know.

Sincerely

MS

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.louisiana.gov

Rev 09/09

STATE OF LOUISIANA
SECRETARY OF STATE

**JAY DARDENNE**
**SECRETARY OF STATE**



COMM.

Uniform Con.
(225) 92.
Fax
(225) 922-0452

Administrative Services
(225) 925-4704
Fax
(225) 925-4726

Corporations
(225) 925-4704
Fax
(225) 922-0435

Attention:

This will serve as your receipt for

check/money order number CASH

received in this office on  8/10/09

in the amount of 175.00

for ARTICLES, TRADE MARK AND WAITING FEE

pertaining to NEW ORLEANS SHRIMP MAN, LLC

BLACK MAN STANDING ON BACK ON PICK-UP.... (TRADE MARK)

Mailing Address: P. O. Box 94125, Baton Rouge, LA * 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA * 70809
Web Site Address:  www.sos.louisiana.gov

**Tom Schedler**
**Secretary of State**

**State of
Louisiana
Secretary of
State**



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

## Trade Name Details

**Type(s) Registered:** TRADE NAME
**Registered Name:** NEW ORLEANS SHRIMPMAN
**Applicant:** KEILEN WILLIAMS AND NEW ORLEANS SHRIMP MAN, LLC
2313 S. LIBERTY
NEW ORLEANS, LA 70113
**Type Of Business:** WHOLESALE
**Book #:** 62-0047
**Current Status:** ACTIVE

## Dates

**Registration Date:** 9/8/2009
**Expiration Date:** 9/8/2019
**Date First Used:** 5/21/2005
**Date First Used (in La.):** 5/21/2005

## Current Classes
**No Current Classes**

## Expired Classes
**No Expired Classes**

## Amendments On File
**No Amendments on file**

Print



## UNITED STATES OF AMERICA
## State of Louisiana

### Jay Dardenne
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

a copy of the Articles of Organization and Initial Report of

**NEW ORLEANS SHRIMP MAN, LLC**

Domiciled at NEW ORLEANS, LOUISIANA,

Was filed and recorded in this Office on August 10, 2009,

And all fees having been paid as required by law, the limited liability company is authorized to transact business in this State, subject to the restrictions imposed by law, including the provisions of R.S. Title 12, Chapter 22.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

August 10, 2009

ATH 37114868K

*Secretary of State*

CERTIFICATE SS 102 PRINTED SEAL (Rev. 11/08)



## UNITED STATES OF AMERICA
## State of Louisiana

### Jay Dardenne
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

KEILEN WILLIAMS, located at 2313 SOUTH LIBERTY ST., NEW
ORLEANS, LA 70113,

Has filed for record in this department an application for
the trade mark

**BLACK MAN STANDING ON BACK OF PICK-UP TRUCK DRESSED IN
FISHING HAT, WHITE T-SHIRT, BLUE JEANS, FILLET KNIFE ON SIDE
AND SHRIMP BOOTS HOLDING HUGE SHRIMP FROM LINE.**

Wnich was first used in the State of Louisiana on May 21,
2008, for Class 35 Miscellaneous,

Said application was filed and recorded in this Office on
August 10, 2009, which recordation is for a term of ten
years from the date hereof.

*In testimony whereof, I have hereunto set
my hand and caused the Seal of my Office
to be affixed at the City of Baton Rouge on,*

August 10, 2009

MSA 60-7734

*Secretary of State*

CERTIFICATE SS 100 PRINTED SEAL (Rev. 11-05)



### UNITED STATES OF AMERICA
### State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

KEILEN WILLIAMS AND NEW ORLEANS SHRIMPMAN, LLC, located at 2313 S. LIBERTY ST., NEW ORLEANS, LA 70113,

Has filed for record in this department an application for the trade name

**NEW ORLEANS SHRIMPMAN**

Which was first used in the State of Louisiana May 21, 2005,

Said application was filed and recorded in this Office on September 8, 2009, which recordation is for a term of ten years from the date hereof.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

September 10, 2009

*Secretary of State*

MS 62-0047

**Certificate ID:** 10001550#JHH51

To validate this certificate, visit the following web site, go to **Commercial Division, Certificate Validation**, then follow the instructions displayed.
**www.sos.louisiana.gov**



*CITY OF NEW ORLEANS*
**DEPARTMENT OF FINANCE**
**BUREAU OF REVENUE**
REGINALD ZENO
**Director of Finance**

LICENSE NO: **21385**

DATE ISSUED: **06/15/2009**

DATE EXPIRES: **08/14/2009**

## TEMPORARY OCCUPATIONAL LICENSE

Issuance of this occupational license is receipt for payment of said tax as required by Chapter 150 of the code of the City of New Orleans which entitles recipient to operate a business at the location shown, provided said business is operated as stated on the application and does not violate any city, state, federal, criminal, health or zoning laws.

| | | |
|---|---|---|
| **KEILEN WILLIAMS** | PERMIT FEE | $50.00 |
| **dba    NEW ORLEANS SHRIMPMAN** | PROCESSING FEE | $0.00 |
| | OTHER FEES | $0.00 |
| **2313 S LIBERTY** | INTEREST | $0.00 |
| **New Orleans, LA 70113** | PENALTY | $0.00 |
| ACCOUNT NO:     **102741650** | TOTAL: | $50.00 |
| BUSINESS LOCATION:     **2313 S LIBERTY ST** | | |
| BUSINESS DESCRIPTION:     **1160 - Electronic Shopping & Mail-Order Houses** | | |

---



*CITY OF NEW ORLEANS*
**DEPARTMENT OF FINANCE**
**BUREAU OF REVENUE**
REGINALD ZENO
**Director of Finance**

PERMIT NO: **18220**

DATE ISSUED: **01/19/2010**

DATE EXPIRES: **12/31/2010**

## MAYORALTY PERMIT

Consistent with Chapters 14, 30, 34, 42, 110, and 130 of the Code of the City of New Orleans, permission is hereby granted the recipient to engage in the activity listed below. This permit is not good on any neutral ground, public park, public square or on the lakefront. Permittee shall comply with all city, state and federal regulations and laws.

