IN RE: OIL SPILL by "Deepwater Horizon"
DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179　　　　　　　　　　　　　SECTION: J　　　　　　　　　　　　　JUDGE CARL BARBIER

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing GmbH, et al., in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Smith | Jude | T | |

| Phone Number | E-mail Address |
|---|---|
| 504-237-5833 | sharpmls@gmail.com |

| Adress | City / State / Zip |
|---|---|
| 1022 Saint Peter Street #204 | NEW ORLEANS / LA / 70116 |

INDIVIDUAL CLAIM ☐　　　　　BUSINESS CLAIM ☒

| Employer Name | Business Name |
|---|---|
| | AmerisellRealty.com, Inc |

| Job Title/Description | Type of Business |
|---|---|
| | 53 |

| Address | Address |
|---|---|
| | 1022 Saint Peter Street #204 |

| City / State / Zip | City / State / Zip |
|---|---|
| | New Orleans, LA / LA / 70116 |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| | 2524 |

| Attorney Name | Firm Name |
|---|---|
| Peter Snyder | PETER J. SNYDER, P.A. |

| Address | City / State / Zip |
|---|---|
| 2234 North Federal Highway #490 | Boca Raton FL 33431 |

| Phone Number | E-mail Address |
|---|---|
| (561) 367-1581 | peterjsnyder@comcast.net |

| Claim filed with BP? | No | Claim Filed with GCCF?: | No |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | |

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:_____

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

   SEE ATTACHED LETTER

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both
the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Jude Thomas Smith*
Jude Thomas Smith (Apr 22, 2014)
Claimant or Attorney Signature

Jude Thomas Smith
Print Name

Apr 22, 2014
Date

3

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Document Integrity Verified    EchoSign Transaction Number: X8DPZDTXDXZ626R

# BP Oil Claim - Business Economic Loss Claim Form

## Business Information

| Field | Value |
|---|---|
| Claimant Name Or Business Name* | AmeriseIIRealty.com, Inc |
| DBA | sharpMLS.com |
| Mailing Street Address* | 1022 Saint Peter Street #204 |
| State* | Louisiana |
| City* | New Orleans |
| Zip* | 70116 |
| County* | Orleans |
| Date Founded (MM/DD/YYYY)* | 05/1/2003 |
| State of Incorporation* | LA |
| Federal Tax Classification* | S Corporation |
| Nature of Business* | 53 |
| Type NAICS code above. Go to http://www.naics.com/ to find your code. | |
| EIN/Tax ID Number* | 11-3751311 |
| DHECC Tracking # | |
| DHECC Date Submitted | |

Document Integrity Verified    EchoSign Transaction Number: X8DPZDTXDXZ628R

# BP Oil Claim - Business Economic Loss Claim

**Claim Information**

| Field | Value |
|---|---|
| GCCF Claim # | |
| DWH Claim # | |
| Claimant # | |
| Claimant Name Or Business Name | AmerisellRealty.com, Inc |
| Client Type | Business |
| DHECC Tracking # | |
| DHECC Date Submitted | |

| | Mailing | Loss |
|---|---|---|
| Street Address | 1022 Saint Peter Street #204 | 1022 Saint Peter Street #204 |
| State | Louisiana | LA |
| City | New Orleans | New Orleans, LA |
| Zip | 70116 | 70116 |
| County | Orleans | Orleans |

Document Integrity Verified   EchoSign Transaction Number: X8DPZDTXDXZ626R

# BP Oil Claim -Business Economic Loss Claim

**Owner/Officer Personal Information-Full legal name of individual or entity**

Jude Thomas Smith

| Field | Value | Field | Value |
|---|---|---|---|
| Title (Mr, Mrs, Dr) | | | |
| Last Name* | Smith | First Name* | |
| Middle Name | Thomas | Suffix (Jr, Sr, I, II) | |
| Street Address* | 1022 Saint Peter Street #204 | DOB (mm/dd/yyyy)* | 02/26/1972 |
| | | Soc. Sec. Number* | 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 |
| State* | LA | | |
| City* | NEW ORLEANS | Phone* | 504-237-5833 |
| Zip Code* | 70116 | Fax | 866-466-8629 |
| County* | Louisiana | | |
| Email* | sharpmls@gmail.com | Bankruptcy Case # | |
| Marital Status* | Single | Bankruptcy Date | |
| Spouse Name | | Bankruptcy Court | |
| Prior Spill Compensation Received (YES or NO) | no | If "YES" For Compensation, What Amount | |
| | | DHECC Tracking # | |
| | | DHECC Date Submitted | |

Type NAICS code above. Go to http://www.naics.com/ to find your code.

