# IN RE: OIL SPILL by "Deepwater Horizon"

## LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY) [1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

**GOVERNMENTAL BODY OR ENTITY**

- Body/Entity: CONDOMINIUM
- County/Parish: BALDWIN COUNTY
- State: ALABAMA
- Primary Physical Address: LEI LANI 212 V
- City/State/Zip: ORANGE BEACH AL 36547

**PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT**

- Name: FRED D. BUTTS
- State / Bar No. (if attorney):
- Address: 13410 MARTIN RD
- Phone: 812-449-4377
- City/State/Zip: EVANSVILLE IN
- E-Mail Address: FBUTTS@INSIGHTBB.COM

Claim Filed with BP?   YES ☐   NO ☒
Claim No.

**Claim Type (Please check all that apply):**

- ☒ Loss of Tax Revenue / Income / Use
- ☒ Damage, Destruction, or Diminution in Value of Property
- ☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- ☐ Civil or Criminal Penalties
- ☐ Punitive Damages
- ☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Reg. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

LOSS OF INCOME OVER THE 2010 TAX YEAR WAS $1144.37, DUE TO THE BP OIL SPILL.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

LOSS OF VALUE WENT FROM $215,000.00 TO $99,000.00 DUE TO THE BP OIL SPILL. THE CONDOMINIUM IS IN A GULF FRONT COMPLEX, PRICES FOR CONDOMINIUMS IMMEDIATELY DROPPED. THERE WAS OIL BALLS ACTUALLY WASHING UP ON THE BEACH.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

_Fred D. Butts_   OWNER
Signature of Authorized Attorney, Official or other Representative

FRED D. BUTTS
Printed Name

_____
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

Mr. Fred Butts
13410 Martin Rd
Evansville IN 47725

B

LOUISVILLE KY 402
10 MAR 2011 PM 3 L

U.S. DISTRICT COURT - EASTERN DISTRICT
OF LOUISIANA
CLERK'S OFFICE
500 ~~POYDRAS~~ POYDRAS STREET
NEW ORLEANS, LA
70130

70130$3338