IN RE: OIL SPILL by "Deepwater Horizon"
**LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)** [1]
Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549
(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

MDL 2179　　　　　SECTION: J　　　　　JUDGE CARL BARBIER

### CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

**GOVERNMENTAL BODY OR ENTITY**

Body/Entity:

County/Parish: Baldwin

State: AL

Primary Physical Address:

City/State/Zip:

**PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT**

Name: Ronald K & Paula J Davis　　State / Bar No. (if attorney):

Address: 28813 Perdido Beach Blvd. # 121　　Phone: (251) 964-2599

City/State/Zip: Orange Beach, AL 36561　　E-Mail Address: pdavis528@gmail.com

Claim Filed with BP?　YES ☐　NO ☒
Claim No.:

**Claim Type (Please check all that apply):**

☐ Loss of Tax Revenue / Income / Use
☒ Damage, Destruction, or Diminution in Value of Property
☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☐ Punitive Damages
☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

28813 Perdido Beach Blvd. Orange Beach, AL 36561
We have diminution in value for the area and property values being down as a result of the oil spill. We own this condo 100%.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

*Ronald K. & Paula J. Davis*
Signature of Authorized Attorney, Official or other Representative

*Ronald K & Paula J. Davis*
Printed Name

4-13-11
Date

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

27365 Yorkshire Dr
Cowley, AZ 86335

US District Court - Eastern
District of LA-
Clerk's Office
500 Poydras St
New Orleans, LA 70130