# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION - JOINDER IN MASTER ANSWER - INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT - PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

| Body/Entity | |
| County/Parish | |
| State | |
| Primary Physical Address | |
| City/State/Zip | |

### PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

| Name | Bonita Selby | State / Bar No. (if attorney) | |
| Address | 13480 Co Rd 55 | Phone | (251) 943-4585 |
| City/State/Zip | Foley AL 36535 | E-Mail Address | selby.bonita318@gmail.com |

Claim Filed with BP?  YES ■  NO ☐
Claim No.

**Claim Type (Please check all that apply):**

- [✓] Loss of Tax Revenue / Income / Use
- [ ] Damage, Destruction, or Diminution in Value of Property
- [ ] Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- [ ] Civil or Criminal Penalties
- [ ] Punitive Damages
- [✓] Other Damages or Loss  Loss of job due to oil spill

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

I worked at Hazels Seafood Restaurant in Orange Beach Al for the past 3 years every summer season. After the oil spill, I was told I was no longer needed. I tryed to secure another part time waitressing job, but was told by multiple restaurants, they could not work around my schedule.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

_Bonita Selby_
Signature of Authorized Attorney, Official or other Representative

Bonita Selby
Printed Name

4-12-111
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

Bonita Selby
13480 County Rd. 55
Foley, Al. 36535

US District Court - Eastern District of LA.
Clerks Office
500 Poydras Street
New Orleans, LA
70130