IN RE: OIL SPILL by "Deepwater Horizon"
LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

MDL 2179          SECTION: J          JUDGE CARL BARBIER

*U. S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 20 2011 LORETTA G. WHYTE*

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

| GOVERNMENTAL BODY OR ENTITY | |
|---|---|
| Body/Entity | BAO VAN TRAN |
| County/Parish | ORLEANS |
| State | LOUISIANA |
| Primary Physical Address | 2511 HOLIDAY DRIVE |
| City/State/Zip | NEW ORLEANS, LA 70131 |

| PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT | |
|---|---|
| Name: HALEY TRAN | State / Bar No. (if attorney): |
| Address: 2501 HOLIDAY DRIVE | Phone: (504) 610-1108 |
| City/State/Zip: NEW ORLEANS, LA 70037 | E-Mail Address: TUNNELCOMPANY@GMAIL.COM |
| Claim Filed with BP?  YES ☒  NO ☐  Claim No. | 3237511 |

**Claim Type (Please check all that apply):**

- ☒ Loss of Tax Revenue / Income / Use
- ☐ Damage, Destruction, or Diminution in Value of Property
- ☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- ☐ Civil or Criminal Penalties
- ☐ Punitive Damages
- ☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

___ Fee _____
___ Process _____
X Dktd
___ CtRmDep _____
___ Doc. No. _____

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

DECREASE IN JOB/WORK LOAD, WHICH RESULTED IN DECREASE OF WAGES AND INCOME IN 2010 DUE TO THE DEEPWATER HORIZON OIL SPILL THAT OCCURRED IN 2010. NUMBERS WERE COMPARED AND BASED UPON THE WAGES THAT WAS INCURRED IN PREVIOUS YEARS, IN ADDITION TO THE COMPLETION OF THE 2010 INCOME TAX RETURN SHOWING A DECREASE IN INCOME FROM THE PREVIOUS YEARS.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

Signature of Authorized Attorney, Official or other Representative

**HALEY TRAN**
Printed Name

04/18/11
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*



Bao Van Tran & Thien Thi Nguyen
2511 Holiday Drive
New Orleans, LA 70131

CERTIFIED MAIL

7010 1870 0000 5143 7651

Clerk of Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RETURN RECEIPT REQUESTED