# IN RE: OIL SPILL by "Deepwater Horizon"
## LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

**MDL 2179**     **SECTION: J**     **JUDGE CARL BARBIER**

**CLAIM IN LIMITATION JOINDER IN MASTER ANSWER INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – SHORT FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

| Field | Value |
|---|---|
| Body/Entity | THIEN THI NGUYEN |
| County/Parish | ORLEANS |
| State | LOUISIANA |
| Primary Physical Address | 2511 HOLIDAY DRIVE |
| City/State/Zip | NEW ORLEANS, LA 70131 |

### PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

| Field | Value |
|---|---|
| Name | HALEY TRAN |
| Address | 2501 HOLIDAY DRIVE |
| City/State/Zip | NEW ORLEANS, LA 70037 |
| State / Bar No. (if attorney) | |
| Phone | (504) 610-1108 |
| E-Mail Address | TUNNELCOMPANY@GMAIL.COM |

Claim Filed with BP?  YES ☒  NO ☐

Claim No. 3237942

**Claim Type (Please check all that apply):**

- ☒ Loss of Tax Revenue / Income / Use
- ☐ Damage, Destruction, or Diminution in Value of Property
- ☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- ☐ Civil or Criminal Penalties
- ☐ Punitive Damages
- ☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Cao Van Tran & Thien Thi Nguyen
2511 Holiday Drive
New Orleans, LA 70131

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7010 1870 0000 5143 7651

Clerk of Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

U.S. POSTAGE PAID
METAIRIE, LA 70002
APR 19, 11
AMOUNT $5.59
0007793408