# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (INVOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA** APR 20 2011 LORETTA G. WHYTE CLERK

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

| | |
|---|---|
| Body/Entity | THE TUNNEL COMPANY, INC. |
| County/Parish | PLAQUEMINES |
| State | LOUISIANA |
| Primary Physical Address | 2820 ENGINEERS ROAD |
| City/State/Zip | BELLE CHASSE, LA 70037 |

### PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

| | |
|---|---|
| Name: HALEY TRAN | State / Bar No. (if attorney): |
| Address: 2501 HOLIDAY DRIVE | Phone: (504) 610-1108 |
| City/State/Zip: NEW ORLEANS, LA 70037 | E-Mail Address: TUNNELCOMPANY@GMAIL.COM |
| Claim Filed with BP? YES ■ NO ☐ | Claim No.: 3230281 |

**Claim Type (Please check all that apply):**

- [✓] Loss of Tax Revenue / Income / Use
- [ ] Damage, Destruction, or Diminution in Value of Property
- [ ] Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- [ ] Civil or Criminal Penalties
- [ ] Punitive Damages
- [ ] Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

LOSS OF OVER TWO HUNDRED THOUSAND DOLLARS ($200,000.00) OF REVENUE DUE TO THE DEEPWATER HORIZON OIL SPILL THAT OCCURRED IN 2010. NUMBERS WERE COMPARED AND BASED UPON THE REVENUE THAT WAS INCURRED IN PREVIOUS YEARS.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

Signature of Authorized Attorney, Official or other Representative

**HALEY TRAN**

Printed Name

04/18/11

Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

The Tunnel Company, Inc.
2820 Engineers Road
Belle Chasse, LA 70037



CERTIFIED MAIL

7010 1060 0001 1645 9241

U.S. POSTAGE PAID
METAIRIE, LA
70002
APR 19 '11
AMOUNT
$5.59
00077934-08

Clerk of Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RETURN RECEIPT REQUESTED