# IN RE: OIL SPILL by "Deepwater Horizon"
## LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 20 2011
LORETTA G. WHYTE
CLERK

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION - JOINDER IN MASTER ANSWER - INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT - PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

Body/Entity: M/V Miss Kelli / Nathan Bruce
County/Parish: LaFourche Parish
State: La
Primary Physical Address: 150 Dursette St.
City/State/Zip: Golden Meadow La 70357

### PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

Name: Nathan Bruce
State / Bar No. (if attorney):
Address: 150 Dursette St
Phone: 985-475-8090 - 985-696-3892
City/State/Zip: Golden Meadow
E-Mail Address: rbruce464@gmail.com

Claim Filed with BP? YES ☒ NO ☐
Claim No.:

### Claim Type (Please check all that apply):

☒ Loss of Tax Revenue / (Income) / Use
☐ Damage, Destruction, or Diminution in Value of Property
☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☐ Punitive Damages
☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

   Lost of income on 2nd job m/v shrimp boat Miss Kelly for the year 2010. Great hardship that income has always paid college tuition. The moratorium caused lost job Chief Engineer on Supply boat offshore a 10% cut in pay. Now, son has to change colleges and majors, wife has to go out into the workforce and leave minor child home alone. Our lives are turned upside down. Stress & hardship have consumed our family.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

_Nathan Bruce_
Signature of Authorized Attorney, Official or other Representative

_Nathan G. Bruce_
Printed Name

_4-19-11_
Date

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

Nathan Bruce
150 Dunetto St
Holden meadows la 70357

NEW ORLEANS LA 701

Clerk of Court Eastern Dist LA
500 Poydras St
New Orleans LA 70130

7013083057