IN RE: OIL SPILL by "Deepwater Horizon"
LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

**GOVERNMENTAL BODY OR ENTITY**

Body/Entity: Burger orleans
County/Parish: Orleans
State: Louisiana
Primary Physical Address: 2938 3rd st
City/State/Zip: New orleans, LA 70113

**PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT**

Name: Nguyen Van Ngo
State / Bar No. (if attorney):
Address: 11426 Maxine dr
Phone: 504-957-8158
City/State/Zip: New orleans, LA 70128
E-Mail Address: ngo4 bauhien@yahoo.com

Claim Filed with BP? YES [X] NO [ ]
Claim No.: 1082952

**Claim Type (Please check all that apply):**

[X] Loss of Tax Revenue / Income / Use
[ ] Damage, Destruction, or Diminution in Value of Property
[ ] Response, Removal, Clean-Up, Restoration and/or Remediation Costs
[ ] Civil or Criminal Penalties
[ ] Punitive Damages
[ ] Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

Time oil spill, business very slow, cannot make enough money pay for the bill. Loss business and property.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

_Nguyen_
Signature of Authorized Attorney, Official or other Representative

NGUYEN VAN NGO
Printed Name

Jan. 18th - 2012
Date

2

Nguyen Ngo
11420 Maxine Dr.
New Orleans, LA 70128

NEW ORLEANS LA 701
19 JAN 2012 PM 4 L

To: U.S District Court
For the Eastern District of Louisiana
500 Poydras Street
New orleans, Louisiana 70130

c/o oil Spill

7013 0430 7873