UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| Relates to: 2:10-cv-09999-CJB-SS | * * | Judge CARL J. BARBIER  MAG. JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Comes now, Monroe County Hospital, a Plaintiff in the above-styled action having filed a short form joinder herein (Doc. No. 132942), and moves the Court to dismiss its claims against the Defendants, with prejudice.

Respectfully submitted,

Taylor Martino, P.C.

*s/* Steven A. Martino
P.O. Box 894
51 St. Joseph Street
Mobile, Alabama 36601
Telephone: (251) 433-3131
Fax: (251) 405-5080
Email: stevemartino@taylormartino.com

## CERTIFICATE OF SERVICE

I, hereby certify that on August 14th, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System.

*s/* Steven A. Martino