UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill By the Oil Rig            :   MDL No. 2179
"Deepwater Horizon" in the Gulf of Mexico
On April 20, 2010                          :   SECTION J

                                           :   JUDGE BARBIER
This Document Relates to:                      MAGISTRATE JUDGE SHUSHAN
Livingston Parish Law Enforcement District,:
BP, plc, et al, Applies to: 10-2771 and 10-9999
Rec. Doc. 52

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the LIVINGSTON PARISH LAW ENFORCEMENT DISTRICT, who, suggest to the Court that mover desires to dismiss all claims asserted against all named and unnamed defendants and pursuant to the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties hereby give notice of the voluntary dismissal, with prejudice of this claim.

Respectfully submitted this 20th day of August, 2015.

Pittman Law Firm, APLC



**Eric L. Pittman (#10648)**
1930 Florida Ave., S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-9500
Facsimile: (225) 664-2117
Email: eric@pittmanlawfirm.com
General Counsel for Sheriff Jason Ard,
Livingston Parish Sheriff, Tax Collector and
Law Enforcement District

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of August, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice and Order with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the Court's CM/ECF system. A copy of this document has also been forwarded to lge@freehgroup.com ad maria.travis@bp.com.

Pittman Law Firm, APLC

_____
**Eric L. Pittman (#10648)**
1930 Florida Ave., S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-9500
Facsimile: (225) 664-2117
Email: eric@pittmanlawfirm.com
*General Counsel for Sheriff Jason Ard,*
*Livingston Parish Sheriff, Tax Collector and*
*Law Enforcement District*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill By the Oil Rig  :  MDL No. 2179
"Deepwater Horizon" in the Gulf of Mexico
On April 20, 2010  :  SECTION J

This Document Relates to:  :  JUDGE BARBIER
Livingston Parish Law Enforcement District,  MAGISTRATE JUDGE SHUSHAN
BP, plc, et al, Applies to: 10-2771 and 10-9999
Rec. Doc. 52  :

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Motion for Dismissal by the Livingston Parish Law Enforcement District with Prejudice and the Court being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the above referenced claim is hereby dismissed with prejudice.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, on this _____ day of _____, 2015.

_____
MAGISTRATE JUDGE SHUSHAN
CIRCUIT COURT JUDGE