UNITED STATES DISTRICT COURT

EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and<br>*Civil Action No. 10-8888;*<br>*Rec. Doc. 131881* | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Dismissal;

**IT IS ORDERED** that the Motion for Dismissal be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter shall be dismissed, with prejudice.

Lake Charles, Louisiana, this _____ day of _____, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE