UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*     JUDGE BARBIER
                          MAGISTRATE JUDGE SHUSHAN
*and 10-8888 and 10-2771*

**ORDER**

**[Regarding Docketing of Short Form Joinders]**

Considering that the subject oil spill occurred more than five (5) years ago, the Clerk is directed to docket no further short form joinders in docket number 10-8888.

New Orleans, Louisiana, this __4th__ day of September, 2015.

                                      **CARL J. BARBIER**
                                      **United States District Judge**