UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Refers to:<br>ISLAND MACHINE WORKS INC.<br>　　　　Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; and BP p.l.c.<br>　　　　Defendants. | CIVIL ACTION NO. 2:13-cv-01818 |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Island Machine Works Inc., Direct Filing Short Form/Short Form Joinder, Rec. Doc. No. 127578, filed by Plaintiff into No. 10-8888, through undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. 2:13-cv-01818-CJB-SS in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, April 20, 2013. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required. Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

WILLIAMSON & RUSNAK

/S/ Jimmy Williamson

Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@wsrlawfirm.com

Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@wsrlawfirm.com

William Dills
Texas State Bar No. 24067421
Email: billy@wsrlawafirm.com

4310 Yoakum Boulevard
Houston, Texas 77006
713.223.3330 – Telephone
713.223.0001 – Office

## CERTIFICATE OF SERVICE

I hereby certify that on October 5th, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Jimmy Williamson
Jimmy Williamson