EXHIBIT "A"

Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-074 9419



## BP Claims Program  - Claim Form for Individuals and Businesses

| | |
|---|---|
| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |

## INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87- 0749 419

additional space to answer questions, you may attach extra pages to this form. Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ? ✓

Interim Payment/Settlement ?

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1. Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.

**2.** ✓ **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** ✓ **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

**6.** **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785. Please keep a copy of this form and your attached documentation for your records.

I.      **Claimant Information**

*Sections I is to be completed by all Claimants. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.*

        A.      **Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

1. *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class? ● Yes ○ No

Please attach a copy of the written request to opt out from the Settlement Class. If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, **STOP**. You are not eligible to file a claim with the BP Claims Program. Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

**B.  Attorney Representation**

Are you represented by an attorney? ● Yes ○ No

[You must complete this Section if you are represented by an Attorney. If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.

1. *Attorney Name: 

| Lucado | Michael | S |
|---|---|---|
| Last | First | Middle Initial |

2. Law Firm Name: Shelby Lucado Oil & Gas Litigation

3. *Law Firm Address: 2956 Rhodes Circle South
Street

| Birmingham | AL | 35205 |
|---|---|---|
| City | State | Zip Code |

| Jefferson | USA |
|---|---|
| Parish or County | Country |

4.*Attorney Phone: 205-933-8383
Numbers Only

5. Attorney Email Address: slucado@lucadolaw.com

**C.  Individual Claimants** [Complete this Section only if you are an individual. If you are a business claimant, skip this Subsection C and proceed to Subsection D below. However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87- 0749419

1. *Name: _____ _____ _____
         Last            First           Middle Initial

2. *Current Address: _____
                     Street

   _____        ____  _____
   City                           State  Zip Code

   _____        _____
   Parish or County               Country

3. *Home Phone: _____

4. Cell Phone: _____

5. Email Address: _____

6. *Date of Birth: _____
                   MM/DD/YYYY

7. *Social Security Number: _____
            OR
   Individual Taxpayer Identification Number: _____

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases): _____

9. *Current Employer: _____
                      Employer Name

   _____
   Street

   _____        ____  _____
   City                           State  Zip Code

   _____        _____
   Parish or County               Country

   _____
   Employer Identification Number (EIN) (from your W-2 or 1099 Form)

   Other/Previous Employer: _____
                            Employer Name

   _____
   Street

   _____        ____  _____
   City                           State  Zip Code

   _____        _____
   Parish or County               Country



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87- 0749419

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10.  * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?     ◯ Yes     ◉ No

　　　If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC?     ◯ Yes     ◉ No

　　　If yes, please provide the amount(s) and source(s) of each payment you received:

**D.    Business Claimants** [Complete this Section only if you are a business.]

1. *Name of Business: **Southbrook Gulf Shores, LLC**

2. *Type of Business: **Property Development**

3. *Business Address: **853 Valley Blvd, Ste. 200**
　　　Street

**San Gabriel**
City

**CA**   **91776**
State    Zip Code

**Los Angelos**
Parish or County

**USA**
Country

4. *Business Phone: **818-207-1266**

5. Website Address:

6. * Other Business Name:

7. *Name of Business on Federal Income Tax Return:

8. *Employer Identification Number (EIN):
　　　　　　　　　　　OR

　　　If EIN is also Your Social Security Number:  ✳ 87 - 67U9419

Page 5 of 20



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

9. Date and Place Founded/Incorporated: _____

10. * Person Authorized
    To Act on Behalf    Mabugat              Michael
    The Business:       Last                 First

                        Middle

11. *Title of Authorized Representative:  Member

12. Home Address of Authorized Representative:

    (If Different    6433 Topanga Canyon Blvd, #576
    From Business    Street
    Address)         Woodland Hills          CA    91303
                     City                    State  Zip Code

                                             USA
                     Parish or County        Country

13. *Authorized Representative's Phone:  818-207-1266

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address : _____

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?  ⦿ Yes          ◯ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
    Number(s):  3515394

    Did you receive a payment from BP, the GCCF, or the NPFC?  ◯ Yes     ⦿ No

    If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

## II.   Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where
   Property Damage
   Took Place:

   Street

   City                                    State    Zip Code

   Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

3. *Explain your interest in the real or personal property:     Owner ☑  ;     Lease ☐  ;     Other ☐

4. *If you answered "Other" to question 3, please explain:

5. *How much are you claiming for the damage to real property? $  *See Attached Exhibit A*

6. *How did you arrive at this figure?

   ## See Attached Exhibit A

7. *How much are you claiming for the damage to personal property? $  *None*

8. *How did you arrive at this figure?

