UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases and:*              JUDGE BARBIER
  *10-8888 and 10-2771*                   MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Removal of Short Form Joinders From Docket No. 10-8888]**

On September 4, 2015, the Court entered an order that provided:

> Considering that the subject oil spill occurred more than five (5) years ago, the Clerk is directed to docket no further short-form joinders in docket number 10-8888.

Rec. doc. 15321 and Rec. doc. 137231 in 10-8888.  Since entry of that order, however, multiple short form joinders have been filed by counsel in contravention of that order.  Accordingly;

IT IS ORDERED that the Clerk remove from docket number 10-8888 all short form joinders filed after September 4, 2015.

New Orleans, Louisiana, this  17th  of March, 2016.

CARL J. BARBIER
U.S. District Judge