UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
| --- | --- | --- |
| 1  | MASSE CONTRACTING, INC / WELLBORE SPECIALTIES, LLC | 2:13-cv-01360-CJB-SS; 2:10-cv-08888-CJB-SS Document 130031, Document130057 |
| 2  | BLACKWATER DIVING, LLC | 2:13-cv-1108-CJB-SS; 2:10-cv-08888-CJB-SS Document 128135 |
| 3  | REDFISH RENTAL, INC | 2:13-cv-01215-CJB-SS; 2:10-cv-08888-CJB-SS Document 130038 |
| 4  | SOUTHERN TECHNOLOGY AND SERVICE, INC | 2:13-cv-01223-CJB-SS; 2:10-cv-08888-CJB-SS Document 130043 |
| 5  | RELIABLE AMUSEMENT COMPANY, INC | 2:13-cv-01216-CJB-SS; 2:10-cv-08888-CJB-SS Document 128152 |
| 6  | SUPERIOR LABOR SERVICE, INC | 2:13-cv-01228-CJB-SS; 2:10-cv-08888-CJB-SS Document 130048 |
| 7  | MAKO RENTALS, INC | 2:13-cv-01174-CJB-SS; 2:10-cv-08888-CJB-SS Document 130028 |
| 8  | CYRUS J. GUIDRY AND ASSOCIATES, LLC | 2:13-cv-01120-CJB-SS; 2:10-cv-08888-CJB-SS Document 130026 |
| 9  | MACHINE SHOP SERVICE, LLC | 2:13-cv-01170-CJB-SS; 2:10-cv-08888-CJB-SS Document 128144 |
| 10 | MARLIN SERVICES, LLC | 2:13-cv-01178-CJB-SS; 2:10-cv-08888-CJB-SS Document 130029 |
| 11 | PANEL SPECIALISTS, INC | 2:13-cv-01196-CJB-SS; 2:10-cv-08888-CJB-SS Document 130033 |
| 12 | PIN TORQUE, LLC | 2:13-cv-01200-CJB-SS; 2:10-cv-08888-CJB-SS Document 130034 |
| 13 | NATIONAL AMERICAN SALES | 2:13-cv-01186-CJB-SS; 2:10-cv-08888-CJB-SS Document 128147 |
| 14 | TARPON RENTAL, INC | 2:13-cv-01230-CJB-SS; 2:10-cv-08888-CJB-SS Document 130052 |
| 15 | PROCYON OF LOUISIANA, INC | 2:13-cv-01210-CJB-SS; 2:10-cv-08888-CJB-SS Document 128150 |
| 16 | SUPERIOR ELECTRIC | 2:13-cv-01225-CJB-SS; 2:10-cv-08888-CJB-SS Document 130045 |

| 17 | VICE, MARK | 2:13-cv-01175-CJB-SS; 2:10-cv-08888-CJB-SS Document 128146 |
| --- | --- | --- |
| 18 | VICE, ROBERT | 2:13-cv-01218-CJB-SS; 2:10-cv-08888-CJB-SS Document 128153 |
| 19 | VICE, ERIC | 2:13-cv-01147-CJB-SS; 2:10-cv-08888-CJB-SS Document 128140 |
| 20 | BOLLHALTER SERVICES & EQUIPMENT, INC | 2:13-cv-01111-CJB-SS; 2:10-cv-08888-CJB-SS Document 128136 |
| 21 | LANDRY, BURNELLE | |
| 22 | GREGORY, DOUGLAS | 2:13-cv-01122-CJB-SS; 2:10-cv-08888-CJB-SS Document 128138 |
| 23 | VOISIN, KEITH | 2:13-cv-01148-CJB-SS; 2:10-cv-08888-CJB-SS Document 128143 |
| 24 | BERGERON, ANTHONY | |
| 25 | SMITH, JAMES | 2:13-cv-01389-CJB-SS; 2:10-cv-08888-CJB-SS Document 132244 |
| 26 | LEDET, KEVIN | 2:13-cv-01392-CJB-SS; 2:10-cv-08888-CJB-SS Document 132242 |
| 27 | CENAC, JODY | |
| 28 | GLOBAL INTERNATIONAL MARINE | |
| 29 | CIRCLE C&P | 2:13-cv-01116-CJB-SS; 2:10-cv-08888-CJB-SS Document 128137 |
| 30 | TOP GUN ENVIRONMENTAL SOLUTIONS, LLC | 2:13-cv-01347-CJB-SS; 2:10-cv-08888-CJB-SS Document 130055 |
| 31 | BOLLHALTER, TIMOTHY DBA ZEE ENERGY AND EQUIPMENT | |
| 32 | DULAC SHIPYARD, INC | 2:13-cv-01142-CJB-SS; 2:10-cv-08888-CJB-SS Document 128139 |
| 33 | GHIRARDI MARINE AGENCY, INC | 2:13-cv-01162-CJB-SS; 2:10-cv-08888-CJB-SS Document 128141 |

Respectfully submitted this 4 day of Apr, 2016.

/s/ Hunt Downer

Attorney Name:     Hunt Downer (Bar No. 5046)
Attorney Address:  Waitz & Downer
                   423 Goode St.
                   Houma, LA 70360
ATTORNEY FOR PLAINTIFF(S)