## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s):                                      | Docket Number(s) and Short Form Joinder Number(s):                        |
|----|----------------------------------------------------|---------------------------------------------------------------------------|
| 1  | ALEXIE, RANDI                                      | 2:10-cv-8888-CJB-SS Document 129593                                       |
| 2  | ALLEMAND, BETTY                                    | 2:10-cv-8888-CJB-SS Document 129700                                       |
| 3  | B&B RENTALS, INC.                                  | 2:10-cv-08888-CJB-SS Document 131454                                      |
| 4  | BERGERON, JR., RAY                                 | 2:10-cv-8888-CJB-SS Document 129630                                       |
| 5  | BESH, L.L.C.                                        | 2:10-cv-08888-CJB-SS Document 131416                                      |
| 6  | BESSON, AMBROSE                                    | 2:10-cv-8888-CJB-SS Document 129588                                       |
| 7  | BOUDREAUX, AMOS & JULIE                            | 2:10-cv-8888-CJB-SS Documents 129869, 129863                              |
| 8  | BOURQUE, JAMES K & CELSESTE                        | 2:10-cv-8888-CJB-SS Documents 134630,134631                               |
| 9  | BRADBERRY, MARJORIE                                | 2:10-cv-8888-CJB-SS Document 129621                                       |
| 10 | CHAUVIN II, CHARLES                                | 2:10-cv-8888-CJB-SS Document 129595                                       |
| 11 | CHAUVIN, LINDA                                     | 2:10-cv-8888-CJB-SS Document 129783                                       |
| 12 | CHOUINARD, LANNY & MICHELLE                        | 2:10-cv-8888-CJB-SS Documents 129600, 129605                              |
| 13 | CONCIENNE, SULLIVAN                                | 2:10-cv-08888-CJB-SS Document 131460                                      |
| 14 | CROSBY, ERNEST & JUNE                              | 2:10-cv-8888-CJB-SS Documents 129848, 129844                              |
| 15 | DAIGLE, GARY                                       | 2:10-cv-8888-CJB-SS Documents 132054, 132091                              |
| 16 | BOYER, DANIEL C. & TINA                            | 2:10-cv-8888-CJB-SS Documents 135934, 135935                              |
| 17 | DANOS, DORA                                        | 2:10-cv-8888-CJB-SS Document 129573                                       |
| 18 | DAVIS, LORI                                        | 2:10-cv-08888-CJB-SS Document 131277                                      |
| 19 | DORR, JONATHAN                                     | 2:10-cv-8888-CJB-SS Document 129693                                       |
| 20 | DUBOIS, EURIS & CONNIE                             | 2:10-cv-8888-CJB-SS Documents 129665,129667                               |
| 21 | DUVAL, JR, STANWOOD & JANET LOUISE DAILEY          | 2:10-cv-8888-CJB-SS Documents 132066, 136691, 132076, 136692             |
| 22 | DWYER, CLARENCE                                    | 2:10-cv-8888-CJB-SS Document 129664                                       |

| 23 | Elevating Boats, LLC | 2:10-cv-8888-CJB-SS Documents 132752,132749 |
| 24 | FIRMANTY, DOUGLAS | 2:10-cv-8888-CJB-SS Document 129744 |
| 25 | FRAZIER, CINDY | 2:10-cv-8888-CJB-SS Document 129688 |
| 26 | GALLIANO, ANDY & MARTHA | 2:10-cv-8888-CJB-SS Documents 129654, 129657 |
| 27 | GOLDMAN, LINDA | 2:10-cv-8888-CJB-SS Document 129669 |
| 28 | HAM, STEPHEN & MARTHA | 2:10-cv-8888-CJB-SS Documents 129670, 129674 |
| 29 | INTEGRITY OILFIELD SERVICES, LLC | 2:10-cv-08888-CJB-SS Document  132743 |
| 30 | JONES, JAMES & DONNA | 2:10-cv-8888-CJB-SS Documents 129690, 129692 |
| 31 | KELLER, WAYNE | 2:10-cv-8888-CJB-SS Document 129590 |
| 32 | LAFONT, DARREL & LOUISE | 2:10-cv-8888-CJB-SS Documents 129642, 129645 |
| 33 | LANDRY, SHELLY | 2:10-cv-8888-CJB-SS Document 129705 |
| 34 | LANDRY, SYLVIA | 2:10-cv-8888-CJB-SS Document 129639 |
| 35 | LAPEYRE, CHRISTIAN & COLETTE | 2:10-cv-8888-CJB-SS Documents 132040, 132048 |
| 36 | MAGNUM MUD EQUIPMENT CO., INC. | 2:10-cv-08888-CJB-SS Document 131407 |
| 37 | MALLAHON, LEE | 2:10-cv-8888-CJB-SS Document 129707 |
| 38 | MAPLES, WALTER & KATHERINE | 2:10-cv-8888-CJB-SS Documents 129696, 129698 |
| 39 | MAYEUX, RODNEY | 2:10-cv-8888-CJB-SS Document 129589 |
| 40 | MCDONALD, CHARLES | 2:10-cv-8888-CJB-SS Document 129706 |
| 41 | MILLIMAN, JR., JOSEPH C & HARRIET A | 2:10-cv-8888-CJB-SS Documents 129787, 129785 |
| 42 | O'DONNELL, DENNIS & CAROL | 2:10-cv-8888-CJB-SS Documents 129822, 129826 |
| 43 | Patrick McGrew | 2:10-cv-08888-CJB-SS Document 65396 |
| 44 | PITRE, ANNABELLE | 2:10-cv-8888-CJB-SS Document 129592 |
| 45 | PMT ENTERPRISE LLC | 2:10-cv-08888-CJB-SS Document 131281 |

