CONFIDENTIAL SETTLEMENT COMMUNICATION:
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 10, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **ARNOLD DAVIS** | MAGISTRATE JUDGE SHUSHAN |

Docket Number: **2:13-CV-01044-CJB-SS**

Short Form Joinder Number: **2:10-CV-08888
Document 124093**

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COMES NOW ARNOLD DAVIS, Plaintiff by and through undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by ARNOLD DAVIS, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action(s) and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

CONFIDENTIAL SETTLEMENT COMMUNICATION:
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408

Case name(s) and docket number(s):

**ARNOLD DAVIS**          **2:13-cv-01044-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 124093**

RESPECTFULLY SUBMITTED, this the 19th day of April, 2016.

ARNOLD DAVIS, PLAINTIFF

HOPKINS, BARVIÉ & HOPKINS, PLLC

_____
MARIANO J. BARVIÉ, ESQUIRE
MSB NO. 10324

HOPKINS, BARVIÉ & BARVIE, P.L.L.C.
Mariano J. Barvié, Esq.
mbarvie@hopkins-law.com
MSB No. 10324
Post Office Box 1510
Gulfport, MS 39502
(228) 864-2200 (ofc)
(228) 868-9358 (fax)
ATTORNEYS FOR PLAINTIFF