UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| STEVEN HERING and<br>GRAND NAVARRE, INC. | JUDGE BARBIER |
| Short Form Filed<br>in Civil Action 10-08888 | MAGISTRATE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the short-form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

**Short-Form Joinder Filed in Civil Action 10-08888:**

**STEVEN HERING AND GRAND NAVARRE, INC.**

Respectfully Submitted,

LUNDY, LUNDY, SOILEAU & SOUTH LLP

/s/ Matthew E. Lundy
HUNTER W. LUNDY, La. Bar Roll No. 8938
MATTHEW E. LUNDY, La. Bar Roll No. 18988

T. HOUSTON MIDDLETON IV, La. Bar Roll No. 33281
501 Broad Street
Post Office Box 3010
Lake Charles, Louisiana 70601
(337) 439-0707 – Telephone
(337) 439-1029 – Facsimile

*Attorneys for Plaintiffs,*
*Steven Hering and Grand Navarre, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2016, a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Matthew E. Lundy