**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*******************************************************************************

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | * * * * | MDL No. 2179<br><br>SECTION J |
| Short Form Filed in Civil Action 10-08888 | * * | HON. CARL J. BARBIER |
| **See Enclosed List.** | * | HON. SALLY SHUSHAN |

*******************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiffs each by and through the undersigned counsel, who pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants in the below-listed actions and short-form joinders, with the exception that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Energy Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., if any.

| Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|
| Vogel and Associates Inc. | 2:10-cv-08888-CJB-SS, Document 128419 |
| Premier Homebuilders | 2:10-cv-08888-CJB-SS, Document 128521 |
| Louisiana Tugs | 2:10-cv-08888-CJB-SS, Document 128517 |
| Gulf Coast Tugs | 2:10-cv-08888-CJB-SS, Document 128516 |
| Sandy Creek Spec House | 2:10-cv-08888-CJB-SS, Document 131607 |
| Stephens Financial | 2:10-cv-08888-CJB-SS, Document 131982 |
| Strategic Employee Benefit Services | 2:10-cv-08888-CJB-SS, Document 128525 |
| American Cargo Assurance | 2:10-cv-08888-CJB-SS, Document 132434 |
| Alliance Liftboats | 2:10-cv-08888-CJB-SS, Document 132452 |
| Alliance Oilfield | 2:10-cv-08888-CJB-SS, Document 131605 |


| | |
|---|---|
| AMC Liftboats | 2:10-cv-08888-CJB-SS, Document 131609 |
| B&D Contracting | 2:10-cv-08888-CJB-SS, Document 132459 |
| Bayou Title | 2:10-cv-08888-CJB-SS, Document 129435 |
| Best Title | 2:10-cv-08888-CJB-SS, Document 131642 |
| Boihem Shadow Lakes | 2:10-cv-08888-CJB-SS, Document 131986 |
| C&C Offshore | 2:10-cv-08888-CJB-SS, Document 132445 |
| C&G Boats | 2:10-cv-08888-CJB-SS, Document 129220 |
| C&G Marine | 2:10-cv-08888-CJB-SS, Document 129219 |
| Crystal Hinds Insurance | 2:10-cv-08888-CJB-SS, Document 131639 |
| CGBM 100 | 2:10-cv-08888-CJB-SS, Document 132466 |
| CGBM Global | 2:10-cv-08888-CJB-SS, Document 132435 |
| Chalmette Investments | 2:10-cv-08888-CJB-SS, Document 129433 |
| Cheramie Holdings | 2:10-cv-08888-CJB-SS, Document 129440 |
| Clag Investments | 2:10-cv-08888-CJB-SS, Document 129432 |
| Demand Insurance & Benefits | 2:10-cv-08888-CJB-SS, Document 132687 |
| DSC Dredge | 2:10-cv-08888-CJB-SS, Document 132438 |
| Andrew Fallo Financial Advisor | 2:10-cv-08888-CJB-SS, Document 131638 |
| Favrot & Shane Companies | 2:10-cv-08888-CJB-SS, Document 132670 |
| Hammond Development Investment | 2:10-cv-08888-CJB-SS, Document 132472 |
| Inshore Marine | 2:10-cv-08888-CJB-SS, Document 129437 |
| Kajan Perfection | 2:10-cv-08888-CJB-SS, Document 129222 |
| Karen Manzanares Life Insurance | 2:10-cv-08888-CJB-SS, Document 132436 |
| Landcraft LLC | 2:10-cv-08888-CJB-SS, Document 132003 |
| MNM Boats Inc. | 2:10-cv-08888-CJB-SS, Document 129221 |
| Narrangansett Bay Towing | 2:10-cv-08888-CJB-SS, Document 131990 |
| New Ranger LLC | 2:10-cv-08888-CJB-SS, Document 131994 |
| Oceania Condominiums LLC | 2:10-cv-08888-CJB-SS, Document 131606 |
| Palmer Group LLC | 2:10-cv-08888-CJB-SS, Document 129430 |
| Thomas A Prude LLC | 2:10-cv-08888-CJB-SS, Document 131646 |
| S&K Offshore Marine Inc. | 2:10-cv-08888-CJB-SS, Document 132431 |
| State Bank and Trust Company | 2:10-cv-08888-CJB-SS, Document 131651 |
| SWIT Group LLC | 2:10-cv-08888-CJB-SS, Document 132000 |
| TE Marine Inc. | 2:10-cv-08888-CJB-SS, Document 131610 |
| Wayne E. Thomas | 2:10-cv-08888-CJB-SS, Document 131648 |
| VIP Chemical Inc. | 2:10-cv-08888-CJB-SS, Document 132689 |
| Nogues Financial Management | 2:10-cv-08888-CJB-SS, Document 131650 |
| Millennium Supply Boats | N/A |
| Hammerman & Gainer International Inc. | N/A |
| D&B Management | N/A |
| Hydra Works LLC | N/A |

(*Space intentionally left blank*)

**CERTIFICATE OF SERVICE**

I certify by the accompanying signature a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system on April 21, 2016. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Respectfully Submitted
**TODD M. VILLARRUBIA, APLC**
/s/ Todd M. Villarrubia
Todd. M. Villarrubia (#21931)
101 W. Robert E. Lee Blvd., Ste. 404
New Orleans, LA 70124
P: 504.212.3440
F: 504.324.0936

*and*

**RICCI PARTNERS, LLC**
/s/ Michael S. Ricci
Michael S. Ricci (#33332)
101 W. Robert E. Lee Blvd., Ste. 400
New Orleans, LA 70124
P: 504.304.7115
F: 504.309.1123