## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL No. 2179<br><br>SECTION J |
| ) | |
| **See Enclosed List.** ) | JUDGE BARBIER |
| ) ) | MAGISTRATE JUDGE SHUSHAN |
| ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

1

| Case Name(s): | Short Form Joinder Number(s): |
|---|---|
| BARR, HERBERT AND JOYCE | 2:10-cv-8888 Documents 79349, 79354 |
| BAXIVANOS, THOMAS | 2:10-cv-8888 Document 79363 |
| BEASLEY, CHARLES T. AND CHARLEEN | 2:10-cv-8888 Documents 93845, 93847 |
| CARNLEY, MICHAEL AND CYNTHIA | 2:10-cv-8888 Documents 79373, 79227, 132921, 132924 |
| CARVER, ALLIE | 2:10-cv-8888 Documents 91285, 132968 |
| D.I. OF NATCHEZ, INC. | 2:10-cv-8888 Documents 91302, 132704 |
| DANIEL, JR., GEORGE E. AND ANNA Y. | 2:10-cv-8888 Documents 79248, 79238 |
| DEBRA DENTON, LLC d/b/a SNAPPER GRABBERS | 2:10-cv-8888 Documents 90009, 132693 |
| DEEB, AL | 2:10-cv-8888 Document 94161 |
| DNM SEAFOOD INC DBA PRUITT SEAFOOD | 2:10-cv-8888 Documents 123456, 132702 |
| FLEMING, WILLIAM AND JUDY | 2:10-cv-8888 Documents 91120, 91121 |
| GREENLEES, GENE | 2:10-cv-8888 Documents 91079, 91089 |
| HIGHTOWER, TIMOTHY | 2:10-cv-8888 Document 79269 |
| HIGHWAY TEN PROPERTIES, LLC | 2:10-cv-8888 Documents 123452, 132727 |
| HUPPERTZ, KARL AND CAROLYN | 2:10-cv-8888 Documents 91277, 91286, 95556 |
| HURLEY, PHILIP AND SHERYL | 2:10-cv-8888 Document 79279, 79282 |
| INSPECTRONIC CORPORATION | 2:10-cv-8888 Documents 123460, 132732 |
| ISRAEL, FRED | 2:10-cv-8888 Documents 79285, 132927 |
| IUC GROUP INC | 2:10-cv-8888 Documents 123461, 132736 |
| LEATHERS, JR, WILLIAM J | 2:10-cv-8888 Document 79307 |
| LEVINE, IRA AND FREDA J. | 2:10-cv-8888 Documents 91443, 91107 |
| LYNN, CAROL M. | 2:10-cv-8888 Document 79309 |
| NOVAK, JOHN W. AND MARYLOU L. | 2:10-cv-8888 Documents 79137, 79141 |
| PARISH, JR., CHARLES R. AND DEBORAH | 2:10-cv-8888 Documents 91114, 91115 |
| PEGRAM, BARRY | 2:10-cv-8888 Document 133052 |
| PENINSULA DEVELOPMENT GROUP | 2:10-cv-8888 Document 133049 |
| SANDRA STAFFORD ENTERPRISES, INC. | 2:10-cv-8888 Documents 123457, 132698 |
| SATINWOOD, LLC | 2:10-cv-8888 Document 79153 |
| SHAMBO, JAMES | 2:10-cv-8888 Document 91112 |
| SPEIGNER, DANNY AND DEBORAH | 2:10-cv-8888 Documents 79163, 79232, 132931 |
| STALVEY, MICHAEL AND MINNIE | 2:10-cv-8888 Documents 79425, 79431, 132944, 132965 |
| STEAM PLANT CONDOMINIUMS, LLC | 2:10-cv-8888 Documents 123459, 132684 |
| STERLING TRUST COMPANY FBO FREDERICK GEBAROWSKI | 2:10-cv-8888 Document 90896 |
| WILLIAMS INVESTMENT CO., INC. | 2:10-cv-8888 Documents 90851, 132722 |
| WRIGHT, EUGENE | 2:10-cv-8888-Doc 133055 |

Respectfully submitted this 26 day of April, 2016.

/s/ Jeff Friedman

Jeff Friedman
FRIEDMAN, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Corporate Woods Drive
Birmingham, Alabama 35242
Phone Number: 205-278-7000
Fax Number: 205-278-7001
jfriedman@friedman-lawyers.com
ATTORNEY FOR PLAINTIFF(S)