EXHIBIT A

SHORT FORM JOINDERS DISMISSAL

| Date Short Form Joinder Filed | Short Form Joinder Number | Plaintiff – All Filed in 2:10-cv-8888 |
|---|---|---|
| 04/18/2013 | 131647 | Short-Form Joinder of Lane and Associates, Inc. |
| 04/18/2013 | 131635 | Short-Form Joinder of Regatta Research and Money Management |
| 04/18/2013 | 131643 | Short-Form Joinder of LA Service of Norco, Inc. |
| 04/18/2013 | 131640 | Short-Form Joinder of RPC Management LLC |
| 04/18/2013 | 131645 | Short-Form Joinder of Clements Insurance Services, Inc. |
| 04/18/2013 | 131649 | Short-Form Joinder of Peyton Asset Management |
| 04/18/2013 | 131629 | Short-Form Joinder of Ronald Marcotte |
| 04/19/2013 | 133045 | Short-Form Joinder of Janice Giffin |
| 04/18/2013 | 131655 | Short-Form Joinder of Edward Fraiche, |
| 04/18/2013 | 131656 | Short-Form Joinder of Edward Fraiche |
| 04/18/2013 | 131657 | Short-Form Joinder of Andrew LoCicero |
| 04/18/2013 | 131658 | Short-Form Joinder of Gaspar LoCicero |
| 04/19/2013 | 133140 | Short-Form Joinder of Sandra Tisdale |
| 04/19/2013 | 132883 | Short-Form Joinder of Tuan Robinson |
| 04/19/2013 | 133153 | Short-Form Joinder of Alvin Kinler |
| 04/19/2013 | 133038 | Short-Form Joinder of Scott Dusang Title Insurance |

|  |  | Agency, LLC |
|---|---|---|
| 04/19/2013 | 133100 | Short-Form Joinder of Jack Sachse |
| 04/19/2013 | 132843 | Short-Form Joinder of Entertainment Group, Inc. |
| 04/19/2013 | 133118 | Short-Form Joinder of Jonathan Young |
| 04/19/2013 | 133165 | Short-Form Joinder of Michael Sackett |
| 04/20/2013 | 133277 | Short-Form Joinder of Welch Developments |
| 04/20/2013 | 133305 | Short-Form Joinder of Welch Investments |
| 04/20/2013 | 133294 | Short-Form Joinder of Welch Construction |
| 04/19/2013 | 133161 | Short-Form Joinder of The Village at Magnolia Square |

Case 2:10-cv-08888-CJB-JCW   Document 137767-1   Filed 05/01/16   Page 2 of 2