# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 Section J |
| *This document relates to:* | : : | Judge Barbier |
| Plaintiffs listed on attached Exhibit "A" 2:10-cv-8888 | : : | Magistrate Judge Shushan |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiffs in Exhibit A, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.  Costs taxed as paid.

This 1st day of May, 2016.

By: Respectfully Submitted,
/s/Cristen Freeman
Cristen Freeman, LA Bar # 34289
2924 Metairie Heights Ave
Metairie, LA 70002

504-214-0808 – phone  
504-539-3739 – fax  
cristen@cflawllc.com  
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing document and accompanying exhibit will be served on all counsel of record via the court's CM-ECF filing system which will send a notice of electronic filing to all counsel of record this 1st day of May 2016.

/s/Cristen Freeman