# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**C.A.F. INC**

Docket Number(s)

**2:13-cv-02187-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888 Document 132015**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned
counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full
and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby
gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action,
and short-form joinders against all Defendants, including but not limited to the action(s) and
short-form joinders listed below, and withdrawal from any class (whether putative or
certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or
exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd.,
Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset
Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**C.A.F. INC**                                    **2:13-cv-02187-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888 Document 132015**

Respectfully submitted this 26 day of _April_, 2016.

/s/
Attorney Name:
Attorney Address:                    ROBERT J. DILIBERTO
                                     ATTORNEY AT LAW
ATTORNEY FOR PLAINTIFF(S)            3636 S. I-10 SERVICE ROAD W.
                                     SUITE 210
                                     METAIRIE, LA  70001