-1-

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J |
| Short Form Filed in Civil Action 10-8888<br>**See Enclosed List.** | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| Plaintiff Name | Docket No. (s); Short Form # |
|---|---|
| BERGERON, ANTHONY | 2:10-cv-08888-CJB-SS; Short Form 110977 |
| CYRUS J. GUIDRY AND ASSOCIATES, LLC, | 2:10-cv-08888-CJB-SS; Short Form 24951 |
| GREGORY, DOUGLAS | 2:10-cv-08888-CJB-SS; Short Form 55409 |
| LEDET, KEVIN | 2:10-cv-08888-CJB-SS; Short Form 110975 |
| MACHINE SHOP SERVICE,LLC, | 2:10-cv-08888-CJB-SS; Short Form 87881 |
| MAKO RENTALS, INC, | 2:10-cv-08888-CJB-SS; Short Form 67090; Short Form 107098 |
| MARLIN SERVICES, LLC, | 2:10-cv-08888-CJB-SS; Short Form 70953 |
| MASSE CONTRACTING, INC / WELLBORE SPECIALTIES, LLC, | 2:10-cv-08888-CJB-SS; Short Form 6476; Short Form 64773 |
| PANEL SPECIALISTS, INC, | 2:10-cv-08888-CJB-SS; Short Form 56792 |
| PIN TORQUE, LLC, | 2:10-cv-08888-CJB-SS; Short Form 43435 |
| REDFISH RENTAL, INC, | 2:10-cv-08888-CJB-SS; Short Form 70997; Short Form 71018 |
| SMITH, JAMES | 2:10-cv-08888-CJB-SS; Short Form 85827 |
| SOUTHERN TECHNOLOGY AND SERVICE, INC, | 2:10-cv-08888-CJB-SS; Short Form 67837 |
| SUPERIOR LABOR SERVICE, INC., | 2:10-cv-08888-CJB-SS; Short Form 56837 |

| TARPON RENTAL, INC, | 2:10-cv-08888-CJB-SS; Short Form 67019 |
|---|---|
| TOP GUN ENVIRONMENTAL SOLUTIONS, LLC, | 2:10-cv-08888-CJB-SS; Short Form 102277 |
| VOISIN, KEITH | 2:10-cv-08888-CJB-SS; Short Form 60220 |
| | |

RESPECTFULLY SUBMITTED:
May 4, 2016
WAITZ & DOWNER
/S/_Hunt B. Downer
_____

HUNT B. DOWNER (#5046)
JOSEPH L. WAITZ, JR. (#17848)
MARY W. RIVIERE (#19201)
423 Goode Street
Houma, LA 70360
Phone (985) 876-0870
Fax (985) 876-0213
Attorneys for Plaintiff