# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**GAUTIER FAMILY SPORTS RESORTS & MARINA, INC.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to clams by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Cases names and docket numbers:

**GAUTIER FAMILY SPORTS RESORTS &**   2:13-cv-05374-CJB-SS
    **MARINA, LLC**

Short Form Joinder Numbers and identifying information:

**2:10-cv-0888-CJB-SS Document 123958**

**Notice of Dismissal**   Page **1** of **2**

Respectfully submitted this, the 4th day of May, 2016.

*/s/ Frederick T. Kuykendall, III*

---

Kuykendall & Associates
Frederick T. Kuykendall, III
Grant D. Amey
PO Box 2129
Fairhope, AL 36533
ATTORNEYS FOR PLAINTIFFS