UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **TECHNICAL ENGINEERING CONSULTANTS, LLC** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| **2:12-cv-02636-CJB-SS** | |
| Short Form Joinder Number(s) | |
| **2:10-cv-08888-CJB-SS Document 38607** | |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COMES NOW, Plaintiff, Technical Engineering Consultants, L.L.C., by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

| | |
|---|---|
| **TECHNICAL ENGINEERING CONSULTANTS, LLC** | 2:12-cv-02636-CJB-SS |

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 38607**

Respectfully submitted this 6th day of May, 2016.

**GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.**

 */s/ Ryan C. Higgins*_____
**DANIEL A. RANSON, T.A. (# 11114)**
**RYAN C. HIGGINS (#33181)**
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
E-mail: dranson@grhg.net
E-mail: rhiggins@grhg.net
*Counsel for Technical Engineering Consultants, L.L.C.*

g:\2387\0015\pleadings\notice of voluntary dismissal.docx