# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## <u>NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for  punitive damages or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|     | Plaintiff Name | Docket No. and Short Form Joinder No. |
| --- | --- | --- |
| 1. | ANDREWS, BILLY | 2:10-cv-08888-Document107131 |
| 2. | BOOTH, EUGENE | 2:10-cv-08888-Document 66916 |
| 3. | CARTER, FRANK | 2:10-cv-08888-Document 69197 |
| 4. | DRUILHET, SR., JULES | 2:10-cv-08888-Document 54257 |
| 5. | FINKLEA, NICHOLAS | 2:10-cv-08888-Document 42988 |
| 6. | FISHER, JOSEPH | 2:10-cv-08888-Document 62002 |
| 7. | LEBLANC, DOMINIQUE | 2:10-cv-08888-Document53487 |
| 8. | LEBLANC, SR., STUART | 2:10-cv-08888-Document69067 |
| 9. | MCKINNEY, DANIEL | 2:10-cv-08888-Document 107488 |
| 10. | MCMULLION, LEE ROY | 2:10-cv-08888-Document 69132 |
| 11. | MILLENDER, KEVIN | 2:10-cv-08888-Document 107455 |
| 12. | MURRAY, COREY | 2:10-cv-08888-Document 69280 |
| 13. | MURRELL, CALVIN | 2:10-cv-08888-Document 65573<br>2:10-cv-08888-Document 69412 |
| 14. | OWENS, AUSTIN | 2:10-cv-08888-Document 65338 |
| 15. | RAMSEY, TIERRA | 2:10-cv-08888-Document 68413 |
| 16. | RICHARDSON, REGINALD | 2:10-cv-08888-Document 136876 |
| 17. | SADDLER, EDDIE | 2:10-cv-08888-Document 66998 |
| 18. | SIMON, JOHN | 2:10-cv-08888-Document 67157 |
| 19. | SMITH, THOMAS | 2:10-cv-08888-Document 82396 |
| 20. | STANLEY, GARY | 2:10-cv-08888-Document 74763 |
| 21. | STEVENSON, GEORGE | 2:10-cv-08888-Document 61564 |
| 22. | STEWART, KEVIN | 2:10-cv-08888-Document 67221 |
| 23. | TATE, ARTHUR | 2:10-cv-08888-Document 107456 |
| 24. | THORNTON III, LOUIS | 2:10-cv-08888-Document 104558 |
| 25. | WILLIAMS, MALCOM | 2:10-cv-08888-Document 107457 |

Dated:  May 6, 2016            Respectfully submitted,

_____ /s/ _____
JEFFREY A. BREIT (LA Bar#03451)
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Tel: (757) 622-6000
Fax: (757) 670-3939
jbreit@bdbmail.com
*Counsel for Plaintiffs*