# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | : : : : | **MDL No. 2179** <br><br> **Section J** |
| *This document relates to:* | : : | **Judge Barbier** |
| **Plaintiffs listed on attached Exhibit "A" 2:10-cv-8888** | : : : | **Magistrate Judge Shushan** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiffs in Exhibit A, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.  Costs taxed as paid.

This 11th day of May, 2016.

Respectfully Submitted,

The Law Office of Kurt A. Offner, LLC

_____/s/ Kurt A. Offner_____
**Kurt A. Offner (#28176)**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

**ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Voluntary Dismissal with Prejudice has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 11th day of May, 2016.



_____/s/Kurt A. Offner_____