**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This Document Relates to:

**BEAUFORT ENGINEERING SEVICES, INC**
**FLOWERS ENTERPRISE, LLC**
**GAUTIER FAMILY SPORTS RESORTS & MARINA, INC.**
**KING SEAFOOD, INC**
**MARY WALKER REAL PROPERTY, CO.**
**MRI, LLC**

Short Form Joinder Numbers:

**2:10-cv-0888-CJB-SS Document 63626**
**2:10-cv-0888-CJB-SS Document 67628**
**2:10-cv-0888-CJB-SS Document 68831**
**2:10-cv-0888-CJB-SS Document 93511**
**2:10-cv-0888-CJB-SS Document 68798**
**2:10-cv-0888-CJB-SS Document 61212**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

**NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE**

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to clams by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc.,

Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Short Form Joinder Numbers and identifying information:

**2:10-cv-0888-CJB-SS Document 63626**
**2:10-cv-0888-CJB-SS Document 67628**
**2:10-cv-0888-CJB-SS Document 68831**
**2:10-cv-0888-CJB-SS Document 93511**
**2:10-cv-0888-CJB-SS Document 68798**
**2:10-cv-0888-CJB-SS Document 61212**

Respectfully submitted this, the 12th day of May, 2016.

*/s/ Frederick T. Kuykendall, III*

Kuykendall & Associates
Frederick T. Kuykendall, III
Grant D. Amey
PO Box 2129
Fairhope, AL 36533
ATTORNEYS FOR PLAINTIFFS