UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION J |
| **AMERICAN SEAFOOD, INC., et al.** | JUDGE BARBIER |
| Short Form Joinder Number(s) | MAGISTRATE JUDGE SHUSHAN |
| **2:10-cv-08888 Document 105457, 70533, 60718, 72502, 63507, 67832, 43308, 132164, 131553, 131569, 73622, 131492, 65944, 52367, 52369, 52371, 66018, 66014, 66015, 66012, 131583** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Short Form Joinder number(s) and identifying information:

| | |
|---|---|
| AMERICAN SEAFOOD, INC. | 2:10-cv-08888 Document 105457 |
| AMERICAN SOUTH FINANCIAL, LLC | 2:10-cv-08888 Document 70533; 60718 |
| C.A.F., INC. | 2:10-cv-08888 Document 72502 |
| CORDS, LLC D/B/A HILL TOP INN | 2:10-cv-08888 Document 63507 |
| DICKINSON, JOAN | 2:10-cv-08888 Document 67832 |
| GREENWELL SPRINGS MARINE, INC. | 2:10-cv-08888 Document 43308 |
| HANUMAN INC., D/B/A SUPER 8 MOTEL | 2:10-cv-08888 Document 132164 |
| LUCKY COIN MACHINE CO., LLC | 2:10-cv-08888 Document 131553 |
| NEW CENTURY FABRICATORS, INC. | 2:10-cv-08888 Document 131569 |
| PIZANI, NEVIL | 2:10-cv-08888 Document 73622; 131492 |
| PUMP SYSTEMS, L.L.C. | 2:10-cv-08888 Document 65944 |
| SERRANOS CLEARVIEW | 2:10-cv-08888 Document 52367 |
| SERRANOS HIGHLAND, L.L.C. | 2:10-cv-08888 Document 52369 |
| SERRANOS JOHNSTON, L.L.C. | 2:10-cv-08888 Document 52371 |
| TYNES, ROBERT | 2:10-cv-08888 Document 66018 |
| WILHELM, GEORGE | 2:10-cv-08888 Document 66014; 66015; 66012 |
| ZALENSKI, DOUGLAS | 2:10-cv-08888 Document 131583 |

Respectfully submitted this 12 day of May, 2016.

/s/ [signature]

Attorney Name:
Attorney Address:

ATTORNEY FOR PLAINTIFF(S)

DAMON A. KIRIN
ATTORNEY AT LAW
3636 S. I-10 SERVICE ROAD W.
SUITE 210
METAIRIE, LA  70001