UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

Comes Now, Two Hundred and Forty-Four (244) Short Form Joinder Plaintiffs, by and through undersigned counsel of record (hereinafter "Plaintiffs"), and submits this Notice of Voluntary Dismissal With Prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all defendants, including but not limited to, the action(s) and short-form joinders listed as attached hereto below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Limited, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing Gmbh, and Halliburton Energy Services, Inc., (if any).  Costs taxed as paid.

Respectfully Submitted, this the 16th day of May, 2016.

BY:  HORNSBY WATTS, PLLC

 _/s/ W. Fred Hornsby, III_____
W. FRED HORNSBY, III

## CERTIFICATE OF SERVICE

I, W. Fred Hornsby, III, do hereby certify that this day submitted via the online filing system a true and correct copy of the foregoing, which is being transmitted to all parties of record:

This the 16th day of May, 2016.

                                            _/s/ W. Fred Hornsby, III_____
                                            W. FRED HORNSBY, III

HORNSBY WATTS, PLLC
1025 HOWARD AVENUE
BILOXI, MS 39530
TEL: (228) 207-2990
FAX: (866) 271-4394

Case 2:10-cv-08888-CJB-JCW   Document 138309   Filed 05/16/16   Page 3 of 8

| Individual | SFJ Docket Number |
|---|---|
| Rayford Broussard | 2:10-cv-08888 Document #134842 |
| Kimberly Cox | 2:10-cv-08888 Document #134870 |
| James Drennan | 2:10-cv-08888 Document #134955 |
| Kenneth Windland | 2:10-cv-08888 Document #135149 |
| Diane DeGeorge | 2:10-cv-08888 Document #134935 |
| Robert Carson | 2:10-cv-08888 Document #134862 |
| Steven Holmes | 2:10-cv-08888 Document #134993 |
| Stephen Sean Derouen | 2:10-cv-08888 Document #134940 |
| James Mendez | 2:10-cv-08888 Document #135034 |
| Charles Meadows | 2:10-cv-08888 Document #135027 |
| William McKaig | 2:10-cv-08888 Document #135040 |
| James Thornton | 2:10-cv-08888 Document #135128 |
| Anthony Trosclair | 2:10-cv-08888 Document #135133 |
| Wanda Daniels | 2:10-cv-08888 Document #134878 |
| Jennifer Patin | 2:10-cv-08888 Document #135076 |
| John Miller | 2:10-cv-08888 Document #135045 |
| William Burgamy | 2:10-cv-08888 Document #134849 |
| Joetta Burgamy | 2:10-cv-08888 Document #134847 |
| Michael Warren | 2:10-cv-08888 Document #135140 |
| Bryan Vincent | 2:10-cv-08888 Document #135134 |
| Keith Wilding | 2:10-cv-08888 Document #135144 |
| Steven Roberts | 2:10-cv-08888 Document #135089 |
| John Small | 2:10-cv-08888 Document #135104 |
| Dan Royal | 2:10-cv-08888 Document #135096 |
| Jeffrey Merrill | 2:10-cv-08888 Document #135048 |
| Franklin McKeny | 2:10-cv-08888 Document #135041 |
| David LeMasters | 2:10-cv-08888 Document #135018 |
| Steven McCravey | 2:10-cv-08888 Document #135036 |
| James Landry | 2:10-cv-08888 Document #135014 |
| Louis Leitenberger | 2:10-cv-08888 Document #135017 |
| Robert Jolly | 2:10-cv-08888 Document #135002 |
| Candice Jones | 2:10-cv-08888 Document #135003 |
| Scott Kelley | 2:10-cv-08888 Document #135009 |
| Kevin Kinney | 2:10-cv-08888 Document #135009 |
| Richard Montiforte | 2:10-cv-08888 Document #135053 |
| Christopher Husley | 2:10-cv-08888 Document #134997 |
| Gregory Jacquet | 2:10-cv-08888 Document #134999 |
| Robert Hornsby | 2:10-cv-08888 Document #134994 |
| Susan Hightower | 2:10-cv-08888 Document #134990 |
| Charles Hebert | 2:10-cv-08888 Document #134986 |
| Constance Harris | 2:10-cv-08888 Document #134981 |
| Karl Hasselbring | 2:10-cv-08888 Document #134983 |
| Gabriel Haynes | 2:10-cv-08888 Document #134985 |
| Guy Jermyn | 2:10-cv-08888 Document #135001 |
| Al Hampton | 2:10-cv-08888 Document #134978 |

