## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| | | |
| 1. | A + FAMILY ENTERPRISES, L.L.C. | 2:10-cv-08888-CJB-SS Document 135217 |
| 2. | A- Mar Interiors, Inc. | 2:10-cv-08888-CJB-SS Document 135986 |
| 3. | ALNA (BALDWIN), LLC | 2:10-cv-08888-CJB-SS Document 130892 |
| 4. | AMERICAN CAB SERVICE | 2:10-cv-08888-CJB-SS Document 129303 |
| 5. | BALDWIN GATE (10), LLC | 2:10-cv-08888-CJB-SS Document 130890 |
| 6. | BARKER, SHERRY | 2:10-cv-08888-CJB-SS Document 120392, 128421 |
| 7. | BCL&L ACQUISITIONS, LLC | 2:10-cv-08888-CJB-SS Document 130887 |
| 8. | BERGERON, ALBERT | 2:10-cv-08888-CJB-SS Document  120362, 128422 |
| 9. | BODDEN, DELMER | 2:10-cv-08888-CJB-SS Document 96043, 128423, 136867 |
| 10. | Borne, Jerry | 2:10-cv-08888-CJB-SS Document 135988 |
| 11. | CARRION, JR., JOSE | 2:10-cv-08888-CJB-SS Document 131641 |
| 12. | CHARLES TAITE, JR | 2:10-cv-08888-CJB-SS Document 130894 |
| 13. | CHERRY, SILAS | 2:10-cv-08888-CJB-SS Document 107197, 128421 |
| 14. | CHERAMIE MARINE, LLC | 2:10-cv-08888-CJB-SS Document 133312 |
| 15. | COLLINS, ARNOLD | 2:10-cv-08888-CJB-SS Document 107081, 128426 |
| 16. | COLLINS, NICOLAS | 2:10-cv-08888-CJB-SS Document 132962 |
| 17. | DAVIS, IZIK | 2:10-cv-08888-CJB-SS Document 111266; 128429 |
| 18. | DUNN JR, DEWEY | 2:10-cv-08888-CJB-SS Document 136787 |
| 19. | EWING, JODY | 2:10-cv-08888-CJB-SS Document 130857 |
| 20. | FALLON & ASSOCIATES, LLC | 2:10-cv-08888-CJB-SS Document 108690, 128433 |
| 21. | FORTUNA INVESTMENTS, LLC | 2:10-cv-08888-CJB-SS Document 130889 |
| 22. | FRANCIS, KEITH | 2:10-cv-08888-CJB-SS Document 106970, 128434 |
| 23. | GARRETT, KENNETH | 2:10-cv-08888-CJB-SS Document 121347, 136658, 136661 |
| 24. | GIPSON, JARED | 2:10-cv-08888-CJB-SS Document 120386, 128436 |
| 25. | GLOBAL MARITIME SECURITY, INC | 2:10-cv-08888-CJB-SS Document 129332 |
| 26. | GMT LLC | 2:10-cv-08888-CJB-SS Document 128432 |
| 27. | GREEN, ALLEN | 2:10-cv-08888-CJB-SS Document 108678, 128437 |
| 28. | GULF ATLANTIC CHEMICAL LLC | 2:10-cv-08888-CJB-SS Document 129319, 68539 |
| 29. | GULF SEAFOOD COMPANY OF EMPIRE, INC DBA EMPIRE FUEL | 2:10-cv-08888-CJB-SS Document |
| 30. | HANSON - DREIJER MARINE ENTERP | 2:10-cv-08888-CJB-SS Document 128431 |
| 31. | HENRY, PELHAM | 2:10-cv-08888-CJB-SS Document 118847, 128438 |
| 32. | HINOJOSA, DANIEL | 2:10-cv-08888-CJB-SS Document 70261, 128441 |
| 33. | HOLDEN, ANTHONY | 2:10-cv-08888-CJB-SS Document 106971, 128444 |
| 34. | JAMES, TABIAS | 2:10-cv-08888-CJB-SS Document 110150, 128445 |
| 35. | JOHNSON, DERRICK | 2:10-cv-08888-CJB-SS Document 128446 |
| 36. | JOHNSON, LAURA | 2:10-cv-08888-CJB-SS Document 107075, 128447 |

