## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

| | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | AUTMON, PEGGY | 2:10-cv-08888-CJB-SS Documents 134514, 134680 |
| 2 | BOVASTRO, DEVONE | 2:10-cv-08888-CJB-SS Documents 122886, 132304, 134683 |
| 3 | BRANT, DEE | 2:10-cv-08888-CJB-SS Documents 122887, 132307, 134684 |
| 4 | COLEMAN, BENJAMIN | 2:10-cv-08888-CJB-SS Documents 122888, 132441, 134686 |
| 5 | COLEMAN, BENNIE | 2:10-cv-08888-CJB-SS Documents 122889, 132310, 134687 |
| 6 | DUBOSE, HENDLESS | 2:10-cv-08888-CJB-SS Documents 122891, 132317, 134689 |
| 7 | FANTROY, ANTHONY | 2:10-cv-08888-CJB-SS Documents 122892, 132320, 134690 |
| 8 | FANTROY, REBA | 2:10-cv-08888-CJB-SS Documents 122893, 132323, 134691 |
| 9 | FORD, CLAYTON | 2:10-cv-08888-CJB-SS Documents 122894, 132326, 134692 |
| 10 | Hill, Jimmie L. | 2:10-cv-08888-CJB-SS Documents 132417, 134694 |
| 11 | HILL, MARCEL | 2:10-cv-08888-CJB-SS Documents 122896, 132414, 134695 |
| 12 | Hunter, Bobby | 2:10-cv-08888-CJB-SS Documents 132420, 134697 |
| 13 | JACKSON, ROBERT | 2:10-cv-08888-CJB-SS Documents 122898, 132334, 134698 |
| 14 | KNIGHT, SHENA | 2:10-cv-08888-CJB-SS Documents 122899, 132337, 134699 |
| 15 | Krohn, Daniel | 2:10-cv-08888-CJB-SS Documents 134728 |
| 16 | LAWRENCE, ALEXANDER | 2:10-cv-08888-CJB-SS Documents 122883, 132285, 134678 |
| 17 | LETT, TYRONE | 2:10-cv-08888-CJB-SS Documents 122901, 132339, 134700 |
| 18 | MCGOWAN, WILLIE | 2:10-cv-08888-CJB-SS Documents 122902, 132444, 134701 |
| 19 | MCNAIR, VERA | 2:10-cv-08888-CJB-SS Documents 122903, 132344, 134702 |
| 20 | MCVAY, JAMES | 2:10-cv-08888-CJB-SS Documents 122904, 132446, 134703 |
| 21 | NGO, HOA | 2:10-cv-08888-CJB-SS Documents 122905, 132346, 134704 |
| 22 | OLIVER, DWIGHT | 2:10-cv-08888-CJB-SS Documents 122906, 132349, 134705 |
| 23 | PORTER, THOMAS | 2:10-cv-08888-CJB-SS Documents 122907, 132350, 134706 |
| 24 | RASHID, LUGMAN | 2:10-cv-08888-CJB-SS Documents 122908, 132352, 134707 |

| 25 | RIVERA, RONALD | 2:10-cv-08888-CJB-SS Documents 122911, 132363, 134710 |
| 26 | RIVERA, RUSSELL | 2:10-cv-08888-CJB-SS Documents 132392, 134711 |
| 27 | RIVERS, KEVIN | 2:10-cv-08888-CJB-SS Documents 122912, 132368, 134712 |
| 28 | ROBINSON, CASSANDRA | 2:10-cv-08888-CJB-SS Documents 132394, 134719 |
| 29 | SNOW, RODNEY | 2:10-cv-08888-CJB-SS Documents 122914, 132372, 134714 |
| 30 | TANNER, LYNN | 2:10-cv-08888-CJB-SS Documents 122915, 132453, 134715 |
| 31 | TAYLOR, PATRICK | 2:10-cv-08888-CJB-SS Documents 122916, 132374, 134716 |
| 32 | TIBLIER, BRIAN | 2:10-cv-08888-CJB-SS Documents 122917, 132375, 134717 |
| 33 | TREFREN, ANTHONY | 2:10-cv-08888-CJB-SS Documents 122918, 132377, 134718 |
| 34 | TURNER, MICHAEL | 2:10-cv-08888-CJB-SS Documents 122919, 132378, 134721 |
| 35 | VAXTER, EARNELL | 2:10-cv-08888-CJB-SS Documents 122920, 132380, 134722 |
| 36 | WALTERS, JEFFERY | 2:10-cv-08888-CJB-SS Documents 122921, 132381, 134723 |
| 37 | WILLIAMS, JOSEPH | 2:10-cv-08888-CJB-SS Documents 122923, 132384, 134725 |
| 38 | WILSON, ANTHONY | 2:10-cv-08888-CJB-SS Documents 122925, 132387, 134727 |
| 39 | SeaWorld Seafood | 2:10-cv-08888 Document #122418 |
| 40 | Rodgers, Travis | 2:10-cv-8888 Document #122913, 132371, 134713 |
| 41 | White, Warrick | 2:10-cv-8888 Document #122922, 132383, 134724 |

Respectfully submitted this 17th day of May, 2016.

/s/

Attorney Name: JAMES A. KOBS

Attorney Address: PO Box 2230
Madison, MS 39130

ATTORNEY FOR PLAINTIFF(S)