# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL No. 2179 SECTION J |
| This Document Relates to: ) | JUDGE BARBIER |
| **John Henry Williams** ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) ) ) ) ) | |
| Short Form Joinder Number(s): ) ) | |
| **2:10-cv-0888-CJB-SS Document 68690** ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 68690**

Respectfully submitted this 18th day of May, 2016.

**FIBICH LEEBRON COPELAND BRIGGS & JOSEPHSON, L.L.P.**

By:   */s/Gregory Q. Fibich*
   Kenneth T. "Tommy" Fibich
   Texas Bar No. 06952600
   Gregory Q. Fibich
   Texas Bar No. 24059745
   1150 Bissonnet Street
   Houston, Texas 77005
   (713) 751-0025 Telephone
   (713) 751-0030 Facsimile
   tfibich@fibichlaw.com
   gfibich@fibichlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further this Notice was served in accordance with Pretrial Order No. 60 upon necessary parties, as instructed on this 18th day of May, 2016.

   /s*/Gregory Q. Fibich*
   Gregory Q. Fibich