UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| **See Enclosed List.** | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

-2-

|    | Case Name(s):                                       | Docket Number(s) and Short Form Joinder Number(s): |
|----|-----------------------------------------------------|----------------------------------------------------|
| 1  | Carbajal, Vincent                                   | 2:10-cv-08888-CJB-SS Document 132792               |
| 2  | Cardon, LLC                                         | 2:10-cv-08888-CJB-SS Document 136533               |
| 3  | Castro, Dionisio                                    | 2:10-cv-08888-CJB-SS Document 136785               |
| 4  | Flowchem Ltd.                                       | 2:10-cv-08888-CJB-SS Document 137148               |
| 5  | Freeman, Bryan                                      | 2:10-cv-08888-CJB-SS Document 136749               |
| 6  | Gulf Coast Charity Celebration Association, Inc.    | 2:10-cv-08888-CJB-SS Document 136783               |
| 7  | Hall, Tony                                          | 2:10-cv-08888-CJB-SS Doucment 136549               |
| 8  | Hanes, Lana                                         | 2:10-cv-08888-CJB-SS Document 132817               |
| 9  | Howard, Danny                                       | 2:10-cv-08888-CJB-SS Document 136748               |
| 10 | Kelley, Donald                                      | 2:10-cv-08888-CJB-SS Document 132804               |
| 11 | McCray, Galen                                       | 2:10-cv-08888-CJB-SS Document 132811               |
| 12 | MOHANBHAI BHAKTA,                                   | 2:10-cv-08888-CJB-SS Document 131934               |
| 13 | Nanni, Louis                                        | 2:10-cv-08888-CJB-SS Document 132800               |
| 14 | SHIVKIRAN, LLC                                      | 2:10-cv-08888-CJB-SS Document 131926               |
| 15 | Transaction One, LLC                                | 2:10-cv-08888-CJB-SS Document 136974               |
| 16 | VARGAS VARGAS, MARIO                                | 2:10-cv-08888-CJB-SS Document 128584               |
| 17 | Whitney, Vickie                                     | 2:10-cv-08888-CJB-SS Document 136276               |

Respectfully submitted this _18th__ day of _May_, 2016.


    /s/ Anthony G. Buzbee
    Attorney Name: Tony Buzbee
    Attorney Address: 600 Travis St.

ATTORNEY FOR PLAINTIFF(S)