# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL No. 2179 |
| Gulf of Mexico, on April 20, 2010 ) | SECTION J |
| ) | JUDGE BARBIER |
| This document relates to: ) | MAGISTRATE JUDGE SHUSHAN |
| ) | |
| ) | |
| GULF COAST AIR & HYDRAULICS, INC. ) | |
| ) | |
| Docket Number: ) | |
| ) | |
| 2:10-cv-02771-CJB-SS ) | |
| ) | |
| Short Form Joinder Number: ) | |
| ) | |
| 1:10-cv-0888-CJB-SS Document 123752 ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short-form joinder listed below, and withdrawal from any class (whether punitive or exemplary damages) against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset

Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

## Case Name and Docket Number:

GULF COAST AIR & HYDRAULICS, INC.        2:10-CV-02771—CJB-SS

## Short Form Joinder Number and identifying information:

2:10-cv-0888-CJB-SS Document 123752

Respectfully Submitted this 23rd day of May, 2016.

### E. J. SAAD LAW FIRM

/s/ Matthew Andrews_____
6207 Cottage Hill Road, Suite G
Mobile, Alabama  36609
Phone:  (251) 660-0888
mandrews@ejsaadlaw.com

ATTORNEYS FOR PLAINTIFF

Notice of Dismissal