# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

MDL No. 2179

SECTION J

This Document Relates to:

JUDGE BARBIER

**PIZZUTO, KATHLEEN**

MAGISTRATE JUDGE SHUSHAN

Docket Number(s)

**2:13-cv-00993-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 123681**

2:10-cv-08888-CJB-SS Document 111378

Amended to Add SFJ

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**PIZZUTO, KATHLEEN**                    **2:13-cv-00993-CJB-SS**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 123681**

2:10-cv-08888- CJB-SS Document 111378

Respectfully submitted this __23__ day of __May__, 2016.

/s/ _____

Attorney Name:     Frank M. Petosa Esquire
Attorney Address:  600 North Pine Island Road, Suite 400
                   Plantation, FL 33324

ATTORNEY FOR PLAINTIFF(S)