| | | |
|---|---|---|
| **KEILEN WILLIAMS** | PERMIT FEE: | $100.25 |
| **dba  NEW ORLEANS SHRIMP MAN** | PROCESSING FEE: | $0.00 |
| **2313 S LIBERTY ST** | OTHER FEES: | $0.00 |
| **New Orleans, LA 70113** | INTEREST: | $0.00 |
| ACCOUNT NO:     **102742788** | PENALTY: | $0.00 |
| BUSINESS LOCATION:     **2313 S LIBERTY ST** | TOTAL: | $100.25 |
| BUSINESS DESCRIPTION:     **8408  Cooked Foods, Cake, Pies, Etc.** | | |

THIS PERMIT MUST BE PUBLICLY DISPLAYED

# City of New Orleans
## OCCUPATIONAL LICENSE

LICENSE NO:          **168647**

DATE ISSUED:         **January 19, 2010**

DATE EXPIRES:        **December 31, 2010**

Issuance of this occupational license is a receipt for payment of said tax and entitles the recipient to operate a business at the location shown, provided said business is operated within the confines of the application thereof, and does not violate any city or state criminal, health or zoning laws.

For the year ending December 31, 2010, the person or firm named hereon is hereby licensed to pursue the occupation of **5502 - Mobile Food Services**

| TAXPAYER | **KEILEN WILLIAMS** **DBA:NEW ORLEANS SHRIMP MAN** | AMOUNT: | $150.00 |
|---|---|---|---|
| | | INTEREST: | $0.00 |
| ACCOUNT NO: | 102742788 | PENALTY | $0.00 |
| BUSINESS LOCATION | 2313 S LIBERTY ST | TOTAL: | $150.00 |

DIRECTOR OF FINANCE

COLLECTOR OF REVENUE

THIS PERMIT IS NOT TRANSFERABLE

---



*CITY OF NEW ORLEANS*
**DEPARTMENT OF FINANCE**
**BUREAU OF REVENUE**
NORMAN S. FOSTER
**Director of Finance**

PERMIT NO: **20238**

DATE ISSUED: **04/15/2011**

DATE EXPIRES: **12/31/2011**

## MAYORALTY PERMIT

Consistent with Chapters 14, 30, 34, 42, 110, and 130 of the Code of the City of New Orleans, permission is hereby granted the recipient to engage in the activity listed below. This permit is not good on any neutral ground, public park, public square or on the lakefront. Permittee shall comply with all city, state and federal regulations and laws.

| **KEILEN WILLIAMS** | PERMIT FEE: | $100.25 |
|---|---|---|
| **dba NEW ORLEANS SHRIMP MAN** | PROCESSING FEE: | $0.00 |
| **2313 S LIBERTY ST** | OTHER FEES: | $0.00 |
| New Orleans, LA 70113 | INTEREST: | $2.00 |
| ACCOUNT NO:        102742788 | PENALTY: | $60.00 |
| BUSINESS LOCATION:      2313 S LIBERTY ST | TOTAL: | $162.25 |
| BUSINESS DESCRIPTION:    8408 Cooked Foods, Cake, Pies, Etc. | | |



# LOUISIANA MINORITY SUPPLIER DEVELOPMENT COUNCIL

## THIS CERTIFIES THAT

## New Orleans ShrimpMan LLC

Has met the requirements for certification as a bona fide Minority Business Enterprise as defined by the National Minority Supplier Development Council, Inc. (NMSDC) and as adopted by the Louisiana Minority Supplier Development Council .

## **NAICS Code(s):  424460

**Description of their product/services as defined by the North American Industry Classification System (NAICS)

LA11564

*Certificate Number*

*President, LAMSDC*

June 1, 2011

*Issued Date*

June 1, 2012

*Expiration Date*

By using your assigned (through NMSDC only) password, NMSDC Corporate Members may view the original certificate by logging in at: http://www.nmsdc.org



*An affiliate of the National Minority Supplier Development Council, Inc. (NMSDC)*

# City of New Orleans
## OCCUPATIONAL LICENSE

LICENSE NO: **194739**

DATE ISSUED: **April 15, 2011**

DATE EXPIRES: **December 31, 2011**

Issuance of this occupational license is a receipt for payment of said tax and entitles the recipient to operate a business at the location shown, provided said business is operated within the confines of the application thereof, and does not violate any city or state criminal, health or zoning laws.

For the year ending December 31, 2011, the person or firm named hereon is hereby licensed to pursue the occupation of 5502 - Mobile Food Services

| | | | |
|---|---|---|---|
| TAXPAYER | **KEILEN WILLIAMS** **DBA:NEW ORLEANS SHRIMP MAN** | AMOUNT: | $150.00 |
| | | INTEREST: | $4.00 |
| ACCOUNT NO | **102742788** | PENALTY | $15.00 |
| BUSINESS LOCATION | **2313 S LIBERTY ST** | TOTAL: | $169.00 |

*Norma Baker*
DIRECTOR OF FINANCE

*Romy S. Smith*
COLLECTOR OF REVENUE

THIS PERMIT IS NOT TRANSFERABLE

---

STATE OF LOUISIANA

**Department of Health and Hospitals / Office of Public Health**

628 N. 4TH STREET • 1ST FLOOR • BATON ROUGE, LOUISIANA 70802

MOBILE UNIT ANNUAL

Print Date   3/27/2012

Expires on   6/30/2012

Type of Operation 233

# 2011 PERMIT TO OPERATE 2012

Description: Mobile Grocery, Produce, Seafood / MOBILE

PERMIT NUMBER

**36-0081036**

This is to certify that the below named establishment name and location has duly registered with the Department of Health and Hospitals in accordance with the Sanitary Code of Louisiana and is hereby given permission to operate.