Document Integrity Verified          EchoSign Transaction Number: X8DPZDTXDXZ626R

## ATTORNEY ENGAGEMENT LETTER FOR DEEPWATER HORIZON OIL SPILL CLAIMS

AmerisellRealty.com, Inc ("Client") with a location at 1022 Saint Peter Street #204, New Orleans, LA, LA 70116 hereby retains PETER J. SNYDER, P.A. with a business location at, 2234 North Federal Highway #490, Boca Raton, FL 33431, (561) 367-1581, (561) 367-1581 ("ATTORNEYS"), to represent Client with respect to the Class Action Settlement for the Deep Horizon Oil Spill to be filed in connection with Case No. MDL-2179 (the "Claim").

Client has concurrently engaged IT STRATEGIES GROUP, INC. ("IT STRATEGIES") and AmeriSellRealty.com Inc., dba sharpCLAIM.com ("Claim Preparation Firm") to pursue Client's Claim on a 15.00% contingency fee basis. A copy of the IT STRATEGIES and AmeriSellRealty.com Inc., dba sharpCLAIM.com engagement agreement is attached hereto as Exhibit A and incorporated herein. Client hereby agrees to pay ATTORNEY one percent (1 %) of the gross amount recovered to be paid from and reduce accordingly the fee due to IT STRATEGIES and CLAIM PREPARATION FIRM. Client instructs ATTORNEY to pay ATTORNEY from the Claim settlement proceeds and further instructs ATTORNEYS to remit the remainder of the contingency fee to IT STRATEGIES and Claim Preparation Firm.

Client hereby specifically authorizes ATTORNEYS to make payment to IT STRATEGIES and Claim Preparation Firm out of any settlement proceeds without further written authorization.

CLIENT UNDERSTANDS THAT IN THE EVENT THAT WE DISCHARGE ATTORNEYS, CLIENT SHALL BE LIABLE TO PAY ATTORNEYS A REASONABLE FEE BASED UPON THE TIME EXPENDED ON THE CLAIM AT A RATE OF NOT LESS THAN $350 PER HOUR. CLIENT'S DISCHARGE OF ATTORNEYS SHALL NOT ALTER OR TERMINATE CLIENT'S OBLIGATION TO PAY IT STRATEGIES and Claim Preparation Firm.

Client hereby instruct ATTORNEYS to coordinate with IT STRATEGIES and Claim Preparation Firm in order to prosecute Client's Claim.

The undersigned Client has, before signing this agreement, received and read the statement of client's rights and understands each of the rights set forth therein. THIS AGREEMENT MAY BE CANCELED BY WRITTEN NOTIFICATION TO ATTORNEYS AT ANY TIME WITHIN 3 BUSINESS DAYS OF THE DATE SIGNED BY CLIENT BELOW, and if canceled, CLIENT shall not be obligated to pay any fees to ATTORNEYS for the work performed during that time. However, if during that time, ATTORNEYS advanced funds to others in their representation of CLIENT, CLIENT understand that ATTORNEYS shall be entitled to reimbursement for all reasonable amounts so expended on Client's behalf. Client does hereby authorize and direct ATTORNEYS to pay directly to IT STRATEGIES as the

Document Integrity Verified    EchoSign Transaction Number: X8DPZDTXDXZ626R

Claims preparer and Claim Preparation Firm such sums as may be due and owing IT STRATEGIES and Claim Preparation Firm for services rendered pursuant to the Tri-Party Agreement attached as Exhibit A. Client further directs and ATTORNEYS hereby agree to withhold such sums from any payments from whatever source, settlement, judgment, insurance, or verdicts as may be necessary to adequately protect Client, IT STRATEGIES and Claim Preparation Firm. Client consents and acknowledges that ATTORNEYS, IT STRATEGIES and Claim Preparation Firm shall have a lien on the proceeds of Client's Claim upon and against any and all proceeds of any payments from whatever source, settlement, judgment, insurance, or verdict which may be paid to Client or Client's representatives, as the result of damages Client sustained as a result of the Deepwater Horizon oil spill.