9. Please list witnesses who have personal knowledge of the damage that occurred:
   Witness
   Name:
            Last                                    First

            Middle Initial            Page 7 of 20

Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN:   87-0749419



- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

### III.   Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer ☐      Yes, self-employed ☐      No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

_____

Employer Name or Self-Employed Business Name

_____

Street

_____      ____      _____

City                                              State    Zip Code

_____                  _____

Parish or County                                      Country

_____

Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

5.* How much are you claiming for lost profits or impairment of earning capacity? $ _____

6. How did you arrive at this figure?

_____

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity?   ◯ Yes   ◯ No

    If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87 - 0749419



- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

**IV.    Loss of Profits or Impairments of Earning Capacity (Businesses)**

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:        Southbrook Gulf Shores LLC

2. * Describe the nature of business as of April 20, 2010:

Property Development

3. * State the sources of income or types of customers for the business as of April 20, 2010:

Consumers who rent or purchase vacation real estate.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 752,278



Claimant Name: <u>Southbrook Gulf Shores LLC</u>

Claimant SSN, TIN or EIN: <u>87-0749419</u>

7. How did you arrive at this amount?

8. * Provide a description of the alleged loss the business has sustained:

<u>See Attached Exhibit A and other documents.</u>

9. * Describe how you believe the losses were caused by the Spill:

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?   ◯ Yes   ◉ No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity?   ◯ Yes   ◯ No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

12. * Provide the business address where the loss occurred:

See Attached Exhibit A for addresses.

Street

_____          _____   _____

City                                                     State     Zip Code

_____          _____

Parish or County                                     Country

13.  Provide the North American Industry Classification System (NAICS) Code of this business:  _____

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- · Photographs of the business showing its proximity to an affected spill area
- · Documents establishing that the damage claimed was caused by the Spill
- · Your calculations and methods for assessing the claim amount
- · Appropriate licenses necessary to operate the business
- · Profit and loss statements (for each facility claimed) 2007 through present
- · Annual and monthly financial statements 2007 through present
- · Monthly sales or revenues statements 2007 through present
- · Monthly sales and use tax returns 2007 through present, if applicable to the business
- · Lodging tax returns 2007 through present, if applicable to the business
- · Occupancy or rental records 2007 through present, if applicable to the business
- · Management contracts 2007 through present, if applicable to the business
- · Federal Tax Returns, with attachments and schedules, 2007 through present
- · Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- · Replacement contracts or reservation documents
- · Cancelled loans, credit agreements, leases, if applicable to the claim
- · Bankruptcy schedules, if applicable
- · Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN:  87-0749419

## V.    Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where
Removal or
Cleanup Took
Place:

Street

City                                                        State      Zip Code

Parish or County

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐        Date of Approval _____        No ☐

3. * Provide a description of the Removal and Cleanup Action taken.  If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5.  How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):
- · Evidence of approval by the FOSC
- · Your calculations and methods for assessing the claim amount
- · Receipts, invoices and contracts for the work performed



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

- · Usage logs for equipment and craft used, including policies and rates charged
- · Payroll logs and compensation and reimbursement policies for employees who participated
- · Activity logs describing the work performed by each employee
- · Signed disposal manifests and proof of payment for disposal

**VI.    Subsistence Use of Claims**

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?    Hunting ☐    Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419

5. Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use? $

11. * How did you arrive at this figure?



Claimant Name: _Southbrook Gulf Shores, LLC_

Claimant SSN, TIN or EIN: _87- 0749419_



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII. Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*

*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _____     Date: _JAN. 16, 2013_
                                                           Month/Day/Year

Print Name: _MICHAEL MARUGAT_
_Southbrook Gulf Shores, LLC_

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or incompetent, an authorized representative may sign.



Claimant Name: Southbrook Gulf Shores LLC

Claimant SSN, TIN or EIN: 87-0749419





Page2



Page3



Page4a



Page4b



Page5a



Page5b



Page6



Page6b



Claimant Name: Southbrook Gulf Shores LLC _____

Claimant SSN, TIN or EIN: 87-0749419 _____



Page7a



Page7b



Page8a



Page8b



Page9



Page10a



Field10b



Page11a



Page11b



Page12a



Claimant Name: Southbrook Gulf Shores LLC _____

Claimant SSN, TIN or EIN: 87-0749419 _____



Page12b



Page13



Page14a



Page14b



Page15



Page16a



Page16b



Pg17



# EXHIBIT A

**Claimant:**          **Southbrook Gulf Shores, LLC**
                       A Real Estate Development Company, excluded from the
                       *Deepwater Horizon* Economic & Property Damages Settlement

Property:              Lots 56 & 57, Ponce De Leon Court, Gulf Shores, AL 36542
                       (approximate street address is 3437 Ponce De Leon Court)

Description:           Two Gulf front lots of approximately 6.4 acres; property was oiled
                       per Claims Administrator's mapping.

Total Presentment Amount:  $1,000,000.00
-------------------------------------------------------------------------------------------------------------
Southbrook Gulf Shores, LLC's damages include its loss of use of the property, including the delay in development of the property, the resulting lost profits in the sale of built out units or lost rental income of units, the lost value of property itself as a result of oiling, and higher construction and materials costs resulting from the delay.