| 46 | POTTER, EDWARD | 2:10-cv-8888-CJB-SS Document 129757 |
|---|---|---|
| 47 | PREVENTIVE MAINTENANCE CONSULTING SERVICES, INC. | 2:10-cv-08888-CJB-SS Document 131440 |
| 48 | PROPERTY TRUSTS, LLC | 2:10-cv-8888-CJB-SS Document 132175 |
| 49 | PURE BLEND, L.L.C. | 2:10-cv-08888-CJB-SS Document 131276 |
| 50 | R & R Boats, Inc. | 2:10-cv-08888-CJB-SS Document 66716 |
| 51 | RCS, LLC | 2:10-cv-08888-CJB-SS Document 131425 |
| 52 | RICHARD, HENRY | 131400; 2:10-cv-08888-CJB-SS Document 131400 |
| 53 | RIG- CHEM, INC. | 2:10-cv-08888-CJB-SS Documents 89283, 131272 |
| 54 | RIGAUD, CLORIS | 2:10-cv-8888-CJB-SS Document 135279 |
| 55 | SAMPEY, RONALD | 2:10-cv-8888-CJB-SS Document 132099 |
| 56 | SANTINY, CLIFFORD & MONA | 2:10-cv-8888-CJB-SS Documents 129790, 129791 |
| 57 | SANTINY, TELLY | 2:10-cv-8888-CJB-SS Document 129779 |
| 58 | SAVOY CONSULTING INC | 2:10-cv-08888-CJB-SS Document 131270 |
| 59 | SAVOY, THOMAS & RITA | 2:10-cv-8888-CJB-SS Documents 129614, 129618 |
| 60 | SEVIN, ROBERT & JOYCE | 2:10-cv-8888-CJB-SS Documents 129793, 129795 |
| 61 | STEWART, ROBERT & NORMA | 2:10-cv-8888-CJB-SS Documents 129596, 129598 |
| 62 | SYNERGY BANK | 2:10-cv-8888-CJB-SS Document 131434 |
| 63 | T & T INVESTMENT CORPORATION & SUBSIDIARY | 2:10-cv-08888-CJB-SS Document 131268 |
| 64 | TAYLOR, DARLEEN | 2:10-cv-8888-CJB-SS Document 129628 |
| 65 | TRAHAN, JAMES | 2:10-cv-8888-CJB Documents 129874, 129879 |
| 66 | TRANCHANT, LEO | 2:10-cv-8888-CJB-SS Document 129612 |
| 67 | WATKINS, WILLIAM & ELIZABETH | 2:10-cv-8888-CJB-SS Documents 129650, 129648 |

| 68 | WILLINGHAM, KATHERINE | 2:10-cv-8888-CJB-SS Documents 129660, 129662 |
| 69 | WILSON, CHARLES W & MELINDA | 2:10-cv-8888-CJB-SS Documents 129763, 129768 |
| 70 | WRIGHT, DANA | 2:10-cv-8888-CJB-SS Document 129585 |
| 71 | Blum & Bergeron, Inc. | 2:10-cv-08888-CJB-SS Document 132763 |

Respectfully submitted this 4th day of April, 2016.

/s/ Stanwood R. Du

Attorney Name: Stanwood R. Duval (27732)
Attorney Address: 101 Wilson Ave.
Houma, LA 70364

ATTORNEY FOR PLAINTIFF(S)