| Individual | SFJ Docket Number |
|---|---|
| Nicholaus Geiser | 2:10-cv-08888 Document #134954 |
| Charles Gilmore | 2:10-cv-08888 Document #134956 |
| Orey Groue | 2:10-cv-08888 Document #134968 |
| Jason Gruich | 2:10-cv-08888 Document #134971 |
| Jeremy Foreman | 2:10-cv-08888 Document #134975 |
| Robert Powell III | 2:10-cv-08888 Document #135083 |
| Charles Parker | 2:10-cv-08888 Document #135072 |
| Stephen Strickler | 2:10-cv-08888 Document #135118 |
| Derrick Gates | 2:10-cv-08888 Document #134952 |
| Desiree Dufrene | 2:10-cv-08888 Document #134961 |
| Thomas Elsworth | 2:10-cv-08888 Document #134967 |
| Doug DeGeorge | 2:10-cv-08888 Document #134936 |
| Timothy Deas | 2:10-cv-08888 Document #134931 |
| Richard Conine | 2:10-cv-08888 Document #134867 |
| William Allen | 2:10-cv-08888 Document #134895 |
| Pinkey Lewis | 2:10-cv-08888 Document #135020 |
| Louis Moran | 2:10-cv-08888 Document #135058 |
| Scott Freeman | 2:10-cv-08888 Document #134949 |
| Joseph Bates | 2:10-cv-08888 Document #134913 |
| James Roberts | 2:10-cv-08888 Document #135088 |
| Lowell Rogers | 2:10-cv-08888 Document #135091 |
| Andrew Mason | 2:10-cv-08888 Document #135023 |
| Kenneth Matlock | 2:10-cv-08888 Document #135026 |
| DeWayne LeLeaux | 2:10-cv-08888 Document #135019 |
| Sheri Hokamp | 2:10-cv-08888 Document #134992 |
| Norman Heflin | 2:10-cv-08888 Document #134987 |
| William Leidigh | 2:10-cv-08888 Document #135016 |
| Donnie Dobbs | 2:10-cv-08888 Document #134942 |
| Timothy Algee | 2:10-cv-08888 Document #134889 |
| Merriman McCaleb | 2:10-cv-08888 Document #135035 |
| Michael Wills | 2:10-cv-08888 Document #135148 |
| Mark Toepfer | 2:10-cv-08888 Document #135130 |
| Andrew Wagner | 2:10-cv-08888 Document #135136 |
| Clayton Courtney | 2:10-cv-08888 Document #134869 |
| John Parker | 2:10-cv-08888 Document #135074 |
| Audrey Dauro | 2:10-cv-08888 Document #134882 |
| Gregory Mills | 2:10-cv-08888 Document #135049 |
| Michael Necaise | 2:10-cv-08888 Document #135065 |
| Debra Dossett | 2:10-cv-08888 Document #134951 |
| Frankie Duggan | 2:10-cv-08888 Document #134962 |
| Glennda Yashtinsky | 2:10-cv-08888 Document #135151 |
| Keith Capehart | 2:10-cv-08888 Document #134852 |
| Kendell Morton | 2:10-cv-08888 Document #135059 |
| Karen Kincaid | 2:10-cv-08888 Document #135007 |
| Rose Jones | 2:10-cv-08888 Document #135005 |

| Individual | SFJ Docket Number |
|---|---|
| William Halula | 2:10-cv-08888 Document #134976 |
| Rodney Strickler | 2:10-cv-08888 Document #135111 |
| Michelle Wescovich | 2:10-cv-08888 Document #135142 |
| Joseph Gunter | 2:10-cv-08888 Document #134973 |
| Cynthia McKaig | 2:10-cv-08888 Document #135039 |
| Nicholas Dubuisson | 2:10-cv-08888 Document #134959 |
| Jeremy Armstrong | 2:10-cv-08888 Document #134905 |
| Wade Beesley | 2:10-cv-08888 Document #134921 |
| Otto Vuyovich | 2:10-cv-08888 Document #135135 |
| Bryan Mount | 2:10-cv-08888 Document #135060 |
| Edgar Morales | 2:10-cv-08888 Document #135057 |
| Richard McLeod | 2:10-cv-08888 Document #135042 |
| John Mansfield | 2:10-cv-08888 Document #135022 |
| Michael Lurix | 2:10-cv-08888 Document #135021 |
| Jonathan Harris | 2:10-cv-08888 Document #134982 |
| Mathew Bigelow | 2:10-cv-08888 Document #134832 |
| Charles Battise | 2:10-cv-08888 Document #134915 |
| Mary Boney | 2:10-cv-08888 Document #134835 |
| Shane Breland | 2:10-cv-08888 Document #134839 |
| Glenda Carmel | 2:10-cv-08888 Document #134853 |
| Hugh Peterson | 2:10-cv-08888 Document #135078 |
| Vincent Payne II | 2:10-cv-08888 Document #135077 |
| Darrell Montiforte | 2:10-cv-08888 Document #135052 |
| Mary Myrick | 2:10-cv-08888 Document #135064 |
| Derek Bass | 2:10-cv-08888 Document #134909 |
| John Doucet | 2:10-cv-08888 Document #134953 |
| Roy Swetman | 2:10-cv-08888 Document #135120 |
| Karen Ibele | 2:10-cv-08888 Document #134998 |
| James Groue | 2:10-cv-08888 Document #134966 |
| Kyle McNeil | 2:10-cv-08888 Document #135043 |
| Helen Trevino | 2:10-cv-08888 Document #135131 |
| Nell Davis | 2:10-cv-08888 Document #134930 |
| Brandon Franovich | 2:10-cv-08888 Document #134979 |
| James Davis | 2:10-cv-08888 Document #134884 |
| WIlliam Newell | 2:10-cv-08888 Document #135066 |
| John Massey | 2:10-cv-08888 Document #135025 |
| Anthony Shook | 2:10-cv-08888 Document #135102 |
| Christopher Thibodeaux | 2:10-cv-08888 Document #135125 |
| Maurice Thornton | 2:10-cv-08888 Document #135129 |
| Klint Krieger | 2:10-cv-08888 Document #135011 |
| Laurie Beddingfield | 2:10-cv-08888 Document #134919 |
| Christopher Bellais | 2:10-cv-08888 Document #134923 |
| Ashley Scurrah | 2:10-cv-08888 Document #135098 |
| Robert Romero | 2:10-cv-08888 Document #135093 |
| Rodney McGilvary | 2:10-cv-08888 Document #135038 |