| 37. | KEOWN, ROBERT | 2:10-cv-08888-CJB-SS Document 104324, 128449 |
|---|---|---|
| 38. | LEVY, MICHAEL | 2:10-cv-08888-CJB-SS Document 118844, 129294 |
| 39. | Lewis, Leslie | 2:10-cv-08888-CJB-SS Document 135992 |
| 40. | MADERE, PAUL | 2:10-cv-08888-CJB-SS Document 104342, 129306 |
| 41. | Maintenance Dredging, LLC | 2:10-cv-08888-CJB-SS Document 134119 |
| 42. | MARSHALL, CALIXTE | 2:10-cv-08888-CJB-SS Document 108618, 129308 |
| 43. | MATHERNE, ALLEN | 2:10-cv-08888-CJB-SS Document 108684, 130816 |
| 44 | MCCOMAS, CLYDE | 2:10-cv-08888-CJB-SS Document 129311, 107191 |
| 45 | MCLAURIN, JAMES | 2:10-cv-08888-CJB-SS Document 96031, 89187, 130818 |
| 46 | MIDSHIP MARINE, INC | 2:10-cv-08888-CJB-SS Document 78732, 128442 |
| 47 | Miller, Ronald | 2:10-cv-08888-CJB-SS Document 134105 |
| 48 | MINGHANG, WEI | 2:10-cv-08888-CJB-SS Document 129326, 120384 |
| 49 | MOORE JR., ANTHONY | 2:10-cv-08888-CJB-SS Document 106969, 129313 |
| 50 | NICHOLS FINANCIAL SERVICES | 2:10-cv-08888-CJB-SS Document 131807 |
| 51 | PALLISER, STANLEY | 2:10-cv-08888-CJB-SS Document 111265, 129318 |
| 52 | PETRONYX, LLC | 2:10-cv-08888-CJB-SS Document 130883 |
| 53 | PRICE, SR., RONNIE | 2:10-cv-08888-CJB-SS Document 107092, 129327 |
| 54 | RINEHART, LARRY | 2:10-cv-08888-CJB-SS Document 129329, 111254 |
| 55 | S-G BALDWIN, LLC | 2:10-cv-08888-CJB-SS Document 130891 |
| 56 | SHORTS, BARBARA | 2:10-cv-08888-CJB-SS Document 131308 |
| 57 | SMALL, CARVIL | 2:10-cv-08888-CJB-SS Document 104332, 130821 |
| 58 | SMITH, RICHARD | 2:10-cv-08888-CJB-SS Document 110153, 130823 |
| 59 | Sigs Bunkhouse | 2:10-cv-08888-CJB-SS Document 133797 |
| 60 | SPEARS, JOHN | 2:10-cv-08888-CJB-SS Document 130824 |
| 61 | STONE CREEK, LLC | 2:10-cv-08888-CJB-SS Document 130875 |
| 62 | STOVALL, DWIGHT | 2:10-cv-08888-CJB-SS Document 118848; 130825 |
| 63 | STRONG, DERRICK | 2:10-cv-08888-CJB-SS Document 130827; 119165 |
| 64 | SWAN CREW BOATS, INC | 2:10-cv-08888-CJB-SS Document 130879 |
| 65 | SWAN OFFSHORE MARINE | 2:10-cv-08888-CJB-SS Document 129315 |
| 66 | TEAM BG & ASSOCIATES LMA, INC | 2:10-cv-08888-CJB-SS Document 129289 |
| 67 | TJ DEVELOPMENT, LLC | 2:10-cv-08888-CJB-SS Document 100905 |
| 68 | TSANG, ALLAN | 2:10-cv-08888-CJB-SS Document 120364, 130832 |
| 69 | TSANG, WAI-KIEW | 2:10-cv-08888-CJB-SS Document 120363, 130834 |
| 70 | VAUGHN JR, RALPH | 2:10-cv-08888-CJB-SS Document 107084, 131115 |
| 71 | VJH Hospitality, LLC | 2:10-cv-08888-CJB-SS Document 134354 |
| 72 | WALDORFF INSURANCE AND BONDING, INC | 2:10-cv-08888-CJB-SS Document 112530, 130881 |
| 73 | WASHINGTON, RODNEY | 2:10-cv-08888-CJB-SS Document 118855; 130836 |
| 74 | WICKER, FELICIA | 2:10-cv-08888-CJB-SS Document 118860, 130839 |
| 75 | PITRE INDUSTRIES, LLC | 2:10-cv-08888-CJB-SS Document 134474 |

| 76 | JOHNSON, PATRICK | DHECC 100334986 |
| 77 | GONZALEZ, JUAN | DHECC 100361295 |
| 78 | HORIZON SHIPPING | 2:13-cv-02041-CJB-SS Document 133030 |
| 79 | UPSTREAM ENERGY CAPITAL, LLC | 2:10-cv-08888-CJB-SS Document 134273 |

Respectfully submitted this 17 day of May, 2016.

/s/
Attorney Name:   Joseph M. Bruno
Attorney Address: 855 Baronne Street
New Orleans, LA 70113

ATTORNEY FOR PLAINTIFF(S)

-4-