Permits to operate are not transferable. New Owner and/or New Location requires a new permit.

This permit to operate is and shall remain the property of the Department of Health and Hospitals, Office of Public Health, and may be revoked or suspended for failure to comply with provisions of the State Sanitary Code or other applicable laws and or regulations.

ISSUED TO / NOT TRANSFERABLE

NEW ORLEANS SHRIMPMAN LLC
148 #B HARBOR CIRCLE
NEW ORLEANS   LA   70126

F   568-8185

NEW ORLEANS SHRIMPMAN
2313 SOUTH LIBERTY STREET
NEW ORLEANS   LA   70113

JIMMY GUIDRY, M.D.
State Health Officer

MBE Certificate - New Orleans ShrimpMan LLC

i/20/12

# LOUISIANA MINORITY SUPPLIER DEVELOPMENT COUNCIL

## THIS CERTIFIES THAT

## New Orleans ShrimpMan LLC

Has met the requirements for certification as a bona fide Minority Business Enterprise as defined by the National Minority Supplier Development Council, Inc. (NMSDC) and as adopted by the Louisiana Minority Supplier Development Council .

**\*\*NAICS Code(s):  424460**

**\*\*Description of their product/services as defined by the North American Industry Classification System (NAICS)**

LA11564

*Certificate Number*

June 20, 2012

*Issued Date*

May 31, 2013

*Expiration Date*

*President, LAMSDC*

**By using your assigned (through NMSDC only) password, NMSDC Corporate Members may view the original certificate by logging in at: http://www.nmsdc.org**



*An affiliate of the National Minority Supplier Development Council, Inc. (NMSDC)*

ps//aff /ate.nmsdc.org/lamsdc/app/template/certification,MBECertificateNew.vm/supplierId/t1564

*[handwritten: 10011 0 510]*   *[handwritten: 4053 VETERANS MEMORIAL BLVD x]*
*[handwritten: SUITE E !]*

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

*[handwritten: I REGISTRATION]*
*[handwritten: II TAX I-D FORM]*

Date of this notice:   11-09-2011

002730.136265.0008.001 1 MB 0.390 532

*[handwritten: SSN-4]*

Employer Identification Number:
37-1651742

Form:   SS-4

*[handwritten: 1, CLAIM FORM]*

Number of this notice:   CP 575 B

NEW ORLEANS SHRIMPMAN LLC
KEILEN T WILLIAMS MBR
2313 SOUTH LIBERTY STREET
NEW ORLEANS   LA   70113

For assistance you may call us at
1-800-829-4933

2730

*[handwritten: NO DEADLINE]*

*[handwritten: SS 4 / 060 35797]*
*[handwritten: SUBSIDY LIFY CLAIM #]*

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

---

THIS PERMIT MUST BE PUBLICLY DISPLAYED

# City of New Orleans
## OCCUPATIONAL LICENSE

LICENSE NO:   **214823**

DATE ISSUED:   **January 04, 2013**

DATE EXPIRES:   **December 31, 2013**

Issuance of this occupational license is a receipt for payment of said tax and entitles the recipient to operate a business at the location shown, provided said business is operated within the confines of the application thereof, and does not violate any city or state criminal, health or zoning laws.

For the year ending December 31, 2013, the person or firm named hereon is hereby licensed to pursue the occupation of **5502 - Mobile Food Services**

| | | |
|---|---|---|
| TAXPAYER | **KEILEN WILLIAMS** | |
| | **DBA:NEW ORLEANS SHRIMP MAN** | |

| | | |
|---|---|---|
| | | AMOUNT:   $150.00 |
| ACCOUNT NO: | **102742788** | INTEREST:   $0.00 |
| | | PENALTY   $0.00 |
| BUSINESS LOCATION | **2313 S LIBERTY ST** | |
| | | TOTAL:   $150.00 |

*Norman S. Foster*
DIRECTOR OF FINANCE

*Rony S. Smith*
COLLECTOR OF REVENUE

THIS PERMIT IS NOT TRANSFERABLE



## MSDC

## LOUISIANA MINORITY SUPPLIER DEVELOPMENT COUNCIL

THIS CERTIFIES THAT

# New Orleans ShrimpMan LLC

Has met the requirements for certification as a bona fide Minority Business Enterprise as defined by the National Minority Supplier Development Council, Inc. (NMSDC) and as adopted by the Louisiana Minority Supplier Development Council.

**NAICS Code(s): 424460

**Description of their product/services as defined by the North American Industry Classification System (NAICS)

LA11564

_Certificate Number_

October 31, 2013

_Issued Date_

October 22, 2014

_Expiration Date_

_President, LAMSDC_

By using your assigned (through NMSDC only) password, NMSDC Corporate Members may view the original certificate by logging in at: http://www.nmsdc.org



_An affiliate of the National Minority Supplier Development Council, Inc. (NMSDC)_

**Embed this Tweet**

Add this Tweet to your website by copying the code below. Learn more

- HTML
- Shortcode
- Link

Alignment
None ○ Left    Right    Center

Control position and text wrapping on the page.

**Hilda L. Solis**@HildaSolisDOL10 Jun 10

FollowFollowingUnfollowBlockedUnblockPendingCancel

Met Keilen Williams who was on his way to becoming the first African-American business to distribute shrimp nationwide in May.

*YOU TUBE: Shrimp Strike*
*New Orleans Shrimpma*
*for videos*

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

8:36 AM - 10 Jun 10via web · Embed this Tweet

10 Jun 10        **Hilda L. Solis**@HildaSolisDOL

Met Keilen Williams who was on his way to becoming the first African-American business to distribute shrimp nationwide in May.

**Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

# Don't miss any updates from Hilda L. Solis Join Twitter today and follow what interests you!

Full name

http://twitter.com/HildaSolisDOL/status/15858387667

6/26/2012


INTRODUCING THE ALL-NEW
2013 RX F SPORT


SUBSCRIBE
FOR AS LOW AS
$1.49 AN ISSUE!
CLICK HERE

# Men'sHealth

Login    Register    Facebook    Twitter   Free Newsletter Enter Email          Search Men's Health

SUBSCRIBE    FATHERHOOD    TECH & GEAR    MONEY    CARS    DOGS    BEST LIST    LIFE'S QUESTIONS ANSWERED

## WELCOME, FRIEND!

You've found the premier Web destination for fitness, nutrition, style and relationship advice for guys.
Make it easier to find our content again by bookmarking the site, following us via the social media icons below, or signing up
for the Daily Dose newsletter. However you do it, you'll receive simple tips that can help you live a better, happier life. Can't
beat that!

FOLLOW US

SUBSCRIBE TO OUR NEWSLETTER:
Enter Email Address        SIGN UP NOW
Your Privacy Rights

SHARE IT    LIKE    3        Tweet    1        0

Life Tips from a Dead
French Guy
Endless Summer
Where Vanity Rules
Are You Being Watched?

advertisement



The Ultimate
Driving Machine

THE BMW 7 SERIES.
RIGHT NOW GET A
$2,500 OPTION
ALLOWANCE.

AdChoices

### The Self-Starter

In early 2010 Keilen Williams was finally beginning to make serious money.
Shrimp distribution deals with Costco, Walmart, and MGM Grand Las Vegas
awaited his signature. The 200,000 bags that would carry his brand all over
the country had already been ordered. Everything seemed to be going his
way. He was even expecting a $115,000 check from the city of New Orleans
to help defray his expansion costs. Then came the oil spill. Demand for Gulf
shrimp vanished, as did the distribution deals and the financial pledge from
the city.

I was looking at half a million dollars just this year," Williams says when I
finally catch up with him in downtown San Francisco. A slight figure in loose-
fitting jeans and a polo shirt pulled over a long-sleeved layer against San
Francisco's chill, he waits in the lobby of a veterans' organization, in the hope
they can help him find Bay Area housing.

"I've had enough of Louisiana," he says.

His sentiment is understandable, given the spill and the constant threat of
hurricanes in the state, plus the corrupt swamp politics that makes it so hard
to secure help for recovery. But it's still odd how untroubled Williams seems
as he collects his paperwork and heads out the door. Until now, he'd spent his
entire life on the bayou. He grew up pulling crawfish from the crawfish hole,
camping out under the oaks, and sledding the levees on scraps of salvaged
cardboard. Those levees were built by his grandfather, a descendant of
slaves and Indians.

How do you walk out on that kind of history?

How do you start over?

For Williams, the process began about 13 years ago when he joined a group
of shrimpers who, he claims, maintained mafia-like control of the local waters.

"They were like family to me," he says.

"These guys were the best of the best there is. Like top-gunner shrimpers."

Even before shrimp season began, they'd park their boats in a line half a
football field wide just past state jurisdiction, and the 2-foot tide would sweep
the shrimp right into their nets. "We were catching 6,000 pounds a tide,"



NEWS FOR ACTION

## Race-Baiting the Gulf to Exploit Black and Brown Workers

Photo: Shawn Escoffery

**by** Brentin Mock
Thursday, September 30 2010, 11:54 AM EST

Keilen Williams had to leave his home in Pointe a la Hache, population of about 300, after Hurricane Katrina's winds and storms devoured it. At the time, Williams, 34, was a shrimper in the small community of African-American fisher-folk who've worked and lived in this historically black region along the east bank of the Mississippi River for decades, and through many disasters. He's since tried everything from setting up a shrimp business on the San Francisco piers to chasing oil clean-up work; nothing has put his family back on solid footing, and he's frustrated.

**RELATED**



[http://colorlines.---- archives/20

"We used to have to do all of the work," Williams complains, remembering the labor he invested filling the coffers of white distributors at Point a la Hache's marina: cleaning the deck, cooking, bagging and piling the oyster sacks, hauling them off at the ports. It was poorly paid, but it was work. Now, even that is disappearing and he's not clear where to direct his fear; he's chosen the nearest target.



LOUISIANA

New Orleans ★

POINT A LA HACHE

"White guys are getting Mexicans to work on their boats now because they'll work for less money," Williams frets. "We said we wasn't gonna work for those slave wages."

It's said that once you pass a point called "White's Ditch," which is literally marked by a huge white fence, that you've entered "the black part" of Plaquemines Parish, which encompasses Pointe a la Hache and stretches to the southern tip of the peninsula. Residents call it "The End of the World," and also "The Humble." Black fisher-folk have lived here stretching back four, sometimes five generations.

Throughout those generations, African Americans have had to climb their way up out of slavery, poverty and disasters both natural and man-made to sustain their lives and communities. History looms over the land in the presence of Leander Perez, a racist political boss who strove to keep black people in Plaquemines segregated and powerless throughout the Jim Crow era. Perez is now deceased, but to this day some black residents will tell you that he still controls their environment.

It wasn't until the 1960s that African Americans here began to own their own boats and leases, areas at the bottom of the sea where you could privately harvest oysters and other catch. On land, the fishers sold most of their net to big companies who bought it from them cheap and sold it at high markup to restaurants and markets across the country. They fed their families with the fish they kept and used it as currency for goods and services amongst themselves.

This is the past that informs the world black residents of Point a la Hache inhabit today. They look around that world at an ever-collapsing labor market in which they find a smaller and smaller place—and they search in vain for someone to blame.

"About 90 percent of the fishermen used to be black," says Byron Encalade, a resident of Pointe a la Hache and president of the Louisiana Oystermen Association. "And then the Yugoslavians and Croatians, they came over and became oyster fishermen. Then the Cambodians and Vietnamese came. And recently with migrant workers from Mexico, they also have been putting in work for the oyster industry."