CLAIMANT: AmerisellRealty.com, Inc
(Print full legal name of individual or entity)

By: *Jude Thomas Smith* (Apr 22, 2014)

(sign)

Jude Thomas Smith
(print name of signatory)

Broker/Owner
Title

Apr 22, 2014
Date

Accepted by:
PETER J. SNYDER, P.A.
Peter Snyder
2234 North Federal Highway #490
Boca Raton, FL 33431
(561) 367-1581
Fax (561) 367-7322

Date:

By: Peter J. Snyder, Esq.
Florida Bar No. 324353
petersnyder@comcast.net

Document Integrity Verified    EchoSign Transaction Number: X8DPZDTXDXZ626R

# Complete Individual Information Form-Tri-Party.Agreement.

Prepared for: AmerisellRealty.com, Inc

Apr 22, 2014

## Claimant Information

AmerisellRealty.com, Inc

1022 Saint Peter Street #204

New Orleans, LA

LA

EIN#       11-3751311

Phone:     504-237-5833

Email:     sharpmls@gmail.com

Fax:       866-466-8629

## Business Information

| | |
|---|---|
| Name | AmerisellRealty.com, Inc |
| Street | 1022 Saint Peter Street #204 |
| City | New Orleans, LA |
| State | LA |
| Zip | 70116 |
| Nature of business | 53 |
| Employer identification number | 11-3751311 |
| Did you receive any spill-related compensation? | no |
| If yes, please provide the source and amount of payment(s): | |

Document Integrity Verified    EchoSign Transaction Number: X8DPZDTXDXZ626R

**PETER J. SNYDER, P.A.**
2234 North Federal Highway #490,, Boca Raton, FL 33431, P:(561) 367-1581 F:(561) 367-7322

## ENGAGEMENT FOR CLAIM SUBMISSION SERVICES

THIS CLAIM SUBMISSION SERVICES AGREEMENT ("Agreement"), is executed this Apr 22, 2014 by and between AmerisellRealty.com, Inc with an address 1022 Saint Peter Street #204, New Orleans, LA, LA 70116 ("Client"), AmeriSellRealty.com Inc., dba sharpCLAIM.com, with an address at 1022 Saint Peter Street #204 New Orleans, LA ("Claim Preparation Firm") and IT Strategies Group, Inc., with an address at 401 E Las Olas Blvd, #130-356, Fort Lauderdale, FL 33301 ("Consultant").

Whereas, Client has sustained economic losses caused by the Deepwater Horizon oil spill;

Whereas, Consultant has developed a web based software and service portfolio named the OilClaim CalcluatorTM to assist claimants in pursuing claims for losses caused by the Deepwater Horizon oil spill ("BP Oil Claim");

Whereas, Claim Preparation Firm has or will performed accounting services for Client and has or will assist Client and Consultant in gathering financial data in support of Client's BP Oil Claim.

Whereas, Client desires to engage Consultant and Claim Preparation Firm to assist Client in filing its BP Oil Claim.

**NOW THEREFORE**, in consideration for the sum of $10.00 and other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Recitals</u>. The above recitals are true and correct and incorporated herein.

2. <u>Engagement</u>. Client hereby appoints Consultant to submit, process, and negotiate its BP Oil Claim.

3. <u>Limited Power of Attorney.</u> Client hereby authorizes and appoints Consultant with the full power and authority to do and perform all and every act and thing necessary to be done in connection with the prosecution, submission and settlement of Client's BP Oil Claim as fully, to all intents and purposes, as might or could be done if personally present, including the execution of settlement documents, releases, and settlement check endorsements for depositing settlement funds into Client's designated attorney's IOTA account. Client authorizes Claim Preparation Firm to provide Consultant with all information necessary or reasonable to file said BP Oil Claim.