Claimant arrived at this figure after consulting with counsel and review of the relevant the transactional history on the subject property to include: the sales history of comparable properties similarly situated, the tax assessed values for the subject property and other comparable properties similarly situated, survey of property values for other comparable properties similarly situated, market monthly rents for comparable properties, changes in construction costs, review of similarly situated properties' claims and payments under the terms of the *Deepwater Horizon* Economic & Property Damages Settlement and other investigation subject to the attorney work-product privilege.

The subject property is located on the Gulf of Mexico in Gulf Shores, Alabama and was physically impacted by oil as a result of the April 20, 2010 spill. Property values in the area of the subject property were stable in early 2010. Oil, dispersants and other contaminants were coming ashore. BP's clean-up efforts, combined with the contamination, disrupted development activities, and lack of tourism, reduced the intrinsic market value of the property and delayed approval of any development projects in the planning stages. Banks and other financing sources were not moving forward with financing approval on development projects in such an unstable environment.

Publications generally considered authoritative reflect that the property values were stable before the oil spill, but began declining again month to month from approximately April 20, 2010 and over a period of years following. This information is corroborated through reduction of the tax assessed values as well as an analysis of the subject property and comparables. Property values remained depressed following the oil spill, during the long period of clean-up following the spill and remain lowered as a result of the corresponding effect on the local economies.

The accompanying documents include evidence of both pre and post spill property value, including tax appraised values, project planning and analysis, appraisals of

property, projected profits and rental income, as well as analysis under the *Deepwater Horizon* Economic & Property Damages Settlement.

In terms of value, each lot had a tax appraised value before the date of the spill of $356,300. Current tax appraised value for each lot is $330,000, a loss of $52,600 in tax appraised value alone.

Using the formula agreed to by BP in its negotiated settlement, the claim for loss of use and enjoyment on the property would be approximately $11,772.00. Southbrook owned the property for the entire relevant period required by the settlement for an LUE claim, but were excluded as a development company and suffered much higher damages as a result of the spill than reflected in that figure.

As a result of the physical impact of oil on the property itself and resulting impact on the entire coastal economy, Southbrook lost potential profits for the sale of completed units and/or the monthly rental income therefrom. Profits and rental income projected for this build out were $752,278. Two years of additional property taxes were $11,382.00. Construction material costs have increased since the pre-spill period, which increase build out costs by over $300,000. These figures do not account for possible re-oiling of the property in the future or damage to the Gulf that could result in permanently lowered tourism business and thus demand for additional units.

When added to the figure for loss of use and enjoyment calculated under the settlement terms, Southbrook Gulf Shores LLC presents a sum certain of $1,000,000 to settle its claim.

Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                    330981910





**BP Claims Program  - Claim Form for Individuals and Businesses**

| | |
|---|---|
| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require



Claimant Name: MABUGAT                     MICHAEL

Claimant SSN, TIN or EIN: 558-87-486            330981910



additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?   ☒

Interim Payment/Settlement ?   ☐

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.**  **Claimant Information (Mandatory for all Claimants)**  - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.**  ☐ **Property Damage**  - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.**  ☐ **Loss of Profits or Impairment of Earning Capacity (Individuals)**  - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.**  ☒ **Loss of Profits or Impairment of Earning Capacity (Businesses)**  - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.**  ☐ **Removal Costs**  - Complete Section V only if you are asserting a claim for removal costs.

**6.**  ☐ **Subsistence Use**  - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

**I.**       **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

       **A.**       **Opt Out Claimants** [*You must complete this Section if you are a member of the Settlement Class.*]



Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                    330981910

1.  *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?  ○ Yes      ○ No

If "Yes", please provide the Opt Out Reference Number

_____

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2.  If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class,  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

### B.    Attorney Representation

Are you represented by an attorney?  ⊗ Yes      ○ No

[You must complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.

1.  *Attorney Name: _____    _____    _____

                        Last                              First                      Middle Initial

2. Law Firm Name: _____

3.  *Law Firm Address: _____

                        Street

_____    _____    _____

City                              State       Zip Code

_____              _____

Parish or County                        Country

4.*Attorney Phone: _____

                        Numbers Only

5. Attorney Email Address: _____

### C.    Individual Claimants  [Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



Claimant Name: MABUGAT                     MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                330981910



1. *Name:        MABUGAT                          MICHAEL
                 Last                             First                        Middle Initial

2. *Current Address: 9511 KEOKIK AVENUE
                     Street

   CHATSWORTH                              CA        91311
   City                                    State     Zip Code


   Parish or County                        Country

3. *Home Phone:    818-775-9974

4. Cell Phone:     818-207-1266

5. Email Address:  MIKE.MABUGAT@GMAIL.COM

6. *Date of Birth: 08/30/1961
                   MM/DD/YYYY

7. *Social Security Number:   558-87-486
                            OR
   Individual Taxpayer Identification Number:

8. Other Name Used
(Maiden Name, Previous Married Name(s), Aliases):

9. *Current Employer:   PRAETORIAN DEVELOPMENT & ACQUISITIONS
                        Employer Name

      6433 TOPANGA CANYON BLVD. #571
      Street
   WOODLAND HILLS                          CA        91303
   City                                    State     Zip Code
                                           USA

   Parish or County                        Country

      330981910
   Employer Identification Number (EIN)  (from your W-2 or 1099 Form)

Other/Previous Employer:
                        Employer Name


   Street


   City                                    State     Zip Code


   Parish or County                        Country



Claimant Name: MABUGAT                                    MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                      330981910

Employer Identification Number (EIN)  (from your W-2 or 1099 Form)

10.  * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ⊗ Yes      ◯ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC?      ◯ Yes      ◯ No

If yes, please provide the amount(s) and source(s) of each payment you received:

### D.   Business Claimants  [*Complete this Section only if you are a business*.]

1. *Name of Business: PRAETORIAN DEVELOPMENT & ACQUI

2. *Type of Business:  REAL ESTATE DEVELOPMENT

3. *Business Address:  6433 TOPANGA CANYON BLVD. #571

   Street

   WOODLAND HILLS                                CA      91303

   City                                          State   Zip Code

                                                 USA

   Parish or County                              Country

4. *Business Phone:  818207-1266

5. Website Address:

6. *Other Business Name:

7. *Name of Business on Federal Income Tax Return: PRAETORIAN DEVELOPMENT & ACQUI

8. *Employer Identification Number (EIN): 330981910
                OR

   If EIN is also Your Social Security Number:





Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN: 558-87-486          330981910

9.  Date and Place Founded/Incorporated:  2001 / CALIFORNIA

10. * Person Authorized    MABUGAT                    MICHAEL
    To Act on Behalf       _____        _____
    The Business:          Last                       First

                           _____
                           Middle

11. *Title of Authorized Representative:   MANAGING MEMBER

12. Home Address of Authorized Representative:

    (If Different      9511 KEOKUK AVENUE
    From Business      _____
    Address)           Street

                       CHATSWORTH                CA        91311
                       _____       ____      _____
                       City                      State     Zip Code

                                                 USA
                       _____       _____
                       Parish or County          Country

13. *Authorized Representative's Phone:  818-207-1266

14. Authorized Representative's Cell Phone:  818-207-1266

15. Authorized Representative's Email Address :  MIKE.MABUGAT@GMAIL.COM

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?  ☒ Yes          ○ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
    Number(s):
    _____

    Did you receive a payment from BP, the GCCF, or the NPFC?  ○ Yes          ○ No

    If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: MABUGAT                         MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                  330981910



## II.   **Property Damage Claims**

*Complete this section if you are an individual or business asserting a claim for real or personal property damage.  If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where
    Property Damage
    Took Place:

    MILDRED CASEY DRIVE (INTERCOASTAL)

    Street

    GULF SHORES                                    AL      36547

    City                                           State   Zip Code


    Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:




    SEE ATTACHED DESCRIPTION OF PARCEL A AND B ON THE DELFINO SURVEY



3. *Explain your interest in the real or personal property:      Owner [X]  ;     Lease [ ]  ;   Other [ ]

4. *If you answered "Other" to question 3, please explain:


5. *How much are you claiming for the damage to real property? $


6. *How did you arrive at this figure?



7. *How much are you claiming for the damage to personal property? $


8. *How did you arrive at this figure?



9. Please list witnesses who have personal knowledge of the damage that occurred:

Witness
Name:
        Last                                           First


        Middle Initial          Page 7 of 20



Claimant Name: MABUGAT                                    MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                    330981910

Address: _____

Street _____

City _____  State _____  Zip Code _____

Parish or County _____  Country _____

Home Phone: _____  Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness Name: _____  _____
              Last                      First

_____
Middle Initial

Address: _____

Street _____

City _____  State _____  Zip Code _____

Parish or County _____  Country _____

Home Phone: _____  Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

_____

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Photographs of the property before and after the alleged damage

· Your calculations and methods for assessing the claim amount

· Receipts, invoices, estimates or contracts for the work needed or repairs performed



Claimant Name: MABUGAT                                              MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                    330981910



· Deed, lease, license, rental agreement or other documentation evidencing interest in property

· Maps or other documents illustrating location of property in relation to Spill

· Proof of expenses related to substitute equipment or property used

· Documents establishing that the damage claimed was caused by the Spill

**III.**    **Loss of Income or Impairment of Earning Capacity (Individuals)**

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity.  If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer ☐          Yes, self-employed ☐          No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

_____
Employer Name or Self-Employed Business Name

_____
Street

_____
City                                         State    Zip Code

_____
Parish or County                                    Country

_____
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____



Claimant Name: MABUGAT                                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                        330981910