| Individual | SFJ Docket Number |
|---|---|
| John LeGrand | 2:10-cv-08888 Document #135015 |
| Michael Fournier | 2:10-cv-08888 Document #134977 |
| Celestine Cunha | 2:10-cv-08888 Document #134873 |
| Darren Endris | 2:10-cv-08888 Document #134969 |
| Irvin Dement | 2:10-cv-08888 Document #134937 |
| Michael Davis | 2:10-cv-08888 Document #134929 |
| Corey Chaney | 2:10-cv-08888 Document #134863 |
| Spencer Cosper | 2:10-cv-08888 Document #134868 |
| Michelle Crowley | 2:10-cv-08888 Document #134872 |
| Jason Davis | 2:10-cv-08888 Document #134887 |
| Ian Clark | 2:10-cv-08888 Document #134865 |
| Richard Moore | 2:10-cv-08888 Document #135055 |
| Michael Shaw | 2:10-cv-08888 Document #135100 |
| Jody Ault | 2:10-cv-08888 Document #134907 |
| Tara Brown | 2:10-cv-08888 Document #134846 |
| Craig Kuhn | 2:10-cv-08888 Document #135012 |
| Matthew Dedual | 2:10-cv-08888 Document #134933 |
| David Williams | 2:10-cv-08888 Document #135147 |
| Loyd Tanner | 2:10-cv-08888 Document #135123 |
| Robert Weikal | 2:10-cv-08888 Document #135141 |
| Casey Whitehead | 2:10-cv-08888 Document #135143 |
| Louis Soldo | 2:10-cv-08888 Document #135107 |
| Wallace Starks | 2:10-cv-08888 Document #135110 |
| Cecilia Dobbs Walton | 2:10-cv-08888 Document #135139 |
| Katherine Algee | 2:10-cv-08888 Document #134886 |
| Terry Wayne Smith | 2:10-cv-08888 Document #135105 |
| Jeffrey Walden | 2:10-cv-08888 Document #135138 |
| Barbara Stanley | 2:10-cv-08888 Document #135108 |
| Sharon Bass | 2:10-cv-08888 Document #134911 |
| Jill Pol | 2:10-cv-08888 Document #135080 |
| Mary Moore | 2:10-cv-08888 Document #135054 |
| David Bertucci | 2:10-cv-08888 Document #134924 |
| Susan Shank | 2:10-cv-08888 Document #135099 |
| Billie Sheppard Jr. | 2:10-cv-08888 Document #135101 |
| Philip Biancamano | 2:10-cv-08888 Document #134925 |
| Francis Thomas | 2:10-cv-08888 Document #135126 |
| Meredith Fest | 2:10-cv-08888 Document #134972 |
| Marilyn King | 2:10-cv-08888 Document #135008 |
| John Jennings | 2:10-cv-08888 Document #135000 |
| Anthony Murphy Sr. | 2:10-cv-08888 Document #135061 |
| Kenneth Ostrowski | 2:10-cv-08888 Document #135069 |
| Dolores Pizzeta | 2:10-cv-08888 Document #135081 |
| Kevin Powell | 2:10-cv-08888 Document #135082 |
| Arnold Olier Jr. | 2:10-cv-08888 Document #135068 |
| Wayne Moore | 2:10-cv-08888 Document #135056 |