Katrina came, too, knocking out *everybody's* homes and boats. Given their position on this southeastern Louisiana peninsula, these communities are often among the first to get flattened, and Katrina proved completely devastating.

Given that fishing is the only skill many of these residents have, when disasters delete their trade from the equation, they are left with few other options to make a living.

With the five-year anniversary of Katrina behind us and the drama of the BP oil spill officially declared over, the country's attention has once again moved on from the Gulf. Much of last month's anniversary coverage focused on the optimistic narrative of recovery; the region is steadily, if slowly putting itself back together. But places like Point a la Hache and families like Williams' reveal an ugly underbelly to the new economy that's being built. It is one in which opportunity is ever-more concentrated in a few hands, and in which profiteering capitalists and scapegoating politicians are pitting struggling workers against one another in starkly racial terms.

### The Drowned Job Market



Hurricane Katrina impacted over 71,000 businesses throughout the state of Louisiana, causing the loss of over 300,000 jobs, not including the jobs of those who were self-employed, such as fishers. The New Orleans region that includes 10 neighboring parishes, among them Plaquemines, took a humongous hit, with 21 percent of its jobs lost. Employment in the oil and gas industries—which were once plentiful, as a result of the oil boom of the 1970s—was already on a downward slope before Katrina, due to the oil bust of 1986. Katrina hastened that slide, which didn't start letting up until as recently as 2009. Although the numbers aren't out yet, the BP oil spill has surely polluted that good news as well.

Indeed, the oil spill will very likely further tighten the shrunken labor market overall, especially in the tourism and retail industries, which both support and are supported by the fishers. It's too early to say exactly what that impact will be in numbers, but just as after Katrina, what jobs do exist to fill the voids are in construction and clean-up. And just as with Katrina, nearly all of the contractors cashing in on the disaster capitalism with which this region has become far too familiar are white—and many have pitted black workers against brown for the cheapest labor.

Williams and his family lost everything to Katrina. As a displaced resident living in the Bay Area, where he once was stationed in the military, he found much more inclusive communities than the segregated ones he came from in Plaquemines Parish. This opened up an opportunity for him to sell Louisiana Gulf shrimp to a broader market. Like many Pointe a la Hache residents, Williams doesn't have many skills that are transferable to industries beyond fishing. But he does have an entrepreneurial drive, and in the Bay Area, where seafood rules just as it does in coastal Louisiana, he put that ambition to use.

Williams is short, but his restless energy enlarges his presence. He has an encyclopedic knowledge of seafood, particularly shrimp—how long it needs to grow, the nuanced differences between Gulf waters and those of other coasts and continents. And while his youthful dress and vigor might lead some to cast him off as a street hustler, the scars and pocks on his face show a true fisherman's wisdom and weathering.

Up in the north Californian bays, he was able to get Gulf shrimp sent to him in bulk. He sold them at the piers and to restaurants ready to take Tiger Prawn-sized shrimp at less than Tiger Prawn-going prices. It was his first sense that there was a demand for Gulf shrimp outside of the Gulf, and also that he could become a distributor as opposed to a fisher—and thus make more money.

When the coast began to clear back home, in early 2007, Williams moved to New Orleans instead of Pointe a la Hache, which was still having a tough time recovering. In New Orleans, he found even more success and profit than in San Francisco. He'd buy in Pointe a la Hache for $1 or $2 a pound, and then go sell in the streets for $5 a pound. In San Francisco, he says he sold for $12 to $15 a pound. But the costs of shipping bulk to north California could be imposing, if not prohibitive; in New Orleans, all he had to do was drive 75 miles south, pick up shrimp from his friends and family—or go catch it himself—and then drive it back.

Under the trademark "New Orleans Shrimp Man," Williams sold to whoever passed by, and along the way picked up recognition from city council members, police and even state employees. Restaurants bought from him also. Nationally, he pursued diversity vendor programs so that his shrimp could be distributed to big box retailers like Sam's Club. It was Williams' dream to be considered the first African American distributor of Gulf shrimp in Louisiana.

His work in San Francisco and the streets of New Orleans brought him close, but the oil spill knocked the wheels off his train, and he didn't have the resources to sustain the blow. His tiny business was nothing compared to long-entrenched players like Rodney Fox, a white distributor who controls much of the southeast Louisiana oyster trade and derivative seafood industries. Fox owns R & A Oyster Company, one of the largest oyster companies in the country, as well as Fox Trucking Company, both of which cement his stronghold on the seafood warehousing, transporting and processing industries—all major employment sources in Point a la Hache. The oyster business has been in his family's name since 1960.

Back at the Pointe a la Hache marina—the hub from which hundreds of thousands of oysters, crabs and shrimp are collected and bought daily—Fox comes regularly to buy oysters off the fishers by the coffeesack. Oysters are bagged up at roughly 200 per sack, and Fox buys them at roughly $20 to $25 a sack—about the price some restaurants charge for just a couple dozen. He buys 800 to 1,000 sacks a day, has them processed and then ships them to restaurants and markets across the country



"Rodney gets all of this," says Mike Bartholomew, an African American resident of Pointe a la Hache, spreading his arms across the whole marina. Fishers would like other options for their catch, says Bartholomew, but Fox is now the only one. "We've had strikes against Rodney," Bartholomew explains, "but when [the fishers] are out of business, they can't get any other employment."

Fox sees it differently. Like Encalade, he notes the change in fishing workers' demographics over the decades, and he assigns it to black fishers' work ethics. "Not a lot of African Americans want to work anymore," says Fox. "They just get free money from the government. That's why we bring Hispanics in, because they don't mind the work."