4. <u>Consultant Disclosure.</u> Neither Claim Preparation Firm nor Consultant is a licensed lawyer or a law firm and neither Claim Preparation Firm nor Consultant will provide any legal services.

5. <u>Retention of Attorney.</u> Because Client may be required to have an attorney of record to complete the claim process, if Client does not have counsel to assist in the claim process, Consultant will provide Client with a list of prospective attorneys. The terms of the engagement with any attorney suggested by Consultant will not result in any greater cost to the client than the fees specified herein.

6. <u>Services Provided by Consultants</u>. Consultant shall perform the following services:

(a) To assist Client and, if engaged, Client's attorney(s) in preparation of file documentation wherever necessary in order to "assess" the damage claims that are related to the BP Oil Claim including estimates of loss, photographs, if necessary, and reports summarizing the damage claims;

(b) To provide calculation of loss as an assessment to the damage claim, including use of qualified third parties as needed for preparation of the claim(s) and to file with the Deepwater Horizon Court-Supervised Settlement Program ("DWHS") the approved claim(s). Consultants retain sole discretion to engage an attorney(s) to provide assistance to Consultants at Consultant's cost for purposes of presentation of the BP Oil

Document Integrity Verified · EchoSign Transaction Number: X8DPZDTXDXZ626R

Claim(s);

    (c)  Perform a review of claims to ensure that all "legitimate" claim costs are presented;

    (d)  To maintain a file of all documentation and reports developed in the course of assessing the damage claims; and

    (e)  To meet with Client and Client's attorney(s) as necessary for the settlement of the BP Oil Claim.

  7.  <u>Services Not Provided by Consultants.</u> Services not included in the scope of this agreement include any expert professional services such as engineering, laboratory services, cause and origin investigation, medical or hygienist services or professional accounting except as stipulated above. Consultants will not retain experts except with consent of Client and Client's attorney(s).

  8.  <u>Services Provided by Claim Preparation Firm.</u> Claim Preparation Firm shall provide all needed financial data.

  9.  <u>Term.</u> This Agreement shall be in force and effect for a period of 180 days and will continue in force until withdrawn in writing by either party, with said written notification being sent by certified mail. However, no withdrawal from this Agreement shall be effective with respect to any BP Oil Claims that have been filed or any pending negotiations of such BP Oil Claim. This Agreement will govern any BP Oil Claim that is filed or negotiations pending while this Agreement is in effect, even if this Agreement is later terminated or expires.

  10.  <u>Contingency Fee.</u> Consultant and Claim Preparation Firm, jointly, shall receive a fee in the amount of **15.00%** of any gross proceeds from the settlement or resolution of Client's BP Oil Claim ("Fee"). If Client does not achieve a settlement from its BP Oil claim(s), Consultant and Claim Preparation Firm will not receive a Fee. Consultants agree that Fees are payable only upon the successful payment to the Client of a recovery for their claim, except for the provisions herein.

  11.  <u>Cost Reimbursement.</u> Any costs advanced by Consultant and Claim Preparation Firm shall be reimbursed to Consultant and Claim Preparation Firm from Client's settlement proceeds. Costs are in addition to any Fees.

  12.  <u>Payment of Fees.</u> Fees are due and payable at the time any settlement is due to Client. Client hereby authorizes and instructs DWHS and/or Client's Attorney PETER J. SNYDER, P.A. to pay Consultant its Fees and Claim Preparation Firm its fees and costs pursuant to a final invoices presented to the DWHS or Client's Attorney directly from the Claim(s) settlement, award, and/or judgment proceeds, without the further approval of Client, provided that the Fees paid to consultant and claims preparation firm shall not exceed **15.00%** of gross Claim(s) proceeds plus additional reimbursable costs, if any.

  13.  <u>Client Duties.</u> Client warrants that it has full and complete authority to enter into this Agreement and it will cooperate fully with all documentation requests of Consultant and Client shall otherwise cooperate and permit Consultant to prepare, submit and secure payment for their BP Oil Claim.