5.* How much are you claiming for lost profits or impairment of earning capacity? $ _____

6.  How did you arrive at this figure?

_____

7.  Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

8.  *Did you receive any payments from the VoO program or from participation in any other response or removal activity?  ◯ Yes    ◯ No

   If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN: 558-87-486              330981910



· Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2
  forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
· Driver's license or other personal identifying (photographic) documentation
· Cancelled contracts or reservations documents, along with evidence that the cancellations were
  spill related
· Replacement contracts or reservation documents
· Cancelled loans, credit agreements, leases, if applicable to the claim
· Receipts for expenses incurred as a result of loss (such as job training or job search costs)
· Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn
  statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
· Licenses that may be applicable to claim
· Your vessel charter agreement (MVCA) if you participated in the VoO program
· Other documents establishing that your claimed loss was caused by the Spill

**IV.   Loss of Profits or Impairments of Earning Capacity (Businesses)**

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:       PRAETORIAN DEVELOPMENT & ACQUISITIONS LL

2. * Describe the nature of business as of April 20, 2010:

REAL ESTATE DEVELOPMENT

3. * State the sources of income or types of customers for the business as of April 20, 2010:

POTENTIAL NET INCOME FROM DEVELOPMENT OF SALE OF CONDOS

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

INCREASING AWARENESS OF THE PROJECT TO MARKETING EFFORTS

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of
reduced operations since the Spill:

NON APPLICABLE

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 64,970,000



Claimant Name: MABUGAT                                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                        330981910

7.  How did you arrive at this amount?

NET INCOME FROM SALE OF CONDOS FROM PHASE 1 OF PROJECT. OIL SPILL DECREASED DEMAND AND
DESIREABILITY OF INVESTMENTS IN THE AREA

8.  * Provide a description of the alleged loss the business has sustained:

BAD PUBLICITY AND REDUCE CAPITAL LOANS DUE TO OIL SPILL  RESULTED IN THE ZERO CONVERSION OF
PRE SALES OF CONDOS (75%) TO A PURCHASE AND SALE AGREEMENT AND ESCROW

9.  * Describe how you believe the losses were caused by the Spill:

BAD PUBLICITY AND ENVIRONMENTAL CONCERNS DIRECTLY AFFECTED THE CAPITAL MARKETS AND
DEMAND OF POTENTIAL INVESTTORS AND POTENTIAL HOMEOWNERS.

10.  * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets
since the Spill?    ◯ Yes    ⊗ No

11.  * Did the business receive any payments from the VoO program or from participation in any other
response or removal activity?    ◯ Yes    ⊗ No

If "Yes", list each month it received such payments, the amount received each month, and the
unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|------------|-------------------|-------------------|-------------------|
|            |                   |                   |                   |
|            |                   |                   |                   |
|            |                   |                   |                   |



Claimant Name: MABUGAT   MICHAEL

Claimant SSN, TIN or EIN:  558-87-486          330981910

12. * Provide the business address where the loss occurred:

MILDRED NCASEY ROAD, GULF SHORES, ALABAMA
Street

GULF SHORES                                    AL        36547
City                                           State     Zip Code

                                               USA
Parish or County                               Country

13.  Provide the North American Industry Classification System (NAICS) Code of this business:

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: MABUGAT          MICHAEL

Claimant SSN, TIN or EIN: 558-87-486          330981910

## V.     Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where Removal or Cleanup Took Place:

_____
Street

_____
City                                    State    Zip Code

_____
Parish or County

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐   Date of Approval _____   No ☐

3. * Provide a description of the Removal and Cleanup Action taken.  If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

_____

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5.  How did you arrive at this figure?

_____

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- · Evidence of approval by the FOSC
- · Your calculations and methods for assessing the claim amount
- · Receipts, invoices and contracts for the work performed



Claimant Name: MABUGAT                          MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                     330981910



    · Usage logs for equipment and craft used, including policies and rates charged
    · Payroll logs and compensation and reimbursement policies for employees who
     participated
    · Activity logs describing the work performed by each employee
    · Signed disposal manifests and proof of payment for disposal

## VI.   <u>Subsistence Use of Claims</u>

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?     Hunting ☐     Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

_____

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

_____

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :

_____



Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                    330981910



5.  Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use? $

11. * How did you arrive at this figure?



Claimant Name: MABUGAT                          MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                 330981910



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII.    Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*
*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.  I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _____     Date: 06/02/2015
                                                                                        Month/Day/Year

Print Name:  MICHAEL MABUGAT

The Claimant must sign this claim form personally.  No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent.  If the Claimant is a business, an authorized business representative may sign.  If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.