| **Individual** | **SFJ Docket Number** |
|---|---|
| Robert Miller | 2:10-cv-08888 Document #135046 |
| Deborah Bilancich | 2:10-cv-08888 Document #134833 |
| Daliance Ross | 2:10-cv-08888 Document #135094 |
| Jeffrey Migues | 2:10-cv-08888 Document #135044 |
| Charles Hawkins | 2:10-cv-08888 Document #134984 |
| Joseph Bosarge | 2:10-cv-08888 Document #134836 |
| Joseph Brown | 2:10-cv-08888 Document #134843 |
| Terry Snipes | 2:10-cv-08888 Document #135106 |
| David Roberts | 2:10-cv-08888 Document #135087 |
| Glen Howe | 2:10-cv-08888 Document #134995 |
| Joseph Dorsey | 2:10-cv-08888 Document #134943 |
| Brenda Beaver | 2:10-cv-08888 Document #134917 |
| Frieda Moffett | 2:10-cv-08888 Document #135051 |
| Michael Brennan | 2:10-cv-08888 Document #134840 |
| John Parker | 2:10-cv-08888 Document #135075 |
| Barbara Allen | 2:10-cv-08888 Document #134893 |
| Wesley Brantley | 2:10-cv-08888 Document #134838 |
| Charles Britt | 2:10-cv-08888 Document #134841 |
| Ryan Byrd | 2:10-cv-08888 Document #134850 |
| Kevin Dill | 2:10-cv-08888 Document #134941 |
| William Wiley | 2:10-cv-08888 Document #135145 |
| Anthony Frontiero Jr. | 2:10-cv-08888 Document #134950 |
| Elizabeth Giraud Duggan | 2:10-cv-08888 Document #134958 |
| David Faul | 2:10-cv-08888 Document #134970 |
| Daniel Misko | 2:10-cv-08888 Document #135050 |
| Dirk Thompson | 2:10-cv-08888 Document #135127 |
| James Owens Jr. | 2:10-cv-08888 Document #135070 |
| Joseph Adamo | 2:10-cv-08888 Document #134883 |
| Clarence Parker | 2:10-cv-08888 Document #135073 |
| Daryle Bradley | 2:10-cv-08888 Document #134837 |
| Robert Goldsmith | 2:10-cv-08888 Document #134960 |
| Aldon Helmert | 2:10-cv-08888 Document #134988 |
| Randy Brown | 2:10-cv-08888 Document #134845 |
| Grandver Everett | 2:10-cv-08888 Document #134964 |
| Curtis Zeigler | 2:10-cv-08888 Document #135153 |
| Jerry Worzella | 2:10-cv-08888 Document #135150 |
| Jeffrey Taylor | 2:10-cv-08888 Document #135121 |
| Richard Hilliard | 2:10-cv-08888 Document #134991 |
| John Hudson | 2:10-cv-08888 Document #134996 |
| Eugene Palmer | 2:10-cv-08888 Document #135071 |
| Ray Romero Jr. | 2:10-cv-08888 Document #135092 |
| Craig Shows Jr. | 2:10-cv-08888 Document #135103 |
| John Rodolfich | 2:10-cv-08888 Document #135090 |
| Joseph Boney | 2:10-cv-08888 Document #134834 |
| Rusty Foreman | 2:10-cv-08888 Document #134974 |

| **Individual** | **SFJ Docket Number** |
|---|---|
| Kirk Noffsinger | 2:10-cv-08888 Document #135067 |
| Lanora Demoran | 2:10-cv-08888 Document #134938 |
| Michael Denton | 2:10-cv-08888 Document #134939 |
| Amanda Herndon | 2:10-cv-08888 Document #134989 |
| Jessie Taylor | 2:10-cv-08888 Document #135122 |
| Rhonda Murray | 2:10-cv-08888 Document #135062 |
| Anthony McGee | 2:10-cv-08888 Document #135037 |
| Douglas Korbe | 2:10-cv-08888 Document #135010 |
| Patrick Ladner | 2:10-cv-08888 Document #135013 |
| Larry Hardy Jr. | 2:10-cv-08888 Document #134980 |
| Aaron Williams | 2:10-cv-08888 Document #135146 |
| Gerry Thibodeaux | 2:10-cv-08888 Document #135124 |
| Pamela Trochesset | 2:10-cv-08888 Document #135132 |
| Michael Mason | 2:10-cv-08888 Document #135024 |
| Cynthia Yenewine | 2:10-cv-08888 Document #135152 |
| Brian Capehart | 2:10-cv-08888 Document #134851 |
| Martin Wagner | 2:10-cv-08888 Document #135137 |
| Mark Dronet | 2:10-cv-08888 Document #134957 |
| Brian Rouse | 2:10-cv-08888 Document #135095 |