**New Opportunities, for a Privileged Few**

Just about every major employment source for low-skilled workers in metropolitan New Orleans lost massive numbers of jobs after Katrina. In leisure and hospitality, upwards of 85,000 jobs were available in the New Orleans metro area before the storm; that number dropped by more than half in the months after. Leisure jobs were slowly returning until the recession hit, when they again disappeared. Things finally picked up again in February of this year, likely due to the stimulus act. In June, there were over 70,000 jobs available, the most there've been since Katrina.

The only industry that retained jobs over the past five years is construction, owing to post-disaster rebuilding, often supported by federal money. But that money has done nothing to alter the balance of power that consolidates opportunities among white capitalists and leaves workers of color fighting with one another.

Close to $19 billion in federal contracts for Katrina clean-up work has been distributed, and over $3.1 billion for Louisiana. In total, only 7.8 percent of those dollars went to small disadvantaged businesses, according to the Federal Procurement Data System, as of the last week of August. Of 26,052 vendors, only 1,166 are African-American owned-4 percent—spread out across five states. For Latino-owned businesses, the number is 985.

The same pattern has emerged in oil spill clean-up contracts. For federal contracts, only 3.5 percent of dollars are going to small disadvantaged businesses. Only five of 410 vendors—just over 1 percent—receiving contracts from the feds are black-owned, while nine are Latino-owned. In Louisiana, African Americans make up 31 percent of the population, 35.5 percent in Mississippi and 25 percent in Alabama. The percentages of Latinos are far lower in these states, though accurate population data is scarce due to the challenges of enumerating undocumented residents.

All said, many people have gained financially from disaster capitalism in southeastern Louisiana. African Americans and Latinos have not been among them.

But you wouldn't know it by listening to the dominant political rhetoric in the Gulf. That would lead you to believe that undocumented immigrants are walking away with piles of money.

"Illegal is illegal," crowed former mayor Ray C. Nagin while running a divisive campaign to keep his job. "So I'm not supportive of illegal aliens or illegal immigrants working in the city." Sen. Mary Landrieu wasn't far behind. "While



THE LENS

# 2012 National Edward R. Murrow Award Winner

Nathan Martin supports The Lens because investigative journalism needs to happen.



Edward R. Murrow Awards, 2012 for Online News Operation

# THE LENS

About Us

Get Involved



Government & PoliticsEnvironmentSchoolsLand UseInvestigationsCriminal JusticeOpinion

Boats moored by the BP oil spill, a long-threatened community of black fishers fears for its future

By The Editor, Admin

May 24th, 2010

Facebook

Twitter

Headed down La. 39 on the east bank of Plaquemines Parish, a few miles down after the Belle Chasse Ferry, drivers pass a tall, white picket fence on the left with a sign that reads "Welcome White Ditch" in a circle around an outline of the state with a pelican inside. A few yards ahead, to the right are two rusting red pipes connected to the Mississippi River which dip below the highway and then surface on the left to flush river water into a fenced-off canal that leads to acres of marsh and bayou.

This is the White's Ditch Siphon. But to some in the area, it is a division marker. From this point south are predominantly African-American communities such as Phoenix, Davant and Pointe a la Hache. The communities north of this mark are mostly white.



But also what lies south of this point are communities that for decades kept themselves alive through oyster harvesting and shrimp trawling. The history of this small, historically black community of fishermen and women stretches back to the early 20th century. That legacy continues today, though somewhat diluted over the past 40 years as some younger residents traded a liv-

ing on the water for jobs in the energy industry. What's left of that proud maritime heritage, though, is being threatened by the catastrophic BP oil disaster, which could choke the life out of the bays and shores on which the communities depend.

Ironically, one approach to keeping the oil away could itself finish off the black fishing community here.

State officials have opened Mississippi River diversions, such as the White's Ditch Siphon, hoping that a strong outward flow of water will keep the oil out of the bayou and marsh where it could persist for decades, and ruin the already brittle wetlands . But emptying that much fresh water into the oyster beds throws off the delicate salinity balance the bivalves need to survive.

When the White's Ditch Siphon was installed in 1963, it destroyed most of the oyster beds owned by African Americans, said Byron Encalade, president of the Louisiana Oysterman Association. Encalade says he had close to 1,500 acres of oyster beds before the White Ditch intrusion and now has about 200 acres. At peak, blacks owned almost 10,000 acres collectively, but now maybe 1,500, he said.

The state might open another diversion in the Bohemia Spillway, a couple of miles south of White's Ditch. If reopened now, it would throw another flow of freshwater into the brackish habitat Encalade's oystermen depend on. That will hurt, says Neal Beshel, who runs the marina office at Point a la Hache. "You need a little fresh water introduced out there, but if you get too much out there it'll hurt the oysters," he said. "I'm against it."

Encalade was more direct: "That will wipe us out. Our community will not have any black-owned oyster leases left. It will finish us off."

Despite this threat to their livelihoods, African Americans here say they are being overlooked by BP as the oil giant looks to hire locals for cleanup work.

At the Pointe a la Hache boat harbor, behind the marina's office, five African-American men gather over a pile of crabs, picking them up, sizing them and tossing them in boxes. All of them attended the BP "Vessels of Opportunity" job training held in their community, but none of them got work from it. One of them, Orin Bentley, sweating profusely under a straw hat and pulling crabs with thick hands scarred like hacked wood, said they likely won't either.

"They ain't calling us back," Bentley said. "They ain't hiring nobody from East Bank. We losing everything – losing our business, losing our money and losing our minds."

There are no hard numbers on the demographics of the people hired by BP. A look at the legal form for participants in Vessels of Opportunity program shows inquiries into the make, model, vessel capacity, and fuel capacity of the boat being used, but no questions about the race, gender or even date of birth of the trainee. Patrick Kelley, a data collector for the U.S. Coast Guard, said that while the petrochemical giant has no other method to track those employed, they have developed an informal approach to demographics: checking the spelling of the names on the agreements. Using that method, he estimates that about 200 Vietnamese or Cambodian fishers have gotten jobs, about a third of a total of about 600 hires, he said. This number represents less than 18 percent of the total 3,200 people who have attended trainings and received certification to work in the cleanup.