  14.  <u>Non-Cooperation.</u> Should Client fail to cooperate and provide needed documentation and assistance to Consultant or Claim Preparation Firm, Consultant and Claim Preparation Firm may, in their sole discretion, terminate this Agreement. In such event, Client shall pay Consultant and Claim Preparation Firm their customary hourly rate for time, work, and costs expended for Client's benefit. Client hereby grants a lien to Consultant and Claim Preparation Firm on any proceeds from its BP Oil Claim and they may enforce their lien rights and seek payment at such time that Client receives a BP Oil Claim recovery. Consultant and Claim Preparation Firm also shall own all of their work product and no interest in their work product shall transfer to Client.

  15.  <u>Dispute Resolution.</u> In the event of any dispute arising out of this Agreement, including without limitation the intended meaning or application of any provision, or the performance of any obligation under said Agreement, all parties agree the sole and exclusive remedy shall be any court of competent jurisdiction in Broward County, Florida. The prevailing party being entitled to recover attorney's fees, paralegal fees, and all costs incurred. In addition to the foregoing, the prevailing party shall be entitled to interest on any monetary award said court determines from the date of said monetary default at the rate of Eighteen (18%) percent per annum, with said award being specifically enforceable as a judgment in any court of competent jurisdiction. Client irrevocably agrees to submit the jurisdiction of the aforementioned court and Client waives any claim of forum non-conveniens.

Document Integrity Verified  EchoSign Transaction Number: X8DPZDTXDXZ626R

16. Miscellaneous.

(a) *Amendment.* This Agreement may only be amended in writing by the execution of all parties hereto.

(b) *Entire Agreement.* The foregoing constitutes the entire agreement between the parties, all representations and undertakings having been incorporated herein or otherwise superseded.

(c) *Severability.* Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law, or modified to conform to the law but if any provision of this Agreement is held to be invalid, illegal, or unenforceable in any respect under any applicable law, or rule of any jurisdiction, such invalidity, illegality, or unenforceability shall not affect the validity, legality, or enforceability of any other provision of this Agreement in such jurisdiction, but this Agreement shall be reformed, construed and enforced in such jurisdiction as if such invalid, illegal, or unenforceable provision had never been contained herein.

(d) *Successors & Assigns.* This Agreement and all of the provisions hereof shall be binding upon and inure to the benefits of the parties hereto and their respective heirs, legal representatives, successors and assigns.

(e) *Counterparts.* This Agreement may be signed in counterparts with each counterpart being deemed an original of the document.

(f) *Strict Construction.* This Agreement shall not be strictly construed against any party hereto.

(g) *Limitations of Liability.* Consultant and Claims Preparation Firm, to the extent not prohibited by applicable law, will not be liable to the Client for any expenses, business losses, or damages of any kind due to the party's execution of this Agreement. In no event shall Consultant's and Claims Preparation Firm's liability arising, or relating to this Agreement exceed the amount of the fees received by the Consultant from the Client under this Agreement. The parties acknowledge and agree that this section is an essential element of this Agreement and that in its absence, the economic terms of this Agreement would be substantially different.

(h) *Authority.* The individual executing this Agreement on behalf of Client represents and warrants the he or she individually has all requisite power and authority to sign and deliver this Agreement and bind Client hereto.

**THE UNDERSIGNED CLIENT ACKNOWLEDGES, BEFORE SIGNING THIS CONTRACT THAT HE/SHE/IT HAS READ THE AGREEMENT, AND UNDERSTANDS EACH OF THE TERMS SET FORTH THEREIN. THE UNDERSIGNED CLIENT HAS SIGNED THE AGREEMENT AND RECEIVED A SIGNED COPY.**

IN WITNESS WHEREOF, on Apr 22, 2014, the parties have signed below:

Client Name: AmerisellRealty.com, Inc

By: *Jude Thomas Smith* (Apr 22, 2014)

Print Name: Jude Thomas Smith

Title: Broker/Owner

AmeriSellRealty.com Inc., dba sharpCLAIM.com

By: *Jude Thomas Smith*

Print Name: Jude Thomas Smith
Title: Claims Preparer

IT STRATEGIES GROUP, INC.

By: *[signature]*
Craig Sienema, Vice President