Claimant Name: MABUGAT                          MICHAEL

Claimant SSN, TIN or EIN: 558-87-486                    330981910




Page2


Page3


Page4a


Page4b


Page5a


Page5b


Page6


Page6b



Claimant Name: MABUGAT                                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                              330981910





Page7a



Page7b

Page8a

Page8b

Page9

Page10a



Field10b



Page11a



Page11b



Page12a



Claimant Name: MABUGAT                    MICHAEL

Claimant SSN, TIN or EIN:  558-87-486                    330981910



Page12b

Page13



Page14a



Page14b



Page15



Page16a



Page16b



Pg17



EXHIBIT "B"

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982

### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.,* No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.,* in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Mabugat | Michael | | |

| Phone Number | E-Mail Address |
|---|---|
| 818-207-1266 | mmabugat@hotmail.com |

| Address | City / State / Zip |
|---|---|
| 6433 Topanga Canyon Blvd., #576 | Woodland Hills, CA  91303 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name
Southbrook Gulf Shores LLC |
| Job Title / Description | Type of Business
property development |
| Address | Address
853 E. Valley Blvd., Ste. 200 |
| City / State / Zip | City / State / Zip
San Gabriel, CA  91776 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number
9419 |

| Attorney Name
Robert B. Roden | Firm Name
Shelby Roden LLC |
|---|---|
| Address
2956 Rhodes Circle | City / State / Zip
Birmingham, AL 35205 |
| Phone Number
(205) 933-8383 | E-Mail Address
rroden@shelbyroden.com |

| Claim filed with BP?   YES ☐   NO ☑ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 3515394 |

Claim Type (Please check all that apply):

☑ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.  Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

The value of the properties has diminished since the oil spill. I lost the use of the property and suffered damage to the property as a result of the April 20, 2010 oil spill caused by BP and other responsible entities. The properties are located at: 3424 Ponce de Leon Court, Gulf Shores, Alabama 36542 (Lots 56 and 57) on the Gulf of Mexico.

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Robert B. Roden for Michael Mabugat
_____
Print Name

4-20-2011
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

EXHIBIT "C"

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

| **GCCF 2000-F** | **GULF COAST CLAIMS FACILITY** <br> **FULL REVIEW FINAL PAYMENT CLAIM FORM** |
|---|---|

This Full Review Final Payment Claim Form is to be completed for individuals or businesses who wish to receive a **Full Review Final Claim Payment** for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges ("the Spill").

**A claim for a Full Review Final Payment provides for a complete assessment of PAST and FUTURE (if any) damages sustained as a result of the Spill. Acceptance of the Gulf Coast Claims Facility ("GCCF") Final Payment Offer for final payment of a Full Review Final Payment Claim will require you to sign a Release and Covenant not to Sue. For your review, a sample of the Release and Covenant Not to Sue that you will be required to sign if you accept the GCCF's Final Payment Offer accompanies this Full Review Final Claim Form. If you accept that Final Payment Offer when made and sign the Release, you will be forever waiving and releasing all claims that may have against BP or any other party other than claims for physical or mental health injury ("Bodily Injury") or by shareholders of BP or other Released Parties for alleged violations of Securities laws ("Securities Claim") in connection with the Spill. If you accept Final Payment Offer for a physical injury or death claim you will receive a copy of a Release of Bodily Injury Claims which will release all Bodily Injury claims related to the Spill. You are under no obligation to accept the GCCF's Final Payment Offer. You are free to reject the GCCF's Final Payment Offer and to participate in other legal actions associated with the Spill, or submit any claim for payment to the Coast Guard's National Pollution Funds Center (the "Coast Guard").**

To learn more about filing a claim for a Full Review Final Payment and for a copy of the Protocol for Interim and Final Claims, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a GCCF Site Office.

| **Send me all future communications and notices in the following language:** |
|---|

English ☑        Spanish ☐        Vietnamese ☐        Khmer ☐

| **Indicate whether you have previously filed a claim:** |
|---|

I previously filed a Claim with the GCCF ☐        I am a new Claimant to the GCCF ☑

| **SECTION I. INSTRUCTIONS** |
|---|

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. **That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.**

   You can get information about your claim online at www.gulfcoastclaimsfacility.com, by phone toll free at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit a Full Review Final Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Full Review Final Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Full Review Final Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

## II.B. Business Claimant Information

### II.B.1. Information about the Business

| **11. Name of Business:** | SOUTHBROOK GULF SHORES LLC | | | | |
|---|---|---|---|---|---|
| **12. Type of Business:** | PROPERTY DEVELOPMENT | | | | |
| **13. Business Address:** | Street: 853 E. VALLEY BLVD., STE. 200 | | | | |
| | City: SAN GABRIEL | | State: CA | Zip Code: 91776 | |
| | Parish/County: LOS ANGELES | | Country: UNITED STATES OF AMERICA | | |
| **14. Phone Number:** | (818)207-1266 | | | | |
| **15. Website Address:** | | | | | |
| **16. Other Business Name:** | | | | | |
| **17. Name of Business on Federal Income Tax Return:** | SOUTHBROOK GULF SHORES LLC | | | | |
| **18. Employer Identification Number (EIN):** | XX-XXX9419 | | | | |
| **19. Date and Place Founded/Incorporated:** | Date: 07/20/2005 | Place: MOBILE ALABAMA | | | |