Activists and advocates say that without this information, government has no way of ensuring that BP is hiring fairly. Last week, Rev. Tyrone Edwards, an African-American activist out of Phoenix, a small black town near Pointe a La Hache, brought that message to Capitol Hill. Traveling with the Equity and Inclusion Campaign and Oxfam America, Edwards met with California Democrat Congresswoman Maxine Waters about making sure that blacks and other minorities are not left out of cleanup employment opportunities. Waters is expected to hold hearings about this issue this week.

"We know who's been absent from the table was black fishermen," Edwards said. "Not only were the black ones not there, but you had all the guys owning large vessels, and the large vendors who were at the table. So I said we've got to be more involved in this process. Right now BP needs to be saying, 'We are paying you this money because your water bottoms are closed.' They have the responsibility to pay us while we are not working, especially the fishermen on the east bank"

Rev. Edwards isn't himself a fisher, but has a long history of advocating on their behalf, dating back to 1979 when he helped form The Fishermen and Concerned Citizens of Plaquemines Parish. He led that organization in a successful fight to overturn a law banning the use of a small hand dredges, often used by small commercial black fishers. They also fought for better wages and better work protection for black crewmembers, while also helping black fishers with boat ownership.

These days, Rev. Edwards heads the Zion Travelers Cooperative Center, which has led post-Katrina rebuilding efforts in southeast Plaquemines — much of which was flattened by storm surges. He's also been working with Plaquemines Parish president Billy Nungesser on a plan to have BP come accommodate some of the overlooked fishers. Nungesser says that so far BP has agreed to set up a place on the east bank where fishers can receive assistance with the claims process or sign up for hazardous materials clean-up training if needed.

It will be a "place where I can put some of my people there becasue I think [BP is] bullshitting them," said Nungesser. "They are not helping them express their true losses. Some of those fisherman in east bank aren't educated and some are intimidated but they are hardworking people. So we need something so that when they come in it won't feel like them against BP."

One local person who's future is in jeopardy is a man who doesn't fish himself, but has been making a living off selling large Gulf shrimp off the back of his truck in New Orleans. Keilen Williams, the 34-year-old "New Orleans Shrimp Man", comes from four generations of oystermen and shrimpers. He once shrimped, but now calls himself an "advocate for shrimpers," much in the way that Encalade is an advocate for oystermen.

"I'm connected to so many fishers that I didn't have to fish no more," Williams said. "They need a voice. They needed me to get this together, this black representation for them because we feel like we are losing our heritage."

Williams has been writing to city council members and talking with local media, such as WBOK morning show host Gerod Stevens, about how black fishers in southeast Plaquemines have not received the protection and assistance other communities have. This is important to New Orleanians in particular because much of the oysters and shrimp they eat at restaurants come from black fishers in Pointe a La Hache.

Every day, the Pointe a la Hache marina is paid a visit by Rodney Fox, owner of R&A Oyster Co., who collects thousands of coffebean sacks of oysters – each containing 100 to 150 oysters in them – from black, and increasingly Mexican, oystermen. Fox purchases them for about $25 a sack, and then sells them to restaurants and markets throughout the state and country.

Williams is trying to duplicate the same success in New Orleans. When not advocating, Williams is working to establish a fresh seafood and vegetable market in the city. There, he would sell shrimp, oysters and fish at low prices thanks to his relationships with the black fishers in Plaquemines. Already, he's registered with the state as "New Orleans Shrimpman LLC" and pursued grants from the city to help get the business off the ground.

All of that is put on hold now, though, due to the oil spill.

"Consumers will be skeptical about buying shrimp now," Williams said. "They opened shrimp season early, when they weren't the size they were supposed to be yet."

In previous years, Williams was able to earn about $100,000 a year selling shrimp from Pointe a la Hache in New Orleans, tax returns show. He was hoping this year to ink contracts with big-time suppliers such as Costco and Wal-Mart. That would have tripled his income, he says, but instead it feels more like a distant dream with every passing day of oil and riverwater seeping into the marsh and boats remaining tied up.

"This is all I know, water and seafood," Williams said. "It feels like I'm losing my heritage. If I don't do this — black people already have been stripped of their identity. This will finish us."

photos by Shawn Escoffery

Billy Nungesser, black fishers, BP, Brentin Mock, Coastal Erosion, oil spill, Pointe a la Hache, Vessels of Opportunity, WBOK
share:
Facebook
Twitter
Gulf oil spill: Too big to stop- or even watch on a live feed

Five years after Katrina, the return of disaster capitalism?

7 Comments

1. *St. Roch La Tour* says:
   May 24, 2010 at 5:43 pm

   would someone please explain to me why the word black when used to describe a person's race is not capitalized in the united states? it is in the united kingdom? the word white when used to describe a person's race is always capitalized. very odd.

2. *Petra* says:
   May 26, 2010 at 2:43 pm

   Great reporting, thanks for this story!

01 June 2008 **THE RIGHT BAIT**   by Todd A. Price

Keilen Williams perches on the tailgate of his truck, leans into the traffic streaming down Claiborne Avenue and dangles a massive shrimp from a line. He wears a sharp Cabela's fishing hat, a serious look on his face, a long knife strapped to his belt and white shrimp boots on his feet. "I started making the right presentation," says the fourth generation fisherman, "and you see, people come over." A scale hangs from one side of the truck and an American flag flies on the other. In the bed he has coolers full of colossal shrimp that he sells for $5 a pound.

Williams makes the shrimp on his line dance for the cars whizzing past. He learned that trick on ESPN's *Bassmaster*. "Normally when you're fishing, you pop the bait," he says. "You dangle one and make it look alive." Instead of bass, Williams lures customers with his bait. One guy walks away with four pounds in a black plastic bag. "I bought some from you before," he says. "I know it's good."