### II.B.2. Information about the Authorized Business Representative

| **20. Name:** | Last: MABUGAT | | First: MICHAEL | | Middle Initial: | |
|---|---|---|---|---|---|---|
| **21. Title:** | MEMBER | | | | | |
| **22. Home Address:** | Street: 6433 TOPANGA CANYON BLVD., #576 | | | | | |
| | City: WOODLAND HILLS | State: CA | Zip Code: 91303 | Country: UNITED STATES OF AMERICA | | |
| **23. Phone Number:** | (818)207-1266 | | | | | |
| **24. Cell Phone Number:** | | | | | | |
| **25. Email Address:** | MMABUGAT@HOTMAIL.COM | | | | | |
| **26. Social Security Number:** | XXX-XX-4864 | | | | | |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

## III. ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for this Full Review Final Payment Claim. **If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer. Previous information provided about Attorney Representation will <u>not</u> apply to this Full Review Final Payment Claim.**

| **27. Lawyer Name:** | Last:  RODEN | First:  ROBERT | Middle Initial:  B. |
|---|---|---|---|

| **28. Law Firm Name:** | SHELBY RODEN LLC |
|---|---|

| **29. Law Firm Address:** | Street:  2956 RHODES CIRCLE | | | |
|---|---|---|---|---|
| | City: BIRMINGHAM | State:  AL | Zip Code:  35205 | Country:  UNITED STATES OF AMERICA |

| **30. Law Firm Phone Number:** | (205)933-8383 |
|---|---|

| **31. Law Firm Email Address:** | RRODEN@SHELBYRODEN.COM |
|---|---|

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

## SECTION IV. CLAIM INFORMATION FOR FULL REVIEW FINAL PAYMENT

### IV.A. Claims for Removal and Clean Up Costs

☐ **CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR:**

**(A.1)** Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan?

**(A.2)** Address where the Removal and Clean Up action took place:

Street:

City:                          State:          Zip:

Parish/County:

**(A.3)** Description of the Removal and Clean Up action:

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

### IV.B. Claims for Real or Personal Property Damage

☑ **CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR:**     $ 250,000.00

**(B.1)** If you are claiming damage to Real Property, provide the address of the property. If you are claiming damage to Personal Property, provide the address where the damage occurred:

Street:   3424 PONCE DE LEON COURT

| City:   GULF SHORES | State:   AL | Zip:   36542 |
|---|---|---|

Parish/County:   BALDWIN

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (i.e. boat, equipment, machinery) and provide the additional information, as applicable:

Type of Personal Property:

| Make: | Model: |
|---|---|
| Year: | Identification Number: |

**(B.3)  Describe your relationship to the Real or Personal Property:**

**(B.4)  Provide a description of the property damage sustained as a result of the Spill, and how the damage occured:**

MY GULF FRONT PROPERTY WAS DAMAGED AND HAS LOST VALUE AS A RESULT OF THE OIL SPILL CAUSED BY BP AND OTHER ENTITIES.

**(B.5)  Were you working for the Vessels of Opportunity at the time of the property damage sustained due to the Spill?**     *No*

# ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

## IV.B. Claims for Real or Personal Property Damage

☑ **CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR:**  $ 250,000.00

**(B.1)** If you are claiming damage to Real Property, provide the address of the property. If you are claiming damage to Personal Property, provide the address where the damage occurred:

Street:   3438 PONCE DE LEON COURT

| City:   GULF SHORES | State:   AL | Zip:   36542 |
|---|---|---|

Parish/County:   BALDWIN

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (i.e. boat, equipment, machinery) and provide the additional information, as applicable:

Type of Personal Property:

| Make: | Model: |
|---|---|
| Year: | Identification Number: |

**(B.3)  Describe your relationship to the Real or Personal Property:**

**(B.4)  Provide a description of the property damage sustained as a result of the Spill, and how the damage occured:**

MY GULF FRONT PROPERTY WAS DAMAGED AND HAS LOST VALUE AS A RESULT OF THE OIL SPILL CAUSED BY BP AND OTHER ENTITIES.

| **(B.5)  Were you working for the Vessels of Opportunity at the time of the property damage sustained due to the Spill?** | *No* |
|---|---|

# ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

| **IV.C. Claims for Lost Earnings or Profits** |
|---|

☐ **CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR:**

| **IV.C.2. Questions for Business Claimants Seeking Lost Earnings or Profits** |
|---|

**(C.8)** State the sources of income or types of customers for the business at the time of the Spill:

**(C.9)** Describe the nature of business at the time of the Spill:

**(C.10)** Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:

**(C.11)** State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

**(C.12)** State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses:

**(C.13)** State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses:

**(C.14)** Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:

**(C.15)** Provide the business address where the loss occurred:

Street:

| City: | State: | Zip Code: |
|---|---|---|

Parish/County:

## ** Please understand that your claim is not complete

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

## IV.D. Claims for Loss of Subsistence Use of Natural Resources

☐ **CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM FOR:**

**(D.1)** Provide a detailed description of the loss of subsistence as a result of the Spill:

**(D.2)** Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:

**(D.3)** Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:

## ** Please understand that your claim is not complete until the Submit button is pressed! **

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |

## SECTION V. COLLATERAL SOURCE COMPENSATION

**All the claimants must complete this section.** You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. Legally authorized garnishments, liens, or similar forms or attachments received relating to your claim will be honored and deducted from any payment.

| | |
|---|---|
| **32. Have you received any compensation from BP for your losses due to the Spill?** | No |
| **33. Total amount of compensation received from BP for your losses due to the Spill:** | $ 0.00 |
| **34. Have you received any compensation from GCCF for your losses due to the Spill?** | No |
| **35. Total amount of compensation from GCCF for your losses due to the Spill:** | $ 0.00 |
| **36. Have you received compensation for state unemployment benefits?** | No |
| **37. For what period of time did you receive compensation for state unemployment benefits?** | |
| **38. Total amount of unemployment benefits received:** | $ 0.00 |
| **39. Have you received compensation from private insurance for damages due to the Spill?** | No |
| **40. Name of Carrier or Provider:** | |
| **41. Account or Policy Number:** | |
| **42. For what period of time did you receive compensation from private insurance?** | |
| **43. Total amount of insurance benefits received:** | $ 0.00 |
| **44. Have you received any other replacement income, such as severance pay?** | No |
| **45. For what period of time did you receive this other replacement income?** | |
| **46. If you are still receiving this other replacement income, when will these benefits end?** | |
| **47. Total amount of other replacement income received:** | $ 0.00 |

# ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | | SSN or EIN: | | Claimant #: | |
|-------|--|-------------|--|-------------|--|

## SECTION VI. REPRESENTATIVE CLAIMANT INFORMATION

| 48. | Reason person affected or injured by the Spill is unable to complete the Claim Form: | |
|-----|---------------------------------------------------------------------------------------|--|
| 49. | Your relationship to Claimant: | |

### Provide your name and contact information below

| 50. | Last Name: | | | | |
|-----|------------|--|--|--|--|
| 51. | First Name: | | | | |
| 52. | Middle Name: | | | | |
| 53. | Current Address: | Street: | | | |
| | | City: | State: | Zip Code: | Country: |
| 54. | Home Phone Number: | | | | |
| 55. | Cell Phone Number: | | | | |
| 56. | Email Address: | | | | |
| | | | | | |
| 58. | Type of proof submitted that you are a duly appointed Representative: | | | | |

# ** Please understand that your claim is not complete until the Submit button is pressed! **

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

## SECTION VII. METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Payments made by wire will be made from the New York, NY area. Based on your selection, complete the appropriate section below. Do not complete both sections. Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

### VII.A. Election to Receive Payment by Wire Transfer

**59. Do you want to receive your payment by direct deposit/electronic fund transfer?**  *No*

| 60. **Bank to Which Wire is to be Sent:** | Bank Name: | | | | |
|---|---|---|---|---|---|
| | Street: | | | | |
| | City: | | State: | Zip Code: | Country: |

| 61. **Bank Telephone Number:** | |
|---|---|

| 62. **Bank ABA/Routing Number:** | |
|---|---|

| 63. **Account Name:** <br><br> *If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference.* | |
|---|---|

| 64. **Account Number:** | |
|---|---|

### VII.B. Election to Receive Payment by Check

Checks will be sent by overnight courier and will be made payable to the individual or business claimant who completes this Claim Form.

| 65. **Do you want to receive your payment by check?** | *Yes* |
|---|---|
| 66. **If Yes, and you are an individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks:** | *One Check* |

### Provide the address to which you would like the check(s) to be sent , if it differs from the address provided in Section II.

| 67. **Payment Address:** | Street:  2956 RHODES CIRCLE | | | | |
|---|---|---|---|---|---|
| | City:  BIRMINGHAM | State:  AL | Zip Code:  35205 | Country:  UNITED STATES OF AMERICA |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.

| Name: | SOUTHBROOK GULF SHORES LLC | SSN or EIN: | XX-XXX9419 | Claimant #: | 3515394 |
|---|---|---|---|---|---|

## SECTION VIII. SIGNATURE

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | | Date: | |
|---|---|---|---|
| Printed Name: | First: | Middle: | Last: |
| Title, if a business: | | | |

| Has anyone, other than a family member or an Attorney you identified in Section III, assisted you in the preparation of this Claim Form? | *No* |
|---|---|
| Name of individual and company, if applicable: | |

## How to Submit this Claim Form

Submit this Full Review Final Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number). Attach all supporting documents to the Claim Form and submit your claim to the GCCF.

# ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 04/20/2011 17:58:46.