An older lady leans against the truck and inspects the shrimp. "I've been here twice today, looking for you," she says. "Well, I have to go catch them," says Williams. He shrimps at night, delivers to restaurants in the morning and sells on Claiborne in the afternoon.

A young woman marvels at the size of the shrimp. "He's got shrimp steroids or something," she says. "Don't say that," Williams replies. "It's baseball season."

Aaron Burgau, the chef at Restaurant Patois, stops by to set up a delivery. He offers to hook Williams up with chefs at Galatoire's and Clancy's. "People from out of town are astonished at the size of these shrimp, the taste," Williams says. That evening, chef Burgau will serve his Uptown customers plates piled with shrimp that Williams caught. "Our seafood in Louisiana," Williams says, "is out of the water and on your plate in less than 24 hours."

To place a large order or check if Williams will be on Claiborne Avenue at Josephine Street, call (504) 358-1444 begin_of_the_skype_highlighting (504) 358-1444 end_of_the_skype_highlighting or email shrimpmank@yahoo.com.



Home    Diet    Tips    Recipe    Exercise    Beauty    Health News    Success Stories    TALK TO US

← Men Out Like a Rock Star                    How Raindrops Could Power Your Turbine →

# The Top 10 Men of the Year of Men's Health Magazine

Search Website

## Would You Go Back To School If You Qualified For A Grant? See If You Qualify!



JUN 2012 - You're losing up to $21,900 every year you don't go back to school. See how grants and financial aid can help qualified students return to school.

Select Your Age.



Under 18   19-25   26-35
36-45   46-55   56-65   66-75   Over 75

4  retweet

**How to get Hard** learnallaboutyoptions.com/
Safe & Easy Ways to Get Hard! Compare Solutions, Get Hard Results

**Men's Health Magazine®** www.MensHealth.com
Official Site Subscribe Today & Get The Big Black Book of Secrets Free!

**L-Arginine Plus™** www.l-arginine.com
In Two Weeks You'll Be Surprised... (And So Will Your Doctor!)

**Lose Belly Fat Naturally** www.RealDose.com/Weight-Loss
3 sneaky hormones that are making you fat & how to stop them now.

AdChoices ▷

x   l2910 1010 drew brees main 001 The Top 10 Men of the Year of Mens Health Magazine

By Andrew Daniels

Out of the many men—actors, athletes, and average guys—we interview each year, there are a few that blow us away. And because their individual perseverance, grit, and cool demeanor make them stand out so vividly in our minds, we've decided to award them the title of "Men of the Year." Here's our top 10.

**10. Rob Walker, Kellen Williams, and Charles Robin**

*Who They Are:* They're three ambitious men living on the Gulf Coast who had their homes, businesses, and lives destroyed by Hurricane Katrina and the BP oil spill.

*Why They're On This List:* Because somehow, these guys haven't let overwhelming life-crises deter them from chasing their dreams. Sure, they've had to re-build everything from scratch, but they've all found a silver lining amidst total destruction. An exciting chance to start over.

## Romance, Sex, Dating

- Man Sues Prostitute
- Have Better Orgasms
- Safe Sex: Lay Down Some Rubber!
- Why You Should Never, EVER Have an Affair

## Fitness Success Stories

- Weight Loss Story: Jennifer Odman
- Weight Loss Story: Kristen Collins
- Weight Loss Story: Alexis Burnett

## Celebrity Fitness

- The Josh Hopkins Workout
- Rachel Ray's New Workout Plan
- Mike Quick Swick
- Texas Hold 'em Italian Style

## Men's Health

- March Madness: The Scientific Way to Make Your Picks
- Man Sues Prostitute
- Cycling may have impact on sperm health: study
- The Bikini Wax for Men

Go to Top



*Who He Is:* A former rugby player who suffered a series of strokes, he was diagnosed with locked-in syndrome, meaning his mind is fully functioning but he has no control over his body

*Why He's On This List:* A decade ago, doctors thought he was brain-dead. But thanks to his fighting spirit and years of determination, Chisholm regained his former strength—and then some

**1. Drew Brees**

*Who He Is:* The Super Bowl-winning quarterback of the New Orleans Saints

*Why He's On This List:* As if helping to turn around the Saints and the city of New Orleans wasn't enough, Brees also gave us perhaps the most touching sports moment of the year, when he proudly hoisted his infant son Baylen up to the sky during the Super Bowl trophy presentation—a reminder that family trumps all. The man who graced our October Winner's Issue taught us how to build on victory and how to train like a champion. Oh yeah, and he also wrote the foreword to TheImpact! Body Plan  a must-have fitness manual from his trainer Todd Durkin and MH editor Adam Bornstein

**Ads by Google**          Mens Magazine          Muscle Men          Mens Clothing          Men Women

- Post to Facebook
  1
  1

No related posts

COMMENTS (0)     PINGS (4)

Name (required)

E-mail (required will not be published)

Website

Type your comment

You may use these HTML tags and attributes:

Send Comment

Comment Feed for this Post

**EXERCISE & FITNESS**
- Back Pain Exercises
- Mike "Quad" Swink
- Are You Born to Run?
- The Arian Foster Workout

**FASHION TIPS**
- Fashion Styling: How to Wear Denim Now
- Cute Beachwear
- The ANTI-Energy Drink
- How to DIY  Patchwork Jeans

**BEAUTY TIPS**
- Lingerie-Buying 101
- Awesome Eye Makeup Tips
- Wear Super-Bright Makeup
- Organic Cosmetics And Skin Care-Good For The Planet And You
- Beauty Treatments: What's Risky Vs. What's Worthy

**HEALTH TIPS**
- Pine Mouth: Nuts Can Ruin Taste for Weeks?
- Back Pain Exercises
- Many elderly have preventable eye problems
- Could the Sun Make You Sick?

Go to Top

Page 3 of 4